UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>　　　　　Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiffs State of Minnesota, by and through its Attorney General Keith Ellison, the City of Minneapolis, and the City of St. Paul (collectively, "Plaintiffs") move the Court pursuant to Fed. R. Civ. P. 65(b), D. Minn. L.R. 7.1(d), and the Court's inherent authority for a temporary restraining order. The grounds for this motion are set forth in the accompanying memorandum of law, supporting declarations, arguments of counsel, and all other documents on record with the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>January 12, 2026</u> | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
|  | <u>By: /s/ Brian S. Carter</u><br>BRIAN S. CARTER (#0390613)<br>Special Counsel |
|  | LIZ KRAMER (#0325089)<br>Solicitor General<br>PETER J. FARRELL (#0393071)<br>Deputy Solicitor General<br>KATHERINE BIES (#0401675)<br>LINDSEY MIDDLECAMP (#0392589)<br>JOSEPH RICHIE (#0400615)<br>Special Counsel |
|  | 445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2125<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax) |
|  | liz.kramer@ag.state.mn.us<br>peter.farrell@ag.state.mn.us<br>brian.carter@ag.state.mn.us<br>katherine.bies@ag.state.mn.us<br>joseph.richie@ag.state.mn.us<br>lindsey.middlecamp@ag.state.mn.us |
|  | *Attorneys for Plaintiff State of Minnesota* |

Dated: January 12, 2026   KRISTYN ANDERSON
City Attorney
*/s/ Kristyn Anderson*
KRISTYN ANDERSON (0267752)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorney
SARA J. LATHROP (0310232)
Assistant City Attorney
KIRSTEN H. PAGEL (0399114)
Assistant City Attorney
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
heather.robertson@minneapolismn.gov
kirsten.pagel@minneapolismn.gov

*Attorneys for Plaintiff City of Minneapolis*

Dated: January 12, 2026   IRENE KAO
City Attorney
*By: /s/ Kelsey McElveen*
PORTIA HAMPTON-FLOWERS (0210869)
Deputy City Attorney
KELSEY MCELVEEN (0396744)
Assistant City Attorney
ALEXANDER HSU (0399275)
Assistant City Attorney
15 W. Kellogg Blvd., #400
Saint Paul, MN 55102
Tel: 651-266-8710
Portia.flowers@ci.stpaul.mn.us
Kelsey.mcelveen@ci.stpaul.mn.us
Alexander.hsu@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*