UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison, City of Minneapolis, and City of<br>Saint Paul,<br><br>                Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>                Defendants. | Case No. |

**DECLARATION OF SARA LATHROP**

I, SARA LATHROP, declare as follows:

I am an Assistant Minneapolis City Attorney and am one of the attorneys representing the City of Minneapolis in this matter.

1.    Attached hereto as Exhibit 1 is a true and correct copy of a video posted on the social media platform X (formerly Twitter) by the account DHSgov on January 6, 2026. The video appears to be an television interview of ICE director Todd Lyons in which Lyons says among other things "We have the largest immigration operation ever taking place right now," and "They're up there taking the fight to these sanctuary jurisdictions…"

2.    Attached hereto as Exhibit 2 is a true and correct copy of a video posted on Bluesky by the account @progressivepower which appears to show the use of pepper spray at close range by federal immigration agents.  The post included the hashtags #Minneapolis and #ice and was posted on December 17, 2025.

3.    Attached hereto as Exhibit 3 is a true and correct copy of a video posted on Facebook by the account Jaedyn James that appears to show excessive force used by federal immigration agents outside Roosevelt High School in the City of Minneapolis on January 7, 2026.

4.    Attached hereto as Exhibit 4 is a true and correct copy of a video posted on Bluesky by the account @hongpong on January 7, 2026, which appears to the chaotic scene outside Roosevelt High School in Minneapolis that day, and show the use of pepper spray at what appears to be students outside the school.

5.    Attached hereto as Exhibit 5 is a true and correct copy of a video posted on social

media application Bluesky by the account @demguardrails on January 7, 2026, which appears to show an ICE agent firing pepper spray at a protester at close range in Minneapolis.

6.    Attached hereto as Exhibit 6 is a true and correct copy of a video posted by the social media application TikTok account on January 8, 2026, by the account @middleeasteye that appears to show border control agents question a driver at MSP airport, and ask him if he is a U.S. Citizen.  A Border Patrol agent is heard on the video stating, "I can hear you don't have the same accent as me, that's why I'm asking" and "I want to know where you were born."

7.    Attached as Exhibit 7 is a true and correct copy of the news media article *Police Walk a Tightrope to Maintain Community Relations amid Twin Cities ICE Arrests*, published in the Minnesota Star Tribune, December 21, 2025, authored by Liz Sawyer, downloaded on December 29, 2025, and is available at https://www.startribune.com/police-are-walking-a-tightrope-to-maintain-community-relations-amid-twin-cities-ice-arrests/601546661.

8.    Attached as Exhibit 8 is a true and correct copy of the news media article *Trump says he doesn't want Somalis in the US, urges them to go back to their homeland and fix it*, published by the Associated Press on December 2, 2025, authored by Aamer Madhani, downloaded on December 29, 2025, and is available at https://apnews.com/article/trump-somalia-immigration-afghanistan-421eaa7ff218c43ccaed3cbab8ed37f5.

9.    Attached as Exhibit 9 is a true and correct copy of the news media article *Protesters Condemn Trump's Targeting of Minnesota's Somali Community: 'This Is Our Country, Not His,'* published in Time Magazine on December 4, 2025, authored by Olivia-Anne Clearly, downloaded on December 29, 2025, and available at https://time.com/7338580/anti-trump-protesters-immigration-crackdown-somali-community/.

10.    Attached as Exhibit 10 is a true and correct copy of a printout from the official website of the United States Census Bureau which allows the user to access census data, *U.S. Foreign-Born Population: 2019-2023*, United States Census Bureau (December 12, 2024), downloaded on December 29, 2025, and is available at:

https://www.census.gov/library/visualizations/interactive/foreign-born-population-2019-2023.html.

11.    Attached as Exhibit 11 is a true and correct copy of the news media article *WATCH: 20-year old U.S. citizen detained by ICE on Tuesday draws condemnation from Minneapolis' mayor and police chief*, published by WCCO News, on December 10, 2025, authored by Ari Bergeron and Susie Jones, downloaded on December 31, 2025, and available at

https://www.audacy.com/wccoradio/news/local/us-citizen-detained-ice-draws-condemnation-minneapolis.

12.    Attached as Exhibit 12 is a true and correct copy of a letter from Pong Xiong, Director of Minnesota Driver and Vehicle Services to Department of Homeland Security Secretary Kristi Noem, regarding "Misuse of Minnesota License Plates on Unmarked DHS Vehicles" sent on December 23, 2025, and downloaded on December 31, 2025 from

https://www.mprnews.org/story/2025/12/24/ice-agents-in-minnesota-are-violating-state-law-by-switching-license-plates.

13.    Attached as Exhibit 13 is a true and correct copy of the news media article *Minnesota DVS warns ICE agents they're violating state law by switching license plates*, published by MPR News on December 24, 2025, authored by Jon Collins, downloaded on December 29, 2025, and available at https://www.mprnews.org/story/2025/12/24/ice-agents-in-

minnesota-are-violating-state-law-by-switching-license-plates.

14.    Attached as Exhibit 14 is a true and correct copy of the news media article *ICE Arrests Target Immigrants at Hennepin County Courthouse*, published by the Sahan Journal on January 28, 2025, authored by Katrina Pross, downloaded on December 31, 2025, and available at https://sahanjournal.com/public-safety/ice-arrests-minneapolis-hennepin-county-courthouse.

15.    Attached as Exhibit 15 is a true and correct copy of the news media article *'It makes us . . . less safe': How federal immigration actions are affecting local prosecutions in Hennepin County*, published by the Sahan Journal on August 18, 2025, authored by Katrina Pross, downloaded on January 9, 2026, and available at https://sahanjournal.com/public-safety/immigration-arrests-impact-hennepin-county-court-cases.

16.    Attached as Exhibit 16 is a true and correct copy of the news media article *Police in Twin Cities pitted between competing demands of protesters and federal agents*, published by MinnPost on December 23, 2025, authored by Trevor Mitchell, downloaded on December 29, 2025, and available at https://www.minnpost.com/metro/2025/12/police-in-twin-cities-pitted-between-competing-demands-of-protesters-and-federal-agents-in-debate-over-separation-ordinance/.

17.    Attached as Exhibit 17 is a true and correct copy of the news media article *ICE agents in Twin Cities open fire after an undocumented man allegedly hit them with his SUV*, published by CNN on December 22, 2025, authored by Chelsea Bailey, downloaded on December 29, 2025, and available at https://www.cnn.com/2025/12/22/us/ice-agents-open-fire-st-paul-minnesota.

18.    Attached as Exhibit 18 is a true and correct copy of the article from the Cato

Institute *65 Percent of People Taken by ICE Had No Convictions, 93 Percent No Violent Convictions*, posted on June 20, 2025, authored by David J. Bier, downloaded on December 29, 2025 and available at https://www.cato.org/blog/65-people-taken-ice-had-no-convictions-93-no-violent-convictions.

19.    Attached as Exhibit 19 is a true and correct copy of the news media article *An ever-larger share of ICE's arrested immigrants have no criminal record*, published by Stateline on December 12, 2025, authored by Tim Henderson, downloaded on December 31, 2025 and available at https://stateline.org/2025/12/12/an-ever-larger-share-of-ices-arrested-immigrants-have-no-criminal-record/.

20.    Attached as Exhibit 20 is a true and correct copy of a publication from the Minnesota Department of Employment and Economic Development, *The Growth and Impact of Minnesota's Foreign-Born Workforce* posted in March of 2025, authored by Carson Gorecki, Tim O'Neill and Amanda Blaschko, downloaded on December 31, 2025, and available at https://mn.gov/deed/newscenter/publications/trends/mar-2025/foreign-born.jsp.

21.    Attached as Exhibit 21 is a true and correct printout of the transcript of a the Minnesota Business podcast, episode titled *The Economic Contributions of New Americans in Minnesota*, from the Minnesota Chamber of Commerce, the podcast was hosted by Doug Loon and the transcript posted on February 28, 2025, downloaded on December 31, 2025, and available at https://www.mnchamber.com/blog/economic-contributions-new-americans-minnesota.

22.    Attached as Exhibit 22 is a true and correct copy of the news media article *As ICE activity intensifies, some Somali students lower their profile*, published in the Minnesota Star

Tribune, December 13, 2025, authored by Emmy Martin, downloaded on January 9, 2026, and is available at https://www.startribune.com/as-ice-activity-intensifies-some-somali-students-lower-their-profile/601542204.

23.    Attached as Exhibit 23 is a true and correct copy of the news media article *ICE agent fatally shoots woman in south Minneapolis*, published in the Minnesota Star Tribune, January 7, 2026, authored by Emmy Martin, Liz Sawyer, Sofia Barnett, and Louis Krauss, downloaded on January 9, 2026, and is available at https://www.startribune.com/ice-agent-fatally-shoots-woman-in-south-minneapolis/601559744.

24.    Attached as Exhibit 24 is a true and correct copy of a report published on December 9, 2025, by U.S. Sen. Richard Blumenthal, ranking member of the Permanent Subcommittee on Investigations, entitled "Unchecked Authority: Examining the Trump Administration's Extrajudicial Immigration Detentions of U.S. Citizens."

25.    Attached as Exhibit 25 is a true and correct copy of the news media column *ICE tactics threaten to unravel trust with local law enforcement*, published in the Minnesota Star Tribune, January 11, 2026, authored by Eric Roper, downloaded on January 11, 2026, and is available at https://www.startribune.com/ice-mpd-law-enforcement-minnesota/601560440.

26.    Attached as Exhibit 26 is a true and correct copy of Associated Press article by Rebecca Santana, *Video captures Minneapolis immigration arrest in a city on edge after shooting of Renee Good,* dated  January 11, 2026, available at https://apnews.com/article/ice-protests-shootings-minneapolis-portland-3f9db36657dda5bfebf9c240b6011ee5

27.     Attached as Exhibit 27 is a true and correct copy of Reuters article by Julia Harte entitled *Homeland Security to send hundreds more officers to Minnesota, Noem says*, dated January 11, 2026.

28.     Attached as Exhibit 28 is a true and correct copy of a video posted to social media on or about January 10, 2026, that appears an immigration agent approaching a person in the parking lot of Costco in St. Louis Park, Minnesota, and asking if they are a citizen of the United States.

29.     Attached as Exhibit 29 is a true and correct copy of a video posted on social media on January 11, 2026, attributed to Ford Fischer / News2Share appearing to show Border Patrol agents blocking off an entire block in Saint Paul and going door to door.

30.     Attached as Exhibit 30 is a true and correct copy of a video posted on X by the account @FordFischer on January 11, 2026, at 9:32 p.m. appearing to show Border Patrol agents smashing a car window and violently arresting a person at a Speedway gas station in St. Paul.

31.     Attached as Exhibit 31 is a true and correct copy of a video posted on social media by an account entitled Amber Rose that appears to show immigration agents entering a home with force in Minneapolis on January 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of January, 2026 in Minneapolis, Minnesota

*s/ Sara Lathrop*
Sara Lathrop