

Ex. 10

2 Favorites  28,956 Views

U.S. Foreign-Born Population: 2019-2023 #CensusData #CensusDataViz

Published on: www.census.gov

**First Published Date:** Dec 12, 2024    **Last Published Date:** Dec 12, 2024

English (US)

Trust   Blog   FAQ   About   Tableau Products   Careers   Contact Us

LEGAL   TERMS OF SERVICE   PRIVACY INFORMATION   DATA POLICY   RESPONSIBLE DISCLOSURE   UNINSTALL   COOKIE PREFERENCES   YOUR PRIVACY CHOICES

© 2025 SALESFORCE, INC.

Ex. 10