# MINNESOTA DEPARTMENT OF PUBLIC SAFETY



## Driver and Vehicle Services

445 Minnesota Street • Saint Paul, Minnesota 55101
Driver Services Phone: 651.297.3298 • Vehicle Services Phone: 651.297.2126
Fax: 651.797.1205 • TTY: 651.282.6555
dps.mn.gov

Alcohol and Gambling Enforcement

Bureau of Criminal Apprehension

Driver and Vehicle Services

Emergency Communication Networks

Homeland Security and Emergency Management

Minnesota State Patrol

Office of Communications

Office of Justice Programs

Office of Pipeline Safety

Office of Traffic Safety

State Fire Marshal

December 23, 2025

**<u>Sent via Electronic Mail and US Mail</u>**

The Honorable Kristi Noem
Office of the Executive Secretary
MS 0525 Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525
publicaffairs.iceofficeof@dhs.gov

Re:     Misuse of Minnesota License Plates on Unmarked DHS Vehicles

Dear Secretary Noem:

The Minnesota Department of Public Safety – Driver and Vehicle Services division (DVS) has received numerous reports from concerned citizens that Department of Homeland Security (DHS) immigration enforcement agents are misusing Minnesota license plates that are assigned to unmarked DHS vehicles. For example, DVS has received reports that DHS agents are swapping license plates between DHS unmarked vehicles. DVS has also received reports that that identical license plates have been observed on the rear of two separate DHS vehicles.

The above-described conduct violates Minnesota law and will not be tolerated. To be clear, Minnesota law prohibits anyone, including the driver of an unmarked law enforcement vehicle, from displaying a Minnesota license plate other than the license plate assigned to that vehicle by DVS. Minn. Stat. § 168.36, subd. 2. Use of Minnesota license plates on a vehicle other than the vehicle to which the license plate is assigned unnecessarily puts DHS agents at risk of being stopped and cited under this section.

As you are aware, DVS has a robust undercover vehicle registration program used by DHS and other state and federal law enforcement agencies operating in Minnesota. This program, authorized by Minnesota Statutes, section 168.012, subdivision 1(c), allows law enforcement agencies to receive Minnesota license plates for use on their unmarked vehicles. This program ensures that vehicles driven on Minnesota roads are titled and registered as required by law while preserving the anonymity of law enforcement personnel performing sensitive work.

EQUAL OPPORTUNITY EMPLOYER

Ex. 12

December 23, 2025
Page 2

Historically, DHS has used this program to protect the anonymity of law enforcement personnel performing sensitive work in Minnesota while adhering to state law and providing a mechanism for accountability in the event an unmarked vehicle is misused. There is nothing in the undercover license plate program or Minnesota law that allows DHS to transfer license plates between vehicles as has been reported to DVS. DPS expects that DHS leadership will take affirmative steps to: (i) ensure that any such conduct is immediately ceased; and (ii) confirm that all DHS undercover vehicles with Minnesota license plates bear the proper DVS-issued plate that is assigned to the particular vehicle.

If DHS is unwilling or unable to abide by these legal requirements, the agency's continued participation in the unmarked vehicle program will be jeopardized. Additionally, DVS may exercise its authority to revoke the registrations and license plates of the vehicles in question and to seize the license plates. Minn. Stat. § 168.17.

If you have any questions about the contents of this letter or about DHS's legal obligations with regard to unmarked vehicles registered in Minnesota, please feel free to contact me.

Respectfully,

Pong Xiong
Director, Driver and Vehicle Services
Minnesota Department of Public Safety
445 Minnesota Street, Suite 190
Town Square Building
St. Paul, MN 55101
Pong.Xiong@state.mn.us


cc:    Brian Hyer
       Brian.Hyer@hq.dhs.gov

       Kim Johnson
       Kim.Johnson@hq.dhs.gov

       ASAC Tonya Price
       Tonya.M.Price@ice.dhs.gov

Ex. 12