DONATE

PUBLICSAFETY

# 'It makes us ... less safe': How federal immigration actions are affecting local prosecutions in Hennepin County

Victims afraid to testify. Defendants deported before a conviction. Immigration arrests are upending local criminal cases, Hennepin County officials say.

 by **Katrina Pross**
August 18, 2025



The Hennepin County Government Center, pictured May 29, 2025. Credit: Aaron Nesheim | Sahan Journal

Hennepin County prosecutors say President Donald Trump's immigration policies are hindering their pursuit of justice, in some cases because defendants are deported before they get their day in court, and in

Ex. 15

others because witnesses or defendants may be too fearful to appear.

Since January, when Trump took office for the second time, fear that U.S. Immigration and Customs Enforcement (ICE) agents may detain them if they appear for a court date makes it difficult to ensure justice for undocumented people, be they victims or alleged perpetrators, prosecutors and immigration experts say.

"Our goal is public safety," said Eder Castillo, a senior assistant Hennepin County attorney. "So when we have these interruptions, interference, that just makes achieving that goal really difficult."

## Some defendants abruptly detained and deported by ICE before case concludes

The attorney's office pointed to several recent cases in which a defendant was either deported or likely deported before their case was resolved.

In one case, a defendant charged with killing a woman while driving drunk was deported during prosecution.

A victim in a different case told the attorney's office that they were contacted and threatened by a defendant, who had been deported before the case was finished, despite the attorney's office filing a legal document for the defendant to appear in court.

In a third case, a defendant accused of sexually abusing his girlfriend's daughter disappeared during prosecution. The victim's family told the attorney's office that the defendant had likely been in ICE custody, and potentially deported.

It can be challenging for local prosecutors to get information from ICE. The Hennepin County Attorney's Office often does not receive communications from the agency before their actions.

"We are learning sometimes from the news that someone got apprehended," Castillo said. "That uncertainty and lack of communication makes it difficult for us to maintain public safety in our community."

Ex. 15

1/9/26, 5:45 PM
CASE 0:26-cv-00190-KMM-DJF    Doc. 6-15    Filed 01/12/26    Page 3 of 10
Federal immigration actions upend local criminal cases

**RELATED STORIES**

In unexpected reprieve, nursing mother from Lake Elmo released from immigration custody

'I wish I could turn back time': Hmong father among five Minnesotans facing deportation to Laos this week

Minnesota's unaccompanied minors face scrutiny at home, hurdles in court

While the Trump administration has said that deporting someone is justice, those in the local legal system disagree.

Victims who report crimes don't get the closure or resolution that a criminal conviction could provide, Castillo said.

"They've been so vulnerable with our office, showing up to hearings, putting in restitution claims, doing all of these things, sometimes grieving the crime that they've been impacted by, and then to suddenly have the case end out of nowhere with no result?" Castillo said. "In terms of justice, it's hard for me to see that as a just outcome."

For Hennepin County Attorney Mary Moriarty, deporting someone before they face accountability for a crime is not consistent with public safety.

"It's a danger," Moriarty said. "It deprives our victims and our community of accountability for what happened here, but also, I think, endangers the people in that community where they're sent."

Mike Berger, the chief public defender in Hennepin County, whose office frequently represents undocumented clients, said that deporting someone before they are found guilty of a crime doesn't allow for evidence to prove that the accused actually committed the crime.

 "If you're short-circuiting that system, you're not allowing due process to unfold, and you're deporting people on accusations," he said.

Emanual Williams, an attorney doing criminal defense work for the Legal Rights Center, a nonprofit law firm, said deporting someone before their case is resolved leaves community members in the dark if the crime actually happened. It also deprives people of the right to have their day in court.

"To me, that's the worst thing that can happen in our legal system," Williams said. "I don't think that's what this country was founded on."

## Fear about coming to courthouses, testifying in hearings

Victims and witnesses of crimes have expressed fear of attending court proceedings in person at the courthouse over fears that ICE may be present and detain them, and some defendants have missed hearings, according to the Hennepin County Attorney's Office.

Under the Trump administration, ICE issued guidance that agents can conduct civil immigration enforcement actions in or near courthouses.

Julia Decker, the policy director of the Immigrant Law Center of Minnesota, said that created "immediate concern" for lawyers and community members.

The guidance also says that ICE can detain undocumented witnesses participating in a court proceeding or family members and friends accompanying someone to court.

"Some of our witnesses as well as victims, are immigrants, and they're afraid to come down to the courthouse, that they might get snatched by ICE," Moriarty said. "Even though we do not work with ICE or cooperate with them, we can't guarantee that anybody's going to be safe if they are helping us."

ICE has also told agents that they are not required to proactively determine if the person they are detaining might be a victim of a crime.

"This is not something that we've ever seen before," Castillo said. 'This isn't just targeting people who have criminal histories or convictions or are suspects. This is explicitly talking about witnesses and victims that ICE is no longer going to treat the same way they've treated before."

Ex. 15



Senior Assistant HennepinCounty attorney Eder Castillo, seen on Aug. 5, 2025, at the Hennepin County Government Center in Minneapolis. Credit: Dymanh Chhoun | Sahan Journal

Berger said that several arrests have taken place near Hennepin County courthouses since January. He also said that it appears that ICE's presence near Hennepin County court buildings has decreased since the beginning of the year.

"Now I think we're in a place where they're picking them up at all kinds of places, and not so much at the courthouse," Berger said.

A spokesperson from Hennepin County District Court said that the court is unable to confirm actions taken by another agency like ICE.

A spokesperson for ICE did not respond to a request for comment before publication.

Castillo said crime victims have expressed hesitation to testify in person at the courthouse. Some have asked the attorney's office if they can testify virtually or in writing, but Castillo said that testimony in

Ex. 15

criminal cases has to take place in person.

In addition to victims and witnesses expressing fear of coming to the courthouse, the Hennepin County Attorney's Office has 13 cases in which a warrant has been issued in recent months because the defendants, who have immigration concerns, have missed a court appearance.

Berger said his office has not seen an increase in people failing to appear for their hearings so far this year.

But the fear among undocumented people to enter government buildings remains. While the Hennepin County Attorney's Office does not inquire about someone's immigration status, court proceedings take place in public courthouses.

Abigail Wahl, an immigration attorney who represents clients in Minnesota, said she's heard concerns from undocumented people about attending any court proceeding, even for minor cases.

"People are definitely scared to go for even just a family court proceeding, or something to do with custody or child support, or even minor traffic crimes, which normally wouldn't be something people are worried about," Wahl said.

Williams said that he thinks ICE agents should be barred from courthouses to allow cases to move forward without fear or lack of due process.

"Not only does it make it harder for us to do our jobs, harder for clients to be able to exercise their rights and harder for victims to be able to find resolution, I think it wholeheartedly makes us a less safe country," he said.

## One solution to help undocumented crime victims

Amid these concerns, the Hennepin County Attorney's Office has been working to make it easier for crime victims who are not U.S. citizens to obtain legal residency.

About a year and a half ago, the office **announced a new policy** that eases the process for people to apply for U and T visas, which were introduced by the federal government about 25 years ago. U visas give legal status to crime victims who have been subjected to mental or physical abuse, and who can help investigators. T visas apply to victims of serious trafficking crimes.

Ex. 15

The visas aim to give some protection to those who may fear deportation if they report a crime.

"The whole idea is, you want somebody … who is an immigrant who's been a victim, to cooperate with us so that we can hold the person accountable for the harm that they've done," Moriarty said.

To apply for a U or T visa, the applicant needs a certification from a law enforcement agency, such as the Hennepin County Attorney's Office. Previously, the county attorney's office would only certify cases that were referred to for prosecution. Now the office certifies all cases for qualifying victims in Hennepin County, regardless of whether the crime results in a criminal case.

This summer, the office surpassed 500 U or T visa certifications since January 2024. From 2008 to 2023, the office issued just over 400 certifications, according to the attorney's office.

"It's been incredible to work with them. And I would say what they've done at Hennepin County is revolutionary and very helpful to the community overall," Wahl said.

While getting a certification is an essential part of the application process, it can take years to actually get a U visa. The federal government has a cap of issuing 10,000 a year, and a significant backlog leaves new applicants with an estimated wait time of about 15 to 20 years to get a visa, said Lenore Millibergity, an attorney who recently retired from the Immigrant Law Center of Minnesota.

While applicants wait for their visa, an immigration officer can review their case and issue a work card if they meet criteria. Millibergity said that she's heard of recent cases nationally in which applicants who have old removal orders have been detained by ICE, even if they have documentation that they might be issued a U visa in the future.

"It's a few cases, but it's definitely a cause for concern," she said.

In addition to certifying U or T visas, the attorney's office has been working to do more community engagement and build trust with immigrants who may be victims of crimes.

"We try to emphasize as much as we can, we care about you, you matter to this community, and we're doing what we can do to help," Moriarty said.

Ex. 15

READ MORE



# Minneapolis officials call for independent investigation in ICE killing of Renee Good

Ex. 15



'Kindness radiated out of her': Renee Good's wife says she was supporting neighbors when fatally shot by ICE



# County Attorney Moriarty, Attorney General Ellison launch state probe of fatal ICE shooting

© 2026 Sahan Journal

Powered by Newspack

Ex. 15