

Metro

# Police in Twin Cities pitted between competing demands of protesters and federal agents

*Amid the ongoing "Operation Metro Surge," city leaders in Minneapolis and St. Paul are seeking to strengthen local laws about when and how police interact with federal agents.*

by **Trevor Mitchell**
12/23/2025



An attendee holds up a sign reading "no support for ICE" during a city council meeting at the Minneapolis Public Service Center on Tuesday, Dec. 9, 2025, in Minneapolis, Minn. The council unanimously approved changes to the city's separation ordinance at the meeting, including restricting Minneapolis police from helping ICE with immigration enforcement. Credit: Ellen Schmidt/MinnPost/CatchLight Local/Report for America

Federal immigration actions targeting the Twin Cities have put local police at the center of a tug-of-war.

More than 670 people have been arrested so far amid the feds' "Operation Metro Surge." In response, many residents have pushed back, from **individuals 3D-printing "anti-ICE whistles"** to thousands of **protesters marching down Lake Street** in the bitter cold on Dec. 20.

But as federal enforcement has stepped up, the role of local law enforcement has proven contentious. In both Minneapolis and St. Paul, rules state clearly that police departments may not assist in enforcing federal immigration laws.

In recent instances, however, ICE has called local police not overtly for assistance with immigration actions, but citing threats to agents' safety. The distinction is raising debate about where to draw the line between protecting federal agents and actively helping them.

## Existing rules about cooperation were 'outdated'

On Dec. 11, the Minneapolis City Council unanimously voted to strengthen the city's separation ordinance — a 22-year-old law, passed shortly after the 2003 launch of the U.S. Department of Homeland Security, designed to prevent city involvement in the enforcement of federal immigration laws.

And while that was just days after federal authorities launched an **immigration enforcement campaign** in the Twin Cities, the push to clarify and reinforce the ordinance goes back to at least June 3.

*Related: [Minneapolis council members taking on update of city's separation ordinance](#)*

That's when federal law enforcement, including ICE agents, **led a search** at Minneapolis' Taqueria y Birrieria Las Cuatro Milpas, drawing crowds of protesters and leading to violent interactions. The Minneapolis Police Department arrived to manage the scene and were perceived by some to be aiding ICE.

A **city audit** found that MPD did not violate the separation ordinance, but also called it "outdated" and recommended updates.

## What changed in the separation ordinance?

Minneapolis' **revised ordinance** aims in part to eliminate gray areas in its language. For example, in the section disallowing the use of "city resources" to enforce immigration law, it now says "city facilities, property, moneys, equipment, data, technology (e.g. license plate recognition, surveillance video, computers)."

It also offers more detail about its purpose, saying that to aid federal authorities would squander city resources and have a "chilling effect" on immigrants' willingness to call the police or report crimes.



Organizations against federal immigration enforcement pack the room during a city council meeting at the

Minneapolis Public Service Center on Tuesday, Dec. 9, 2025, in Minneapolis, Minn. The council unanimously approved changes to the city's separation ordinance at the meeting, including restricting Minneapolis police from helping ICE with immigration enforcement. Credit: Ellen Schmidt/MinnPost/CatchLight Local/Report for America

Like an **executive order** signed on Dec. 3 by Mayor Jacob Frey, the revisions specify that city-owned parking lots, ramps and garages may not be used as staging areas to enforce federal immigration laws. This **mirrors actions taken by Chicago's mayor** after federal agents used city property for those purposes.

MPD may still assist federal law enforcement in investigating criminal activity, but if they become aware that the subject of an investigation may be violating immigration law, they must make a detailed, publicly available report to the mayor and city council regarding the investigation.

## A familiar situation in St. Paul

Saint Paul is poised to take similar actions following a Nov. 25 arrest by federal agents in the Payne-Phalen neighborhood that drew crowds of protesters.

Saint Paul Police Chief Axel Henry **said in a statement** that his officers were called to assist when a "federal perimeter was broken by protesters," and that officers stood between them and federal agents "so protestors could express their First Amendment rights and federal agents could complete their legal objectives."

Henry also said his officers became aware of reports that people had begun to arm themselves with rocks and sticks. Amid the events, he said, officers used chemical irritants.

"I understand that our public is greatly frustrated by these issues, but be clear, Saint Paul

police officers are not doing immigration enforcement," Henry said, "but we do have a responsibility to make sure that laws aren't broken in our city."

The Saint Paul City Council responded at a Dec. 10 meeting, voting unanimously to pass a resolution promising to perform a financial audit of the police department's actions, investigate the use of force alongside the state's Board of Peace Officer Standards and Training and consider whether **the city's separation ordinance**, passed in 2004, should be strengthened.

## How have others responded?

Dieu Do, a community organizer with the Minnesota Immigrant Rights Action Committee (MIRAC) and a policy associate for outgoing Ward 5 Council member Jeremiah Ellison, expressed optimism about Minneapolis' revised ordinance. The hope, she said, is to avoid a repeat of the June 3 fracas at Las Quatro Milpas, which she called a "clear picture of what it looks like when our local law enforcement collaborate with federal agents."

But even following the council's passage of the revised ordinance, tensions remain.

On Dec. 15, four days after its passage, the Hennepin County Sheriff's Office received a **911 call from the Department of Homeland Security** saying they were "being attacked" by 60-70 people, resulting in an "officer needs help" call to local law enforcement.



An ICE agent has a protester handcuffed in the snow while his taser is deployed as agents attempt to detain two people in a vehicle at the intersection of West 29th Street and Pillsbury Avenue on Monday, Dec. 15, 2025, in Minneapolis, Minn. Credit: Ellen Schmidt/MinnPost/CatchLight Local/Report for America

Ex. 16

O'Hara, speaking at a **Dec. 16 press conference** alongside Frey, said that when MPD officers arrived, "they did not observe any life safety issues on the scene" and quickly left. HCSO made similar comments, noting that their officers "do not take part in civil immigration enforcement, and we do not assist any other agencies in their civil immigration enforcement."

Ward 9 Council member Jason Chavez, who co-authored the ordinance, **wasn't buying it**. "Then why did you assist and create a pathway for ICE to kidnap our neighbors?" he wrote on social media.

The police chief stated that officers would not cooperate with ICE, but added that the job of the police was to keep everyone in the city safe.

"We are trying to do the best we can to protect everyone's life and to try and deescalate things whenever we can," he said. "But at the same time, we don't control the unsafe or questionable tactics by other agencies that are here."



A Minneapolis Police Department officer asks protesters to step back while ICE agents detain people near the intersection of Pillsbury Avenue S. and W. 29th Street on Monday, Dec. 15, 2025, in Minneapolis, Minn. Credit: Ellen Schmidt/MinnPost/CatchLight Local/Report for America

**Related**

Ex. 16

## Protesters, law enforcement clash in St. Paul

Plus: Businesses ready for snow, and Anoka loosens up on sidewalk chalk.

In "News"

## Minneapolis council members taking on update of city's separation ordinance

Three progressive Minneapolis City Council members are quietly working to strengthen the city's 22-year-old separation ordinance that limits coordination between the city's police department and federal immigration authorities.