# ICE agents in Twin Cities open fire after an undocumented man allegedly hit them with his SUV

Chelsea Bailey



The chaotic apprehension of an undocumented man in St. Paul, Minnesota, ended violently Sunday after the man allegedly struck two federal officers with his vehicle during a stop – causing one officer to fire "defensive shots" – before the man was ultimately apprehended, according to the Department of Homeland Security.

The arrest comes as the Trump administration continues its immigration enforcement efforts across the Twin Cities, which have stoked controversy in recent weeks over Immigration and Customs

Enforcement tactics and concerns over racial profiling.

But Sunday's pursuit points to a troubling trend that's emerged during the administration's immigration enforcement efforts, which left some officials warning about the potential for escalation and violence.

It began when agents tried to detain a man DHS later identified as Juan Carlos Rodrigues Romero, an undocumented Cuban immigrant, during a stop.

"Romero was noncompliant and refused to roll down his window, causing officers to warn that they would have to break the window if he continued to not comply with lawful orders," the agency said in a statement posted online.

That's when Romero drove off, DHS said, and a chaotic chase began.

## An attempt to flee ends with shots fired

As Romero fled the scene, he allegedly struck one of the ICE officers with his vehicle. He then drove into a nearby parking lot and hit two parked cars, according to DHS.

As officers commanded Romero to exit the vehicle, he allegedly "began ramming his car into an ICE vehicle and struck another ICE officer," DHS said in a statement.

"The officer who was struck by Romero's car defensively fired two rounds from his service weapon, causing Romero to drive off again," the agency said. "No one was struck by any of the defensive shots fired."

Romero, however, continued to try to elude apprehension, according to the agency. He allegedly rammed another ICE vehicle before attempting to flee into his apartment on foot.

The agency said ICE officers brought Romero to the ground as he "continued to violently resist arrest and bit one of the officers."

The officers involved sustained non-life-threatening injuries during the pursuit and were taken to a nearby hospital for evaluation, according to DHS.

Romero was also evaluated at a hospital and is currently in ICE custody pending further charges, the agency said.

It was not immediately clear if Romero had obtained legal representation.

CNN has reached out to ICE for further comment on the arrest.

In a statement posted on social media, Saint Paul Police said they arrived at the scene after the incident and learned the federal agent had been struck and fired his service weapon.

"No Saint Paul police officers were involved in the arrest or use of force," the department said.

Police use of force has become a lightning rod in Minnesota following the murder of George Floyd. In the aftermath, local police have spent years trying to reform department protocols during police encounters.

Minneapolis Police Chief Brian O'Hara alluded to how the federal police presence has at times complicated those efforts during a news conference Tuesday.

"We have been training our officers for the last five years very, very intensely on de-escalation," O'Hara said. "But unfortunately, that is not, that is often not what we are seeing from other agencies in the city."

Related article

Car crashes and rammings take center stage in immigration crackdown

## Immigration stops spark violence, charges

Dramatic – and occasionally violent – traffic stops have become something of a fixture during the Trump administration's ongoing immigration crackdown.

Traffic stops are often considered among the most dangerous police interactions because of their potential for escalation and injury.

In October, Emily Covington, ICE Assistant Director of Public Affairs, told CNN "aggressors are now purposefully running into officers, boxing in law enforcement vehicles, running ICE law enforcement off the roads, and ramming their cars into law enforcement vehicles."

But the agency has also faced criticism over the tactics it uses during apprehensions, including controversial "precision immobilization technique" or "PIT" maneuvers, which forces a car to spin out and stop.

The tactic is considered a use of deadly force, experts have told CNN.

In September, ICE officers fatally shot a man during a traffic stop in a Chicago suburb. The following month, a car crash involving federal agents drew widespread backlash and protests in the city after video of the incident went viral.

And last month, the high-profile case against Marimar Martinez – a Chicago woman accused of [ramming a Customs and Border Protection](...) agent with her vehicle before agents repeatedly shot her – ended dramatically when a federal judge dismissed the charges against her.

Throughout the trial, US District Judge Georgia Alexakis repeatedly raised concerns about how the government handled the investigation and ultimately said discrepancies in the government's case made her "question the narrative being put forward."

During the trial, Martinez's defense attorney had [accused the government](...) of potentially trying to destroy evidence after Charles Exum, the agent involved in the case, was allowed to drive his

damaged vehicle 1,000 miles to his home state of Maine.

The defense also produced [text messages](#) at trial in which Exum appeared to brag about his marksmanship after shooting Martinez.

After the ruling, Martinez [told CNN](#) although she will carry the physical scars of the shooting, she refuses to be a victim.

"I'm actually a survivor from all of this injustice that's going on," she said.

*CNN's Niquel Terry Ellis, Dalia Faheid, Eric Levenson and Omar Jimenez contributed to this report.*