### The Minnesota Star Tribune

**TWIN CITIES**

# As ICE activity intensifies, some Somali students lower their profile

Fear on Twin Cities campuses has grown following recent detentions, leaving students to reconsider their daily activities

**By Emmy Martin**
The Minnesota Star Tribune

DECEMBER 13, 2025 AT 6:00AM



Students move through the University of Minnesota campus in Minneapolis on Tuesday. (Alex Kormann/The Minnesota Star Tribune)

Somali American college students are carrying passports and IDs to class as fear spreads across Twin Cities campuses amid intensified ICE activity and inflammatory political

Ex. 22

rhetoric.

While some colleges have issued guidance, others have stayed largely silent, leaving students to navigate safety through group chats, word-of-mouth warnings and online videos.

On a recent weekday morning, a University of Minnesota student slipped her passport card into her wallet before heading to class. Born in Minneapolis and a U.S. citizen, she said she never considered carrying proof of citizenship until the past week.

"Make sure to always carry your passport ID with you," Cho said her dad told her. "You never know what's going to happen. It can happen to anyone at this point."

Cho is a freshman at the U who asked to be identified only by her nickname out of concern for her safety. The Minnesota Star Tribune confirmed Cho's identity through an in-person interview and reviewed her online presence. She commutes from her family's Minneapolis home to the U, and she and her five siblings – all U.S.-born citizens – now carry identification wherever they go. When they leave for school or work, the family sends updates throughout the day and hopes they all make it home safely.

"Honestly, it's really scary," she said. "I've been going to classes, but I stay indoors. I'm afraid to participate in everyday activities, hang out with friends or anything. Even going to work, just driving, is anxious, because it's that constant fear of being stopped and harassed."

That fear deepened this week, students said, when ICE detained a student on Augsburg's private campus and two bomb threats followed, and when a Somali American citizen was tackled and detained in Cedar-Riverside despite saying he had his ID.

The American Civil Liberties Union of Minnesota said it has heard of "at least a dozen" U.S. citizens of Somali descent being detained during recent ICE operations – a pattern attorney Ian Bratlie described as unlawful racial profiling that fails to meet the legal standard of reasonable suspicion.



A Somali American University of Minnesota student, who asked to remain anonymous, on campus in Minneapolis on Tuesday. (Alex Kormann/The Minnesota Star Tribune)

## Mixed responses from colleges

Formal communication from colleges, students say, has been uneven. Minnesota State's system office has not issued any statements about ICE operations, though several of its campuses have acted independently.

Bratlie said students should not assume institutions will always act as their first line of protection. He urged students to keep copies of important documents and know their rights because there may be situations "where the university is going to protect itself first."

Normandale Community College reaffirmed privacy protections and outlined what to do if approached by federal agents. Minneapolis College sent messages acknowledging "escalating fear and distress," detailing its protocol for handling ICE visits, and reminding students that their information cannot be released without a subpoena.

The University of Minnesota urged students to learn their rights and highlighted access to immigration legal services, including three full-time immigration attorneys in Student

Ex. 22

Legal Services.

Cho said the most consistent guidance has come from their own communities, with Somali, African and Asian students advising and supporting one another.

Fear is especially acute at Augsburg University, where about 15% of students are Somali American. That is among the highest concentrations at any four-year college in the area. The campus has tightened access to buildings, made housing available for students who feel unsafe and encouraged faculty to adjust coursework as needed.

Public health advocate and U instructor Amira Adawe, who mentors dozens of Somali American students across Minnesota, said communication gaps across campuses have deepened students' sense of vulnerability.

When students came to her asking what to do, Adawe urged those who live on campus at the U to return to their residence halls. "And those who don't live at the university – just drive home, just go," she said.

She said her organization the Beautywell Project is hosting a "know your rights" training on Saturday to help Somali students at Twin Cities colleges understand how to respond if approached by federal agents.

Amira Adawe, shown at her St. Paul office, mentors dozens of Somali American students across Minnesota. (Alex Kormann/The Minnesota Star Tribune)

Bratlie urged students approached by ICE to stay calm, document what happened and film encounters when possible.

"They should do what makes them feel comfortable and safe," he said, adding that carrying a passport or ID is understandable given the recent detentions of citizens.

Federal enrollment data shows that several Twin Cities campuses enroll notable populations of Black students, a demographic that includes many Somali Americans. Most institutions do not track the number of Somali students specifically. The University of Minnesota-Twin Cities reports about 7% Black enrollment. Augsburg has a Black population of 25%.

## Students choosing caution over normalcy

For Cho, the last week of her first college semester looks nothing like she imagined. She avoids certain areas of campus, no longer lingers outside with friends and heads directly home after class.

"Even if you're a citizen, the fear of being detained – that sort of trauma – stays with you," she said.

At Augsburg University, freshman Iman, who is using a nickname out of concern for her safety, said she hasn't changed her class schedule but is more cautious walking alone. The Star Tribune also confirmed her identity through an in-person interview.

"I just carry my ID," the U.S. citizen said. She saw the first videos of ICE activity on TikTok. She and her friends are "watching our surroundings more than we usually would."

She worries about a growing narrative that casts Somali Minnesotans, many of whose families fled civil war and have built businesses, careers and new roots here, as criminals.

"There is this stereotype now because of the fraud case that all we all do fraud," Iman said. "A lot of us worked hard for where we are. My parents have worked very hard. They started from the bottom."

Iman, who grew up in Minnesota and whose parents are naturalized citizens, said the atmosphere has shifted sharply. "We're not scared, but we're watching our surroundings more than we usually would," she said.

As winter break approaches, both students hope for a return to normalcy – but expect it will take time.

"This hasn't changed my plans for the future," Cho said. "It's added a few more obstacles."

Ex. 22

A parking lot at Augsburg University, where a student was arrested by ICE officers on Dec. 6. (Alex Kormann/The Minnesota Star Tribune)

Ex. 22

✦ The Minnesota Star Tribune

© 2026 StarTribune. All rights reserved.