December 9, 2025

United States Senate | Permanent Subcommittee on Investigations





# UNCHECKED AUTHORITY:

## EXAMINING THE TRUMP ADMINISTRATION'S EXTRAJUDICIAL IMMIGRATION DETENTIONS OF U.S. CITIZENS

**Ranking Member Richard Blumenthal | Minority Staff Report**

Ex. 24

# Table of Contents

*PART I: EXECUTIVE SUMMARY* ..................................................................................**2**

  **A.**  The Subcommittee's Inquiry and Findings ......................................................**2**

  **B.**  The Broader Context of the Subcommittee's Inquiry ....................................**9**

*PART II: FINDINGS* ....................................................................................... **10**

  **A.**  Witness Interview Summaries ..................................................................... **10**

  **B.**  Comprehensive Details of Detentions of U.S. Citizens ............................. **16**

    Cary Lopez Alvarado (Hawthorne, California) ............................................. 16

    Julian Cardenas (San Pedro, California) ...................................................... 18

    Arnoldo Carrillo (Gary, Indiana) .................................................................. 21

    Wilmer Chavarria (Winooski, Vermont)....................................................... 23

    Dayanne Figueroa (Chicago, Illinois) .......................................................... 25

    Job Garcia (Hollywood, California) .............................................................. 30

    Brian Gavidia (Montebello, California) ......................................................... 32

    Elzon Lemus (Brentwood, New York) .......................................................... 33

    Adrian Andrew Martinez (Los Angeles, California) ...................................... 35

    Marimar Martinez (Chicago, Illinois) ............................................................ 36

    Andreina Mejia (Arleta, California)................................................................ 38

    Frank Miranda (Portland, Oregon) ............................................................... 40

    Alberto Nila (Sylmar, California)................................................................... 43

    Javier Ramirez (Montebello, California) ....................................................... 44

    George Retes (Camarillo, California) ........................................................... 46

    Anabel Romero (Wilder, Idaho) ................................................................... 49

    Ceasar Saltos (Long Beach, California) ....................................................... 51

    Rafie Ollah Shouhed (Van Nuys, California) ............................................... 53

    Andrea Velez (Los Angeles, California)....................................................... 56

    Leonardo Garcia Venegas (Baldwin County, Alabama) ............................. 60

    Six-year-old "M", Massachusetts ................................................................. 62

    United States Citizen, Maryland ................................................................... 64

Ex. 24

# PART I: EXECUTIVE SUMMARY

## A. The Subcommittee's Inquiry and Findings

While the second Trump Administration has been marked by brazen lawlessness in many areas, the daily drumbeat of shocking stories detailing the behavior of federal immigration officials has been particularly chilling.  Reports of federal immigration officials arbitrarily detaining people nationwide with increasingly excessive force have quickly accumulated. The Administration has said that the purpose of its actions is to remove undocumented immigrants with criminal histories, but its claims are belied by raids that patently target individuals based on race, employment, or language, and which have increasingly ensnared law-abiding American citizens.

This report contains new details of the Administration's actions based on interviews conducted by the Permanent Subcommittee on Investigations ("PSI" or "the Subcommittee") of nearly two dozen American citizens detained by federal immigration agents between June and November 2025.  The Subcommittee's interviews contain previously unreported details about ICE and CBP's interactions with multiple individuals, along with four accounts from individuals who have never told their stories publicly: Julian Cardenas, Alberto Nila, and Ceasar Saltos from California, and a U.S. Citizen from Maryland who requested that his name be withheld.

The Subcommittee's findings add to a growing body of evidence that the Trump Administration is seeking to build a nationwide paramilitary force with vast resources that lawlessly detains citizens based on its own whims—an effort which has a number of unfortunate and obvious historical parallels.[1]  The testimonials presented in this report represent only a subset of the likely hundreds of American citizens who have been unlawfully detained under the Trump Administration.[2]  They also do not account for the many Green Card holders, visa recipients, and others who have been captured and whose immigration status may cause them to be subject to even more severe treatment and harsher conditions than the appalling experiences of the Americans documented herein.

While each of the 22 accounts detailed here has its own uniquely troubling elements, the Subcommittee's analysis has revealed several common and troubling patterns of conduct. Federal immigration officials frequently detain individuals arbitrarily with little or no

---

[1] *See, e.g.*, Kathryn Palmer, *Tim Walz Calls ICE a 'modern-day Gestapo.' Agency calls comparison 'sickening.'*, USA TODAY (May 20, 2025), https://www.usatoday.com/story/news/politics/2025/05/20/tim-walz-calls-ice-gestapo/83746284007/; Noria Doyle, *Why the Unchecked Power and Tactic of ICE Under Trump Have Earned Comparisons to Secret Police*, MILWAUKEE INDEPENDENT (April 16, 2025), https://www.milwaukeeindependent.com/editorial/unchecked-power-tactics-ice-trump-earned-comparisons-secret-police/.

[2] *See, e.g.*, Nicole Foy, *We Found That More Than 170 U.S. Citizens Have Been Held by Immigration Agents. They've Been Kicked, Dragged and Detained for Days*, PROPUBLICA (Oct. 16, 2025), https://www.propublica.org/article/immigration-dhs-american-citizens-arrested-detained-against-will.

Ex. 24

explanation while masked and wearing few (if any) garments identifying them as law enforcement, reacting aggressively towards anyone who tries to record or object to their activities.  They often conduct these detentions with excessive violence, repeatedly resulting in injuries to the detained citizens, and then deny both basic necessities and medical care for these injuries, either through neglect or, at times, as a means to degrade those in custody.  They show this same reckless disregard for safety even when children are present.  They regularly reject legitimate proof of citizenship.  They have held multiple U.S. citizens in detention for days, far longer than the short duration envisioned by Supreme Court Justice Brett Kavanaugh in a troubling Supreme Court concurrence earlier this year.[3]  And, when seeking to defend unlawful citizens detentions, they make spurious claims of assault or obstruction that fall apart on minimal scrutiny.

 Specifically, the Subcommittee's inquiry thus far has found:

1. **Federal immigration officials have detained multiple citizens for days, far longer than the short timeframe envisioned in "Kavanaugh Stops."**

Seven of the 22 individuals interviewed by the Subcommittee were held for more than 24 hours, with two others held for more than 12 hours.[4]  In his concurrence in the Supreme Court's September 2025 decision in *Noem v. Vasquez Perdomo* blessing racial profiling by immigration officials, Justice Kavanaugh explained his understanding that "[i]f the officers learn that the individual they stopped is a U. S. citizen or otherwise lawfully in the United States, they promptly let the individual go."[5]  Such short stops of citizens have become widely known as "Kavanaugh Stops," but the Subcommittee's inquiry demonstrates that U.S. citizens are being held far longer than Justice Kavanaugh presumed.[6]  Among those individuals interviewed by the Subcommittee were:

   o  Andrea Velez, who was detained for over 48 hours despite repeatedly telling officers she was a citizen and having her identification in her bag;[7]

   o  George Retes, an army veteran thrown out of his car while trying to get to work and detained for over three days, resulting in him missing his daughter's third birthday;[8]

---

[3] *Id; Noem v. Vasquez Perdomo*, 604 U.S. _____ (2025), https://www.supremecourt.gov/opinions/24pdf/25a169_5h25.pdf.

[4] *See, infra,* Julian Cardenas, Job Garcia, Adrian Martinez, Marimar Martinez, Javier Ramirez, George Retes, Andrea Velez; *see also,* Caesar Saltos, Rafie Ollah Shouhed.

[5] 604 U.S. _____ (2025), https://www.supremecourt.gov/opinions/24pdf/25a169_5h25.pdf.

[6] Justin Wise, *ICE Apprehension of US Citizens Derided as 'Kavanaugh Stops'*, Bᴌᴏᴏᴍʙᴇʀɢ Lᴀᴡ (Oct. 21, 2025), https://news.bloomberglaw.com/us-law-week/ice-apprehension-of-us-citizens-derided-as-kavanaugh-stops.

[7] *See infra* Andrea Velez.

[8] *See infra* George Retes.

Ex. 24

- o Javier Ramirez, a severely diabetic father of four taken from his workplace and detained for over 96 hours despite having his identification and passport in his pocket;[9]

- o Julian Cardenas who now suffers from PTSD after he was detained for documenting ICE agents' conduct and subsequently held for three days;[10] and

- o Ceasar Saltos, who was detained for over eighteen hours despite having a photo ID and birth certificate that verified his citizenship and identity.[11]

**2. <u>Federal immigration officials have detained U.S. citizen children and treated children with reckless disregard for their safety and wellbeing.</u>**

When children are involved in ICE and CBP agents' interactions with citizens, they are treated with reckless disregard. The treatment of children described to the Subcommittee included:

- o Anabel Romero's 14-year-old daughter was zip-tied over her mother's objection, while her six and eight-year-old children were held at gunpoint. The 14-year-old was also pulled "out of my lifted truck, causing her to land on the grass. She had bruises all over her ribs;"[12]

- o Andreina Mejia's 15-year-old special needs son was removed at gunpoint from her car while in front of a school due to a case of obviously mistaken identify that, when discovered, led to no apology but instead an official joking "at least you'll have an exciting story to tell when you go back to school;"[13] and

- o M., a 6-year-old autistic U.S. citizen who was separated from her parents by ICE agents in an apparent attempt to lure her parents to leave private property so they could be apprehended. M. was violently ill upon being returned to her family and had to be treated in the emergency room, miss school for a week, and has continued to struggle with nightmares.[14]

---

[9] *See infra* Javier Ramirez.
[10] *See infra* Julian Cardenas.
[11] *See infra* Ceasar Saltos.
[12] *See infra* Anabel Romero.
[13] *See infra* Andreina Mejia.
[14] *See infra* Six-year-old "M".

Ex. 24

### 3. Federal immigration agents have routinely used excessive force resulting in injuries to the citizens they have detained.

According to DHS guidance, ICE and CBP officials are required to carry out their raids using only force "that is objectively reasonable in light of the facts and circumstances," a requirement that has been enforced by courts.[15]  The Subcommittee's inquiry shows that ICE and CBP officials are routinely (and often seemingly deliberately) violating these requirements.  Among the U.S. citizens interviewed by the Subcommittee were:

- o Marimar Martinez, who was shot five times by CBP officers and initially released from the hospital into law enforcement custody after only two hours.  Authorities had to return her to the hospital later that day due to profuse bleeding from her wounds;[16]

- o Arnoldo Carrillo, who was grabbed by his throat by a masked agent when they stormed his house at 6:10 a.m. while other agents dragged him outside, was told "if you resist, we will shoot you," and, as a result, explained "I thought I was going to lose my life that day;"[17]

- o Rafie Ollah Shouhed, who was told by an agent about his multiple broken ribs "[t]his is what happens when you fuck with ICE;"[18] and

- o Julian Cardenas, who had an agent slam his head into the ground, giving him a concussion.[19]

### 4. Federal immigration agents have routinely denied medical care and other basic necessities to the citizens they have detained, sometimes seemingly only to degrade those in their custody.

In addition to causing injuries, ICE and CBP officials have routinely denied medical care for existing illnesses or injuries they have caused, or even basic necessities such as water and access to restrooms.  Circumstances surrounding these instances suggest this may be done intentionally to degrade those in their custody.  Among the U.S. citizens who the Subcommittee interviewed were:

- o Javier Ramirez, who informed officers of his severe diabetes repeatedly but was denied sufficient medical care for over 96 hours, leading to a

---

[15] *See* Dep't of Homeland Sec., *Policy Statement 044-5, Department Policy on Use of Force*, (Sept. 7, 2018); *see, e.g., Valdez v. United States*, 58 F. Supp. 3d 795, 821 (W.D. Mich. 2014); *Martinez-Aguero v. Gonzalez*, 459 F.3d 618 (5th Cir. 2006).

[16] *See infra* Marimar Martinez.

[17] *See infra* Arnoldo Carrillo

[18] *See infra* Rafie Ollah Shouhed.

[19] *See infra* Julian Cardenas.

Ex. 24

serious medical condition known as Glycosuria and a resulting painful fungal infection;[20]

- o  Dayanne Figueroa, who repeatedly told officials about her kidney surgery two weeks before but was provided no care until she told an agent while urinating that "I saw blood and that I needed help;"[21] and

- o  Julian Cardenas, whose concussion at the hands of ICE agents went undiagnosed until his release three days later due to officials' refusal to allow hospital officials enough time to conduct the necessary tests because they needed to "speedily clear" him so he could "go to detention."[22]

Immigration officials also deny those they detain basic necessities such as water or privacy for bodily functions.  Among the U.S. citizens who spoke to the Subcommittee were:

- o  Andrea Velez, who was denied water for nearly twenty-four hours during her detention;[23]

- o  Anabel Romero, who described agents that had detained mothers and children in an open field "making women use the restroom in front of children, even though there were porta potties nearby;"[24] and

- o  Cary Lopez Alvarado, who was nine-months pregnant and made to squat between squad cars in a garage to urinate while immigration officials watched.[25]

## 5.  Federal immigration agents have reacted violently to citizens filming their actions.

Perhaps owing to the role of video evidence in refuting their spurious claims of assault, ICE agents have repeatedly acted violently when individuals have sought to film their actions. Among the citizens who spoke to the Subcommittee were:

- o  Julian Cardenas, who was detained for three days after an ICE agent noticed he was filming them from his car and "punched [his] window and ordered [him] out;"[26]

---

[20] *See infra* Javier Ramirez.
[21] *See infra* Dayanne Figueroa.
[22] *See infra* Julian Cardenas.
[23] *See infra* Andrea Velez.
[24] *See infra* Anabel Romero.
[25] *See infra* Cary Lopez Alvarado.
[26] *See infra* Julian Cardenas.

Ex. 24

- o Leonardo Garcia Venegas, who began filming when ICE agents stormed into the private residence where he was working and started detaining others until they noticed he was recording, grabbed him, and threw him to the ground while he pleaded "I'm a citizen;"[27] and

- o Alberto Nila, who was pulled over by a CBP official who, as soon as they saw he was filming, violently opened his door and grabbed him and pulled him out of his car.[28]

**6.   Federal immigration agents have ignored or denied claims of citizenship and refused to release Americans who have valid proof of citizenship readily available.**

Despite possessing minimal legal authority to detain U.S. citizens, ICE and CBP officials have repeatedly held citizens for extended periods while refusing to consider evidence of their citizenship, often based on explicit racism.  Among those U.S. citizens who spoke to the Subcommittee were:

- o Javier Ramirez, who told agents while they were apprehending him that he had a valid U.S. ID and passport in his pocket, but was ignored while one official implored "[j]ust get him, he's Mexican;"[29]

- o Alberto Nila, who tried to present his passport to prove his citizenship but was told that the agents were not interested in it as an agent threw his passport back into his truck and continued to detain him;[30] and

- o Leonardo Garcia Venegas, who was detained twice by ICE agents in a month, presented them with his Alabama STAR ID—documentation which requires U.S. citizenship and multiple proofs of identity to obtain—both times, and was told without explanation that the officials believed the ID was "fake."[31]

**7.   Federal immigration agents frequently wear clothes designed to conceal their identities and refuse legitimate requests for identification.**

Almost every citizen who spoke to the Subcommittee described fear or confusion because ICE and CBP agents suddenly appeared, in unmarked vehicles, wearing masks and few (if any) insignia of law enforcement while dressed for combat and refusing legitimate requests for their badge number or other identifying information.  Among the citizens who spoke to the Subcommittee were:

---

[27] *See infra* Leonardo Garcia Venegas.
[28] *See infra* Alberto Nila.
[29] *See infra* Javier Ramirez.
[30] *See infra* Alberto Nila.
[31] *See infra* Leonardo Garcia Venegas.

Ex. 24

- o  Andrea Velez, who was suddenly accosted by officials in "civilian clothes and a gator mask" who refused to show a badge when asked, causing her to try to run to LAPD officers saying, "I don't know who these people are" and "I'm being kidnapped;"[32]

- o  Rafie Ollah Shouhed, who described officials arriving in different unmarked cars while dressed "as if they were going to war" with "machine guns;"[33] and

- o  Anabel Romero, who was at a horse race with her children when she was suddenly grabbed by men who wore no badges or identifying insignia and, when pressed on who they were, responded by pointing a gun at her and saying "I'm gonna fucking blow your head off."[34]

## 8.  Federal immigration agents have repeatedly fabricated claims of assault by detained U.S. citizens.

ICE and CBP officials who inappropriately detain U.S. citizens frequently claim they have been assaulted by those citizens—claims which, on their face, strain credulity and are often directly refuted by video evidence.  The U.S. citizens who faced assault charges which were subsequently dropped in this report include:

- o  Cary Lopez Alvarado, who was 9 months pregnant at the time of her interaction with federal immigration officials and told the Subcommittee "I wasn't resisting at all. I can't fight back; I'm pregnant;"[35]

- o  Rafie Ollah Shouhed, a 79-year-old man who suffered multiple broken ribs during his interaction with federal immigration agents and told ICE agents during the interaction when he purportedly assaulted one of them "Let me go. I'm not here to fight with you. I'm an old man with a stent in my heart;"[36] and

- o  Andrea Velez, who is a 4'11 woman and thought, upon hearing that she had been charged with punching an agent who is well over six feet tall, "I was shocked they said that I hit someone in the face. I'm not aggressive and I'm very small."[37]

---

[32] *See infra* Andrea Velez.
[33] *See infra* Rafie Ollah Shouhed.
[34] *See infra* Anabel Romero.
[35] *See infra* Cary Lopez Alvarado.
[36] *See infra* Rafie Ollah Shouhed.
[37] *See infra* Andrea Velez.

Ex. 24

Available evidence—including videos—quickly demonstrated that these claims were fabricated.

## B. The Broader Context of the Subcommittee's Inquiry

Collecting and detailing these citizens' stories has only grown in importance since the Subcommittee began its inquiry in August 2025 because of the Trump Administration's efforts to erase or outright lie about the detention of U.S. citizens.  On October 30, 2025, Department of Homeland Security Secretary Kristi Noem claimed in an interview, "No American citizens have been arrested or detained. We focus on those who are here illegally. And anything you would hear or report that would be different than that is simply not true and false reporting."[38]  This report contains accounts drawn from interviews of 22 citizens whose personal experiences demonstrate that Secretary Noem is lying.  But the number of citizens arbitrarily detained grows daily, and many will never detail their experiences publicly for fear of retaliation. The Subcommittee's work can, as a result, represent only a small window into the true scope of this growing crisis.

Highlighting the increasingly excessive tactics of federal immigration agents is also critical given President Trump's stated belief that immigration officials have not "gone far enough," and indications that senior officials in the Trump Administration believe immigration proceedings should be used as a pretext to silence the Administration's critics.  On November 2, 2025, President Trump told 60 Minutes that he believed ICE raids "haven't gone far enough" and that he approved of ICE's tactics "because you have to get the people out."[39]  And Katie Miller, a former Trump Administration aide and the wife of top White House immigration adviser Stephen Miller, has threatened revocation of citizenship to critics of the Administration as recently as October 2025.[40]

The Subcommittee's inquiry has focused on detentions of U.S. citizens because ICE and CBP have the least legal basis for these detentions, and these individuals have the most protections from retaliation by the Trump Administration. But law, the Constitution, and basic morality govern the detention of noncitizens as well. Citizens detained by ICE and CBP should logically be the individuals whose detention receives the *highest* scrutiny, so the Subcommittee's findings suggest that noncitizens taken into detention by ICE and CBP face far *worse* conditions than those detailed here.  That reality should shock the conscience of every American.

---

[38] Steve Benen, *Ignoring evidence, Kristi Noem says no citizens have been detained by immigration agents*, MSNBC (Oct. 31, 2025), https://www.msnbc.com/rachel-maddow-show/maddowblog/ignoring-evidence-kristi-noem-says-no-citizens-detained-immigration-ag-rcna241088.

[39] Aliza Chasan, *Trump says ICE raids "haven't gone far enough"*, CBS News (Nov. 2, 2025), https://www.cbsnews.com/news/trump-says-ice-raids-havent-gone-far-enough-60-minutes/.

[40] S.V. Date, *Stephen Miller's Wife Threatens To Revoke Trump Critic's Citizenship After He Insults Her*, Huffpost (Oct. 30, 2025), https://www.huffpost.com/entry/katie-miller-citizenship-threat_n_69039f85e4b0b48d8a1b7834?origin=home-whats-happening-unit.

Ex. 24

# PART II: FINDINGS

## A.    Witness Interview Summaries

This section provides short summaries of the detentions of the 22 U.S. citizens the Subcommittee interviewed between June and November 2025.  Extended summaries of the entirety of each of the interviews conducted by PSI regarding these citizens' detentions can be found in the Comprehensive Details of Detentions of U.S. Citizens Supplement.

**Cary Lopez Alvarado (Hawthorne, California):** Cary Lopez Alvarado is 23-years-old and born and raised in Los Angeles County, California.  On June 8, 2025, while nine months pregnant and suffering from anemia, Cary was assaulted, handcuffed, shackled, and held for several hours by DHS agents even after providing her social security number and ID.  While in custody, Cary had to beg to be allowed to use the bathroom, and was forced to squat between squad cars while officers looked on.

*"I wasn't resisting at all.  I can't fight back; I'm pregnant."*

**Julian Cardenas (San Pedro, California):** Julian Cardenas is a resident of Southern California and father to a three-year-old son.  On the morning of July 6, 2025, Julian was dragged out of his car through a broken window by DHS agents who slammed his head into the ground and knelt on his neck and back to hold him down.  After being denied adequate medical treatment for his head trauma, Julian was incarcerated in a detention facility where he was not allowed to see an attorney or speak to family.  After three days, Julian was released on a twenty-five-thousand-dollar bond and placed under house-arrest, though the charges were later dismissed at a subsequent hearing for lack of probable cause.

*"[I]n that moment, I didn't think I was going to survive.  My son and family went through my head."*

**Arnoldo Carrillo (Gary, Indiana):** Arnoldo Carrillo is a 26-year-old resident of Gary, Indiana where he lives with his parents, his sister, and his teenage brother. In the early morning of Thursday, October 23, 2025, masked agents carrying assault rifles forcibly entered his house.  Without providing any explanation or warrant, one of the agents choked Arnoldo and he was punched in the face before being dragged outside and thrown to the ground, surrounded by more than a dozen agents, a blockade of unmarked vehicles, and a police attack dog.  Arnoldo's diabetic mother was also assaulted – sustaining multiple injuries, including broken ribs – and forced to urinate on herself after being thrown on the floor and handcuffed by agents.

*"The slightest noise at night makes all of us get up quick.  All of us are upset.  We are broken."*

Ex. 24

**Wilmer Chavarria (Winooski, Vermont):** Wilmer Chavarria is the Superintendent of the Winooski School District in Vermont.  On July 23, 2025, Wilmer was detained by CBP after returning to the United States from Nicaragua, isolated, and interrogated for hours by plainclothes officers who denied his repeated requests for a lawyer as they coerced him into revealing private details about himself and the children in his district.  His personal and professional devices were confiscated and searched without his consent, giving officers access to intimate messages with his husband and sensitive student information.

**Dayanne Figueroa (Chicago, Illinois):** Dayanne Figueroa is a mother to a six-year-old son and works full-time as a paralegal.  On October 10, 2025, while driving to work, masked DHS agents sideswiped Dayanne's car and then dragged her out of it, holding her on the ground by digging their knees into her body directly over the site of recent abdominal surgery.  Dayanne was moved to a detention facility where she was held for hours and denied water, access to a private or sanitary bathroom, and medical care, even when she shared her recent medical history.

*"All I could think was 'they're about to kill me."*

**Job Garcia (Hollywood, California):** Job Garcia is a 37-year-old resident of Southern California who works as a photographer and Ph.D. student, while earning extra money as a delivery driver for an online application service.  Early in the morning of June 19, 2025, Job observed immigration agents, most of whom wore masks and plain clothes, raiding a Home Depot parking lot.  While Job film the raid from a safe distance, he was violently tackled and restrained by five agents without warning.  Job was moved to Dodger Stadium and then a detention facility, where he remained incarcerated until the following day, even after an agent confirmed his status as a U.S. citizen.

*"I had been telling [the agents] I was a citizen from the moment they detained me."*

**Brian Gavidia (Montebello, California):** Brian Gavidia is a Californian who works at a tow yard in Montebello—just miles from where he was born.  On June 12, 2025, Brian was at work when he encountered DHS agents who violently pushed him against a wall, twisting his arm, as Brian repeated, "I'm an American."  While he was still detained DHS agents looked through Brian's personal cell phone and taunted Brian and his friend while other agents violently arrested their colleague who had his U.S. passport and ID in his pocket.

*"I voted [for Donald Trump], but not for this... I don't think Americans, or anyone, should live with this fear."*

**Elzon Lemus (Brentwood, New York):** Elzon Lemus is a 23-year-old native of Brentwood, New York, where he works as an electrician.  Early in the morning of June 3, 2025, Elzon was pulled over on his way to work by unmarked cars driven by masked DHS agents with

Ex. 24

rifles.  Elzon was dragged out of his car, handcuffed, and searched without his consent or any explanation.

*"My entire family are legal citizens, but I'm still worried because I hear that doesn't prevent agents from taking them."*

**Adrian Andrew Martinez (Los Angeles, California):** Adrian Andrew Martinez is 20-years-old and from Los Angeles.  On June 17, 2025, when Adrian spoke out in defense of an older man being roughly handled by immigration agents, the agents pushed Adrian to the ground and then dragged him into their car, choking him.  When Adrian asked to make a phone call, the agents told him to, "shut the eff up." Adrian was accused of "assaulting" the agents and detained for three days in the Metropolitan Detention Center, where he was never given a phone call or access to the money his sister had placed on the commissary for him (which was never returned).  Even when federal prosecutors dropped several charges against Adrian after a video of his violent arrest surfaced publicly, he was still fired from his job.

**Marimar Martinez (Chicago, Illinois):** Marimar Martinez is 30-years-old and born and raised in Chicago.  On October 4, 2025, Marimar was on her way to donate clothing at her local church when her car was sideswiped by an unmarked car with an "Uber" sticker.  Three masked agents in camouflage stormed out, and one of them shot her five times.  At the hospital, unidentified agents were allowed into her room and, over the next few days, Marimar was moved between the hospital and various detention facilities, eventually charged with "assaulting" the agents.  Unable to clean her gunshot wounds while incarcerated, her wounds became infected.  The government's case against Marimar fell apart less than two months after her initial arrest, leading to a dismissal of the indictment with prejudice on November 20, 2025.

**Andreina Mejia (Arleta, California):** Andreina Mejia is a single mother whose fifteen-year-old son is in special needs classes due to his mental disabilities, which include hearing problems and speech delays.  On the morning of August 11, 2025, while sitting in the parking lot of Arleta High School, Andreina and her son were pulled from her truck by immigration agents, handcuffed, and detained while agents refused to look at their identification.  When L.A. police arrived on the scene and instructed the federal immigration agents to pick up bullets that had been scattered on the floor of Andreina's truck, an agent told the officers, "[y]ou guys can keep them to practice your shooting."

*"[H]e cries. He is upset. He is depressed. He keeps asking if this is going to happen again."*

**Frank Miranda (Portland, Oregon):** Frank Miranda works at a metal shop worker in Portland, Oregon.  His father fought for the United States in the Vietnam War and his grandfather fought for the United States in the Korean War.  On the morning of October 2, 2025, as Frank arrived at work, masked men in plain clothes swarmed him and accused him of being an "overstay" even after he asserted his citizenship and provided his ID. Shortly after Frank pulled out his phone to record, the agents handcuffed him and moved

Ex. 24

him to a detention facility, where he was refused access to counsel for hours.  After being detained for roughly six hours, Frank was finally released at his workplace with no documentation or further explanation.

**Alberto Nila (Sylmar, California):** Alberto Nila resides with his family in Southern California, where he owns and operates a small carpet business.  On August 1, 2025, Alberto was driving when unmarked vehicles blocked his work van from moving forward.  After Alberto pulled out his phone to record and said the agents needed a warrant, one of them pulled him out of the van, pressing on his abdomen even after Alberto told him that he was recovering from recent surgery.  After Alberto provided his passport and ID to the agents, he was eventually released.

*"This is an injustice.  People are suffering, and this is happening to so many citizens.  It's just not right."*

**Javier Ramirez (Montebello, California):** Javier Ramirez transports and sells American vehicles to provide for his young family.  On Thursday, June 12, 2025, Javier was assaulted by masked agents on his private property.  As a severe diabetic, the violent blows left Javier shaking and delirious, and agents refused him access to his medication and continued to hold him in the back of their car even after Javier passed out.  Javier was eventually driven to a nearby jail where he was stripped of his personal property and identification – which has still not been returned – and refused access to his family or an attorney.  While Javier was detained for over 96 hours, persistent neglect of critical medical treatment for his diabetes caused Glycosuria and a resulting painful fungal infection.  After he was released, and following growing public attention to his case, all charges against him were dropped without prejudice.

*"I don't want my little girl to remember this and think of me as a bad Dad."*

**George Retes (Camarillo, California):** George Retes is a disabled Army veteran who served for four years, including a tour in Iraq.  On July 10, 2025, George was driving to work when he encountered a blockade of masked immigration agents who encircled his car, threw cannisters of tear gas at his vehicle, and pulled George out through a broken window while blasting him with pepper spray.  George was left handcuffed for hours without medical treatment before being moved to a nearby naval base and then a detention facility.  George spent three days in custody, where he was denied water to clean his wounds and was forced to spend two nights half-naked in a hospital gown, sleeping on a thin mattress atop a concrete block in a cell with floodlights.  During his detention, he missed his daughter's third birthday, which she and her mother spent not knowing where he was or why he did not return home.

*"I served my country.  I wore the uniform… if it can happen to me, it can happen to any one of us."*

13

**Anabel Romero (Wilder, Idaho):** Anabel Romero was born and raised in Gooding, Idaho and works as a medical assistant and licensed horse trainer. Anabel was attending a horse race with her children when she was confronted by armed, masked men in the stable, one of whom pointed his gun at her and said, "I'm gonna fucking blow your head off." Her head was shoved into the horse shavings as she was zip-tied and then held with a large group of other people, even after she told agents that she was a citizen and that her special needs child was being left alone. While she was detained, her children were ordered out of their truck at gunpoint and held separately. The family and dozens of others were held for hours before being released; Anabel stayed even later to make sure that children who had been separated from their families were safe.

*"I'm a United States citizen and this is my country. What is going on? Why would you traumatize children at a family event?"*

**Ceasar Saltos (Long Beach, California):** During a family vacation, on August 4, 2025, Ceasar was arrested by Customs and Border Protection agents and subsequently detained for nearly eighteen hours, despite having with him a photo ID and birth certificate that verified his citizenship and identity. Ceasar's door was kicked in by agents while he was waiting to disembark a cruise ship, he was accused of being someone else, he was held for several hours, and he was then transported to a local jail. Ceasar was finally released with no explanation around midnight, nearly eighteen hours after he was first apprehended by CBP agents.

**Rafie Ollah Shouhed (Van Nuys, California):** Rafie Ollah Shouhed is a 79-year-old small-business owner and, after undergoing heart surgery in 2024, his health is a major concern. On September 9, 2025, armed, masked, immigration agents conducted an unannounced, warrantless raid at Rafie's business and shouldered him to the floor. Moments after Rafie walked outside and told one of the masked agents he "didn't want any trouble," he was grabbed by the neck, thrown to the asphalt, and held to the ground by three men as he struggled to breath. Rafie suffered bruised or broken ribs with severe chest-wall trauma, multiple abrasions to his torso, torn ligaments in his elbow, and post-concussive symptoms from a traumatic brain injury. Rafie was taken to a detention facility, where he received only one bottle of water and was denied medical attention and the ability to call his family.

*"I wish everyone could see how they were treated. This is the United States of America."*

**Andrea Velez (Los Angeles, California):** Andrea Velez is 32-years-old, a graduate of Cal Poly Pomona, and works as a production coordinator for a shoe company in Los Angeles. On June 24, 2025, as Andrea's mother and sister dropped her off at work, she was swarmed by masked agents and cars. Andrea was knocked down, arrested, and dragged into one of the unmarked vehicles by a masked agent who refused to identify himself; her mother and sister were watching and they thought she was being kidnapped. While Andrea was held in detention, she met Luis Hipolito, a 23-year-old United States citizen who had also been arrested and who had been pepper sprayed and beaten so extensively that his face was

Ex. 24

swollen, his shirt was covered in blood, and he convulsed and struggled to breath.  While Andrea remained incarcerated for over 48 hours, she was unable to drink water without purchasing a cup and forced to sleep with blankets that "felt like rags." Andrea was repeatedly questioned by agents and accused of assaulting a federal agent.  Andrea was brought to court after being detained for over 48 hours.  On July 10th, her charges were dropped without prejudice.

*"I never imagined this would be occurring, here, in America."*

**Leonardo Garcia Venegas (Baldwin County, Alabama):** Leonardo "Leo" Garcia Venegas was born in Florida is now a home builder in Baldwin County, Alabama.  During the span of a month in the spring of 2025, Leo was detained twice by immigration agents conducting warrantless raids at two private construction sites located less than twenty minutes apart.  The first incident occurred on the morning of May 21, 2025, when he was violently tackled while filming masked agents in camouflage who were conducting a warrantless raid at his workplace.  While Leo said, "I'm a citizen," and "I've got papers," he was handcuffed, held outside in the heat for hours, and an agent without explanation said his ID was "fake." On June 12, roughly two weeks after Leo returned to work, he was once again targeted by an immigration patrol and warrantlessly detained at a different private construction site in Fairhope, Alabama.

*"I just want to live and work in peace."*

**"M" (Massachusetts):** "M" is six years old and on the autism spectrum.  She lives with both of her parents in Massachusetts. On September 16, 2025, armed agents removed M from the family car and held her on the edge of their home's lawn in an apparent attempt to lure out her parents, who have pending cases to obtain legal status.  Agents refused to return M to her family and then drove her to the local police department, where she became sick and was not given medical treatment.

*"She was very sick, but also just distraught, completely unaware of where she'd been or why she'd been taken away.  She was extremely scared."*

**United States Citizen (Washington, DC):** On August 20, 2025, a landscaper who requested that his name be withheld was detained in Northwest Washington, DC, by federal immigration agents, despite repeatedly telling agents he possessed valid proof of his citizenship. The citizen was driving to a client's house in a commercial vehicle with a colleague when a United States Park Police pulled them over.  After additional agents arrived, both the citizen and his colleague were restrained and handcuffed.  The citizen's colleague was put into an unmarked van; the citizen was eventually released with no explanation from the officers, who refused to identify themselves.

*"I told [the officer] that I was a United States citizen.  But he didn't care."*

Ex. 24

# SUPPLEMENT:

COMPREHENSIVE DETAILS OF DETENTIONS OF U.S. CITIZENS

## B.    Comprehensive Details of Detentions of U.S. Citizens

### Cary Lopez Alvarado (Hawthorne, California)[41]

*Cary Lopez Alvarado video*

Cary Lopez Alvarado is a 23-year-old United States citizen born and raised in Los Angeles County, California.[42]  In the spring of 2025, though nine months pregnant and suffering from anemia, she maintained a regular practice of driving to the workplace of her husband and cousin in Hawthorne, California three times each day to drop them off, bring them lunch, and take them back home.  Cary's husband and cousin worked on private property, providing maintenance and "clean-up."[43]

On June 8, 2025, around 3:20 p.m., Cary was waiting in her car to deliver lunch to her husband, when he called and told her that he and her cousin were being followed by "immigration."[44]  Cary exited her car and started walking to find them. She saw "five or six immigration cars" surround the work truck that her husband and cousin were in; one of which had visibly slammed into the bumper of the truck.[45]  She witnessed as masked agents, without identifying themselves, swarmed her husband's truck and threatened to smash the back window.[46]

Cary approached the scene and recorded video while she told the agents that they were on private property.[47]  One agent replied that the truck was not private property because it was parked on the street, while others continued trying to pry the truck doors open.[48]  "Move or we'll arrest you," the agent told her, before turning to the window of the work truck and screaming at Cary's husband.  Cary frantically dialed 9-1-1 for help.  The same agent overheard her making the call and asked her, "Do you want to get killed?"[49]  Scared for herself and her baby, Cary raised her phone to show the officer that she was recording him. He then said that the other agents who had just formed a barricade and were exiting their vehicles were "trying to move their car" and that she would get run over.[50]

---

[41] PSI Interview with Cary Lopez Alvarado, Aug. 18, 2025. All subsequent statements regarding Cary's story reference that interview unless otherwise noted.

[42] Nicole Acevedo, *A Pregnant U.S. Citizen Went to the Hospital After Immigration Agents Detained Her*, NBC News (last updated June 11, 2025, 4:13 PM), https://www.nbcnews.com/news/latino/pregnant-us-citizen-went-hospital-immigration-agents-detained-rcna212033.

[43] Letter from Luis A. Carrillo, Attorney, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., *FTCA Claim for Damages—Cary Lopez Alvarado*, at 2 (Aug. 20, 2025) (on file with the Subcommittee).

[44] *Id.*

[45] *Id.*

[46] *Id.*

[47] NBC L.A., *Pregnant U.S. Citizen Detained in Hawthorne During Immigration Operation*, YouTube, at 1:28 (June 10, 2025), https://www.youtube.com/watch?v=RzZdiL7Q1fQ.

[48] Letter from Luis A. Carrillo, Attorney, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., FTCA Claim for Damages—Cary Lopez Alvarado, at 3 (Aug. 20, 2025) (on file with the Subcommittee).

[49] *Id.*

[50] *Id.*

Ex. 24

Cary tried again to tell the agents to stop, but, before she could finish her sentence, the officer put his hands on her and shoved her into the side of the truck. Two other agents immediately rushed over to further detain her. Cary knelt and clutched her mid-section to shield her baby from the assault. "I wasn't resisting at all," Cary recalled. "I can't fight back; I'm pregnant."[51] The officers yanked her up and placed handcuffs around her wrists, all the while shoving her stomach against the truck. Her cousin attempted to intervene; "Be careful. Don't you see she's pregnant?" he pleaded. At this point, Cary became dizzy from the altercation. When she regained awareness, she saw three agents on top of her cousin and several more in the process of throwing her husband on the ground. Then, the agents began kicking the back of the unoccupied work truck. A viral photo shows Cary, handcuffed and heavily pregnant, being led by a masked agent into a car.[52]

Cary said that all three of them were taken in the same car to "an isolated place" in the City of Commerce and, one by one, ordered to step out of the vehicle. While Cary waited in the car, one agent addressed the fact that she was pregnant, asking her when her child would be born. She replied that she was due in exactly one week. "That baby's from Mexico, right?" he asked. "No, I'm from here," she stated. Skeptical, he said they would "get that checked out." Still in handcuffs and shackles, Cary waited while various agents darted up to the window, all of them asking her where she was born.[53] "Here. Los Angeles," she repeated. She provided officers with her social security number and I.D., but the officers said there were technical issues with their computer. The technician asked if she spoke English. She affirmed, and he said, "Good because I don't speak Spanish." Again, she provided information necessary to prove her citizenship. The agent typed silently, then turned and slammed the door. Eventually, she overheard a conversation where he informed another agent that she "was good."

The agents took Cary outside the car, where she stood for several hours. Cary repeatedly informed the agents that she desperately needed to use the bathroom. Finally, the agents relented and instructed her to squat between a few squad cars while some officers, but not all, looked away. She recalled, "The whole time, I tried not to cry because they had my husband and my cousin, and I feared for the baby in my belly."

Several hours later, Cary said more "people from DHS came." One agent approached her and said, "You're pregnant and you're doing all this shit?" She told him that she simply wanted to defend her family, and he replied, "You shouldn't be doing all that when you're pregnant. Are you stupid or something?" Then, the agent grabbed her cousin and brought him over to her; "You're letting her do this shit?" he asked. Though scared, Cary replied, "If you have a problem, insult me," she said. "He did nothing wrong."

---

[51] NBC L.A., *supra* note 47, at 2:37.

[52] NBC 6 South Florida, *ICE Detains Pregnant Woman Who is a U.S. Citizen*, YᴏᴜTᴜʙᴇ (June 12, 2025), https://www.youtube.com/shorts/Kf8Rsw8uGBo.

[53] Letter from Luis A. Carrillo, Attorney, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., FTCA Claim for Damages—Cary Lopez Alvarado, at 3 (Aug. 20, 2025) (on file with the Subcommittee).

Ex. 24

Eventually, the officers ordered Cary into a vehicle and wrapped chains around her wrists that dangled over her stomach.  She was taken with her cousin and husband to the San Pedro Police Station, where she was fingerprinted and photographed.  At this point, Cary repeatedly complained of intense stomach pain.[54]  Around midnight, Cary was informed that she was being released because of her pregnancy.  As she was leaving, she was handed a card from a DHS agent and told that they would "see what charges" to bring against her.  Cary spent the night of her release in the hospital due to sharp abdominal pains and loss of feeling in her extremities, which her doctors attributed to stress and prolonged constriction from the chains and handcuffs.[55]  As a result of being slammed into the truck, she suffered chronic, excruciating pain in her shoulder, which she described as "feeling like her bone was sticking out."[56]

Four days after her ordeal, Cary gave birth, without her husband, who remained incarcerated, along with her cousin.[57]  She recalled being most troubled by fear for the safety of her loved ones.  "Because my baby is growing, it's weighing on me," she said.  "Even though I went straight to the doctor, all I could think about was my husband and cousin.  I was scared to go home or to my mom's because I didn't want them to harm my family."

### Julian Cardenas (San Pedro, California)[58]

Julian Cardenas is a United States citizen, resident of Southern California, and father to a three-year-old son.

On the morning of July 6, 2025, Julian encountered a group of masked federal agents in San Pedro, California.  Julian said he began recording the agents to promote accountability by "exercis[ing] his First Amendment right to conduct citizen journalism."  All of the agents Julian first encountered wore plain clothes.  Eventually, the group of agents got in a vehicle and sped off down the interstate towards Los Alamitos with Julian following.  Aware of Julian's presence, he recalled, "[t]he agents tried to abruptly slam on the brakes of their car, so I would crash into them, potentially causing harm to others in a multi-car crash."  The agents pulled into a parking lot in Los Alamitos, and Julian parked behind them at a distance where he could still observe them.  An agent in a Customs and Border Protection uniform,

---

[54] Vanessa Salvia, *'I Can't Fight Back; I'm Pregnant': U.S. Citizen Detained by ICE Agents in L.A. Ends up Hospitalized*, NORTHWEST 50 PLUS (June 13, 2025), https://www.northwest50plus.com/news/u-s-citizen-detained-by-ice-agents-in-la-ends-up-hospitalized/509.html.

[55] Will Conybeare, *Pregnant U.S. Citizen Detained by Border Patrol Agents in L.A. County: We Didn't Do Anything Wrong*, KTLA 5 LOS ANGELES (last updated June 18, 2025), https://ktla.com/news/local-news/pregnant-u-s-citizen-detained-by-border-patrol-agents-in-l-a-county-we-didnt-do-anything-wrong/.

[56] *Id.*

[57] *Id*; Julia Marnin, *Pregnant U.S. Citizen Arrested by ICE went into Labor Prematurely in California, Claim Says*, SACRAMENTO BEE (Aug. 26, 2025), https://www.sacbee.com/news/california/article311854422.html.

[58] PSI Interview with Julian Cardenas, Nov. 7, 2025. All subsequent statements regarding Julian's story reference that interview unless otherwise noted.

Ex. 24

whom Julian had not seen before, noticed that he was recording.  The uniformed agent approached Julian's car and "punched [his] window and ordered [him] out."  In response, Julian told the agent he was "a United States citizen asserting [his] First Amendment rights."  Eventually, the group of agents got back in their vehicle and drove off.

The agents arrived at Joint Forces Training Base and pulled into the gate.  Julian said, "[t]he agents went inside, and I knew better than to enter," so he stopped on the residential street outside the gate of the base.  When Julian attempted to turn his car around and leave, he said five agents surrounded his car and "boxed him in," including the uniformed agent who had punched his window earlier.  That agent ordered him out of his car, and Julian reasserted his First Amendment rights, telling the agent, "I'm just filming. I'm not interfering with you, and I haven't assaulted you in any way."  Again, the agent demanded that Julian get out and began using a window breaking device.  Julian unlocked his door, but the agent continued using the device until the glass was broken.[59]  The agent pulled Julian out of the car, picked him up, and "slammed [his] head into the ground, causing him to "see stars."[60]  Three agents sat on top of Julian, kneeling on his neck and back.  Julian recalled, "I couldn't breathe.  They pulled me up, and when I turned around, they told me that if I looked at their faces, they would slam me again."  Julian called out for help to three bystanders who had gathered, while several nearby agents huddled close together to block their line of sight.  Julian remembered, "[i]n that moment, I didn't think I was going to survive.  My son and family went through my head."

While the base personnel secured the area, the officers seized Julian's cellphone and threw him in the back of an unmarked SUV.  Julian said, "[the agents] refused to give me any medical care while I was bleeding all over the place.  It took them three hours to take me to [the hospital]."  Julian recalled that the drive to the hospital was "very strange and scary."  While he rode in the SUV with three agents, he said the agent driving ignored many traffic lights and stop signs and often drove in excess of 100 miles-per-hour, all without the use of sirens or flashing lights to warn other drivers.  The agents never told Julian that he was under arrest, explained why he had been detained, or read him his rights.

By the time that Julian was taken to UCI Health in Los Alamitos, his face was swollen and "completely black."  Julian said he received "minimal care" from the hospital staff, who were repeatedly urged by the agents to "speedily clear" him so he could "go to detention."  Julian recalled, "[t]he agents didn't want me to wash my hands that had asphalt and glass in them."  At one point, Julian had to use the bathroom, so an agent switched Julian's handcuffs so that his hands were restrained in front of him.  While the agent unlocked Julian's handcuffs, he asked, "Do you want to fight?"  Although Julian was suffering from a concussion, pressure from the agents to quickly process Julian meant that the hospital did

---

[59] Letter from Luis A. Carrillo, Attorney, Carrillo Law Firm, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec. (October 17, 2025) (on file with the Subcommittee); PSI Interview with Julian Cardenas (Nov. 7, 2025).

[60] *Id.*

Ex. 24

not administer brain scans or conduct other necessary tests, so his condition went undiagnosed and untreated until his release.

After leaving the hospital, the agents drove Julian to the Metropolitan Detention Center in downtown Los Angeles.  During the drive, Julian said that several agents joked that he "was going in with the worst of the worst."  Julian recalled that at the detention center, "[t]hey placed me with convicted murderers to scare me into complying with investigators."

Throughout the two days that Julian was incarcerated at the detention center, investigators repeatedly questioned Julian and promised him, "[j]ust talk to us, and all of this will go away."  Each time, Julian asserted his right to remain silent and requested an attorney.  Julian recalled that the investigators dismissed his requests for representation, telling him, "[i]f you get one, you get one" and "[w]e just want the facts and maybe we can let you go."  During Julian's time at the detention center, no federal agent read Julian his rights.  The agents at the detention center did not fingerprint Julian or enter his information in the detention center database, so his family remained completely unaware of his condition or location.  Julian recalled, "I was not in a federal database, so nobody could find out where I was, and they didn't have contact with me until I was released."

On July 8, two days after initially being seized by DHS agents, Julian was transported from the detention center to the Santa Ana City Jail, where he remained until his hearing the following day.  While at the jail, Julian was fingerprinted and cheek-swabbed for the first time: "I never consented to my DNA being taken by the federal government," he said.  "They forced me to do it based on false charges. It is very intrusive."  At Julian's hearing, which occurred on July 9th, the government accused Julian of "using his car as a weapon" against federal agents.  After three days of being incarcerated, Julian was released on a $25,000 bond and placed under house-arrest, though the charges were later dismissed at a subsequent hearing for lack of probable cause.[61]  After Julian's charges were dismissed, DHS declined to return Julian's cellphone, stating that he "was still under active investigation."  As of November 7, 2025, his phone still has not been returned.

After Julian was released, he was able to obtain adequate medical treatment for his concussion and various bodily injuries that occurred during his altercation with agents.  Julian said that since the incident, he has been diagnosed with Post-Traumatic Stress Disorder: "[e]very night, I have nightmares that I am back in the prison, and I can't get out."  Julian expressed dismay at the conduct of federal agents: "It needs to stop," Julian said.  "[Agents] are going out and harassing and terrorizing ordinary people like me who try to hold them accountable or keep the community safe."

---

[61] In an interview with PSI, Julian said that prosecutors were "refusing to provide discovery" to his attorney before the hearing. He recalled that shortly after he was able to access and provide videos of the incident to prosecutors, all charges against him were dropped.

Ex. 24

### Arnoldo Carrillo (Gary, Indiana)[62]

Arnoldo Carrillo is a 26-year-old United States citizen and resident of Gary, Indiana. Arnoldo lives with his parents, his sister, who is 24, and his brother, who is now 15.[63]

Around 6:00 a.m., on Thursday, October 23, 2025, Arnoldo had just woken up and was about to get dressed to go to a church camp when he noticed flashlights beaming through the windows of the family home.[64] Moments later, he heard pounding on the front door, and someone yelled, "DHS. Open up." Seconds later, the door was forced open, and roughly six masked agents wearing what looked like military gear and carrying assault rifles entered his house. "They gave us less than a minute to react," Arnoldo recalled. "I was in my pajamas, and the rest of my family was asleep."

As the agents ran in, Arnoldo raised his hands in the air and said, "Hey. Woah. What's going on?" Without identifying themselves or offering any explanation, several agents grabbed Arnoldo; one of the agents put his arm around Arnoldo's throat: "I couldn't breathe at all," he said. An agent commanded Arnoldo to "Get on the floor," and another said, "Stop resisting," although Arnoldo recalled, "I wasn't resisting at all."[65] One agent punched Arnoldo in the face, leaving him with a black eye.[66] The agents dragged Arnoldo outside and threw him to the ground. While one of the men continued to hold Arnoldo by the throat, an agent said, "If you resist, we will shoot you." Arnoldo remembered, "I thought I was going to lose my life that day." Outside, Arnoldo saw roughly 16 agents: in addition to the six who ran into the house, more agents were posted up in the backyard, and several others were stationed around the block. All had arrived in unmarked vehicles, which they had parked to form a blockade around the street. Arnoldo saw one agent with a police dog—though ICE later claimed that no attack dog was present.

While Arnoldo sat handcuffed in his front yard, he listened as the agents confronted and apprehended each of his family members: "I could hear my sister crying in the background," Arnoldo said. She told the agents they "needed a warrant to come in," and one replied, "No, we don't." One agent eventually held up some papers and said, "Here's your warrant." The warrant authorized the arrest of Arnoldo's father for an incident that occurred ten days prior: Arnoldo's father had been involved in a crash with an unmarked DHS vehicle, and he fled the scene, afraid after two agents in plain clothes tried to pull him out of his car window without identifying themselves.

---

[62] PSI Interview with Arnoldo Carrillo, Nov. 26, 2025. All subsequent statements regarding Arnoldo's story reference that interview unless otherwise noted.

[63] Michael Puente, *Family Shaken After Feds Raid Gary Home, Arrest Family— 'They Punched Me in the Eye'*, CHICAGO SUN TIMES (Oct. 29, 2025), https://chicago.suntimes.com/immigration/2025/10/29/gary-family-arrested-ice-indiana-immigration.

[64] *Id.*

[65] *Id.*

[66] Photograph of Arnoldo Carrillo, *in* Puente, *supra* note 63.

Ex. 24

While Arnoldo was being detained and assaulted, agents also forcibly captured the other members of his family. His 56-year-old mother, who is less than five feet tall and severely diabetic, was grabbed by several agents. Arnoldo later learned that the agents pushed her arm all the way behind her back to the point that she said that she could hear the bones in her arm cracking. The agents threw her to the ground and insisted she stand up on her own, later claiming that her inability to do so was evidence of noncompliance with law enforcement orders. She pleaded for assistance because she had a sudden need to use the restroom—a complication of her diabetes. Agents dragged her up the stairs on her knees after allowing Arnoldo's sister to help her stand up. She ultimately urinated on herself before she was able to reach the bathroom.

Around 7:30 a.m., after every member of Arnoldo's family had been handcuffed and taken out of the house, the agents transported all of them to the Gary Police Station; Arnoldo rode in an unmarked car with his 14-year-old brother. Arnoldo was fingerprinted, and his mugshot, showing his black eye, was taken. Arnoldo was released around 4:30 p.m., roughly nine hours after first being detained.

Arnoldo's sister was taken to the Porter County Jail, where she was detained overnight and released, pending charges, which included "interference" with agents. Arnoldo's brother remained in juvenile detention for 15 days until Arnoldo was able to arrange the paperwork required to be his legal guardian and have him released into Arnoldo's custody. Both are still facing criminal charges stemming from allegations made about their conduct at the time of the raid.

Arnoldo's mother, whose visa was in the process of being renewed, was handed over to ICE and originally detained at Broadview, then flown to the East Montana Camp in El Paso, Texas on October 25. She was provided with almost no medical attention for the injuries she suffered in the raid. On November 12, Arnoldo paid a $5,000 bond for his mother's release and was told that ICE would coordinate her release within a week. Later that day, he received a call from a shelter in El Paso informing him that his mother had been dropped off in front of their building. "She still thought it was an ICE facility and expected to be handcuffed again," Arnoldo said. Arnoldo flew to El Paso that night and flew home with his mother, who was still in the pajamas she had worn during the arrest three weeks prior. Subsequent medical evaluation revealed that Arnoldo's mother had sustained multiple injuries during the arrest, including fractured ribs and an infection in the wounds on her knees from being dragged by agents up the stairs. Arnoldo's father, who did not have a visa, remains in custody and is facing criminal charges.

Since the incident, Arnoldo said it has been a struggle for his family to regain a sense of normalcy: "The slightest noise at night makes all of us get up quick," he said. "All of us are upset. We are broken."

Ex. 24

## Wilmer Chavarria (Winooski, Vermont)[67]

Wilmer Chavarria is a naturalized United States citizen and experienced educator, currently serving as Superintendent of the Winooski School District in Vermont. Born in Nicaragua, he is a frequent traveler and is enrolled in Global Entry and Nexus, federal programs designed to expedite border crossings for citizens who are deemed low risk after having undergone background checks.[68]

On July 23, 2025, Wilmer was returning to the United States with his husband after visiting family in Nicaragua.[69] Wilmer's husband, who is white, sailed through the airport's Customs and Border Protection desk. Wilmer approached the same Customs and Border Protection Officer after his husband, expecting to receive the same treatment. However, when he presented his passport, the officer drew her radio and said, "escort." She informed Wilmer that he had been flagged and pointed him towards a different booth with another officer. Wilmer's husband overheard and told the officer that the two of them were married and needed to stay together. A different male Customs and Border Patrol officer then arrived. He looked Wilmer and his husband up and down and asked them, "You? The two of you are married?" and walked away.

Wilmer and his husband were taken to a separate waiting area outside of what appeared to be interrogation rooms. Eventually, a woman in a suit walked in, pointed at Wilmer, and said, "You follow me." She then turned to Wilmer's husband and said, "You stay." Wilmer's husband reminded the woman that they were married and shouldn't be separated, but the officer repeated her orders twice more. Meanwhile, Wilmer noticed the stare of a nearby male officer, whom he described as wearing "beach clothes" and being "aggressive."

Wilmer recalled feeling as if the officers were prepared to physically assault them if they did not comply, so he offered his husband a visual cue to obey the woman and stay seated. Wilmer described the events that followed as "nothing short of surreal and the definition of psychological terror," in which a litany of plain clothes officers employed interrogation tactics to try to coerce him into revealing private details about himself and the children in his district.[70] This process began when an officer ushered him into an isolated interrogation room and, without providing any reason, said, "I'm going to ask questions, and you need to hand over all electronics, passwords, and PINs." Wilmer asked the officer if he was being

---

[67] PSI Interview with Wilmer Chavarria, Aug. 13, 2025. All subsequent statements regarding Wilmer's story reference that interview unless otherwise noted.

[68] U.S. Customs and Border Prot., *NEXUS Cards: Entering the United States*, https://www.cbp.gov/travel/trusted-traveler-programs/nexus/card (last visited Oct. 9, 2025).

[69] Auditi Guha, *Winooski Superintendent Navigates a 'Whole New Territory of Terror' After Being Detained, Interrogated in Texas*, Vᴛ Dɪɢɢᴇʀ (last updated July 23, 2025, 5:15 PM), https://vtdigger.org/2025/07/23/winooski-superintendent-navigates-a-whole-new-territory-of-terror-after-being-detained-interrogated-in-texas/.

[70] Lala Duffort, *Border Agents Detained a Vermont Superintendent and Searched His Devices: That's Not so Rare*, Vᴇʀᴍᴏɴᴛ Pᴜʙʟɪᴄ (July 23, 2025, 5:15 PM), https://www.vermontpublic.org/local-news/2025-07-23/superintendent-detained-border-agents-devices-searched.

Ex. 24

detained, and she laughed and replied, "No. I'm not handcuffing you am I?"  However, when he asked if he was free to leave, she said, "No. You're not going to go until I'm done with you."

As the interrogation commenced, more plain clothes officers wandered in and out of the interrogation room.  At all times, between four and five officers surrounded Wilmer and pressed him to grant them access to all of his devices.  Although Wilmer eventually complied with their demands to hand over his personal devices, he explained that he was traveling with the laptop he uses for work in his school district and, in accordance with the law, he would not grant officers access to it without a warrant because it contained sensitive information related to the children in his district.  Wilmer recalled, "[t]hey used many different tactics," alternating from "very nice" to "very aggressively threatening me."  They questioned his professional record, said that he would be fired, and threatened to turn him over to the FBI."  The officers accused Wilmer of "behaving like a criminal," without articulating any suspected crime—much less any particular evidence or reason for his detention.  The interrogators denied Wilmer's repeated pleas for a phone-call, a lawyer, and even a clock.  One officer told Wilmer that he "had no constitutional rights at a port of entry."

For hours, Wilmer reiterated that he would not consent to a search of his school district files or email.  While Wilmer had already provided consent for access to his personal devices and files, their demand that he provide access to his work computer continued.  Eventually, against Wilmer's objections, one officer held up Wilmer's work phone to his face to unlock the device via facial recognition.  When the officer began to browse, Wilmer verbally expressed that he did not consent to the officer's actions.

Under duress and continued threats that lasted hours, Wilmer conditionally consented to access to his devices with the agents' supposed promise that they would not open district files.  He knew that they would not respect their word, but he acted out of psychological exhaustion, as was likely their goal.  The officers left with all his property.  As Wilmer sat alone in the isolated, frigid room, he realized that United States officers were infringing on his personal rights and privacy to a degree he had not experienced since his childhood in a Nicaraguan refugee camp.  At approximately 10:20 p.m., roughly five hours after first being detained, Wilmer was escorted out of the interrogation room and taken to the baggage claim area, though Wilmer was not given an explanation, and his passport still had not been returned.  He was finally reunited with his husband, who had been repeatedly stonewalled and screamed at when he asked for updates about Wilmer.

Before returning Wilmer's property, a female officer called Wilmer back to a tiny room and said, "We weren't able to access your Telegram app, so I need you to open it with your face." Wilmer complied, and the officer looked through the app while engaging in a highly personal and irrelevant line of questioning: she asked him if he was "actually married" to his husband and discussed embarrassing photos in Wilmer's private folders and intimate messages with his husband.  She escorted Wilmer down the hall, saying "we all have embarrassing things" and telling him stories about a man whom she'd said "looked cute" in his embarrassing

Ex. 24

photos and recalled asking the man to volunteer more personal content. Wilmer was approached by a male officer who firmly shook Wilmer's hand; without letting go, he told Wilmer he "admired [his] resilience" and said, "[I'd] be proud to have you as a Superintendent."

Finally, Wilmer was free to leave. Having missed their flight and without a place to stay for the night, given the hour, Wilmer and his husband slept a couple of hours on the Houston Airport floor before flying home to Vermont. The next morning, he received an email that his Global Entry status had been revoked. He recalled feeling "the twist of the knife" and paranoia about future harassment, now that his status as a low-risk traveler was revoked without explanation. He hoped the action was only retaliation for upholding his students' privacy, not "something darker."

### Dayanne Figueroa (Chicago, Illinois)[71]

*Dayanne Figueroa video*

Dayanne Figueroa is a U.S. citizen from Chicago.[72] In addition to being a mother to a six-year-old son and working a full-time job, Dayanne is a first-generation Mexican American, and Criminal Justice major, with a goal to ultimately attend law school.

Around 9:00 a.m. on October 10, 2025, Dayanne was driving to work when she noticed commotion on a residential street: a crowd had gathered, cars were abandoned in the middle of the road, people were running and shouting, and several bystanders were recording on their phones. Despite the commotion there was nothing to suggest that an organized police operation was underway when, suddenly, a young man was thrown into a van by armed, masked men wearing camouflage and combat boots. Dayanne recalled, "I was just trying to get around the scene," but an unmarked, silver Durango SUV with blacked out windows was blocking the two-way street, while the driver attempted to make a U-turn. When the Durango moved out of the way, Dayanne, remaining in her lane, slowly drove forward, when suddenly the silver SUV sped up and rammed into the side of Dayanne's car.[73] Several bystanders caught the incident on camera. In one recording, an off-camera voice can be heard saying, "Yeah, hit and run, hit and run. That's a hit and run, You hit her! Yo watch out with that weapon! As the by standard records the masked men approach Dayanne's car with arms drawn directly at her."[74]

---

[71] PSI Interview with Dayanne Figueroa, Nov. 3, 2025. All subsequent statements regarding Dayanne's story reference that interview unless otherwise noted.

[72] PSI Interview with Dayanne Figueroa, Nov. 3, 2025. All subsequent statements reference that interview unless otherwise noted.

[73] Dayanne Figueroa (@dayannefigueroa4889), *U.S. Citizen Gets Dragged out of Car with Guns Drawn After Chicago ICE Crashed into Her*, YOUTUBE (Oct. 10, 2025), https://www.youtube.com/watch?v=Hcy3ZlWw-gc.

[74] *Id.* at 0:06.

Ex. 24

Dayanne's car locked into place from the impact of the collision, which stopped her car. Presuming it was "a routine traffic incident," she proceeded to reach for her phone to report the crash to local police. But within seconds, two masked men in camouflage leapt out of the Durango and ran over to Dayanne's black Mercedes Benz; one raised a gun in Dayanne's direction, and the other had an assault rifle strapped around his shoulder.[75] Moments later, a third armed and masked agent appeared.[76] Two of the men ripped open Dayanne's car door and grabbed her.[77] The agent with the assault rifle put both his hands on his gun and faced the crowd, while bystanders yelled out, "She didn't do anything. Ya'll hit her," and "She's just trying to get to work. Ya'll have no heart."[78] Dayanne recalled hearing men screaming at her to get out, and that she held on to her steering wheel, scared. She said, "I just had two kidney surgeries this summer, one being laparoscopic, which includes 5 deep incisions across my lower abdomen -I knew they were about to f**k me up and rip me out of the car, and my body is still recovering." The men never identified themselves, what agency they worked for, offered any explanation, or wore any visible badges. She said: "All I remember are the big guns and the sunglasses and hats they wore over their masks. I'm from Franklin Park, where someone had just been killed by ICE agents. All I could think was 'they're about to kill me.'"

While Dayanne screamed "what are you doing?" to these masked men and tried to hold onto the steering wheel, two agents forcibly dragged her out of her car by her legs, ripping both shoes off, slamming her to the concrete, and digging their knees into her body to restrain her, directly over the site of her recent surgery. The agents flipped over Dayanne—who stands at 4 feet 11 inches and weighs 120 pounds—and put her in handcuffs, cinching them so tight that Dayanne has since suffered nerve damage to her wrists.[79] Three agents carried Dayanne to an unmarked, red SUV and threw her inside, while a fourth agent reached into her car and grabbed her laptop, purse, and cellphone.[80] Despite the existence of video evidence to the contrary, DHS later falsely claimed that Dayanne, "was part of a group protesting" and that she "violently resisted arrest, kicking and injuring two officers."[81] In the backseat of the red SUV, Dayanne sat handcuffed, unrestrained by a seatbelt, cramped in-between two men who had also recently been detained.  Two of the agents who detained her got into the car and started driving without explaining where they were going. While one of the men next to Dayanne hyperventilated, she reassured him in Spanish and said, "You have rights...ask for a lawyer."  During the drive, the agents laughed as they photographed Dayanne, on their personal phones while another man in a full face mask

---

[75] *Id.* at 0:16.
[76] *Id.* at 0:22.
[77] *Id.* at 0:45.
[78] *Id.* at 0:45.
[79] *Id.* at 1:30.
[80] *Id.* at 1:40.
[81] Lauren Rodriguez Presa and Jonathan Bullington, *Chicago Woman Dragged out of Her Car After Colliding with ICE Demands Accountability*, CHICAGO TRIBUNE (last updated Nov. 3, 2025, 5:17 PM), https://www.chicagotribune.com/2025/11/03/chicago-woman-collision-ice-accountability/.

Ex. 24

used professional camera equipment to capture images of her.  Dayanne recalled being treated not like a human being but like an object they had seized.  Dayanne recalled turning her head and body away from the camera and telling the agents to stop.  The agents responded by telling Dayanne, for the first time, that she was under arrest.

Eventually, the agents pulled into the Broadview Detention Center.  Dayanne saw protesters outside, and with her hands still cuffed, she began banging against the window and screaming for help, although it seemed that no one could hear her over the noise.  From the front seat, the agents laughed and said, "You're a criminal. No one will help you."  The agents stopped at the loading dock and ordered the detainees to exit the SUV.  Dayanne recalled, "At that moment, still without shoes, every injury—new trauma layered over old pain—hit me all at once. I panicked. No one knew where I was, the only thing running through my mind was my son needing me, while I was nowhere to be found.  One of the agents—whom Dayanne later identified as the driver of the silver Durango—escorted her to the facility's loading dock. When she begged for water and repeatedly asked to see a medic, he told her he was the medic. Desperate, Dayanne explained her recent kidney surgery and warned him that being forced to hold her bladder was extremely dangerous, given the new surgical connection to her ureter and her history of post-surgical infections.  Still in handcuffs, Dayanne was escorted to the inside of the facility to use the bathroom and recalled, "I was escorted past what looked like a human dog pound—men lined up in rows, trapped together in a suffocating, bitter-smelling enclosure.

As Dayanne waited in the loading dock – still with no answers about who these people were, where she had been taken, or why she was being held, she noticed several agents – all masked—were jumping up and down and physically shaking "like they were wired and on the hunt."  She heard one agent say, "I can't wait to get back out there."  While she waited, Dayanne avoided the gaze of two individuals taking pictures that she said appeared to have been assigned to follow around people in handcuffs and photograph them."

Eventually, a female approached her and said she was from Homeland Security.  Dayanne recalled, "She touched me everywhere to make sure I didn't have anything by touching my private parts, then ordered me to urinate in a filthy detainee bathroom."  The female—now identified as an officer with Homeland Security—asked nearby agents why Dayanne had been arrested, but none of them could answer.  She brought Dayanne, still in handcuffs, into the only bathroom: "It was hot, and it stunk," Dayanne said.  "A surveillance camera was mounted directly above the toilet, recording everything.  There was no privacy, no hygiene, no hand soap, and no sense of basic human decency.  When I questioned the camera, she dismissed my concern with, "I checked the back. This one is blacked out. Do you have to pee or not?"  When Dayanne expressed that she was uncomfortable that there were cameras in the bathroom, the officer responded, "Just go on yourself, then."  Afterwards, Dayanne was brought back outside the facility, where she stood among a crowd of people who had also

recently been detained. "It was so sad," she said. "There were so many other people, all of whom looked exactly like me—terrified and brown." The agents who stood near Dayanne casually engaged her in small talk. She recalled, "It was clear that they didn't have any reason to hold me there. What happened that day was not an arrest — it was an assault and the kidnapping of a U.S. citizen. I was stripped of dignity, rights, and basic humanity." Concerned for Dayanne's safety, her mother and boyfriend drove to the Broadview Detention Center and were able to present Dayanne's passport to an agent outside the facility, who agreed to take it inside. When the officer eventually returned, she said that Dayanne was there at some point, but had already been transferred somewhere else, although the officer would not say where Dayanne had been taken.

Dayanne recalled that around 11:00 a.m., the agents said they needed to take her somewhere else, and "I overheard someone say 'FBI.'" Shortly after, Dayanne was transported to an FBI facility in Lombard by two agents, including one of the men who had pulled her out of her vehicle. She said, "He was making conversation with me on the way to the FBI place, like asking me what my favorite food is, almost in a flirtatious manner." The agent told Dayanne she was being taken to Lombard "for processing." Dayanne asked, "Why? I haven't done anything." In response, the agent laughed, turned to his partner, and pointed to his body camera and said, "No, it's all here."

When Dayanne arrived at the FBI facility, two new people introduced themselves as FBI agents. Dayanne was fingerprinted, photographed, and cheek swabbed. After processing, she was escorted to an interrogation room with the two FBI agents. For the first time, Dayanne was read her rights by the agents, although she still had not been told what charges she faced. Dayanne repeatedly asked the agents why she had been arrested and said, "I just want to go home." The FBI agents responded that they did not know, saying "It's still under investigation. We haven't interviewed [ICE] yet." Although the agents did not provide Dayanne with an attorney as she had requested, they ended the interrogation, saying that she had "lawyered up."

The FBI agents walked Dayanne to a locked cell with a single bench and toilet. She repeatedly asked if she could make a phone call and, eventually, one of the agents agreed. When Dayanne looked at her cellphone, she realized that someone had switched it to airplane mode, and presumed that it was to prevent others from tracking her or to silence the many concerned calls she was receiving. When Dayanne asked nearby agents for a precise location so she could relay her whereabouts, the agents exchanged glances and stayed silent. Finally, an agent said, "Just say you're in Lombard."

While Dayanne waited in confinement, she realized that—just weeks after surgery—her kidneys were throbbing. "The pain was so intense I felt like I was moments away from fainting," Dayanne said. "I asked for bandages, water—anything to ease the pain I was in.

Ex. 24

Instead, I was placed in a jail cell and told to wait until an agent finished their interview. When I asked if the toilet in the cell was the only one available, they confirmed it, despite the surveillance camera mounted directly above it.  With no privacy, no dignity, and unbearable kidney pressure, I urinated anyway.  The stream was weak, and the pain was sharp."  She added, "I lay flat on the cold metal bench with only a thin foil blanket separating me from the dirt. Seconds later, I had to pee again - this time with visible traces of blood. When I told the agents what was happening, their indifference vanished. Some moved quickly: called EMS, offered me a wheelchair, and allowed me to sit in a softer office chair outside the cell."  While one of the men called an ambulance, an ICE agent in the background laughed and said, "I bet she'll feel better as soon as she's out of here."

Dayanne recalled that when the paramedics arrived and asked about the status of Dayanne's custody, "none of the agents there could answer."  One agent said, "We're trying to figure that out." Another agent said, "She's released," and a third corrected, "She's released pending charges."  Around 3:00 p.m., Dayanne was finally released to the paramedics without receiving any explanation or documentation of her arrest.  Dayanne recalled, "They couldn't even agree who had authority over me because none of them did. I was never arrested. Never charged. Never given an explanation. Never given an apology."  Dayanne was rushed to the hospital, accompanied by her mother, who had been "crying and freaking out" outside the FBI facility.  No charges were ever brought against her.

Dayanne said the traumatic event still affects her physically and mentally.  The physical assault and the contaminated condition of the toilets she was forced to use triggered an infection and a swollen kidney.  She continues to suffer lasting nerve damage from hours of constriction from the handcuffs.  "I developed PTSD, panic attacks, and severe anxiety. My body reacts before my mind can calm me. I still struggle to leave my home alone. I've lost weight since then. I can't eat and I can't sleep because in my nightmares - I am kidnapped every night all over again."  However, she said, "This can't go on.  It needs to change.  As much as it hurts to have flashbacks all day, my story needs to be said because I refuse to let ICE rewrite my story.  I refuse to let fear silence me and I refuse to let my son grow up in a country where masked federal agents can assault women in broad daylight without oversight or consequence.  I survived this because I was meant to fight it—not only for myself, but for every immigrant family, every woman, and every mother who has been targeted, silenced, or dismissed."  She told the Subcommittee that this was not just an "incident."  "It was a violation of my rights, my dignity, and my humanity. And I will not rest until there is accountability, transparency, and change - values that Americans across the political spectrum share."

Ex. 24

## Job Garcia (Hollywood, California)[82]

*Job Garcia video*

Job Garcia is a 37-year-old United States citizen and resident of Southern California.  He is a photographer and Ph.D. student.  To earn extra money, Job works as a delivery driver for an online application service.[83]

Around 7:20 a.m. on June 19, 2025, Job was inside the Home Depot on West Sunset Boulevard in Hollywood, California, picking up a work order, when he heard a loud commotion outside the store.[84]  He saw that roughly 30 agents were conducting a raid in the parking lot.  Most of the agents wore masks and plain clothing: "They looked like bounty hunters," he recalled.  Job joined a group of bystanders who were walking around the parking lot, recording and telling agents at a safe distance that they did not have a warrant.  Job noticed that one masked agent was banging on the windows of a truck, while four or five other agents encircled the truck and demanded that the man inside get out.  Job yelled out to the man, telling him that he had the right to remain silent.  One of the masked agents proceeded to break the man's window.  With no warning from an agent to Job, one of the masked agents then turned around and lunged at Job, reaching for Job's phone.  Job began to move backward and away from the agents.  Then the agent who lunged grabbed Job's phone, threw it to the ground, and tackled Job.  Other agents, including one unmasked agent, tackled Job from behind or from his side, throwing him to the ground.[85]  Within seconds, five agents were on top of Job: "Their knees were in my back and neck," he recalled.  The agents restrained Job by putting him on his stomach and handcuffing his hands behind him.[86]  As the masked agents pulled him up and walked him to a van, Job heard one of them tell nearby agents, "I got another one."[87]  Job recalled, "I had been telling [the agents] I was a citizen from the moment they detained me."  Although one agent went to get Job's I.D. from his car, Job said, "None of the agents bothered to check my status."  The agents threw Job, still in handcuffs, into a van and drove off with him and with four or five other detainees.  Job said the agents appeared not to know where to take the detainees, but ultimately they were driven to a long driveway on the Dodger Stadium property, where he was removed from the van and made to sit in the dirt.  While Job waited, he saw the agents high fiving one another, as they bragged about "getting 31 bodies" at the Home Depot raid.  Eventually, the agents ran a background check on Job, confirming that he

---

[82] PSI Interview with Job Garcia, Dec. 1, 2025. All subsequent statements regarding Job's story reference that interview unless otherwise noted.

[83] Letter from Ernest I. Herrera, Western Regional Counsel at Mexican American Legal Defense and Educational Fund, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim of Job Garcia*, https://www.maldef.org/wp-content/uploads/2025/07/FTCA-J.-Garcia-Redacted_7-1-2025.pdf.

[84] Letter from Eduardo Cass, Staff Attorney at Mexican American Legal Defense Fund, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim of Job Garcia*, https://www.maldef.org/wp-content/uploads/2025/07/FTCA-J.-Garcia-Redacted_7-1-2025.pdf.

[85] *Id*.

[86] *Id*.

[87] *Id*.

was a United States citizen with no criminal record, yet continued to hold him. None of the agents informed Job why he had been detained, and several seemed not to know themselves. One of the agents asked Job, "Why are you here?" At one point, Job asked an agent why he had been detained, and the agent replied, "I don't know."

After about two hours, Job was placed in another vehicle and driven to the Metropolitan Detention Center in downtown L.A. Job was fingerprinted and placed in an interrogation room.[88] For the first time, one of the agents read Job his rights. While Job waited to be questioned, he overheard some agents saying that "Trump was really working them."[89] Several agents questioned Job, repeatedly accusing him of "assaulting a federal agent" and threatening to lengthen his detainment by "not processing him until after the weekend."[90] However, as video of his encounter began to go viral, the agents stopped mentioning "assault." Job recalled, "An ICE agent who was interviewing me opened his Instagram, and the first thing that came up on his phone was the video. The mood shifted once they saw the video."[91]

After processing and questioning Job, the agents brought him to corrections officers, who placed him in what he described as a cage.[92] The following day, after being detained for roughly 25 hours, he was released without any further explanation or documentation of the arrest except for a receipt for his personal items. Before letting him go, an agent told Job, "Someone will stay in contact with you to let you know when your court case is." Although DHS later claimed that Job, "assaulted and verbally harassed a federal agent and he was subdued and arrested for the alleged assault," he was never charged with a crime.[93] As a result of being tackled and restrained by the agents, Job sustained bruising on his back, neck, knees, arms, and face.[94] Job said the event has also affected him emotionally: "I've been in therapy. It has been hard," he said. As a result of emotional distress, Job has missed work and momentarily paused his academic work, jeopardizing his ability to finish his Ph.D. program according to his original timeline.[95]

---

[88] *Id.*

[89] *Id.*

[90] *Id.*

[91] ABC 7 Chicago, *U.S. Citizen Says His Arrest by Federal Agents was Worth it if Others Got Away*, YOUTUBE (June 21, 2025), https://www.youtube.com/watch?v=MFOQiNmMMSM.

[92] Letter from Eduardo Cass, Staff Attorney at Mexican American Legal Defense Fund, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim of Job Garcia*, https://www.maldef.org/wp-content/uploads/2025/07/FTCA-J.-Garcia-Redacted_7-1-2025.pdf.

[93] Suzanne Gamboa, *U.S. Citizen Seeks $1M After Arrest, Detention for Recording Raid at Home Depot*, NBC NEWS (July 2, 2025, 6:32 PM), https://www.nbcnews.com/news/latino/immigration-raid-arrest-us-citizen-home-depot-filming-job-garcia-rcna216559.

[94] Letter from Eduardo Cass, Staff Attorney at Mexican American Legal Defense Fund, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim of Job Garcia*, https://www.maldef.org/wp-content/uploads/2025/07/FTCA-J.-Garcia-Redacted_7-1-2025.pdf.

[95] *Id.*

Ex. 24

## Brian Gavidia (Montebello, California)[96]

*Brian Gavidia <u>video</u>*

Brian Gavidia is a 29-year-old United States citizen from California.[97]  He works at a tow yard on West Olympic Boulevard in Montebello—just miles from where he was born.[98]

On June 12, 2025, Brian was at work when a friend informed him that what appeared to be immigration agents had entered the gate of the private property and were outside the building.  Brian walked outside to see for himself and spotted an armed, masked agent—one of four agents who had arrived in two unmarked SUVs and parked outside the gate of his property.  None of the agents provided a warrant or identified themselves.  The only indication that they were government agents was the light brown and green shirts that said, "U.S. Customs."

Moments after Brian walked outside, an agent commanded him to "Stop right there."  Brian immediately stopped and began repeating 'I'm an American' many times."  Meanwhile, a second agent ran towards him and repeatedly asked him to name the hospital where he was born.  After Brian said for a third time that he could not remember the name of the hospital, the agent pushed him against the wall and twisted his arm.  At this point, a nearby friend began recording.[99]  Once again, Brian informed officers of his citizenship, pleading, "I'm an American, bro."[100]

The agents then applied more force to Brian: "They lifted and twisted my arm to cause me pain," he recalled.  While the agents pinned Brian against the wall, they did not identify themselves or tell Brian that he was under arrest.  Brian asked, "Can I show you my ID?" which none of the agents had yet requested.  After checking Brian's REAL ID, the agents took his phone and kept his ID.  One agent walked behind the unmarked van and began going through Brian's unlocked cellphone.  Meanwhile, while Brian watched, several other agents threw Brian's colleague to the ground, despite the fact that he had repeatedly insisted he had his United States ID and passport in his pocket.  "He was bleeding from his

---

[96] PSI Interview with Brian Gavidia, Sept. 30, 2025. All subsequent statements regarding Brian's story reference that interview unless otherwise noted.

[97] Lauren Pozen, *Montebello Man Shouts 'I am American' While Immigration Agents Detained Him*, CBS News (last updated June 13, 2025), https://www.cbsnews.com/losangeles/news/montebello-man-shouts-i-am-american-while-immigration-agents-detain-him/; Jennifer Medina, *'I'm an American, Bro!': Latinos Report Raids in Which U.S. Citizenship is Questioned*, N.Y. Times (June 15, 2025), https://www.nytimes.com/2025/06/15/us/hispanic-americans-raids-citizenship.html; Mekahlo Medina and Johnathan Lloyd, *Man Who Voted for President Trump Explains How He Joined Immigration Raids Lawsuit*, NBC 4 L.A. (last updated Aug. 11, 2025), https://www.nbclosangeles.com/news/local/trump-voter-immigration-raid-lawsuit-los-angeles/3762698/.

[98] Medina and Lloyd, *supra* note 97; Medina, *supra* note 97.

[99] CBS L.A., *L.A. County Man Shouts, 'I am American' While Immigration Agents Detain Him*, YouTube, at 0:25 (June 14, 2025), https://www.youtube.com/watch?v=m0uynHtk7zU.

[100] *Id.*

Ex. 24

forehead," Brian recalled.[101]  "I wanted to help my friend."[102]  Brian stepped forward to help him, and one agent "racked his AR-15 rifle" and stared him down, preventing him from helping.[103]

At this point, Brian recalled that roughly "a dozen" additional agents had arrived in more unmarked cars, and the commotion attracted a crowd of bystanders.  Several agents pulled out their cellphones and began videoing, while other agents "bullied and humiliated" Brian and his colleagues to "provoke us so they could have a justification for their mistake."  Brian recalled that one agent heckled him while he consoled the brother of his colleague, whom officers were especially taunting.  "They see me hugging him and they embarrassed us. They were laughing and bullying us," Brian said.  "The whole time I felt like they were just waiting for us to react so they could take it to the next step."  Brian recalled, "I was trying to calm him down... I just tried to be as respectful as possible."

Just before the agents left, one of them threw Brian's phone at him "only because I begged them" for over twenty minutes.  Roughly 40 minutes after arriving on Brian's property, the agents drove off with Brian's colleague without providing any further explanation.  As of November 24, 2025, Brian had not had his ID returned and was at one point told he "needed to get a new one."

Speaking after the incident, Brian said he often struggles to sleep at night, traumatized by agents that he described as "breaking the Constitution and making Americans afraid." Brian now carries a mini copy of the Constitution of the United States in his back pocket and helps with know-your-rights immigrant workshops.[104]  Speaking of President Trump, Brian said, "I voted [for Donald Trump], but not for this... I don't think Americans, or anyone, should live with this fear."

### Elzon Lemus (Brentwood, New York)[105]

*Elzon Lemus video*

Elzon Lemus is a 23-year-old United States citizen and native of Brentwood, New York, where he works as an electrician.[106]

Around 7:30 a.m. on June 3, 2025, Elzon was riding in a work van with one of his colleagues after reporting for work in Westbury, when he spotted an unmarked, black Ford Escape with

---

[101] *Id*; Medina, *supra* note 97.
[102] CBS L.A., *supra* note 99.
[103] Medina, *supra* note 97.
[104] Medina and Lloyd, *supra* note 97.
[105] PSI Interview with Elzon Lemus Oct. 30, 2025. All subsequent statements regarding Elzon's story reference that interview unless otherwise noted.
[106] John Dias, *Video Allegedly Shows ICE Agents Detaining Hispanic U.S. Citizen on Long Island*, CBS NEWS (June 12, 2025, 6:52 PM), https://www.cbsnews.com/newyork/news/ice-detains-us-citizen-long-island-video/.

Ex. 24

tinted windows parked near his boss's house.[107]  Elzon turned around and noticed four additional unmarked cars pull up from behind: "This is not an ordinary stop," he recalled telling his colleague.  "This is ICE."

Roughly eight armed agents walked up and surrounded the van: three agents approached the passenger side where Elzon sat, four agents stood on the driver's side, and two masked agents with rifles positioned themselves behind the van.  The group wore t-shirts and jeans, and some wore vests that simply read "DHS" or "Police."  One agent who appeared to be in charge stood on the passenger side and told Elzon he "matched the description of someone they were looking for."  Confused, Elzon responded, "What is this about? This isn't me."  The agent replied, "I don't have to tell you."  Elzon pulled out his phone to record and captured the agent saying, "[t]his is gonna go one of two ways."[108]

Elzon's coworker, who legally obtained identification from both the United States and his country of origin, eventually handed the officer his American identification.  Elzon said that from then on, the agent insisted that his colleague hand over his foreign ID and became "very mad" because Elzon continued to ask the agent to provide a reason for the detention.  As the colleague began to roll up the truck windows, the agent reached in and forced open Elzon's door.[109]  After pulling him out, the agent grabbed Elzon's phone and ended the video.  The agent handcuffed Elzon and then began feeling around the pockets of his cargo pants.  He did not respond when Elzon told him that he did not consent to a search.  The agent found Elzon's ID and handed it to a nearby agent in a mask.  While the agent took his ID to an unmarked SUV, Elzon asked several nearby agents for an explanation and requested their badge numbers, but none of them answered.  Elzon spent about 25 minutes in handcuffs before the masked agent came back to remove his handcuffs and return his ID. Elzon said that he heard the agent in charge huff, and presumed that he was "annoyed that he couldn't find anything on us."  At that point, the agents left without providing any further explanation or documentation of the detention.

Speaking after the incident, Elzon said, "I've been worried because I see them in the morning when people are going to work.  My entire family are legal citizens, but I'm still worried because I hear that doesn't prevent agents from taking them."

---

[107] NBC News, *U.S. Citizen Stopped and Searched by ICE Agents in New York*, YOUTUBE (June 13, 2025), https://www.youtube.com/shorts/IE41__zcc0E.

[108] *Id.*

[109] *Id.*

Ex. 24

## Adrian Andrew Martinez (Los Angeles, California)[110]

*Adrian Andrew Martinez <u>video</u>*

Adrian Andrew Martinez is a 20-year-old U.S. citizen from Los Angeles. On June 17, 2025, Adrian was working the early shift at Walmart in Pico Rivera, east of Los Angeles. He took an early lunch break, having started his shift at 5:00 a.m. As he headed out into the store's plaza, Adrian saw two immigration officers roughly handling an older gentleman in the parking lot.

Adrian began speaking up for the man, telling the agents that they didn't need to be so rough. "I was just trying to stick up for him," he said. Others started gathering around and recording the incident. But after Adrian spoke up, the agents turned their attention to him, aggressively pushing him onto the ground and forcing him into their car. He said, "As they were trying to get me in the car I felt someone pulling me from behind on my neck." The agent's violent behavior continued after Adrian was placed in their truck: "I just remember a bigger gentleman choking me when I was in the truck," he said. The agents did not say anything or give Adrian the opportunity to speak before they placed him in the truck. Adrian asked where they were taking him and if he could call someone. The agents responded by telling him to "shut the eff up."

Adrian was taken to a nearby parking lot that appeared to serve as a staging area for the federal immigration agents. After some time, Adrian was handcuffed and driven to Los Angeles by another group of agents in a different vehicle. The agents who drove him told him that he was in "big trouble," claiming he had assaulted a federal officer. Adrian recalled being placed in a filthy room adjacent to a parking structure with 30-40 other people. He described what he saw: "A few people were barefoot and some people looked like they had been roughed up. At the time my knee was bleeding, and I was limping because they kept pushing me on the floor when they got me. I assume they did it for many others." The middle of the area was all wet, surrounding a drain. Martinez suspected that this drain was catching the runoff of a nearby toilet. The area around it was wet, but people were still sitting nearby on the floor. Adrian saw many young people like himself, including some he presumed to be teenagers.

As Adrian waited, people in the room were lined up and identified. Adrian's mother had managed to bring his I.D. to the federal building connected to the same parking structure, demonstrating that he was a U.S. citizen. Yet, instead of releasing him, FBI agents came and walked Adrian to the entrance of the Metropolitan Detention Center (MDC) in the same parking structure, where he was processed and held until Friday, June 20, when he was arraigned on federal charges. During his time at MDC, Adrian was never given a phone call,

---

[110] PSI Interview with Adrian Andrew Martinez, Dec. 1, 2025. All subsequent statements regarding Adrian's story reference that interview unless otherwise noted.

Ex. 24

nor was he provided access to $100 his sister had placed on the commissary for him, nor was her money ever returned.  Adrian had to get clothes from other inmates in the facility.

The day after Adrian was detained, former acting U.S. Attorney for the Central District of California Bill Essayli posted a picture of Adrian on X, claiming that Adrian was arrested for "an allegation of punching a border patrol agent in the face after he attempted to impede their enforcement operation."[111] However, a video subsequently went viral showing that it was the federal immigration agents, rather than Adrian, that used physical force during their interaction.[112]  It was reported that after this video became public, an FBI agent subsequently felt there was insufficient evidence of assault and declined to sign a complaint attesting probable cause to a judge.[113]  Mr. Essayli nonetheless persisted in seeking to charge Adrian and found an agent to sign off on a charge of conspiracy to impede a federal officer, a charge which Adrian still faces.[114]  Adrian was fired from his job at Walmart for "workplace violence" due to these charges.  Adrian has recently found work with the City of Pico Rivera.  He said that the injuries to his knee have mostly healed, although he still experiences pain from time to time.

## Marimar Martinez (Chicago, Illinois)[115]

*Marimar Martinez video*

Marimar Martinez is a 30-year-old United States citizen born and raised in Chicago. On October 4, 2025, Marimar was driving her silver Nissan Rogue on her way to donate clothing at her local church when she came across an SUV with tinted windows and Kentucky license plates near Marquette Park area in Chicago.   Marimar quickly suspected that the vehicle was part of "Operation Midway Blitz," which had started in Chicago the previous month.  Driving around the vehicle, she saw an "Uber" sticker in the front window but no front license plates, and men in green camouflage inside.  She realized the occupants were likely immigration agents and honked her horn and exclaimed "La Migra" to let those in the neighborhood know that immigration agents might be present.  People who were out in the neighborhood noticed her honking and started going inside.  Marimar said, "It felt good to know that my community heard me, and I can help those who don't have a voice.  We're begging for help from our government.  I come from a background of immigrants, and I'm proud of my roots."

---

[111] F.A. United States Attorney Bill Essayli (@USAttyEssayli), X (June 18, 2025, 5:02 PM), https://x.com/USAttyEssayli/status/1935442968199954690.

[112] Ben Penn & Maia Spoto, *Trump's LA Prosecutor Orders Cases His Staff Say Lack Evidence (1)*, BLOOMBERG LAW (July 29, 2025), https://news.bloomberglaw.com/us-law-week/trumps-la-prosecutor-orders-cases-his-staff-say-lack-evidence.

[113] *Id.*

[114] *Id.*

[115] PSI Interview with Marimar Martinez, Nov. 28, 2025. All subsequent statements regarding Marimar's story reference that interview unless otherwise noted.

Ex. 24

While Marimar was alongside the immigration vehicle, the vehicle started swerving towards Marimar's car. Marimar moved to try to avoid them when, without warning, the immigration vehicle sideswiped her vehicle. Marimar stopped her car. The immigration vehicle also stopped. The three agents jumped out of the car, and the driver stepped into the road and started shooting at Marimar as she attempted to drive around the agents. The agent fired five shots, striking her arm, leg, and torso.

Marimar drove away in fear, not yet realizing that she had been struck by live bullets. "After the shots, my mind was like, 'OMG, I survived.' I thought it was pepper pellets, I don't know why," she said. But soon after, her fingers started folding, and she realized she needed to get to a hospital. With blood pouring from her arm, she pulled over and managed to call 911 using Siri, since her phone was becoming too covered in blood to type. She recalled, "It took about a minute to answer. I said, 'I'm on 35th and California, I've been shot.' [The 911 operator] asked who shot me, and I said, 'ICE agents.'"

Bleeding profusely, Marimar managed to get herself inside a nearby auto shop. She started to lose consciousness due to the blood loss: "I remember looking at the door, and the light was getting brighter. It was peaceful. I remember putting my head on the wall and thinking I was dying. I put my head on the wall and fainted." Marimar recalled hearing paramedics entering the shop and saying, "She's really pale."

Marimar was taken to Mt. Sinai Hospital by ambulance, where she was given X-rays and an MRI but kept for less than two hours. Both FBI agents and immigration officers were present, and the medical staff allowed both to enter her room. Marimar recalled that four agents were present in her room when she was read her rights, including three FBI agents and another unidentified officer in plain clothes who did not show her a badge. She recalled the plain clothes officer asking for her name and whether she was an American citizen. The unidentified agent kept coming in and out of her room. Marimar recalled becoming aware that agents were accusing her of causing the car crash when, after she asked a female nurse if she could keep the plain clothed agent out of her room, the nurse responded. "Sorry, I can't do anything about it, but you never should have rammed him." Marimar replied, "I never rammed them; they hit me." The nurse looked at Marimar and walked away.

Marimar was discharged and placed into a wheelchair and handcuffs. She recalled a large gathering of immigration agents surrounding her as she was wheeled out of a back exit of the hospital. One of the agents took out his phone and held it up to her face. Marimar said, "I covered my face because I knew they would put me all over social media and call me a terrorist. I said, 'No.' He said, 'I need it for proof.'" Marimar saw one FBI vehicle along with three large white SUVs. She asked the FBI agents whether the other officers were with them, and one replied, "No, they're not. I don't know what's going on."

Marimar was still bleeding when she arrived at the FBI Building, her wound dressings quickly becoming soaked in blood. FBI agents called another ambulance, which took Marimar to

Ex. 24

Cook County Hospital for the night.  She was discharged the next morning with a bag of medical supplies and instructions to change the dressings and clean the wounds every six hours to prevent infection.

Marimar was taken to the Metropolitan Correctional Center and held overnight until her arraignment the next day on one count of assaulting a federal officer, a charge on which she was later indicted.  Marimar was released on bond, despite the government's request that she be detained as a danger to the community.  She was not given the ability to clean her wounds and change her bandages every six hours prior to being released, notwithstanding instructions she had received from hospital staff upon her discharge.  Her hand was turning purple and green, and she had to go back to the hospital for further treatment after being released.

Marimar was in severe pain for weeks as a result of the bullet wounds she suffered, at times waking up every hour.  One bullet entered her forearm and exited through her bicep, and entered her chest.  Another went into her thigh and out to her lower left calf and exited her left thigh, leaving her with seven distinct scars from the agent's five shots.  Marimar continues to suffer nerve damage and loss of mobility in her hand and is in physical therapy.  The government's case against Marimar fell apart in less than two months after her initial arrest, leading to a dismissal of the indictment with prejudice on November 20, 2025.[116] Evidence revealed that the Border Patrol agent who shot Marimar drove his car to Maine after the incident to have repairs performed, while text messages revealed that he had bragged about the shooting to colleagues, including saying to colleagues in a group chat, "I have a MOF amendment to add to my story. I fired 5 rounds, and she had 7 holes.  Put that in your book boys."[117]

Despite what she has been through, Marimar is committed to continuing to give back to her community.  On Thanksgiving, she and her mother made tamales to pass out to the homeless.  Marimar wants to continue putting light instead of darkness into the world.

### Andreina Mejia (Arleta, California)[118]

*Andreina Mejia video*

Andreina Mejia is a United States citizen and a resident of Arleta, California. Andreina is a single mother to her son and daughter, both of whom are enrolled in the Los Angeles Unified

---

[116] Daniella Silva, *Judge dismisses charges against Chicago woman shot by Border Patrol*, NBC NEWS (Nov. 20, 2025), online at https://www.nbcnews.com/news/us-news/chicago-woman-shot-border-patrol-marimar-martinez-charges-dismissed-rcna244979.
[117] Dalla Faheld, Omar Jimenez, *Text messages and a moved SUV: How the government's case against a Chicago woman shot by a Border Patrol agent fell apart*, CNN (Nov. 21, 2025), online at https://www.cnn.com/2025/11/21/us/marimar-martinez-shooting-case-what-we-know.
[118] PSI Interview with Andreina Mejia, Oct. 30, 2025. All subsequent statements regarding Andreina's story reference that interview unless otherwise noted.

Ex. 24

School District.  Her 15-year-old son, whose initials are B.G., is in special needs classes due to his mental disabilities, which include hearing problems and speech delays.[119]

At approximately 9:00 a.m. on August 11, 2025, Andreina drove with both of her children to Arleta High School to enroll her daughter in 9th grade.[120]  Andreina pulled up to the school building; having been told that only students were allowed in the building, Andreina sat with B.G. in the car while her daughter went inside.  After a short period of time waiting, Andreina looked up and saw a white truck with tinted windows "coming right at us," as if the driver had "lost control."[121]  The truck stopped abruptly: Andreina recalled, "two men got out and immediately pointed their guns at me and my son."  A third agent with a taser also ran up. All of the agents wore masks, jeans, and green vests that simply said, "Police."[122]

Before Andreina could react, the agents screamed "put your hands up," as they ran up to either side of her truck, and, without identifying themselves or providing any explanation, forced open the doors.  After Andreina was pulled out by an agent, she looked over at B.G. while he struggled to unbuckle his seatbelt: "I looked at my son's reaction, and I saw that he was scared," she said.[123]  "He didn't know what was going on, so I just told him: 'Don't move. Just follow instructions.'"[124]  Andreina remembered thinking that due to his disabilities, "[h]e could be making a movement that he's not supposed to make, and they could do something to him."[125]  An agent eventually removed B.G. from the truck and placed him in handcuffs.[126]  Andreina said "four or five" additional unmarked cars arrived, and more masked agents surrounded her truck.

Outside, Andreina and B.G. were separated: "[the agents] wouldn't let me close to my son," she recalled, though she could hear B.G. complaining that "his arms were hurting because the handcuffs were too tight."  Agents told Andreina that fifteen-year-old B.G. "fit the description" of a person of interest, whom DHS later described as a "Salvadoran national with prior criminal convictions and suspected ties to the gang MS-13."[127]  The agents showed Andreina a picture of the suspect, who Andreina said looked nothing like her son. The agents never asked Andreina or B.G. to provide identification, and when Andreina

---

[119] Miriam Musa, *Federal Agents Traumatize Disabled Teen in Shocking Mix-Up*, ROLLING OUT (Aug. 14, 2025), https://rollingout.com/2025/08/14/federal-agents-traumatize-disabled-teen/.

[120] Letter from Luis Carrillo, Attorney, Carrillo Law Firm, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim for Damages—B.G. c/o His Mother, Andreina Meija* (Aug. 25, 2025) (on file with the Subcommittee).

[121] PBS Newshour, *Mother Speaks Out After Teen with Disabilities Mistakenly Arrested in Immigration Raid*, YOUTUBE, at 1:10 (Oct. 22, 2025), https://www.youtube.com/watch?v=NSfND-eGCmI.

[122] *Id.* at 1:41.

[123] Howard Blume, *Family of Detained Student Files a Claim Against U.S.*, L.A. TIMES (Aug. 27, 2025), https://www.pressreader.com/usa/los-angeles-times/20250827/281801405073578.

[124] *Id.*

[125] *Id.*

[126] *Id.*

[127] PBS Newshour, *supra* note 121, at 1:57; Lolita Lopez and Helen Jeong, *'He Doesn't Feel Safe:' Family Speaks Out After Arleta Boy with Disability was Mistakenly Detained by Federal Agents*, NBC LOS ANGELES (Aug. 14, 2025), https://www.nbcnews.com/politics/immigration/-doesnt-feel-safe-family-speaks-teen-disability-mistakenly-detained-fe-rcna224927.

Ex. 24

offered to retrieve B.G.'s I.D., the agents declined.[128]  Meanwhile, B.G. informed agents that he was "a United States citizen, fifteen-years-old, and in special classes" at the school. Andreina recalled, "I literally felt like we were criminals, like we did something bad."

After roughly ten minutes of questioning, the agents removed B.G.'s handcuffs, apparently satisfied that he was not the gang member in question.  While B.G. cried and hugged Andreina, an agent joked, "[w]e were mistaken, but at least you'll have an exciting story to tell when you go back to school."  Andreina remembered thinking "[w]hy would you say that? We are already terrified.  There is nothing exciting about having guns pointed at you." Another parent who had been recording ran up to make sure that B.G. was okay.  While the father comforted Andreina and B.G., he noticed that the agents had left behind several bullet casings, which were scattered on the floor of Andreina's truck.  Andreina later learned that when L.A. police arrived on the scene and instructed the agents to pick up the bullets, an agent told the officers, "[y]ou guys can keep them to practice your shooting."

Andreina said the aftermath has been difficult: "[B.G.] doesn't feel safe when we go out.  He asks me if it is safe to be in front of our house.  If he sees a car with tinted windows, he comes and tells me and asks if it's [the agents]."  B.G.'s teachers frequently check in and allow him to take breaks when he feels overwhelmed, but the superintendent reported, "[h]e cries.  He is upset.  He is depressed.  He keeps asking if this is going to happen again."[129] Andreina also described her personal struggles: "I couldn't go to sleep.  I kept replaying the event in my head as if it happened five minutes ago," she recalled.  "I don't want to leave [my children] alone.  I'm just glad I was there.  [B.G.] doesn't understand much—if he'd been alone and tried to run, what would have happened?"

### Frank Miranda (Portland, Oregon)[130]

*Frank Miranda video*

Frank Miranda is a United States citizen employed as a metal shop worker in Portland, Oregon.[131]  His father fought for the United States in the Vietnam War and his grandfather fought for the United States in the Korean War.  Born in California, Frank now resides in Milwaukie, Oregon.[132]

---

[128] Blume, *supra* note 123.

[129] *Id.*

[130] PSI Interview with Frank Miranda, Oct. 27, 2025. All subsequent statements regarding Frank's story reference that interview unless otherwise noted.

[131] Anthony Effinger, *Milwaukie Man Says ICE Abducted and Held Him for Hours Despite Proving His Citizenship*, WILLAMETTE WEEK (Oct. 7, 2025), https://www.wweek.com/news/2025/10/07/milwaukie-man-says-he-was-abducted-by-ice-and-held-for-hours-despite-proving-citizenship/.

[132] *Id.*

Ex. 24

On the morning of October 2, 2025, Frank arrived at work just before 6 a.m.[133]  As he pulled into the private lot of his metal shop, he noticed the headlights of a small, unmarked SUV that was following closely behind him.[134]  Frank parked and proceeded to walk into the shop, but when he got close to the door, two masked, plain clothes men jumped out of the SUV.[135]  He recalled that the agents "swarmed him" and began calling him by name: "I thought it was a joke because they weren't dressed professionally.  They didn't look like officers," he said.  Based on how the men presented themselves, Frank initially assumed "they were homeless individuals" whom he had often seen hanging around a nearby brewery, but said, "them knowing me by name threw me off."  One of the men positioned himself in front of Frank, while the other stood directly behind him.

Frank asked the men what they wanted, and one said they "needed to ask some questions." Frank then asked the men to identify themselves.  The man in front of him said they were from DHS and ordered Frank to take out his identification.  Frank took out his REAL ID, but the agent snatched it out of his hand.[136]  Frank recalled saying to the agent, "give me back my property," but the agent responded that he "needed to verify something."  Frank replied, "You don't need to check anything.  It's a REAL ID, and I'm a United States citizen.  I need to get to work." The agent continued to insist that there was something he needed to "verify." Frank reiterated that he was a citizen, and his REAL ID should be sufficient verification.

Frank recalled feeling that the interaction "was getting hectic," so he began recording a video on his cellphone and repeated for the third time that he was a United States citizen. Next, one of the agents "took out his phone and showed me an old picture of myself."  The agent then asked Frank if he had ever been a crew member on a boat working at sea.  Frank confirmed that the picture was of him and stated that he had worked on a vessel nearly a decade ago.  Without explaining, the agent told Frank that he "was on an overstay."

In a 30 second video that Frank recorded, Frank said, "What do you mean, an overstay? I don't know what that means."[137]  Then, the masked agent who stood in front of him and asked, "[w]here were you born? Don't lie to me."[138]  Frank responded, "I'm from California, dude."[139]  The agent told Frank they needed to "take him in to verify [his] information."[140] Referring to the old picture of Frank and said, "[y]ou just told me this picture is you."[141]  The other agent, who stood behind Frank off-camera, is heard saying, "[g]et the dog."[142]

---

[133] Letter from Michael Fuller, Att'y/Partner, Underdog Law Firm, to the Hon. Kristi Noem, Sec'y of Homeland Sec., *Francisco Mirando Abduction*, at 2 (Oct. 6, 2025), https://drive.google.com/file/d/16zZFXjO5e8cQbrt9f58MWCsyRd4JgASm/view.

[134] Effinger, *supra* note 131.

[135] *Id.*

[136] *Id.*

[137] KOIN 6, *Detainment of Francisco Miranda*, YOUTUBE (Oct. 8, 2025), https://www.youtube.com/watch?v=EwSOjfEygWc.

[138] *Id.* at 0:03.

[139] *Id.* at 0:03.

[140] *Id.* at 0:10.

[141] *Id.* at 0:15.

[142] *Id.* at 0:23.

Ex. 24

Moments later, the video then went black as the agent on-camera grabbed Frank's phone. While the two agents handcuffed Frank, an unmarked van pulled up and five more masked agents in plain clothes got out.[143]  Frank was instructed to sit on the floor in the back of the van.  Frank noticed there was an unoccupied seat and asked if he could sit there, but one of the agents kicked his legs out from underneath him and, in Spanish, told him he would be sitting on the floor: "I fell on my ass and rolled onto my side," Frank said.[144]  "[The agents] were laughing at me" and "high-fiving" each other as they slammed the door of the van.  "It was humiliating."  The agents drove off without telling Frank where they were taking him. Frank was transported to an ICE facility on South Macadam Avenue.  All of the agents that Frank encountered at the facility wore plain clothes.  Although Frank repeatedly told them he wanted an attorney and planned to exercise his right to remain silent, they continued to question him.  He recalled "[the agents] were disregarding everything I said. They were speaking over me, giving me no consideration."

Four agents told Frank they needed to get his fingerprints.  One agent told Frank, "[w]herever you're from is where we're gonna send you to."  After Frank was fingerprinted, the agents placed him in a locked holding cell, where he remained for several hours.  While he waited, Frank reiterated his request for a lawyer, and one of the agents finally relented, sliding him a sheet with the name of a few immigration attorneys, though Frank had no means of outside contact.  After Frank's fingerprints were processed, a female agent approached him and asked if he "could prove he was a United States citizen."

Around 12:00 p.m., the agents unlocked Frank's cell and returned his cellphone and I.D.  An agent asked Frank where he would like to be taken, and Frank said "[w]here you got me." Before he was released, Frank asked for a report of the incident.  However, Frank recalled, "[w]hen I asked for documentation, they denied me everything."

Frank was driven back to his workplace by the agent who appeared in the video.[145]  During the drive, Frank recalled that the agent attempted to justify detaining Frank by saying things like, "someone using your name with a different social security number is now deceased" and "this is how many people find out they were actually born in Mexico."  After being detained for roughly six hours, Frank was finally released at his workplace with no documentation or further explanation.

---

[143] Effinger, *supra* note 131.
[144] *Id.*
[145] KOIN 6, *supra* note 137.

Ex. 24

## Alberto Nila (Sylmar, California)[146]

Alberto Nila is a United States citizen who resides with his family in Southern California, where he owns and operates a small carpet business.[147]

Around 9:30 a.m. on August 1, 2025, Alberto was driving his work van in Sylmar, California, when he was stopped by an unmarked vehicle that he said pulled in front of him to prevent him from proceeding further.  Moments after Alberto parked, three other cars surrounded his van: all four of the vehicles were unmarked.  Alberto said that the only indication that the cars belonged to law enforcement were unused sirens on the dashes and metal bars that separated the front and back seats.

Two masked agents approached on either side of Alberto's van and identified themselves as "Border Patrol."  Alberto asked for their badge numbers, but the men ignored his request and instructed Alberto to hand over his I.D.  Alberto asked why he had been stopped and told the agents, "[y]ou don't have a warrant.  I don't have a warrant out on me."  Alberto recalled that the agent on the passenger side spoke to him in a very aggressive and humiliating way, and the agent on the driver's side was trying to prevent him from using his phone."  When Alberto pulled out his cellphone to record, the agent on the driver's side pulled open the door of the van without warning and grabbed him; Alberto repeatedly informed the agent that he had recently undergone abdominal surgery, but the agent persisted in pressing on Alberto's abdomen as he pulled Alberto out of the van.[148]  As agents pulled Alberto to the ground, they applied heavy pressure to his shoulder and knees.

Outside the van, Alberto was surrounded by approximately six masked agents.  Alberto told the agents that he was a United States citizen and pulled out his passport.  An agent grabbed his passport and tossed it back in the van, before saying that the agents wanted his ID, not his passport.  Alberto complied, and an agent took his ID back to one of the vehicles to run it through the system.  The agent returned, referred to Alberto as "Ramirez," and asked him "why he'd changed his name."  Alberto explained that after he became a naturalized citizen, he opted to shorten his given name.  The agents told Alberto they were looking for a man named "Herrerra" and asked if he knew the person.  Alberto said that he did not.  Then, an agent claimed that someone was using Alberto's address, though the agent did not explain how he obtained this information.  At no point did any of the agents inform Alberto that he was under arrest, but he recalled feeling like he could not leave because he was surrounded by agents and without his license.

---

[146] PSI Interview with Alberto Nila, Oct. 29, 2025. All subsequent statements regarding Alberto's story reference that interview unless otherwise noted.
[147] Letter from Luis A. Carrillo, Attorney, Carrillo Law Firm, LLP, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., at 3 (Sep. 24, 2025) (on file with the Subcommittee).
[148] *Id.*

Ex. 24

Roughly 20 minutes after Alberto was stopped, the agents were evidently satisfied that Alberto had no connection to "Herrerra." They told him to "be careful" and left without providing any further explanation.

Speaking months after the incident, Alberto said that the force applied by the agent to his healing stomach continues to cause him sharp pains. "This is an injustice," he said. People are suffering, and this is happening to so many citizens. It's just not right."

### Javier Ramirez (Montebello, California)[149]

*Javier Ramirez <u>video</u>*

Javier Ramirez was born and raised in Southern California.[150] To provide for his three young children, he transports and sells American vehicles.[151] He keeps his cars at a lot he's operated for over a decade in Montebello, California, located one county over from his birthplace in San Bernardino.[152]

At roughly 4:30 p.m. on Thursday, June 12, 2025, Javier was working at his car lot in Montebello when he spotted an unmarked, white Chevy Tahoe idling in the private parking of his property.[153] He approached to see four masked men with assault rifles wearing plain clothes, bulletproof vests, and hats that simply read "Border Patrol." Afraid of the guns and unsure of their intent, Javier raised his hands in the air and insisted that he wanted no trouble. One agent said, "Don't be a dumbass." Another said, "Just get him. He's Mexican." Captured on surveillance footage, one agent slammed Javier face-down on the ground.[154] Another dug a knee into his cheek. Javier repeatedly exclaimed that he was an American citizen, and that the I.D. and passport in his pocket would prove it.[155] On a bystander's video, Javier is heard shouting "I have my passport" multiple times.[156] An agent replied, "We're not asking for proof you're a citizen." Javier asked why they were there and was told, "We're trying to figure that out."

---

[149] PSI Interview with Javier Ramirez, Sep. 9, 2025. All subsequent statements regarding Javier's story reference that interview unless otherwise noted.

[150] Laura Diaz, *"He's an American," Family says U.S. Citizen was detained by ICE in Montebello after Warning of Raid*, Fox 11 Los Angeles (June 13, 2025), https://www.foxla.com/news/us-citizen-arrested-by-ice-montebello.

[151] Leo Stallworth, *Man Arrested by Ice Agents at Montebello Tow Yard is US Citizen, family says*, ABC 7 Los Angeles (June 13, 2025), https://abc7.com/post/man-arrested-ice-agents-montebello-towing-yard-is-us-citizen-family-says/16743898/.

[152] Laura Diaz, *supra* note 150.

[153] Fox 11 Los Angeles, *Family Says U.S. Citizen was Detained by ICE*, YouTube, at 0:52 (June 13, 2025), https://www.youtube.com/watch?v=GuM7BuXlXqQ; Jennifer Medina, *'I'm an American, Bro!': Latinos Report Raids in Which U.S. Citizenship is* Questioned, N.Y. Times (June 15, 2025), https://www.nytimes.com/2025/06/15/us/hispanic-americans-raids-citizenship.html.

[154] Fox 11 Los Angeles, *supra* note 153 at 1:11.

[155] Stallworth, *supra* note 151.

[156] Fox 11 Los Angeles, *supra* note 153 at 1:18.

Ex. 24

As a severe diabetic, the physical blows from the agents and mental shock left Javier shaking and delirious.  Javier alerted the agents of his condition and begged for medication; meanwhile, his brother was standing nearby and offered to give the agents his medicine, but they refused to take it.[157]  Instead, the agents hurriedly shoved Javier in a van, insisting, "We have to keep being mobile."  Still having his cellphone in his pocket, Javier dialed 9-1-1 from the back of the van, saying he'd been arrested for no apparent reason and desperately needed medical attention.  Shortly thereafter, Javier lost consciousness; he awoke to an agent shaking him.  Again, he asked for help but was told, "We can't stop.  We must keep going."  Javier rode with the men as they arrested a mechanic and patrolled around a nearby Costco.  One of the agents who apprehended Javier later admitted that he had been awake for over 54 hours because of so many encounters.  "Many are probably United States citizens," the agent confessed, "but we still need to investigate."  Javier noticed several of the agents had tattoos that expressed support for the Proud Boys.[158]

By the time Javier arrived at a nearby jail at approximately 8:15 that night— nearly four hours after being arrested and losing consciousness—he was suffering from severe hyperglycemia, with a blood sugar level that exceeded 400 mg/dL.  He was finally administered a single dose of insulin, which a hospital doctor would later describe as entirely inadequate.  While being processed at the jail, Javier first learned that he was being held for alleged obstruction of a federal investigation, resisting arrest, and assault of a federal agent.[159]  He was also read his Miranda rights for the first time.  However, when he tried to exercise those rights by asking for an attorney, he was told that inmates couldn't use a phone or computer for at least a week.  Instead, interrogators repeatedly implored him to confess by dangling the carrot of being released.  "If you talk, you may get your charges dropped," they said, "but only if you talk to us."  He was stripped of all his property, including his passport, ID, cash, cellphone, credit cards, and various important work documents such as titles to the vehicles he owns.  As of September 9, 2025, the detention center has refused to return his passport and I.D., items that prove his identity and United States citizenship, purportedly shielding Javier from being recaptured.

Completely in the dark about his location or condition, Javier's family began contacting local media to try to find where he had been taken.[160]  In an interview the day after the arrest, his brother pleaded, "I'm just scared that we can't find him... I don't know how he is, if he's even alive at this point."[161]  The media finally uncovered his location on Saturday afternoon, but when his family reached out to the detention center to confirm Javier was alive and well, they were told, "Only media and lawyers may receive information."  Javier's family then enlisted the help of an attorney, which also proved futile.[162]  The lawyer's request to speak

---

[157] Letter from Luis A. Carrillo, Attorney Carrillo Law Firm, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim for Damages—Javier Ramirez* (Aug. 20, 2025) (on file with the Subcommittee).

[158] *Id.*

[159] *See* Stallworth, *supra* note 151.

[160] *Id.*

[161] *Id.*

[162] *See* Medina, *supra* note 153.

Ex. 24

to Javier was rebuffed, as the detention center told them, "At this moment, on this weekend, we cannot give you access to your client."[163]

On Monday, June 16, Javier's bail was set at $20,000. Twelve days later, all charges against him were dropped without prejudice.[164] Amid growing media interest in Javier's story, police at the detention center reminded him he could be recharged at any time. While Javier was detained for over 96 hours, persistent neglect of critical medical treatment for his diabetes caused a dangerous condition known as Glycosuria and a resulting painful fungal infection. His arms and body were covered with bruises from being battered and restrained by the masked men. Although Javier was desperate to see his loved ones after days of incarceration, his condition became so urgent that upon release, he was required to immediately seek hospital treatment for his increasingly aggravated infection and various contusions.

Even with the personal and physical hardship that Javier endured, he emphasized his concern about the impact his experience may have on the people he loves. Shortly after being released from the hospital, he returned to his workplace, the location where he was apprehended, with his six-year-old daughter. "Daddy, that's where immigration got you," he recalled her saying. "I don't want my little girl to remember this and think of me as a bad Dad." Javier agreed to tell his story publicly so that his experience might help others in his community. "These agents are brutal and scary," he said. "No one should go through this... I saw many people whose family members went to see a judge and were detained on the spot. I will do whatever I can to help them."

## George Retes (Camarillo, California)[165]

*George Retes video*

George Retes is a citizen of the United States, an Army veteran, a resident of southern California, and a 26-year-old father of two young children.[166] At age 18, he enlisted in the Army and served for 4 years, completing a tour in Iraq.[167] Though his military service left

---

[163] *Id.*

[164] Mekahlo Medina and Jonathan Lloyd, *U.S. Citizen Describes Day he was Detained by Federal Agents at Montebello Tow Yard*, NBC 4 LOS ANGELES (last updated Aug. 19, 2025, 7:44 PM), https://www.nbclosangeles.com/news/local/immigration-raid-montebello-us-citizen-detained/3766028/.

[165] PSI Interview with George Retes, Aug. 14, 2025. All subsequent statements regarding George's story reference that interview unless otherwise noted.

[166] Conor Friedersdorf, *A U.S. Citizen Detained by ICE for Three Days Tells His Story*, ATLANTIC (Sep. 10, 2025), https://www.theatlantic.com/politics/archive/2025/09/george-retes-ice-detained-us-citizen/684152/.

[167] Melissa Gomez, *A U.S. Veteran Spoke Out Against his Wrongful Arrest by ICE. Now He's Being Accused of Assault*, L.A. TIMES (Sep. 26, 2025, 3 AM), https://www.latimes.com/california/story/2025-09-26/dhs-accuses-veteran-of-assault-after-he-details-his-arrest.

Ex. 24

him disabled, George has worked in recent years as a security guard for a nationwide contractor, Securitas, to support his family.[168]

On July 10, 2025, George was driving to his workplace in Camarillo, California when he encountered a blockade of masked immigration agents in military uniforms standing in the road.[169]  He exited his white Hyundai and approached the agents, explaining to them that he was a United States citizen and simply needed to get to work.[170]  Immediately, several agents began yelling.  He heard one say, "You're not going to work today."[171]

As the masked and armed blockade of agents began marching forward, George retreated to his Hyundai.[172]  Seconds later, a group of agents encircled his car.[173]  The agents screamed contradicting demands: one ordered him to "Get the fuck out of here," while another demanded he pull over to the side.  Several agents on the perimeter threw canisters of tear gas, which seeped through his car window; George coughed and tried to hold his breath, as the tear gas stung his eyes and burned his lungs.  An agent began hitting his driver's side window until it eventually gave way, sending shards of glass flying that ripped into George's leg.[174]  Moments later, an agent reached through the broken window and blasted George in the face with pepper spray.[175]

Several agents dragged George out of his car and threw him to the ground.  He lay limp as officers dug their knees into his neck and back.[176]  George pleaded with officers who stood by watching that he couldn't breathe, but he received no response while he was placed in handcuffs.[177]  George recalled, "My wallet with my identification was in the car, but the agents refused to go look and confirm that I was a citizen."[178]  George was left with no medical attention given to the lacerations in his legs from the glass in his car.  Instead, he was left to dig the shards out of his skin himself to get relief from the pain.[179]  While he tried to make sense of the assault and arrest, he overheard agents apparently doing the same: some officers asked each other questions like, "Why was he arrested?" "Who arrested him?", and "What are we going to do with him?"[180]

---

[168] Josh Haskel, *Disabled Veteran who is a U.S. Citizen was Taken During Camarillo Immigration Raid*, ABC 7 Eyewitness News (July 11, 2025), https://abc7.com/post/disabled-veteran-is-us-citizen-was-taken-during-camarillo-immigration-raid-family-says/17072476/; Melissa Gomez, *supra* note 167.

[169] Fox 11 Los Angeles, *ICE Agents, Protestors Clash During Raid at a Ventura County Farm*, YouTube, at 49:55 (July 10, 2025), https://www.youtube.com/live/IO-2YVvYFDM?t=2994s.

[170] *Id.* at 50:00.

[171] Friedersdorf, *supra* note 166.

[172] Fox 11 Los Angeles, *supra* note 169, at 50:22.

[173] *Id.* at 50:27.

[174] *Id.* at 50:41.

[175] *Id.* at 51:30.

[176] Friedersdorf, *supra* note 166.

[177] *Id.* at 1.

[178] George Retes, *I'm a U.S. Citizen Who was Wrongly Detained and Held by ICE: Here's Why You Could be Next*, San Francisco Chronicle (Sep. 16, 2025), https://www.sfchronicle.com/opinion/openforum/article/ice-racial-profiling-21045429.php.

[179] Friedersdorf, *supra* note 166.

[180] *Id.*

Ex. 24

For roughly four hours, George sat in the dirt with two other citizens who had been detained. Eventually, all three of them were transported to the nearby Port Hueneme Naval Base and confronted by various government agents from a slew of departments, including DHS, ICE, the Navy, National Guard, and FBI.[181]  The zip-ties around his wrists were replaced with metal handcuffs that bound his hands and feet.  He was photographed, fingerprinted, and his cheek was swabbed for DNA.  He was never told if he was being charged with anything or what the reason was for his detention.  Late that night, he was transported to the Metropolitan Detention Center in downtown Los Angeles, where he was strip-searched.

George begged agents to allow him to wash off the pepper spray residue that continued to burn his skin, but his request was ignored.  He was not allowed to contact anyone, despite repeated requests.

George spent the first night confined to a tiny cell, with his skin still burning from the pepper spray and tear gas.  He was given a sack of rations, which he filled with cold water and placed on his hands in an attempt to relieve the burning sensation.[182]  George recalled lying awake that night and repeatedly asking himself, "Why was I treated this way?  Why am I even here?  What did I do wrong?"[183]  On Friday morning, George received a psychological evaluation and was placed on suicide watch for the remainder of his incarceration.  He spent the following two nights half-naked in a hospital gown, sleeping on a thin mattress he described as "dog-bed material," which sat atop a concrete block.  Floodlights burned in his cell twenty-four hours a day, and he was subject to constant surveillance by a guard outside his cell.[184]

On Sunday afternoon, after three days in custody, George was told to sign for his property and informed without any explanation that all charges had been dropped, and he was free to go home.  Upon release, he was finally able to contact his wife— the first time they'd spoken since he left for work Thursday morning, apart from a brief call through his watch just after he was first detained.  During his detention, he missed his daughter's third birthday, which she and her mother spent not knowing where he was or why he did not return home.  "I told them I'd be back later that day," he recalled.[185]  "I never showed up."[186]

Since his detention, George has repeatedly spoken out to share his experience.  In an op-ed, George wrote that his story "isn't about left or right… It's about something much deeper—the promise that in America, every person is treated with dignity and respect."[187]  George has said, "I served my country.  I wore the uniform… if it can happen to me, it can happen to any one of us."[188]

---

[181] *Id.*
[182] *Id.*
[183] *Id.*
[184] *Id.*
[185] *Id.*
[186] *Id.*
[187] Retes, *supra* note 178.
[188] *Id.*

Ex. 24

### Anabel Romero (Wilder, Idaho)[189]

*Anabel Romero video*

Anabel Romero is a 35-year-old United States citizen, born and raised in Gooding, Idaho.[190] Anabel is a medical assistant, licensed horse trainer, and mother to four children.

On October 19, 2025, Anabel and her children attended the last horse race of the season at La Catedral Arena in Wilder, Idaho.[191]  Around 2:00 p.m., three of Anabel's children—ages six, eight, and fourteen—were hungry, so Anabel got the two children situated in her truck with her oldest daughter, Anabel and her 18-year-old son went to buy food.  On the way, they decided to walk into the stables to see the horses.  Shortly after Anabel entered the stables, she heard helicopters whizzing overhead: "I work in the medical field, so I assumed it was a med-flight for an accident."  However, Anabel said she became scared when she heard screams and saw a crowd of people running past: "I hid with people in the horse stalls.  I called my daughter and said, 'I don't know what's going on. Don't get out of the truck.'"  Moments later, a group of armed, masked men wearing brown camouflage and military helmets ran into the stables.  The men wore no badges and didn't identify themselves.  Anabel recalled, "[t]hey came into the horse stalls and immediately started grabbing me."  Anabel told them, "[d]on't touch me.  I don't know who you are."[192]  In response, one of the agents pointed his gun at her and said, "I'm gonna fucking blow your head off."[193]  Several agents then grabbed Anabel and threw her to the ground; several agents kicked her and zip-tied her hands, while she told them, "I'm a citizen" and insisted, "I didn't do anything wrong."  Anabel recalled, "[t]hey shoved my face into the horse-shavings that were in the stall.  I kept telling them that I couldn't breathe."[194]

While Anabel lay in the dirt, she thought of her children who were alone in her truck and told the agents, "I have to get to my kids."  One of the men laughed and responded, "[w]e're taking better care of them than you are."  Then, several agents hoisted Anabel off the ground: she said, "I am five-foot-two and 120 pounds, so they easily carried me like a ragdoll."  While Anabel was being carried out of the stall, she pleaded with nearby agents: "[y]ou don't understand," she said.  "My [six-year-old] son is high-functioning Autistic, and he will run."  The agents placed Anabel in the center of the horse corral, where she sat amongst hundreds of people who had also been detained.  Anabel recalled, "[t]hey had people kneeling on goat thorns that hurt when they stick you."  She saw a man in zip-ties struggling

---

[189] PSI Interview with Anabel Romero, Nov. 13, 2025. All subsequent statements regarding Anabel's story reference that interview unless otherwise noted.

[190] Sally Krutzig, *Idaho woman says family 'mishandled,' mistreated at Wilder Raid, hints at lawsuit*, IDAHO STATESMAN (Nov. 14, 2025), https://www.idahostatesman.com/news/northwest/idaho/article312817097.html.

[191] *Id.* at 1.

[192] Idaho News 6, Mother Speaks Out About Being Reunited with Children After Wilder Raid, YOUTUBE, at 1:21 (Oct. 22, 2025), https://www.youtube.com/watch?v=UJ91Y1n-Lww.

[193] *Id.*

[194] *Id.*

Ex. 24

to sit and called out to an agent, "[h]e's elderly, and his knees are messed up," though the agent did not respond. Anabel remembered, "[i]t felt like they were parading us like cattle. All the officials were laughing and standing there with their guns."

While Anabel was being apprehended and detained, several agents ordered her children out of the truck that they had been waiting in at gunpoint. Anabel recalled her children telling her afterward that, "[t]hey pulled my [teenage] daughter out of my lifted truck, causing her to land on the ground. She had bruises all over her ribs." Anabel's daughter then called her oldest brother, who was being held at gunpoint by an agent at a different location; the agents refused to share their names or otherwise help the children reunite. Anabel said that the agents also pointed guns at her six- and eight-year-old children.

Eventually, Anabel's three children found her corralled and zip tied with the others that were being detained. Her 14-year-old daughter had a panic attack when an agent ordered that she should be zip-tied as well; Anabel told the agent, "[s]he's a minor," but the agent responded, "[d]o you want to get charges?" Ultimately, Anabel was able to persuade an agent to zip-tie her daughter's hands in front of her, rather than being restrained behind her back.

For hours, Anabel, her daughter, and hundreds of others were detained in the center of the horse corral without any communication about why they were being held. She said, "[the agents] wouldn't let people get diapers or food for their kids," and that, "[t]hey were making women use the restroom in front of children, even though there were porta potties nearby." She saw a 13-year-old "dropped to the ground" and a 14-year-old "manhandled," yet no one received medical attention.[195] While Anabel and her daughter sat in zip-ties, her two youngest children opened bottles of water and handed them to people whose hands were similarly bound. At one point, Anabel's 14-year-old daughter told an agent that her wrists were hurting and asked if her zip-ties could be loosened, but the agent laughed and said, "[i]f we give you a new one, we have to do it for everyone else."

While Anabel and her children waited in the field for roughly four hours, none of the agents identified themselves or asked Anabel or her children for identification. At one point, Anabel asked an agent why they had been detained, and he responded, "[w]e're doing an investigation. I can't say much, but we're holding you." Anabel recalled, "[i]t all became clear when I saw the ICE [agents]. That's when everybody started crying." The detainees were then ordered into a line, and an agent said, "[y]ou have to get processed with ICE." Anabel reiterated that she and her children were citizens, but the agent said, "[w]e can't take your word for it." Anabel offered to retrieve their IDs, but the agent declined.

During processing, an ICE agent questioned Anabel and her children and entered their information into his laptop. Anabel, who has a different last name than her children because she kept her maiden name, said that an agent noticed the difference and asked

---

[195] Krutzig, *supra* note 190.

Ex. 24

her," [h]ow can you prove that these are your kids?"  Although the FBI and DHS claimed that the more than 200 officers from at least 14 different agencies—including ICE—were executing an investigation into "illegal horse-racing, animal fighting, and gambling," Anabel recalled, "[the agents] weren't even looking for criminals.  No one ever asked us about our criminal records."[196]

Around 6:00 p.m., Anabel was finally released, although she had to wait for her son to be processed.  Afterwards, she sent her three youngest children home with her sister, who was waiting outside the gates to the property, while she and her oldest son stayed "to make sure kids [whose parents had been taken] got home."  Anabel gave a ride to a 14-year-old boy— one of many kids who were left stranded after the person they had relied on to get home was indefinitely detained.  Anabel recalled, "[t]he agents didn't care what happened to them."

Later that day, DHS issued a statement to a local news outlet, claiming "[r]eports that children were zip-tied or hit with rubber bullets during the October 19th FBI-led operation in Wilder are completely false," though the agency would later issue an "updated statement" that clarified, "[r]eports suggesting *young* children were zip-tied or hit with rubber bullets.... are completely false."[197]  The agency did not respond to a subsequent request to define the age of a "young child."[198]

Speaking after the incident, Anabel said that her children remain shaken up: "[i]f my six-year-old sees a policeman, he says 'they're coming for me.'  We heard a helicopter the other day, and he said, 'here we go again.'"  Her oldest daughter has asked repeatedly: "[t]here are so many other criminals that could be addressed.  Why would they use that force on me?"  Anabel herself still struggles to process what she and her family endured, telling the Subcommittee: "I'm a United States citizen and this is my country.  What is going on?  Why would you traumatize children at a family event?"

### Ceasar Saltos (Long Beach, California)[199]

Ceasar Saltos is a United States citizen and resident of California.  During a family vacation, Ceasar was arrested by Customs and Border Protection agents and subsequently detained

---

[196] Rebecca Boone, *FBI Raid at Idaho Horse Track Shows How Immigration is a Top Focus Across Law Enforcement,* YAKIMA HERALD-REPUBLIC (Nov. 3, 2025), https://www.yakimaherald.com/news/northwest/fbi-raid-at-idaho-horse-track-shows-how-immigration-is-a-top-focus-across-law/article_c28ad82b-b30b-561d-850f-be26ac9f65e7.html; Jaime Geary and Julia Luchbetta, *105 Arrested in Wilder ICE Raid, Questions Remain About Tactics Used,* BOISE STATE PUBLIC RADIO NEWS (last updated Oct. 21, 2025, 5:03 PM), https://www.boisestatepublicradio.org/news/2025-10-20/fbi-ice-raid-wilder-idaho-protest-aclu-poder.
[197] Idaho News 6, *FBI Modifies Statement on Reports of Zip-Tied Minors in Wilder Raid After Questions from Idaho News 6,* IDAHO NEWS 6 (last updated Oct. 23, 2025, 12:25 AM), https://www.kivitv.com/canyon-county/fbi-modifies-statement-on-reports-of-zip-tied-minors-in-wilder-raid-after-questions-from-idaho-news-6.
[198] *Id.*
[199] PSI Interview with Ceasar Saltos, Oct. 30, 2025. All subsequent statements regarding Ceasar's story reference that interview unless otherwise noted.

Ex. 24

for nearly 18 hours, despite having a photo I.D. and birth certificate that verified his citizenship and identity.[200]

On August 4, 2025, Ceasar planned to disembark a cruise ship from Mexico at the Port of Long Beach with his mother, sisters, and nieces and return home.  However, around 6:30 a.m., he awoke to loud banging outside the room he had been sharing with his elderly mother.  Moments later, five Customs and Border Protection agents ran into the room.  "I'm not sure if they kicked the door in," Ceasar said.  "I was still in my boxers."  Ceasar recalled, "[The agents] called me by name and told me to put my hands where they could see them. They said they had a warrant for my arrest." Without identifying themselves or asking for his I.D., Ceasar said, "[the agents] allowed me to grab some shorts, then handcuffed me and dragged me outside [my room]."

Three of the CPB agents escorted Ceasar down to a room on the boarding deck, where he was fingerprinted and placed in a room to wait.  Ceasar recalled, "[t]hey said someone named 'Ruben' did something in Virginia."  Ceasar provided the agents with his birth certificate, and repeatedly explained that he was a United States citizen, his name was not Ruben, and he had never been to Virginia.[201]  However, Ceasar said the agents wouldn't listen: "[t]hey asked me no questions and were treating me like a criminal."[202]  The agents confiscated Ceasar's cellphone and denied his requests to contact his family, telling him "[i]f you're not Ruben, then we will let you go."

For roughly three hours, Ceasar sat in what he described as a "pitch-dark," windowless room, until an agent finally returned and said that he needed to be fingerprinted again because "the machine didn't work."  After being fingerprinted again, Ceasar recalled that he fell asleep and woke up having "completely lost track of time."  Eventually, the CPB agents told him, "[y]ou are Ruben. Everything fits. We are sending the Marshals to come and pick you up."  At that point, several CPB agents placed Ceasar in handcuffs and shackled his ankles.

United States Marshals arrived, and they placed Ceasar in a van and transported him to the Santa Ana Jail in Orange County, CA.  While Ceasar provided law enforcement with his fingerprints for the third time that day, the Marshals told him, "[i]f we can't figure out who you are, we are going to send you to Washington."  Ceasar reiterated that he was not the person they were looking for, and one of the Marshals responded, "[w]e can't find any evidence that it's not you."  Ceasar was placed in a jail cell while his fingerprints were processed.  He said, "[e]very time I tried to ask somebody what was going on, they were rude to me."

---

[200] Letter from Luis A. Carrillo, Attorney, Carrillo Law Firm, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim for Damages—Ceasar Saltos* (Sep. 24, 2025) (on file with the Subcommittee).
[201] *Id.*
[202] *Id.*

Ex. 24

Ceasar was finally released with no explanation around midnight, nearly 18 hours after he was first apprehended by CBP agents. Officers at the jail returned Ceasar's phone and handed him a check for the cash agents had confiscated from his wallet. However, the check was addressed to "Ruben," the person who the CBP agents were allegedly looking for. When Ceasar explained that he could not cash a check addressed to someone else, he said an officer told him to "[g]et out of here," then "grabbed me and threw me out of the building."

Outside, Ceasar called his sister to pick him up. He received no further documentation or explanation from CPB or the Marshal service about his arrest or the reason for his detention.

### Rafie Ollah Shouhed (Van Nuys, California)[203]

*Rafie Ollah Shouhed* <u>video</u>

Rafie Ollah Shouhed is a 79-year-old United States citizen. Naturalized 45 years ago, Rafie is now a small-business owner, operating a car wash in Van Nuys, California. Rafie is well past the average age of retirement, and after undergoing heart surgery in 2024, his health is a major concern.

On September 9, 2025, federal immigration agents conducted an unannounced, warrantless raid at Rafie's business. Around 11:00 a.m., Rafie was sitting in his office when he heard several employees shouting, "ICE agents are here." Captured on surveillance video, Rafie tried to run outside to see what was happening, and an armed and masked agent wearing sunglasses, commando boots, and a military style helmet ran through the narrow hallway and, without warning, shouldered Rafie to the floor; then, the agent stepped over Rafie's body and continued to sprint by.[204] After struggling to stand, Rafie followed the agent outside to tell him he "didn't want any trouble."[205] Rafie walked out the door and saw the agent clutching one of his employees, who stood limp with his hands in the air.[206] Describing the scene on his property, Rafie said, "The agents had arrived in many different cars. They all wore masks and glasses, as if they were going to war. Several had machine guns."

Outside, surveillance cameras videoed the following scene: Rafie approached the agent and said, "If there is anything I can do for you, let me help you—" that was the moment that, according to DHS, the 79-year-old "assaulted and impeded the federal officer."[207] Then,

---

[203] PSI Interview with Rafie Ollah Shouhed, Oct. 22, 2025. All subsequent regarding Rafie's story reference that interview unless otherwise noted.

[204] Guardian News, Surveillance Footage Shows ICE Agents Pushing 79-Year-Old Man to the Ground, YOUTUBE at 0:01 (Sep. 26, 2025), https://www.youtube.com/watch?v=LU2-y0BOCAY.

[205] *Id.*

[206] *Id.*

[207] Guardian News, *supra* note 204 at 0:19; Letter from V. James Desimone, Esq., to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., *FTCA Claim for Damages—Rafie Ollah Shouhed*, at 2, (Sep. 24, 2025), 250924 Shouhed- Federal Tort Claim.pdf; Pedro Camacho, *79-Year-Old Sues ICE, DHS for Slamming*

Ex. 24

Rafie recalled, "[f]or no reason, [the agent] grabbed me by the neck."[208]  While Rafie struggled to stay on his feet, another agent swiftly ran up, grabbed Rafie from behind, and slung him on the asphalt.[209]  The two agents straddled him; one used all his weight to shove Rafie's shoulder into the pavement and flip him over.[210]  Seconds later, a third agent rushed in, and all three of them dug their knees into Rafie's back and neck while they pushed and pulled his limbs.[211]  Meanwhile, a fourth agent appeared with an AR-15 rifle.  With his hand on his gun, he backed up to the altercation and looked out at the street, evidently standing guard in case a bystander tried to intervene.[212]

Under the weight of all three men, Rafie struggled to breathe.  He recalled begging, "Let me go. I'm not here to fight with you. I'm an old man with a stent in my heart."  The agent responded, "You don't fuck with ICE.  We are here."  While the agents handcuffed Rafie and led him to an unmarked van, he said, "I'm a United States citizen.  What are you doing to me?"[213]  Rafie remembered, "[Three agents] grabbed me and threw me in the car and took me to [the Metropolitan Detention Center] downtown… I begged to go to the hospital, but I never got medical attention."  The agents never told Rafie that he was being arrested, why he was taken, or where he was going.

Three agents transported Rafie to a garage below the Metropolitan Detention Center and left him in the custody of a single guard who had been tasked with keeping an eye on him.  Still in handcuffs, Rafie was instructed to sit on the nearby steps.  Rafie repeatedly asked for medical attention and an explanation for why he had been arrested and an update on when he would be released, all to no avail.  Finally, the guard said, "If other agents see me talking to you, I will get fired."  Rafie recalled that at one point, a local LAPD officer, presumably the manager of the detention center, spotted Rafie and asked for his ID—the first time any officer had inquired about his identity.  After identifying Rafie as a citizen, the officer said, "Why did these people bring you over here? You have been a United States citizen for 45 years."[214]  During the 12-hour detainment, Rafie received only one bottle of water, and his many pleas for medical attention went unanswered.  Agents did not allow Rafie to make a phone call to his family to let them know of his whereabouts and that he was alive.[215]

---

*Him to the Ground During Raid: 'I Thought This was a Nice County'*, Latin Times (Sep. 26, 2025, 12:29 PM), https://www.latintimes.com/79-year-old-sues-ice-dhs-slamming-him-ground-during-raid-i-thought-this-was-nice-country-589939; Helen Jeong, *'I Can't Breathe:' Van Nuys Car Wash Owner Pined to the Ground by Federal Agents Files Civil Rights Lawsuit*, NBC 4 Los Angeles (last updates Sep. 25, 2025, 4:28 PM), https://www.nbclosangeles.com/news/local/van-nuys-car-wash-owner-sues-federal-civil-rights-50-million-immigration/3783219/.

[208] Guardian News, *supra* note 207 at 0:24.

[209] Guardian News, *supra* note 207 at 0:27.

[210] Guardian News, *supra* note 207 at 0:30.

[211] Guardian News, *supra* note 207 at 0:34.

[212] Guardian News, *supra* note 207 at 0:34; Photograph of Three Agents Detaining Rafie Ollah Shouhed (on file with the Subcommittee).

[213] Guardian News, *supra* note 207 at 1:00.

[214] Letter from V. James Desimone, Esq., to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., FTCA Claim for Damages—Rafie Ollah Shouhed, at 3 (Sep. 24, 2025), 250924 Shouhed- Federal Tort Claim.pdf.

[215] *Id.*

Ex. 24

While Rafie sat for hours in the underground parking lot, he observed agents arriving in various models of unmarked vehicles, including "Toyotas, SUVs, and trucks." Like those who had arrested him, the agents "looked like they were going to war." The agents would pull up to unload other recently arrested people, then abruptly leave to return on patrol. "There were many innocent people there," Rafie said. "There was a ten-year-old girl who was handcuffed, and her feet were shackled. Her two younger brothers and her parents were treated the same way." At one point, the guard allowed Rafie to go to the bathroom in handcuffs. Inside, he noticed several bare mattresses laid out on the bathroom floor. The guard told Rafie that the mattresses were used by people whom the agents decided to keep overnight. Rafie spotted empty water bottles on the ground and realized several people had clearly slept there the night before.

At approximately 9:00 p.m., an ICE agent arrived and fingerprinted and photographed Rafie, a process which took nearly an hour. Finally, the agent returned Rafie's property and said that he could leave, without identifying himself, providing any paperwork, or offering any explanation for why Rafie had been handcuffed and detained for nearly 12 hours. Upon release, Rafie was finally able to go to the hospital and receive an ER assessment, which revealed that, as a result of being thrown on the concrete and sat on by three agents, Rafie suffered bruised or broken ribs with severe chest-wall trauma, multiple abrasions to his torso, torn ligaments in his elbow, and post-concussive symptoms from a traumatic brain injury.[216]

The harrowing episode affected Rafie physically, financially, and emotionally. "I can't sleep at night. I have a hard time breathing because all my ribs are busted," he said. "The doctor said there's nothing they can do." The incident also impacted Rafie's business: in the aftermath, he had to close his car wash temporarily, as none of his employees would show up for work due to fears that even proper documentation of citizenship status wouldn't be enough to protect them from another unannounced, warrantless raid.[217] Emotionally, the incident left Rafie with anxiety, intrusive recollections, insomnia, and intense fear around other officers and at his business.[218] Moreover, Rafie has struggled to reconcile the image of the ten-year-old girl, handcuffed and chained alongside her little brothers, with deeply-held notions about his country: "I wish everyone could see how they were treated," he said. "This is the United States of America."

---

[216] Photographs of Rafie Ollah Shouhed Injuries (on file with the Subcommittee); Letter from V. James Desimone, Esq., to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., FTCA Claim for Damages—Rafie Ollah Shouhed, at 4 (Sep. 24, 2025), 250924 Shouhed- Federal Tort Claim.pdf.

[217] Letter from V. James Desimone, Esq., to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., et al., FTCA Claim for Damages—Rafie Ollah Shouhed, at 3 (Sep. 24, 2025) (on file with the Subcommittee).

[218] *Id.*

Ex. 24

## Andrea Velez (Los Angeles, California)[219]

*Andrea Velez <u>video</u>*

Andrea Velez is a 32-year-old United States citizen, born and raised in downtown Los Angeles.[220]  She is a graduate of Cal Poly Pomona and now works as a production coordinator for a shoe company in Los Angeles.[221]

At approximately 9:00 a.m. on June 24, 2025, as they did each morning, Andrea's mother and sister dropped her off at work on the corner of Ninth and Main Streets in downtown Los Angeles.[222]  Moments after Andrea got out of the car, a swarm of masked men in plain-clothes leapt out of several unmarked SUVs and began chasing vendors and other people down the street.[223]  Andrea froze and clutched her bag.[224]  As she struggled to make sense of what was happening, Andrea told PSI during an interview that she had the feeling that these men were "looking to attack whoever they could find."  Though she would later learn that these were ICE agents, none had identified themselves, and the only visual indications of their affiliation were through "Police" vests that some wore over hoodies or t-shirts.[225]  One of the masked men in plain clothes bolted towards Andrea, so she stood still and held her bag up for protection.  The agent ran by and shoved her to the ground.  As Andrea lay on the pavement, her sister and mother watched from their car.  Her sister later recalled that "[a]ll of a sudden, [through] the rearview mirror, my mom saw how a man went on top of her," and exclaimed, "They're kidnapping your sister."[226]  Video captured her pleas: "Can you please help us?" she called out.[227]  "She's my sister.  She's a United States Citizen.  Please, someone."[228]

As Andrea struggled to gather her belongings, the agent who knocked her down sprinted back to her, "mad because he couldn't catch one person."  The agent threatened Andrea—who stands four feet, eleven inches tall—with arrest for assaulting and interfering with an

---

[219] PSI Interview with Andrea Velez, Aug. 14, 2025. All subsequent statements regarding Andrea's story reference that interview unless otherwise noted.

[220] Levin, *U.S. Citizens Jailed in L.A. ICE Raids Speak Out: 'They Came Ready to Attack,'* THE GUARDIAN (Aug. 6, 2025, 9 AM), https://www.theguardian.com/us-news/2025/aug/05/us-citizens-jailed-ice-los-angeles; NBC L.A., *U.S. Citizen Speaks After She was Detained in L.A. Immigration Enforcement Operation*, YOUTUBE (June 27, 2025), https://www.youtube.com/shorts/wYqlRnYhta0.

[221] Levin, *supra* note 220; Minyvonne Burke, *U.S. Citizen Detained by ICE in L.A. says She Wasn't Given Water for 24 Hours*, NBC NEWS (Aug. 12, 2025, 10:12 AM), https://www.nbcnews.com/news/us-news/us-citizen-detained-ice-l-says-wasnt-water-24-hours-rcna224493.

[222] Patrick Smith, *ICE Detains a U.S. Citizen in L.A. and Charges Her with Obstructing an Arrest*, NBC NEWS (June 27, 2025, 6:50 AM), https://www.nbcnews.com/news/us-news/ice-detained-us-citizen-l-charged-obstructing-arrest-rcna215481.

[223] Levin, *supra* note 220.

[224] *Id.*

[225] *Id.*

[226] Smith, *supra* note 222.

[227] Now This Impact, *U.S. Citizen. No Crime. Still Arrested*, YOUTUBE, at 1:01 (June 26, 2025), https://www.youtube.com/shorts/wNjVD9dppuk.

[228] *Id.*

Ex. 24

officer. Andrea asked the man, who wore "civilian clothes and a gator mask," to identify himself by showing her a warrant or flashing his badge, but he said that she "didn't need to know any of that," and his "Police" vest should be enough confirmation.[229] Andrea told him her name and stated that she was a United States citizen. Offering no response, the agent snatched her bag and cellphone and placed her in handcuffs. As the agent drug her towards an unmarked SUV with no license plate, Andrea yelled out her mother's phone number in the hopes that a bystander would relay her whereabouts.[230] She recalled thinking, "[My mom is] probably going to wait for me to come home, and I'm never going to come home."[231] Andrea recalled intense fear as she sat alone in the back of the car: "I thought they were kidnapping me."[232]

The agent shoved Andrea into the back seat of the SUV and slammed the door. She heard helicopters whizzing by and spotted LAPD officers who were responding to reports of nearby kidnappings. Desperate, Andrea began yelling for help and knocking on the windows of the car. Despite her handcuffs, she managed to contort her body and open the car door. Andrea ran to a nearby LAPD officer and begged for protection: "I don't know who these people are, and I'm being kidnapped," she pleaded, "If I did anything wrong, I want LAPD to arrest me. I trust people in uniforms."[233] The LAPD officer said she would be okay.

Within moments, however, an ICE agent noticed she wasn't in the car and ran up screaming, "She's mine."[234] Andrea recalled, "[LAPD] let him take me. That's when I realized there is nothing I can do."[235] She recalled that the agent cinched her handcuffs even tighter. Captured on video, the man then hoisted Andrea off the ground and carried her back to the unmarked car.[236] In another clip, an onlooker exclaimed: "This girl was just standing there... they are causing chaos."[237]

The ICE agent threw Andrea in the back seat, then jumped into the car and drove off without providing any further explanation for why Andrea was taken or where they were going.

Another masked agent in a red shirt rode along as well. While driving, the agent phoned others, asking them "how many bodies they got that day." Realizing the total count was lower than he had hoped, Andrea recalled that he began "screaming with rage."[238] During these calls, he referred to Andrea as "an alleged United States citizen," although he did not ask for or check the ID in her bag, which sat at his partner's feet.

---

[229] Burke, *supra* note 221.
[230] PBS Newshour, *Woman Wrongfully Detained in Immigration Raid Describes What She Endured*, YOUTUBE, at 2:12 (Sep. 17, 2025), https://www.youtube.com/watch?v=AmfpngmLIzQ.
[231] *Id.*
[232] Levin, *supra* note 220.
[233] *Id.*
[234] PBS Newshour, *supra* note 230, at 3:42.
[235] *Id.* at 3:46.
[236] Democracy Now, *'Arrest Now, Ask Questions Later': Why Did Ice Agents Arrest and Jail U.S. Citizen Andrea Velez*, YOUTUBE, at 4:38 (July 2, 2025), https://www.youtube.com/watch?v=T_HNgE7Kx4M.
[237] Levin, *supra* note 220.
[238] *Id.*

Ex. 24

The ICE agents took Andrea to a parking structure. Andrea recalled, "[t]hey didn't know what to do with us." She was approached by an agent she had not seen before, and, for the first time, she was read her rights and asked to provide identification. The agent asked Andrea if she was ready to "speak," but she declined and requested an attorney. He gave her a bottle of water and allowed her to make one phone call. Andrea used the call to inform her employer that she would not be at work. Andrea was then taken inside and placed in a holding cell. She said that the attending agents only spoke to her in "broken Spanish" and "became annoyed" when she said she badly needed to use the bathroom and were "very angry that [she] even asked.

While in holding, Andrea spoke with Luis Hipolito, a 23-year-old United States citizen who had also been arrested and was placed in a holding cell near Andrea's. During Mr. Hipolito's detainment, agents pepper sprayed and beat him so extensively that his face was swollen, and his shirt was covered in blood. Video published by the *L.A. Times* showed four agents piling on top of him and using pepper spray.[239] Andrea watched as Mr. Hipolito, who was otherwise left unattended, convulsed and struggled to breathe; she recalled that Mr. Hipolito "tried to say his goodbyes," and Andrea urged him to "stay strong." An ambulance finally arrived for Mr. Hipolito, and officers shackled Andrea's legs, handcuffed her wrists, and placed her in the back of a van. She did not see Mr. Hipolito again.

While Andrea sat shackled in the back of the van, she observed masked and plain clothed agents in unmarked cars deliver new groups of arrestees and drive off. Meanwhile, she said, "Lots of ambulances were coming and going" to tend to the injured detainees. Around 2:00 p.m., an investigator removed her from the van and began interrogating her. Again, she asked for a lawyer and was ignored.

The questioning was paused for a what Andrea described as a "weird photo-op," wherein she was instructed to face the camera while several officers proudly posed around her, arms crossed and backs turned. She recalled feeling ashamed by the stunt: "It made me feel like a criminal," she said. "I've never done anything wrong in my life." Afterward, the questioning resumed. One of the Marshals said he had her phone, and that she "needed to sign some documents." She refused to sign anything, so her phone was not returned. The investigator told Andrea that someone had to pick up her bag, and she said her boyfriend could. When the officers called him, he pleaded with them to reveal Andrea's whereabouts, but they refused.

Around 7:00 p.m., Andrea was taken to the Metropolitan Detention Center in downtown Los Angeles by two investigators who wore sneakers, plain clothes, and masks that covered their eyes. The men assured her that she would be released the next day, and all her property would be returned, although neither promise would be met. She repeatedly begged to use a

---

[239] Brittany Mejia and Rachel Uranga, *'You Gonna Let Him Die? Agents Pile on Protestor who Convulses and Struggles to Breathe*, L.A. TIMES (June 27, 2025, 10:00 AM), https://www.latimes.com/california/story/2025-06-27/are-you-gonna-let-him-die-agents-pile-on-protester-who-convulses-and-struggles-to-breathe.

Ex. 24

phone so she could call her mother but was told that "it was too late." She was taken inside the women's detention center, where she was given a mattress and blankets that she recalls as being "made out of canvas or rags." The local detention center wardens, she recalled, "were much nicer to me" than the federal agents. The wardens instructed the other incarcerated women to treat her well. As Andrea lay on her mattress that night, visibly scared, she recalled: "[t]he ladies there tried to comfort me... they said a lot of cases like mine come through, and for sure the next day I would get my court hearing."

Andrea recalled that the other female prisoners were evidently accustomed to innocent people like her being at the detention center; she said that all the other inmates "tried to help her" and "acted like it was normal for me to be there." At breakfast the following morning, Andrea told officers that she was very thirsty, as she had not been given water since she was first detained nearly 24 hours prior. However, she was told that in order to drink water, she had to purchase a cup.[240] Clearly impossible with her purse confiscated, a fellow inmate allowed her to borrow theirs. Though the water was scalding, she took what she could get. She also learned she had to purchase utensils to receive dinner. Another inmate donated her their spork before being released, which allowed her to eat a serving of rice and chicken.

Throughout the day, Andrea waited for the court hearing that ICE agents had promised her. Instead, the wardens informed her that they "didn't know anything about [her] case." She was instructed to change into a white jumpsuit that matched the other long-term prisoners and handed several extra sets of clothing to wear in the coming days.[241] "They gave me a bag of uniform shirts," she remembered, "so I didn't know how long I would be there." Andrea later learned that her attorney was reaching out to people in the detention center, but no one had any information about Andrea, indicating that federal agents had not submitted requisite paperwork with the United States Attorney's Office that stated the cause of her arrest and imprisonment.[242]

That afternoon, Andrea was brought to court after being detained for over 48 hours.[243] For the first time, she learned that she was being charged with assaulting a federal officer. Andrea was dismayed when she read the agents' testimony, which claimed that Andrea "extended one of her arms in an apparent attempt to prevent [the agent] from apprehending the male subject he was chasing."[244] Andrea recalled, "I was shocked they said that I hit [an

---

[240] Burke, *supra* note 221.

[241] Letter from Luis A. Carrillo, Attorney, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim for Damages—Andrea Velez*, at 3 (Aug. 20, 2025) (on file with the Subcommittee).

[242] Andrea's attorney, Diane Bass, said that a detention center having no information about an inmate was unprecedented in her 30 years as a criminal defense attorney, stating, "That would only happen if a U.S. Attorney's Office didn't receive paperwork. Clearly [the detention center] didn't have information and had to make an affidavit up," perhaps explaining the confusing decision to charge Andrea as a co-defendant with Hipolito, a man she'd only met briefly *after* being detained.

[243] Letter from Luis A. Carrillo, Attorney, to Off. of Gen. Couns., U.S. Dep't of Homeland Sec., *FTCA Claim for Damages—Andrea Velez*, at 3 (Aug. 20, 2025) (on file with the Subcommittee).

[244] Criminal Complaint at 3, *United States v. Velez*, No. 2:25-MJ-03896-DUTY (C.D. Cal. June 25, 2025) (on file with the Subcommittee).

Ex. 24

agent]. I'm not aggressive, and I'm very small."  The complaint speculated that Andrea and Mr. Hipolito were "compatriots" who had "organize[d] around a shared ideology opposed to the enforcement of federal immigration laws."[245]  Andrea said, "I didn't even know him or know his name until the date of the court hearing."  Andrea was released on a $5,500 bond. Her attorney requested the officers' body camera footage and testimonies.  On July 10th, her charges were dropped without prejudice.[246]

Andrea battles lingering trauma that impedes a return to the productive and optimistic life she knew before.  Instead of traveling to downtown Los Angeles each day for a job she enjoyed, she now exclusively works from home.  She began therapy for relief from an enduring anxiousness that leaving her house might lead to another incarceration.[247]  "You're not safe outside," she said.[248]  "They are still rounding up people each day.  It's a fear."[249] She told PSI, "I never imagined this would be occurring, here, in America.

## Leonardo Garcia Venegas (Baldwin County, Alabama)[250]

*Leonardo "Leo" Garcia Venegas video*

Leonardo "Leo" Garcia Venegas is a 26-year-old United States citizen and construction worker.[251]  Born in Florida and raised in Mexico for much of his childhood, he currently lives and works in Baldwin County, Alabama, where he builds homes to support himself.[252] During the span of a month in the spring of 2025, Leo was detained twice by immigration agents conducting warrantless raids at two private construction sites located less than 20 minutes apart.

The first incident occurred on the morning of May 21, 2025, in Foley, Alabama. Around 7:00 a.m., Leo was working as part of a team at a private residence, when a squad of masked federal agents wearing camouflage and carrying guns leapt over the property line fence. The agent bolted past a no trespassing sign on the property and ran straight for workers who appeared to be Latino.[253]  Leo saw several agents pull his brother to the ground, so he took out his phone to document the altercation.  A now-viral video captured one agent, who had noticed he was recording, quickly approaching, while Leo said, "I'm a citizen."[254]  As he

[245] *Id.* at 5.

[246] Burke, *supra* note 221; U.S. District Court Criminal Docket, *U.S. v. Velez.*

[247] PBS, *supra* note 230.

[248] *Id.*

[249] *Id.*

[250] PSI Interview with Leonardo Garcia Venegas, Oct. 3, 2025. All subsequent statements regarding Leo's story reference that interview unless otherwise noted.

[251] Class Action Complaint at 1, *Venegas v. Homan*, No. 1:25-cv-00397 (S.D. Ala. Sept. 30, 2025).

[252] *Id.*

[253] Ely Brown, *Lawyer for U.S. Born Citizen Detained by ICE Disputes that he was Interfering with Agents*, ABC NEWS (October 2, 2025, 6:44 PM), https://abcnews.go.com/US/lawyer-us-born-citizen-detained-ice-disputes-interfering/story?id=126162608.

[254] Fox 10 News, *Video of an Encounter in Foley Went Viral*, YOUTUBE (Oct. 1, 2025), https://www.youtube.com/shorts/t5eBagkwQJM.

Ex. 24

yanked Leo's phone out of his hand, the masked agent appeared in the shaking camera.[255] Without asking any questions, the agent forced Leo's arm behind his back and began to push him to the ground.[256]  Leo repeated, "I'm a citizen," and said, "I'll show you my papers now."[257]  A second agents rushed over and assisted in tackling Leo; one of them can be heard commanding, "Get on the fucking ground."[258]  Then, a third agent ran up to grab Leo, and all three physically restrained him.[259]  During the altercation, Leo's phone smashed into wet cement.

The three agent held down Leo, and one of them pulled out Leo's Alabama STAR I.D.— documentation which requires United States lawful status and multiple proofs of identity to obtain—then, Leo said the agent gave his I.D. a "superficial" glance and dismissed it as "fake."[260]  Next, Leo was placed in handcuffs and dragged by an agent past his colleagues, many of whom had also been detained, and made to stand near the back of a squad car, where he remained for over an hour in the "hot Alabama sun."[261]  While Leo stood detained, he repeatedly told agents that he was a citizen and pleaded with them to check his Social Security number.[262]  Finally, one of the agents relented, made a phone call, and confirmed that Leo's Social Security number was valid.[263]  The agents removed Leo's handcuffs and allowed him to return to work with no explanation for why he was detained or why his STAR ID was initially deemed illegitimate.[264]  Leo recalled that the incident left him traumatized and afraid to leave his house for fear of further violence.[265]

On June 12, roughly two weeks after Leo returned to work, he was once again targeted by an immigration patrol and warrantlessly detained at a different private construction site in Fairhope, Alabama.[266]  Around 8:20 a.m., Leo was working alone inside a nearly completed home with headphones on, when he sensed that someone had entered the room and was watching him from behind.[267]  He turned around and saw an armed, masked agent standing in the bedroom doorway.[268]  Leo asked him, "Why are you here?"[269]  In reality, the agent had spotted Leo working through the bedroom window, and, believing that Leo fit the generalized profile of an undocumented worker, entered the home through an unlocked door without consent or a warrant.[270]  However, the agent ignored Leo's question and

---

[255] *Id.*

[256] *Id.*

[257] *Id.*

[258] Class Action Complaint at 7, 13, Venegas v. Homan, No. 1:25-cv-00397 (S.D. Ala. Sept. 30, 2025).

[259] *Id.* at 15.

[260] Ala. Dep't Pub. Safety, *STAR ID Document List*, https://www.alea.gov/dps/driver-license/star-id/star-id-document-list (last visited Oct. 22, 2025).

[261] Class Action Complaint at 15, Venegas v. Homan, No. 1:25-cv-00397 (S.D. Ala. Sept. 30, 2025).

[262] *Id.*

[263] *Id.*

[264] *Id.*

[265] Brown, *supra* note 253.

[266] Class Action Complaint at 19, Venegas v. Homan, No. 1:25-cv-00397 (S.D. Ala. Sept. 30, 2025).

[267] *Id.*

[268] *Id.* at 19.

[269] *Id.* at 20.

[270] *Id.* at 17.

Ex. 24

responded in Spanish, demanding that Leo "come out" to the back patio. Leo said that he was a citizen, but the agent insisted that he come with him. Leo turned and saw that another immigration agent was standing directly outside the bedroom window, peering at him.[271] Leo recalled, "[a]t any point, I felt like they could grab me." With an agent on either side of him, he felt he had no choice but to comply, so he followed the agents outside. While Leo stood with agents on the back patio of the property, he reiterated that he was a United States citizen and took out his STAR I.D.[272] Just like in Leo's first arrest, the agents told Leo his STAR I.D. could be fake, so they instructed him to follow them to their vehicle to verify without providing any explanation for their disbelief.[273] While Leo stood by the agents' car, he recalled that approximately six more agents walked up, escorting several other Latino workers who were also arrested while working on nearby private residences. After checking each of their identities, the agents ultimately determined that at least two others were also lawful citizens.[274] With no explanation or apology, the agents released Leo and two of his colleagues and left.

Each day at work, Leo says he looks over his shoulder amid ongoing raids. Leo is personally aware of at least 15 other raids that have occurred on private construction sites in Baldwin County since January 2025—each of them similarly conducted without warrant or consent.[275] He said that he feels like there's nothing he can do to prevent immigration from arresting him whenever they want: "I just want to live and work in peace."[276]

### Six-year-old "M", Massachusetts[277]

*Six-year-old "M" video*

"M" is a six-year-old, United States citizen who lives with both of her parents in Massachusetts and is on the Autism spectrum.[278] Her father has a pending asylum case and her mother has a pending request to obtain a legal status.[279]

Around 2:30 p.m. on September 16, 2025, M was being driven to a doctor's appointment by her father, when he noticed that an unmarked, grey Ford Escape appeared to be following

---

[271] *Id.* at 20.
[272] *Id.* at 21.
[273] *Id.* at 17.
[274] *Id.* at 22.
[275] *Id.* at 12.
[276] *Id.* 17.
[277] PSI Interview with M's Parents, Nov. 4, 2025. All subsequent statements regarding M's story reference that interview unless otherwise noted.
[278] Jessica Corbett, *ICE Encounter with Autistic 5-Year-Old Sparks Alarm*, COMMON DREAMS (Sep. 23, 2025), https://www.commondreams.org/news/immigrant-family.
[279] Giulia McDonnell Nieto del Rio and Samantha J. Gross, *Leominster family says ICE agents held their daughter outside their home so they would turn themselves over*, BOS. GLOBE (Sept.23, 2025), https://www.bostonglobe.com/2025/09/23/metro/ice-agents-hold-five-year-old/; Boston Globe, *Family Says ICE Agents Held 5-Year-Old Autistic Girl to Try to Lure Them into Arrest*, YOUTUBE (Sep. 24, 2025), https://www.youtube.com/watch?v=H7qHY1wzZr8.

Ex. 24

closely behind them.  Her father, "afraid the car was ICE and concerned about what would happen to [M]," turned around to head home.  Then, a second unmarked car appeared, followed by a third car that "looked like it was trying to block [his and M's] direction," forcing them to turn onto a dead-end road—coincidentally, the street of the family's home.  M's father informed her that she should stay in the car, reasoning that "she was born in the United States" and "[s]he is on the Autism spectrum, so she sometimes has problems talking with strangers or people she doesn't know, but she can operate her seatbelt and get herself in and out of cars."

M sat in the car, while her father entered the home through the back door.  Moments after M's mother closed the front-door, about five armed agents in plain clothes ran up, none of whom identified themselves or provided a warrant, and "tried to immediately pull [the front door] open."  When the agents noticed that M was sitting in the car, the agents pulled her out and escorted her to the edge of the driveway, roughly 25 feet from her home.  M's parents called local police and explained that "unknown people with weapons are in our yard, and they have our daughter."

Eventually, M's parents opened the front door and called out to the agents who appeared to be using M as bait: although none of the agents had asked for M's identification, one agent said, "Your daughter was not born here, and we are going to take her away."  Her mother began recording, which captured her pleading, "She has Autism."[280]  Her father added, "If you touch her, we are going to have a problem."[281]  An agent responded, "Is that your daughter?  Come here so I can see those IDs."[282]  Her parents repeatedly offered to hand the agents their ID through the door, but the agents declined, and one agent said, "You can do it right here."[283]  Meanwhile, M is seen sitting on a small stool next to the unmarked Escape while an armed agent hovered nearby.[284]  At one point, her father called out, "You guys, you scare people.  You see how you have the kid over there?  That's what you're doing with this country?"[285]

About 15 minutes after agents first pulled M out of the car, a local police officer arrived.  M's mother pleaded with the officer, "Please, sir.  She has Autism.  Please."  The officer asked for her ID, and she replied, "OK, I'm gonna give you my ID, but give me my daughter back."[286]  Then, an agent interjected, "No.  You're going to have to physically come out here."[287]  Her father asked, "That's the way you treat people?" and another agent replied, "You're such a real man, you know that?  Hiding behind a lady, look at you."[288]

---

[280] Boston Globe, *supra* note 279, at 0:12.
[281] Boston Globe, *supra* note 279, at 0:12.
[282] Boston Globe, *supra* note 279, at 0:19.
[283] Boston Globe, *supra* note 279, at 0:24.
[284] Boston Globe, *supra* note 279, at 0:29.
[285] Boston Globe, *supra* note 279.
[286] Boston Globe, *supra* note 279, at 0:59.
[287] Boston Globe, *supra* note 279, at 1:01.
[288] Boston Globe, *supra* note 279, at 1:07.

Ex. 24

Roughly ten minutes after the officer arrived, the agents decided that M would be taken away by the Department of Social Services.  The officer placed her in his car and drove her to the Leominster Police Department.  While the agents remained in their driveway and repeatedly refused to accept documentation of their lawful residence, M's grandmother drove to the police station.  By the time her grandmother arrived, M had been with the unfamiliar officers for roughly three hours and became sick, though law enforcement did not provide her with any medical assistance.  According to her mother, during the drive home, M was "violently ill and very upset."  Later that night, her father had to rush her to the emergency room, and she was unable to return to school for over a week.  Her mother recalled, "She was very sick, but also just distraught, completely unaware of where she'd been or why she'd been taken away.  She was extremely scared."

Two days after the incident, her father was detained by some of the same ICE agents who were present when M was taken.  He recalled that the agents "yanked me out of the passenger side door across my car."  While M's father was being pulled out of the car, an agent asked him, "Remember me?"  Later, one agent remarked, "This is all according to our plan," which he connected to the "foiled attempt to get me with [M]."

M's father said, "Even though our daughter is autistic, she is extremely intelligent, and this episode continues to cause her problems."  Her mother explained, "Our daughter has had terrifying dreams.  She wakes up screaming.  We have her regularly going to a therapist."  Her father said that she continues to bring it up and talk about it often, especially on her way to school.  She is afraid that it is going to happen again."  M's parents expressed fear that ICE has continued to surveil and follow them, which has made it especially difficult to help their daughter move on.

### United States Citizen, Maryland[289]

On August 20, 2025, a landscaper and United States citizen from Maryland who requested that his name be withheld was detained in Northwest Washington, D.C., by federal immigration agents, despite repeatedly telling agents he possessed valid proof of his citizenship.

Around 8:00 a.m., the citizen was driving to a client's house in a commercial vehicle with a colleague when a United States Park Police officer flashed his lights to pull them over.  He recalled, "I was surprised because I was following the law."  After the citizen pulled over and rested his hands where the officer could see them, a park police officer approached the vehicle and said, "I stopped you because I couldn't see your tags well.  I need to make sure both of you are alright, so show me your IDs."  The citizen recalled that the officer seemed exclusively focused on identifying them, rather than talking through the "minor traffic violation" that had allegedly motivated the stop.

---

[289] PSI Interview with U.S. Citizen from Maryland, Sep. 15, 2025. All subsequent statements regarding this U.S. Citizen's story reference that interview unless otherwise noted.

Ex. 24

Shortly after, a second agent in plain clothes arrived and positioned himself next to the passenger-side window. The citizen recalled, "From the beginning, he seemed very aggressive." Without identifying himself, the agent in plain clothes began yelling and questioning the citizen and his colleague. The citizen said that, when the agent's questions went unanswered, the agent "quickly decided to open the passenger side door without showing a warrant or asking if he could come in. He grabbed my colleague very aggressively and put him on the ground."

Shortly after the agent took the citizen's colleague to the ground, the officer also jumped on his colleague to help restrain him. The citizen then grabbed his phone to record the altercation and repeatedly said that his colleague had a right to a lawyer and that the detention was illegal. Still filming, the citizen got out of the car and walked around to the sidewalk, where his colleague was being restrained. The officer handcuffed the citizen without reading his rights or telling him why he was being detained. "I told [the officer] that I was a United States citizen," he recalled, "But he didn't care." At one point, a bystander noticed the altercation and began recording, asking questions, and "inquiring about the badge number of the officer." In response, the agent pulled out his pepper spray and warned the bystander that he would use it "if he took a step closer," although the bystander "wasn't even getting closer. He was simply asking questions."

Eventually, more law enforcement agents arrived, including Park Police, Metropolitan Police, and several unmarked vans with "masked [agents] in green shirts." The citizen's colleague was thrown in one of the unmarked vans, and the bystander was handcuffed. "It was like a kidnapping," the citizen recalled. Then, for the first time, the officer who pulled the citizen over requested his identification. While the officer took the citizen's ID to his car, the citizen remained in handcuffs and was questioned by masked agents who had not identified themselves. He said, "A masked agent aggressively asked me where I was from." Roughly 25 minutes after the citizen had been detained, he heard an agent saying, "What are we going to do with this one?" Another agent responded, "We have to let him go." The masked agent who had aggressively asked the citizen where he was from instructed the citizen to "open his legs wide," and the citizen said, "He kicked my legs to make them go even wider before proceeding to remove the handcuffs." An officer issued the citizen a citation, and all of the officers and agents left without identifying themselves or explaining why the citizen had been detained.

Speaking after the incident, the citizen said that he knows others who have been through similar ordeals. "It's scary," he said.

Ex. 24