UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA,
by and through its Attorney General Keith
Ellison, CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL,

Case No. 0:26-cv-00190-KMM-DJF

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security; JOHN CONDON, in
his official capacity as Acting Executive
Associate Director of Homeland Security
Investigations; U.S. Department of
Homeland Security; TODD LYONS, in
his official capacity as Acting Director of
U.S. Immigration and Customs
Enforcement; MARCOS
CHARLES, in his official capacity as
Acting Executive Associate
Director, Enforcement and Removal
Operations; U.S. Immigration and
Customs Enforcement; RODNEY
SCOTT, in his official capacity as
Commissioner of U.S. Customs and
Border Protection; U.S. Customs and
Border Protection; GREGORY BOVINO,
in his official capacity as Commander of
the U.S. Border Patrol; U.S. Border
Patrol; DAVID EASTERWOOD, in his
official capacity as Acting Director, Saint
Paul Field Office, U.S. Immigration and
Customs Enforcement,

Defendants.

**LR 7.1(f) AND (h) CERTIFICATE OF
COMPLIANCE REGARDING
PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING
ORDER**

I certify that the:

☒    Memorandum titled:  Plaintiffs' Memorandum of Law in Support of Their Motion for a Temporary Restraining Order complies with Local Rules 7.1(f) and 7.1(h).

☒    I further certify that, in preparation of this document, I used Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

☒    I further certify that the above document contains 11,533 words.

Dated: <u>January 12, 2026</u>

KEITH ELLISON
Attorney General
State of Minnesota

*By: /s/ Brian S. Carter*
BRIAN S. CARTER (#0390613)
Special Counsel

LIZ KRAMER (#0325089)
Solicitor General
PETER J. FARRELL (#0393071)
Deputy Solicitor General
KATHERINE BIES (#0401675)
LINDSEY MIDDLECAMP (#0392589)
JOSEPH RICHIE (#0400615)
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
brian.carter@ag.state.mn.us
katherine.bies@ag.state.mn.us
joseph.richie@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

Dated: <u>January 12, 2026</u>

KRISTYN ANDERSON
City Attorney
*/s/ Kristyn Anderson*
KRISTYN ANDERSON (0267752)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorney
SARA J. LATHROP (0310232)
Assistant City Attorney
KIRSTEN H. PAGEL (0399114)
Assistant City Attorney
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
heather.robertson@minneapolismn.gov
kirsten.pagel@minneapolismn.gov

*Attorneys for Plaintiff City of Minneapolis*

Dated: <u>January 12, 2026</u>

IRENE KAO
City Attorney
*By: /s/ Kelsey McElveen*
PORTIA HAMPTON-FLOWERS
(0210869)
Deputy City Attorney
KELSEY MCELVEEN (0396744)
Assistant City Attorney
ALEXANDER HSU (0399275)
Assistant City Attorney
15 W. Kellogg Blvd., #400
Saint Paul, MN 55102
Tel: 651-266-8710
Portia.flowers@ci.stpaul.mn.us
Kelsey.mcelveen@ci.stpaul.mn.us
Alexander.hsu@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*