UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul, | Case No. _____ |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Defendants. | |

**DECLARATION OF JAYNE DISCENZA**

1. My name is Jayne Discenza. I am employed by the City of Minneapolis as the Deputy Chief Financial Officer. In that role I am involved in management of the Finance and Property Services Department, and I am also Acting Budget Director. I am very familiar with the City's revenue streams including tax revenue.

2. Businesses in Minneapolis are required to collect and pay a state sales tax. Those taxes are paid to the State of Minnesota.

3. The City is permitted by law to collect Local Option Sales Taxes. The City assesses a 0.5% sales tax City-wide. When purchases are made in Minneapolis, that City-wide sales tax is collected and paid at the same time as the State's sales tax is collected and paid. All state and local sales taxes are remitted by Minneapolis businesses to the State of Minnesota. The State then remits the City's share of the sales tax revenue to the City, after required payments to the State are deducted from the City's share.

4. The City uses its collected sales tax revenue to pay into its Downtown Assets Fund, which supports various downtown City assets such as the Minneapolis Convention Center.

5. After ensuring the health of the Downtown Assets Fund, the City may use remaining funds generated by Local Option Sales Taxes to support government functions. Revenue from the 0.5% local sales taxes must be used specifically for economic development. These amounts are transferred to the City's General Fund.

6. A decrease in revenue for Minneapolis businesses means a corresponding decrease in sales tax revenue. A deficit in funding would have to be made up somehow,

for example by a decrease in services or an increase in property taxes, which in turn would have detrimental economic effects upon the City.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 12, 2026, in Hennepin County, Minnesota.

*s/ Jayne Discenza*
Jayne Discenza