UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>          Defendants. | Case No. |

**DECLARATION OF HEATHER ROBERTSON**

Your Declarant is Heather Robertson, and she submits the following declaration:

1.      I am an Assistant City Attorney with the Minneapolis City Attorney's Office. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

2.      Since December 9, 2025, when Minneapolis began tracking federal immigration-related calls, there have been over eighty 911 calls related to federal immigration agent activities in Minneapolis. Each call takes Minneapolis' personnel and resources to deal with the issues created by the presence of these federal immigration agents.

3.      On December 9, 2025, Minneapolis received a 911 call from a concerned citizen who informed dispatchers that people who announced themselves as federal agents grabbed an American citizen and drove away with the citizen at a high rate of speed. They told 911 that the agents had refused to look at the detained individual's identification.

4.      On December 10, 2025, Minneapolis 911 received a call reporting that ICE had detained the driver of a vehicle and took the keys to that vehicle, leaving a female and children crying in the car and unable to drive away.

5.      On December 11, 2025, Minneapolis 911 received a call reporting that ICE had detained the driver of a vehicle that was parked in the emergency room drive-up at Children's Hospital. A woman was left in the car with the child. She could not drive and could not move the vehicle.

6.      On December 14, 2025, Minneapolis 911 received a call reporting that ICE had detained and removed the parents of seven children while at home, leaving the 16-year-old to care for the other six children.

7.      On December 14, 2025, Minneapolis 911 received a call reporting that ICE had

taken the driver of a vehicle leaving a small dog inside.  Minneapolis Animal Care and Control had to respond to collect the dog.

8. On December 19, 2025, Minneapolis 911 received a phone call where the caller had to be assured that ICE agents would not arrive with the paramedics if an ambulance was sent to his house to respond to a medical event.

9. On January 7, 2026, Minneapolis 911 received several calls from Roosevelt High School, reporting there were approximately five ICE vehicles and 30 agents present and that the federal agents were refusing to leave.  Border Patrol also called 911 relating to this incident asking for assistance with a crowd that was upset in reaction to the federal officers' conduct.  Agents were reported using pepper spray and running on the block with guns drawn.

10. On December 9, and December 15, 2025, and January 7, 2026, Minneapolis 911 received calls from ICE agents requesting Minneapolis Police Support with tense protestor situations.

11. Minneapolis 911 received 6 calls between December 11 and December 15, 2025, from concerned citizens who have seen individuals being kidnapped by unidentified people or people they were not sure were ICE agents. Upon investigation the Minneapolis Police were able to confirm later that these individuals were detained by ICE as part of immigration enforcement.

12. Minneapolis 911 received 10 calls between December 11, 2025, and January 6, 2026, of vehicles that had been left abandoned on the public right of way after ICE had detained the individual(s) in the car.

13. From December 9 to December 22, 2025, Minneapolis 911 received 24 calls

related to ICE operations where officers have had to respond to investigate the situation as a crime, deal with vehicles left in a public right-of-way by ICE agents after they have detained an individual, or deescalate a tense situation.

14. From December 10, 2025, to January 7, 2026, Minneapolis 911 received 10 calls related to federal immigration agents' driving behavior, including blocking the street, violating traffic laws, driving dangerously, ramming vehicles, and getting into traffic accidents.

15. From December 10, 2025, to January 7, 2026, Minneapolis 911 received 11 calls related to federal immigration agents' engaging in inappropriate force or threats of force including brandishing weapons, pepper spraying, shoving, and using tear gas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed in Ramsey County, Minnesota.

Dated: January 12, 2026         /s/Heather Robertson
                                Heather P. Robertson
                                Assistant City Attorney
                                Minneapolis City Attorney's Office