UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>  Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. _____ |

**DECLARATION OF ZOE THIEL**

1. My name is Zoe Thiel. I am employed by the City of Minneapolis as the Manager of the Small Business Team in the Department of Community Planning and Economic Development.

2. The Small Business Team provides navigation support to small businesses and entrepreneurs in Minneapolis directly by helping people understand the regulations of the City as they relate to small businesses and connects small businesses with community resources to provide additional consulting services, such as small business development centers, neighborhood business associations, legal services providers, marketing services, or financial advisors.

3. Through my work I have direct interaction with small business owners and hear about the small business community from community partners such as business associations and development centers.

4. Since the beginning of increased immigration enforcement in the City of Minneapolis, small businesses owners are reporting decreases in customer traffic, primarily along East Lake Street and Ceder Riverside, but also in other parts of the City as well. Customer-facing businesses are reporting decreases in revenues of 50-80% because their customer base was not comfortable to go out and go shopping.

5. A second impact we were hearing was on staffing. Employees were not feeling comfortable coming to work at the risk of being stopped by immigration agents and were not coming to work, or requesting reduced hours. This impacts the businesses' ability to operate and is an income loss for the employees.

6. As of this week, what we are seeing is that businesses are temporarily closed due to the federal immigration enforcement surge. There are so many examples of employees taken by ICE on their way into work that employers are concerned for employee safety. One example includes a daycare worker being detained on the way to work.

7. The Somali-owned businesses and daycares are concerned not only with federal immigration enforcement actions but also harassment as a result of amplification by the federal administration regarding the allegations of fraud. These businesses have faced break-ins, harassment, and damage to property.

8. The economic impact of the federal immigration enforcement has been decreased revenue for businesses and decreased income for employees. Additionally, schools and daycares being closed results in further decreased income when people cannot work due to childcare needs.

9. Intense targeting of a particular business corridor, as has been seen here on Lake Street and Cedar Riverside, results in the local economy being shaken, creating potential for long-term economic harm.

10. Apart from the devastating impact on individuals, this economically impacts the City. Declines in the wellbeing of the City's businesses and commercial districts creates risks for blight and decreased property values, and in turn the property taxes the city can collect.

11. Reduced revenue for business also results in reduced sales tax remissions to the City.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on Jan 12, 2026, in Hennepin County, Minnesota.

*Zoe Thiel*
Zoe Thiel