UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>    Plaintiffs,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | Case No.: |

**DECLARATION OF TIMOTHY SEXTON**

I, TIMOTHY SEXTON, declare as follows:

1. Since May 2024, I have served as the Director of the Minneapolis Department of Public Works.

2. In the course of my work, it was reported to me that on January 6, 2026, a Minneapolis Public Works crew was out doing proactive sidewalk clearing in Minneapolis. Federal immigration enforcement agents stopped near the City crew and approached them. The agents asked the non-white City crew staff members for their citizenship status and then whether they were born in the US. They were also asked to provide identification, which was provided.

3. ICE agents did inquire about citizenship status to or request identification from the white City Crew staff member. No one was detained.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of January, 2026 in Minneapolis, Minnesota.

_____
Timothy Sexton