UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General
Keith Ellison, City of Minneapolis, and City
of Saint Paul,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

Defendants.

Civ. No.:

DECLARATION OF BOB JACOBSON, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF PUBLIC SAFETY

I, Bob Jacobson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am a resident of the State of Minnesota, and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I serve as the Commissioner of Public Safety for the State of Minnesota. I have served in that capacity since January 3, 2023. As Commissioner of Public Safety, I am the senior executive officer of the Minnesota Department of Public Safety ("DPS"). DPS's mission is to serve all communities to build a safer Minnesota. DPS accomplishes this by engaging with community and government partners to promote safety, service, and justice.

3. DPS's more than 2,400 employees operate programs in the areas of law enforcement, crime victim assistance, traffic safety, alcohol and gambling, emergency communications, fire safety, pipeline safety, driver licensing, vehicle registration and emergency management. DPS activity is anchored by three core principles: education, enforcement and prevention. Included among its divisions are Homeland Security and Emergency Management ("HSEM"), the Bureau of Criminal Apprehension ("BCA"), the Minnesota State Patrol ("MSP"), the Office of Justice Programs ("OJP"), and the Commissioner's Office.

4. DPS's HSEM division helps Minnesota prepare for, respond to, and recover from emergencies and disasters. As part of this mission, HSEM manages a facility known

as the State Emergency Operations Center ("SEOC"). The function of the SEOC is to provide statewide support and coordination for responses to major incidents and disasters. When the SEOC is activated, the governor, leadership of DPS, state director of HSEM, and other agencies coordinate and direct state resources and activities to respond to and recover from disasters or emergencies.

5.  On January 7, 2026, Minnesota state officials were notified of an officer-involved shooting. The incident involved a federal immigration officer and a woman, later identified as Renee Nicole Good ("the OIS"). The OIS resulted in Ms. Good's death. In response to the OIS and a perceived need to prepare for escalating unrest related to the OIS and federal Department of Homeland Security (DHS) activities in Minnesota, state officials determined it was necessary to activate the SEOC.

6.  Since the OIS on January 7, the SEOC operated daily for approximately twelve hours per day for five days. The need to operate the SEOC in response to federal DHS operations has required the allocation of state employee time and other state resources toward its operation. During an emergency activation, HSEM provides provisions, including food and supplies, to those working out of the SEOC. The cost of provisions for this activation will exceed $8,000.

7.  In addition to the state resources needed to operate the SEOC, the OIS and the ongoing federal DHS operations in Minnesota have resulted in a diversion of state public safety resources in the following ways.

   a. At least seven senior leadership officials from the DPS Commissioner's Office were deployed to the SEOC, in person or virtually, every

day from January 7 through January 11. They have monitored ongoing DHS and community activities, partnered with other government officials, and directed public safety resources to where they were needed most to respond to the surge in public safety needs that has resulted from the OIS and ongoing federal DHS activities in Minnesota.

    b. HSEM staff have had to redeploy from their usual duties and responsibilities to staff the SEOC and to provide logistical, technical, and strategic support for the public safety response necessitated by the OIS and ongoing federal DHS activities in Minnesota. For example, HSEM had six staff assigned to a complex project, with a deadline, that was set to kickoff on January 9, 2026. HSEM had to redeploy those staff to the SEOC instead. As a result, HSEM was required to hire a contractor for the project at an initial cost of $15,000. The contractor is expected to continue the work through to completion at a projected total cost of $65,000. Many HSEM staff are also members of the Minnesota National Guard. Four of those staff members had scheduled drill training the weekend of January 10-11, 2026. The director of HSEM sent a letter requesting they be excused from drill training so they could instead report to the SEOC for weekend duty.

    c. The Minnesota BCA is a law enforcement agency and a division of DPS. The BCA provides investigative and specialized law enforcement services to prevent and solve crimes in partnership with other criminal justice agencies in Minnesota. As part of its mission, the BCA operates the Minnesota Fusion

4

Center (MNFC). The MNFC works with law enforcement, first responders, government agencies and the private sector to share information related to terrorism, regional criminal activity, and major incidents to improve the ability to fight crime and terrorism locally, regionally, and nationally. The BCA also has a unit dedicated to the investigation of officer-involved shootings in Minnesota. The superintendent of the BCA was deployed to the SEOC for this activation to monitor the situation and to deploy state law enforcement resources where needed in response the OIS and ongoing federal DHS activities in Minnesota.

    d. The Minnesota State Patrol (MSP) is a separate specialized law enforcement agency and a division of DPS. The State Patrol's mission is to protect and serve all people in Minnesota through assistance, education and enforcement; provide support to allied agencies; and provide for the safe, efficient movement of traffic on Minnesota's roadways. The colonel of the MSP was deployed to the SEOC for this activation to monitor the situation and to deploy state law enforcement resources where needed in response the OIS and ongoing federal DHS activities in Minnesota.

    e. The Office of Justice Programs (OJP) is a division of DPS. OJP's mission is to improve community safety, strengthen the justice system, and assist crime victims and those impacted by violence through grants, training, research, and technical assistance to individuals, communities, and public safety partners across Minnesota. The director of OJP was deployed to the SEOC for this

activation to monitor the situation, identify needs, and coordinate resources for impacted individuals.

Executed on January 12, 2026, in <u>Ramsey</u> County, Minnesota.

<u>/s/ Bob Jacobson</u>
Bob Jacobson
Commissioner
Minnesota Department of Public Safety