UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General
Keith Ellison, City of Minneapolis, and City
of Saint Paul,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

Defendants.

Civ. No.:

DECLARATION OF BRYAN DODDS, ASSISTANT COMMISSIONER OF OPERATIONS FOR THE MINNESOTA DEPARTMENT OF TRANSPORTATION

I, Bryan Dodds, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18. I make this declaration based on personal knowledge, my professional experience and training, and information I have learned from various personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2. I am the Assistant Commissioner for the Operations Division at the Minnesota Department of Transportation (MnDOT). Prior to my current position, I was employed with the City of Minneapolis' Public Works Department as a City Engineer, and as Deputy Director of Public Works. I have over twenty years of experience in various roles within MnDOT, as well as approximately five and a half years of experience with the City of Minneapolis.

### *Overview of the Minnesota Department of Transportation*

3. The Minnesota Department of Transportation (MnDOT) is a multimodal transportation system entity responsible for planning, building, operating, and maintaining a safe, accessible, and reliable transportation network. MnDOT's mission is to connect and serve all people through a safe, equitable, and sustainable transportation system.

4. MnDOT's strategic direction focuses on maximizing the health of people, the environment, and the economy. The department's values include safety, service, equity, sustainability, innovation, and collaboration. MnDOT is committed to creating a comprehensive transportation system that serves Minnesotans now and into the future,

including enhancing pedestrian safety, reducing greenhouse gas emissions, and cultivating a diverse transportation industry and workforce.

5. MnDOT provides statewide construction and maintenance services for the State of Minnesota's state roads as generally authorized by Minn. Const Art. VI Sec. 5 as well as Art XIV, Minn. Stat. Sec. 161, 162, and 169. MnDOT constructs new roads, ensures roads are travelable in various weather conditions, and manages roads throughout the road's life cycle.

6. MNDOT has a number of divisions and offices within the organization. My responsibilities include overseeing the Operations Division and Office of Maintenance, under which sit approximately 3800 employees split between several subdivisions and responsibilities. For example, the Operations Division includes responsibility for the following:

   a. Managing the scoping, design, construction, maintenance, and operations of the state trunk highway system with internal staff and outside consultants, contractors, and subcontractors.;

   b. Managing MnDOT's vehicle and equipment fleet;

   c. Engineering and fabricating snowplow trucks for MnDOT, with some of the fabrication done in-house at MnDOT's Fort Snelling-based location;

   d. Preventative maintenance and repair of all equipment ranging from automobiles to soil drill rigs;

   e. Fielding and responding to reports of potholes, damaged guardrails, damaged electrical signal cabinets, and other roadway hazards located on state highways and interstates, and depending on the location of those hazards, providing personnel and repair services.

7. While certain critical functions are performed year-round, the allocation of MnDOT resources varies by season. Generally, construction and maintenance-related activities occupy much of MnDOT's resources during summer months, and snow removal, pothole patching and guardrail maintenance are prioritized during winter months.

8. Minnesota's winters present unique demands on MnDOT in its effort to ensure the safety of the State's transportation system. MnDOT plows approximately 30,400 lane miles of state highways and interstates in Minnesota. To meet that need, MnDOT has more than 1,800 full-time and part-time snowplow drivers statewide. As noted above, MnDOT also builds its own snowplow-equipped vehicles and performs some of the fabrication in-house. In order to ensure efficient use of State resources and meet the variety of MnDOT's needs, many of MnDOT's vehicle fleet is equipped to serve multiple functions: in other words, snowplow attachments can be added and removed so that the same vehicles can be used to serve different functions.

### *General Information Regarding Road Hazards and Driver Safety*

9. Based on my training and experience within the field of public works and transportation systems, and my conversations with others experienced in transportation safety, I have become familiar with certain general dynamics impacting road safety.

10. It goes without saying that unwarned, unexpected physical obstructions within a roadway, and aggressive driving by other vehicles, can present direct collision risks to drivers.

11. However, it is also generally understood within the industry of transportation safety that even momentary driver distractions can increase the risk of collisions or other

vehicular crashes. Accordingly, any roadway hazards on or near the roadway (whether it is a damaged guardrail, a damaged signal, vehicles idled or stopped along the roadway, unusual or aggressive driving by other vehicles on the road, or other unexpected conditions) can cause a visual distraction to other drivers and contribute to the risk of accidents. Maintaining safe roadways therefore involves minimizing the presence of roadway hazards, and taking reasonable efforts to shorten the duration of time in which roadway hazards persist.

### Recent Dynamics Impacting MnDOT Operations

#### A. Community Outreach

12. One of MnDOT's operational responsibilities includes community outreach at the planning stages of roadway construction. Where a roadway project is expected to present the potential for extended disruption to local businesses or residences, MnDOT personnel engage in a coordinated effort to make contact with businesses and other impacted individuals in the impacted area.

13. This is not merely a courtesy, but important for efficient project planning and implementation. Communicating when egress or ingress routes will be unavailable, understanding the needs of nearby businesses and residences for deliveries or patron access schedules, and otherwise familiarizing MnDOT and surrounding businesses with respective timetables and logistical needs can help mitigate against delays, disruptions, and other impacts associated with a project. This process also equips affected business to minimize their own disruptions through advanced planning and communication.

14. Generally, this type of outreach and communication requires that MnDOT employees engage in door-to-door knocking on businesses in the affected areas to make face-to-face contact with affected stakeholders.

15. Currently, MnDOT has multiple projects where community engagement is critical. However, within the past month, MnDOT's ability to do that field outreach has been impacted by the community concerns arising from increased DHS enforcement activities in the area.

### B. *Increased and Diverted Resource Demands*

16. DHS operations within the State, specifically the January 7, 2026 DHS shooting, and concerns regarding community unrest and public safety threats arising from potential protests and counterprotests, have all necessitated increased emergency preparedness and planning by MnDOT and diverted staff from typical operations.

17. Although the exact financial figures associated with that preparedness are not yet available, it is safe to say there are both economic and resource-allocation costs associated with the preparedness. MnDOT personnel who would typically be doing one form of important work have been diverted instead to preparing fleet vehicles for use in emergency road closures. Within the past week, MnDOT staffing levels have increased and crews have been held for hours beyond their typical shifts, on both day and night crews.

18. This is because part of MnDOT's emergency preparedness requires that a certain number of fleet vehicles be made safe and ready for use in road closures. In order to be safe for that use, any vehicle needed for that purpose that was equipped with snowplow attachments must have those attachments removed, and the vehicles must be

equipped with impact-absorbing attenuators commonly known as "crash cushions." The reason for these steps is to preserve public safety and reduce the risk of fatalities: any time a vehicle is used to block other vehicles or alter the flow of traffic, it presents a collision risk, and MnDOT therefore takes important measures to make possible collisions less lethal.

19. This time of year, weather can also present unsafe conditions requiring MnDOT preparedness. It is therefore uniquely demanding to need to switch snowplows and crash cushions on and off vehicles based on assessments of how many vehicles may be needed, and when, for which developing risk.

20. MnDOT's emergency preparedness also requires that MnDOT personnel be ready to be dispatched, based on situation monitoring, to move vehicles into place throughout the State wherever they are expected to be needed, before rather than after the need arises. These efforts divert personnel time away from other duties, and at times, require upon additional employee hours beyond what would ordinarily be required.

21. In the past week, I am aware of at least one occasion in which MnDOT was, indeed, asked to use fleet vehicles to block freeway exits in order to address a public safety concern arising at the DHS facility located near Fort Snelling known as the "Whipple Building." That response required MnDOT employees to divert from their ordinary duties and rapidly respond to the scene.

### *Additional Recent Impacts at Fort Snelling Location*

22. In addition to the foregoing, MnDOT has experienced other unique impacts at its Fort Snelling location, known as its "Central Shop." The Fort Snelling Central Shop is immediately adjacent to DHS' operations at the Whipple Building, and shares a roadway.

23. In the face of increased DHS activities at the Whipple Building and the presence of protestors, this past week, MnDOT blocked the north entrance to its Central Shop, requiring MnDOT employees to use an alternative access point.

24. On January 8, 2026, MnDOT observed a growing protest presence at the Whipple Building by 7 AM. Although peaceful protest activity does not present an inherent risk to MnDOT's operations, MnDOT was concerned about potential escalations. MnDOT determined that in order to mitigate against potential risk to employees and property, those who could work remotely should be sent home, and a significant number of snowplow truck chassis should be rapidly relocated to another secure location. This diverted personnel hours towards shuffling of vehicles which would have otherwise been unnecessary, and it also halted scheduled work on snowplow construction which would have otherwise occurred that day.

25. Also on January 8, 2026, MnDOT became aware that DHS was deploying chemical irritants against the protestors at the Whipple Building. Because of the close proximity of MnDOT's Central Shop, MnDOT turned off the air handling unit in the building to prevent additional unhabitable air in the facility.

26. The January 8, 2026 disruption also impacted the Central Shop's Electrical Services Section, which is responsible for repairing damaged traffic signal cabinets on state

roadways. MnDOT became aware that a collision in Prior Lake, Minnesota had damaged a signal cabinet—it had sufficient power to be placed on "flashing red" mode, but was too damaged to run the intersection on normal programming. Due to the DHS-related disruptions at the Whipple Building, MnDOT was unable to respond to that damaged signal cabinet and replicate a replacement in the time frame it typically would, extending the period of time in which the hazard remained unabated by several additional hours. Based on my training and experience, a four-way traffic stop at an intersection that is typically equipped with a functioning traffic signal can do two things: cause delays, but also increase the risk of collision.

27. In addition to the foregoing, within the past week, MnDOT has also had to field an increase in concerns and inquires arising from reported "check point" activities by DHS on its roadways. MnDOT has not found any evidence that state roadways have had any checkpoints in place; however, the public demands for information and investigation into those reports have increased.

28. Additionally, from the standpoint of MnDOT acting as an employer, MnDOT has had to direct additional operational planning and communication to address concerns that are being raised by parents whose children's school or daycare options have been altered in response to the developing circumstances and who may need alternative work arrangements or unexpected use of leave time.

Executed this 12th day of January, in Washington, D.C.

Bryan Dodds
Digitally signed by Bryan Dodds
Date: 2026.01.12 10:48:55 -06'00'

_____
Bryan Dodds
Deputy Commissioner, Operations Division
Minnesota Department of Transportation,