UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF KAOHLY HER** |

# DECLARATION OF KAOHLY HER

I, Kaohly Her, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over eighteen and understand the obligations of an oath.

2. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with City of Saint Paul staff, or from my review of relevant documents and information. If called as a witness, I could and would competently testify based on information and belief to the matters set forth below.

3. I am the Mayor of the City of Saint Paul. I was elected on November 4, 2025, and was inaugurated on January 2, 2026.

4. Before I served as Mayor, I worked for Former Mayor of Saint Paul Melvin Carter as a Policy Director after he was inaugurated in January of 2018. I served the Carter Administration in this capacity until January of 2019 when I began my service in the Minnesota House of Representatives for the 64A District. I served in this role from January 2019 through January 2024, leading the House as the Majority Whip during the 92nd Legislative Session from January 2023 to January 2024.

5. As the Mayor of Saint Paul, I am responsible for leading the City's administration and overseeing City Department functions, which includes but is not limited to the Office of Financial Empowerment, the Office of Financial Services, the Office of Neighborhood Safety, Saint Paul Public Libraries, the Department of Planning and Economic Development, Fire and Emergency Medical Services, Saint Paul Parks and Recreation, and the Saint Paul Police Department.

## Background

6. Saint Paul is the capital of Minnesota, the Ramsey County seat, the second most populous city in the state, and is home to more than 300,000 people. As the northernmost port on the Mississippi River, and with more shoreline along the river than any other city, Saint Paul is a transportation hub and is central to the economy of the upper Midwest. Saint Paul is also a thriving economic center that supports Fortune 500 companies, three professional sports stadiums, large regional enterprises, and countless small businesses and professional firms. Saint Paul is consistently recognized for its excellent park system and is a historical and cultural destination.

7. As of 2019, Saint Paul is made up of a 19.9% immigrant population, compared to the 8.5% of the state of Minnesota at large. 44.1% percent of Saint Paul's foreign-born population are likely refugees, with Saint Paul having the largest population of Hmong Americans in the United States. Over 110 languages are spoken in Saint Paul. Foreign-born individuals make up 24.4% of Saint Paul's workforce and 4,000 immigrant entrepreneurs generated $43.8 million in business income for Saint Paul in 2019. 33.2% of Saint Paul's business owners are immigrants. Attached as Exhibit 1 is a true and correct copy of a report, The Demographic and Economic Contributions of Immigrants in the City.

## DHS Agents Have Illegally Used Saint Paul Parks and Recreation Property

8. The City of Saint Paul Department of Parks and Recreation is comprised of over 180 parks, 26 recreation centers, and 120 miles of trails. Saint Paul is consistently recognized as having one of the top park systems in the nation. Saint Paul's recreation centers are places for all community to learn, play, and grow, offering a wide variety of services including fitness centers, open gym, athletics, childcare, school-aged youth programing, and more. Saint Paul Parks and

Recreation states that their "welcoming facilities help make our neighborhoods strong and connected."

9. Under Saint Paul Legislative Code and the Saint Paul City Charter, Parks and Recreation's parkland and parking lots are expressly reserved for parks and recreation purposes. Attached as Exhibit 2 is a true and correct copy of the Saint Paul City Charter Chapter 13.01.1 and Saint Paul Legislative Code Section 170.07(h).

10. I have reviewed multiple incidents beginning in November 2025 of the United States Department of Homeland Security's (DHS) commandeering of parking lots owned by the City of Saint Paul and operated by the Department of Parks and Recreation for parks and recreation purposes.

11. On November 18, 2025, DHS agents staged vehicles and agents at Newell Park in Saint Paul to prepare for a raid at Bro-Tex Inc., a nearby paper manufacturing company. At least 30 vehicles connected to DHS took over the parking lot. Attached as Exhibit 3 is a true and correct copy of a social media post that I viewed showing DHS's unlawful occupation of Newell Park.

12. On November 25, 2025, DHS agents commandeered the Arlington Hills Community Center parking lot to stage for federal law enforcement action nearby. Attached as Exhibit 4 are true and correct copies of photos demonstrating DHS' unlawful occupation of Arlington Hills Community Center.

13. Saint Paul Parks and Recreation staff reported to me that on December 13-16, 2025, DHS agents commandeered the Conway Recreation Center parking lot to stage for federal law enforcement action nearby.

14. On December 23, 2025, Saint Paul sent a Cease-and-Desist letter to David Easterwood, Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, ordering

3

DHS to immediately cease unauthorized use of Saint Paul owned Parks and Recreation parking lots without a permit. Attached as Exhibit 5 is a true and correct copy of the cease-and-desist letter.

15. This letter was consistent with Saint Paul Parks' standard practice restricting unauthorized use of Parks and Recreation parking lots. Consistent with these restrictions and the Saint Paul City Charter and Legislative Code limiting non-parks-and-recreation-related uses, Saint Paul Parks frequently denies requests from various organizations to use Parks and Recreation parking lots for unrelated uses.

16. DHS has ignored the contents of the letter and continued to commandeer Saint Paul Parks and Recreation parking lots to stage for immigration enforcement actions.

17. On January 3, 2026, DHS agents commandeered the Arlington Hills Community Center parking lot to stage for federal law enforcement action nearby. Attached as Exhibit 6 is a true and correct copy of the picture I have reviewed showing DHS vehicles in the Arlington Hills Community Center parking lot.

18. On January 6, 2026, DHS agents commandeered the Phalen Recreation Center parking lot to stage for federal law enforcement action nearby. Attached as Exhibit 7 are true and correct copies of the pictures I have reviewed showing DHS vehicles in the Phalen Recreation Center parking lot.

19. Parks and Recreation leadership has reported to me that the commandeering of park property by DHS agents for staging has caused disruption to services and has affected the ability of employees to do their jobs effectively. Additionally, the City has had to expand resources, including employee time, to respond to emergency situations that DHS is creating on or near City property.

20.     The presence of DHS agents at and near City Parks and Recreation facilities has caused employees to fear coming to work. Parks and Recreation leadership reported to me that the City had to cancel open swim on January 10, 2026 for the first time in their memory because of staffing issues resulting from said fear.

21.     In addition to employees being afraid to come to work, Parks and Recreation leadership has reported to me that participation in recreation and social programs is down, including at multiple food shelves offered at City Parks and Recreation owned facilities.

22.     The unauthorized use of City property by DHS agents also raises significant concerns that City residents may become confused as to the City's level of involvement and responsibility for the DHS operations being unlawfully staged from City property. For example, Parks and Recreation leadership has reported to me that, following the November 18, 2025, and November 25, 2025, incidents identified above, the City received numerous communications from City residents questioning the City's level of involvement and raising concerns that the City was engaging in immigration enforcement with ICE.

**Saint Paul Has Suffered an Economic Loss as a Result of Increased Federal Immigration Enforcement Actions**

23.     The City of Saint Paul's Department of Planning and Economic Development has broad responsibility for creating a climate attractive to businesses and people. Notably, the Department of Planning and Economic Development's priorities include: expanding business attraction, retention, and expanding programs to strengthen Saint Paul's employer base; supporting innovative entrepreneurship and small business development to compel new job growth; building a market compelling the Saint Paul brand that conveys the advantages of doing business here; proactively directing new development to certain high-priority geographies and sites in the City

5

of Saint Paul; investing in downtown Saint Paul to catalyze further economic activity; and, aligning resources around neighborhoods where attention and investment can create momentum for resurgence while continuing to build on strengths and opportunities throughout the city. Attached as Exhibit 8 is a true and correct copy of the City of Saint Paul's Department of Planning and Economic Development's Economic Development Strategy that I have reviewed.

24. The City of Saint Paul has a local sales tax rate of 1.5%, which businesses collect from customers and remit to the state, which then distributes the funds to the City of Saint Paul. Within this 1.5%, 0.5% sales tax funds the Sales Tax Revitalization ("STAR") Program for economic development and capital projects. The remaining 1% sales tax is dedicated to repairs and improvements of streets, bridges, parks, and recreational facilities.

25. Businesses located within the City of Saint Paul have lost revenue, decreased hours, or closed altogether due to ongoing and increasing federal immigration enforcement operations.

26. The CEO of a prominent, immigrant-owned restaurant and grocery store located on the west side of Saint Paul, stated that its newly-reduced hours of operation have been altered because of increased federal immigration enforcement activity. Attached as Exhibit 9 is a true and correct copy of a news source summarizing the CEO's decision that I reviewed.

27. Similarly, store employees at another immigrant-owned market, located in the City of Saint Paul, have noticed a sharp decrease in foot traffic since December 5, 2025. In fact, an employee has stated that only "a quarter of people came out to shop," demonstrating a dramatic decrease in business. Attached is Exhibit 10 is a true and correct copy of a news source summarizing the economic harm as a result of increased immigration operations that I reviewed.

28. I have been informed that as of January 11, 2026, multiple immigrant-owned businesses, particularly on the west side of Saint Paul, are operating under controlled access with volunteers monitoring entry out of fear of DHS presence.

29. I have been informed that DHS consistently has a presence of vehicles and agents in the parking lot of a Karen-owned market in Saint Paul. Saint Paul has a large Karen population, and that population has reported to me that having DHS vehicles parked in that specific parking lot interferes with their ability to feel safe to purchase their culturally specific food which in turn harms the revenue of those local businesses.

30. As the Mayor of Saint Paul, I connect with and advise our Department leaders who are dedicated to the economic development across the City of Saint Paul. Department leaders communicate with business leaders in Saint Paul, assisting local businesses with development efforts to ensure growth and sustainability within our Saint Paul economy. Reports from the business community are that since the initial increase of DHS agents in Saint Paul in November, immigrant-owned businesses in the city have lost approximately 25-30% of revenue. The reported reason for the lost revenue is that businesses have been forced to close their doors because their customers are afraid that DHS agents are lurking in parking lots.

31. This lost revenue directly impacts the City's sales tax financing, limiting its ability to fund necessary street repairs and park capital improvements.

**The Presence of DHS Agents Harms the Work of the Saint Paul Police Department**

32. The Saint Paul Police Department (SPPD) is a full-service law enforcement agency comprised of 556 sworn officers. SPPD promotes safe and healthy neighborhoods in Minnesota's capital city and words under the motto of "service with purpose." SPPD's work is critical to the safety of communities in Saint Paul.

33. Between 2022 and 2025 violent crime in Saint Paul decreased significantly. Murder decreased 44%, robberies decreased 56%, aggravated assaults decreased 70%, shots fired decreased 45%, and more. Attached as Exhibit 11 is a true and correct copy of crime rate statistics provided by SPPD that I reviewed.

34. In addition to violent crime being down, SPPD is a leader in solving crime. In 2025 SPPD solved more than 70% of crimes and between 2020 and 2025 the clearance rate (how often police close a case through an arrest or an exceptional reason such as a suspect dying) for homicides ranged from 89% to 93%. Attached as Exhibit 12 is a true and correct copy of the Pioneer Press and Minnesota Public Radio articles that I reviewed.

35. The Saint Paul Police Department prioritizes community trust and maintaining a positive relationship with community members. Policing in the City of Saint Paul is guided by the Six Pillars of 21st Century Policing, consisting of "Trust and Legitimacy," "Policy and Oversight," "Technology and Social Media," "Community Policing and Crime Reduction," "Training and Education," and, "Officer Wellness and Safety."  The Saint Paul Police Department publicizes on its webpage that the sworn and civilian employees of Saint Paul "have embraced the pillars and are committed to implementing the recommendations that apply to local police departments." Attached as Exhibit 13 is a true and correct copy of the Saint Paul Police Department's webpage displaying this commitment that I reviewed.

36. While the Saint Paul Police Department publicizes their commitment to implement these Pillars, the confusion in distinguishing Saint Paul Police officers from DHS agents has resulted in broken trust between the Saint Paul Police Department and the communities it serves. The SPPD has received multiple calls and complaints about law enforcement that turns out to actually

be about DHS agents. It has been reported to me that the confusion comes from DHS agents not being clearly identifiable and not responding when asked questions about who they are.

37. DHS agents' unclear and ambiguous policing practices continuously cause harm and confusion to Saint Paul residents. As a result, the Saint Paul Police Department has expended resources in communicating with Saint Paul residents the differences between DHS agents and Saint Paul Police officers in attempting to continue the cooperative relationship between community members and police officers.

38. I have been informed, both through the media as well as concerns from Saint Paul community members, that DHS agents do not identify themselves nor wear consistent and clear uniforms. As a result, the Saint Paul Police Department issued a public statement reminding the residents of Saint Paul that, under Saint Paul Police procedures, "SPPD officers are required to be in uniform or have clear SPPD markings on them when engaged in arrest activities. This means if you see a SPPD officer or our markings (i.e. squad, vest, jacket) in the community, it is not an immigration detail." Attached as Exhibit 14 is a true and correct copy of the public statement issued by the Saint Paul Police Department that I reviewed.

39. The increased presence of DHS agents in Saint Paul diverts Saint Paul Police Department resources from other policing needs. For example, on November 25, 2025, SPPD received several calls and responded to a scene at 609 Rose Avenue E where police were required to provide crowd control during a DHS enforcement action. Attached as Exhibit 15 is a true and correct copy of a Saint Paul Police Department public statement.

40. Saint Paul Police Department has reported to me that it has received multiple calls related to DHS actions that it has been required to expend time and resources into responding to, including:

1. On November 18, 2025, SPPD received a call regarding DHS agents present at Bro-Tex and related protest activity.

2. On December 11, 2025, SPPD received multiple calls regarding DHS agents present in the area of Arcade Street and 7th Street E. near Centromex Supermercado and the Mexican Consulate Building.

3. On December 21, 2025, SPPD received a call to report shots fired shortly before 8:30am. SPPD officers responded to the scene. Once on the scene SPPD officers learned that a federal agent was involved in a use of force incident. SPPD completed a state accident report.

4. On January 11, 2026, SPPD responded to an incident in Saint Paul where a vehicle crashed into a sign pole on a busy intersection as a result of DHS agents' actions, in which the driver was then taken into custody by DHS agents. The vehicle required towing services after the crash.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12 day of January, 2026 in Ramsey County, Minnesota.

_____/s/ Kaohly Her_____
Kaohly Her
*Saint Paul Mayor*