UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190

# EXHIBITS TO
# DECLARATION OF KAOHLY HER

# Exhibit 1

# New Americans in Saint Paul

The Demographic and Economic Contributions of Immigrants in the City[1]

SEPTEMBER 2021



 



**SAINT PAUL**
MINNESOTA

ST PAUL
AREA CHAMBER

## Population

### 60,500
immigrants lived in Saint Paul, Minnesota, in 2019.

Immigrants made up
 **19.9%**
of the total population in the city in 2019

In comparison,
### 476,556
immigrants lived in Minnesota in 2019. They made up **8.5%** of the population. [2]

Between 2014 and 2019, the population in the city increased by
**4.4%**

The immigrant population increased by
**+15.2%**
during the same time period.

**62.4%**
of total population growth in the city was attributable to immigrants.

## Demographics

 **17.1%**
of immigrants in Saint Paul are recent arrivals, with five years or less of residency in the United States, meaning

 **82.9%**
of immigrants in the county have resided in the United States for longer than 5 years.

In Saint Paul immigrants are
 **28.8%**
more likely to be of working age than their U.S.-born counterparts, allowing them to actively participate in the labor force and contribute to the economy as taxpayers and consumers.[3]



**Shares of population by age groups:[4]**

| ← U.S.-born | Immigrant → |
| --- | --- |
| 25.4% | 0-15 | 10.9% |
| 63.3% | 16-64 | 81.5% |
| 11.3% | 65+ | 7.5% |

1  *Unless otherwise specified, data comes from 5-year samples of the American Community Survey from 2014 and 2019 and figures refer to Saint. Paul, Minnesota.*

2  *NewAmericanEconomy. 2021. "MaptheImpact:Minnesota."* https://www.newamericaneconomy.org/locations/minnesota/

3  *We define working age as 16-64 years of age.*

4  *Totals may not add up to 100 percent due to rounding.*

1

## Demographics *continued*



The top countries of origin for immigrants living in the city:

- Laos (**15%**)
- Thailand (**12.3%**)
- Mexico (**11.1%**)
- Burma (Myanmar) (**9.8%**)
- Ethiopia (**7%**)
- Somalia (**5.4%**)
- Eritrea (**3.4%**)
- China (**2.9%**)
- Vietnam (**2.4%**)
- Philippines (**2.2%**)
- Korea (**2%**)
- India (**1.6%**)
- Kenya (**1.3%**)
- Canada (**0.9%**)

**22.7%** Other Countries

The immigrant population by race and ethnicity:



- Asian American or Pacific Islander **50.1%**
- Black or African American **25.3%**
- Hispanic **16.9%**
- White **6%**
- Mixed or Other Race **1.7%**

## 17,900

immigrants living in the city had limited English language proficiency, making up

 **30.1%**

of the immigrant population.

Among them, the top languages spoken at home other than English were:

**Hmong** ...........................27.9%

**Spanish** ......................22.8%

**Karen** ...............................22.6%

**Vietnamese**...................4%

The top languages spoken for immigrants living in the city:

- Hmong (**22.2%**)
- Spanish (**16%**)
- Karen (**11.4%**)
- English (**11.1%**)
- Somali, Oromo, Beja, and other Cushite language (**8.5%**)
- Amharic and related (**7.5%**)
- Vietnamese (**2.2%**)
- Filipino, Tagalog (**2.2%**)
- Chinese (**2%**)
- French (**1.8%**)



**26%** Other Languages

2

## Spending Power & Tax Contributions

Given their income, immigrants contributed significantly to state and local taxes, including property, sales, and excise taxes levied by state and local governments.

Foreign-born households held

 **14.7%**

of all spending power in the city.

In 2019, immigrant households in Saint Paul earned
**$1.3 billion**

■ **$182.7 million**
went to federal taxes[5]

■ **$120.6 million** went to state & local taxes[6]

■ **$966.2 million** left in spending power

In 2019, immigrant households in Minnesota[7] earned
**$17.5 billion**

■ **$3.2 billion**
went to federal taxes

■ **$1.7 billion** went to state & local taxes

■ **$12.6 billion** left in spending power

5  U.S. Congressional Budget Office. 2020. "The Distribution of Household Income and Federal Taxes, 2017."

6  Institute on Taxation and Economic Policy. 2018. "Who Pays? A Distributional Analysis of the Tax Systems in All Fifty States."

7  NewAmericanEconomy. 2021. "MaptheImpact:Minnesota." https://www.newamericaneconomy.org/locations/minnesota/

## Spending Power & Tax Contributions *continued*

Immigrants in the city also supported federal social programs.
In 2019, they contributed



**$145.7 million**
to Social Security

**$36.4 million**
to Medicare

**47.1%**
of immigrants in the city received Medicare or Medicaid, compared with

**38.3%**
of U.S.-born residents in 2019.

### Private Healthcare Coverage

About **41.3%** of immigrants had private healthcare coverage, while **67%** of U.S.-born had private healthcare coverage.

 

Immigrants    U.S.-born

### Public Healthcare Coverage

About **47.1%** of immigrants had public healthcare coverage, while **38.8%** of U.S.-born had public healthcare coverage. [8]

 

Immigrants    U.S.-born

### Poverty Threshold

Given their household incomes, **43.5%** of immigrants live at or below 150% of the federal poverty threshold as compared to **26.6%** of U.S-born residents.

 

Immigrants    U.S.-born

Immigrant use of Public Assistance[9] decreases over time as immigrants are better acclimated into the state and local economy.

In Saint Paul,

 **33%**

of immigrants who had resided in the U.S for three years or less used Public Assistance compared to **9.9%** of the immigrant population who have resided in the U.S. for four or more years.

**Immigrant use of Public Assistance in Saint Paul, East Metro Area and Minnesota, by years of U.S. Residency**

| Region | Use of Public Assistance for Immigrants… | |
|---|---|---|
| | ≤ 3 years of residency in the U.S. | ≥ 4 years of residency in the U.S. |
| City of Saint Paul | 33% | 9.9% |
| East Metro Area | 30% | 7.8% |
| Minnesota | 22.6% | 8.3% |

8  Including people who have both public and private healthcare coverage.

9  Public assistance includes cash and non-cash benefits (e.g. TANF, SNAP) to low-income families or individuals. Undocumented immigrants, including DACA holders, are ineligible to receive these benefits.

4

# Workforce

Although the foreign-born made up **19.9%** of the city's overall population, they represented **24.2%** of its working-age population,[10] **22.2%** of its employed labor force, and **17%** of its STEM workers in 2019.[11]

## Immigrant shares of the...



Population
**19.9%**

Working-age Population
**24.2%**

Employed Population
**22.2%**

STEM Workers
**17%**

Immigrants in the city are

# 28.8%

more likely to be working age than their U.S.-born counterparts.

Working-age immigrants in the labor force are more likely than their U.S.-born counterparts to be employed.

As of 2019,

# 95.2%

of immigrants in the labor force were employed, compared to

# 94.3%

of U.S.-born residents.

The immigrant working-age population was **47.8%** female and **52.2%** male.



■ Female
■ Male

The employed immigrant population was **43%** female and **57%** male.



■ Female
■ Male

Immigrants played a critical role in several key industries in the city. Here are the percentages of immigrant workers in these industries:



Manufacturing **35.3%**
Transportation and Warehousing **28.9%**
Hospitality **26.8%**
General Services **25.7%**[12]
Construction **25.5%**
Health Care and Social Assistance **23.5%**
Professional Services **22.3%**[13]
Retail Trade **19.2%**
Finance **14.7%**
Education **13.4%**

10 At the state level, immigrants make up 10.2 percent of the employed labor force

11 STEM refers to occupations that require background or expertise in Science, Technology, Engineering, and/or Math.

12 General services include personal services (e.g. laundry services, barber shops, and repair and maintenance), religious organizations, social services, and labor unions.

13 Professional services: Most of these industries include professions that require a degree or a license, such as legal services, accounting, scientific research, consulting services, etc.

New Americans in Saint Paul

**SPOTLIGHT ON** **Immigrant Essential Workers**

Immigrants have also been playing vital roles in critical industries that have kept the country functioning throughout the Covid-19 crisis. Immigrants in the city continue working in these frontline and essential industries:

| Essential Services | Food Service | Transportation & Warehousing | Construction | Essential Retail Trade |
|---|---|---|---|---|
| **2,100** immigrants made up | **3,300** immigrants made up | Immigrants made up | Immigrants made up | **1,200** immigrants made up |



**39.2%** of the workforce[14]



**30.4%** of the workforce



**28.9%** of the workforce



**25.5%** of the workforce



**23.3%** of the workforce

In Healthcare, **3,800** immigrants made up

**21.5%** of the workforce

Immigrants tended to work in these occupations in the city in 2019:



**79.7%** Other Occupations

- 🟥 Other Assemblers and Fabricators (**4.6%**)
- 🟥 Nursing Assistants (**3.6%**)
- 🟥 Janitors & Building Cleaners (**3.4%**)
- 🟥 Personal Care Aides (**3.2%**)
- 🟥 Cooks (**3.1%**)
- 🟥 Customer Service Representatives (**2.4%**)

Top occupation for female workers:

 **6.6%**

Nursing Assistants

Top occupation for male workers:

 **5%**

Other Assemblers and Fabricators

Due to the role immigrants play in the workforce helping companies keep jobs on U.S. soil, we estimate that immigrants living in the city had helped create or preserve

**2,800**

manufacturing jobs that would have otherwise vanished or moved elsewhere by 2019.[15]

14 *These include services essential for daily living, such as building cleaning, waste management, auto repair, and veterinary services.*

15 *Vigdor, Jacob. 2013. "Immigration and the Revival of American Cities: From Preserving Manufacturing Jobs to Strengthening the Housing Market." New American Economy.*

6

**SPOTLIGHT ON**    Job Demand (Local) In 2021

Not only are immigrants more likely to be of working age in the city, but they are also a crucial part of the city's economy, and could help us meet the needs of its fastest growing and most in-demand fields, especially as the need for bilingual and culturally competent public services and healthcare increases.

**The top 5 industries with the highest demand for bilingual workers:** [16]

| 1. Health Care & Social Assistance | 2. Finance & Insurance | 3. Information | 4. Retail Trade | 5. Manufacturing |

## Entrepreneurship

# 4,000

immigrant entrepreneurs generated

# $43.8 million

in business income for Saint Paul in 2019.

Immigrants account for **33.2%** of the city's business owners, and **13.5%** of the total business income in Saint Paul.



Immigrant Share of Population



Immigrant Share of Business Owners

While **6.6%** of the U.S.-born population were entrepreneurs,

 **11.5%**

of foreign-born residents worked for their own businesses.

## Education

Share of the city's population aged 25 or above that held a **bachelor's degree or higher** in 2019:

**47.1%**
of U.S.-born

**23.8%**
of immigrants

| 54.3% female 45.7% male | 41.7% female 58.3% male |

Share of the city's population aged 25 or above that held **an advanced degree** in 2019:

**19.3%**
of U.S.-born
56% female
44% male

**9.3%**
of immigrants
47.1% female
52.9% male

**15.4%**

of K-12 students in the city were foreign-born in 2019.

**39.7%**

of K-12 students in the city were the children of immigrants in 2019.

*16 Vigdor, Jacob. 2013. "Immigration and the Revival of American Cities: From Preserving Manufacturing Jobs to Strengthening the Housing Market." New American Economy.*

7

**SPOTLIGHT ON** **University Population**

# 1,554

students enrolled in colleges and universities in Saint Paul in fall 2019 were temporary residents.[17]

# 187

international students graduated with STEM degrees from colleges and universities in the city in the 2018-19 academic year.

International students supported

# 3,251 jobs

and contributed

# $288.9 million

in the 2019-20 academic year.[18]

## Housing

In 2019, **32.5%** of immigrant households in Saint Paul owned their own homes, compared to **54.4%** of U.S.-born households.


Immigrant


U.S.-born

Immigrant Households

- 🟥 Lived in Houses **9,000** or **41.8%**
- 🟥 Lived in Apartments **12,500** or **57.9%**
- ⬜ Lived in Other Types of Housing **0.3%**

The total property value of immigrant households was

# $1.5 billion

**67.5%** of immigrant households were renters. Their total annual rent paid was

# $152.1 million

 **71.4%**

of immigrant households in the city had access to broadband connection in their place of residence as compared to **84.1%** of U.S.-born households in 2019.

## Naturalization


Immigrants in Saint Paul

- 🟦 **50.2%** Naturalized Citizens (30,400, nationally **48.7%**)
- 🟦 **15.1%** Likely Eligible to Naturalize (9,100, nationally **15.9%**)
- ⬜ **34.7%** Not Eligible to Naturalize (21,00, nationally **35.4%**)

If all immigrants who are eligible to naturalize became U.S. citizens, their earning potential would increase by **8.9%**.[19]

17 Data on total student enrollment in the city is derived from the Integrated Postsecondary Education Data System maintained by the National Center for Education Statistics. Temporary residents refer to people who are not U.S. citizens or permanent residents.

18 Economic data is derived from the International Student Economic Value Tool maintained by NAFSA, the association of international educators.

19 Enchautegui, Maria E. and Linda Giannarelli. 2015. "The Economic Impact of Naturalization on Immigrants and Cities." Urban Institute.

New Americans in Saint Paul

SPOTLIGHT ON

# Abraham & Aster Giorgis Dalu

*Owners of A&A Reliable Home Health Care*

In the 1970s, Abe and Aster Giorgis Dalu attended the same high school in Ethiopia — then, a decade later, they reunited by chance in the United States, where they had both settled. Now married, the pair run A&A Reliable Home Health Care, employing 70 people and providing in-home care for scores of senior and disabled people across Saint Paul.

Abe first left Ethiopia to study agronomy in the former Soviet Union. As a Christian, he struggled in the USSR and would have faced persecution in his native country. "It was completely incompatible with my faith, so I decided not to go back," Abe says. In 1984, after receiving an MS in Agronomy, he walked through a Berlin Wall checkpoint and requested asylum in West Berlin. Eventually, he came to the U.S. with the help of American missionaries.

Upon his arrival, Abe reconnected with Aster, who had arrived a few years earlier to train as a nurse. They married in 1986, and after Abe gained a PhD in pharmacology and toxicology, they settled in Minnesota, where Abe worked for federal and private-sector research laboratories, while Aster worked as an RN at a local hospital.

When Abe was laid off in 2012, the pair decided to launch their own business. "Home-care is something we had the knowledge and experience for — and it was an area where we felt we could make a difference," Aster explains.

The pair took a 10-week Neighborhood Development Center course to learn the basics of entrepreneurship, and received tech support and book-keeping training advice from African Economic Development Solutions, a local nonprofit that assists African immigrants. "Any time we needed help, we were able to get it," Abe says. "Knowing we had these groups on our side was a real morale-booster."

Running a healthcare business during the pandemic was challenging. "We got a forgivable PPP loan and some other financial support, and we'd love to see the City doing even more to help businesses," Abe says. Abe and Aster say they're upbeat about the future and determined to keep working to support those in need. "There's an assumption that immigrants and refugees want hand-outs," Abe says. "But the reality is that we'd all 100% prefer to be working to support ourselves, building businesses, and making a productive contribution to our community."

SPOTLIGHT ON

# Souk & Youa Her

*Owners of Elder Care Day Services*

Souk and Youa Her are high-school sweethearts who bonded over their families' shared background as Hmong refugees: Souk was born in a refugee camp in Thailand, while Youa was born in America soon after her parents left a Laotian refugee camp in the late 1970s. "It's like living in two worlds — we both grew up feeling fully American, but we're also deeply connected to the Hmong community here in Saint Paul," Youa explains.

Both Souk and Youa's parents worked hard to build a new life in Minnesota. Souk's father worked for a non profit called Catholic Charities, and the family invested in real estate and a clothing alteration store, and opened an Asian grocery store. Youa's family was part of the Hiawatha Valley Farm Cooperative Project, a local initiative that gave refugees agricultural training, and ran a business supplying cucumbers to local food manufacturers. Later, the family opened Saint Paul's first Hmong grocery store on Selby Avenue in the late 1980's. Youa's mother also took factory jobs and her father was a community liaison officer for the Department of Natural Resources. "They were very entrepreneurial and wanted to improve our quality of life and gain financial freedom," Souk says. "That made us want to start something of our own too."

After finishing college, Youa became a social worker and Souk took a job in corporate communications. But in 2015, after Souk was laid off, the pair took the plunge and launched their own business: Elder Care Day Services (ECDS), which now provides care, meals, and activities for the elderly and adults with special needs such as chronic illnesses or mental health challenges. "It wasn't easy figuring out how to launch a business," Youa says. "There wasn't any guidance to help us tap into support programs, so we built everything with our own hands."

Before COVID-19, ECDS employed eight people and cared for more than 60 local adults, mostly referrals from local case managers and Hmong community groups. The business closed for four months during the pandemic, when vulnerable clients weren't able to attend group activities.

Luckily, PPP loans enabled them to pay their workers during the furlough. "Coming from a refugee background gives you a lot of resilience," Souk explains. "Our families experienced war, persecution and death, and that gives us a drive to keep working to make something better for ourselves." Now, the couple are hoping to expand by opening a residential care center to deliver services to even more elderly and disabled people.

Souk and Youa's families seldom talked about their experiences as refugees, but instead focused on building for the future. That mindset has influenced Souk and Youa, too, as they've overcome adversity to keep their business operational. "We came from nothing, so the only way was up," Youa explains. "We're going to keep climbing and keep on investing in our community."

# Refugees

## 26,700
refugees, or



## 44.1%

of the foreign-born
population, were likely
refugees.[20]

Top countries of origin for
the refugee population
in Saint Paul were Laos
(**26.5%**), Burma (Myanmar)
(**20.1%**), Thailand (**14.9%**),
Somalia (**12.1%**), and
Ethiopia (**7.4%**).

**19%**
Other
Countries



In 2019, refugee households earned
**$541.3 million**

### $68.5 million
went to federal taxes[21]

■ **$51.5 million** went to state & local taxes[22]

□ **$421.3 million** left in spending power

About **14.3%** of refugees held at least a bachelor's degree…



…and about **4.4%** held an advanced degree.

---

Refugees tended to work in these industries in the city in 2019:

| Industry | % |
|---|---|
| Manufacturing | 22% |
| Health Care and Social Assistance | 20.7% |
| Professional Services | 30.1% |
| Retail Trade | 10.7% |
| Hospitality | 7.4% |

## 55.2%
of refugees in the area were
naturalized U.S. citizens.

# DACA-Eligible Population

In 2019, DACA-eligible people made up



## 1.5%

of the foreign-born
population.

20 New American Economy.
2017. "From Struggle to
Resilience: The Economic
Impact of Refugees in
America."

21 U.S. Congressional
Budget Office. 2020. "The
Distribution of Household
Income and Federal Taxes,
2017."

22 Institute on Taxation
and Economic Policy.
2018. "Who Pays? A
Distributional Analysis of
the Tax Systems in All Fifty
States."

## Undocumented Immigrants

**7,400**

Number of undocumented immigrants in Saint Paul in 2019

They made up  **12.3%**

of the foreign-born population in Saint Paul in 2019.

Undocumented immigrants are highly active in the labor force. About

 **93.9%**

are of working-age in the city.

In 2019, undocumented immigrant households earned
**$159.8 million**

- **$12.3 million**
  went to federal taxes[23]

- **$7.6 million** went to state & local taxes[24]

- **$139.9 million** left in spending power

23 U.S. Congressional Budget Office. 2020. "The Distribution of Household Income and Federal Taxes, 2017."

24 Institute on Taxation and Economic Policy. 2018. "Who Pays? A Distributional Analysis of the Tax Systems in All Fifty States."

# New Americans in East Metro Area, MN

The Demographic and Economic Contributions of Immigrants
in the Region[25]

## Population

**144,900**

immigrants lived in the
East Metro Area, Minnesota,
in 2019.

Immigrants made up

 **11.9%**

of the total population in
the region in 2019.

Between 2014 and
2019, the population
in the region increased by

 **4.3%**

The immigrant population
increased by

**+16.2%**

during the same time period.

 **40%**

of total population
growth in the region was
attributable to immigrants.

## Demographics



The top countries of origin for immigrants
living in the region:

- Mexico (**11.1%**)
- Laos (**8.5%**)
- Thailand (**6.8%**)
- Ethiopia (**6.2%**)
- India (**5.3%**)
- Somalia (**4.9%**)
- Burma (Myanmar) (**4.7%**)
- Vietnam (**4%**)
- Korea (**3.4%**)
- China (**3.3%**)
- Philippines (**3.2%**)
- Eritrea (**2.2%**)
- Kenya (**1.7%**)
- El Salvador (**1.7%**)
- Canada (**1.6%**)

31.4%
Other
Countries

The immigrant population by race and ethnicity:



Asian American or Pacific Islander — 44.3%
Black or African American — 23.9%
Hispanic — 17.7%
White — 12.1%
Mixed or Other Race — 2%
Native American — 0.1%

*25 East Metro Area refers
to Ramsey, Dakota
and Washington
counties in Minnesota.*

## Demographics *continued*



# 30,700

immigrants living in the region had limited English language proficiency, making up

 **21.2%**

of the immigrant population.

Among them, the top languages spoken at home other than English were:

**Spanish** ...................................................... **29.2%**

**Hmong** ...................................................... **19.7%**

**Karen** ...................................................... **14.7%**

**Vietnamese** ...................................................... **7.3%**

**Somali, Oromo, Beja, and other Cushite language** .......... **5.9%**

**Chinese** ...................................................... **2.9%**

The top languages spoken for immigrants living in the region



- **English (17.7%)**
- **Spanish (16.5%)**
- **Hmong (12.4%)**
- Somali, Oromo, Beja, and other Cushite language **(7.4%)**
- Amharic and related **(5.7%)**
- Karen **(5.3%)**
- Vietnamese **(3.7%)**
- Chinese **(3.4%)**
- Filipino, Tagalog **(2.3%)**
- French **(2.3%)**
- Russian **(1.8%)**
- Arabic **(1.6%)**
- Telugu **(1.4%)**
- Nepali **(1.4%)**
- Mon-Khmer, Cambodian **(1.2%)**

**15.9%** Other Languages



## Spending Power & Tax Contributions

Given their income, immigrants contributed significantly to state and local taxes, including property, sales, and excise taxes levied by state and local governments.

Foreign-born households held

 **10.2%**

of all spending power in the region.

In 2019, immigrant households in East Metro Area earned **$4.6 billion**

- **$811.8 million** went to federal taxes[26]

- **$443.3 million** went to state & local taxes[27]

- **$3.4 billion** left in spending power

In 2019, foreign-born residents in the region contributed

# $9.6 billion

to the county's GDP, or **11.5%** of the total[28]

26 U.S. Congressional Budget Office. 2020. "The Distribution of Household Income and Federal Taxes, 2017."

27 Institute on Taxation and Economic Policy. 2018. "Who Pays? A Distributional Analysis of the Tax Systems in All Fifty States."

28 These figures derive from our calculations based on immigrants' share of wage income and self-employment income in the 5-year ACS sample from 2019 and the statistics of GDP from the U.S. Bureau of Economic Analysis.

Exhibit 2

**SAINT PAUL CITY CHARTER**

## Sec. 13.01.1. Disposal or diversion of park property.

Lands which may have been heretofore acquired by any means or which may hereafter be acquired by any means for park purposes shall not be diverted to other uses or disposed of by the city except in the following manner. "Park purposes" shall include, but not be limited to mean, playground, trail, parkways, open space and any other recreational purpose.

(A) The Saint Paul Parks Commission, or if no parks commission exists, then another committee established pursuant to section 3.01.8 of this Charter, shall be asked to review the proposed diversion or disposal and submit its recommendation to the city council.

(B) After receiving the recommendation of the commission or committee, a public hearing shall be conducted by the city council for the purpose of considering the proposal and the recommendation. Notice of the hearing shall be published at least ten (10) working days prior to the hearing, and all interested persons shall be given an opportunity to present their views.

(C) The council may, by resolution adopted by at least two-thirds of the total council, authorize the diversion or disposal in the event it is determined to be in the best interests of the public to do so. The council shall require that additional park lands be acquired to replace those lands diverted or disposed. Consideration shall be given to replacing park land within the same district planning council area and to replacing lands with similar lands to maintain the balance within the park system.

(D) The council shall obtain from a qualified independent appraiser an appraisal of the market value of the park lands to be diverted or disposed and in the event the city receives less than the appraised market value the council shall allocate funds from the capital budget to equal that deficiency.

(E) The net proceeds or funds received or allocated, and interest earned thereon, from the diversion or disposal of park lands shall be maintained in a separate fund and shall be used only for the purpose of acquiring additional park lands.

(F) All land acquired by the city by deed, dedication or otherwise, containing a restriction on the title which limits the city's use of the property for park purposes only, may not be disposed of by the city in the manner provided in this section.

(Ord. No. 17825, § 1, 5-2-91; C.F. No. 94-1339, § 1, 10-12-94)

## SAINT PAUL LEGISLATIVE CODE

## Sec. 170.07. Vehicles.

(a) *Certain trucks prohibited in parks.* The parks in all their parts are constructed for the benefit and use of the public; but no person shall drive, operate or keep in any park any truck, as defined in Minnesota Statutes, Chapter 169, which is normally used for or actually used for a commercial purpose or any truck which is licensed by the State of Minnesota for a gross weight in excess of nine thousand (9,000) pounds.

(b) *Regulation of vehicles.* The director may prohibit by regulation some or all vehicles of any kind or description within the boundaries of any park, and restrict all or any drives, roads, walks, paths and the like to the enjoyment and use of pedestrians, bicyclists, or specified vehicles. He shall cause appropriate signs to be erected or removed so as to designate clearly the restricted area or areas.

(c) *Vehicles, permits to travel.* Notwithstanding any provision of the Legislative Code to the contrary, the director of the department of parks and recreation may issue permits allowing vehicles to travel in the parks,

or upon or along any parkway in the City of Saint Paul. Said permit shall specify the date or dates the permit shall be effective, a description of the vehicle, the park and the streets, avenues, boulevards or parkways the vehicle may travel upon pursuant to the permit. The issuance of any permit hereunder shall not relieve the permittee or the operator of any motor vehicle in the park or upon the parkways pursuant to said permit from liability for violation of any ordinance except as expressly provided herein.

(d)    *Paths.* The location of all paths and roadways across any sidewalks shall be subject to the approval of the director, and no person shall draw, drive or cause to go upon any sidewalk or border, any vehicle of any kind except when it shall be necessary for such vehicle to cross for the purpose of going into some yard or lot or into some place where said vehicle is to be kept when not in use.

(e)    *Speed limits.* The director may, from time to time, set such speed limits upon the parkways or parts of them as may be necessary for the protection and safety of the public.

State law reference(s)—State approval required, see M.S. 169.14(2).

(f)    *Parking.* No vehicle shall be left standing or parked upon any footpath, lawn or other ground, park or parkway not designated for traffic or parking purposes.

(g)    *Night parking.* No person shall be or remain in or leave any vehicle in any park or parkway between 11:00 p.m. and daylight of the following morning. Nothing in this section shall apply to persons who, without delay, are traveling upon the established walks and driveways of the parks or parkways.

(h)    *Use of lots.*

(1)    Public parking lots in or adjacent to public parks in the city may be used only for the following purposes:

a.    Parking of vehicles while utilizing park facilities;

b.    Walking to and from lawfully parked vehicles without delay;

c.    Other uses as authorized by city permit.

(2)    It shall be unlawful to use a public parking lot in or adjacent to a public park in the city for any purpose other than enumerated above.

(3)    For the purpose of this subdivision, a parking lot in or adjacent to a public park in the city is not a park facility.

(C.F. No. 09-79, § 1, 2-11-09)

Created: 2025-11-25 14:40:15 [EST]

Exhibit 3

 **Wes Burdine**
@wesburdine.bsky.social



About 30 cars of ICE and DEA agents staging st Newell park in St. Paul



November 18, 2025 at 8:34 AM    🌐 Everybody can reply

**135** reposts   **21** quotes   **93** likes   **2** saves

# Exhibit 4







SE Parking Lot cam 1_20251125_122549.jpg

# Exhibit 5



**SAINT PAUL**
CITY ATTORNEY

OFFICE OF THE CITY ATTORNEY
LYNDSEY M. OLSON, CITY ATTORNEY

Civil Division, 15 Kellogg Blvd. West, 400 City Hall
Saint Paul, MN 55102
Tel:  651-266-8710 | Fax: 651-298-5619

December 19, 2025

David Easterwood
Acting Director
Saint Paul Field Office
United States Immigration and Customs Enforcement
1 Federal Drive
Suite 1601
Fort Snelling, MN 55111
United States

Dear Director Eastwood or whom it may concern:

I am the City Attorney for the City of Saint Paul, Minnesota.

It has come to my attention that the Department of Homeland Security ("DHS"), through US Homeland Security Investigations ("HSI") and Immigration and Customs Enforcement ("ICE"), has been using parking lots owned by the City of Saint Paul without authorization, to stage enforcement actions in Saint Paul.  Specifically, we are concerned about HSI and ICE's unauthorized use of the parking lots at Newell Park (900 Fairview Avenue N, Saint Paul, MN 55104) on November 18, 2025, and the parking lot at the Conway Recreation Center (2090 Conway Street, Saint Paul, MN 55119) on December 13-16, 2025.

Both Newell Park and the Conway Recreation Center are property owned by the City of Saint Paul, operated by the Department of Parks and Recreation, and expressly reserved for park uses. The Saint Paul City Charter reserves the use of park property, including parking lots, for park purposes and the Saint Paul Legislative Code restricts the use of park parking lots to being only for use by those using park facilities.  Any use of a park parking lot that is not for the parking of vehicles while utilizing park facilities or walking to and from lawfully parked vehicles without delay, requires a permit authorized by the Department of Parks and Recreation. DHS/HSI/ICE's use of park parking lots for non-park purposes without a permit is an unlawful use of City property that constitutes an encroachment and unlawful parkland diversion.

For the reasons outlined in this letter, you must immediately cease and desist from any further use of these parking lots as well as any other Saint Paul Park parking lot. The City reserves all rights and remedies available to it under the law and will not hesitate to enforce those rights in the event that you fail to cease and desist.

Sincerely,

CITY OF SAINT PAUL
MELVIN CARTER, MAYOR

STPAUL.GOV

*The Saint Paul City Attorney's Office does not discriminate
based on race, color, national origin, religion, sex/gender, disability, sexual orientation, gender identity, age, or veteran status
in the delivery of services or employment practices.*



**SAINT PAUL**
**CITY ATTORNEY**

OFFICE OF THE CITY ATTORNEY
LYNDSEY M. OLSON, CITY ATTORNEY

Civil Division, 15 Kellogg Blvd. West, 400 City Hall
Saint Paul, MN 55102
Tel:  651-266-8710 | Fax: 651-298-5619

Lyndsey Olson
City Attorney

CC:
Melvin Carter, Mayor
Andy Rodriguez, Parks and Recreation Director

*The Saint Paul City Attorney's Office does not discriminate
based on race, color, national origin, religion, sex/gender, disability, sexual orientation, gender identity, age, or veteran status
in the delivery of services or employment practices.*

Exhibit 6

**Today** 9:14 AM

LibraryonCall





Ice was in the Ahcc parking lot but left...

# Exhibit 7







Exhibit 8

# 2016 - 2018 ECONOMIC DEVELOPMENT STRATEGY - SUMMARY

City of Saint Paul  •  Department of Planning and Economic Development

## GOALS

The City of Saint Paul's Department of Planning & Economic Development (PED) has broad responsibility for creating a climate attractive to businesses and people.

PED's Economic Development Strategy for 2016 – 2018 has three goals:

- Increase the number of jobs in Saint Paul, and increase access to jobs and opportunity for residents.
- Grow Saint Paul's tax base to maintain and expand City services, amenities and infrastructure.
- Lower unemployment among the City's diverse populations with disproportionately high unemployment rates.

## PRIORITIES

Many elements combine to create economic growth: a dynamic community with housing, infrastructure and amenities attractive to people and businesses; a fair and balanced regulatory environment; and availability of a skilled workforce.

This Strategy is designed to address the elements that are primarily within the purview of PED's Economic Development team, recognizing that other City departments and factors also contribute to economic development.

PED's priorities are:

**1.** Expand business attraction, retention, and expansion programs to strengthen Saint Paul's employer base.

Retaining and helping existing firms succeed and grow in Saint Paul is a top priority. PED will commit additional staff time to one-on-one outreach to existing businesses in Saint Paul, including major employers, fast-growing firms, small and minority-owned businesses, and start-ups. PED will maintain an active partnership with Chambers of Commerce, Saint Paul Port Authority and GreaterMSP, and coordinate efforts with GreaterMSP's Center Cities Competitiveness Initiative.

**2.** Support innovative entrepreneurship and small business development to compel new job growth.

Entrepreneurs, including recent immigrants and minority business owners, are critical to job creation in Saint Paul. PED will support entrepreneurs by providing connections to resources and networks.

**3.** Build and market a compelling Saint Paul brand that conveys the distinct advantages of doing business here.

PED will assertively market the City to business leaders, developers and site selectors, as a place for growing businesses, with talented workers and solid investment opportunities. Stressing Saint Paul's competitive advantages, PED will market development sites and promote the success of businesses and investors that have elected to locate in Saint Paul.

**4.** Proactively direct new development to certain high-priority geographies and sites in the city.

Attracting employers and investment to key sites that are accessible to residents experiencing high unemployment is a top priority of PED.

**5.** Invest in downtown Saint Paul to catalyze further economic activity.

The continued vitality of downtown is essential for the overall health of the city. PED will support additional investments that make downtown walkable and vibrant, with a strong sense of place, as well as a center for commerce and high-quality living.

**6.** Align resources around neighborhoods where attention and investment can create momentum for resurgence, while continuing to build on strengths and opportunities throughout the city.

PED will target efforts to Dayton's Bluff, North End/ Rice Street, Frogtown and Summit-University. These neighborhoods are among the most diverse in the region, and have high levels of unemployment and disinvestment. PED's work in these areas will emphasize improving access to employment and supporting neighborhood business growth.

## CONNECT WITH US

 @cityofsaintpaul   |   City of Saint Paul   |   stpaul.gov/EconomicDevelopment

SAINT PAUL

# Exhibit 9

## FOR THE EXCLUSIVE USE OF

From the Minneapolis/St. Paul Business Journal:
https://www.bizjournals.com/twincities/news/2025/12/15/el-burrito-mercado-reduces-business.html

SUBSCRIBER CONTENT:

**Retailing**

# El Burrito Mercado cuts back business amid immigration crackdown



Image: Minneapolis/St. Paul Business Journal

Guests shop at El Burrito Mercado in St. Paul. This photo was taken several weeks ago.
NANCY KUEHN | MSPBJ



By Alyxandra Sego – Reporter, Minneapolis / St. Paul Business Journal
Dec 15, 2025   **Updated** Dec 16, 2025 8:51am CST

Listen to this article   4 min

**Story Highlights**

- El Burrito Mercado cut hours and staff amid sales decline.
- Immigration raids sparked fear among Latino customers, reducing foot traffic.
- The St. Paul store is monitoring doors for ICE presence.

El Burrito Mercado, an iconic staple of St. Paul's West Side neighborhood, is cutting back operations, citing immigration raids that it says are sparking fear among its Latino customers and reducing the store's foot traffic in an already slower year for business.

Last week, after Immigration and Customs Enforcement began operations targeting immigrants with deportation orders in the Twin Cities, CEO Milissa Silva posted on social media that El Burrito Mercado would operate withfewer hours, fewer products on shelves and reduced hours for staff. Since last week, the Mexican grocer and restaurant is also taking extra steps to monitor for signs of ICE agents.

Notices on the store's front door and website said the establishment was closed as of Monday morning, but there was an employee on site directing customers to enter through the back.

At the back door, another employee asked customers if they were there to shop or eat at the restaurant. According to employees the Business Journal spoke with, the

CASE 0:26-cv-00190-KMM-DJF   Doc. 16-1   Filed 01/12/26   Page 39 of 79

extra precautions are in place to prevent ICE from entering the premises.

Silva said El Burrito Mercado is also using delivery services for grocery and takeout, as well as curbside pick-up, to encourage Latino customers to shop at the store.

Silva, whose parents established the market and restaurant in 1979, spent Monday afternoon greeting customers at the store's back door.

El Burrito Mercado was already visited by federal enforcement agents earlier Monday in the parking lot, she said. By monitoring the doors, the store is trying to help shoppers feel safe once they are inside, she said.

"We have the right to deny ICE access to private areas without a judicial warrant," the front door reads.

El Burrito Mercado last week was featured as a Twin Cities Icon by the Minneapolis/St. Paul Business Journal. In an interview with the Business Journal for that feature, the Silvas said they had to tighten the business' budget after seeing a drop in their Latino customers, who fear deportation and ICE arrests amid the Trump administration's immigration crackdown.

The drop in business caps following the ICE operations caps off a tough year for the business, Silva said. In addition to immigration fears, Silva said high inflation and issues with SNAP benefits during the federal shutdown have caused the decline in business.

Last week, she had to cut hours for the bar and reduce hours for staff who make pre-made food. With less food being sold, Silva also had to take down an 18-foot shelf and reduce product availability.

"These decisions are painful, but necessary as we navigate a very challenging time," Silva posted on social media last week.

According to Silva, weekdays have become extremely slow for El Burrito Mercado.

"Grocery and produce is where we felt the most loss," Silva said.


Image: Minneapolis/St. Paul Business Journal

From left, Suzanne, Milissa and Analita Silva are the owners of El Burrito Mercado in St. Paul.

NANCY KUEHN | MSPBJ

Silva also recently told the Pioneer Press that the decision to reduce hours was due to immigration fears.

"It's shopping habits. They're buying smaller quantities. The immigrant community being very fearful … that's obviously keeping folks away," she told the Pioneer Press.

Founded in 1979, El Burrito Mercado operates a sit-down restaurant and bar as well as a specialty grocery and gift shop. The business also runs a catering service, a food truck, and began selling food at the Minnesota State Fair this year.

After their parents retired in 2016, Silva took over the business with her siblings Suzanne and Tomas Silva, along with Suzanne's daughter Analita Silva. Milissa is CEO with 55% ownership, Suzanne is director of administration with

1/9/26, 12:13 PM
El Burrito Mercado cuts back business amid ICE fears - Minneapolis / St. Paul Business Journal
CASE 0:26-cv-00190-KMM-DJF    Doc. 16    Filed 01/12/26    Page 41 of 79

30% and Analita is director of food service with 15%. Tomas runs the food truck operations.

Milissa Silva told the Business Journal that the pandemic was more manageable than what it's facing now.

"There were rules and policies put in place that gave us directions and [told us] how to operate a business safely and we took measures beyond that," she said. "Right now, that doesn't exist – everything from inflation to all the immigration stuff that's happening."

Exhibit 10


Let's talk health insurance. Call us today.

 **CBS NEWS** 

**Minnesota** | News ⌄  Weather ⌄  Sports ⌄  Video  WCCO Shows & Specials ⌄  •  🌤 32°



**ICE's Operation Metro Surge harming Twin Cities Latino, Somali businesses**
(02:39)

Local News

# Twin Cities Latino, Somali businesses struggling amid ICE's Operation Metro Surge: "What did we do?"

By Conor Wight, Ray Campos

Updated on: December 12, 2025 / 11:24 PM CST / CBS Minnesota

⊞ Add CBS News on Google

Some members of the Twin Cities' immigrant community say Operation Metro Surge is not only striking fear in the Latino and Somali communities, but it's also harming their small businesses.

At Plaza Mexico on Lake Street, the tables are empty and certain stalls are closed. There are businesses with the lights off because employees were detained by U.S. Immigration and Customs Enforcement agents in just the past few weeks.

"Why do they hate us so much?" Gladys Ramos asked through tears.

Ramos is one of several store operators inside the sprawling Plaza Mexico on East Lake Street and Fifth Avenue. She sells everything from teddy bears to speakers. As she showed WCCO her inventory, she could barely keep from crying, concerned that she was going to lose her business as people stayed home to avoid getting swept up in the operation.

Watch CBS News

"What did I do to deserve so much hate to us? What did we do? We just work, we just contribute to this country. What did we do?" Ramos said.

**Men's Lakewashed Double-Knit Quarter-Zip Pullover**

$64.99 - L.L. Bean

Learn More

Daniel Hernandez, who owns and operates Colonial Market and Restaurant on East Lake Street and 21st Avenue South, said that there are hundreds of stories similar to his along Lake Street. The corridor is enriched by both Latino and Somali businesses, communities that share concerns about the operation.

While there have been high-profile clashes with protesters, Daniel Hernandez said that many people are getting detained quickly and somewhat quietly on the sidewalk on Lake Street.

"They are snatching people from the streets," he said. "Many people say, 'Oh, they're fearful because they don't have papers.' That is not correct. They're fearful because they are Latinos being targeted by ICE."

Data shows that from Jan. 20 to Oct. 15, ICE arrested 1,694 people in Minnesota. Since the federal agency's escalated operation began last week, the agency said its arrested more than 400 people.

Watch CBS News

WCCO has reached out to ICE for comment on recent operations and has not heard back.

Daniel Hernandez said that the struggle on Lake Street will soon have ripple effects. He said that business owners and employees in the area are not only paying taxes, they're also paying other businesses throughout Minnesota to supply them with meat and other products.

"It's not so much about getting the worst of the worst. They are getting anybody. They are grabbing anybody who doesn't look white," Daniel Hernandez said.

The Colonial owner said he's preparing to deliver groceries to people afraid to leave their homes. Ramiro Hernandez, the owner of Bymore Supermercado in St. Paul, Minnesota, is doing the same, free of charge.

"This is not a time to make money, this is a time just to survive," Ramiro Hernandez said. "There are a lot of stories, painful ones that hurt my heart."

The St. Paul store is delivering to dozens of people per day.



Watch CBS News

Bymore Supermercado has been around for 25 years, and has been a regular spot for residents in the area. On Dec. 5, store employees noticed a sharp drop in foot traffic.

"A quarter of people came out to shop," Vanessa Machuca said. "The fear is real. It feels unreal, but it's real. People are really scared."

Bymore Supermercado is open from 8 a.m. to 9 p.m. daily.

The Minnesota chapter of the Council for American-Islamic Relations has organized a day of action on Saturday for Somali businesses in Minneapolis' Cedar-Riverside neighborhood.

"We encourage folks to patronize the business, to learn about the community," Jaylani Hussein, the council's executive director, said. "And this will send a strong message to Minnesotans and all of us that our neighbors are going to come visit us, our neighbors are going to be available, and most importantly, to also help the businesses that have been significantly impacted."

CASE 0:26-cv-00190-KMM-DJF    Doc. 16-1    Filed 01/12/26    Page 47 of 79

## More from CBS News

Watch CBS News

---

**◎CBS** CHICAGO
Fatal Minneapolis ICE shooting recalls encounters during Operation Midway Blitz



---

**◎CBS** MINNESOTA
U.S. citizen says encounter with ICE landed him in the hospital



---

**◎CBS** NEW YORK
Kristi Noem touts ICE operations in N.Y., targeting alleged gang members



---

**◎CBS** PITTSBURGH
Pittsburgh will not assist ICE operations, Mayor O'Connor says



---

In:    **Small Business**    **Immigration**    **U.S. Immigration and Customs Enforcement**    **Minnesota**

© 2025 CBS Broadcasting Inc. All Rights Reserved.

---

## Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This

PAID    SMART TRAVEL TIPS

## Men's Bean's Wrinkle-Free Everyday Shirt, Traditional Untucked Fit, Plaid, Long-Sleeve

A breathable, no-iron shirt that's comfortable, cool and wrinkle free. This versatile everyday essential is made of

## Americans Over 55 Are Ditching Hearing Aids for This New Device

See why audiologists are calling it a breakthrough in hearing technology.

## Tirzepatide Wins For Weight Loss - Only $119/Month

Ships to your door. No insurance required. 3 simple steps.

PAID    FUTURHEALTH

1/9/26, 12:15 PM
CASE 0:26-cv-00180-KMM-DJF Doc. 16-1 Filed 01/12/26 Page 48 of 79
Twin Cities Latino, Somali businesses struggling amid ICE's Operation Metro Surge: "What's the point" - CBS Minnesota

## Flight Attendant Reveals How Seniors Can Fly Business Class For The Price Of Economy

Americans, You'll Want To Check This Out ASAP!

## Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy

PAID   SMART TRAVEL TIPS

## Blood Sugar Is Not From Sweets! Meet The Main Enemy Of High Blood Sugar

PAID   SUGAR CONTROL SYSTEM

## Neurologists Warn: Memory Problems Have Been Linked to a Popular Drink. Do You Drink It?

PAID   COGNITIVE SCIENCE

## Tirzepatide Crushes Ozempic For Weight Loss - Only $179/Month

Tirzepatide beats stubborn weight with 2X the speed. Order today.

## Average Cost To Rent A Private Jet For Seniors May Surprise You! (Take A Look)

Private Jet Rental Costs For Seniors May Be Surprising! (Explore Now)

## Experts think this could be like buying Nvidia at $0.16

Will This Make the World's First Trillionaire?

PAID   THE MOTLEY FOOL


## Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick

PAID   SLEEP DIGEST PUBLICATION

## Ask A Pro: "How Long Does $2.5M Last in Retirement?"

This Quiz Matches Nearly 50,000 People Each Month with Vetted Financial Advisors

PAID   SMARTASSET

## Cinnamon: The Greatest Enemy of Blood Sugar

PAID   SUGAR CONTROL SYSTEM

## Neurologists Reveal: A Popular Drink Is Now Associated With Memory Problems. Do You Drink It?

PAID   BRAIN RESET

## Who Charges The Most For Auto Insurance In Minnesota? (Check Zip Code)

New Insurance Data Shows Which Zip Codes Overpay The Most

## Declining Memory Has Been Linked to These Common Foods. Are You Eating Them?

PAID   COGNITIVE SCIENCE

## Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask

Unlock Hidden Savings: Top Discounts Seniors Shouldn't Miss!

## Costco Shoppers Say This Knee Pain Relief Device Is "Actually Worth It"

"It's truly worth every penny!"

## 74-Year-Old Cardiologist: This is The Only Olive Oil I Recommend

PAID   WELL BEING

## Americans Over 65 Are Ditching Hearing Aids for This New Device

See why audiologists are calling it a breakthrough in hearing technology.

## These Are The Rolls-Royce Of Hearing Aids (And Under $99)

Discover the affordable, discreet hearing aids with clear, precise sound and long battery life—all for under $100!

PAID   ORICLE HEARING

## Ex-Military K9 Trainer Shares a Genius Way to Stop Barking

New device invented by ex-military dog trainer harmlessly trains your dog to stop barking, begging and more.

PAID   BARKS NO MORE

## Microdose: A new, affordable way to start GLP-1s

Noom's Microdose GLP-1Rx program starts at just $99

PAID   NOOM

1/9/26, 12:15 PM    Twin Cities Latino, Somali businesses struggling amid ICE's Operation Metro Surge: "What if we don't ..." - CBS Minnesota

CASE 0:26-cv-00190-KMM-DJF    Doc. 16-1    Filed 01/12/26    Page 50 of 79

Watch CBS News

## Minneapolis: This Is How Much New Windows Should Cost in 2026

The True Cost of High-Performance Windows May Surprise You

## Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)

PAID    REJUVAFLOW

**Featured**

Venezuela

Renee Good

Miami vs. Ole Miss

NFL Head Coach Openings

**Follow Us On**

YouTube

Facebook

Instagram

TikTok

X

**CBS News Minnesota**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for WCCO-TV

1/9/26, 12:15 PM    Twin Cities Latino, Somali businesses struggling amid ICE's Operation Metro Surge: "What a weird world" - CBS Minnesota

CASE 0:26-cv-00190-KMM-DJF    Doc. 16-1    Filed 01/12/26    Page 51 of 79

**Watch CBS News**

Public Inspection File Help

FCC Applications

EEO Report


**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use


**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman


©2026 CBS Broadcasting Inc. All Rights Reserved.

Exhibit 11

|  | 2022 Total | 2023 Total | 2024 Total | 2025 Total |
|---|---|---|---|---|
| **Murder (09A)** | 34 | 33 | 30 | 15 |
| **Rape (11A, 11B, 11C)** | 236 | 201 | 195 | 213 |
| **Robbery (120)** | 413 | 382 | 360 | 230 |
| **Aggravated Assault (13A)** | 1453 | 1246 | 1297 | 1022 |
| **Burglary** | 1519 | 1318 | 1422 | 1310 |
| **Theft (23A - 23H)** | 8248 | 5902 | 5695 | 5968 |
| **Motor Vehicle Theft (240)** | 3236 | 2132 | 1482 | 1292 |
| **Arson (200)** | 195 | 179 | 164 | 122 |
| **Human Trafficking (64A, 64B)** | 5 | 15 | 12 | 33 |
| **Gunshot Wound Victim** | 193 | 122 | 107 | 73 |
| **Carjacking** | 53 | 42 | 24 | 23 |
| **Shots Fired** | 2256 | 1439 | 1476 | 1018 |

Exhibit 12



Menu        Search                                            Sign in

✉ Newsletters          ♡ DONATE NOW

◢ All Things Considered

Clay Masters and Gretchen Brown  ·  October 10, 2025 4:00 AM

# St. Paul solved more crimes, had drastically fewer homicides in 2025



Ramsey County Attorney John Choi in an MPR News file photo. Choi credits focus on non-fatal shootings for the city of St. Paul's remarkable rise in crimes solved.     Matt Sepic | MPR



**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

Save    SHARE

MPR News has reported on the city of Minneapolis as it struggles to solve crimes. In 2024, the Minneapolis Police Department solved just 23 percent of nonfatal shootings.

But a remarkable shift is under way in St. Paul. The city is on track for a 70 percent drop in homicides by the end of 2025. And they're solving more than 70 percent of crimes.

Ramsey County Attorney John Choi credits a new non-fatal shooting initiative and recently spoke to the Minneapolis City Council about what's working in St. Paul, in hopes the cities might be able to learn from each other.

*Choi spoke to All Things Considered host Clay Masters about the city's approach. Click on the audio player above to hear the conversation. The transcript below has been edited for length and clarity.*

## St. Paul was inspired by the 'Denver model.' What is the idea behind that?

Well, it's a relatively simple concept. We're treating a non-fatal shooting incident like we would a homicide. So, an intensive effort right away after the incident, working on trying to develop the evidence. In a homicide, the victim is not present, because they've died. In a non-fatal shooting, they are but oftentimes what happens is that a victim or witness does not want to participate with the police investigation or the prosecution, and then, given the reality of just investigators being so busy, it provides a good reason to move on to the next case.

But we've developed an understanding that we want to focus on solve rates so non-fatal shootings became a priority to try to improve that solve rate. Before we started the project in St. Paul, it was about 37 percent and it's now 70 percent, and our initial goals were just to get it over 50 percent, so a lot of great work has happened there.

## Can you kind of walk us through some of the changes that were implemented to arrive to where you are now?

**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

conversations at the beginning part of the pandemic, where we were blaming each other for some of the uptakes.

## What are some of these agencies?

Well, the courts, the prosecution, the police, county commissioners, city council, mayor, everybody was somehow getting some blame for something, and it was easy for us to deflect. The first thing was that we had to stop doing that and actually start listening to one another.

We created the Violence Reduction Leadership Group in March 2021, and we started talking about some of the things that we really needed to work on together. So it starts from that ecosphere, where we get beyond that and recognize that we have to show up with some sense of humility and grace and then start working better together.

One of the things that we prioritized were solve rates — clearance rates — and this is one of them. We went out to Denver as a group, and some representatives from Hennepin County came and we learned about the Denver model, which was to have an intense effort around those investigations.

Then I want to give credit where credit is due: with the mayor and the city council in St. Paul utilizing the money that they were given by the state to do this project. Ramsey County commissioners also allocated money to my office to work on an emergency victim witness fund and a whole bunch of things that cobbled together this project.

It starts with the investigations. It would seem easy just to create a standalone unit within the St. Paul Police Department, but that's really hard, especially in the context of not having enough police, but they were able to do it because they got the leadership from the mayor and the resources, and the chief implemented it and created a standalone unit with a really excellent commander who's leading it, and she really, really wants to make a difference. Then, of course, we have to have a dedicated prosecutor, working with those investigators. That's what we did, and working together, we are getting some really good outcomes and we're trying to reduce shots fired down 30 percent, homicides at an all-time low. We have nine homicides. That's going to be an all-time low — if we knock on wood because the year is not over.

## many fewer non-fatal shootings solved?

Well, I think there's a there's a complexity to that. And so first of all, there's a difference between St. Paul and Minneapolis in terms of having enough police officers. There's clearly an issue in Minneapolis that needs to be addressed, and if you don't have enough you're not going to have enough investigators, right? So I think that's the first thing that they've got to get right.

Because I really believe that one of the most important things that we can do around public safety is actually apprehending people who are committing crime, especially the violent crime. And we got to solve those crimes. If we don't, we lose the trust in communities. So we start there to make sure that we have enough, and then we focus on making sure that we create a standalone unit, because other attempts across the country have failed when they try to put it into a homicide unit. They actually have to have a standalone unit to actually, I think, drive these outcomes.

## So why are so many fewer non-fatal shootings solved then?

I don't know what the issue is in Minneapolis, but in St Paul, I know that we have some good collaboration happening. Historically, St. Paul has immense trust with its community, and we're doing lots of things to gain that trust, even more today. We've always had a homicide clearance rate of over 90 percent with a small dip in during the pandemic. When I go around talking about this around the country, nobody ever believes me, because it's so high. I think a big part of it is having that community trust.

## How can the community get involved and voice their concerns or help out?

The most important thing to reducing crime, addressing crime is making sure that we solve crimes. So of all the things that we care about, like sexual assaults, homicides, non-fatal shootings, maybe auto thefts, we need to have the conversation of what is our solve rate, right? And then if it's low, it's not that someone's doing something wrong. Let's use it as an opportunity to make change.

↘ How young people – and their parents – can stay safe at protests
↘ Twin Cities families band together to support kids during ICE surge

**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

**Dear reader,**

Your voice matters. And we want to hear it.

Will you help shape the future of Minnesota Public Radio by taking our short Listener Survey?

It only takes a few minutes, and your input helps us serve you better—whether it's news, culture, or the conversations that matter most to Minnesotans.

Take the MPR Listener Survey now »

## News you can use in your inbox

Enter your email

SUBSCRIBE

Terms

Program Schedule     Station Directory

**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

Providing Support for MPR. Learn More

**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

♡ DONATE NOW

About MPR News

Careers

Contact Us

Events

Frequently Asked Questions

Fundraising Credentials

More from MPR

Newsletters

Outages

Press

Privacy

Shop

Staff Directory

Stations

Terms

Why Trust Us

**Get the app**





**Stay Connected to MPR News**

© 2026 Minnesota Public Radio. All rights reserved.



**ON AIR**
FREAKONOMICS RADIO WITH STEPHEN J. DUBNER

✦ The Minnesota Star Tribune

---

**ST. PAUL**

# Violent crime is down in St. Paul. Here's what's working.

The St. Paul Police Department's new nonfatal shooting unit and World Youth Connect have taken different approaches to curb shootings and other serious crimes before they lead to homicides.

**By Louis Krauss**
The Minnesota Star Tribune

JUNE 3, 2025 AT 6:00AM



Members of World Youth Connect fill balloons during a group meeting on May 20 in St. Paul. The group, founded by Ofir Germanic and DeJiohn Brooks, leads efforts to assist young people which in turn helps improve public safety. (Richard Tsong-Taatarii/The Minnesota Star Tribune)

Rayvon Bruce, a 17-year-old whose uncle was shot and killed roughly two years ago,

knows the toll gun violence takes on his St. Paul community all too well.

In the same year, his circle was devastated by the death of Devin Scott, a 15-year-old who was fatally stabbed in a fight on his first day attending Harding High School. But so far in 2025, Bruce – who once carried a gun himself for protection until it got him trouble with the law – said he's noticed the violence is seeming to ebb compared to recent years.

"Right now, St. Paul is calming down," said Bruce, who now works as one of the teen leaders of the community nonprofit group World Youth Connect.

Up until May 28, St. Paul went without a homicide by firearm in 2025 – the three others that occurred were stabbings. As of May 29, St. Paul had a roughly 51% decrease in nonfatal shootings so far in 2025 compared to the same period last year. The city has seen four homicides this year, compared to 11 at this time last year.

So, what's contributed to the positive trend?

St. Paul Police Cmdr. Nikkole Peterson and Assistant Chief Paul Ford credit a joint effort between the department's new nonfatal shooting unit, along with Ramsey County prosecutors, and the city's Office of Neighborhood Safety which works with outreach groups such as World Youth Connect.

## New unit leads to surge in clearance rate

The idea for the police department's nonfatal shooting unit came after Mayor Melvin Carter met with Police Chief Axel Henry and asked him why the city had such a low rate of solving nonfatal shootings, despite having a much higher rate for solving homicides.

St. Paul police has consistently ranked among the best cities for homicide "clearance rate" – how often police close a case through an arrest or an exceptional reason such as a suspect dying. It ranged from 89% to 93% clearance rate for homicides since 2020.

Meanwhile only 21% of nonfatal shootings were cleared in St. Paul in 2021. That rate rose slightly but still remained low in 2022 and 2023.

To fix this, police decided to create a team dedicated to investigating nonfatal shootings with the same speed, level of resources, and intensity as homicides. It was modeled after a similar unit created by Denver police, and in late 2023 officials from St. Paul police, Ramsey County and the Minnesota Bureau of Criminal Apprehension flew to Colorado to study Denver's success.

St. Paul police picked a team of eight investigators for the unit led by Peterson, while a community engagement specialist was added to the department to build connections with the victims and surrounding community.

After the unit launched in January 2024, St. Paul's clearance rate for nonfatal shootings nearly doubled, from 38% in 2023 to 71% in 2024.

Prior to the unit's creation, nonfatal shooting investigations relied more heavily on victim statements, and in many cases the victims would not be cooperative, Peterson said.

The investigations were also slower. When someone was shot and survived, the case wouldn't be assigned to an investigator until the next day, and maybe longer if it was the weekend. Now, the nonfatal unit responds in real time just like in the case of a homicide.

Instead of focusing on statements, the nonfatal shooting unit takes a more evidence-based approach, relying on surveillance cameras, cell phone information and forensic evidence. The investigators approach the cases the same as a homicide, meaning they will file multiple search warrants and re-interview victims if needed.

"There's really no magic that happens, you just have to work the cases, which is exactly what we have really focused on," Peterson said.



Commander Nikkole Peterson of the St. Paul Police Department is leading the department's new nonfatal shooting unit. (Louis Krauss)

The unit's work is also contributing to the city's low homicide count for 2025, Peterson noted, since perpetrators are more often being arrested and don't have a chance to reoffend.

"If you're shooting at someone, your intent is to kill someone," she said. "So if we're working on solving those and taking their guns away and holding them accountable, we've seen that it has translated currently to reduced homicide rates as well."

Ramsey County Attorney John Choi's office has been working closely with the new unit, and has a dedicated prosecutor who's assigned to the nonfatal cases and makes sure investigators get the required evidence to charge the suspect.

The unit was created using a $2.9 million grant from the state that is funding it through the end of 2026. Ford, who helped pick the investigators for the unit, said while he wasn't shocked that the clearance rate went up, it's been a bigger jump than he anticipated.

"I had no doubt that we were going to see the clearance rate and solvability rates go up, but not at that level," Ford said.

Minneapolis police do not have a nonfatal shooting unit. But the city's department is currently in talks with the Hennepin County Sheriff's Office and the state's Bureau of Criminal Apprehension to create a new team of investigators for shootings, Minneapolis Chief Brian O'Hara said in an email.

"The problem is staffing and the volume of investigations," O'Hara said. "I believe every nonfatal shooting should be treated like a homicide, but in order to do that, we need a significant increase in manpower."

## World Youth Connect providing new pathways for teens

While St. Paul police are taking front-end measures to stop shootings, community groups like World Youth Connect have played an important role by building positive relationships and interrupting violence before it can happen.

The group, co-founded in 2021 by Ofir Germanic and CEO DeJiohn Brooks, regularly holds youth-led meetings for boys and girls, and encourages members to resolve their issues peacefully instead of retaliating with violence. They are funded by the city's Office of Neighborhood Safety, and Brooks said all of its members are compensated by either a stipend or a payment of at least $15 per hour.

Brooks described the group's mission as giving the city's youth a way to have positive connections instead of turning to violence, as well as leadership opportunities.



World Youth President Yasmin Tensley gives directions for a group project during a World Youth Connect event in St. Paul on May 20. (Richard Tsong-Taatarii/The Minnesota Star Tribune)

"We want to uplift opportunities for our young people and really just push connections, and having relationships with people, in more of a positive light," Brooks said.

Bruce was led to World Youth Connect while he was on probation for an illegal gun possession charge, which he said stems from the fear instilled by his uncle's murder.

"For him to just get shot and killed by a bullet made me feel like I needed to carry a gun to protect myself and my family," he said.

Police stopped him because he fit the description of a different youth suspect they were looking for, Bruce said. They arrested him after finding the gun.

The nonprofit has given Bruce a new outlook on life, as well as a welcoming community setting where he can openly share his experiences without fear of feeling judged.

"They gave me an outlet to express myself and feel heard," Bruce said.

The teen said he recently found himself having a pleasant conversation with someone who in the past he would have fought with. With roughly 50 to 60 youth members, Bruce

and Brooks said they're confident World Youth Connect is assisting with reducing the city's shooting totals.



World Youth Connect CEO DeJiohn Brooks and Ofir Germanic chat during an event in St. Paul on May 20. (Richard Tsong-Taatarii/The Minnesota Star Tribune)

Beyond group conversation, World Youth Connect's leaders have organized events to hand out gun locks so families can prevent their children from using guns, and meetings with police officers in a casual setting to educate kids about their jobs and services they provide.

On May 16, Germanic and Brooks brought some of World Youth Connect's young leaders to a convention in Minneapolis to highlight their work. A couple of the kids said it was their first ever time in downtown Minneapolis.

They got a chance to talk about their work with Attorney General Keith Ellison who was speaking at the event. Asked about St. Paul's positive trends in reducing shootings, Ellison agreed that it's due to a group effort that includes law enforcement and nonprofits such as World Youth Connect that he says play a vital role.

"What stops a kid from settling a score with a gun? Well, it's intervention of their peers and friends," Ellison said in an interview. "It's somebody saying you don't have to handle

Exhibit 13

ⓘ **StPaul.gov 2.0 is here! Discover the new features and improvements ›**

## Police

Body Worn Camera/LPR Reports

Use-of-Force Report (2024)

21st Century Policing Report

Police Community Feedback Survey

Traffic Stop Data

Civilian Review Board

Crime Statistics ⌄

Saint Paul Police ADA Transition Plan

Join SPPD

Connect with the Department ⌄

Professional Development Institute

Emergency Notification System

Projects

Department History ⌄

File a Police Report

Problem Properties ⌄

Level II Notifications

Fingerprint Information

Pedestrian and Bike Crash Data - City of St. Paul

Public Auctions

Zap Underage Drinking

Blueprint for Safety

Administration-Office of the Chief ⌄

MN Crime Free Multi-Housing Program ⌄

Crimes of Bias or Hate Expand All

Saint Paul Police Manual ⌄

**Departments** / **Police** / 21st Century Policing Report

# 21st Century Policing Report

**Last Edited:** September 4, 2024

# Trust. It's critical to the stability of our city, the safety of the people we serve and the criminal justice system.

In 2014, a task force was brought together to identify best practices and recommendations for how police departments across the country can promote effective crime reduction while building trust. The task force developed recommendations, each with action items around six "pillars," which are listed below and widely lauded as the gold standard of policing for the 21st century.

With a strong foundation of transparency, trust and service with respect, the Saint Paul Police Department is using these pillars to build an even better agency—a model police department for the 21st Century. This site reflects our efforts to achieve the goals outlined in the "Final Report of the President's Task Force on 21st Century Policing." It will be updated as we progress towards our goals. And it will help us as we continue to build trust with all we serve.

## Pillar 1: Trust and Legitimacy

Explore

## Pillar 2: Policy and Oversight

Explore

## Pillar 3: Technology and Social Media

Explore

## Pillar 4: Community Policing and Crime Reduction

Explore

---

# **Pillar 5: Training and Education**

Explore

---

# **Pillar 6: Officer Wellness and Safety**

Explore

The sworn and civilian employees of the Saint Paul Police Department, who serve and protect the city of Saint Paul, have embraced the pillars and committed to implementing the recommendations that apply to local police departments. While the department already achieves a vast majority of the recommendations included in the report, we are committed to doing even better.

## See How We're Doing

The Saint Paul Police Department is committed to delivering trusted service with respect—every day, without exception. Use this site to see how we're working to build trust, be transparent and keep Saint Paul safe for everyone

# About the Saint Paul Police Department

The Saint Paul Police Department promotes safe and healthy neighborhoods in Minnesota's capital city. The department employs approximately 800 people, including 575 sworn officers who respond to nearly 300,000 calls for service and investigate about 13,000 Part I crimes each year. The department leadership and staff are committed to delivering trusted service with respect—every day, without exception—saying, "We are not simply the police department, we are your police department."



Trusted Service with Respect

# Connect with the Saint Paul Police Department

- Online - www.stpaul.gov/police
- Twitter - @SPPDmn
- Facebook – facebook.com/stpaulpolice
- Instagram - @sppd_mn

Exhibit 14



**SAINT PAUL POLICE**
*Service with Purpose*

The Saint Paul Police Department has been receiving numerous inquiries related to the current immigration activities happening around the U.S. It is important to us that our community is provided with factual information:

- SPPD does not have the authority to arrest or detain people solely for immigration status.

- To participate in this type of program, SPPD would need to sign a Memorandum of Agreement (MOA) with U.S. Immigration and Customs Enforcement (ICE), giving us that authority. No MOA exists, nor has one been requested by either SPPD or ICE.

- SPPD will only detain or arrest people with probable cause or a warrant for a crime in our local jurisdiction, not a crime of entering the country.

- SPPD officers are required to be in uniform or have clear SPPD markings on them when engaged in arrest activities. This means if you see a SPPD officer or our markings (i.e. squad, vest, jacket) in the community, it is not an immigration detail.

> **If you need assistance determining if someone has been detained by ICE, contact the ICE Field Office for the Midwest at 612-843-8600 or use the ICE Online Detainee Locator System at locator.ice.gov/odls/#/search**

Exhibit 15



ON NOVEMBER 25, 2025, FEDERAL AGENTS WERE WORKING A DETAIL ON THE 600 BLOCK OF ROSE AVENUE IN SAINT PAUL. WHEN THE FEDERAL PERIMETER WAS BROKEN BY PROTESTORS, SAINT PAUL POLICE OFFICERS WERE CALLED TO ASSIST. THE STREET WAS COMPROMISED WITH FOOT AND VEHICLE TRAFFIC, AND A DANGEROUS SITUATION WAS UNFOLDING. SAINT PAUL POLICE OFFICERS STOOD BETWEEN PROTESTORS AND FEDERAL AGENTS, SO PROTESTORS COULD EXPRESS THEIR FIRST AMENDMENT RIGHTS AND FEDERAL AGENTS COULD COMPLETE THEIR LEGAL OBJECTIVES.



DURING THESE EVENTS, OFFICERS USED CHEMICAL IRRITANTS. AS WITH ANY USE OF FORCE THAT OCCURS, THE SAINT PAUL POLICE DEPARTMENT WILL BE COMPLETING A COMPREHENSIVE REVIEW OF THE ENTIRE INCIDENT.

THE CITY OF SAINT PAUL SEPARATION ORDINANCE 44.01 IS CLEAR THAT SAINT PAUL POLICE OFFICERS WILL WORK COOPERATIVELY WITH ALL FEDERAL AGENCIES, BUT THAT SAINT PAUL POLICE OFFICERS DO NOT ENFORCE FEDERAL IMMIGRATION LAWS.