UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 0:26-cv-00190<br><br>**CERTIFICATE OF SERVICE** |

Sara Lathrop certifies that on January 12, 2026, she served the following:

1. Flash drive containing Exhibits 1, 2, 3, 4, 5, 6, 28, 29, 30, and 31 to the Declaration of Sara Lathrop in Support of Plaintiff's Motion for a Temporary Restraining Order.

on the following:

US Attorneys Office
300 South Fourth Street, Room 600
Minneapolis, MN 55415

By personally delivery with a letter addressed to Civil Chief Ana Voss at the address set forth above.

Dated: January 12, 2026                 */s/ Sara J. Lathrop*