UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>　　　　　Defendants. | Case No. 0:26-cv-00190<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that he shall appear as counsel on behalf of Defendant City of Minneapolis in this matter.

Dated:  January 14, 2026               KRISTYN ANDERSON
                                       City Attorney

                                       By */s/ Adam E. Szymanski*
                                       ADAM E. SZYMANSKI (#3997704)
                                       Assistant City Attorney
                                       Minneapolis City Attorney's Office
                                       350 South Fifth Street, Room 210
                                       Minneapolis, MN 55415
                                       (612) 673-2186
                                       adam.szymanski@minneapolismn.gov

                                       *Attorney for Defendant City of Minneapolis*