UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>        Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>        Defendants. | Case No. 0:26-cv-00190<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that he shall appear as counsel on behalf of Plaintiff City of Minneapolis in this matter.

Dated:  January 14, 2026                KRISTYN ANDERSON
                                        City Attorney

                                        By */s/ Michael A. Brey*
                                        MICHAEL A. BREY (#398620)
                                        Assistant City Attorney
                                        Minneapolis City Attorney's Office
                                        350 South Fifth Street, Room 210
                                        Minneapolis, MN 55415
                                        (612) 673-2186
                                        michael.brey@minneapolismn.gov

                                        *Attorney for Plaintiff City of Minneapolis*