## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>    Defendants. | Civ. No.: 26-cv-00190-KMM-DJF<br><br><br>**CERTIFICATE OF SERVICE BY CERTIFIED U.S. MAIL** |

I certify that on January 13, 2026, I caused the following documents:

- Complaint;
- Civil Cover Sheet;
- Plaintiffs' Motion for a Temporary Restraining Order;
- Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order, along with its LR 7.1 (f) and (h) Certificate of Compliance Regarding Plaintiff's Memorandum;
- Declaration of Sara Lathrop and attached Exhibits, including a flash drive containing Exhibits 1, 2, 3, 4, 5, 6, 28, 29, 30, and 31;
- Declaration of Jacob Frey;
- Declaration of Jayne Discenza;
- Declaration of Heather Robertson;
- Declaration of Zoe Thiel;
- Declaration of Timothy Sexton;
- Declaration of Bob Jacobson;
- Declaration of Bryan Dodds;
- Declaration of Kaohly Her;
- Notice of Hearing on Motion;
- [Proposed] Order; and
- Certification of Service;
- Summons to Kristi Noem, Secretary of the U.S. Department of Homeland Security;
- Summons to John Condon, Acting Executive Associate Director of Homeland Security Investigations;
- Summons to UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
- Summons to Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement;
- Summons to Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations;
- Summons to UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;
- Summons to Rodney Scott, Commissioner of U.S. Customs and Border Protection;
- Summons to UNITED STATES CUSTOMS AND BORDER PROTECTION;
- Summons to Gregory Bovino, Commander of the U.S. Border Patrol; and
- Summons to U.S. Border Patrol; and
- Summons to David Easterwood, Acting Director, Saint Paul Field Officer, U.S. Immigration and Customs Enforcement.

to be served by placing true copies of the above documents and their Notices of Electronic Filing in sealed envelopes and mailing them by Certified U.S. Mail, postage paid, addressed as follows:

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Kristi Noem
Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

John Condon
Acting Executive Associate Director of Homeland Security Investigations
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Marcos Charles
Acting Executive Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

Civil Process Clerk
U.S. Attorney's Office
District of Minnesota
U.S. Courthouse
300 S 4th Street, Suite 600
Minneapolis, MN 55415

Attorney General Pamela Bondi
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Todd Lyons
 Acting Director of U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900

Rodney Scott
Commissioner of U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

| | |
|---|---|
| Gregory Bovino<br>Commander of the U.S. Border Patrol<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, D.C. 20229 | David Easterwood<br>Acting Director<br>Saint Paul Field Office, U.S. Immigration and Customs Enforcement<br>U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536-5900 |
| U.S. Border Patrol<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, D.C. 20229 | |

I further certify that I caused courtesy copies of the above-referenced documents to be emailed to the Civil Division Chief of the U.S. Attorney's Office for the District of Minnesota, Ana H. Voss, at the following email address: Ana.Voss@usdoj.gov.

Dated:  January 14, 2026

KEITH ELLISON
Attorney General
State of Minnesota

***/s/ Brian S. Carter***
BRIAN S. CARTER
Special Counsel
Atty. Reg. No. 0390613

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)
brian.carter@ag.state.mn.us

*Attorney For Plaintiff State of Minnesota*