

Office of the City Attorney
Kristyn Anderson
City Attorney
350 S. Fifth St., Room 210
Minneapolis, MN 55415
TEL 612.673.3000  TTY 612.673.2157
www.minneapolismn.gov

Direct 612.431.1826
sara.lathrop@minneapolismn.gov

January 19, 2026                                                            *VIA ECF*

The Honorable Kate M. Menendez
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE: *Minnesota v. Noem,* Court File No. 0:26-cv-00190 (KMM-DJF)

Dear Judge Menendez:

Pursuant to D. Minn. LR 7.1(f)(1)(D), Plaintiffs State of Minnesota, by and through its Attorney General Keith Ellison, the City of Minneapolis, and the City of St. Paul (collectively, "Plaintiffs") respectfully request the Court's permission to exceed the word limit on their memoranda of law in support of the Motion for Temporary Restraining Order (ECF Nos. 5-18) by up to and including 8,000 additional words. Plaintiffs acknowledge this request should have been made earlier but believe that the issues in this case are of great importance and require additional argument.

On January 12, 2026, Plaintiffs commenced an action against Defendants, asserting, among other things, violations of the Tenth Amendment (Count I) and Equal Sovereignty (Count II). (ECF 1, Count I, at 53-57, ¶¶ 188-205, Count II, at 58-60, ¶¶ 206-214). Plaintiffs immediately filed their Motion for a Temporary Restraining Order. (ECF No. 5.) In support of their Motion, the Parties filed eight different declarations, detailing their harms from the Surge. (ECF Nos. 9-16.) Plaintiffs' Memorandum in support of the Motion addressed justiciability, the Constitutional violations of Counts I and II, and the irreparable harm caused by the mass deployment of federal immigration agents. (*See* ECF No. 8.) Plaintiffs used 11,553 words in the Memorandum. (ECF No. 8-1.)

On January 14, 2026, the Court held a status conference with the parties. (*See* ECF No. 21.) The Court set Defendants' response deadline for January 19, 2026, at 6:00 P.M. CST and Plaintiffs' reply deadline for January 22, 2026, at 6:00 P.M. CST. (*Id.*) On January 19, 2026, at 1:14 p.m., Plaintiffs informed Defendants that Plaintiffs intended to request additional 8,000 words for a reply, and did not object if Defendants would like to ask for

additional words, and further asked if Defendants would be willing to so stipulate. Plaintiffs have not yet received a response from Defendants.

Since Plaintiffs filed their motion, Defendants' actions have escalated[1] and the statements made by several Defendants shed new light on the sovereignty issues that are central to this case. In addition to new facts and their impact on the legal issues, Defendants will undoubtedly raise justiciability issues which Plaintiffs will need to address in their reply. Plaintiffs respectfully request the additional words to address a Constitutional issue that is factually complex and evolving each day. Plaintiffs therefore respectfully request permission for an additional 8,000 words for their memoranda in this case.

Respectfully submitted,

/s/ *Sara J. Lathrop*

Sara J. Lathrop
Assistant City Attorney

cc: All counsel of record

---

[1] Trump's Threat to Invoke the Insurrection Act, Explained | American Civil Liberties Union