UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*, in their official capacities,

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f), (h)**

_____

The undersigned attorney for Defendants certifies that the Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order / Preliminary Injunction complies with the type-volume limitation of D. Minn. Local Rule 7.1(f) and the type-size limitation of D. Minn. Local Rule 7.1(h).  The Memorandum has a total of 7379 words in Times New Roman font size 13, which includes all text, headings, footnotes, and quotations in the Word Count.  It was prepared using Microsoft Word for Microsoft Office 365.

Dated: January 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney
    General

 /s/ Andrew I. Warden
ANDREW WARDEN (IN #23840-49)
Assistant Branch Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*