# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>        Plaintiffs,<br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, i*n his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,*<br><br>        Defendants. | Court File No.  0:26-cv-00190-KMM-DJF<br><br><br><br>**MEMORANDUM IN SUPPORT OF MOTION OF THE MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Minnesota State Bar Association, the Hennepin County Bar Association, the Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association (collectively, "Bar Associations") respectfully request leave of this Court to submit the attached *amicus curiae* brief in support to the Plaintiffs' motion for a preliminary injunction, and supporting declaration of Cheryl Dalby and certificate of compliance. (*See* Declaration of Anna Petosky, Exs. A-C.)

The Bar Associations collectively include over thirteen thousand Minnesota attorneys and judges from diverse backgrounds and lived experiences. Upon admission to the Minnesota bar, all lawyers admitted to practice in Minnesota, many of whom are now members of the Bar Associations, take an oath to uphold the Constitutions of the United States and the State of Minnesota. *See* Minn. Stat. § 358.07(9).

For generations, the Bar Associations have remained committed to improving accessibility, fairness, and trust in Minnesota's legal system. The Bar Associations regularly work with judges, prosecutors, criminal defense attorneys, legal aid providers, attorneys in the full range of private practice, and community organizations committed to reducing barriers to justice and to upholding the rule of law. The unprecedented and disruptive actions caused by Defendants' "Operation Metro Surge," as described in Plaintiffs' Complaint and detailed in sworn declarations of city officials, implicate the Bar Associations' core missions: to promote access to justice, advocate for the rule of law, and ensure the professional excellence and wellbeing of those in the legal profession.

2

In this case, the Bar Associations request leave to submit an *amicus curiae* brief that will aid this Court in its deliberations by providing additional argument to assist the Court in balancing the equities and the public interest in determining whether to grant Plaintiffs' preliminary injunction. Specifically, the Bar Associations' *amicus curiae* brief will address how Defendants' actions are undermining access to justice. For example, the evidence and information this Court indicate that actions relating to Operation Metro Surge has (1) made individuals afraid of accessing or utilizing the legal system because of the risk that doing so will expose them to unrelated immigration consequences, including unlawful detention and violence; (2) made it less likely that residents will report crimes, participate as witnesses in prosecutions, or seek legal redress for the harms they have suffered; (3) strained limited police resources and thereby decreased public safety; (4) negatively impacted amici members' ability to represent clients and caused detrimental personal and professional impacts; (5) created an environment where attorneys cannot reliably advise clients on how to conform their conduct to the law because of unlawful arrests and intimidation by government agents; and (6) undermined the rule of law, including by concealing the identities of agents, which is unlawful in Minnesota, and which reduces accountability and escalates fear.

The Bar Associations are uniquely positioned to present arguments to the Court on how Defendants' Operation Metro Surge has denied access to justice and undermined the rule of law. Thus, the Bar Associations respectfully request that this Court grant them leave to file the attached *amicus curiae* brief in support of Plaintiffs' preliminary injunction motion.

Dated:  January 19, 2026          **MASLON LLP**

By: */s/Peter C. Hennigan*
       William Z. Pentelovitch (#85078)
       Anna Petosky (#388163)
       Peter C. Hennigan (#031089X)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   bill.pentelovitch@maslon.com
            anna.petosky@maslon.com
            peter.hennigan@maslon.com

**ATTORNEYS FOR AMICUS CURIAE MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION**