# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL, | Court File No.  0:26-cv-00190-KMM-DJF |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, i*n his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,* | **MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION'S  LR 7.1(F) AND LR 7.1(H) CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

I hereby certify that the Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association's Memorandum of Law in Support of Motion for Leave to file Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 524 words, including headings, footnotes and quotations.

I further certify that the accompanying document was created in Microsoft® Word for Microsoft 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. Any text in images not counted by the word processing program has been counted manually and added in to arrive at the above-stated total word count.

**[rest of page intentionally blank; signature follows]**

Dated:  January 19, 2026            **MASLON LLP**


By: */s/Peter C. Hennigan*
    William Z. Pentelovitch (#85078)
    Anna Petosky (#388163)
    Peter C. Hennigan (#031089X)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   bill.pentelovitch@maslon.com
         anna.petosky@maslon.com
         peter.hennigan@maslon.com

**ATTORNEYS FOR AMICUS CURIAE
MINNESOTA STATE BAR ASSOCIATION,
HENNEPIN COUNTY BAR ASSOCIATION,
RAMSEY COUNTY BAR ASSOCIATION,
MINNESOTA WOMEN LAWYERS,
MINNESOTA ASIAN PACIFIC AMERICAN
BAR ASSOCIATION, MINNESOTA
ASSOCIATION OF BLACK LAWYERS,
MINNESOTA HISPANIC BAR ASSOCIATION,
AND THE SOMALI BAR ASSOCIATION**