# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, i*n his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,*<br><br>　　　　　Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br><br>**DECLARATION OF ANNA PETOSKY IN SUPPORT OF *AMICUS CURIAE* BRIEF MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

STATE OF MINNESOTA )
                               ) ss
COUNTY OF HENNEPIN )

      I, Anna Petosky, declare under penalty of perjury, that:

      1.     I am an attorney with Maslon LLP which represents Amici Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association in this case. I make this Declaration in Support of the Motion of the Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction.

      2.     Attached as **Exhibit A** is a true and correct copy of the Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

      3.     Attached as **Exhibit B** is a true and correct copy of the Compliance Certificate for the Amicus Curiae Brief Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the

Somali American Bar Association in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in this above matter.

4. Attached as **Exhibit C** is the Declaration of Cheryl Dalby in support of Amicus Curiea Brief of the Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my best knowledge, information and belief.

Dated: January 19, 2026         */s/Anna Petosky*
                                Anna Petosky