# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>    Plaintiffs,<br>  v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, i*n his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,*<br><br>    Defendants. | Court File No.  0:26-cv-00190-KMM-DJF<br><br><br>**[PROPOSED] ORDER GRANTING LEAVE TO MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Based upon the files, record and proceedings herein, IT IS HEREBY ORDERED:

1.      That the motion of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association for leave to file Amicus Curiae Brief in Support Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED; and

2.      That the Amicus Curiae Brief of the Minnesota State Bar Association, Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association in Support of Plaintiffs' Motion for Preliminary Injunction is hereby filed with this Court.

January ___, 2026

                                                 The Honorable Kate M. Menendez
Judge, United States District Court
District of Minnesota