# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, i*n his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,*<br><br>Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br>**AMENDED MEET AND CONFER STATEMENT REGARDING MOTION OF THE MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Peter Hennigan, on behalf of the Minnesota State Bar Association, the Hennepin County Bar Association, Ramsey County Bar Association, Minnesota Women Lawyers, Minnesota Asian Pacific American Bar Association, Minnesota Association of Black Lawyers, Minnesota Hispanic Bar Association, and the Somali American Bar Association (collectively, the "Bar Associations") submit this amended meet and confer statement (initial Meet and Confer Statement ECF 41) regarding the Bar Associations' attempt to obtain concurrence with the parties to this litigation regarding the Bar Associations' Motion for Leave to file Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction.

I am happy to report that *all parties* have consented to, or do not oppose, the Bar Associations' Motion for Leave to file Amicus Curiae Brief.

**[rest of page intentionally blank; signature follows]**

Dated: January 20, 2026         **MASLON LLP**

By: */s/ Peter C. Hennigan*
 William Z. Pentelovitch (#85078)
 Anna Petosky (#388163)
 Peter C. Hennigan (#031089X)
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402
(612) 672-8200
Email: bill.pentelovitch@maslon.com
   anna.petosky@maslon.com
   peter.hennigan@maslon.com

**ATTORNEYS FOR AMICUS CURIAE MINNESOTA STATE BAR ASSOCIATION, HENNEPIN COUNTY BAR ASSOCIATION, RAMSEY COUNTY BAR ASSOCIATION, MINNESOTA WOMEN LAWYERS, MINNESOTA ASIAN PACIFIC AMERICAN BAR ASSOCIATION, MINNESOTA ASSOCIATION OF BLACK LAWYERS, MINNESOTA HISPANIC BAR ASSOCIATION, AND THE SOMALI AMERICAN BAR ASSOCIATION**