# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>           Plaintiffs,<br>     v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,*<br><br>           Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br><br>**DECLARATION OF<br>CHERYL DALBY IN SUPPORT OF<br>AMICUS CURIAE BRIEF** |

                                                                                          EXHIBIT C

I, Cheryl Dalby, declare as follows:

1. I am the Chief Executive Officer of the Minnesota State Bar Association, the Hennepin County Bar Association, and the Ramsey County Bar Association (collectively, the "Bar Associations"). I submit this declaration based on my personal knowledge and in support of the Amicus Curiae Brief filed in support of Plaintiffs.

2. Collectively, the Bar Associations represent approximately 13,000 attorneys who practice throughout Minnesota in a wide range of legal settings, including private practice, government service, nonprofit organizations, and the judiciary, and who come from a wide range of racial, ethnic, religious, cultural, and professional backgrounds.

3. Since Immigration and Customs Enforcement ("ICE") increased its enforcement activities in Minnesota, I have heard directly from numerous attorneys and judges expressing concern for their personal safety and for the safety of their clients.

4. Attorneys of color have reported to me that, despite being United States citizens, recent federal immigration enforcement actions have led them to take additional steps to protect themselves and their families because of fear arising from the current immigration enforcement environment.

5. I have also heard from many attorneys who report experiencing increased mental health challenges associated with living and working under the current conditions. These attorneys have described heightened anxiety, depression, fear, and feelings of hopelessness that are affecting both their professional and personal lives.

6. In addition, attorneys have reported difficulty representing their clients because clients are afraid to come to law offices, attend court proceedings, or leave their homes as a result of the current immigration enforcement environment. Some attorneys, particularly attorneys of color, have expressed fear about leaving their own homes, further limiting their ability to represent their clients. Some legal employers have permitted attorneys and staff to work remotely in response to safety concerns. Many of the affected clients are United States citizens or individuals who are actively engaged in lawful immigration processes.

7. Furthermore, reports are now emerging that attorneys are being denied access to their clients at the Bishop Henry Whipple Federal Building in Minneapolis. Attached hereto as **Exhibit 1** is a true and correct copy of a news article written by Matt Rivers, Janice McDonald, and Armando Garcia titled "Lawyers allege Dept.

of Homeland Security is denying legal counsel to Minnesota detainees," published by ABC News at 7:22pm on January 18, 2026 at the following website: https://abcnews.go.com/US/lawyers-allege-dept-homeland-security-denying-legal-counsel/story?id=129335914.

8. Based on my experience communicating regularly with attorneys across Minnesota, these concerns are widespread and ongoing. In my 25 years of service as an executive director of a bar association, I have not previously encountered this level of fear or disruption affecting attorneys' ability to practice law and clients' ability to access legal representation.

9. This declaration is offered to provide the Court with information regarding the effects of the challenged conduct on attorneys, their clients, and the administration of justice in Minnesota, from the perspective of the professional organizations that serve those attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of January, 2026, in Minneapolis, Minnesota.

*Cheryl Dalby*

_____

Cheryl Dalby
Chief Executive Officer
Minnesota State Bar Association
Hennepin County Bar Association
Ramsey County Bar Association