UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 26-cv-00190 (KMM/DJF) |

**DECLARATION OF BREANNA PHELPS**

1

I, Breanna Phelps, declare as follows based on my personal knowledge, review of City records, and/or communications with appropriately knowledgeable persons:

1.      I am the Deputy Director of the City of Minneapolis' 311 Service Center. I have been with the 311 Service Center for three years and I oversee day-to-day operations, including the Minneapolis 311 Call Center and the Minneapolis Service Center.

2.      The 311 Service Center department serves as the City of Minneapolis's primary point of contact for residents seeking non-emergency information, services, and assistance. The department plays a critical role in connecting residents to City services, answering questions about City policies and programs, and helping people navigate complex systems—often during moments of stress or uncertainty.

3.      On a daily basis, 311 staff:

- Answer high volumes of calls, emails, and online service requests from residents and visitors.

- Provide information and guidance on a wide range of City services, including snow and ice removal, trash and recycling, street and sidewalk maintenance, housing and inspections, parking, and public works issues.

- Route service requests to the appropriate departments and track them through resolution.

- Serve as a frontline support system for residents who may not know

2

where else to turn, including people experiencing frustration, fear, or crisis.

- Support equitable access to City services by providing language access, clear explanations, and consistent information across departments.

- Help reduce unnecessary calls to emergency services by resolving non-emergency issues and directing urgent matters appropriately.

4.      Because 311 is often the first touchpoint to the greater City enterprise, changes in call volume, call complexity, or emotional intensity are felt immediately in both staff workload and service delivery. When 311 is strained, the impact ripples across all City departments and directly affects residents' ability to access timely, reliable City services.

**Impacts of Federal Immigration Enforcement on 311 Staff and Operations**

5.      Recent federal immigration enforcement activities in Minneapolis, including the fatal shooting of Renee Good, have affected our 311 staff and operations. The impacts are real and are showing up both in staff well-being and in our ability to deliver routine City services.

*Impact on Staff*

6.      *Increased Call Volume and Emotional Load.* Since the federal enforcement operation began, our call volume has increased noticeably:

- We are averaging about 280 more interactions per day than the same period last year.

3

- Many of these calls are highly charged and emotional, with residents expressing fear, anxiety, and confusion about the presence and actions of federal agents.

- Staff are also handling a higher volume of hostile, abusive calls and/or threatening calls, including from out-of-state callers reacting to national news coverage.

The nature of these calls has ranged widely and includes:

- Angry, hateful, or inappropriate comments directed at the Mayor, the Chief of Police, and MPD as a whole.

- Anger about how the City is, or is not, handling enforcement-related issues.

- Racist comments about the people targeted by ICE.

- Calls expressing support for ICE's activities, paired with anger, obscenities, and hateful language toward community members who are protesting.

- Calls from individuals opposed to ICE expressing anger and obscenities about what they believe the City should be doing differently.

7. *Mental Health and Time Off.* The emotional intensity of these interactions has had a direct impact on staff well-being:

- Employees are taking unscheduled mental health days after handling

4

consecutive days of high-stress calls.

- Many staff have reported increased anxiety and physical stress following repeated exposure to emotionally intense and/or hostile calls.

- Leadership has had to intervene by pulling staff off calls and requesting HR to provide structured support on coping with emotionally charged interactions.

### *Impact on Operations*

8. *Diverted Resources*. The surge in enforcement-related calls has:

- Tied up phone lines and staff capacity that would normally be dedicated to routine City services such as snow removal, trash pickup, street maintenance and inspections.

- Slowed response times for standard service requests because staff are spending more time on emotionally heavy, complex calls.

9. *Out*-of-State and Non-Local Callers. We are also seeing an increase in calls from outside Minnesota which:

- Consume staff time and detract from serving Minneapolis residents.

- Pull resources away from local issues and reduces our ability to respond efficiently to everyday service needs.

10. As a result, efficiency and response times have suffered. Hold times for routine calls have increased and callback requests have risen. Staff time and energy are increasingly focused on these crisis-oriented or emotionally charged interactions rather

than resolving standard City service requests.

11.    Overall, the combination of increased call volume, emotionally intense interactions, hostile and abusive rhetoric, and out-of-state interference has placed significant emotional strain on staff and operational strain on the 311 Service Center. Because 311 functions as the first touchpoint for City business, these pressures directly affect residents' access to timely, reliable, and equitable City services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of January, 2026 in Minneapolis, Minnesota

Breanna Phelps

6