UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>              Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>              Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br><br><br>**DECLARATION OF TODDRICK BARNETTE** |

1

I, Toddrick Barnette, declare as follows based on my personal knowledge, review of City records, and/or discussions with appropriately knowledgeable persons:

1.     I have served as the Commissioner of Community Safety of the City of Minneapolis since October 2023. In my role, I oversee the City's public safety-focused departments: the Minneapolis Police Department, the Minneapolis Fire Department, the Minneapolis Emergency Communications Center (911), the City's Emergency Management Department, and the City's Neighborhood Safety Department.

2.     Operation Metro Surge's continued operations in Minneapolis have harmed the City's public safety system in many ways.  The chaos wrought by Operation Metro Surge has resulted in serious financial and personnel costs to the City's public safety system, has diverted City resources away from City priorities and normal City services, and has interfered with the City's ability to protect the health, safety, and welfare of the Minneapolis community.

3.     The Minneapolis Fire Department ("MFD") operates Emergency Medical Services ("EMS") alongside private emergency transportation providers to render medical aid and hospital transport.  Between December 1, 2025 to January 18, 2026, MFD and other EMS services have had to respond to at least 34 medical calls that resulted from the actions of Defendants' agents. This has included calls by community members requiring medical aid because they were injured in vehicle collisions involving Defendants' agents, and calls by community members who were negatively affected by Defendants' agents' use of pepper spray or tear gas, including one call for a baby reported as not breathing after exposure to tear gas thrown by Defendants' agents.

2

4.     The volume of calls to the City's 911 system related to Operation Metro Surge has skyrocketed since the last information provided to the Court.  From only January 8, 2026 – January 19, 2026, there have been at least 110 additional 911 calls which stem from ICE activity.  That means in the past twelve days there were more calls received by 911 than the total number of calls received the prior 30 days from December 9, 2025 – January 7, 2026.

5.     Between January 8-19, City of Minneapolis staff over all departments have received at least 130 reports or calls related to substantive ICE activities in the City, representing over 11 reports or calls per day, on average. This total is likely a substantial under-estimate, as certain community-facing City staff receive extensive direct reports from community members on a daily basis, making consolidated tracking and logging impossible. The majority of these reports (41%) relate to ICE agent sightings, followed by reported detentions (20% of reports), other issues (12%), verbal encounters (9%), protest actions (8%), physical assaults (7%), and ICE staging activities (3%).

6.     Since January 8, 2026, the City's 911 system continues to receive calls where the caller is reporting suspicious activity that is ICE agents, but is mistaken for what would be otherwise illegal activity (stalking, kidnapping, assault, etc.) because the caller is not sure if the actors are indeed federal personnel. This is the natural outgrowth of ICE personnel not consistently wearing standardized uniforms and oftentimes being masked.  911 also continues to receive calls asking to report personal injury or property damage caused by Defendants' agents.  These calls range from calls about reckless behavior by Defendants' agents, such as unsafe driving, to harm from uses of force by

3

Defendants' agents against community members who have required Police or Fire (EMS) response.

7.  In Mayor Jacob Frey's Declaration, dated January 12, 2026, he described the impact to scheduling for the Minneapolis Police Department ("MPD"), including cancelled days off and increased overtime, due to MPD's need to respond to Defendants' immigration enforcement activities.  Since then, MPD staffing continues to be strained on a daily basis in order to address the elevated needs resulting from federal actions. Officers continue to work longer shifts as a result, and additional scheduled days off have been cancelled in order to have sufficient staffing to address the threats to public safety caused by Operation Metro Surge.

8.  MPD currently has just above 600 active sworn police officers and has had to use costly overtime at an extremely elevated rated since Operation Metro Surge began. As was described in Mayor Frey's Declaration, on January 7, 2026, MPD created a new overtime code for officers working overtime to provide public safety in response to Defendants' immigration enforcement activities in Minneapolis.  As of the date of this Declaration, for the period between January 7 and January 11, 2026, officers have entered approximately 13,900 hours of overtime at the anticipated cost of $1.92 million.

9.  MPD continues to schedule two police lieutenants to monitor public safety needs due to Defendants' immigration enforcement activities.  Minneapolis SWAT, Strike Team, and Unmanned Aerial Vehicle Team continue to be on paid-on call status so they are prepared to respond to public safety needs due to Defendants' immigration enforcement activities.

10.     Every 911 call that comes in related to ICE activities is assessed by the lieutenant on duty to determine whether there needs to be a response by MPD officers. This often requires additional investigation, such as attempting to locate a reported incident with city cameras, sending a drone, or sending an officer to assess the situation. This takes the time and resources not only of the 911 call-taker, the lieutenant, but all the MPD personnel that gather the intelligence needed to make those urgent decisions about whether a response is necessary to maintain public safety.

11.     On December 15, 2025, at around 1:30 p.m., Minneapolis Police Department officers responded to a reported request for "HELP" from ICE agents at 29th Street and Pillsbury Avenue. A "HELP" request is a high-priority law enforcement distress call that requires an immediate response by multiple MPD units due to the presumed presence of an imminent threat to officer or public safety.  Upon arrival, MPD officers determined that no law enforcement emergency existed. Approximately 100 demonstrators were present and were loud but peaceful, with no assaults, threats, property damage, or interference rising to the level of criminal conduct. ICE agents did not require police intervention related to officer safety. The actual assistance needed was logistical in nature. ICE vehicles had been parked in a manner that limited their ability to leave the area, and ICE personnel had not established an effective egress plan prior to their arrival. MPD officers tried to assist with safely disentangling the vehicles and facilitating their departure, but were not getting cooperation from agents. After almost 10 minutes, Assistant Chief Blackwell confirmed that no assaults or threats to life existed and then ordered all MPD personnel out of the area. The MPD personnel were all clear 9

minutes later.  MPD resources were diverted at emergency response levels for a situation that did not meet the threshold for a "HELP" call.  MPD units cleared the scene without arrests, use of force, or further incident.

12.    There has been a huge public reaction against Operation Metro Surge which has manifested in several peaceful protests of thousands of people.  On December 20, 2025, there was a peaceful protest in South Minneapolis.  On January 7, the day that Renee Good was killed by an ICE agent, thousands of individuals attended a vigil at the intersection where the shooting occurred.  On January 10, 2026, an estimated 10,000 community members participated in a protest at Powderhorn Park which was also entirely peaceful.

13.    Because the public sentiment against Operation Metro Surge is so strong, other protests have not remained fully peaceful, but in those situations, the MPD has issued dispersal orders, used crowd control methods, or made arrests where appropriate to maintain public safety.  The protests that have not remained peaceful have been situations where Defendants' agents were present, such as the shooting of Renee Good on January 7, 2026, a protest outside of a hotel where ICE agents were believed to be staying, and a non-fatal shooting on January 14, 2026.  The situation de-escalates quickly once Defendants' agents have left the scene.

14.    Since January 7, 2026, MPD still has had to investigate or respond to multiple calls to address abandoned vehicles after the driver was taken from the vehicle by Defendants' agents.  The calls include situations in which Defendants' agents have left the vehicles in the middle of busy streets, and in more than one situation have left the car

running and not in park, causing the car to roll until it came to a stop, usually by crashing into something.

15. Our efforts are keeping the peace in Minneapolis, but at a high cost that cannot be remedied by dollars. All of these efforts to respond to the chaos caused by Operation Metro Surge strain limited City personnel, siphon City resources, and prevent City personnel and resources from being used to advance City priorities. I have no doubt that Operation Metro Surge has made Minneapolis less safe, not more.

16. Defendants have stated that Operation Metro Surge is necessary because, they assert, the City will not help them with violent criminals, but that is not the case. For decades, the City has worked cooperatively and effectively with the federal government to investigate violent crime, and this partnership has been successful. As an example, the City has worked successfully with the U.S. Attorney's Office and federal agencies to apprehend and prosecute some of Minneapolis's most violent offenders in groundbreaking ways (https://www.mprnews.org/story/2023/08/16/feds-charge-another-14-people-in-minneapolis-gang-crackdown) and have worked regularly on complex issues like drug and human trafficking.

17. The City of Minneapolis does not operate a jail. Adults arrested in Hennepin County are taken to the Hennepin County Public Safety Facility which is run by the Hennepin County Sheriff's Office. No City of Minneapolis employees decide whether to hold individuals in jail on ICE detainers.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of January, 2026 in Minneapolis, Minnesota

_____       Toddrick Barnette