UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: |

**DECLARATION OF ERIK HANSEN**

I, ERIK HANSEN, declare as follows:

1. Since June 2, 2023, I have served as the Director of the Minneapolis Department of Community Planning & Economic Development (CPED).

2. The Economic Policy & Development Division within CPED is responsible for reducing barriers for people and businesses by providing workforce skill building, small business support, commercial real estate and business development assistance, licensing information, and education. As part of this work, CPED administers the permit process for "block events" within the city, that is, any event that will close a city street.

3. In January there were two large events scheduled to take place in the City of Minneapolis which had been in the planning process for several months: The Great Northern Festival and the Red Bull Heavy Metal Qualifier. The Red Bull Qualifier was completely cancelled and the Great Northern Festival partially cancelled due to concerns about federal immigration enforcement presence in the City of Minneapolis.

4. The Great Northern is an annual winter festival held in Minneapolis. The 2026 festival will span 5 days from January 28 to February 1. Both indoor and outdoor events were scheduled for the 2026 festival. The 2026 festival was expected to draw 8,000-15,000 attendees and generate around $800,000 in revenue. That would mean several thousand dollars in tax revenue for the City.

5. In the course of my work, it was reported to me that, on January 17, 2026, organizers of the Great Northern notified city staff that they made the decision to cancel all outdoor events of the 2026 festival. The reason given for the cancellation was due to

"safety and risk" concerns "given the current situation unfolding in Minneapolis," which we understood to refer to the large presence of federal immigration agents in Minneapolis and the risk that they might show up and disrupt the outdoor events.

6. Organizers withdrew permit applications previously submitted to the city of Minneapolis and the Minneapolis Park Board for the 2026 festival.

7. This reduction in event programming will lead to decreased sales tax revenue for the participating businesses and a reduced sales tax remission to the state and city.

8. Red Bull Heavy Metal is an annual snowboarding contest. Each year, Red Bull hosts multiple qualifier events in cities across the United States. The Twin Cities have been selected to host a Qualifier each year since 2024.

9. The 2026 Qualifier was scheduled to be held in Minneapolis on January 17, 2026, and was expected to draw over 1,000 attendees, with about 75% of those individuals coming from out of state.

10. It is especially beneficial for Minneapolis to draw individuals from out-of-town who come and stay at hotels in the city, eat at restaurants, and visit our entertainment venues. Additionally, showing Minneapolis to a national audience as a desirable destination has incalculable benefits to the city.

11. In the course of my work, it was reported to me that, on January 14, 2026, Red Bull organizers notified city staff that they made the decision to cancel the Minneapolis Qualifier. The reason given for the cancellation was because of recent events in Minneapolis, which we understood as referring to the presence of federal immigration agents and events such as the fatal shooting of Renee Good by a federal immigration agent.

12. Organizers withdrew permit applications previously submitted to the city of Minneapolis and the Minneapolis Park Board for the Minneapolis Qualifier.

13. This reduction in event programming will lead to decreased sales tax revenue for the participating businesses and a reduced tax remission to the State and the City.

14. Additionally, the harms trickle down to the local companies that provide tent rental, barricades, and other support for the events. The hotels lose out on the revenue from the guests, the restaurants from potential patrons, as well as entertainment venues and other local businesses.

15. Additionally, it is possible, if not likely, that, having cancelled their event in Minneapolis this year, Red Bull will find a new location to host the event and continue to use that location in future years.

16. The presence of these federal immigration enforcement agents is catastrophic for the event industry in Minneapolis in a way that I have not seen since the COVID-19 pandemic in 2020. The longer the massive presence of federal agents continues the more detrimental it will be to Minneapolis' event industry.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21ST day of January, 2026 in Minneapolis, Minnesota

_____
Erik O. Hansen