UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　　　Defendants. | Case No.:<br><br><br><br>**DECLARATION OF JEFFREY JOHNSON** |

I, JEFFREY JOHNSON, declare as follows:

1. I am the general manager of the Minneapolis Convention Center. I have worked in this role since May of 2010.

2. The Minneapolis Convention Center is a 1.6-million-square-foot meeting and event venue located in downtown Minneapolis, Minnesota, owned and operated by the City of Minneapolis.

3. The Minneapolis Convention Center provides about $250 million per year in economic impact to the regional economy and $20-25 million in direct revenue to the City of Minneapolis. Event activity in Minneapolis facilitates spending in the city which contributes sales and use taxes along with entertainment taxes in the amount of an estimated $100 million per year. These taxes help pay for the city's hospitality infrastructure.

4. The events at the Minneapolis Convention Center support over 8,600 local jobs and a larger hospitality workforce of more than 36,000.

5. Minneapolis Convention Center events also attract visitors to downtown Minneapolis and are vital to maintaining a safe and thriving downtown area.

6. On or about January 13, 2026, an event scheduled for the week of January 19, 2026, cancelled at the last minute. The event organizer cited concerns related to the increased federal immigration enforcement presence in Minneapolis. The event involved nearly 400 attendees from out-of-town.

7.   The City subscribes to an industry economic calculator that estimates economic impact of Convention Center events based on the local tax rate, city size, and other metrics. Based on this calculator, the estimated economic impact of this cancellation of the City of Minneapolis is approximately $435,000. Most of that is money that would have been spent in the city, with about $15,000 in local sales tax collection.

8.   When an event with a large number of individuals from out-of-town cancels it is particularly hard on the hospitality industry in Minneapolis as those hotel rooms are unlikely to be filled at the last minute in Minnesota in January. Minneapolis also collects a local lodging tax which would be affected by the cancellation.

9.   Events are booked usually about five years in advance. This means both that a cancelled event cannot be replaced at the last minute by another event, and that events happening today that affect the public perception of the desirability and safety of Minneapolis as a destination have long-term effects on the ability of the City to book events at the Convention Center and the City's economic vitality.

10.   Last week multiple of the Minneapolis Convention Center's other clients sought reassurance from us that, despite the federal immigration enforcement surge here, Minneapolis is still a safe place to come and visit.

11.   Clients rarely ask about the immigration status of people in Minneapolis. I cannot remember an event cancellation that is tied to a deportable individual in my 21 years of work at the Minneapolis Convention Center. Other than during the pandemic, event cancellations are extremely rare occurrences.

12. The future harms to the Minneapolis Convention Center from damage to Minneapolis' reputation caused by this federal surge is real but is impossible to quantify, and the sooner Minneapolis returns to normal operations the better it will be for the Minneapolis Convention Center.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of January, 2026 in Minneapolis, Minnesota

_____
Jeffrey Johnson