# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br>　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br>　　　　　　　*Defendants*. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable U.S. District Court Judge Kate M. Menendez<br><br>U.S. District Court Magistrate Judge Dulce J. Foster<br><br>*Filed Concurrently with:*<br>Brief of *Amici Curiae*<br>[Proposed] Order |

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed *amici* local governments and local government leaders seek leave of the Court to submit the attached amicus brief, which addresses the harm to the public interest, as reflected in the chaos which has unfolded in the Minneapolis and St. Paul metro areas (the Twin Cities) due to the deployment of thousands of federal immigration agents. *Amici* have experienced distinct harms during similar invasions of federal agents in their own cities and anticipate future harms should a similar ICE deployment occur in the future. *Amici* submit their proposed brief as a means to ensure that their collective experience, which represents a subset of the public interest, is included on the record. *Amici*'s brief is submitted concurrently with this Motion (*see* Ex. 1) and accompanying Proposed Order in Support of Plaintiffs' Motion for Temporary Restraining Order.

In support of said unopposed motion, *amici* state as follows:

*Amici* have received consent to file this brief from all the parties to this case. Moreover, this Court has broad discretion to permit the filing of *amicus curiae* briefs where such submission may assist the Court. *See, e.g., S.E.C. v. Carebourn Capital, L.P.,* No. 21-cv-2114 (KMM/JFD), 2023 WL 4947458, at *1 (D. Minn. Aug. 3, 2023) ("A determination on a request to participate as amicus curiae is discretionary, and the court may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise." (quotation omitted)). This district court has also granted leave to file to *amici curiae* affiliated with local governments when such a motion "creates no prejudice for other parties and there is potentially some benefit in receiving . . . [amici's] perspective."

2

*Richland/Wilkin Joint Powers Auth. v. U.S. Army Corps of Eng'rs*, 38 F. Supp. 3d 1043, 1054-55 (D. Minn. 2014) (granting the Minnesota Department of Natural Resources leave to file a brief of *amici curiae* arguing that the Army Corps of Engineers' involvement in a local project did not immunize the entire project from state regulation). This brief would assist the Court by offering the unique and highly relevant perspective of local governments in communities impacted by increasingly aggressive and anonymous federal immigration enforcement. Moreover, in a prior scheduling order, this Court has anticipated the filing of such briefs in this case. Dkt. No. 48.

*Amici* represent millions and share an interest and responsibility in safeguarding the general welfare and security of their residents. As explained in the attached brief, *amici* discuss how Operation Metro Surge threatens public safety in the Twin Cities and destroys hard-earned community trust in local law enforcement. As in *amici*'s own jurisdictions, Twin Cities residents experiencing a military-style occupation have stayed home from work, kept their children home from school, avoided patronizing local businesses, and cancelled or postponed medical appointments. In what was once a thriving metropolitan area, residents are retreating from everyday life. *Amici* also offer the Court additional legal precedent that supports this Court's authority to impose a temporary restraining order or preliminary injunction that would restore the status quo prior to Operation Metro Surge.

*Amici* thus provide a unique perspective relevant to the Court's disposition of Plaintiffs' Motion for Temporary Restraining Order.

For the foregoing reasons, proposed *amici curiae* respectfully request that this Court permit the filing of the concurrently filed amicus brief.

DATED: January 22, 2026		Respectfully submitted,

			By:	**MSB EMPLOYMENT JUSTICE LLP**

				*/s/Amy E. Boyle*
				Amy E. Boyle (MN #392635)
				Christopher J. Moreland (MN #278142)
				6400 Flying Cloud Drive, Suite 215
				Minneapolis, MN 55344
				Telephone: (612) 677-2680
				aboyle@msbjustice.com
				cmoreland@msbjustice.com


CITY OF BOSTON
By their attorneys,

| | |
|---|---|
| Michael Firestone | PUBLIC RIGHTS PROJECT |
| Corporation Counsel | Jenny Ma |
| Megan Corrigan (BBO # 710869) | Jonathan B. Miller |
| Samuel B. Dinning (BBO # 704304) | Jean Larsen |
| **City of Boston Law Department** | **Public Rights Project** |
| One City Hall Plaza, Room 615 | 490 43rd Street, #115 |
| Boston, MA 02201 | Oakland, CA 94609 |
| (617) 635-4034 | (510) 738-6788 |
| megan.corrigan@boston.gov | jenny@publicrightsproject.org |
| samuel.dinning@boston.gov | jon@publicrightsproject.org |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Minnesota by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished by the CM/ECF system.

DATED:   January 22, 2026               **MSB EMPLOYMENT JUSTICE LLP**

<u>*/s/Amy E. Boyle*</u>
Amy E. Boyle (MN #392635)
Christopher J. Moreland (MN #278142)
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN 55344
Telephone: (612) 677-2680
aboyle@msbjustice.com
cmoreland@msbjustice.com