# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br>     *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br>     *Defendants*. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**CERTIFICATE OF COMPLIANCE FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable U.S. District Court Judge Kate M. Menendez<br><br>U.S. District Court Magistrate Judge Dulce J. Foster |

I hereby certify that the *amicus curiae* brief of *amici* local government and local government officials in Support of Plaintiffs' Motion for Temporary Restraining Order complies with the type-size limitation imposed by Local Rule 7.1(h) and with the word limit imposed by Local Rule 7.1(f), with a total word count of 6,027 words, including headings, footnotes and quotations.

I further certify that the accompanying document was created in Microsoft Word for Microsoft 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. Any text in images not counted by the word processing program has been counted manually and added to arrive at the above-stated total word count.

DATED:   January 22, 2026            Respectfully submitted,

By:   **MSB EMPLOYMENT JUSTICE LLP**

*/s/Amy E. Boyle*
Amy E. Boyle (MN #392635)
Christopher J. Moreland (MN #278142)
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN 55344
Telephone: (612) 677-2680
aboyle@msbjustice.com
cmoreland@msbjustice.com

CITY OF BOSTON
By their attorneys,

| | |
|---|---|
| Michael Firestone | PUBLIC RIGHTS PROJECT |
| Corporation Counsel | Jenny Ma |
| Megan Corrigan (BBO # 710869) | Jonathan B. Miller |
| Samuel B. Dinning (BBO # 704304) | Jean Larsen |
| **City of Boston Law Department** | **Public Rights Project** |
| One City Hall Plaza, Room 615 | 490 43rd Street, #115 |
| Boston, MA 02201 | Oakland, CA 94609 |
| (617) 635-4034 | (510) 738-6788 |
| megan.corrigan@boston.gov | jenny@publicrightsproject.org |
| samuel.dinning@boston.gov | jon@publicrightsproject.org |