UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**DECLARATION OF RACHEL SAYRE** |

1

I, Rachel Sayre, declare as follows based on my personal knowledge, review of City records, and/or discussions with appropriately knowledgeable persons:

1. I have served as the Director of Emergency Management for the City of Minneapolis since 2024.

2. I have over 20 years of federal government, nonprofit, and private sector experience in emergency management and disaster risk reduction, including 13 years at the U.S. Agency for International Development's ("USAID") Bureau for Humanitarian Assistance.

3. The City, as required by our Emergency Operations Plan, our City Code, and Minnesota State Statutes, uses the federal National Incident Management System ("NIMS"), which was designed by and is maintained by the Federal Emergency Management Agency ("FEMA"). NIMS is the foundation of all domestic response for all incident types and sizes, and enables the City to prevent, protect against, respond to, recover from, and mitigate the effects of incidents, regardless of cause, size, location, or complexity. NIMS protocols can be used for all types of incidents, regardless of size, complexity, or scope, as well as planned events (e.g., sporting events).

4. Since Operation Metro Surge began, the City of Minneapolis has been in a continued state of NIMS operation. As enumerated by FEMA's NIMS protocols, the City's Communications staff were activated into a Joint Information Center ("JIC"). The JIC has been active since December 2, 2025.

5. Because of the impact of the fatal shooting of a resident on January 7, 2026,

2

by one of Defendants' agents that resulted in widespread impacts to our City—including businesses suspending operations, mental health needs of residents increasing, and cascading impacts to City government and to the Minneapolis community due to the event, I determined it was necessary to launch NIMS emergency protocols for the City's response.

6. As Emergency Management Director, I run the City's Emergency Operations Center ("EOC"). Under NIMS, the EOC is the central coordination hub for addressing impacts to the City due to large-scale response situations. If the incident management efforts require additional support and coordination, the EOC director may activate additional staff and support from other departments to involve more disciplines and decision-makers. The JIC coordinates with the Emergency Operations Center.

7. The harms to the Minneapolis community and disruption to City services that were significantly escalated with the fatal shooting have not abated, so based on the incident needs and in accordance with NIMS protocols, I have continued the activation of the City's emergency response functions, including the EOC, activated since January 7, and the JIC has remained activated since December 2. Those functions have remained active throughout that duration to support the resource and communication needs of City departments, interjurisdictional partners, and community members related to the impacts of Operation Metro Surge on the Minneapolis community. The continued activation of these functions has not only strained staff and personnel resources across the City but has also caused the City to not move forward on other critical work.

8. To staff the EOC, JIC, and other NIMS-related City response groups, staff from across the City enterprise are pulled away from their usual work. The EOC alone involves approximately 25 people per day, most of whom are City employees seconded to the EOC from their normal jobs in other departments, working full time to coordinate the City's response to the impacts of Operation Metro Surge. Staff on both the EOC and JIC work around the clock, often after-hours and on weekends, and have put other priority projects on hold.

9. The entirety of the City's Emergency Management Department, and much of the City's Communications staff, have been detailed to the response structure supporting the City's coordinated response to the impacts of Operation Metro Surge. This has required departments to reprioritize other pressing work for the City including, for example, continued recovery activities related to the tragic mass shootings this summer, and our ability to test, maintain, and roll out new technology to ensure the continued functioning of our outdoor warning sirens ahead of tornado season.

10. In addition, having to continue to operate the City's response protocols due to Operation Metro Surge significantly decreases our readiness and ability to adequately respond to new and emergent threats. For example, at this time of year, extreme cold weather events that lead to life-threatening power outages and contribute to deadly fires are critical risks for our City.

11. Defendants' agents' activities threaten to erode the trust the Minneapolis community has in City officials, at least in part because Defendants' agents are not

4

uniformed in a way to make them clearly identifiable as federal agents. The City has had to devote significant time and effort through public communications to educate the public on the difference between City uniforms and vehicles, as well as establishing a process to verify the identity of City staff scheduled to visit community members for appointments, among other public communication challenges.

12. One of the functions of the EOC is to receive information on, and try to respond to, Minneapolis residents' needs during a response situation. Based on the information the EOC has received, Operation Metro Surge has had a severe negative impact on the ability of many Minneapolis residents to meet their own basic needs. This negative impact will increase in scale and deepen in severity the longer Operation Metro Surge continues.

13. An estimated 16.4% of Minneapolis residents lived in poverty, according to the 2023 American Community Survey (ACS); these families live paycheck to paycheck, and do not have savings available to meet basic needs without ongoing employment. Many of their jobs are the ones that are being most negatively affected by Operation Metro Surge, and many of these residents have reported to the EOC or other City staff their lack of ability to pay rent and meet basic food needs.

14. The EOC has received reports that many Minneapolis residents are increasingly afraid to leave their houses, due to fear of being targeted by federal immigration officials and complicating their ability to access food. City staff have received reports that food shelves have observed a significant reduction in the amount of

food that they are distributing, due to a decrease in visits because people in need are afraid to leave their residences; they need secure transportation to access food and there are not mechanisms within the City to provide secure transport, leaving families without food access. With Minneapolis public schools switching to online learning for those students whose families fear sending their children to school due to federal immigration enforcement, the EOC has received reports that students have lost access to school meals, including breakfast, lunch, and snack, which the families rely on. The cumulative impacts of these trends have resulted in a significant increase in food insecurity in the Minneapolis community.

15. Local nonprofits that provide housing and rental support have reported to the EOC a substantial increase in need due to the inability of income-earners to work, either due to fear of leaving their house, or due to their employer shutting down or reducing hours as a result of Operation Metro Surge. This has led to the need for emergency rental assistance, with one organization reporting a three-fold increase in requests for housing and rental assistance in the last several weeks.

16. Due to Operation Metro Surge, businesses across the City have reported significant impacts to operations and hours, including closing completely. Business are reporting to the EOC that they are experiencing significant downturns in business and disruptions to operations, including the need to lock doors to make customers and staff feel safe, hire extra security, difficulty finding staff, changing hours, limiting operations, and temporary closures. The EOC has been told by stores throughout the City that they

now lock their doors during business hours to screen customers and protect their employees and customers from harassment by federal authorities. One hospitality organization shared with the EOC that many Minneapolis hotels, restaurants and bars have experienced sales declines ranging from 20% to 50%, directly tied to reduced employee availability, customer hesitation, and operational disruptions related to Operation Metro Surge. Some establishments have been forced to limit hours, reduce services, or temporarily close altogether. This type of reduction in economic activity has a cascading impact on the ability of our residents to meet their basic needs.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21 day of January, 2026 in Minneapolis, Minnesota

*Rachel Sayre*