# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br>           *Defendants*. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable U.S. District Court Judge Kate M. Menendez<br>U.S. District Court Magistrate Judge Dulce J. Foster |

## ORDER

On January 22, 2026, *amici curiae* local government and local government leaders filed a Motion for Leave to File an amicus brief in support of Plaintiffs' Motion for Temporary Restraining Order.

The Court, having considered *amici curiae*'s Motion and the arguments therein and finding good cause therefore, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated:

_____
Honorable Kate M. Menendez
UNITED STATES DISTRICT JUDGE