UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.0:26-cv-00190-KMM-DJF<br><br>**SUPPLEMENTAL DECLARATION OF KAOHLY HER** |

## SUPPLEMENTAL DECLARATION OF KAOHLY HER

I, Kaohly Her, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over eighteen and understand the obligations of an oath.

2. I am the Mayor of the City of Saint Paul.

3. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with City of Saint Paul staff, or from my review of relevant documents and information. If called as a witness, I could and would competently testify based on information and belief to the matters set forth below.

### Background

4. Since the filing of this lawsuit on Monday, January 12, 2026, the City of Saint Paul has faced additional substantial harms because of the ongoing federal immigration enforcement actions that are part of Operation Metro Surge.

### The Federal Immigration Enforcement Actions Substantially Harm the City of Saint Paul's Ability to Provide Services to its Residents

#### Police

5. Operation Metro Surge has substantially impacted the Saint Paul Police Department ("SPPD") and its ability to provide services to Saint Paul residents.

6. SPPD has recently promoted a new Commander in charge of Operation Metro Surge-related incidents in Saint Paul. This commander is now tasked with tracking immigration operations and interactions in the City of Saint Paul, as well as the costs associated to SPPD. The SPPD Chief identified a need to ensure that SPPD has a central location to collect and organize all information as it relates to immigration enforcement operations, ensuring an understanding of

the operations occurring within the City of Saint Paul and a means for a response when deemed necessary.

7.  Aside from the new Commander position, the presence of DHS agents in the City of Saint Paul has cost SPPD approximately $250,000 in overtime pay as of today.

8.  SPPD has faced continuous challenges because the public's confusion in distinguishing SPPD officers from federal agents persists. To mitigate this confusion, the City of Saint Paul published a guide to Saint Paul uniforms and badges, including photographs of various SPPD and DSI uniforms. Attached as Exhibit 1 is a true and correct copy of the guide, which the City posted to social media on January 16, 2026.

9.  Finally, even SPPD officers are not immune from unlawful and unconstitutional stops by DHS agents. The SPPD Chief stated in a press conference on January 20, 2026 that two off-duty Saint Paul police officers were pulled over by federal agents during Operation Metro Surge. The two off-duty officers were stopped separately by DHS agents in traffic stops that the Chief stated were outside the bounds of what federal agents are allowed to do. Attached as Exhibit 2 is a true and correct copy of an article that quotes the press conference that I have reviewed.

## Saint Paul Fire Department

10. Saint Paul Fire Department ("SPFD") officers face obstacles in providing services to the City of Saint Paul due to the ongoing Operation Metro Surge. For example, I have received and reviewed reports regarding overtime costs. In total, as of January 16, 2026, the Saint Paul Fire Department has spent an extra $16,931 in overtime costs related to an increased need in services as a result of DHS agents' presence. Attached as Exhibit 3 is a true and correct copy of SPFD's overtime costs since January 8, 2026.

11. In addition to overtime costs, DHS agents have impeded SPFD from transporting people to receive medical care. I have received reports that on November 25, 2025, a Saint Paul resident required medical attention. When EMS staff attempted to transfer this person to obtain medical care, SPFD was stopped by DHS agents, impeding SPFD staff from providing their services. Afterwards, SPFD leadership met with DHS leadership, where ICE apologized for their interference and assured SPFD leadership that they would not be denied the ability to provide medical care again. However, on January 10, 2026, DHS agents interfered with SPFD staff again when attempting to transfer a Saint Paul resident to emergency medical care. ICE agents directly impeded SPFD from providing medical care to an individual experiencing a cardiac arrest.

## Parks and Recreation

12. Operation Metro Surge has created substantial challenges for Saint Paul Parks and Recreation Department staff and has disrupted programming. This includes the decision to provide additional programming because of the closure of Saint Paul Public Schools on January 20 and January 21, 2026 in response to DHS agents' immigration enforcement actions.

13. I have received and reviewed reports that due to the cancellation of Saint Paul Public Schools on January 20 - 21, 2026, which was a direct result of Operation Metro Surge, Parks and Recreation hosted additional drop-in programming at seven recreation center sites in order to provide a place for youth who are not going to school those days to be. This programming is free to the public and includes basketball tournaments, volleyball, badminton, arts and crafts, board games, video games, movies, and lunch. Providing this additional programming requires significant planning and staff allocation, including additional financial resources, beyond Parks and Recreation's normal operations. Staff need to be trained on new protocols and procedures to

ensure both programming quality and participant safety. This includes adjustments for group sizes, supervision ratios, and emergency procedures.

14. This diversion of resources impacts other programming, facility maintenance, and routine operations. Parks and Recreation had to pull in staff who would generally be planning and developing programs to do front-line work in order to have enough staff for the additional programming on those two days.

15. In addition to providing programing, Parks and Recreation staff must work with partners to ensure that youth are fed on those days while they are not at school. At least fifteen hours of staff time, equating to approximately $800, were spent on coordinating feeding youth while school is cancelled because of DHS agents' immigration enforcement activities. Attached as Exhibit 4 is a true and correct copy of the information Saint Paul Parks and Recreation posted on social media on January 16, 2026, showing the additional programming.

16. Additionally, the presence of federal agents in specific neighborhoods has created a need for constant situational awareness and responsive action from staff. Staff must adjust how they engage with the public, monitor facilities, and ensure safe access to programming, which adds another layer of resource demand. As a result, Parks and Recreation have purchased 35 new radios for streamlined communication, costing a total of approximately $10,000 annually to purchase and operate.

17. Parks and Recreation Staff have observed consistent and measurable declines in participation across after-school programs and youth athletics whenever there is a federal presence in neighborhoods. The City still must spend the money to provide these programs, but fewer youth are benefiting from the programs because of the increased presence of DHS agents. These attendance drops are not minor; they directly reduce the number of children and teens

engaging in structured, supervised activities. The impact goes beyond attendance numbers – reduced participation disrupts program delivery, affects group dynamics, strains staff who must adjust activities on the fly, and ultimately diminishes the quality and safety of the overall experience for participants. These interruptions compromise the City of Saint Paul's ability to provide reliable and effective recreational services, creating tangible and negative effects on both youth outcomes and community trust.

18. The decline in attendance is demonstrated, for example, by the number of forfeited basketball games hosted by Parks and Recreation. For example, since December 7, 2026, there have been thirty seven total forfeits due to teams not having enough players. Attached as Exhibit 5 is a true and correct copy of the forfeited games data that I have reviewed.

19. DHS agents continue to ignore the City of Saint Paul's Cease-and-Desist Letter that was provided on December 23, 2025, to David Easterwood that clearly articulates, "DHS/HSI/ICE's use of park parking lots for non-park purposes without a permit is an unlawful use of City property that constitutes an encroachment and unlawful parkland diversion."

20. On January 16, 2026, DHS agents unlawfully used parking lots at Como Regional Park which are parks property owned by the City of Saint Paul. Attached as Exhibit 6 is a true and correct copy of a photo of this incident that I have reviewed.

21. Additionally, following the incident at the Como Regional Park on January 16, 2026, DHS agents commandeered the parking lot at the West Minnehaha Recreation Center. The federal agents staged immigration enforcement actions at the Center while it was open. I received reports that at least four DHS vehicles were involved in this incident. Attached as Exhibit 7 is a true and correct copy of a photo of this incident that I have reviewed.

22. On January 17, 2026, DHS agents unlawfully commandeered the parking lot at the Hallie Q Brown Community Center. Attached as Exhibit 8 are true and correct copies of the photos taken of DHS vehicles that I have reviewed.

23. When federal agents commandeer Parks and Recreation Center parking lots, City leadership is forced to divert staff and supervisory resources to monitor, respond, and communicate with families and the public about safety conditions. This consistent, unplanned diversion of personnel and attention pulls staff away from their core responsibilities: supervising youth programs, maintaining facilities, and delivering routine services, and further requires the reassignment of personnel, and additional coordination that is not budgeted or planned. This includes Parks and Recreation staff working on their scheduled time off.

24. The recent incident at West Minnehaha Community Center further illustrates the impacts of City services operations. Federal agents' commandeering of West Minnehaha Community Center parking lot required staff to place the building into a secure state until the site was cleared. This caused significant confusion, worry, and distress among employees, participants, and parents. One parent attempting to access the center during this time was not immediately allowed inside the building due to the safety protocols; the parent was very upset. Events similar to those at the West Minnehaha Community Center underscore the real-world consequences of Operation Metro Surge on the City of Saint Paul's ability to provide safe, reliable, and welcoming programming. Twelve buildings have gone into a Secure State due to DHS agents' activity near or on the recreation center property, at least fourteen times total.

**Safety and Inspections**

25. DHS agents' presence has created significant obstacles for the Saint Paul Department of Safety and Inspections ("DSI") and its inspectors to provide safety inspection services within the City of Saint Paul. I have received and reviewed reports of the following:

26. Residents have yelled at DSI Investigators while walking to their car, as the public commonly confuses Saint Paul DSI Inspectors with ICE officers.

27. Apparently, due to the chaos created by DHS agents, DSI Investigators have faced physical obstruction on the road while driving due to the public's confusion in determining whether they are ICE agents or not. As a result, confused drivers blocked an intersection of Como Street and Dale Avenue in Saint Paul. This caused traffic to stop altogether where a police officer helped clear the intersection.

28. DSI Inspectors have reported instances of protestors' "horn honking" while they are driving, even though the Inspectors' driving habits have not changed since the commencement of Operation Metro Surge, because they are mistaken as DHS agents.

29. As a result of the public's confusion, Saint Paul DSI has had to immediately change their logo displayed on uniforms and vehicles to mitigate this confusion. Prior to December 6, 2025, DSI was in the process of changing uniform logos in accordance with Saint Paul's rebranding efforts. Although DSI staff were initially permitted to wear their uniforms displaying their old logos, DSI leadership has instructed staff that the change must occur immediately due to the ongoing confusion. Attached as Exhibit 9 is a true and correct copy of Saint Paul DSI's former and updated logo that I have reviewed.

### Libraries

30. Saint Paul Public Libraries, its staff members, and the communities it serves are facing substantial obstacles related to ongoing immigration federal immigration enforcement operations

and the services provided by Saint Paul Public Libraries ("SPPL"). I have received and reviewed reports of the following impacts:

31. Due to the ongoing Operation Metro Surge, since December 6, 2025, there has been a substantial increase in staff absences or taking of paid leave. Leadership has advised me that if the immigration enforcement actions continue at this rate, that SPPL will need to begin to cancel programming.

32. SPPL staff are unable to perform their job duties. They are less able to focus on everyday operations. Staff attention has been diverted to attending to library patrons who come into libraries reporting their fear and trauma relating to DHS agents' activities in Saint Paul.

33. Additionally, because of the ongoing Operation Metro Surge, staff spend the majority of their work hours developing and implementing methods for responding to the presence of DHS on library property. While SPPL staff are generally prepared for various emergent situation, Operation Metro Surge has required developing new procedures, training, walk-through scenarios, tabletop exercises, and developing strategies to cover staff leaves of absence or location transfers. This means increasing staff time and diverting staff resources from regular library purposes.

## Public Works

34. Saint Paul Public Works faces substantial obstacles in providing services to the City of Saint Paul. DHS agents have abandoned vehicles on Saint Paul streets after detaining the vehicle occupants. As a result of the influx of abandoned vehicles on Saint Paul streets, Public Works is temporarily pausing towing for most reported abandoned vehicles on city streets. If a resident's vehicle was towed and the registered owner was detained, the City will waive towing fees. The City's intent through taking this action is to not disproportionately harm individuals who are

unable to move their vehicles because of the actions of DHS agents. The choice to pause towing of abandoned vehicles shuts off that source of revenue for the City. Attached as Exhibit 10 is a true and correct copy of the information the City posted on social media on January 19, 2026 relating to this temporary pause on towing that I have reviewed.

### Office of Financial Empowerment

35. The Saint Paul Office of Financial Empowerment ("OFE") has faced substantial difficulties in offering its services to residents because of Operation Metro Surge. OFE operates CollegeBound Saint Paul, a city-led initiative that connects families to financial literacy and early childhood resources, aiming to build wealth and create pathways to higher education for all its youth. CollegeBound contracts with several partners to provide financial education classes to Saint Paul residents that are scheduled to start the week of January 19, 2026. One partner organization has moved from in-person to virtual classes. A second partner organization closed this week due to safety concerns for the residents they serve. Further, outreach efforts have been impacted as CollegeBound's Community Ambassadors are from immigrant communities.

### Operation Metro Surge Substantially Harms Saint Paul Businesses

36. Businesses in Saint Paul are facing significant challenges as a result of the increased presence of DHS agents in Saint Paul.

37. Staff at La Guadalupana Market has stated that typically, the market has approximately 200 customers per day. However, upon the commencement and enforcement of Operation Metro Surge, that number has dwindled down to about 30 visitors per day. Further, staff reported that they have thrown out approximately $3,000 worth of unbought produce during the week of January 8 through January 15, 2026. The owner of La Guadalupana Market has sent their employees home for their own safety; the owner continues to pay his employees who he has sent

home. Attached as Exhibit 11 is a true and correct copy of the article from KSTP that I have reviewed.

38. Boca Chica restaurant in Saint Paul is closed from January 12 through January 17, 2026 "to allow [their] staff to mentally rest and stay safe." Attached as Exhibit 12 is a true and correct copy of a list of Twin Cities events that have been cancelled in response to ongoing ICE presence which I have reviewed.

39. Brasa Rotisserie, located in Saint Paul, has closed its restaurant from January 12 – January 18, 2026 "out of care and respect for [their] team's safety." See Ex. 12.

40. La Michoacana Monarca restaurant, located in Saint Paul, is closed through January 16, 2026. See Ex. 12.

41. Zao Bakery and Cafe in Saint Paul is temporarily closed between January 12 and January 15, 2026. See Ex. 12.

42. El Burrito Mercado, in addition to altering their hours of operation, was closed on January 12, 2026 "in solidarity with staff, family, and neighbors." See Ex. 12.

43. Overall, businesses have reported to media outlets that, as a result of Operation Metro Surge, there has been a revenue loss approximating 50-80%. Attached as Exhibit 13 is a true and correct copy of the Fox News article which I have reviewed.

44. In fact, 80% of immigrant-owned businesses along key corridors in Minneapolis and Saint Paul have closed during the week of January 8 through January 15, 2026 due to fear of detainment from ICE agents. Attached as Exhibit 14 is a true and correct copy of the Star Tribune article that I have reviewed.

45. Media outlets state that the Latino Economic Development Center on the East Side of Saint Paul reports that businesses have lost at least half of their sales since the commencement of Operation Metro Surge. See Ex. 14.

46. The owner of the Homi Restaurant in Saint Paul stated that he has closed the restaurant portion of Homi and locked the door, and has since moved to pre-ordered takeout, due to the owner's fear for the safety of his employees. He further states that some of his patrons have been stopped by DHS agents "asking for papers" on their way to his restaurant. Attached as Exhibit 15 is a true and correct copy of the Star Tribue article that I have reviewed.

47. Crasqui, a restaurant located in Saint Paul, is selling frozen meals to customers who do not feel safe dining outside their home. The Crasqui owner stated that they have locked their doors, switching to reservation-only service. Crasqui stopped taking walk-ins after a recent incident in which the owner stated that a man who identified himself as an ICE agent dined at Crasqui; community members then arrived at the restaurant for support and safety and remained until Crasqui closed. Not only is the owner of Crasqui worried about the safety for herself and her employees, but she stated that they are also struggling to source ingredients, as distributors and markets serving Latino restaurants have also cut back or closed. See Ex. 15.

48. Locally impacted businesses have stated that their recent business losses are worse than those sustained during COVID. See Ex. 15.

49. The business owners' fears are justified. Business owners fear for the safety of their staff members, as well as the communities they serve. Media reports state that DHS agents wait outside of at least one market at 6:00 AM, when the women that work in the bakery typically showed up for shifts. Further, it is now considered a standard practice to lock entry doors, with

employees inside granting access to the business' facilities on a case-by-case basis. Attached as Exhibit 16 is a true and correct copy of the Twin Cities Business article that I have reviewed.

50. Los Ocampos, a restaurant located in Saint Paul, is closed until further notice. Attached as Exhibit 17 is a true and correct copy of photographs taken at this business by Saint Paul's Director of Economic Development on January 20, 2026.

51. China One, a restaurant located in Saint Paul, is temporarily closed for two weeks. Attached as Exhibit 18 is a true and correct copy of photographs taken at this business by Saint Paul's Director of Economic Development on January 20, 2026.

52. Manana Restaurant an Pupuseria is closed until further notice. Attached as Exhibit 19 is a true and correct copy of photographs taken at this business by Saint Paul's Director of Economic Development on January 20, 2026.

53. La Michoacana, a restaurant located in Saint Paul, has locked their doors and only allow entry on a case-by-case basis. Attached as Exhibit 20 is a true and correct copy of photographs taken at this business by Saint Paul's Director of Economic Development on January 20, 2026.

54. On January 18, 2026, Hilton DoubleTree and Intercontinental hotels in Saint Paul temporarily closed their hotels "due to heightened public safety concerns." Attached as Exhibit 21 is a true and correct copy of the article that I reviewed describing this closure that I have reviewed.

55. The closure of the Hilton DoubleTree and Intercontinental hotels has negative economic impacts on the City of Saint Paul. The City of Saint Paul receives a 7% lodging tax from both Hilton DoubleTree and Intercontinental, respectively. The closures have and will continue to result in decreased revenue from lodging taxes received by Saint Paul. The closures also impact

tourism within the City. Attached as Exhibit 22 is a true and correct copy of the local sales and use tax data that I have reviewed.

56. Additional businesses in Saint Paul have announced reduced hours in response to Operation Metro Surge. Attached as Exhibit 23 is a true and correct copy of the most recent version of the list of affected businesses.

57. The unpredictable, yet inevitable, negative economic impacts caused by Operation Metro Surge directly harms the City of Saint Paul. Reduced business hours and services, and business closures cause decreases in revenue for these businesses. In turn, Saint Paul's tax revenue has declined.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21 day of January, 2026.

*[signature]*

Kaohly Her                                                                 *Saint Paul Mayor*