**Saint Paul Fire Department**
**ICE Related OT Expenses**

| Date | Employee | | Hours | OT rate | Premium |
|---|---|---|---|---|---|
| 1/8/2026 | Baker | Derek | 19.75 | 969.92 | 159.09 |
| 1/8/2026 | King | Ron | 20.25 | 1,088.34 | 89.91 |
| 1/8/2026 | Burns | Ryan | 23 | 1,022.93 | 95.22 |
| 1/8/2026 | Hemmer | Sara | 8 | 277.20 | - |
| 1/8/2026 | Thelen | Jenny | 8 | 277.20 | |
| 1/8/2026 | Copeland | Conor | 8 | 309.96 | |
| 1/8/2026 | Tokpa | Darmah | 8 | 327.60 | |
| 1/9/2026 | Martinez | Jason | 24 | 1,422.00 | 132.12 |
| 1/9/2026 | Rosales | Joaquin | 24 | 1,289.88 | 146.88 |
| 1/9/2026 | Augustyn | Alec | 8 | 309.96 | |
| 1/9/2026 | Hemmer | Sara | 8 | 277.20 | |
| 1/9/2026 | Richardson | Chris | 8 | 429.96 | 35.52 |
| 1/9/2026 | Sak | Kevin | 8 | 374.28 | 30.84 |
| 1/10/2026 | Ceniceros | Eluid | 12.25 | 664.62 | 61.74 |
| 1/10/2026 | Luna | Joe | 11 | 458.54 | 37.79 |
| 1/10/2026 | Engelking | August | 8 | 277.20 | |
| 1/10/2026 | Mix | Garrett | 8 | 277.20 | |
| 1/10/2026 | Copeland | Conor | 8 | 309.96 | |
| 1/10/2026 | Lor | DC | 8 | 277.20 | |
| 1/10/2026 | Holmes | Steve | 10 | 1,031.25 | 107.25 |
| 1/11/2026 | Aspnes | Mike | 12 | 868.86 | 107.82 |
| | | | | fringes | 25% |

**Total**

| | | |
|---:|---|---|
| 1,129.01 | E18 | Staffing to support Task Force Operations due to protests |
| 1,178.25 | E20 | Staffing to support Task Force Operations due to protests |
| 1,118.15 | L19 | Staffing to support Task Force Operations due to protests |
| 277.20 | Amb 2 | Staffing to support Task Force Operations due to protests |
| 277.20 | Amb 2 | Staffing to support Task Force Operations due to protests |
| 309.96 | Amb 6 | Staffing to support Task Force Operations due to protests |
| 327.60 | Amb 6 | Staffing to support Task Force Operations due to protests |
| 1,554.12 | E5 | Staffing to support protest at state capitol |
| 1,436.76 | E9 | Staffing to support protest at state capitol |
| 309.96 | Amb 2 | Staffing to support protest at state capitol |
| 277.20 | Amb 2 | Staffing to support protest at state capitol |
| 465.48 | Amb 6 | Staffing to support protest at state capitol |
| 405.12 | Amb 6 | Staffing to support protest at state capitol |
| 726.36 | E10 | Staffing to support Task Force Operations due to protests |
| 496.32 | E10 | Staffing to support Task Force Operations due to protests |
| 277.20 | Amb 2 | Staffing to support Task Force Operations due to protests |
| 277.20 | Amb 2 | Staffing to support Task Force Operations due to protests |
| 309.96 | Amb 6 | Staffing to support Task Force Operations due to protests |
| 277.20 | Amb 6 | Staffing to support Task Force Operations due to protests |
| 1,138.50 | EOC | Emergency operations |
| 976.68 | EOC | Emergency operations |
| 13,545.42 | | |
| 3,386.36 | | |
| **16,931.78** | | |