**saintpaulparks**






 1

**saintpaulparks** No School Day programming! With @spps_news preparing for virtual learning, we have a variety of drop-in programming for youth and teens. All programming is free, drop-in, and lunch is provided! Activities vary by site but could include gym games, arts & crafts, teen room, cooking, movies, and more! www.stpaul.gov/noschoolday

📅 Jan. 20 and 21
🕘 9am - 6pm
📍 Frogtown, North End, North Dale, Jimmy Lee/Oxford, Arlington Hills, Highland Park, Battle Creek

(Note that our usual Rec Check program will be taking place at all rec center locations on these days as well. www.stpaul.gov/RecCheck))

18 hours ago