## 2024-25 Basketball Season Forfeits

| DATE | DIVISION | TEAMS | TOTAL FORFEITS |
|---|---|---|---|
| 11/16/2024 | | | |
| Day Total | | | 0 |
| | | | |
| 11/23/2024 | | | |
| Day Total | | | 0 |
| | | | |
| 12/7/2024 | 14U G | MLK | 1 |
| Day Total | | | 1 |
| | | | |
| 12/14/2024 | 12U B | Merriam Park | 1 |
| | 12U B | Battle Creek | 1 |
| | 12U B | Battle Creek | 1 |
| | 14U G | MLK | 1 |
| Day Total | | | 4 |
| | | | |
| 12/21/2024 | | | |
| Day Total | | | 0 |
| | | | |
| 1/11/2025 | 14U G | MLK | 1 |
| Day Total | | | 1 |
| | | | |
| 1/18/2025 | 14U G | MLK | 1 |
| Day Total | | | 1 |
| | | | |
| **TOTAL FORFEITS** | | | **7** |

## 2025-26 Basketball Season Forfeits

| DATE | DIVISION | TEAMS | TOTAL FORFEITS |
|---|---|---|---|
| 11/15/2001 | 12U B | NECC (dropped) | 1 |
| | 12U B Adv | W. Minne (dropped) | 1 |
| | | J. Lee #2 | 1 |
| | | FT Get Buckets | 1 |
| | 12U G | Westside | 1 |
| | | Wilder | 1 |
| **Day Total** | | | **6** |
| | | | |
| 11/22/2025 | 14U B | Lions (Fartun) | 1 |
| | 14U G | NECC | 1 |
| **Day Total** | | | **2** |
| | | | |
| 12/6/2025 | 10U B | Frogtown- Said | 1 |
| | 14U B | Lions (Fartun) | 1 |
| **Day Total** | | | **2** |
| | | | |
| 12/13/2025 | 12U B | Palace | 1 |
| | 10U B | Conway/Sanneh | 1 |
| **Day Total** | | | **2** |
| | | | |
| 12/20/2025 | 10U B | NECC | 1 |
| | | Frogtown | 1 |
| | | Conway/Sanneh | 1 |
| | | Metro Deaf | 1 |
| | | J. Lee #1 | 1 |
| | 14U B | Acadamia Chavez | 1 |
| | 14U G | NECC | 1 |
| **Day Total** | | | **7** |
| | | | |
| 1/8/2026 | 18U | Edgcumbe-Hembre | 1 |
| | | | **1** |
| | | | |
| 1/10/2026 | 12U B | FT Ballers-Graves | 1 |
| | 12U G | Linwood | 1 |
| | 14U B | Hayden Hts. #2 | 1 |
| | | Acadamia Chavez | 1 |
| | 14U G | New Century | 1 |
| | | Phalen | 1 |
| **Day Total** | | | **6** |
| | | | |
| 1/17/2026 | 12U B | Phalen | 1 |

| | | | |
|---|---|---|---|
| | 10U B | Palace | 1 |
| | 14U G | NECC | 1 |
| | 14U G | Westside | 1 |
| **Day Total** | | | **4** |

| | |
|---|---|
| **TOTAL FORFEITS** | **30** |