**CURRENT LOGO:**



**NEW LOGO:**

