



## Temporary Pause on Towing Abandoned Vehi... 2/2

**Due to Ongoing Federal Immigration Enforcement Actions**

- Due to recent federal immigration actions, the City of Saint Paul is temporarily pausing towing for most reported abandoned vehicles on city streets.

- If your vehicle was towed and the registered owner was detained, the City may waive towing fees and may be able to reimburse costs.

- Proof of ownership and documentation of detention may be required.

- Some ticketing and towing exceptions may still apply (safety hazards, snow emergencies, pilot areas, and other urgent or emergency situations).

Learn more at stpaul.gov/abandoned-vehicles