⚠ **1 School Closings:**
Click for full list of closings                                                                                    ✕

⚠ **Watch Now:**
EYEWITNESS NEWS at Noon on 45TV                                                            ✕

# ICE presence impacting businesses in St. Paul's west side

**Richard Reeve KSTP**
Updated: January 13, 2026 - 10:39 PM
Published: January 13, 2026 - 8:06 PM

ICE presence impacting businesses in St. Paul's west side

Drive along Cesar Chavez Street, on St. Paul's west side, and you'll notice something missing.

"They're closing early today at three o'clock, in fear," declares Bobby Cruz, who lives in the neighborhood. "Kids are not going to shop in the market now that so many families are scared."

Streets are quieter.

Store aisles are empty.

Some merchants are locking their doors.

They say it's because of the presence of ICE agents in the area.

"Many employees at businesses are not wanting to go to work because they are afraid about the situation," says a friend of the owner of La Guadalupana Market.

He spoke to KSTP on the condition that his name not be used in this story.

A sign for customers read, "We are here — knock the door."

"We have to open and close the door all the time because we are really afraid of the situation we have in Minnesota about the ICE," the friend says.

The owner, who spoke with us off camera, says she typically has about 200 customers a day.

That number has dwindled down to 30.

She says she's thrown out about $3,000 worth of unbought produce in the last two weeks.

"They're all closed, closing early," explains Santino Franco, who lives nearby. "It's devastating. This could potentially look a lot different in another year, this neighborhood."

El Burrito Mercado was closed Monday and open on Tuesday until three in the afternoon.

Some in the area say they're afraid to go to work for fear of being racially profiled or detained by ICE agents.

"They've been seeing a decline of people coming in, so they're worried about not just their business, but just keeping their livelihood," notes Mari Swanson, her arms full of baked goods from Don Panchos Bakery.

We spoke on the phone with the owner, Panchito, who didn't want to share his last name.

"We've asked our employees to just take a break and stay home," he says.

Panchito says he's sent all 15 of his employees home with pay, he says, for their own safety.

"When they go into your establishment with no warrant, no court order, guns out like continuously, yelling at us, pushing us out of the way, you're not safe anymore," he notes.

Many in the neighborhood say their biggest concern is that all this is open-ended.

No one knows how long ICE agents will continue to operate in the Twin Cities and impact residents and shoppers.

"They can't come to work. The people aren't coming to eat; people aren't coming to shop. It's just not good," Franco says. "There's anger, there's frustration, there's hatred — but then, there's hopefulness, because in this neighborhood here, we take care of ourselves and we're going to come back from this, but it's tough right now."

**For Related Stories:** ICE    Business    Richard Reeve    St. Paul

Home Page    Top Stories    News    Sports    Featured on 5    Weather    Video    Traffic    Twin Cities Live

Minnesota Live    Contact Us    KSTP TV Schedules    Work With Us

KSTP-TV FCC Public Inspection File    KSTC-TV FCC Public Inspection File    KSAX-TV FCC Public Inspection File    KRWF-TV FCC Public Inspection File

Additional Public Information    KSTP-TV, KSTC-TV FCC Applications    KSAX-TV FCC Applications    KRWF-TV FCC Applications    Terms of Use

DMCA Notice    Contest Rules    Hubbard Television Group Privacy Policy    About NEXTGEN TV    Your Privacy Choices    Cookie Preferences

Any person with disabilities who needs help accessing the content of the FCC Public File may contact KSTP via our **online form** or call 651-646-5555

This website is not intended for users located within the European Economic Area.
© 2026 KSTP-TV, LLC
A Hubbard Broadcasting Company





1/15/26, 12:06 PM
ICE presence impacting businesses in St. Paul's West Side – KSTP.com 5 Eyewitness News
CASE 0:26-cv-00190-KMM-DJF   Doc. 70-11   Filed 01/22/26   Page 3 of 3