



**WEATHER**
Find the latest forecasts



**MN FOOD**
Minnesota's popular restaurants

 HOME  MN NEWS  WEATHER  LIFESTYLE  SPORTS  MN WILD 

HOME  >  MN LIFESTYLE  >  MN FOOD & DRINK





Skip Ad

0:07 / 0:15

We use cookies and pixels for better site functionality and experience. Learn more by visiting our Privacy Policy. Opt-out of sale or sharing here – Do Not Sell or Share My Info. By continuing to use this site, you agree to the use of cookies and pixels and to the Terms and Privacy Policy.

ACCEPT

1/15/26, 12:07 PM
List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00193-KMM-DJF   Doc. 70-12   Filed 01/22/26   Page 2 of 20

# closed in response to ongoing ICE presence

Twin Cities businesses have been put in a difficult position by the massive federal presence.

DUSTIN NELSON • UPDATED: JAN 15, 2026 · ORIGINAL: JAN 10, 2026



As ICE and other federal agencies continue operations in the Twin Cities, it's putting a number of local businesses in a tough position.

In the aftermath of an ICE agent killing Renee Macklin Good on Wednesday, companies throughout Minnesota have publicly expressed fear for their customers and staff, limiting hours or closing entirely.

Others have remained open as community gathering places or even launched promotions to aid local families and organizations in need.

While there are bigger concerns in the Twin Cities than whether or not a restaurant will be open, the presence of federal agents appears to be placing an emotional and financial strain on businesses, employees, and residents at large.

Here's a look at businesses that are closed or have canceled events around the Twin Cities, with many stating that the closures are directly related to ICE activities.



Nico's Tacos
Nico's Tacos/Facebook

## Upcoming events canceled

- **Brühaven and Twin Cities Pride** in Minneapolis: The Halfway to Pride event at Brühaven Craft Co. on Jan. 17 is canceled. The brewery remains open.

- **Mortimer's** in Minneapolis: The Gothess-hosted party on Friday, Jan. 16, has been postponed to a later date.

- **An Opera Theatre** in St. Paul: It has postponed its upcoming production, "[opera captions]," which was scheduled to run Jan. 23–26.

- **Springboard for the Arts** in St. Paul: The Winter Whirl on Saturday, Jan. 17, is canceled.

- **Urban Ice Anglers** in St. Paul: It has canceled multiple events in its 10,000 Ice Anglers Project, including events from Jan. 14–16 and Jan. 20–30. Details can be found on Instagram. "We hope out Saint Paul based community schools will feel safe enough to participate outdoors in 2027," reads a message on social media.

# Business closures and event cancellations on Jan. 15

- **Arya Cafe** in Minneapolis: closed Jan. 12–17 for unexpected "maintenance / mechanical repairs."

- **Brasa** in St. Paul: Closed from Jan. 12–18, "out of care and respect for our team's safety." Other locations remain open.

- **Casa Deli** in **Hopkins** and **Savage**: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Dragon Star Buffet** in Burnsville: Its website says it is temporarily closed for maintenance.

- **Don Julio** in **White Bear Lake**: Temporarily closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice. It is selling gift cards for those who want to help.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Great Moon Buffet** in Maplewood: Temporarily closed.

- **Homi Restaurant** in St. Paul: "For the safety of everyone," it is only accepting pickup and delivery orders.

1/15/26, 12:07 PM    List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00193-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 6 of 30

- **Little Bird Delicatessen** in Minneapolis: Closing at 5 p.m. until further notice.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **Machete** in **Woodbury**: Closed until further notice.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 16.

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to main gallery and store. Shop staff will buzz in shoppers.

- **Mothership Pizza Paradise** in Minneapolis: Closed for lunch Tuesday through Thursday for the next two weeks. It will open at 4 p.m.

- **Nico's Taco and Tequila Bar** in Minneapolis: Closed from Jan. 12 through Jan. 15 at 4 p.m. "due to recent circumstances that have directly impacted our team."

- **Pancho's Taqueria and Mexican Cafe** in Circle Pines: Closed until further notice. A staff member, in the country legally, was detained by ICE on Jan. 13.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazon** in Eagan: Closed until further notice.

- **Uptown VFW** in Minneapolis: The kitchen will be closed all week. The bar remains open and Heggie's Pizzas are available.

- **Vive Tropico** in Minneapolis: Closed until further notice. It has begun offering delivery of an Obelas kit that serves six.

- **Wrecktangle Pizza** in Minneapolis: It will reduce hours at its LynLake restaurant for safety, following an incident that involved federal agents

deploying tear gas outside the restaurant. It will not offer lunch or brunch for the remainder of the week.

- **Xelas by El Sazón** in Stillwater: Closed from Jan. 13 to 15. Will reopen at 4 p.m. on Jan. 16.

- **Zao Bakery and Cafe** in St. Paul: It will temporarily close from Jan. 12–15.

- **Zhora Darling** in Minneapolis: The concert on Jan. 15 is canceled.



*Brasa Rotisserie at 777 Grand Avenue in St. Paul. Photo by Christine Schuster | Bring Me The News.*

1/15/26, 12:07 PM    List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00193-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 8 of 20

# Business closures and event cancellations on Jan. 14

- **Arya Cafe** in Minneapolis: closed Jan. 12–17 for unexpected "maintenance / mechanical repairs."

- **Brasa** in St. Paul: Closed from Jan. 12–18, "out of care and respect for our team's safety." Other locations remain open.

- **El Burrito Mercado** in St. Paul: Closed early.

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice. It is selling gift cards for those who want to help.

- **Dragon Star Buffet** in Burnsville: Its website says it is temporarily closed for maintenance.

- **Ena Latin Fusion Cuisine** in Minneapolis: Closed "for the next couple of days."

- **Francis Burger Joint** in Minneapolis: Trivia at the East Lake location is canceled on Jan. 14. The restaurant is open.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Great Moon Buffet** in Maplewood: Temporarily closed.

- **Homi Restaurant** in St. Paul: "For the safety of everyone," it is only accepting pickup and delivery orders.

- **Little Bird Delicatessen** in Minneapolis: Closing at 5 p.m. until further notice.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **Machete** in Woodbury: Closed until further notice.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 16.

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to main gallery and store. Shop staff will buzz in shoppers.

- **Mothership Pizza Paradise** in Minneapolis: Closed for lunch Tuesday through Thursday for the next two weeks. It will open at 4 p.m.

- **Nico's Taco and Tequila Bar** in Minneapolis: Closed from Jan. 12 through Jan. 15 at 4 p.m. "due to recent circumstances that have directly impacted our team."

- **Pancho's Taqueria and Mexican Cafe** in Circle Pines: Closed until further notice.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazon** in Eagan: Closed until further notice.

- **Uptown VFW** in Minneapolis: The kitchen will be closed all week. The bar remains open and Heggie's Pizzas are available.

- **Vive Tropico** in Minneapolis: Closed until further notice. It has begun offering delivery of an Obelas kit that serves six.

- **Wrecktangle Pizza** in Minneapolis: It will reduce hours at its LynLake restaurant for safety, following an incident that involved federal agents

1/15/26, 12:07 PM    List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 10 of 20

deploying tear gas outside the restaurant. It will not offer lunch or brunch for the remainder of the week.

- **Xelas by El Sazón** in Stillwater: Closed from Jan. 13 to 15. Will reopen at 4 p.m. on Jan. 16.

- **Zao Bakery and Cafe** in St. Paul: It will temporarily close from Jan. 12–15.

**Video shows moment Twin Cities restaurant worker is grabbed by federal agents**

Read More

## Business closures and event cancellations on Jan. 13

- **Arya Cafe** in Minneapolis: closed Jan. 12–17 for unexpected "maintenance / mechanical repairs."

- **Boca Chica** in St. Paul: Will be closed Jan. 12–13 "to allow our staff to mentally rest and stay safe."

- **Brasa** in St. Paul: Closed from Jan. 12–18, "out of care and respect for our team's safety." Other locations remain open.

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice.

1/15/26, 12:07 PM    List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence | Bring Me The News

CASE 0:26-cv-00190-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 11 of 20

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Ena Latin Fusion Cuisine** in Minneapolis: Closed "for the next couple of days."

- **Francis Burger Joint** in Minneapolis: The East Lake restaurant is closed "following the violent detention of one of our team members while lawfully observing on Lake Street."

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Homi Restaurant** in St. Paul: "For the safety of everyone," it is only accepting pickup and delivery orders.

- **Little Bird Delicatessen** in Minneapolis: Closing at 5 p.m. until further notice.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 16.

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to main gallery and store. Shop staff will buzz in shoppers.

- **Mothership Pizza Paradise** in Minneapolis: Closed for lunch Tuesday through Thursday for the next two weeks. It will open at 4 p.m.

- **Nico's Taco and Tequila Bar** in Minneapolis: Closed from Jan. 12 through Jan. 15 at 4 p.m. "due to recent circumstances that have directly impacted our team."

- **North Star Deli** in Minneapolis: Altered hours are in effect. Only open from 10 a.m. to 3 p.m. Tuesday through Sunday.

1/15/26, 12:07 PM   List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF   Doc. 70-12   Filed 01/22/26   Page 12 of 20

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazon** in Eagan: Closed until further notice.

- **Time Bomb Vintage** in Minneapolis: Closed on Jan. 13.

- **Vive Tropico** in Minneapolis: Closed until further notice.

- **Wrecktangle Pizza** in Minneapolis: It will reduce hours at its LynLake restaurant for safety, following an incident that involved federal agents deploying tear gas outside the restaurant. It will not offer lunch or brunch for the remainder of the week.

- **Xelas by El Sazón** in Stillwater:  Closed from Jan. 13 to 15. Will reopen at 4 p.m. on Jan. 16.

- **Zao Bakery and Cafe** in St. Paul: It will temporarily close from Jan. 12–15.

## Business closures and event cancellations on Jan. 12

- **Arya Cafe** in Minneapolis: closed Jan. 12–17 for unexpected "maintenance / mechanical repairs."

1/15/26, 12:07 PM List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF   Doc. 70-12   Filed 01/22/26   Page 13 of 20

- **Boca Chica** in St. Paul: Will be closed Jan. 12–13 "to allow our staff to mentally rest and stay safe."

- **Brasa** in St. Paul: Closed from Jan. 12–18, "out of care and respect for our team's safety." Other locations remain open.

- **Bravis** in **Shakopee**: Closed Jan. 11–12 "to review, strengthen and understand the safety of our operations."

- **El Burrito Mercado** in St. Paul: Closed on Jan. 12 "in solidarity with staff, family and neighbors."

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice, per Valley News Live.

- **Gatherings Cafe** in Minneapolis: Closed on Jan. 12. Will reopen on Jan. 13.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Homi Restaurant** in St. Paul: "For the safety of everyone," it is only accepting pickup and delivery orders.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **Marigold** in Minneapolis: Will be closed on Jan. 12. St. Paul location is always closed on Mondays. Online store is open.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 16.

1/15/26, 12:07 PM  List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 14 of 20

- **Mothership Pizza Paradise** in Minneapolis: Closed for lunch Tuesday through Thursday for the next two weeks.

- **Nightingale** in Minneapolis: Closing early on Monday "due to the presence of ICE." It asks that residents hold food donations until Jan. 13.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazon** in Eagan: Closed until further notice.

- **Vive Tropico** in Minneapolis: Closed until further notice.

- **Wrecktangle Pizza** in Minneapolis: Closed at LynLake and Malcolm Yards Jan. 12 "to reset" after a weekend of donating hundreds of pizzas. Other locations are open.

- **Zao Bakery and Cafe** in St. Paul: It will temporarily close from Jan. 12–15.

1/15/26, 12:07 PM
List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF   Doc. 70-12   Filed 01/22/26   Page 15 of 20

*The Armory*
Google Maps

# Business closures and event cancellations on Jan. 11

- **El Agave** in St. Peter: Closed on Jan. 11.

- **The Armory** in Minneapolis: [John Mulaney has postponed all three shows](#) scheduled for the weekend.

- **Brasa** in St. Paul: Closed on Jan. 11 "to prioritize the safety of our team."

- [Bravis](#) in Shakopee: Closed Jan. 11–12 "to review, strengthen and understand the safety of our operations."

- [Casa Deli](#) in Hopkins and Savage: Both locations are closed until further notice.

- [Casa Iberica](#) in Inver Grove Heights: Closed until further notice.

1/15/26, 12:07 PM    List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence | Bring Me The News

CASE 0:26-cv-00190-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 16 of 20

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 16.

- **Mothership Pizza Paradise** in Minneapolis: Closed for lunch Tuesday through Thursday for the next two weeks. Also closed Jan. 11 for a "team gathering."

- **Pimento** in Minneapolis: Closed for lunch on Jan. 11.

- **Rosalux Gallery:** Gallery opening postponed to Jan. 17. The gallery will be closed all weekend.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **Saturday Dumpling Co.** in Minneapolis: The Northeast Minneapolis location is closed Jan. 10–11. Other locations are open.

- **El Sazon** in Eagan: Closed until further notice.

- **Southside Vintage** in Minneapolis: Closed Jan. 10–11.

- **Uptown VFW** in Minneapolis: All event room events are canceled from Jan. 9–11. Bar and karaoke room remain open.

- **Victor's 1959 Cafe** in Minneapolis: Closed Jan. 9–11.

- **Vive Tropico** in Minneapolis: Closed until further notice.

- **Xelas by El Sazón** in Stillwater: Closed for lunch on Jan. 11.

1/15/26, 12:07 PM List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence / Bring Me The News

CASE 0:26-cv-00190-KMM-DJF    Doc. 70-12    Filed 01/22/26    Page 17 of 20

## Business closures and event cancellations on Jan. 10

- **Acadia Cafe** in Minneapolis: Concert is postponed and the cafe is closed on Saturday.

- **The Armory** in Minneapolis: John Mulaney has postponed all three shows scheduled for the weekend.

- **Le Burger** in Minneapolis: Only open 11 a.m.-4 p.m. on Jan. 10.

- **Casa Deli** in Hopkins and Savage: Hopkins is closed Jan. 9–11. Savage location closed Jan. 10–11.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice.

- **Flying V** in Minneapolis: Concert has been canceled.

- **Fort Snelling** in St. Paul: The historic site will be closed Jan. 10.

- **Fred Wells Tennis and Education Center** in St. Paul: All programming after 3 p.m. has been canceled on Jan. 10. Details were emailed to participants.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

1/15/26, 12:07 PM   List of Twin Cities events canceled and businesses closed in response to ongoing ICE presence - Bring Me The News

CASE 0:26-cv-00190-KMM-DJF   Doc. 70-12   Filed 01/22/26   Page 18 of 20

- **Insight Brewing** in Minneapolis: The Singles Trivia Night has been canceled, but the brewery remains open.
- **La Loma Tamales** in Minneapolis: Closed until further notice.
- **Marty's Deli** in Minneapolis: Closing at noon on Jan. 10.
- **Pilllar Forum:** Concert is canceled on Jan. 10.
- **Rosalux Gallery:** Gallery opening postponed to Jan. 17. The gallery will be closed all weekend.
- **Salsa a la Salsa** in Minneapolis: Closed until further notice.
- **Saturday Dumpling Co.** in Minneapolis: The Northeast Minneapolis location is closed Jan. 10–11. Other locations are open.
- **El Sazon** in Eagan: Closed until further notice.
- **Southside Vintage** in Minneapolis: Closed Jan. 10–11.
- **Time Bomb Vintage** in Minneapolis: Closing early, at 5 p.m., on Jan. 10.
- **Uptown VFW** in Minneapolis: All event room events are canceled from Jan. 9–11. Bar and karaoke room remain open.
- **Victor's 1959 Cafe** in Minneapolis: Closed Jan. 9–11.
- **Vive Tropico** in Minneapolis: Closed until further notice.
- **Wildflyer Coffee** in Minneapolis: Closing at 3 p.m. on Jan. 10.

**Minnesota Historical Society closes Fort Snelling as ICE raids continue in Minnesota**

Read More

## Business closures and event cancellations on Jan. 9

- **The Armory** in Minneapolis: John Mulaney has postponed all three shows scheduled for the weekend.

- **Casa Deli** in Hopkins and Savage: Hopkins is closed Jan. 9–11. Savage location closed Jan. 10–11.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Don Papi Chulo** in Inver Grove Heights: Closed until further notice.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **Uptown VFW** in Minneapolis: All event room events are canceled from Jan. 9–11. Bar and karaoke room remain open.

- **Victor's 1959 Cafe** in Minneapolis: Closed Jan. 9–11.

- **Vive Tropico** in Minneapolis: Closed until further notice.

**Concert at Cedar Cultural Center canceled due to Trump administration travel ban**

Read More

· **MINNEAPOLIS MN** · **THE ARMORY** · **ICE RAID** · **ST PAUL MN** · **MINNESOTA** · **MN EVENTS** · **FORT SNELLING**

**BY DUSTIN NELSON**

Dustin Nelson is BMTN's lead Minnesota food, music, events and lifestyle reporter.

Follow @dlukenelson

      

Ne