1/15/26, 12:08 PM ICE surge hits Twin Cities businesses, 50-80% revenue loss reported | FOX 9 Minneapolis-St. Paul

Watch Live

# ICE surge hits Twin Cities businesses, 50-80% revenue loss reported

By Corin Hoggard | Published January 12, 2026 5:24pm CST | Politics | FOX 9 |

**Latin businesses report revenue losses in Twin Cities**

Following an increase in federal immigration officers throughout the city, many Latin businesses in northeast Minneapolis closed on Monday due to the presence of ICE agents, with business owners reporting a significant loss in revenue.

---

**The Brief**

- ICE operations are impacting small businesses in the Twin Cities.

- Many Hispanic-owned shops are losing significant revenue

**FOX LOCAL**                                                                    ✕

  **Watch FOX 9 for free on FOX LOCAL**
Watch local news, weather, and live events on Roku, Fire TV, and more — just search "FOX LOCAL"

https://www.fox9.com/news/ice-surge-hits-twin-cities-businesses-revenue-loss-reported-jan-2026      1/4

**MINNEAPOLIS (FOX 9)** - The ICE surge is turning vibrant shopping areas into ghost towns, particularly affecting Hispanic-owned businesses in Minneapolis and St. Paul.

## Impact on local businesses

What we know: Many Latin businesses in northeast Minneapolis were closed Monday due to the presence of ICE agents, with business owners reporting a significant loss in revenue — some losing 50 to 80%.

The backstory: The ICE surge has led to empty streets and closed doors in areas like Central Avenue and St. Paul's District Del Sol. Popular spots like El Burrito Mercado and Boca Chica have temporarily shut down.

One business owner, who wished to remain anonymous, shared his struggles with FOX 9.

Although he says he is legally in the country, he fears for his business's future as customers stay away. He expressed gratitude to the American community members who continue to support his business.

FOX LOCAL



**Watch FOX 9 for free on FOX LOCAL**
Watch local news, weather, and live events on Roku, Fire TV, and more — just search "FOX LOCAL"

**Twin Cities businesses closing due to ICE safety concerns**

FOX 9's Corin Hoggard joined All Day on Monday afternoon as several Twin Citi restaurants are closed due to ongoing safety concerns with an increased presence of federal agents. Several businesses along Central Avenue in Minneapolis are closed, or have very limited activity.

## Community response and future plans

What they're saying: "It's terrible. Business is terrible," said one business owner who also said they were concerned about making rent and considering options for the future.

Why you should care: The situation highlights the broader impact of ICE operations on local economies and communities, affectin not only business owners but also employees and

FOX LOCAL



Watch FOX 9 for free on FOX LOCAL

Watch local news, weather, and live events on Roku, Fire TV, and more — just search "FOX LOCAL"

Most closed businesses plan to reopen soon, hoping to give their employees a mental break while monitoring the situation closely.

What we don't know: The long-term impact of ICE operations on these busines remains uncertain, as does the potential for future closures.

Politics      Immigration      Business

This material may not be published, broadcast, rewritten, or redistributed. ©2026 FOX Television Stations

FOX LOCAL                                                                                                    ✕



Watch FOX 9 for free on FOX LOCAL
Watch local news, weather, and live events on Roku, Fire TV, and more — just search "FOX LOCAL"