Notice

Due to current conditions in the Twin Cities, we will be temporarily closed until further notice.

This decision was made with safety in mind. We appreciate your patience and understanding.

_Management

Debido a las actuales condiciones en las Ciudades Gemelas, estaremos cerrados temporalmente hasta nuevo aviso.

Esta decision se tomo pensando en la seguridad. Agradecemos su paciencia y comprension.

Gerencia