NEWS > CRIME & PUBLIC SAFETY

# Two hotels in downtown St. Paul temporarily closed for safety concerns

Critics of federal immigration crackdown accused them of housing agents; Minneapolis hotel also not taking reservations



By **KRISTI MILLER** | kmiller@pioneerpress.com | Pioneer Press
PUBLISHED: January 18, 2026 at 2:46 PM CST | UPDATED: January 18, 2026 at 4:37 PM CST

Two downtown St. Paul hotels are closing temporarily, citing safety concerns after critics said they were housing federal immigration officers engaged in the ongoing crackdown in the Twin Cities.

The Hilton DoubleTree Downtown St. Paul sent letters to its guests saying

"Please know that your safety and well being will always be our top priority. Due to heightened public safety concerns in St. Paul, we have made the difficult decision to temporarily close our hotel, and your reservation will be canceled (effective Sunday, Jan. 18)."

The letter went on to say, "We are taking this step out of care for you, our team members, and the surrounding community."



An employee who answered the phone at the Minnesota Street hotel confirmed the hotel was closing Sunday and said it was undetermined when it would reopen.

The IHG InterContinental was also closing, the Associated Press reported.

Over the phone, a front desk employee at the Kellogg Boulevard hotel said it was closing for the safety of the staff, but declined to comment on the safety concerns.

The DoubleTree and InterContinental hotels had empty lobbies with signs out front saying they were "temporarily closed for business until further notice."





Both hotels are owned by the Mille Lacs Band of Ojibwe of Minnesota.

In downtown Minneapolis, the AP reported that the Hilton Canopy hotel was open but not accepting reservations.

All three hotels have been the site of protests with demonstrators saying federal agents were staying there, according to the AP.

Earlier this month, Hilton and the local operator of the Hampton Inn Lakeville hotel apologized after the property wouldn't allow federal immigration agents to stay there. That drew criticism from the Trump administration.

Hampton Inn locations are under the Hilton brand, but the Lakeville hotel is independently operated by Everpeak Hospitality. Everpeak said the cancellation was inconsistent with their policy.

## Around the Web

REVCONTENT