

**Local Sales and Use Taxes**
Including Special Local Taxes*
Effective 1/1/2026 – 3/31/2026

| City/County | Type of Tax | Begin Date | Rate |
|---|---|---|---|
| Albert Lea | Sales and Use Tax | 4/1/06 | 0.50% |
| Anoka County | Transit Sales and Use Tax | 10/1/17 | 0.25% |
| Austin | Sales and Use Tax | 4/1/07 | 0.50% |
| Avon | Sales and Use Tax | 10/1/19 | 0.50% |
| Baxter | Sales and Use Tax | 10/1/06 | 0.50% |
| Becker County | Transit Sales and Use Tax | 7/1/14 | 0.50% |
| Beltrami County | Sales and Use Tax | 7/1/24 | 0.625% |
| | Transit Sales and Use Tax | 4/1/14 | 0.50% |
| Bemidji | Sales and Use Tax | 1/1/06 | 0.50% |
| Benton County | Transit Sales and Use Tax | 10/1/19 | 0.50% |
| Blackduck | Sales and Use Tax | 4/1/25 | 0.50% |
| Bloomington | Sales and Use Tax | 4/1/24 | 0.50% |
| Blue Earth | Sales and Use Tax | 10/1/19 | 0.50% |
| Blue Earth County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Brainerd | Sales and Use Tax | 4/1/07 | 0.50% |
| Brown County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Cambridge | Sales and Use Tax | 10/1/19 | 0.50% |
| Carlton County | Transit Sales and Use Tax | 4/1/15 | 0.50% |
| | Sales and Use Tax | 4/1/23 | 0.50% |
| Carver County | Transit Sales and Use Tax | 10/1/17 | 0.50% |
| Cass County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Chanhassen | Sales and Use Tax | 4/1/25 | 0.50% |
| Chippewa County | Transit Sales and Use Tax | 1/1/25 | 0.50% |
| Chisago County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Clay County | Sales and Use Tax | 10/1/17 | 0.50% |
| Clearwater | Sales and Use Tax | 10/1/08 | 0.50% |
| Cloquet | Sales and Use Tax | 4/1/23 | 1.00% |
| | | 4/1/13 – 3/31/23 | 0.50% |
| Cook County | Sales and Use Tax | 4/1/10 | 1.00% |
| | Transit Sales and Use Tax | 1/1/17 | 0.50% |
| Cottage Grove | Lodging Tax | 7/1/25 | 3.00% |
| Crow Wing County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Dakota County | Transit Sales and Use Tax | 10/1/17 | 0.25% |
| Detroit Lakes | Food and Beverage Tax* | 4/1/11 | 1.00% |
| | Sales and Use Tax | 4/1/25 | 0.50% |
| | | 10/1/19 – 6/30/23 | 0.50% |
| Dilworth | Sales and Use Tax | 4/1/25 | 0.50% |
| Dodge County | Transit Sales and Use Tax | 1/1/19 | 0.50% |
| Douglas County | Transit Sales and Use Tax | 10/1/14 | 0.50% |
| Duluth | Sales and Use Tax | 10/1/19 | 1.50% |
| | | 1/1/70 – 9/30/19 | 1.00% |
| East Grand Forks | Sales and Use Tax | 7/1/25 | 1.00% |
| | | 1/1/18 – 9/30/20 | |
| Edina | Sales and Use Tax | 4/1/23 | 0.50% |
| Elk River | Sales and Use Tax | 10/1/19 | 0.50% |
| Excelsior | Sales and Use Tax | 10/1/19 | 0.50% |
| Fairmont | Sales and Use Tax | 10/1/17 | 0.50% |



**Local Sales and Use Taxes**
Including Special Local Taxes*
Effective 1/1/2026 – 3/31/2026

| City/County | Type of Tax | Begin Date | Rate |
|---|---|---|---|
| Faribault | Lodging Tax* | 1/1/26 | 3.00% |
| Fergus Falls | Sales and Use Tax | 10/1/23<br>1/1/18 – 9/30/22<br>1/1/12 – 12/31/16 | 0.50%<br>0.50%<br>0.50% |
| Fillmore County | Transit Sales and Use Tax | 1/1/15 | 0.50% |
| Freeborn County | Transit Sales and Use Tax | 1/1/16 | 0.50% |
| Garrison, Kathio, West Mille Lacs Sanitary District *(GKWMLL Sanitary District)* | Sales and Use Tax | 1/1/18 | 1.00% |
| Giants Ridge Recreation Area | Admissions and Recreation Tax*<br>Food and Beverage Tax*<br>Lodging Tax* | 7/1/11<br>7/1/11<br>7/1/11 | 2.00%<br>1.00%<br>2.00% |
| Glenwood | Sales and Use Tax | 1/1/20 | 0.50% |
| Golden Valley | Sales and Use Tax | 4/1/24 | 1.25% |
| Goodhue County | Transit Sales and Use Tax | 1/1/19 | 0.50% |
| Grand Rapids | Sales and Use Tax<br>Lodging Tax* | 4/1/23<br>1/1/25 | 0.50%<br>3.00% |
| Henderson | Sales and Use Tax | 4/1/25 | 0.50% |
| Hennepin County | Sales and Use Tax<br>Transit Sales and Use Tax | 1/1/07<br>10/1/17 | 0.15%<br>0.50% |
| Hermantown | Sales and Use Tax | 4/1/23<br>4/1/13 – 3/31/23<br>1/1/00 – 3/31/13 | 1.50%<br>1.00%<br>0.50% |
| Hibbing | Sales and Use Tax | 4/1/25 | 0.50% |
| Hubbard County | Transit Sales and Use Tax | 7/1/15 | 0.50% |
| Hutchinson | Sales and Use Tax | 1/1/12 | 0.50% |
| International Falls | Sales and Use Tax | 10/1/19 | 1.00% |
| Isanti County | Transit Sales and Use Tax | 7/1/19 | 0.50% |
| Itasca County | Sales and Use Tax | 4/1/23 | 1.00% |
| Jackson County | Sales and Use Tax | 4/1/25 | 1.00% |
| Kanabec County | Transit Sales and Use Tax | 1/1/20 | 0.50% |
| Kandiyohi County | Transit Sales and Use Tax | 4/1/18 | 0.50% |
| Koochiching County | Transit Sales and Use Tax | 4/1/22 | 0.50% |
| Lake County | Transit Sales and Use Tax<br>Lodging Tax* | 4/1/17<br>10/1/20 | 0.50%<br>4.00% |
| Lake of the Woods County *(Does not include lodging establishments located within the Baudette city limits effective 6/30/22.)* | Lodging Tax* | 1/1/21 | 3.00% |
| Lake Vermilion Area | Lodging Tax | 10/1/25 | 3.00% |
| Lanesboro | Sales and Use Tax | 1/1/12 – 12/31/24 | 0.50% |
| Le Sueur County | Transit Sales and Use Tax | 4/1/21 | 0.50% |
| Litchfield | Sales and Use Tax | 7/1/23 | 0.50% |
| Lyon County | Transit Sales and Use Tax | 10/1/15 – 6/30/20 | 0.50% |



**Local Sales and Use Taxes**
Including Special Local Taxes*
Effective 1/1/2026 – 3/31/2026

| City/County | Type of Tax | Begin Date | Rate |
|---|---|---|---|
| Mankato | Sales Tax | 4/1/92 | 0.50% |
| | Use Tax | 1/1/00 | 0.50% |
| | Food and Beverage Tax* | 4/1/09 | 0.50% |
| | Entertainment Tax* | 4/1/09 | 0.50% |
| | Lodging Tax* | 10/1/21 | 3.00% |
| Maple Grove | Sales and Use Tax | 4/1/23 | 0.50% |
| Marshall | Sales and Use Tax | 4/1/13 | 0.50% |
| | Food and Beverage Tax* | 7/1/13 | 1.50% |
| Martin County | Transit Sales and Use Tax | 1/1/26 | 0.50% |
| McLeod County | Transit Sales and Use Tax | 1/1/20 | 0.50% |
| Medford | Sales and Use Tax | 4/1/13 | 0.50% |
| Metro Area Sales and Use Tax for Housing *(Includes the counties of Anoka, Carver, Dakota, Hennepin, Ramsey, Scott, and Washington)* | Sales and Use Tax | 10/1/23 | 0.25% |
| Metro Area Transportation *(Includes the counties of Anoka, Carver, Dakota, Hennepin, Ramsey, Scott, and Washington)* | Sales and Use Tax | 10/1/23 | 0.75% |
| Mille Lacs County | Transit Sales and Use Tax | 1/1/17 | 0.50% |
| Minneapolis | Sales and Use Tax | 2/1/87 | 0.50% |
| | Downtown Liquor Tax* | 2/1/87 | 3.00% |
| | Downtown Restaurant Tax* | 2/1/87 | 3.00% |
| | Entertainment Tax* | 10/1/69 | 3.00% |
| | Lodging Tax* | 10/1/19 | 3.00% |
| | | 10/1/17 – 9/30/19 | 2.125% |
| | | 4/1/02 – 9/30/17 | 2.625% |
| Monticello | Sales and Use Tax | 4/1/25 | 0.50% |
| Moorhead | Sales and Use Tax | 4/1/23 | 0.50% |
| Moose Lake | Sales and Use Tax | 10/1/17 | 0.50% |
| Morrison County | Transit Sales and Use Tax | 1/1/18 | 0.50% |
| Mower County | Transit Sales and Use Tax | 1/1/18 | 0.50% |
| New London | Sales and Use Tax | 10/1/17 – 12/31/25 | 0.50% |
| New Ulm | Sales and Use Tax | 4/1/01 | 0.50% |
| Nicollet County | Transit Sales and Use Tax | 1/1/18 | 0.50% |
| Nobles County | Transit Sales and Use Tax | 1/1/21 | 0.50% |
| Norman County | Transit Sales and Use Tax | 7/1/22 | 0.50% |
| North Mankato | Sales and Use Tax | 10/1/08 | 0.50% |
| | Food and Beverage Tax* | 4/1/20 | 0.50% |
| Oakdale | Sales and Use Tax | 4/1/23 | 0.50% |
| Olmsted County | Transit Sales and Use Tax | 7/1/17 | 0.50% |
| | | 1/1/14 – 6/30/17 | 0.25% |
| Ortonville | Lodging Tax | 4/1/24 | 3.00% |
| Otter Tail County | Transit Sales and Use Tax | 1/1/16 | 0.50% |
| Owatonna | Sales and Use Tax | 4/1/07 – 6/30/11 | 0.50% |



**Local Sales and Use Taxes**
Including Special Local Taxes*
Effective 1/1/2026 – 3/31/2026

| City/County | Type of Tax | Begin Date | Rate |
|---|---|---|---|
| Perham | Sales and Use Tax | 1/1/20 | 0.50% |
| Pine County | Transit Sales and Use Tax | 1/1/17 | 0.50% |
| Plymouth | Lodging Tax* | 7/1/24 | 3.00% |
| Polk County | Transit Sales and Use Tax | 4/1/24 | 0.50% |
|  |  | 1/1/18 – 3/31/24 | 0.25% |
| Proctor | Sales and Use Tax | 7/1/25 | 1.50% |
|  |  | 10/1/17 – 6/30/25 | 1.00% |
|  |  | 4/1/00 – 9/30/17 | 0.50% |
|  | Food and Beverage Tax* | 4/1/15 | 1.00% |
| Ramsey County | Transit Sales and Use Tax | 10/1/17 | 0.50% |
| Redwood County | Transit Sales and Use Tax | 4/1/19 | 0.50% |
| Renville County | Transit Sales and Use Tax | 1/1/23 | 0.50% |
| Rice County | Transit Sales and Use Tax | 1/1/14 | 0.50% |
| Richfield | Sales and Use Tax | 4/1/25 | 0.50% |
|  | Lodging Tax* | 1/1/26 | 3.00% |
| Rochester | Sales and Use Tax | 1/1/16 | 0.75% |
|  |  | 1/1/93 – 12/31/15 | 0.50% |
|  | Lodging Tax* | 9/1/71 | 7.00% |
| Rogers | Sales and Use Tax | 10/1/19 | 0.25% |
| Roseau County | Transit Sales and Use Tax | 1/1/22 | 0.50% |
| Roseville | Sales and Use Tax | 7/1/25 | 0.50% |
| St. Cloud | Liquor Tax* | 2/1/87 | 1.00% |
|  | Food Tax* | 2/1/87 | 1.00% |
| St. Cloud Area *(Includes the cities of St. Augusta, St. Cloud, St. Joseph, Sartell, Sauk Rapids, and Waite Park)* | Sales and Use Tax | 1/1/03 | 0.50% |
| St. Louis County | Transit Sales and Use Tax | 4/1/15 | 0.50% |
| St. Paul | Sales and Use Tax | 4/1/24 | 1.50% |
|  |  | 1/1/00 – 3/31/24 | 0.50% |
|  | Sales Tax | 9/1/93 – 12/31/99 | 0.50% |
|  | Lodging Tax less than 50 rooms* | 4/1/04 | 3.00% |
|  | Lodging Tax 50+ rooms* | 10/1/19 | 7.00% |
|  |  | 4/1/04 – 09/30/19 | 6.00% |
| St. Peter | Sales and Use Tax | 7/1/22 | 0.50% |
| Sauk Centre | Sales and Use Tax | 1/1/20 | 0.50% |
| Scanlon | Sales and Use Tax | 1/1/20 | 0.50% |
| Scott County | Transit Sales and Use Tax | 10/1/15 | 0.50% |
| Sherburne County | Transit Sales and Use Tax | 1/1/19 | 0.50% |
| Sibley County | Transit Sales and Use Tax | 1/1/26 | 0.50% |
| Spicer | Sales and Use Tax | 10/1/17 | 0.50% |
| Staples | Sales and Use Tax | 4/1/23 | 0.50% |
| Stearns County | Sales and Use Tax | 4/1/25 | 0.375% |
|  | Transit Sales and Use Tax | 1/1/18 | 0.25% |
| Steele County | Transit Sales and Use Tax | 4/1/15 | 0.50% |
| Stillwater | Sales and Use Tax | 4/1/25 | 0.50% |



**Local Sales and Use Taxes**
Including Special Local Taxes*
Effective 1/1/2026 – 3/31/2026

| City/County | Type of Tax | Begin Date | Rate |
|---|---|---|---|
| Todd County | Transit Sales and Use Tax | 1/1/15 | 0.50% |
| Transit Improvement Area *(Includes the counties of Anoka, Dakota, Hennepin, Ramsey, and Washington)* | Sales and Use Tax | 7/1/08 – 9/30/17 | 0.25% |
| Two Harbors | Sales and Use Tax | 10/1/19 | 1.00% |
|  |  | 4/1/99 – 9/30/19 | 0.50% |
|  | Lodging Tax | 10/1/20 | 1.00% |
| Virginia | Sales and Use Tax | 1/1/20 | 1.00% |
| Wabasha County | Transit Sales and Use Tax | 4/1/16 | 0.50% |
| Wadena County | Transit Sales and Use Tax | 4/1/14 | 0.50% |
| Waite Park | Sales and Use Tax | 4/1/23 | 0.50% |
| Walker | Sales and Use Tax | 1/1/18 | 1.50% |
| Warren | Sales and Use Tax | 4/1/23 | 0.50% |
| Waseca County | Transit Sales and Use Tax | 4/1/19 | 0.50% |
| Washington County | Transit Sales and Use Tax | 10/1/21 | 0.50% |
|  |  | 10/1/17-9/30/21 | 0.25% |
| Watonwan County | Transit Sales and Use Tax | 1/1/25 | 0.50% |
| West St. Paul | Sales and Use Tax | 1/1/20 | 0.50% |
| Willmar | Sales and Use Tax | 10/1/19 | 0.50% |
|  |  | 1/1/06 – 12/31/12 | 0.50% |
| Winona County | Sales and Use Tax | 4/1/25 | 0.25% |
|  | Transit Sales and Use Tax | 1/1/17 | 0.50% |
| Woodbury | Sales and Use Tax | 4/1/25 | 0.50% |
|  | Lodging Tax | 4/1/23 | 3.00% |
| Worthington | Sales and Use Tax | 1/1/20 | 0.50% |
|  |  | 4/1/09 – 9/30/18 | 0.50% |
| Wright County | Transit Sales and Use Tax | 10/1/17 | 0.50% |