# Bring Me The News.

HOME  >  MN LIFESTYLE  >  MN FOOD & DRINK





# List of Twin Cities businesses closed from Jan. 17-23 in response to ICE presence

Dozens of businesses have temporarily closed, reduced hours, or canceled events.

**BRINGMETHENEWS** • UPDATED: 14 HOURS AGO · ORIGINAL: JAN 17, 2026

Operation Metro Surge has brought thousands of federal agents to Minnesota and has been running for weeks. However, major disruptions to daily life reached a new phase on Jan. 7 when Jonathan Ross, an ICE agent, shot and killed Renee Good in her car on the streets of Minneapolis.

The surge of federal agents has put local businesses in a tough position. Many small businesses and restaurants have publicly expressed fear for customers and staff, resulting in limited hours and, in some cases, temporary closures.

North Star Policy Action reports that around the Twin Cities, as well as in cities like Rochester and St. Cloud, businesses have seen lost revenue, and temporary closures have negatively impacted workers across the state.

To aid diners and shoppers, Bring Me The News is maintaining a running list of event cancellations and business closures, along with details on how customers can support those businesses through a difficult time. (Closures and cancellations from Jan. 9–16 can be found here.)

*[Closures are current at the time of publication. However, the situation is evolving rapidly. For the most up-to-date information, check directly with local businesses.]*

Mesut çiçen/Unsplash

# Upcoming closures and cancellations

- **The Cedar Cultural Center** in Minneapolis: The Jan. 23 comedy show has been postponed to Feb. 27.

- **Lat14** in **Golden Valley**: It has announced plans to be closed on Jan. 18 and 25 due to a "temporary staffing shortage and out of care for our team."

- **Khaluna** in Minneapolis: Will be closed Jan. 19 and 26 due to "temporary staffing shortages."

- **Midtown Global Market** in Minneapolis: It has postponed its Lunar New Year Celebration, originally scheduled for Jan. 31. "As Lake Street and other communities across Minnesota face challenges, this did not feel like the right time to celebrate," reads an announcement from the Market. A new date has yet to be announced.

- **An Opera Theatre** in **St. Paul**: It has postponed its upcoming production, "[opera captions]," which was scheduled to run Jan. 23–26.

**List of Minnesota businesses closing for Jan. 23 anti-ICE strike**

Read More

# Business closures and event cancellations on Jan. 20

- **Bar Brava** in Minneapolis: It will be closed for the week "given escalating violence and division in Minneapolis. Simply put, ICE tactics are not compatible with the values of our business, community, and city."

- **Bichota Coffee** in Minneapolis: "To increase our sense of safety in the shop, we're reorganizing our hours to ensure we never have a barista alone in the shop." It'll now be open 9 a.m. to 3 p.m.

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: The restaurant has reopened as of Jan. 20, but will be "operating with flexible hours, always thinking about the well-being and convenience of our customers."

- **La Casita** in Coon Rapids: A sign on its door posted last Tuesday states that it is closing temporarily due to staffing issues.

- **Dancing Ganesha** in Maple Grove, Minneapolis, and St. Louis Park: Its restaurants are temporarily closed, per a note on its website.

- **Don Julio** in White Bear Lake: Temporarily closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Don Papi Chulo Tacos y Botanas** in Inver Grove Heights: Closed until further notice. It is selling gift cards and running a GoFundMe campaign for those who want to help.

- **Dragon Star Buffet** in Burnsville: Its website says it is temporarily closed for maintenance.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Great Moon Buffet** in Maplewood: Temporarily closed.

- **Hell's Kitchen** in Minneapolis: Starting on Jan. 15, the restaurant announced that it is "pressing pause… until mid-next week."

- **Homi Restaurant** in St. Paul: After a brief closure, it is now operating with new hours. It's open Monday to Friday from 10 a.m. to 8 p.m.

- **Indeed Brewing and Pizzeria Lola** in Minneapolis: Pizzeria Lola's trailer at Indeed Brewing will be closed until further notice "for the safety of their staff." However, the pizza shop's brick-and-mortar location is still open.

- **Lito's Burritos and El Tejaban** in Minneapolis and Richfield: It will adjust hours "until our government leaders do something," It'll be closed on Mondays and Tuesdays and has adjusted hours on other days of the week, which can be seen at the link.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **The Lowbrow** in Minneapolis: The restaurant will temporarily close at 9 p.m. daily "to ensure all our staff can get home safely."

- **Lynette** in Minneapolis: It has altered hours "due to major recent events." It will be closed Mondays and Tuesdays. Other hours can be found at the link.

- **Machete** in Woodbury: It reopened on Jan. 20 for to-go orders. It previously encouraged customers who want to support the restaurant to buy gift cards or donate to its staff relief fund.

- **Malcolm Yards Market** in Minneapolis: Beginning on Jan. 20, it's temporarily suspending lunch service on Mondays and Tuesdays. The market will open at 4 p.m. on those days.

- **Marc Heu Patisserie Paris** in St. Paul and Minneapolis. The acclaimed, immigrant-owned bakery has announced new hours due to ongoing ICE operations that will see it close both its locations on Mondays and Tuesdays.

- **Mexico City Cafe** in St. Louis Park: Closed until further notice. The business writes: "This is difficult for us, but we do not have the capacity to open tomorrow."

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 23. In a Jan. 19 Facebook post, the restaurant says it plans to reopen on Jan. 24.

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to its main gallery and store. Shop staff will buzz in shoppers.

- **Mothership Pizza Paradise** in Minneapolis: It will not serve lunch Tuesday through Thursday throughout January. It'll remain open for dinner on those days. Additionally, 10% of all sales are "going directly to our badass team members affected by the overwhelming ICE presence in our community."

- **Nacho's Mexican Grill** in Hopkins: Closed until further notice. It has also begun offering gift cards on its site and opened a staff relief fund.

- **Los Ocampo** in Minneapolis and St. Paul: The company, which operates seven restaurants, is temporarily closing "due to ongoing federal activity throughout the Twin Cities." It encourages anyone who would like to support the business to buy merch, gift cards, or contribute to a staff relief fund.

- **Pajarito** in St. Paul: The St. Paul location will temporarily close beginning on Jan. 18. The Edina location remains open. The business shared: "The weight of what many in our community are experiencing right now is heavy, and we need to pause to care for our people and do what feels responsible in this moment."

- **El Rodeo Mexican Restaurant** in Maple Grove: Closed until further notice. "This pause is not easy, but it's necessary so we can move forward thoughtfully and responsibly," the business shared.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazón Tacos & More** in Eagan: Remains temporarily closed until further notice.

- **Spyhouse Coffee** in Minneapolis: The Whittier location will close at noon on Jan. 20.

- **Sushi by Baaska** in Minneapolis: On Jan. 20, it announced that it will be closed for another week "to protect guests and our team members from getting unlawfully detained." It has shared links to support staff on its Instagram page.

- **Treats Cereal Bar & Boba** in Blaine, Minneapolis, and St. Paul: "Due to the recent events and concerns around safety, we will be temporarily closing our Grand Ave., Blaine, and North Loop locations," reads an announcement. Those will be closed through Jan. 20. The Mall of America location remains open.

- **Urban Ice Anglers** in St. Paul: It has canceled multiple events in its 10,000 Ice Anglers Project, including events from Jan. 14–16 and Jan. 20–30. Details can be found on Instagram. "We hope out Saint Paul based community schools will feel safe enough to participate outdoors in 2027," reads a message on social media.

- **Xelas by El Sazon** in Stillwater: It will temporarily close after a staff member was interrogated while leaving work. El Sazón Cocina and Tragos in Minneapolis remains open.

- **Zao Bakery and Cafe** in St. Paul: Beginning on Jan. 19, the bakery will temporarily be closed Mondays through Thursdays.

# Business closures and event cancellations on Jan. 19

- **Bichota Coffee** in Minneapolis: "To increase our sense of safety in the shop, we're reorganizing our hours to ensure we never have a barista alone in the shop." It'll now be open 9 a.m. to 3 p.m.

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **La Casita** in Coon Rapids: A sign on its door posted last Tuesday states that it is closing temporarily due to staffing issues.

- **Don Julio** in White Bear Lake: Temporarily closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Don Papi Chulo Tacos y Botanas** in Inver Grove Heights: Closed until further notice. It is selling gift cards and running a GoFundMe campaign for those who want to help.

- **Dragon Star Buffet** in Burnsville: Its website says it is temporarily closed for maintenance.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Great Moon Buffet** in Maplewood: Temporarily closed.

- **Hell's Kitchen** in Minneapolis: Starting on Jan. 15, the restaurant announced that it is "pressing pause… until mid-next week."

- **Homi Restaurant** in St. Paul: After a brief closure, it is now operating with new hours. It's open Monday to Friday from 10 a.m. to 8 p.m.

- **Indeed Brewing and Pizzeria Lola** in Minneapolis: Pizzeria Lola's trailer at Indeed Brewing will be closed until further notice "for the safety of their staff." However, the pizza shop's brick-and-mortar location is still open.

- **Khaluna** in Minneapolis: Closed on Jan. 19 and 26.

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **The Lowbrow** in Minneapolis: The restaurant will temporarily close at 9 p.m. daily "to ensure all our staff can get home safely."

- **Lynette** in Minneapolis: It has altered hours "due to major recent events." It will be closed Mondays and Tuesdays. Other hours can be found at the link.

- **Machete** in Woodbury: Closed until further notice. It encourages customers who want to support the restaurant to buy gift cards or donate to its staff relief fund.

- **Marc Heu Patisserie Paris** in St. Paul and Minneapolis. The acclaimed, immigrant-owned bakery has announced new hours due to ongoing ICE operations that will see it close both its locations on Mondays and Tuesdays.

- **Maya Cuisine** in Minneapolis: It will be closed until further notice.

- **Mexico City Cafe** in St. Louis Park: Closed until further notice. The business writes: "This is difficult for

us, but we do not have the capacity to open tomorrow."

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 23. In a Jan. 19 Facebook post, the restaurant says it plans to reopen on Jan. 24.

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to its main gallery and store. Shop staff will buzz in shoppers.

- **Nacho's Mexican Grill** in Hopkins: Closed until further notice. It has also begun offering gift cards on its site and opened a staff relief fund.

- **Los Ocampo** in Minneapolis and St. Paul: The company, which operates seven restaurants, is temporarily closing "due to ongoing federal activity throughout the Twin Cities." It encourages anyone who would like to support the business to buy merch, gift cards, or contribute to a staff relief fund.

- **Pajarito** in St. Paul: The St. Paul location will temporarily close beginning on Jan. 18. The Edina location remains open. The business shared: "The weight of what many in our community are experiencing right now is heavy, and we need to pause to care for our people and do what feels responsible in this moment."

- **Pancho's Taqueria and Mexican Cafe** in Circle Pines: It is closed on Jan. 18–19 and will reopen on Jan. 20. It is also running a GoFundMe for a staff member who is in the country legally and was detained by ICE.

- **El Rodeo Mexican Restaurant** in Maple Grove: Closed until further notice. "This pause is not easy, but it's necessary so we can move forward thoughtfully and responsibly," the business shared.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazón Tacos & More** in Eagan: Remains temporarily closed until further notice.

- **Treats Cereal Bar & Boba** in Blaine, Minneapolis, and St. Paul: "Due to the recent events and concerns around safety, we will be temporarily closing our Grand Ave., Blaine, and North Loop locations," reads an announcement. Those will be closed through Jan. 20. The Mall of America location remains open.

- **Zao Bakery and Cafe** in St. Paul: Beginning on Jan. 19, the bakery will temporarily be closed Mondays through Thursdays.

# Business closures and event cancellations on Jan. 18

- **Bichota Coffee** in Minneapolis: "To increase our sense of safety in the shop, we're reorganizing our hours to ensure we never have a barista alone in the shop." It'll now be open 9 a.m. to 3 p.m.

- **Brasa** in St. Paul: The St. Paul restaurant is closed from Jan. 12–18, "out of care and respect for our team's safety." It adds that it's "working behind the scenes to care for our people and to make sense of a moment

marked by violence and fear." Other Brasa locations remain open.

- Casa Deli in Hopkins and Savage: Both locations are closed until further notice.

- Casa Iberica in Inver Grove Heights: Closed until further notice.

- Don Julio in White Bear Lake: Temporarily closed until further notice.

- Don Pablo's Mexican Restaurant in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- Don Papi Chulo Tacos y Botanas in Inver Grove Heights: Closed until further notice. It is selling gift cards and running a GoFundMe campaign for those who want to help.

- Dragon Star Buffet in Burnsville: Its website says it is temporarily closed for maintenance.

- Duck Duck Coffee in Minneapolis: The Jan. 18 comedy hour is postponed. The cafe remains open.

- GrandeSunrise Mexican Restaurant in West St. Paul: It has temporarily closed as of Jan. 10.

- Great Moon Buffet in Maplewood: Temporarily closed.

- Hell's Kitchen in Minneapolis: Starting on Jan. 15, the restaurant announced that it is "pressing pause… until mid-next week."

- Homi Restaurant in St. Paul: Due to "current events" and a staff shortage, it will be closed on Jan. 17–18. Homi will reopen on Monday, Jan. 19.

- Indeed Brewing and Pizzeria Lola in Minneapolis: Pizzeria Lola's trailer at Indeed Brewing will be closed until further notice "for the safety of their staff." However, the pizza shop's brick-and-mortar location is still open.

- Lat14 in Golden Valley: It has announced plans to be closed on Jan. 18 and 25 due to a "temporary staffing shortage and out of care for our team."

- La Loma Tamales in Minneapolis: Closed until further notice.

- The Lowbrow in Minneapolis: The restaurant will temporarily close at 9 p.m. daily "to ensure all our staff can get home safely."

- Lynette in Minneapolis: It has altered hours "due to major recent events." It will be closed Mondays and Tuesdays. Other hours can be found at the link.

- Machete in Woodbury: Closed until further notice. It encourages customers who want to support the restaurant to buy gift cards or donate to its staff relief fund.

- Mexico City Cafe in St. Louis Park: Closed until further notice. The business writes: "This is difficult for

us, but we do not have the capacity to open tomorrow."

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 18.

- **Minneapolis Parks and Recreation Board**: "All MPRB youth athletic games and practices have been canceled Fri., Jan. 16–Sun., Jan. 18. All games will be rescheduled."

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to its main gallery and store. Shop staff will buzz in shoppers.

- **Nacho's Mexican Grill** in Hopkins: Closed until further notice. It has also begun offering gift cards on its site and opened a staff relief fund.

- **Los Ocampo** in Minneapolis and St. Paul: The company, which operates seven restaurants, is temporarily closing "due to ongoing federal activity throughout the Twin Cities." It encourages anyone who would like to support the business to buy merch, gift cards, or contribute to a staff relief fund.

- **Pancho's Taqueria and Mexican Cafe** in Circle Pines: It is closed on Jan. 18–19 and will reopen on Jan. 20. It is also running a GoFundMe for a staff member who is in the country legally and was detained by ICE.

- **Pajarito Restaurant** in St. Paul: Closed until further notice. The business shared: "The weight of what many in our community are experiencing right now is heavy, and we need to pause to care for our people and do what feels responsible in this moment."

- **Ruam Mit** in St. Paul: Closed on Jan. 18.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazón Tacos & More** in Eagan: Remains temporarily closed until further notice.

- **Sushi by Baaska** in Minneapolis: It will be closed for the weekend "for the safety of our employees and the guests."

- **Treats Cereal Bar & Boba** in Blaine, Minneapolis, and St. Paul: "Due to the recent events and concerns around safety, we will be temporarily closing our Grand Ave., Blaine, and North Loop locations," reads an announcement. Those will be closed through Jan. 20. The Mall of America location remains open.

- **Uptown VFW** in Minneapolis: The kitchen will be closed all week. The bar remains open, and Heggie's Pizzas are available.

- **Valerie's Carniceria** in Minneapolis: Following a closure on Jan. 16, Valerie's has reopened with new temporary hours of 9 a.m. to 6 p.m. for in-store shopping.

# Business closures and event cancellations on Jan. 17

- **Arya Cafe** in Minneapolis: closed Jan. 12–17 for unexpected "maintenance / mechanical repairs."

- **All Square** in Minneapolis: It has temporarily changed hours and will be closed Jan. 15–17. Updates on hours can be found on its social media and newsletter.

- **Band Box Diner** in Minneapolis: Closed Jan. 17.

- **Bichota Coffee** in Minneapolis: "To increase our sense of safety in the shop, we're reorganizing our hours to ensure we never have a barista alone in the shop." It'll now be open 9 a.m. to 3 p.m.

- **Brasa** in St. Paul and Northeast Minneapolis: The St. Paul restaurant is closed from Jan. 12–18, "out of care and respect for our team's safety." The Northeast Minneapolis location will be closed on Jan. 17. Restaurants in Southwest Minneapolis and Hopkins remain open. It adds that it's "working behind the scenes to care for our people and to make sense of a moment marked by violence and fear."

- **Brühaven** and **Twin Cities Pride** in Minneapolis: The Halfway to Pride event at Brühaven Craft Co. on Jan. 17 is canceled. The brewery will still be open.

- **Casa Deli** in Hopkins and Savage: Both locations are closed until further notice.

- **Casa Iberica** in Inver Grove Heights: Closed until further notice.

- **Caydence Records and Coffee** in St. Paul: The concert on Jan. 17 has been postponed.

- **Cedar Cultural Center** in Minneapolis: "Due to events and circumstances specific to Saturday, January 17, we have made the tough decision to postpone Zaq Baker Team, Pullstring, and afters… We have made this choice thinking entirely of our friends' and neighbors' safety."

- **Don Julio** in White Bear Lake: Temporarily closed until further notice.

- **Don Pablo's Mexican Restaurant** in Fergus Falls and Detroit Lakes: Closed until further notice due to an "unforeseen family emergency."

- **Don Papi Chulo Tacos y Botanas** in Inver Grove Heights: Closed until further notice. It is **selling gift cards** and running a **GoFundMe campaign** for those who want to help.

- **Dragon Star Buffet** in Burnsville: Its website says it is temporarily closed for maintenance.

- **GrandeSunrise Mexican Restaurant** in West St. Paul: It has temporarily closed as of Jan. 10.

- **Great Moon Buffet** in Maplewood: Temporarily closed.

- **Hell's Kitchen** in Minneapolis: Starting on Jan. 15, the restaurant announced that it is "pressing pause… until mid-next week."

- **Homi Restaurant** in St. Paul: Due to "current events" and a staff shortage, it will be closed on Jan. 17–18. Homi will reopen on Monday, Jan. 19.

- **Indeed Brewing** and **Pizzeria Lola** in Minneapolis: Pizzeria Lola's trailer at Indeed Brewing will be closed until further notice "for the safety of their staff." However, the pizza shop's brick-and-mortar location is still open.

- **Isles Bun and Coffee** in Minneapolis: It is closed on Jan. 17 "in safety and solidarity."

- **La Loma Tamales** in Minneapolis: Closed until further notice.

- **The Lowbrow** in Minneapolis: The restaurant will temporarily close at 9 p.m. daily "to ensure all our staff can get home safely."

- **Lynette** in Minneapolis: It has altered hours "due to major recent events." It will be closed Mondays and Tuesdays. Other hours can be found at the link.

- **Machete** in Woodbury: Closed until further notice. It encourages customers who want to support the restaurant to buy gift cards or donate to its staff relief fund.

- **MacPhail Center for Music** in Minneapolis: All in-person programs on Jan. 17, including the Free Family Music Concert, "have been canceled out of an abundance of caution." Additionally, Suzuki programs at DeLaSalle High School have been canceled.

- **La Michoacana Monarca** in St. Paul: Closed through Jan. 18.

- **Mill City Farmers Market** in Minneapolis: It will close at noon on Jan. 17 "due to reports of right-wing protesting planned to start at City Hall at 1 p.m."

- **Milly's Wine Bar & Bistro** in Minneapolis: It will open at 3 p.m. on Jan. 17 instead of noon "for the safety of our staff & guests."

- **Minneapolis Parks and Recreation Board**: "All MPRB youth athletic games and practices have been canceled Fri., Jan. 16–Sun., Jan. 18. All games will be rescheduled."

- **Minnesota Center for Book Arts** in Minneapolis: Will limit access points to its main gallery and store. Shop staff will buzz in shoppers.

- **Nacho's Mexican Grill** in Hopkins: Closed until further notice. It has also begun offering gift cards on its site and opened a staff relief fund.

- **Pancho's Taqueria and Mexican Cafe** in Circle Pines: It has altered hours to 11 a.m. to 7 p.m. It is also running a GoFundMe for a staff member who is in the country legally and was detained by ICE.

- **Los Ocampo** in Minneapolis and St. Paul: The company, which operates seven restaurants, is temporarily closing "due to ongoing federal activity throughout the Twin Cities." It encourages anyone who would like to support the business to buy merch, gift cards, or contribute to a staff relief fund.

- **Red Bull Heavy Metal** in Minneapolis: The street snowboarding competition on Jan. 17 has been canceled.

- **Salsa a la Salsa** in Minneapolis: Closed until further notice.

- **El Sazón Tacos & More** in Eagan: Remains temporarily closed until further notice.

- **Springboard for the Arts** in St. Paul: The Winter Whirl on Jan. 17, is canceled.

- **Sushi by Baaska** in Minneapolis: It will be closed for the weekend "for the safety of our employees and the guests."

- **Treats Cereal Bar & Boba** in Blaine, Minneapolis, and St. Paul: "Due to the recent events and concerns around safety, we will be temporarily closing our Grand Ave., Blaine, and North Loop locations," reads an announcement. Those will be closed through Jan. 20. The Mall of America location remains open.

- **Uptown VFW** in Minneapolis: The kitchen will be closed all week. The bar remains open, and Heggie's Pizzas are available.

- **Valerie's Carniceria** in Minneapolis: Following a closure on Jan. 16, Valerie's has reopened with new temporary hours of 9 a.m. to 6 p.m. for in-store shopping.

- **Vive Tropico** in Minneapolis: Closed until further notice. However, it has begun offering delivery of an Obelas kit that serves six.

- **Wildflyer Coffee** in Minneapolis and St. Paul: Both locations closed at noon.

---



**Farina Rossa pizza shop reopens following closure of Fair State's taproom**

**Read More**

---



Stay updated with the latest news and trending stories across Minnesota. Add us on Google News to stay up to date with the latest content.