UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**DECLARATION OF IANNI HOUMAS**

## **DECLARATION OF IANNI HOUMAS**

I, Ianni Houmas, declare as follows:

1. I am the Executive Director of the Southeast Community Organization (SECO), also known as District Council 1, located in Saint Paul, Minnesota. SECO is the officially recognized District Council for the Eastview, Conway, Battle Creek, and Highwood Hills neighborhoods. In my role, I am responsible for community engagement, public safety coordination, and documenting impacts to residents and businesses within our district.

2. SECO's mission is to support the well-being, safety, and civil rights of District 1 residents. This includes monitoring and responding to incidents that affect community members, especially those involving potential violations of Minnesota law.

3. SECO became aware of the events underlying this lawsuit through direct reports from residents, business owners, and community partners. SECO has observed and documented significant impacts on local businesses following recent enforcement activity in the area. These impacts include:

    • Los Ocampo, 1751 Suburban Ave., Saint Paul 55119: The business closed, citing "current conditions in the Twin Cities." SECO received a photograph documenting the closure notice.

    • MJ Delights Café, 1999 Burns Ave., Saint Paul 55119: The business closed due to "difficulties in the community," as stated on signage. SECO received a photograph documenting this notice.

    • Ha Tien Market: Management reported that U.S. Immigration and Customs Enforcement (ICE) entered the business on January 17, and two employees were taken into custody. Management further reported that ICE vehicles continued to sit in and drive through the parking lot during business hours, which they described as intimidating to customers and employees. Ha Tien indicated they were contemplating closing due to this ongoing presence.

    • Rainbow Clothing, 2139 Old Hudson Rd., Saint Paul 55119: Staff reported that they have begun keeping their doors locked during business hours for the safety of employees and

customers due to fear of ICE harassment. Rainbow Clothing has operated at this location for more than five years.

•   Sabores Fresh Market, 1990 Suburban Ave., Saint Paul 55119: The newly opened and remodeled business reported that, in order to remain operational and avoid what they described as unwarranted solicitation by ICE, they have chosen to keep their doors locked during business hours.

•   Sun Ray Halal Market: Staff reported that ICE entered the market on January 16 and demanded identification from all individuals present, without reasoning, of employees, 2 present and customers, two present. The business had signage posted requesting that immigration agents not enter. The owner stated that they told ICE they did not want agents inside during operating hours, and an agent responded that he "did not care." No individuals were detained during this incident.

4. In addition to the business impacts described above, SECO has also received resident reports involving family members being detained. One resident reported that a younger family member was taken into custody during recent enforcement activity. SECO has also documented a growing fear among community residents, who have expressed concern about their safety, their ability to move freely in the neighborhood, and the potential for further enforcement actions affecting their families. These reports were documented as part of SECO's ongoing responsibility to track community impacts and ensure that concerns are elevated to the appropriate authorities.

5. Based on the information provided to SECO, all of the above conduct occurred within the geographic boundaries of District 1 and directly affected Minnesota residents and businesses. SECO documented concerns raised by business owners and community members regarding the nature of the conduct, its impact on operations, and whether it complied with Minnesota law.

6. Residents and business owners reported impacts consistent with potential violations of the Minnesota Human Rights Act, including fear-based closures, restricted access to public-facing businesses, and intimidation affecting customers and employees. SECO does not make legal conclusions but reports these concerns as they were communicated.

7. SECO has a responsibility to elevate community concerns when residents or businesses believe their rights under Minnesota law may have been infringed. In this case, SECO documented the concerns, communicated with appropriate authorities, and sought clarification regarding the conduct and its compliance with state law.

8. SECO's involvement is limited to documenting community impacts, supporting residents and businesses, and ensuring that potential violations of Minnesota statutes are reviewed by the appropriate state authorities. SECO does not conduct criminal investigations and does not assert legal conclusions regarding liability.

9. The information in this declaration is based on SECO's records, resident and business communications, and my personal knowledge as Executive Director. If called upon, I can provide additional documentation or testify to the facts stated here.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed on this 20 day of January, 2026, in Saint Paul, Minnesota.

_____

Ianni Houmas
Executive
Director
Southeast Community Organization (SECO)