UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

State of Minnesota,

by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,

Case No. 0:26-cv-00190-KMM-DJF

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS

CHARLES, in his official capacity as Acting Executive Associate

Director, Enforcement and Removal

Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

**DECLARATION OF**

**PARIS DUNNING**

Defendants.

## DECLARATION OF PARIS DUNNING

I, Paris Dunning, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over eighteen and understand the obligations of an oath.

2. I am the Executive Director of the East Side Area Business Association, located in the City of Saint Paul. I have served in this role since April of 2016.

3. The East Side Area Business Association is an organization with 135 members that range in diversity from small, family-run shops to large corporations. Businesses reach out to the East Side Area Business Association for many reasons, and we support our members with three basic approaches: relationship building between our members, advocacy at the City level to improve business experiences while working with the City, and marketing visibility to drive new sales. A key to each of these approaches is helping members find answers to their questions, find reliable allies, and resources to achieve their goals.

4. In this position, I specialize in participatory workshops and processes to engage people who are rarely involved in public decision making. I also specialize in public speaking, writing, facilitation, community meetings, community economic development, cooperative development, and sustainability.

6. The East Side of Saint Paul – is comprised of four planning Districts: 1, 2, 4 and 5 – it is a third of the City's land area located in the geographic eastern side of Saint Paul. It is defined by Larpenteur Avenue to the north, McKnight Road to the east, the Mississippi River to the south, and I-35E to the west.

7. The East Side of Saint Paul is a diverse community. Of the total 104,200 residents who live on the East Side, 32.1% of these residents are Asian; 11.8% are of Hispanic origin, and 15.4% of these residents are Black. In total, there are 1,657 businesses located on the East Side of Saint Paul, including 114 food service businesses. These 114 food service businesses alone employ 1,708 employees.

8. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with City of Saint Paul staff, or from my review of relevant documents and information. If called as a witness, I could and would competently testify based on information and belief to the matters set forth below.

   **The Impact of Operation Metro Surge on Saint Paul's East Side Businesses**

8. Since Dec 6, 2025, we have heard steadily from members about needs for resources. During COVID we saw the same kind of interest from business owners in available sources for working capital and operational support. These resources are few and far between, but we have had many more conversations than usual about these sources. The

PROMISE Act - a state funded source - is the number one thing I am talking to businesses about, because it is money they are all eligible for given our geography. On December 11, 2025, we were at a meeting that included business owners from the East Side. I was shocked to hear businesses talk about their current state of affairs. I had not thought that the impact was so dire. Of the dozen or so businesses present, all of them were asking for support to weather the current situation that included a decrease in revenue and foot traffic. They said concerns about ICE presence in the neighborhood was resulting in fewer customers for all of them.

9. Afterward, I reached out to other businesses who confirmed it is not just cultural businesses on the corridor who are impacted. Others are down in revenue and foot traffic as well. Today, January 20, 2026, I spoke with a very successful business owner who has multiple locations in the Twin Cities. A strong business with multiple millions of dollars in revenue and a better than average profit margin has lost half its workforce from the climate of fear they report. Revenues are down 60% over this time last year, and they project that reserves will only last part way through this year. A strong success story may be months away from bankruptcy.

10. This story is the experience of many of our small businesses I am hearing from right now. Many have adjusted their hours and are not able to operate to sustain the business. Another owner said today that her staff, though they have work permits, are all too scared to come to work. She is closing early every evening. She and her family are heavily needed to operate. Without their main source of power, long time employees, many owners are working as hard as they physically and mentally can to cook food, make deliveries, and try to bring in some revenue to cover their costs.

11. I have had an encounter with ICE agents outside one business as they implored the business owner to let them enter and apprehend a person they believed to be a customer in the store. The business owner had locked his door and stood outside with them. He asked to see the warrant which agents did not produce. One agent approached me to ask if I would intervene and insisted they were just looking for this one individual and then would leave. He noted that it was a shame that the business had to be locked and lose all this revenue. I asked if they had a judicial warrant and was told that they had one but didn't need to show it to me. I agreed and recommended they show it to the business owner. They did not produce the warrant. After I left, I was told community stood peacefully outside with ICE agents discussing this until they left. Community shopped the store afterward when they reopened to try to help the business recover which the owner appreciated. We have heard reports from businesses that ICE has made repeated visits to our side of town. Some business owners have requested accompaniment for their employees who are scared they will be confronted as they come and go from work.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21 day of January 2026

_____
Paris Dunning                             *East Side Area Business Association Executive Director*