UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br>**DECLARATION OF LYNN PINGOL** |

# DECLARATION OF LYNN PINGOL

I, Lynn Pingol, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over eighteen and understand the obligations of an oath.

2. My name is R. Lynn Pingol, and I am the Chief Executive Officer and Founder of MaKee Company LLC (MKC). MaKee Company is an industry-specific consulting firm trusted by entrepreneurs for delivering advice, clarity, competence, and real-world results across some of the most demanding sectors. With expertise in construction, real estate development, retail, restaurants/food service, manufacturing, and technology, MKC helps entrepreneurs and small businesses navigate complex requirements that often feel overwhelming. Entrepreneurs rely on MKC because our support is practical, transparent, and grounded in systems that work—operational tools, compliance-ready templates, hands-on technical assistance, and guidance that anticipates risks before they arise. By helping businesses meet industry standards, satisfy institutional and funder expectations, and strengthen internal operations, MKC positions entrepreneurs for sustainable growth and larger contracting opportunities.

3. As CEO, I am recognized for my support of entrepreneurs and small businesses through capacity building, operational development, and systems design. My work focuses on business development and sustainability - strengthening internal operations, improving compliance readiness, and helping all small businesses—including minority-owned and women-owned firms—compete effectively in complex contracting environments.

4. Across various industries, I am considered an expert in procurement and contracting, including policy development, bid interpretation, and the design of practical systems that help entrepreneurs and small businesses meet institutional and governmental

requirements. My expertise includes analyzing procurement opportunities, interpreting scopes of work, identifying risks and gaps, and guiding entrepreneurs and small businesses through compliance, reporting, and operational readiness. Over the years, I have supported more than 1,800 businesses through strategic planning, training, personalized coaching, and customized solutions that strengthen long-term business performance.

5. In addition to my consulting work, I am a published contributor to the Modern Economic Journal, an initiative of the Financial Services Innovation Coalition. My published papers examine the broader systems that shape the experiences of small businesses, including national policy trends, regulatory environments, and the operational conditions that influence entrepreneurs and small businesses across the country. My writing documents barriers faced by small, minority-owned and women-owned businesses, analyzes shifts in procurement and contracting practices, and highlights practical solutions that support stronger business performance. Through this work, I contribute research-based insights that have and continue to inform policymakers, industry leaders, and practitioners working to improve the landscape for small business development.

6. I also serve as the Chair of the City of Saint Paul Business Review Council. In this role, I hear the current state of affairs of our business community from business associations, private corporations, and business owners. Our Council reviews statutory language, drafts recommendations, and provides advice that can shape policy changes that support clearer procedures, stronger accountability, and more accessible pathways for small businesses engaging with the City. This work includes proposing policies, statutes, and municipal

ordinances designed to modernize the City of Saint Paul's business processes and reduce administrative burdens.

7. In my professional practice, I have developed strong, direct relationships with entrepreneurs and small business owners in the City of Saint Paul. Because approximately one in three businesses in Saint Paul is owned by an immigrant, my approach to these relationships is intentionally hands-on. Through ongoing one-on-one conversations, technical assistance sessions, and site-based visits, I gain first-hand insight into the operational, financial, and administrative challenges these businesses encounter. These interactions consistently reveal barriers in day-to-day operations, including cash-flow constraints, staffing shortages, compliance burdens, and difficulties navigating city processes. This direct engagement enables me to identify systemic issues and gaps in support that affect businesses across multiple industries

8. I am familiar with the information in the statements set forth below either through personal knowledge, or from my review of relevant documents and information. If called as a witness, I could and would competently testify based on information and belief to the matters set forth below.

**The Impact of Operation Metro Surge on the Operations of Saint Paul Businesses**

9. To date, Saint Paul entrepreneurs and small business owners have shared significant hardships with me, the most severe being the sharp decline in revenue. Since the arrival of ICE in Saint Paul, I have seen the effects of 20%-30% reduction in revenues - during the first month of occupation. Post the death of Ms. Renae Good and subsequent increase in ICE presence, many businesses in the City of Saint Paul have reported 50-60% reductions in revenue, a level of loss that creates immediate and long term operational

strain. When small businesses experience this drastic loss of revenue—the consequences extend far beyond temporary financial loss. These conditions create a chain reaction of operational, financial, and structural challenges that threaten the long term viability of the business.

10. Almost all of the Saint Paul entrepreneurs and small businesses owners I work with state significant safety concerns that directly affect their ability to operate. The visible presence of ICE, especially in cultural commercial corridors, has heightened anxiety among employees, customers, and owners, creating an environment where people feel unsafe entering or remaining in commercial spaces. Employees have described feeling exposed and vulnerable at work, unsure whether an enforcement action could occur without warning. These safety concerns create a cascading operational impact: fewer customers, fewer available employees, and greater unpredictability in daily operations. Over time, the perception of unsafe conditions becomes a structural barrier to business recovery, making it harder for small businesses to retain staff, attract new customers, or maintain the level of activity needed to remain viable.

11. Saint Paul businesses in general also recognized that customer behavior has shifted. Many community members are avoiding certain commercial corridors or businesses altogether out of fear of encountering enforcement activity. This decline in foot traffic reduces daily revenue and undermines the stability of ALL St Paul businesses that rely on predictable customer patterns. For businesses that are open late or operating in areas already experiencing public safety challenges, the added layer of immigration related fear compounds existing risks and further discourages both workers and customers from engaging with the business.

12. During my conversations with business owners, employees have also expressed fear about going to work. They worry that ICE could enter their workplace without warning, placing them in positions of vulnerability and leaving them unable to protect coworkers or customers. This fear has resulted in staffing shortages, last minute call outs, and an inability to maintain predictable schedules.

13. The arrival of ICE in Saint Paul has not only contributed to revenue losses and staffing challenges but has also forced many businesses to reduce their operating hours or close unexpectedly. From what I have learned, 30%-40% of small business owners have shared that they are forced to close three to four days each week, a disruption that immediately cuts off revenue and further destabilizes daily operations. Businesses – regardless of size - can ill-afford being closed multiple days per week or operate with inconsistent hours. Customers – if any – will naturally shift their loyalty to establishments that offer predictable service. This erosion of repeat business accelerates revenue decline and makes recovery significantly more difficult.

14. For restaurants and retail establishments, these small business owners recognize that inconsistent hours also create spoilage, waste, and supply chain inefficiencies, adding additional financial strain. These conditions reinforce one another, creating a cycle in which staffing shortages and financial losses compound over time, making it increasingly difficult for businesses to maintain consistent operations or recover from ongoing disruptions.

15. From my analysis, financial ramifications of ICE presence in Saint Paul will compound quickly. Even as revenue drops by half, fixed costs—such as rent, utilities, insurance,

loan payments, taxes, and vendor obligations—remain constant. Businesses are falling behind on payments, accumulating late fees, and are at risk breaching lease agreements or vendor contracts. Cash flow shortages are also limiting the ability to purchase inventory, maintain equipment, or invest in marketing, which further reduces competitiveness.

16. Since ICE arrived, business's creditworthiness has now come into question. Missed or late payments have reduced, if not destroyed credit scores, making it harder to secure financing, lines of credit, or emergency capital. Without access to capital, businesses cannot bridge revenue gaps, invest in improvements, or respond to unexpected expenses. This financial instability increases the likelihood of layoffs, downsizing, or permanent closure.

17. These damaging consequences extend beyond the individual business. When ICE presence forces multiple businesses in ANY commercial corridor to reduce hours or close, the surrounding area experiences decreased foot traffic and declining economic activity. This creates a negative feedback loop that affects neighboring businesses, property owners, and the broader community.

18. The cumulative impact of these conditions poses a significant threat to the economic health of the City of Saint Paul. A sustained pattern of business closures reduced operating hours, and declining revenue directly affects the city's tax base, commercial vitality, and long term economic resilience. Lower sales volumes result in reduced sales tax revenue, while commercial vacancies depress property values and increase blight. As corridors lose active businesses, foot traffic declines, public safety concerns rise, and the overall attractiveness of the area diminishes for residents, visitors, and future investors. If ICE continues its presence in Saint Paul and these conditions continue, Saint Paul will

face long term economic contraction, reduced employment opportunities, and increased public sector costs associated with economic recovery and neighborhood stabilization. The presence of ICE has created unmeasurable ripple effects that extend far beyond individual businesses. Their presence now poses a substantial risk to the economic vitality and stability of the City of Saint Paul.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED this 20th day of January, 2026.

_____
Lynn Pingol                                                                 *CEO, MaKee Company LLC*