UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Minnesota

State of Minnesota, et al.　　　　　　　　　　Case No. 26-cv-00190-KMM-DJF
　　　　Plaintiffs,

　　　　v.　　　　　　　　　　　　　　　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　　　**BRENDA LEWIS, Ph.D.**

Kristi Noem, et al.,
　　　　Defendants.


I, Brenda Lewis, declare as follows:

1. I am the Superintendent of Fridley Public Schools (ISD 14) in Fridley, Minnesota. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.
2. Fridley Public Schools serves approximately 2,871 students across eight schools in our district.
3. Beginning in early January 2026, our school community has experienced severe disruption due to heightened federal immigration enforcement activities in our area.
4. On January 9 and 16, 2026, Fridley Public Schools made the difficult decision to close schools due to safety concerns related to immigration enforcement activities.
5. On January 20, 2026, we will begin offering students the option of remote e-learning in response to continuing fears within our community.
6. I have personally witnessed student attendance declining by ⅓ as families have kept their children home out of fear related to immigration enforcement. Many families have expressed to me and our staff that they are afraid to send their students to school.
7. Since the increase in immigration enforcement activities, 211 students in Fridley Public Schools have enrolled in the online learning option that we created specifically in response to the ICE situation.
8. Our district has experienced a significant increase in requests for door-to-door transportation. Families have told us they specifically requested this service because they do not want their children or themselves waiting at bus stops where they fear they may encounter immigration agents.
9. Our social workers are currently delivering food to families who have told us they are too nervous to go grocery shopping themselves.
10. We have made arrangements for alternative transportation options for staff members who have expressed fear about riding public transportation due to the immigration enforcement environment.
11. The disruption to our students' education, the fear permeating our community, and the extraordinary measures we have had to implement have caused significant harm to our district's ability to provide a safe and stable learning environment for all students.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed this 16th day of January, 2026, at Fridley, Minnesota.

*Brenda Lewis*

Brenda Lewis Ph.D.
Superintendent, Fridley Public Schools