# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

    Defendants.

Civ. No.: 26-cv-00190-KMM-DJF

**DECLARATION OF JOEY CIENIAN, ON BEHALF OF THE MINNESOTA ASSOCIATION OF CHARTER SCHOOLS**

I, Joey Cienian, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18. I make this declaration based on personal knowledge, my professional experience and training, and information I have learned from various personnel whose work I rely upon and who have assisted me in gathering this information from our school community.

2. I am the Executive Director of the Minnesota Association of Charter Schools. The Minnesota Association of Charter Schools is a membership organization that advocates for fair and just education policies for students in charter schools, supports charter school innovation, quality and accountability, and facilitates cooperation in Minnesota's charter school community to promote equitable opportunities and excellence in education for students.

3. Over the past two weeks, approximately 100 chartered public school leaders in Minnesota reported firsthand accounts of the impacts they are experiencing with the Minnesota Association of Charter Schools through structured virtual meetings, supplemented by 11 in-depth follow-up interviews with a diverse cross-section of affected schools. What follows is the data I collected from these surveys and interviews, organized by subject matter.

4. These accounts document a rapidly evolving situation marked by widespread disruption to attendance, instruction, staffing, and student well-being.

5. As of January 15 (with numbers continuing to increase), more than 18 schools reported offering online or distance learning upon family request or temporarily shifting to virtual instruction for one to two weeks due to safety concerns, while more than 10 schools reported full temporary closures. Collectively, these data points and narratives reflect a systemic pattern rather than isolated incidents, underscoring the scale and urgency of the impacts facing schools and their communities.

**Academic Disruption and Learning Loss**

6. Schools reported that instructional continuity has been severely disrupted by sustained fear, attendance collapse, staffing instability, and emergency operational shifts. Schools reported halted academic momentum, widespread absenteeism, dual-mode instruction demands, and the erosion of hard-won post-pandemic learning recovery. Leaders consistently described learning conditions as unstable, fragmented, and increasingly untenable.

7. Almost every school interviewed described significant impacts on attendance, with some experiencing massive disruptions to their student body attendance and others with groups of students unable to attend school to learn.

    a. One school reported that learning had essentially stopped, with classrooms only half full and attendance falling to approximately 50 percent, halting all academic momentum. Another school reported that overall attendance dropped to roughly 40 percent in a single week, with more than 100 elementary students absent and secondary attendance significantly reduced. Another school reported that 50–60 percent of students were no longer attending in person and were instead participating online, while an additional 10 percent were not engaging in learning at all. Another school reported that as of January 20, 24 percent of expected students were absent despite launching online learning the prior week, with one-third of those students at risk of disenrollment within two weeks; this ICE-related attendance disruption has resulted in a 10 percent

enrollment decline—approximately 20 pupil units—representing more than $100,000 in lost funding, equivalent to multiple teacher salaries.

    b.    Another school described classrooms as half full and pointed out that many BIPOC families with legal papers were not comfortable in attending due to concerns of inappropriate detainment. Another school described that their buses were now missing large percentages of students. They said this is costing the school significantly with students not attending, but they could not cancel contracts because they needed them for those who could attend and for changes in the future. Another school echoed this, reporting student ridership on school buses and other transportation vehicles has declined significantly, which was directly correlated with their decreased student attendance. Another school described that, as a Community Eligibility Provision site required to provide meals to all attending students, it must place food orders on a rolling 10-day basis and cannot receive reimbursement for meals provided outside of school. As a result, current sudden attendance declines are currently generating large volumes of non-reimbursable meals and causing significant financial losses.

    c.    Many schools in the metro and suburbs have had to close for multiple days and described spending enormous time and resources developing temporary online learning opportunities for their students. One school reported that students transitioned to virtual learning after closures, with many unable to return to in-person instruction and expected to remain online indefinitely. Multiple schools reported that teachers were required to deliver in-person and online instruction simultaneously or cover both modalities with their students and caseloads daily. Multiple schools reported that without additional compensation or planning time this was placing unsustainable strain on staff. Multiple schools described that this increased strain on staff also included daily before and after school security planning meetings and increased responsibilities on crisis and socio-emotional support. Another school reported that social workers have been redeployed to address food insecurity and family crises rather than in school support, adding the responsibilities of non-social work colleagues. Multiple schools reported concerns about shifting staff responsibilities is taking significant time out of learning in the classroom for students.

    d.    The shift to online learning has impacted student engagement in their learning with multiple schools reporting seeing academic disengagement for students at home. Even with support, one school reported work completion is low, describing the online shift as devastating given learning-loss recovery efforts they've seen since the pandemic. Multiple schools described the financial strain of needing to purchase technology, hot-spots for connectivity, more software licenses, and other costs. Schools reported this was impacting their already allocated budgets as there is currently no ESSER funding that was

provided during the pandemic to help. One school reported they were supplementing online learning with supplies, kits, and print-outs and had major costs in paper/toner/labor with staff time spent developing these materials and instructing students on how to use them. Multiple schools reported the need to secure devices for testing obligations later this month and in the spring, straining their capacity to connect students online with technology. Two schools expressed concern about potential compliance implications for required English Learner ACCESS/WIDA testing, as a significant number of eligible students are currently absent so close to the scheduled testing window at the end of January.

      e.      Multiple schools described having to cancel field trips, after-school activities, sports, and other extracurricular and enrichment programming, as well as restrict access and attendance at remaining events, with documented negative impacts on student engagement, morale, and well-being. Another school described their Senior Trip is now at risk and staff is considering canceling it. One school described students expressing anger about canceled sports activities, stating, "We are citizens."

      f.      Another school echoed this concern, reporting that academic recovery from COVID-era learning loss was being reversed, with students struggling to focus and complete work even with extensive support, placing additional strain on the school's progress toward academic goals set with its authorizer and the state. Another school reported that enrollment losses due to families relocating or leaving the country are now threatening long-term program viability and budget stability.

**Psychological Trauma to Students, Families, and Staff and Increased Need for Mental Health Supports**

8.      Schools consistently reported acute and ongoing psychological harm affecting students, families, and staff. Fear, uncertainty, exposure to violence, and the threat of family separation were described as pervasive, with emotional distress manifesting in crisis behaviors, anxiety, disengagement, and physical stress responses amongst adults and students. The demand for mental health and crisis response services has risen sharply across schools, overwhelming existing capacity and diverting staff and

resources away from instruction. Schools described operating in near-constant crisis mode, with emotional stabilization becoming a primary function of the school day.

    a.    The majority of schools interviewed reported that staff, students, and broader school communities were negatively impacted by witnessing intense enforcement activity in surrounding neighborhoods and near school campuses. One school reported their students and families were experiencing heightened fear after ICE vehicles staged near school and students reported they followed buses. One school reported that students witnessed enforcement actions near their homes and on the way to school, resulting in heightened fear and emotional distress. Another school reported that a family stated they would not send their five-year-old child to the bus stop, despite having legal documentation, due to fear of a traumatic incident.

    b.    Another school reported a student experiencing a mental health crisis after being trapped in a store with their parent while ICE agents arrested an individual inside, including pounding on doors and whistling outside. Another school described how constant sirens and helicopters were contributing to stress and fear amongst the school community. Another school reported that severe psychological trauma among staff was significantly affecting their ability to work. Another school reported a student suicide-related crisis last week and described students experiencing severe mental health crises as a now weekly occurrence. Another school reported that students were crying at school and expressing fear that family members could be taken at any time. Another school reported that some students who continued attending appeared emotionally numb, while others were highly fearful and triggered by ongoing in-person and online exposure to ICE violence, contributing to a distressing school environment. Another school reported that in addition to firsthand exposures, students were also exposed to graphic or live-streamed content online related to detentions, increasing anxiety and distraction during the school day.

    c.    One school reported that students were experiencing stress both at school and at home, were afraid to go outside, and that the school was receiving nonstop fear-driven calls, resulting in a constant crisis posture. Another school reported that families were contacting the school to explain they were afraid to leave their homes, with some parents whispering during phone calls and others avoiding using personal devices due to fear of being tracked. One school reported that families avoided school events due to fear of being pulled over while traveling.

    d.    One school reported that social workers have been redeployed to address food insecurity and family crises rather than academic support. Another

school described that every room in the school was being used for mental health support, the whole office was now staged for social work, and meetings even were extending into the hallways to meet student needs and surging demand. They said, "everyone is a social worker right now," describing staff time consumed by mental health and family support. Another school reported that their administrator team was working 24/7 emergency lines with no breaks leading to fear of staff burnout risk. Another school described that staff was spending extra hours every day transporting food for school families who were in need.

     e.     One school described bringing in more substitutes to deal with staff overextension and absences, outside of their original budget. Another school said 25% of staff were afraid to come to work in person for fear of profiling and that even though they had green cards or work permits they reported not feeling safe putting strain on the school staffing. Another school reported 10% of their staff was requesting 1 month off or online and many were taking sick days or PTO leading to enormous program disruption.

     f.     Another school reported that their counseling caseload was already overstretched and now is strained further by crisis walk-ins and constant mental health support by staff checking in with online students. Another school described added costs for needing to hire additional therapists to be brought in for students but also for staff and leadership wellness. One school reported that staff experienced physical symptoms of stress, including sleeplessness and bodily pain, as a result of sustained crisis response. Another school said relatives were constantly calling staff to check on their safety.

     g.     Multiple schools reported that students were assuming adult responsibilities at home, including caring for and transporting siblings, managing household needs, and working additional shifts or jobs, due to parental fear or absence, impacting their own education and well-being.

**Community and Economic Impacts on Families**

9.     The impacts reported by schools extended well beyond school walls, affecting family economic stability, housing security, and access to basic needs. Schools reported they are increasingly currently functioning as emergency response hubs rather than solely educational institutions in response.

a. Multiple schools reported that families were experiencing food insecurity, with students and staff transporting food home for large households. One school reported that school vehicles were used continuously to deliver food, groceries, and supplies due to widespread need. Another school reported that parents were detained, leaving children without caregivers and requiring school intervention for rent and stability.

b. Another school reported that community businesses closed temporarily, resulting in significant income loss for families connected to the school. Another school reported that families relocated children to relatives outside the area due to fear of violence or targeting.

**Safety, Security, and Physical School Environment Impacts**

10. Schools reported that enforcement activity and community instability have fundamentally altered school environments, requiring heightened security protocols, restricted access, and constant contingency planning. They described normal school operations such as arrival, dismissal, transportation, and events have been reshaped around safety concerns.

a. One school reported that enforcement vehicles were observed repeatedly near the school during arrival and dismissal, prompting emergency escort procedures. Another school described students reporting that ICE vehicles were following school buses after dismissal last week. Another school reported that transportation routes were disrupted after a school vehicle was boxed in and stopped and detained, causing drivers to fear continuing routes. Another school described public transportation, as an option for student transport, was being compromised with students seeing enforcement actions on their way to school.

b. Another school reported that unmarked vehicles with dark windows repeatedly circled school buildings, triggering secure holds. Another school observed ICE agents located beyond their parking lot using binoculars to look into the school building which serves children ages 3-5. Another school described ICE agents at a local park next to the school and a rec center triggering a secure in place. Another school described how staff had stopped walking students to a gym three blocks away due to violence and ICE stops with guns in their close neighborhood, depriving them of gym programming.

c.	Another school reported that multiple staff had been detained on their commute to school from the suburbs into the metro, and many staff were now carrying passports/documentation due to fear of being moved to other states. Another school described having to create new protocols for overnight work cleaning teams.

d.	Many schools are re-deploying staff to serve door-to-door escorts for students onto buses or their families' vehicles. One school reported that dismissal procedures were redesigned to keep families in vehicles while staff escorted students individually. Another school described an enormous amount of time and staff capacity being pulled into hyper secure arrival and dismissal procedures taking an extra hour at each end of the day. Another school described now having Minneapolis police monitoring dismissal in their parking lot. Another school described extensive time-intensive coordination with the bus company to create contingency plans for potential ICE intrusion to school bus routes.

e.	One school reported that multiple security levels were implemented, including full-day secure status, elimination of outdoor recess, and bans on visitors. Another school described that they were now always in soft secure status, vetted all people at doors with staff stationed at each bus during dismissal, and were always prepared to shift to heightened secure status during dismissal. One school described a new practice to take photocopies of IDs for all school visits due to fears of ICE agents impersonating other visitors.

f.	Another school reported that field trips and off-campus activities were canceled or limited to private, ticketed venues due to safety concerns. Another school described members of their school community closing shops, leaving town, and disrupting student learning due to a rumored hate group rally last weekend at a key community living area which resulted in boarding windows near the school building. Another school described staff requesting escorts to cars and leaving before dark out of fear.

g.	Another school reported having to take down their Facebook, Youtube, and parts of their School Website due to online attempts of doxxing their school community and violent threats being made towards the school and staff that were reported to police. Multiple schools reported taking down their fundraising online pages due to fear of attacks from hostile members of the public or further ICE targeting. Another school reported declining media interviews due to fear of drawing negative attention to their students.

**Fear of Law Enforcement and People in Uniform**

11. Fear of law enforcement and individuals in uniform emerged from school reports as a dominant theme in school reporting, affecting student attendance, staff mobility, and family engagement regardless of legal status. Schools described fear as widespread, indiscriminate, and deeply disruptive.

   a. One school reported that students expressed fear of being harassed despite having legal status. A student said, ""I'm allowed to be here but I know they are going to harass me."

   b. Another school reported that fully documented families were still afraid to send young children to bus stops due to fear of people in uniforms.

   c. Another school reported that students were triggered by the presence of uniforms, leading schools to cancel planned visits from uniformed groups such as the National Guard.

   d. Another school said students were afraid of uniforms, citing fears of harassment and detention. One school described staff/families adopting behaviors perceived as deterrents in response to these fears: intentionally wearing suits and American flag pins around people in uniform.

**Amplified Impacts on Specific Student Populations**

12. Schools reported that specific vulnerable or historically marginalized student populations are experiencing disproportionate harm due to community targeting, family vulnerability, or pre-existing needs. Schools are consistently reporting compounding effects for these students.

   a. One school reported that students from immigrant communities were affected regardless of documentation status.

   b. Another school reported that Indigenous students and families were impacted by perceived wrongful detentions of indigenous tribe-members.

    c. One school reported that students receiving special education services experienced amplified disruption due to family instability.

**Cumulative Impact**

  13. Taken together, these accounts demonstrate a systemic breakdown of normal educational functioning with enormous fiscal, psychological, and educational costs directly impacting students, schools, and school communities in Minnesota's chartered public-school sector. Schools reported operating in sustained emergency mode, with fear and instability replacing predictability, instructional continuity, and psychological safety.

Executed January 21, 2026



_____
Joey Cienian