

✉️ Newsletters          ♡ DONATE NOW

Menu    Search                                                                                  Sign in

▲ Immigration enforcement in Minnesota

Erica Zurek  ·  Minneapolis  ·  January 14, 2026 4:00 AM

# ICE agents appear at Twin Cities hospitals, alarming health care workers



The emergency drop-off area for Hennepin County Medical Center in downtown Minneapolis on Jan. 6.
Erica Zurek | MPR News

**Listen**  ICE agents appear at Twin Cities hospitals, alarming health care workers      **Save**  

SHARE



**ON AIR**
**BBC WORLD SERVICE**

sometimes with warrants and sometimes without, and they are frequently present during patient care.

Their presence is terrifying medical staff and raising concerns about patient safety, according to five nurses at Hennepin County Medical Center in Minneapolis who asked to remain anonymous for fear of losing their jobs.

"A part of me wants to go on the news with my face and scream this at the top of my lungs," an HCMC nurse said. "But I am very much right in the middle of this."

Community organizers from Unidos MN, an immigrant advocacy nonprofit, told reporters last week that federal immigration officers were present inside the hospital without a judicial warrant. The officers were reportedly at the bedside of a patient receiving medical care for over 24 hours.

▼ ¿Qué hacer si ICE lo detiene?  Abogada responde algunas preguntas

Health care workers said that the patient was denied family visitation and was at times shackled to the bed and not given privacy.

A Hennepin County commissioner and state legislators showed up at HCMC, prompting immigration officers to leave after speaking with them, according to Unidos MN.

"Our Hennepin County commissioners worked with leadership of the hospital, including the leadership of security, established that there was no judicial warrant and told them that they had to leave and they left," said Minnesota state Rep. Aisha Gomez, DFL-Minneapolis.

HCMC addressed the incident in a statement, noting that any federal agents who arrived with a patient presented proper identification, followed their established protocols and left after security requested documentation to verify their presence at the hospital.

A nurse at HCMC said that during the past weekend, they were alerted to a patient in the stabilization room where ICE agents were present.

The stabilization room serves as the critical care space at HCMC, designated for patients experiencing medical emergencies. It is a large, open room with

**ON AIR**
BBC WORLD SERVICE

According to the nurse, ICE agents were at the bedside while this patient was receiving care but also had a clear view of other patients and could overhear their personal health information being discussed.

## Hospitals wrestle with 'how much of a confrontation they want'

Generally, agents do not require warrants to enter hospital lobbies or waiting areas. ICE agents with a judicial warrant can access private areas of a hospital or obtain patient information.

An administrative warrant — one that does not come from a court — does not grant that permission and agents can be asked to leave, according to the Minnesota's Attorney General's Office.

The American Civil Liberties Union [advises](#) that hospitals and health care centers should allow ICE agents into any areas open to the general public. A primary concern revolves around where ICE is permitted to go.

"This is the question of the hour," said David Wilson, managing attorney of Wilson Law Group, a Twin Cities-based immigration law practice.

Wilson said that if an individual is in ICE custody, ICE becomes the legal custodian responsible for the person's health care until a court order is issued for their release.

"It's no different than when someone is injured by police officers when taking them into custody. The Minneapolis police don't just walk away from the room. They put someone right outside the door, and they make sure that the person's handcuffed to the bed," Wilson said. "ICE is treated in a similar fashion, where this is someone that we've detained."

He noted that there are substantial privacy issues and that the dynamic is complicated for everyone involved.

Wilson said that hospitals are within their rights to push back and explain to ICE agents that they are conducting an examination and a person's privacy may be compromised during a physical exam, and hospitals can ask the agents to wait outside the room in the hall.



**ON AIR**
BBC WORLD SERVICE

tell the ICE agent to leave the building, because they're still the custodian. "And so, you have this tension in those moments of privacy versus still having legal authority."

HCMC nurses expressed their concern that patients are not getting the respect and privacy they deserve in the hospital setting. They said that federal agents were present while a patient was being bathed.

One nurse said that it does not feel like a safe environment for anyone when armed federal agents are walking around with guns. Another nurse mentioned that it is challenging to remain calm and focused on patient care with armed agents just four feet away.

Several nurses mentioned that there are rules in place for when ICE shows up at the hospital, but they feel these rules are not being followed. They said federal agents appear to operate without restrictions.



A federal law enforcement officer wears a vest bearing a POLICE patch and a Homeland Security badge while standing perimeter guard during an operation that drew protestors in St. Paul on Nov. 25, 2025.    Kerem Yücel | MPR News

ON AIR
BBC WORLD SERVICE

Similar concerns have surfaced at Regions Hospital in St. Paul.

Hwa Jeong Kim, vice president of the St. Paul City Council, said the wife of a patient at Regions was recently denied access to her husband, who has a serious medical condition. Ultimately, the wife was asked to leave the hospital or face trespassing charges, so she left.

The wife was told she needed to contact ICE to get any medical information, to check if agents had a proper warrant and to know whether her husband was being detained, Kim said, adding that when his wife tried to call, ICE did not answer.

"Patients are being treated like criminals," Kim said. "Immigration is a civil matter. We are hearing incidents where loved ones of these families are being shackled to beds, and so, ICE being at a hospital just puts everyone at risk."

HealthPartners, the Twin Cities-based health care organization that owns and operates Regions, said in a statement that when a patient is in custody, law enforcement personnel may be permitted to accompany them along with a security team to ensure that all policies are followed.

An internal document for HealthPartners staff emphasizes that HealthPartners complies with all state and federal patient privacy laws, and information about patients, including their location in a hospital or clinic, cannot be released unless the appropriate legal process is followed.

Staff members are encouraged to contact hospital security if representatives from ICE wish to speak to anyone on a HealthPartners campus.

In a statement shared with MPR News, the Minnesota Hospital Association emphasized that Minnesota hospitals provide medical care to anyone who needs it "regardless of citizenship or legal status, as required by law."

"Hospitals are not immigration or law-enforcement agencies and do not enforce criminal, civil or immigration laws," the organization said. "We understand that immigration enforcement actions can cause fear and uncertainty for patients and health care workers."

The heightened ICE presence, though, is magnifying those concerns, the



ON AIR
BBC WORLD SERVICE

"No one deserves healthcare less than another person," said one of the nurses who spoke to MPR News. "We dedicate our entire lives to caring for others, and now, all of a sudden, we are expected to decide that some individuals deserve it less than others and that they shouldn't have the same rights as the person in the next room. It's absurd."

◤ ICE detains 5-year old Minnesota boy; lawyer says agents used him as 'bait'
◤ St. Paul church considering legal action over protest
◤ The latest on ICE in Minnesota
◤ 'ICE is here!' Refugee family with legal status unsettled by early morning arrest

**Dear reader,**

Your voice matters. And we want to hear it.

Will you help shape the future of Minnesota Public Radio by taking our short Listener Survey?

It only takes a few minutes, and your input helps us serve you better—whether it's news, culture, or the conversations that matter most to Minnesotans.

Take the MPR Listener Survey now »

## News you can use in your inbox

Enter your email

SUBSCRIBE

Terms



**ON AIR**
BBC WORLD SERVICE

Providing Support for MPR. Learn More

♡ DONATE NOW

About MPR News
Careers
Contact Us
Events
Frequently Asked Questions
Fundraising Credentials
More from MPR
Newsletters
Outages
Press
Privacy
Shop
Staff Directory
Stations
Terms
Why Trust Us

Get the app



ON AIR
BBC WORLD SERVICE

**Stay Connected to MPR News**

© 2026 Minnesota Public Radio. All rights reserved.



**ON AIR**
BBC WORLD SERVICE