# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br><br>**DECLARATION OF JOHN CHOI ON BEHALF OF RAMSEY COUNTY** |

I, John Choi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18. I make this declaration based on personal knowledge, my professional experience and training, and information I have learned from various personnel whose work I rely upon and who have assisted me in gathering this information from our institution. If necessary, I would be available to testify to the facts described below.

1

2. I am the Ramsey County Attorney, and have served in that elected position since 2011. I previously served as the St. Paul City Attorney, and have received recognition for my work and that of my office from multiple organizations, including the Minnesota County Attorneys Association, the Minnesota State Bar Association, the Minnesota Association of Black Lawyers, and End Violence Against Women International (EVAWI).

**GENERAL OVERVIEW OF RAMSEY COUNTY AND THE RCAO**

3. Ramsey County is a political subdivision of the State of Minnesota with its county seat in Saint Paul. Home to more than 550,000 people and located in the seven-county Twin Cities metropolitan area, Ramsey County is the second-most populous county in Minnesota with about 10 percent of the state's residents, as well as one of the state's most racially and socioeconomically diverse counties.

4. The RCAO is the primary prosecutor of felony crimes in Ramsey County, including reviewing the investigations of law enforcement officers, filing criminal complaints, presenting cases before a grand jury, representing the state in court hearings and trials, and making sentencing recommendations. The RCAO also prosecutes all cases involving juvenile offenders, provides assistance and support to victims and witnesses, and is the civil legal advisor for the Board of Commissioners, county officials, and county departments.

5. The stated mission of the RCAO is to serve Ramsey County residents by pursuing justice and public safety, protecting the vulnerable, delivering quality legal services, and providing leadership to achieve positive outcomes for our community.

# OPERATION METRO SURGE

6. In the course of Operation Metro Surge, and particularly within 2026, the RCAO's important criminal justice functions have been facing ongoing negative impacts. These include, but are not limited to the following:

   a. Although the Ramsey County Courts continue to operate effectively, there have been instances in which violent felony prosecutions are being impacted because critical victims have expressed fear or an outright refusal to come to the courthouse for fear of being detained or arrested by DHS.

   b. In one case, the RCAO received information that a crime victim for an ongoing case who is understood to have legal status and documentation was picked up by DHS and transported to Texas immediately; it is unclear whether that crime victim will be available to provide their testimony.

   c. Some witnesses in ongoing charged cases have expressly asked that subpoenas be mailed to them because they do not trust process servers coming to their door. This is challenging because mailed subpoenas don't provide the level of service that prosecutors need if someone does not appear for court.

   d. At times, Ramsey County arranges transportation for victims and witnesses to court. Some witnesses have expressed fear of taking transportation in vehicles driven by people who appear to be Somali because they believe the driver's appearance alone will result in DHS pulling over the vehicle.

   e. In at least two cases, ICE has removed the defendant before their criminal case could be addressed, meaning they are unlikely to ever be brought to justice, and meaning the victims in those cases (involving charges of criminal sexual conduct and child solicitation) may have to live with the knowledge that the perpetrator may be walking free in another country and committing crimes against others, rather than potentially being convicted and held accountable.

7. These are just some of the examples of impacts already felt within the RCAO's operations, and is not exhaustive. Although the RCAO remains able to maintain

and deliver on its regular functions, it is clear that the stress and fears associated with Operation Metro Surge are adding strain and imposing a burden on those operations.

Executed this 22nd day of January, in

_____
John Choi
Ramsey County Attorney