# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>              Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate<br><br>              Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br>**DECLARATION OF LING BECKER ON BEHALF OF RAMSEY COUNTY** |

I, Ling Becker, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18. I make this declaration based on personal knowledge, my professional experience and training, and information I have learned from various personnel whose work I rely upon and who have assisted me in gathering this information from our institution. If necessary, I would be available to testify to the facts described below.

2. I am the County Manager for Ramsey County, and have served in that role since September 2024. I joined Ramsey County in 2019 as the Director of Ramsey County Workforce Solutions and the Executive Director of the Workforce Investment Board. I previously held a variety of leadership positions, including as the Executive Director for the Vadnais Heights Economic Development Corporation. My work has been recognized both locally and nationally, including via multiple National Association of Counties Achievement Awards.

## **GENERAL OVERVIEW OF RAMSEY COUNTY**

3. Ramsey County is Minnesota's most densely populated and second-most populous county, home to approximately 550,000 people. It is located in the heart of the Minneapolis-Saint Paul metro area, and includes the State's Capitol city, Saint Paul.

4. The Ramsey County government helps administer and oversee a variety of programs and services to county residents and visitors, including:

   a. Maintaining more than 6,500 acres of parks and recreational facilities, including 15 parks, four golf courses and 11 ice arenas;

   b. Connecting residents to public assistance and support programs;

   c. Providing law enforcement, public safety, and legal services through the Ramsey County Sheriff's Office, Ramsey County courts, the Ramsey County Attorney's Office and Public Defenders' Office, the Ramsey County Adult Detention Center (jail), correctional facility (workhouse) and Juvenile Detention Center, and Ramsey County probation services;

   d. Operating an emergency call center (911);

   e. Inspecting food establishments and vendors;

   f. Responding to emergencies and disasters;

g. And overseeing many more services, ranging from libraries to the maintenance of county roadways.

## **OPERATION METRO SURGE**

5. Among Ramsey County staff duties and responsibilities, many of our county employees serve as conduits to the public, fielding calls and concerns from people who contact the County with questions and concerns. In the course of Operation Metro Surge, and particularly within 2026, Ramsey County has received a higher volume of concerns and outreach than is typical.

6. I have spoken with a number of Ramsey County offices, and have been told that Ramsey County's important functions have been facing ongoing negative impacts across a variety of offices.

**Impacts to Ramsey County Operations.**

a. Ramsey County employees are reporting an increase of fear, anxiety, and uncertainty when providing services in the field. Some employees are concerned about being targeted by immigration enforcement actions based on their race, ethnicity, and/or skin color.

b. Employees and residents alike have expressed fear about the perceived risk of DHS agents arresting, detaining, or taking other adverse action against anyone they encounter, regardless of their legal status. These concerns have been particularly high amongst communities of color and Hispanic communities, however, many employees are expressing safety concerns regardless of race or ethnicity In order to address these fears, some programs and appointments are being offered virtually or by phone.

c. Employees have reported higher degrees of personal life demands associated with school closures and distress of their children, requiring accommodations in their scheduling.

d. Appointments and reservations at county locations that host community-led events and meetings, such as library and parks and recreation sites, have seen

an uptick in cancellations. Employees have reported fear due to Immigration and Customs Enforcement officers staging in or near county facilities.

e. Employees have requested and been provided with training on how to interact with Immigration and Customs Enforcement officers while at work or in the field conducting home based or community-based programming, to ensure safety and to ensure employees are instructed to conduct themselves within the bounds of the law. This level of employee supports takes away from direct service delivery and program administration for over 300 employees for one hour training thus far.

7. These are just some of the examples of impacts that I have been reported or shared with me within Ramsey County operations, and is not exhaustive. Although the County is currently able to maintain continuity of services, it is clear that the stress and fears associated with Operation Metro Surge is creating substantial strain on county administrative and service operations

Executed this 22st day of January, in

*Ling Becker*

_____
Ling Becker
County Manager, Ramsey County