# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNEAPOLIS

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,

      Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

      Defendants.

Civ. No.: 0:26-cv-00190-KMM-DJF

**DECLARATION OF EMILIO VEGA**

I, Emilio Vega, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am a resident of the State of Minnesota, and I am over the age of 18.

2.  I am currently employed as a Financial Investigator at the Minnesota Attorney General. As part of my duties as a financial investigator, I review bank statements, internal accounting documents, and public records to investigate potential violations of Minnesota laws.

3.  Prior to working as a Financial Investigator for the MN AGO, I was a Special Agent for the Internal Revenue Service, Criminal Investigation (IRS-CI). This was a sworn federal law enforcement position where I investigated tax and other related financial crimes. I completed six months of training for this position at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, where I received training on how to be a law enforcement officer and how to conduct financial investigations for the IRS. Before I became a Special Agent, I was employed as a Revenue Officer for the IRS. As a Revenue Officer, I conducted civil financial investigations of taxpayers with unpaid taxes and unfiled tax returns.

4.  Based on my training and experience, I have a working familiarity with a number of online search tools designed to aid law enforcement and investigators as they gather information regarding known targets. Pertinent to this declaration, these tools include PeopleMap, public databases maintained by government agencies, such as the Federal Bureau of Prisons, and statewide inmate record tools. The depth of data made

publicly available varies system to system, and a great deal of information regarding known subjects' criminal history and periods of incarceration are non-public, or at the very least, not centralized. For example, an investigator who does not have access to non-public law enforcement tools would likely need to know what state someone was previously incarcerated in to look up records related to that incarceration, and may not have access to details regarding the circumstances surrounding transfers or release.

5. I have done a cursory review of the press releases Defendants cited in footnote two of their response brief (ECF 33, 10, fn. 2.) In these press releases, DHS appears to claim that the individuals they are showcasing were apprehended by DHS while they were at large on the streets of Minnesota, and that such individuals were roaming free and unsupervised until DHS detained them as part of Operation Metro Surge.

6. Already in that preliminary review, I have identified a number of individuals whose available records contradict DHS' characterizations.

7. For example: I have identified a number of people who, according to Bureau of Prison records, appear to have been continuously housed in federal prison up until the moment the Bureau of Prisons transferred them into DHS custody. This type of federal agency-to-agency transfer would not typically involve a release from custodial setting, meaning such individuals would not have been arrested in the course of Operation Metro Surge field work.

8. Similarly, I have identified a number of individuals whose state criminal records seem to reflect a continuous custodial hold in state prisons or county jails within

Minnesota up until dates of transfer to DHS custody, also making it less likely they were arrested in public settings during Operation Metro Surge.

9. I have also already identified two individuals whose records seem to reflect they were incarcerated in Nebraska state prison up until January 7, 2026 (the date Renee Good was shot) on which date their records reflect they were released on "discretionary parole." These records suggest either that at least two people on DHS' recent "worst of the worst" list were both released on the same date for discretionary reasons and then both made their way to Minnesota where they were promptly apprehended by DHS, or that DHS facilitated pick-up or transfer from an out of state prison system and then counted these individuals as part of Minnesota's apprehensions within Operation Metro Surge.

10. I have also already identified several individuals who appear to have been detained by DHS before Operation Metro Surge began.

11. My review is ongoing. I am aware that several publicly available media or other government agencies have also begun to fact-check DHS' "worst of the worst" claims and have identified similar discrepancies to those I have begun to investigate, as described in the following stories:

   a. https://www.startribune.com/the-trump-administration-calls-them-the-worst-of-the-worst-heres-what-we-found/601555390 (MN-focused)

   b. https://www.mprnews.org/story/2026/01/22/homeland-security-shares-update-on-minnesota-immigration-operations (ICE official publicly admitting that MN DOC is turning over "worst of the worst")

   c. https://www.fox9.com/news/ice-minnesota-who-worst-worst-arrested-jan-2026 (MN-focused)

   d. https://mn.gov/doc/about/news/news-releases/#/detail/appId/1/id/719911 (MN DOC press release)

Executed this 22nd day of January, 2026,

                                                  <u>/s/ Emilio Vega</u>  
                                                  Emilio Vega