UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>　　　　　Defendants. | Case No. 26-cv-190 (KMM/DJF)<br><br><br>**DECLARATION OF JOSHUA MARVINE, INVESTIGATOR AT THE OFFICE OF MINNESOTA ATTORNEY GENERAL** |

I, Joshua Marvine, hereby declare as follows:

1. I am a resident of the State of Minnesota. I am over 18 years of age, and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed as an investigator in the Minnesota Attorney General's Office.

3. Prior to joining the Minnesota Attorney General's Office, I worked in the journalism and broadcast field in Fayetteville, Arkansas and Kansas City, Missouri.

4. Based on my training and experience, I am familiar with major social media platforms such as Meta platforms (Facebook and Instagram), X.com (formerly "Twitter,") and Truth Social.

5. Attached to this declaration as "Marvine Exhibit 1" is collection of true and correct social media screen captures organized in chronological order of when they were posted. Each screen capture within Exhibit 1 is displayed along with a source URL for where the screen capture came from. Unless specifically noted on the page, I have not modified or altered the content other than re-sizing to fit within the page.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/22/2026 in St. Paul, MN

                                                          */s/ Josh Marvine*

                                                          Josh Marvine

CASE 0:26-cv-00190-KMM-DJF   Doc. 83   Filed 01/22/26   Page 3 of 3