# Marvine Exhibit 1:

Social Media Screen Captures and URLS

July 9, 2025

Link: https://x.com/DHSgov/status/1942989123544924541



October 24, 2025

Link: https://x.com/KristiNoem/status/1981847364827746413

**Post**

 **Kristi Noem** ✓
@KristiNoem                                                          ⋯

Sanctuary politicians like Mayor Jacob Frey, who are refusing to work with ICE, are allowing criminals like Aldrin Guerrero-Munoz to live in our communities, unchecked.

Under the leadership of @POTUS Trump, ICE is no longer allowing the guise of moral superiority and political correctness to supersede the safety and security of Americans.

70% of ICE arrests are of illegal aliens convicted or charged with a crime in the U.S. This statistic doesn't even include foreign fugitives, illegal aliens convicted of crimes in other countries, gang members, and suspected terrorists.



5:16 PM · Oct 24, 2025 · **33.7K** Views

 295         434         1.7K         17        

3

October 27, 2025

Link: https://x.com/DHSgov/status/1982808956289376455



November 21, 2025

Link:
https://truthsocial.com/@realDonaldTrump/posts/115590786862216464

## Truth Details
6662 replies



**Donald J. Trump** 
@realDonaldTrump

Minnesota, under Governor Waltz, is a hub of fraudulent money laundering activity. I am, as President of the United States, hereby terminating, effective immediately, the Temporary Protected Status (TPS Program) for Somalis in Minnesota. Somali gangs are terrorizing the people of that great State, and BILLIONS of Dollars are missing. Send them back to where they came from. It's OVER! President DJT

**13.4k** ReTruths  **44.9k** Likes          Nov 21, 2025, 7:37 PM

November 24, 2025

Link:
https://x.com/JDVance/status/1993003582
812008575

← **Post**

 **JD Vance** ✔
@JDVance

After four years of house prices doubling (and in some areas, tripling) many young people feel priced out of the American Dream of homeownership. A welfare fraud scandal in Minnesota reveals that large numbers of new arrivals aren't assimilating and are funneling our tax dollars to literal terrorist groups. An innocent woman was set on fire in Chicago as the mayor resists federal law enforcement resources to bring peace to one of our great cities. The Obamacare insurance system is buckling under its own weight. And the country is $38 trillion in debt.

Our administration is working hard on addressing all of these problems.

But you know what really fires up the beltway GOP? Not any of the above. Instead, the political class is really angry that the Trump administration may finally bring a four year conflict in Eastern Europe to a close.

I'm not even talking about the substance of their views. Much of what these people have said about the Ukraine war has been proven wrong, but whatever. We can agree to disagree.

But the level of passion over this one issue when your own country has serious problems is bonkers.

It disgusts me. Show some passion for your own country.

11:07 AM · Nov 24, 2025 · **6.7M** Views

6

November 27, 2025

Link:
https://truthsocial.com/@realDonaldTrump/posts/115625429081411360



← Truth Details

Donald J. Trump ✓ ▣
@realDonaldTrump

A very Happy Thanksgiving salutation to all of our Great American Citizens and Patriots who have been so nice in allowing our Country to be divided, disrupted, carved up, murdered, beaten, mugged, and laughed at, along with certain other foolish countries throughout the World, for being "Politically Correct," and just plain STUPID, when it comes to Immigration. The official United States Foreign population stands at 53 million people (Census), most of which are on welfare, from failed nations, or from prisons, mental institutions, gangs, or drug cartels. They and their children are supported through massive payments from Patriotic American Citizens who, because of their beautiful hearts, do not want to openly complain or cause trouble in any way, shape, or form. They put up with what has happened to our Country, but it's eating them alive to do so! A migrant earning $30,000 with a green card will get roughly $50,000 in yearly benefits for their family. The real migrant population is much higher. This refugee burden is the leading cause of social dysfunction in America, something that did not exist after World War II (Failed schools, high crime, urban decay, overcrowded hospitals, housing shortages, and large deficits, etc.). As an example, hundreds of thousands of refugees from Somalia are completely taking over the once great State of Minnesota. Somalian gangs are roving the streets looking for "prey" as our wonderful people stay locked in their apartments and houses hoping against hope that they will be left alone. The seriously retarded Governor of Minnesota, Tim Walz, does nothing, either through fear, incompetence, or both, while the worst "Congressman/woman" in our Country, Ilhan Omar, always wrapped in her swaddling hijab, and who probably came into the U.S.A. illegally in that you are not allowed to marry your brother, does nothing but hatefully complain about our Country, its Constitution, and how "badly" she is treated, when her place of origin is a decadent, backward, and crime ridden nation, which is essentially not even a country for lack of Government, Military, Police, schools, etc...

11.7k ReTruths    41.6k Likes                    Nov 27, 2025, 10:27 PM

      

7

December 5, 2025

https://x.com/DHSgov/status/199697
0373078720774



December 6, 2025

Link: https://x.com/ICEDeputy/status/1997439815596331358



← **Post**



**ICE Deputy Director** ✔
@ICEDeputy

Operation Metro Surge is cleaning up Governor Tim Walz's mess.

Ever since he's been in office, criminal illegal murders, rapists, gang members and others have been roaming freely throughout Minnesota.

@ICEgov will continue to defend MN families and neighborhoods.

**DOJ CHARGES SOMALI MIGRANT WITH MULTIPLE RAPE & KIDNAPPING CHARGES**

4:55 PM · Dec 6, 2025 · **37.2K** Views

💬 121        🔁 469        ❤ 2.1K        🔖 42

December 27, 2025

Link:
https://x.com/JDVance/status/2005041100
860354975

← **Post**

 **JD Vance** 
@JDVance

What's happening in Minnesota is a microcosm of the immigration fraud in our system. Politicans like it because they get power. Welfare cheats like it because they get rich.

But it's a zero sum game, and they're stealing both money and political power from Minnesotans.

>  **Dustin Grage** ✔ @GrageDustin · Dec 26, 2025
> Listen, the Somali Medicaid fraud is bad, but people also need to understand that voter fraud is happening in Minnesota too.
>
> Last week we uncovered a Somali voter-fraud operation. And sadly, it probably will not be the last. This is just the tip of the iceberg....
> Show more

4:20 PM · Dec 27, 2025 · **11.7M** Views

10

December 29, 2025

Link:
https://x.com/AGPamBondi/status/2005764944688542059

← **Post**

 **Attorney General Pamela Bondi** ✔ 🏅
@AGPamBondi

MINNESOTA FRAUD:

@NickShirleyyy's work has helped show Americans the scale of fraud in Tim Walz's Minnesota.

@TheJusticeDept has been investigating this for months. So far, we have charged 98 individuals – 85 of Somali descent – and more than 60 have been found guilty in court.

We have more prosecutions coming...BUCKLE UP, LAWMAKERS!

> 👥 **Readers added context they thought people might want to know**
>
> The correct account on X is @NickShirleyy
>
> x.com/nickshirleyy
>
> Do you find this helpful?                Rate it

Context is written by people who use X, and appears when rated helpful by others.  Find out more

4:16 PM · Dec 29, 2025 · 7M Views

11

December 30, 2025

Link:
https://x.com/DHSgov/status/2006075532
736123071

← **Post**

 **Homeland Security** 
@DHSgov

"Right now, on the ground in Minneapolis, Homeland Security Investigators are going door-to-door to these suspected fraud sites... and businesses around them as well — to get more information and to make sure we're following the money." @TriciaOhio

The American people deserve answers. Under the leadership of @Sec_Noem, DHS is working to deliver results.



12:50 PM · Dec 30, 2025 · **75K** Views

December 30, 2025

Link:
https://x.com/SBA_Kelly/status/2006098343592690074



13

December 31, 2025

Link:
https://truthsocial.com/@realDonaldTrump/posts/115814993074933464

Repost on White House:
https://x.com/WhiteHouse/status/2006397522198085722



December 31, 2025

Link:
https://x.com/DHSgov/status/2006439129291304998



January 2, 2026

Link:
https://x.com/DHSgov/status/2007102459
936735651



**Homeland Security** ✔
@DHSgov

The Trump Administration is all hands on deck to eliminate the rampant fraud plaguing Minneapolis, Minnesota.

Under @Sec_Noem's leadership, DHS is relentlessly pursuing our mission to deport criminal illegal aliens and restore sanity to America's immigration system.

@TriciaOhio



8:51 AM · Jan 2, 2026 · 83K Views

January 5, 2026

Link:
https://x.com/WhiteHouse/status/2008296166773948523



**The White House** ✓
@WhiteHouse

President Donald J. Trump and his Administration are UNLEASHING a relentless assault to dismantle the massive fraud empires built in Minnesota under the watch of incompetent Democrats like Tim Walz and his Radical Left enablers. 🔥



3:54 PM · Jan 5, 2026 · **531.6K** Views

17

January 5, 2026

Link:

https://truthsocial.com/@realDonaldTrump/posts/115844958852489769



January 6, 2026

Link:
https://x.com/Sec_Noem/status/20086213
37678586036?s=20



January 6, 2026

Link:
https://x.com/DHSgov/status/2008650038
847959106



**Homeland Security** ✓
@DHSgov

The largest DHS operation ever is happening right now in Minnesota.

@POTUS Trump and @Sec_Noem have rallied DHS law enforcement personnel to keep Americans safe and ERADICATE fraud.

We're not leaving until the problem is solved.



3:21 PM · Jan 6, 2026 · **789.3K** Views

20

January 6, 2026

Link:

https://truthsocial.com/@realDonaldTrump/posts/115844083693194821



**Donald J. Trump** ✔️ ➕
@realDonaldTrump

Minnesota's Corrupt Governor will possibly leave office before his Term is up but, in any event, will not be running again because he was caught, REDHANDED, along with Ilhan Omar, and others of his Somali friends, stealing Tens of Billions of Taxpayer Dollars. I feel certain the facts will come out, and they will reveal a seriously unscrupulous, and rich, group of "SLIMEBALLS." Governor Walz has destroyed the State of Minnesota, but others, like Governor Gavin Newscum, JB Pritzker, and Kathy Hochul, have done, in my opinion, an even more dishonest and incompetent job. NO ONE IS ABOVE THE LAW!

**14.1k** ReTruths  **56k** Likes                    Jan 06, 2026, 12:43 AM

January 6, 2026

Link:
https://x.com/DHSgov/status/2008543534086029591



**Homeland Security** ✔
@DHSgov

GOOD MORNING MINNEAPOLIS!

8:17 AM · Jan 6, 2026 · **5.5M** Views

January 6, 2026

Link:
https://x.com/DHSgov/status/2008600031620952221

 **Homeland Security** ✔
@DHSgov

"We have the largest immigration operation ever taking place right now. It is a great effort by @ICEgov." – ICE Acting Director Todd Lyons

Under the leadership of @Sec_Noem, DHS law enforcement is surging to Minneapolis to root out fraud, arrest perpetrators and remove criminal illegal aliens.



12:02 PM · Jan 6, 2026 · **80.4K** Views

23

January 6, 2026

Link:
https://x.com/DHSgov/status/2008624396160651380



**Homeland Security** ✔
@DHSgov

Thanks to the patriots at @ICEgov, the Minneapolis area—and our nation—are safer.

We are incredibly proud of their continued work to remove gang members, terrorists, drug traffickers, and predators from our communities.

America has your back!



1:39 PM · Jan 6, 2026 · **279.8K** Views

January 6, 2026

Link:
https://x.com/DHSgov/status/2008650038
847959106

**Homeland Security** ✅
@DHSgov

The largest DHS operation ever is happening right now in Minnesota.

@POTUS Trump and @Sec_Noem have rallied DHS law enforcement personnel to keep Americans safe and ERADICATE fraud.

We're not leaving until the problem is solved.



3:21 PM · Jan 6, 2026 · **795.7K** Views

January 7, 2026

Link:
https://truthsocial.com/@realDonaldTrump/posts/115855701696773990



← **Post**

**Homeland Security** ✔
@DHSgov                                      ...

Today, in an act of domestic terrorism, an anti-ICE rioter weaponized her vehicle against law enforcement. Our officer relied on his training and saved his own life, as well as the lives of his fellow officers.

Sanctuary politicians have created an environment that encourages rampant assaults on law enforcement.

@POTUS Trump and @Sec_Noem will always have the backs of law enforcement.



6:23 PM · Jan 7, 2026 · **615.7K** Views

 6.5K     4.6K     21K     613    

January 7, 2026

Link: https://x.com/DHSgov/status/2009058387418562922

27

January 7, 2026

Link:
https://x.com/DHSgov/status/2008720688794726727



**Homeland Security** ✔
@DHSgov

"We surged the last 48 hours. We've arrested hundreds and hundreds of dangerous criminals off the streets in Minnesota, and people that are a part of this fraud scheme." @Sec_Noem

2,000 DHS law enforcement officers have been deployed to the Twin Cities to arrests fraudsters, murderers, rapists, and gang members.

The national abuse is over—and @POTUS Trump is ending it.



KRISTI NOEM | DHS SECRETARY
**ICE DESCENDS ON MINNEAPOLIS**
0:35

8:01 PM · Jan 6, 2026 · **176.3K** Views

January 7, 2026

Link: https://x.com/DHSgov/status/2008958123092979817

 **Homeland Security** 
@DHSgov

Today, ICE officers in Minneapolis were conducting targeted operations when rioters began blocking ICE officers and one of these violent rioters weaponized her vehicle, attempting to run over our law enforcement officers in an attempt to kill them—an act of domestic terrorism.

An ICE officer, fearing for his life, the lives of his fellow law enforcement and the safety of the public, fired defensive shots.

He used his training and saved his own life and that of his fellow officers.

The alleged perpetrator was hit and is deceased. The ICE officers who were hurt are expected to make full recoveries.

This is the direct consequence of constant attacks and demonization of our officers by sanctuary politicians who fuel and encourage rampant assaults on our law enforcement who are facing 1,300% increase in assaults against them and an 8,000% increase in death threats.

This is an evolving situation, and we will give the public more information as soon as it becomes available.

11:45 AM · Jan 7, 2026 · **27.3M** Views

January 8, 2026

Link:

https://truthsocial.com/@realDonaldTrump/posts/115859532176676320



**Truth Details**
2873 replies

Donald J. Trump
@realDonaldTrump

Arrest them all. They are criminals!!!

Foreign ATM? Somali cash exodus from Minneapolis exponentially larger than other major US airports:
justthenews.com/government/sec



justthenews.com
Foreign ATM? Somali cash exodus from Minneapolis exponentially larger than other major US airports
Officials say movement of cash out of Minnesota was substantially abnormal and should have raised red flags during the Biden administration.

**8.29k** ReTruths  **25.5k** Likes                Jan 08, 2026, 6:42 AM



January 8, 2026

Link: https://x.com/DHSgov/status/2009276713042067539



## Post



**Homeland Security** ✔ 
@DHSgov

FINDING THE FRAUD.

Under the leadership of @Sec_Noem, Homeland Security Investigators are going door to door collecting evidence and investigating fraud in Minneapolis and across the country. HSI will leave no stone unturned.

The Trump administration will follow the law and is not afraid to use denaturalization and deportation. If you are complicit in defrauding the American people, your days are numbered.



0:14

8:51 AM · Jan 8, 2026 · **327.8K** Views

31

January 8, 2026

https://x.com/DHSgov/status/2009286039840461212



**Homeland Security** 🔵
@DHSgov

January 8, 2026

Link:
https://x.com/DHSgov/status/2009312866806190431

THE WORK CONTINUES!

DHS investigations in Minneapolis are accelerating as more of our brave law enforcement enter the state.

We will not be impeded from ending the FRAUD that has ABUSED our nation's generosity. See you on the streets!



11:14 AM · Jan 8, 2026 · **713.9K** Views

33

January 9, 2026

Link:
https://x.com/CMDROpAtLargeCA/status/2009860540718551113



**Commander Op At Large CA Gregory K. Bovino** ✔
@CMDROpAtLargeCA

Jesse, good talking with you tonight.  We are firm in our mission - we'll go ever harder in ensuring Minneapolis is a safe, fruitful city for ma and pa America.  Go time. #USBP #ICE



Jesse Watters ✔ @JesseBWatters · Jan 9

🚨 NEW: Chief Border Patrol Agent Greg Bovino issues a WARNING to the ICE STALKERS attacking his AGENTS 🚨

"These agitators are OUT OF CONTROL... and they will do almost anything to TRY to STOP the mission" 🔥...



11:31 PM · Jan 9, 2026 · **91.3K** Views

34

January 10, 2026

Link:
https://x.com/DHSgov/status/201006737
189807931

**Homeland Security** ✔
@DHSgov

Welcome to the Find Out stage.

On January 7, Border Patrol Agents in Minneapolis, Minnesota arrested four individuals on federal charges for assaulting law enforcement.

Absolutely NO violence against
federal agents will be tolerated. Assaulting a federal agent is a CRIME!



1:13 PM · Jan 10, 2026 · **246.7K** Views

35

January 10, 2026

Link:
https://x.com/DHSgov/status/2010113742
558699931



**Homeland Security** 
@DHSgov

Lawbreakers going wheels up in Minneapolis.



4:17 PM · Jan 10, 2026 · **111K** Views

January 11, 2026

https://x.com/Sec_Noem/status/20103
61457553051651

← **Post**

 

**Secretary Kristi Noem** ✓ ⬇
@Sec_Noem

You don't get to change the facts because you don't like them. What happened in Minneapolis was an act of domestic terrorism.

Acts of domestic terrorism like this should be condemned by every politician and elected official. It shouldn't be hard or remotely controversial.



8:41 AM · Jan 11, 2026 · **2M** Views

January 11, 2026

https://x.com/CMDROpAtLargeCA/status/2010446595503128819




Nick, thanks for pointing this out – you are spot on.  Operations WILL CONTINUE UNABATED!



Nick Sortor ✔ @nicksortor · Jan 11
🚨 JUST IN: Despite the dozen of people stalking and screaming at them, Border Patrol is STILL successfully making arrests in Minneapolis

Border Patrol will NOT be stopped! No matter how much leftist activists cry about it. 🔥



2:19 PM · Jan 11, 2026 · 193.4K Views

38

January 12, 2026

Link:
https://x.com/Sec_Noem/status/20108
57532177465549

## Post

 **Secretary Kristi Noem** 
@Sec_Noem

For years, these corrupt, activist politicians have refused to protect Minnesotans and are now proposing illegal actions to keep their stranglehold on control and continue stealing from American citizens.

We will root out this rampant fraud, we will arrest the criminal illegal aliens hurting Americans with impunity, and we will hold those who aid and abetted this criminality accountable.

5:32 PM · Jan 12, 2026 · **164.5K** Views

January 12, 2026

https://x.com/DHSgov/status/201077254
3536325107



**Homeland Security** ✔
@DHSgov

This individual was arrested for assaulting federal law enforcement officers under 18 U.S.C 111, assaulting, resisting, or impeding federal officers.

 **Furkan Gözükara** ✔ 🏳 @FurkanGozukara · 17h

DAMN : ICE grabbed a 17yo Target worker at his job, despite him saying he's a US citizen. After confirming he was, they dumped him in a Walmart lot 8 min away. Bystanders found him sobbing, bleeding: "They slammed me on the ground."



Last edited 11:55 AM · Jan 12, 2026 · **3.3M** Views

January 12, 2026

https://x.com/DHSgov/status/2010762818522435739

**Homeland Security** ✓
@DHSgov

There is a revolving door of justice in @GovTimWalz's Minnesota.

Since President Trump took office, Governor Walz has released nearly 470 violent criminal illegal aliens back onto the streets of Minnesota. Governor Walz is refusing to release criminal illegal aliens to ICE — shielding them from the consequences of their crimes.

The men and women of @ICEgov will work every day to keep the people of the Twin Cities safe from criminal illegal aliens.

@TriciaOhio



11:16 AM · Jan 12, 2026 · **64.9K** Views

41

January 12, 2026

https://x.com/CMDROpAtLargeCA/status/2010851227727278092



January 12, 2026

https://x.com/TriciaOhio/status/
2010851137705164935

Homeland Security reposted

Keith Ellison made it abundantly clear today he is prioritizing politics over public safety. It really is astounding that the Left can miraculously rediscover the Tenth Amendment when they don't want federal law enforcement officers to enforce federal law — which is a clear federal responsibility under Article I, Article II and the Supremacy Clause — and then go right back to federalizing every state responsibility possible when they get back in power. Spare us.

Sanctuary politicians like Ellison are the EXACT reason that DHS surged to Minnesota in the first place. If he, Tim Walz, or Jacob Frey had just done their sworn duty to protect the people of Minnesota they are supposed to serve to root out fraud and get criminals off the street — if they had worked with us to do it — we wouldn't be having this conversation in the first place.

President Trump's job is to protect the American people and enforce the law — no matter who your mayor, governor, or state attorney general is. That's what the Trump administration is doing; we have the Constitution on our side on this, and we look forward to proving that in court.

These are the people they are protecting:

Sriudorn Phaivan, a criminal illegal alien from Laos with a final order of removal from March 8, 2018. He's been convicted of strongarm sodomy of a boy, strongarm sodomy of a girl, another aggravated sex offense, nine counts of larceny, unauthorized use of a vehicle, four counts of fraud, vehicle theft, two counts of drug possession, obstructing justice, possession of stolen property, receiving stolen property, burglary and check forgery. He also has pending charges for two counts of receiving stolen property, flight to avoid prosecution or confinement and burglary.

Ge Yang, a criminal illegal alien from Laos with a final order of removal from Oct. 16, 2012. He's been convicted of strongarm rape, strongarm aggravated assault against a family member, aggravated assault with a weapon, an additional sex offense and domestic violence involving strangulation.

Vannaleut Keomany, a criminal illegal alien from Laos with a final order of removal dated Dec. 17, 2009. He's been convicted of two counts of attempting to commit strongarm rape.

Tou Vang, a criminal illegal alien from Laos with a final order of removal dated Oct. 31, 2006. He's been convicted of sexual assault and sodomy of a girl under the age of 13 and procuring a child for prostitution.

Chong Vue, a criminal illegal alien from Laos with a final order of removal dated March 11, 2004. He's been convicted of strongarm rape of a 12-year-old girl, kidnapping a child with intent to sexually assault her, and vehicle theft.



5:07 PM · Jan 12, 2026 · 60.4K Views

January 12, 2026

https://x.com/DHSgov/status/2010762818522435739

**Homeland Security** ✔
@DHSgov

DHS law enforcement has surged to Minneapolis because @GovTimWalz , @MayorFrey and the city's sanctuary politicians have REFUSED to keep American citizens safe.

Sanctuary politicians need to work with us, not against us, to make sure that law enforcement officers and citizens alike are kept safe.

@TriciaOhio



DEVELOPING STORY

**NEWS NATION** DHS RESPONDS TO MINNESOTA LAWSUIT

8:25 PM · Jan 12, 2026 · **27.6K** Views

January 12, 2026

Link:
https://x.com/WhiteHouse/status/2011079008205611073

Also separately reposted by DHS,
Link:

https://x.com/DHSgov/status/2011080955885199767



January 12, 2026

Link:
https://x.com/DHSgov/status/2010762818
522435739



← Post

 **Homeland Security** ✔
@DHSgov                                          ...

There is a revolving door of justice in @GovTimWalz's Minnesota.

Since President Trump took office, Governor Walz has released nearly
470 violent criminal illegal aliens back onto the streets of Minnesota.
Governor Walz is refusing to release criminal illegal aliens to ICE —
shielding them from the consequences of their crimes.

The men and women of @ICEgov will work every day to keep the people
of the Twin Cities safe from criminal illegal aliens.

@TriciaOhio



11:16 AM · Jan 12, 2026 · **99.6K** Views

344          1.7K          6.1K          113

46

January 12, 2026

Link:
https://x.com/ICEgov/status/2010837305549078734



January 13, 2026

Link:
https://x.com/DHSgov/status/2011149634643902647

**Homeland Security** 
@DHSgov

"Blessed are the peacemakers, for they shall be called sons of God." – Matthew 5:9



0:45

12:53 PM · Jan 13, 2026 · **1M** Views

January 13, 2026

Link:
https://x.com/DHSgov/status/2011174665574875199

 **Homeland Security** ✓
@DHSgov

DHS law enforcement is in Minneapolis and cities nationwide because sanctuary politicians REFUSE to hand over the criminal illegal aliens in their custody.

As a result, DHS officers are forced to locate released criminal illegal aliens on the streets without the support of local law enforcement. Local law enforcement cannot respond to calls for backup when our officers are attacked, assaulted, or obstructed.

This is dangerous for our officers and the community.

@TriciaOhio



2:33 PM · Jan 13, 2026 · **102.8K** Views

January 13, 2026

Link:
https://x.com/ICEgov/status/201
1163281885708392



**U.S. Immigration and Customs Enforcement** 
@ICEgov

Your whistles won't stop or hinder ICE from arresting criminal illegal alien sex abusers, murderers, gang members, and more off of Minnesota's streets.

1:47 PM · Jan 13, 2026 · **253.4K** Views

January 13, 2026

Link:
https://x.com/DHSgov/status/2011213308968538361

 **Homeland Security** 
@DHSgov

REMINDER. "To all ICE officers: You have federal immunity in the conduct of your duties. Anybody who lays a hand on you or tries to stop you or tries to obstruct you is committing a felony. You have immunity to perform your duties, and no one—no city official, no state official, no illegal alien, no leftist agitator or domestic insurrectionist—can prevent you from fulfilling your legal obligations and duties. The Department of Justice has made clear that if officials cross that line into obstruction, into criminal conspiracy against the United States or against ICE officers, then they will face justice." @StephenM



5:06 PM · Jan 13, 2026 · **3.9M** Views

January 13, 2026

Link:
https://truthsocial.com/@real
DonaldTrump/posts/11588995
4671261109



← **Truth Details**
2037 replies

 **Donald J. Trump** 🔴✓ ⬛
@realDonaldTrump

Minnesota is Trump Country! I won 78 out of 87 Counties. The Election was swung by Corrupt Counties around Minneapolis and St. Paul, represented by disgusting Ilhan Omar. Moronic Tim Walz has allowed Minnesota to become overrun by Somali fraudsters who steal from American Taxpayers, and take advantage of our generosity. Tim is completely incompetent, which is why he lost big time last year, and bowing out of Re-Election is the only good decision he has ever made. I have instructed Secretary of the Treasury Scott Bessent to FOLLOW THE MONEY, and put an END to this abuse once and for all, first in Minnesota, and then all around the Country!

**5.51k** ReTruths  **21.4k** Likes                    Jan 13, 2026, 3:39 PM

January 14, 2026

Link:
https://x.com/DHSgov/status/2011480946172707117



**Post**

**Homeland Security** ✔
@DHSgov

Why are DHS law enforcement surging to sanctuary cities? Because sanctuary jurisdictions won't let us in their jails to arrest the violent criminal illegal aliens in their custody.

As a result, DHS officers are forced to find the released criminal illegal aliens on the streets WITHOUT the support of local law enforcement. Local law enforcement cannot respond to calls for backup when our officers are attacked, assaulted, or obstructed.

Sanctuary politicians are fighting for criminal illegal aliens. President Trump and Secretary Noem are fighting for the victims of illegal alien crime.

@TriciaOhio

10:50 AM · Jan 14, 2026 · **128.6K** Views

53

January 14, 2026

Link: https://x.com/DHSgov/status/2011445256005255176

**Homeland Security** ✓
@DHSgov

FALSE. @MayorFrey and @GovTimWalz REFUSE to cooperate with ICE and federal law enforcement to remove the murders and criminal illegal aliens from Minnesota.

Since President Trump took office, Minnesota sanctuary politicians have released nearly 470 criminal illegal aliens back onto the streets of Minnesota.

Some of the worst of the worst criminal illegal aliens released in Minnesota include:



8:28 AM · Jan 14, 2026 · **805.7K** Views

January 14, 2026

Link: https://x.com/DHSgov/status/201163
2198000976086

↻ The White House reposted

 **Homeland Security** ✓
@DHSgov

At 6:50 PM CT, federal law enforcement officers were conducting a targeted traffic stop in Minneapolis of an illegal alien from Venezuela who was released into the country by Joe Biden in 2022.

In an attempt to evade arrest, the subject fled the scene in his vehicle and crashed into a parked car. The subject then fled on foot.

The law enforcement officer caught up to the subject on foot and attempted to apprehend him when the subject began to resist and violently assault the officer. While the subject and law enforcement were in a struggle on the ground, two subjects came out of a nearby apartment and also attacked the law enforcement officer with a snow shovel and broom handle.

As the officer was being ambushed and attacked by the two individuals, the original subject got loose and began striking the officer with a shovel or broom stick.

Fearing for his life and safety as he was being ambushed by three individuals, the officer fired a defensive shot to defend his life. The initial subject was hit in the leg.

All three subjects ran back into the apartment and barricaded themselves inside.

The attacked officer and subject are both in the hospital. Both attackers are in custody.

This attack on another brave member of law enforcement took place while Minnesota's top leaders, Governor Walz and Mayor Frey, are actively encouraging an organized resistance to ICE and federal law enforcement officers.

Their hateful rhetoric and resistance against men and women who are simply trying to do their jobs must end. Federal law enforcement officers are facing a 1,300% increase in assaults against them as they put their lives on the line to arrest criminals and lawbreakers.

Last edited 8:51 PM · Jan 14, 2026 · **3M** Views

💬 4.4K         10K        ♡ 43K        🔖 1.8K        

January 15, 2026

Link:
Link:
https://x.com/WhiteHouse/status/2011799163382489328

 **The White House** ✔
@WhiteHouse

"If the corrupt politicians of Minnesota don't obey the law & stop the professional agitators & insurrectionists from attacking the Patriots of I.C.E., who are only trying to do their job, I will institute the INSURRECTION ACT, which many Presidents have done..." – President Trump

 **Donald J. Trump** ✔
@realDonaldTrump

If the corrupt politicians of Minnesota don't obey the law and stop the professional agitators and insurrectionists from attacking the Patriots of I.C.E., who are only trying to do their job, I will institute the INSURRECTION ACT, which many Presidents have done before me, and quickly put an end to the travesty that is taking place in that once great State. Thank you for you attention to this matter! President DJT

7:54 AM · Jan 15, 2026 · **269.4K** Views

January 15, 2026

Link: https://x.com/ICEgov/status/2011878106269921767



January 16, 2026

Link:
https://truthsocial.com/@realDonaldTrump/posts/115905757161594483



← **Truth Details**
9248 replies

 **Donald J. Trump** 🔵 ⬛
@realDonaldTrump

In Minnesota, the Troublemakers, Agitators, and Insurrectionists are, in many cases, highly paid professionals. The Governor and Mayor don't know what to do, they have totally lost control, and our currently being rendered, USELESS! If, and when, I am forced to act, it will be solved, QUICKLY and EFFECTIVELY! President DJT

**12.1k** ReTruths  **51.6k** Likes                Jan 16, 2026, 10:38 AM

January 16, 2026

Link: https://x.com/DHSgov/status/2012215094071988500



← **Post**



**Homeland Security** ☑️
@DHSgov

"There is a very simple solution here. Tim Walz and Mayor Frey should let us into their jails." @TriciaOhio

If local law enforcement and officials in Minneapolis worked with ICE, you wouldn't be seeing the chaos you're seeing in the media.

In Florida, where local law enforcement and officials cooperate with DHS, 40,000 criminal illegal aliens have been removed. This makes America safer.

11:27 AM · Jan 16, 2026 · **115.5K** Views

💬 257        🔁 1.9K        ❤️ 8.8K        🔖 141

January 16, 2026

Link: https://x.com/WhiteHouse/status/2012269416583463197



January 16, 2026

Link:
https://x.com/DHSgov/status/2012269748
474585329



January 16, 2026

Link: https://x.com/DHSgov/status/2012296163278405727



January 16, 2026

Link:
https://x.com/CMDROpAtLargeCA/status/2012263861848768703

 

**Commander Op At Large CA Gregory K. Bovino** ✔
@CMDROpAtLargeCA

Different badges. One mission 🤝

Gearing up together—FBI, Border Patrol, HSI, ICE, ERO—working side by side under a Title 8 mission.

This is a "whole-of-government approach": unified authorities, shared intelligence, and coordinated execution.

#DHS #CBP #USBP #BorderPatrol #OpMetroSurge #Minneapolis #Minnesota



2:41 PM · Jan 16, 2026 · **122.4K** Views

63

January 17, 2026

Link: https://x.com/CMDROpAtLargeCA/status/2012606075418431983



Commander Op At Large CA Gregory K. Bovino ✓
@CMDROpAtLargeCA

Only you...thought violence would stop the mission.

In the Land of 10,000 Lakes, agitators threw objects, assaulted officers, and rammed our vehicles trying to disrupt enforcement. They screamed. They interfered. They escalated. But enforcement didn't pause.

We will continue enforcing the law, making arrests, and keeping #Minneapolis safe. Undeterred. Unapologetic.

#DHS #CBP #USBP #MetroSurge

1:20 PM · Jan 17, 2026 · 266.4K Views

January 18, 2026

Link:
https://truthsocial.com/@realDonaldTrump/posts/115915952093312324



**Truth Details**
1759 replies

 **Donald J. Trump** ✔️ ➕
@realDonaldTrump

"It's important to know how we got here. The reckless Open Borders Policy of Joe Biden led to the violent criminals that have gone into places like Minneapolis, which has forced ICE to go in and clean them up." Fox & Friends, Sunday.

**5.57k** ReTruths   **23.8k** Likes                      Jan 18, 2026, 5:51 AM

January 18, 2026

Link:
https://truthsocial.com/@realDonaldTrump/posts/115916047821747370



← **Truth Details**
4645 replies

 **Donald J. Trump** ✓ ▶
@realDonaldTrump

ICE is removing some of the most violent criminals in the World from our Country, and bring them back home, where they belong. Why is Minnesota fighting this? Do they really want murderers and drug dealers to be ensconced in their community? The thugs that are protesting include many highly paid professional agitators and anarchists. Is this really what Minnesota wants? The crooked Governor and "Congresswoman" Omar, who married her brother, don't mind because it keeps the focus of attention off the 18 Billion Dollar, Plus, FRAUD, that has taken place in the State! Don't worry, we're on it!

**6.64k** ReTruths  **23.2k** Likes                          Jan 18, 2026, 6:15 AM

January 18, 2026

Link: https://x.com/DHSgov/status/2012962041355555211



January 18, 2026

Link: https://x.com/ICEgov/status/20130594290 17510142



January 19, 2026

Link:
https://x.com/KristiNoem/status/2013275291385319855



← Post

 **Kristi Noem** ✔
@KristiNoem

PEACE AND PUBLIC SAFETY IN MINNEAPOLIS! We have arrested over 10,000 criminal illegal aliens who were killing Americans, hurting children and reigning terror in Minneapolis because Tim Walz and Jacob Frey refuse to protect their own people and instead protect criminals. In the last 6 weeks, our brave DHS law enforcement have arrested 3,000 criminal illegal aliens including vicious murderers, rapists, child pedophiles and incredibly dangerous individuals. A HUGE victory for public safety.

There is MASSIVE Fraud in Minneapolis, at least $19 billion and that's just the tip of iceberg. Our Homeland Security Investigators are on the ground in Minneapolis conducting wide scale investigations to get justice for the American people who have been robbed blind.

MAKE AMERICA SAFE AGAIN.

9:40 AM · Jan 19, 2026 · **14.3K** Views

January 19, 2026

Link:
https://x.com/AGPamBondi/status/201309
3526867689835

← Post

 **Attorney General Pamela Bondi**  
@AGPamBondi

I just spoke to the Pastor in Minnesota whose church was targeted.
Attacks against law enforcement and the intimidation of Christians are
being met with the full force of federal law.

If state leaders refuse to act responsibly to prevent lawlessness, this
Department of Justice will remain mobilized to prosecute federal crimes
and ensure that the rule of law prevails.

9:37 PM · Jan 18, 2026 · **1.2M** Views

January 19, 2026

Link: https://x.com/ICEgov/status/2013344845884952940



January 19, 2026

Link:
https://x.com/DHSgov/status/2013320401
279922529



💬 2K          �moi 6.6K          ♡ 33K          ⪼ 1.2M          🔖  ⬆

 **Homeland Security** ✔                              ⊘  ···
@DHSgov

Yesterday in St. Paul, ICE conducted a targeted operation of 2 convicted
sex offenders. One of the criminal targets had convictions for sex with a
minor and sexual assault. The other target had convictions for sex
assault with penetration in the first degree, domestic violence, and
violating a protective order. Both also have convictions for failure to
register as sex offenders. They both have final orders of removal from an
immigration judge.

The US citizen lives with these two convicted sex offenders at the site of
the operation. The individual refused to be fingerprinted or facially ID'd.
He matched the description of the targets. As with any law enforcement
agency, it is standard protocol to hold all individuals in a house of an
operation for safety of the public and law enforcement.

Both of these sexual predators remain AT LARGE in St. Paul. We will be
providing the public with photos and descriptors to help us locate and
apprehend these public safety threats.

12:39 PM · Jan 19, 2026 · **21.4M** Views

72

January 19, 2026

Link:
https://x.com/DHSgov/status/2013411734
774522028



**Homeland Security** ✔
@DHSgov

"70% of the illegal aliens that the Trump Administration has arrested in the last year have either pending criminal charges or prior criminal convictions." @TriciaOhio

THE WORST OF THE WORST

Under the leadership of President Trump and Secretary Noem America is safer. This administration is committed to arresting and deporting the worst of the worst from our communities.



6:42 PM · Jan 19, 2026 · **75.1K** Views

73

January 20, 2026

Link:
https://x.com/DHSgov/status/2013665861
433750013



January 20, 2026

Link: https://x.com/ICEgov/status/2013796743884714022



January 20, 2026

Link: https://x.com/DHSgov/status/2013725844674433267



January 20, 2026

https://x.com/DHSgov/status/2014138541849165903

