# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations;* U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement;* RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br><br><br><br>**MEMORANDUM IN SUPPORT OF MOTION OF CHILDREN'S DEFENSE FUND MINNESOTA FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Children's Defense Fund Minnesota ("CDF-MN") respectfully requests leave of this Court to submit the attached *Amicus Curiae* Brief in support of the Plaintiffs' motion for a preliminary injunction and supporting declaration and certificate of compliance.

CDF-MN is a statewide, nonprofit child advocacy organization with over forty-years of experience promoting the health, safety, and well-being of Minnesota's children. CDF-MN's mission is to ensure all children, especially those from marginalized communities, grow up with dignity, hope, and opportunity. CDF-MN has expertise in child development, trauma, Adverse Childhood Experiences ("ACEs"), and toxic stress, and researches and advocates for policies that protect children's physical, emotional, and developmental health.

CDF-MN's brief will provide a child-centered perspective on the harms caused by large-scale, militarized Immigration and Customs Enforcement ("ICE") operations in Minneapolis and St. Paul. These operations disrupt children's daily lives, create fear and trauma, and undermine their ability to thrive in their homes, child care settings, schools, and communities. The brief will assist the Court in evaluating the balance of equities and public interest in considering preliminary injunctive relief.

CDF-MN can provide insight into:

1. How fear, trauma, and toxic stress affect children's learning, health, and emotional development;

2. How these harms disproportionately impact children of color; and

3. The long-term consequences of disrupted childhood experiences.

CDF-MN's expertise is directly relevant to the Court's assessment of preliminary injunctive relief. Children experience immigration enforcement as fear, anxiety, and disruption. Armed agents in homes, neighborhoods, and schools transform ordinary childhood spaces into environments of perceived danger. Research shows prolonged exposure to fear and unpredictability causes toxic stress, with measurable, enduring effects on brain development, emotional regulation, and lifelong health.

CDF-MN's brief provides critical context for understanding these harms and their urgency. Immediate relief is necessary; children are currently experiencing real and lasting injury.

For these reasons, CDF-MN respectfully requests that this Court grant CDF-MN leave to file the attached *Amicus Curiae* Brief to provide a child-centered perspective in support of Plaintiffs' preliminary injunction motion.

Dated:  January 22, 2026             **CHILDREN'S DEFENSE FUND MINNESOTA**

By:     /s/ *Alexandra Fitzsimmons*
        Alexandra Fitzsimmons (#0332501)
85 East Seventh Place
Suite 120
Saint Paul, Minnesota 55101
(651) 855-1182
Email:  afitzsimmons@childrensdefense.org

3