# DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations;* U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement;* RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br><br>**CERTIFICATE OR COMPLIANCE WITH LOCAL RULE 7.1(f), (h)** |

The undersigned attorney for *Amicus Curiae* Children's Defense Fund Minnesota certifies that the *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction complies with the word-count limit requirement of D. Minn. Local Rule 7.1(f) and the type size limit of D. Minn. Local Rule 7.1(h). The Amicus Curiae Brief has a total of 4,488 words in Times New Roman font size 13, which includes all text, headings, footnotes, and quotations in the word-count. It was prepared using Microsoft Word for Microsoft Office 365.

Dated:  January 22, 2026    **CHILDREN'S DEFENSE FUND MINNESOTA**

By:    /s/ *Alexandra Fitzsimmons*
       Alexandra Fitzsimmons (#0332501)
85 East Seventh Place
Suite 120
Saint Paul, Minnesota 55101
(651) 855-1182
Email:  afitzsimmons@childrensdefense.org