# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,

       Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

       Defendants.

Civ. No.: 0:26-cv-00190-KMM-DJF

**DECLARATION OF LINDSEY MIDDLECAMP**

I, Lindsey Middlecamp, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18.

2. I am one of the attorneys of record appearing on behalf of the State of Minnesota.

3. Plaintiffs are filing herewith the following sworn declarations and supporting exhibits. Placeholders are listed denoting where placeholders will be filed on ECF and corresponding digital files will be submitted to the Court and Defendants.

| Exhibit Number | Description |
| --- | --- |
| Middlecamp Ex. 1 | A true and correct copy of the Declaration of R.M., which describes a January 14, 2026 incident involving apparent racial profiling. |
| Middlecamp Ex. 1a | A placeholder page for filing purposes related to "Middlecamp Ex. 1a_RM Exhibit 1," a digital video file depicting a DHS agent (who himself speaks with an audible accent) demanding proof of citizenship purportedly because of RM's accent. |
| Middlecamp Ex. 2 | A true and correct copy of the Declaration of F.A., which describes a January 21, 2026 incident involving apparent racial profiling in which she was pulled over on her way to work. |
| Middlecamp Ex. 3 | A true and correct copy of the Declaration of N.G., which describes a January 14, 2026 incident involving apparent racial profiling while she and her husband were parked in their truck. |
| Middlecamp Ex. 3a | A placeholder page for filing purposes related to "Middlecamp Ex. 3a_NG Exhibit 1," a digital video file depicting DHS agents asking for proof of citizenship after boxing in and ramming a parked vehicle. ***DIGITAL FILE SUBMITTED UNDER SEAL*** |
| Middlecamp Ex. 4 | A true and correct copy of the Declaration of N.S., which describes a January 7, 2026 incident involving a DHS agent firing pepper balls at point-blank range at the face of an observer |

| Middlecamp Ex. 5 | A true and correct copy of the Declaration of R.E., which describes a January 12, 2026 arrest and detention of an observer by DHS agents. |
|---|---|
| Middlecamp Ex. 6 | A true and correct copy of the Declaration of P.W., which describes a January 9, 2026 arrest and detention of an observer by DHS agents. |
| Middlecamp Ex. 6a | A placeholder page for filing purposes related to "Middlecamp Ex. 6a_PW Exhibit 1," a digital video file depicting DHS agents detaining an observer in a vehicle and remarking, "The registered owner of this vehicle is going to have fun trying to travel." <br>***DIGITAL FILE SUBMITTED UNDER SEAL*** |
| Middlecamp Ex. 6b | A placeholder page for filing purposes related to "Middlecamp Ex. 6b _ PW Exhibit 2," a digital video file depicting DHS agents arresting PW (and continuing audio recording while transporting him to the Whipple Building) <br>***DIGITAL FILE SUBMITTED UNDER SEAL*** |
| Middlecamp Ex. 7 | A true and correct copy of the Declaration of Aliya Rahman, who has not requested that the declaration be anonymized. The declaration describes a January 13, 2026 incident in which she is pulled from her vehicle while traveling on the way to a medical appointment. |
| Middlecamp Ex. 7a | A placeholder page for filing purposes related to "Middlecamp Ex. 7a", a digital file excerpting a segment aired on 60 Minutes, compiling footage of the incident described in Aliya Rahman's Declaration. |
| Middlecamp Ex. 8 | A true and correct copy of the Declaration of DJ, describing a January 14, 2026 incident during which DHS agents threw a gas cannister under their vehicle while her family (including six children) were inside. |
| Middlecamp Ex. 9 | A true and correct copy of the Declaration of Garrison Gibson, who has not requested that the declaration be anonymized. The declaration describes the January 11, 2026 warrantless arrest in his residence in which DHS agents employed a battering ram. |
| Middlecamp Ex. 9a | A placeholder page for filing purposes related to "Middlecamp Ex. 9a…", a digital recording including compiled video which was published online in connection with the January 11, 2026 incident described in Garrison Gibson's declaration. |
| Middlecamp Ex. 10 | A true and correct copy of the Declaration of DM, which describes the issuance of an I-9 audit on a local toy store after the owners criticized ICE in a media interview. |

| | |
|---|---|
| Middlecamp Ex. 11 | A true and correct copy of the Declaration of L.J., which describes a January 21, 2026 ICE caravan, deployment of gas cannisters, and the discovery of a magazine with live ammunition in a public park. |
| Middlecamp Ex. 11a | A placeholder page for filing purposes related to "LJ Exhibit 1", a digital video file depicting an ICE caravan and deployment of gas cannisters occurring January 21, 2026. |
| Middlecamp Ex. 11b | A placeholder page for filing purposes related to "LJ Exhibit 2", a digital video file depicting an alternative angle of the same ICE caravan and deployment of gas cannisters occurring January 21, 2026. |
| Middlecamp Ex. 12 | A placeholder page for a digital video file published by multiple media outlets which is described as a recording of a local Minnesota woman being confronted by DHS agents doing a "citizenship check" on the sidewalk. |
| Middlecamp Ex. 13 | A true and correct copy of the Declaration of J.J., which describes an apparent car-to-car citizenship check by DHS agents at a local Target. |
| Middlecamp Ex. 14 | Declaration of Susan Tincher, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 15 | Declaration of John Biestman, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 16 | Declaration of Janet Lee, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 17 | Declaration of Lucia Webb, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 18 | Declaration of Abdi Noor, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 19 | Declaration of Adam Crenshaw, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |

| | |
|---|---|
| Middlecamp Ex. 20 | Declaration of Dan Engelhard previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 21 | Declaration of Flannery Clark, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 22 | Declaration of Imogen Page previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 23 | Declaration of Katherine Rollins, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 24 | Declaration of Riley Kellermeyer, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 25 | Declaration of Nik Sorenson, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 26 | Declaration of Moria O'Malley, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 27 | Declaration of Joe Mitchell, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 28 | Declaration of Beatriz Rudolph Leon, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 29 | Declaration of Carla Hennes previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 30 | Declaration of Claire Smith, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |

| | |
|---|---|
| Middlecamp Ex. 31 | Declaration of Gabrielle Holboy, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 32 | Declaration of Luke Mielke, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 33 | Declaration of Mary Hackman, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 34 | Declaration of Christopher Lee Beal, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 35 | Declaration of Wesley Burdine previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 36 | Declaration of Troy Carillo, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 37 | Declaration of Theresa Del Rosario previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 38 | Declaration of Thomas Ett, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 39 | Declaration of Elizabeth Jackson, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 40 | Declaration of Christopher Juhn, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 41 | Declaration of Kirsten Koerth, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |

| | |
|---|---|
| Middlecamp Ex. 42 | Declaration of Ann Kreitman, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 43 | Declaration of Judith Levy, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 44 | Declaration of Hallie Patterson, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 45 | Declaration of Abigail Salm, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 46 | Declaration of Brandon Siguenza, previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669) |
| Middlecamp Ex. 47 | Declaration of Zoe Cantu previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669).<br><br>In this declaration, Zoe Cantu describes an incident during which DHS agents began to make a right turn at a busy intersection into the path of pedestrians, got out of their vehicle, and fired chemical irritants at observers and protestors in the surrounding area. |
| Middlecamp Ex. 48 | Declaration of Nicole Cleland previously filed in related matter alleging constitutional violations by DHS during Operation Metro Surge (25-CV-4669).<br><br>In this declaration, Nicole Cleland describes suspected retaliation against her Global Entry travel status following an interaction with DHS agents. |
| Middlecamp Ex. 49 | Declaration of Said Osman, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 50 | Declaration of Ali Dahir, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |

| | |
|---|---|
| Middlecamp Ex. 51 | Declaration of Mubashir Hussen, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 52 | Declaration of Lindsay Vogt, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 53 | Declaration of Allison Sharkey, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 54 | Declaration of A.A., previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 55 | Declaration of Crisareli Castillo, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 56 | Declaration of Julio Cesar Martinez Garcia, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 57 | Declaration of Julio Doe, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 58 | Declaration of Luisa Doe, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 59 | Declaration of Mahamed Rufai Eydarus, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 60 | Declaration of Mark Castillo, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 61 | Declaration of Pedro Moreno, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
| Middlecamp Ex. 62 | Declaration of Raul Aguirre Castrejon, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |

| Middlecamp Ex. 63 | Declaration of Santiago Doe, previously filed in parallel litigation alleging racial profiling by DHS during Operation Metro Surge (26-CV-324.) |
|---|---|
| Middlecamp Ex. 64 | A true and correct copy of the Declaration of K.O., describing his January 15, 2026 discovery of undetonated less-than-lethal rounds fired by DHS Agents in a residential area. |

4. Attached as Exhibit 65 is a true and correct copy of the criminal grand jury subpoena served on the Minnesota State Attorney General's Office on January 20, 2026. On information and belief, Mayor Frey, Mayor Her, and Governor Walz, also received the same or substantially similar criminal grand jury subpoenas directed to their offices on January 20, 2026.

5. Attached as Exhibit 66 is a true and correct copy of correspondence emailed to Plaintiffs' counsel of record on January 21, 2026 threatening judicial sanctions or other disciplinary action if Plaintiffs continue to pursue its motion.

6. Attached as Exhibit 67 is a true and correct copy of a memorandum which was the subject of public reporting on January 21, 2026 which generally alleges that DHS officials took agency action in 2025 to permit warrantless entry into a residence based on administrative, rather than judicial, warrants.

7. Attached as Exhibit 68 is a true and correct copy of a settlement agreement in *Castanon Nava v. DHS 1:18-cv-03757 (N.D. Ill.), Doc. 146-1*, under which ICE has been documenting its enforcement activities and providing them to Plaintiffs since 2021, according to the docket in that case.

Executed this 22nd day of January, 2026,

                                                           <u>/s/ Lindsey E. Middlecamp</u>
                                                           _____
                                                           Lindsey Middlecamp
                                                           Attorney No. #0392589