# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

    Plaintiffs,

  v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

    Defendants.

Civ. No.: 0:26-cv-00190-KMM-DJF

**PLACEHOLDER FOR EXHIBIT 1a TO DECLARATION OF LINDSEY MIDDLECAMP IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

    This document is a place holder for the following item filed in conventional or physical form:

**Exhibit 1a (video) to the Declaration of Lindsey Middlecamp**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document* (Document number of order granting leave to file conventionally

☐ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

☐ Physical Object (description):

☒ Non Graphical/Textual Computer File (audio, video, etc.) on flash drive or other transmission

☐ Item Under Seal pursuant to a court order:

☐ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

☐ Other (description):

* Filing of these items requires Judicial Approval.