# DECLARATION OF F█████ A█████

I, F████ A████ declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because my family and I are concerned about additional retaliation, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. I am a United States citizen. I was born in Saint Paul, MN. Because it is relevant to the situation this declaration describes: I am Somali, and wear a hijab.

3. On Wednesday, January 21, 2026, I was driving on my way to work in Rogers, MN. I stopped at Kwik Trip and as I left, I saw several SUVs nearby, which I suspected may have been ICE vehicles but did not think much of.

4. Before I could make it the short distance from the Kwik Trip to my nearby place of employment, a black SUV pulled into my lane ahead of my vehicle, and braked, forcing me to stop in the lane. Simultaneous to that, I looked in my rearview mirror and saw another SUV behind me with flashing lights.

5. Once my car was stopped, nearly ten men ran out of the two SUVs. Some had their guns drawn. I was scared for my safety.

6. Two agents came to my driver's side window and asked for my ID. I provided him with my driver's license, and he looked at it and made a comment along the lines of, "Something isn't right." He took my license back to his vehicle to look my information up. Another agent asked me if I am a United States citizen. I said yes. They asked me where I was born. I told him I was born in Saint Paul, Minnesota.

7. An agent asked me if I had a passport, and I said no. They asked me why I didn't have a passport, and I explained I had one when I was fourteen years old but it had been expired for years. That agent walked away, and another agent approached asking me varieties of the same questions, which to me felt like a strategy to catch me in a lie.

8. As this interaction was going on, I took opportunities to text both my workplace that I was going to be late, and tell my family my whereabouts. I felt like it was important to tell my loved ones my last known location, because even though I am a United States citizen, I have heard enough stories about citizens and people who are legally present being taken into custody or hurt by ICE that I was worried about the interaction.

9. Overall, the experience has put me on high alert. I was already feeling extra vigilant in the community, but this experience has made me more concerned about me or my loved ones being pulled over just because we are Somali.

Dated: January 21, 2026



F█████ A█████