# DECLARATION OF N███ S███

I, N███ S███████, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old, and I am a resident of the State of Minnesota. Because I am concerned about retaliation against myself or my family, I ask that this declaration be submitted with my name redacted, but, if necessary, I would be available to testify to the facts described below.

2. I am an attorney employed by the State of Minnesota, although I submit this declaration in my personal capacity rather than my professional capacity.

3. On Wednesday morning, January 7, 2026, a short time before an ICE agent shot and killed Renee Good, I was nearby in Powderhorn Park for an activity with my children.

4. As I was about to get into my vehicle, I heard a whistle and looked towards where the sound was coming from. I observed what I recognized as ICE vehicles staged across the parking lot from where I was parked. I loaded my children in the car and asked one other adult with us to stay with them.

5. I slowly walked across the parking lot to get closer, but also maintained a safe distance. I was able to observe an ICE vehicle with the windows rolled down and multiple detained individuals in the back seat.

6. I have become increasingly aware of concerns raised from within Minnesota, and other parts of the United States, involving ICE "disappearing" people (namely, arresting and detaining them without any notice being provided to families or attorneys until after they are flown to other locations for deportation proceedings.) I have also seen and heard stories of excessive force, racial profiling, and other unconstitutional actions by ICE agents. My purpose in

approaching was not to obstruct or impede their activities, but to observe and be available as a witness, and, if possible, get the people in the back of the car to provide their names and phone numbers so I could notify family members they had been taken.

7. As I approached the scene, I notified the ICE agents that I am an attorney familiar with civil rights, and that I was just there to observe and wanted to know what was going on.

8. I called out to the young people in the car (who appeared to me to be teenagers or young adults) attempting to get their contact information.

9. At this point, other neighbors and community members were gathering, and were protesting ICE's presence in the park in a non-violent manner.

10. The ICE vehicles began to leave the parking area, but very slowly. Some ICE agents remained on foot, walking along the path the vehicles were taking. I could see one observer who had been standing in front of an ICE vehicle backing slowly away from the advancing ICE vehicle, which was certainly slowing the pace but was not fully obstructing its path.

11. For my part, I backed away to the side of the vehicles, walking slowly in parallel to the vehicles and continuing to try to get occupants of the ICE vehicle to provide their names. I believe I was at least 10 feet away from the nearest ICE vehicle, and I was maintaining a consistent distance.

12. Without any verbal warning or direction to clear, an ICE agent suddenly ran towards me at rapid speed. I do not know whether he leapt out of one of the vehicles, or if he was already on foot, but he sprinted towards me with a weapon drawn and pointed at my face. He did not give me any verbal commands whatsoever.

13. He closed the distance between us quickly and the muzzle of his weapon was approximately one foot from my face when he fired twice directly at my face, dispersing chemical

irritants. The force of the shots hitting my glasses was so great it caused my head to whip back and caused my body to buckle over.

14. I was immediately overcome with extreme pain and burning in my ears, nose, throat, mouth, lungs, and skin. I could not see, I could not breathe, and I was in agony. I was choking, gasping, vomiting, and struggling to draw breath and my nostrils, ear canals, eyes, and throat were on fire. It was the worst pain I have ever experienced in my life.

15. I was so covered in chemical irritants, and in such agony, that I blindly stripped my layers off to try to minimize ongoing exposure. I stripped off my outer layers (parka and snowpants) and my clothing layers, down to my underwear and sports bra despite being in freezing temperatures and in a public place.

16. One of the people in the vicinity was a community medic, and he and others attempted to provide aid, dousing me with water and ushering me to the nearby rec center to allow me to continue rinsing in a bathroom.

17. I was not able to report to work that day due to the severity of my ongoing symptoms, and for the days that followed, I continued to experience an ongoing, severe headache, dizziness, difficulty looking at screens, and significant inflammation and irritation in my eyes, nose, throat, and ears. I also had an allergic reaction to the irritating powder, and experienced hives all over my body.

18. This incident occurred on a Monday, and by that Friday, the thunderclap headache and dizziness had not abated. I sought additional medical care and was diagnosed with a concussion and whiplash. Even now, two weeks after the incident, I continue to have a hard time looking at and focusing on screens, and it has been recommended to me that I seek further care at

a concussion center. I have also experienced panic attacks following this event, and heightened stress and fear regarding potential encounters with ICE.

19.     Everything about this incident was upsetting to me, but it was particularly upsetting that, despite my being an attorney—accompanied by my children and taking care to maintain appropriate distance and not obstruct or impede operations—I was shot at point blank range with chemical irritants with no verbal warning whatsoever. Based on the force of the shots, I believe that if I had not had glasses on, I may have had permanent damage to one or both of my eyes.

Dated: January 21, 2026



N███ S███████