# DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations;* U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement;* RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>    Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br><br><br>**DECLARATION OF ALEXANDRA FITZSIMMONS IN SUPPORT OF *AMICUS CURIAE* BRIEF FOR CHILDREN'S DEFENSE FUND MINNESOTA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

STATE OF MINNESOTA  )
                    ) ss
COUNTY OF RASMEY    )

I, Alexandra Fitzsimmons, declare under penalty of perjury, that:

1. I am an attorney with Children's Defense Fund Minnesota which represents *Amicus* Children's Defense Fund Minnesota in this matter. I make this Declaration in Support of the Motion of Children's Defense Fund Minnesota for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached as **Exhibit A** is a true and correct copy of the *Amicus Curiae* Brief of Children's Defense Fund Minnesota in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

3. Attached as **Exhibit B** is a true and correct copy of the Compliance Certificate for the *Amicus Curiae* Brief of Children's Defense Fund Minnesota in Support of Plaintiffs' Motion for Preliminary Injunction that we request be filed in the above matter.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge, information and belief.

Dated: January 22, 2026                /s/ *Alexandra Fitzsimmons*
                                       Alexandra Fitzsimmons (#0332501)