UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190

REPLY MEMORANDUM TO PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING

# EXHIBITS TO
# DECLARATION OF LINDSEY MIDDLECAMP

# (Continued)