## **DECLARATION OF ALIYA RAHMAN**

1. My name is Aliya Rahman. This declaration is based on my personal knowledge. I am competent to make this declaration.

2. I am a person with a disability. I have autism and a traumatic brain injury.

3. On the morning of January 13, 2026, I was driving on Park Avenue going to my routine doctors' appointment at the Traumatic Brain Injury Clinic at the Hennepin County Medical Center in Minneapolis, Minnesota.

4. I realized there was traffic on my route to my appointment. A car was stopped in front of me, which caused me to also stop. The car moved forward, and I slowly approached East 34th Street and Park Avenue. There were cars stopped around me, and I saw several large vehicles blocking Park Avenue. I also saw ICE agents around the intersection of East 34th Street and Park Avenue.

5. I did not see any road signs or anyone directing traffic, and as I approached the intersection, I was unsure what was happening or where I should go.

6. As I got closer to the intersection, masked ICE agents began yelling conflicting commands at me. One told me to get out of my car while other agents told me to move. I did not know where to move my car because there was nowhere to go. ICE agents were surrounding my car and other people were running around the intersection, including right in front of my car. Around the same time, another ICE agent repeatedly threatened that they were going to break my car window.

7. I was very confused and scared, especially based on what had happened to Renee Good less than a week before, only a couple blocks away.

8. My autism comes with an auditory sorting challenge, in which voices sound like they all have the same volume and priority. I have difficulty telling voices apart. As multiple agents gave me conflicting directions, I was unsure of what to do, and which set of directions to follow. I tried to look at the agents' mouths to see who was speaking to me, but they all had masks on pulled up over their mouths so I could not tell who was saying what.

9. Suddenly, an ICE agent smashed my passenger side window, and several other masked agents violently dragged me out of my car. They cut my seatbelt to pull me out of my car. I told them that I was an autistic disabled person, and that I was just trying to go to my doctors' appointment. They did not de-escalate but kept hurting me. I did not resist them.

10. After pulling me out of my car, the agents slammed my body against my car. They then put me onto the ground face down and I felt weight on the back of my body. I felt shooting, severe pain in my neck and the back of my head. I was cuffed behind my back,

and they carried me away faced down, by my arms and legs, like an animal. I repeatedly stated that I was disabled, that I had previously suffered a traumatic brain injury, that I was autistic, and that I needed disability accommodations.

11. The agents took me in their car to the Whipple Federal Building ("Whipple"). I told agents I needed accommodations to walk. I asked for a cane or wheelchair because I normally walk with a cane. They refused my repeated requests, until, finally, someone brought me a wheelchair.

12. While I was at Whipple, I told agents multiple times that I was disabled and autistic. I also told agents that I had a brain injury and asked for medical care. I asked for a lawyer and a disability navigator. The agents ignored me.

13. By the time I was at Whipple, the severe pain in my neck and the back of my head continued to worsen. My speech was slurred, and my vision was blurry. My wrists and shoulder also hurt. My symptoms and pain continued to get worse, but the agents continued to ignore my requests for medical care. I began to feel nauseous, and my heart rate skyrocketed. I thought I was going to die.

14. There was another woman who was in the cell with me at Whipple. She told agents that my condition was getting worse and asked them to provide me with medical care. However, ICE agents refused to provide any medical care or to take me to the hospital until I lost consciousness in my cell.

15. Later that day I opened my eyes and I was at the Hennepin County Medical Center Emergency Room, where I was treated for injuries consistent with assault. I felt lucky to be alive.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 21, 2026, in Minneapolis, Minnesota.

_____
Aliya Rahman (Jan 21, 2026 12:22:03 CST)
Aliya Rahman

2