## DECLARATION OF D▊▊▊ J▊▊▊

I, D▊▊▊ J▊▊▊, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because I am concerned about retaliation against myself or my family, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. On the evening of Wednesday, January 14, 2026, my husband and I were driving home from one of our children's basketball practices and stopped for some groceries on the way home. We had our six children in the car with us, ranging in ages 11 years old to 6 months old.

3. While driving on our usual route home from our local grocery store to our home, we came upon a scene involving both law enforcement vehicles and a gathering of pedestrians. The congestion of vehicles made us turn onto a side street in hopes of finding a route home. We were just about three minutes away from home at that point.

4. Even after turning onto an alternative street, we were unable to pass. Because of snow on either side of the street and parked cars along the street, there was really only room for one lane in the center of the street to drive safely, and my husband pulled to the side of the road to allow other cars coming the opposite way to go past.

5. When we were pulled over, I saw that my mother was standing nearby among the gathered neighbors and observers. My husband and I both spoke with people on the scene and learned that the activity in the area was associated with an incident involving ICE.

6. I spent a few moments speaking with my mother urging her to go home, because I was worried for her wellbeing and her own health concerns. After I convinced her to leave the scene, my husband and I tried to pull our vehicle out to leave as well.

7. However, at that point ICE agents in vehicles and on foot were passing our vehicle, apparently pursuing the crowd of people located mostly behind our vehicle.

8. One ICE agent approached our vehicle and yelled, "Get the **** out of here." My husband told him we were trying to, and that if ICE would move, we'd be able to get out of there. We did not make much progress before we became concerned about how close ICE agents were to our car and remembered what had happened to Renee Good, so we waited until there was a clear path without any ICE agents or vehicles in the way.

9. Before we could pull away, however, ICE agents threw a cannister of something I believe to have either been tear gas or a flash bang that rolled under our car. The cannister exploded, lurching our car upward and deploying both of our airbags. The car filled with some kind of smoke, and my eyes and lungs burned. I was unable to see much at all, but my husband and I immediately began trying to help our children escape the car (which was difficult because the explosion seemed to have locked the back doors.) My husband escaped first, I reached into the back of the car to unlock the back doors, and then crawled out the driver's side door, as we tried to free our children.

10. It was terrifying and unlike anything I have ever experienced. It was difficult to see anything in the smoke and without my glasses. My 11-year-old son helped some of his younger siblings out of the car, and I was able to get my two-year-old out of a car seat when other people on the scene pulled us away and into a nearby residence to safety.

11.    As I was being pulled away, I screamed that my six-month-old was still in the vehicle, and others grabbed his car seat and brought him to me still in the car seat. When I saw him, he appeared lifeless, he did not appear to be breathing, his eyes were closed, and there was foam around his mouth. I tried to wake him with firm touch to the sternum and began giving him mouth-to-mouth to push air into his lungs. My husband or others on the scene called for emergency services, as others poured milk onto my other children to relieve them from the burning on their skin.

12.    Minneapolis police and emergency services did respond to the scene, and my family received medical attention.

13.    Even five days later, I have a lingering cough from the tear gas on the scene, and my husband and I have barely slept. Even though my husband and I were not on the scene to protest, we have been fearful that ICE will target our home to retaliate for us speaking about what happened to us.

Dated: January 20, 2026



D████y J████