## DECLARATION OF D███ M███

I, D███ M███, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because my family and I are concerned about additional retaliation, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. My family owns and operates Mischief Toy Store, a retail business selling games and toys located in St. Paul, Minnesota.

3. Our family, like many in Minnesota, has become increasingly concerned about widespread constitutional abuses and illegal actions carried out by ICE.

4. We believe that community members acting as observers and witnesses during ICE detentions and arrests (to document what ICE agents are doing or to gather contact information to relay to families of people being taken) are important measures to ensure accountability and transparency. In recent months, whistles have become a common tool to alert others in the area to come out to the street and act as observers, and also serve as a nonviolent way for community members to signal their concerns and protest of ICE activities.

5. Our toy store began distributing free 3-D printed whistles to members of the community.

6. On or around January 16, 2026, our store's distribution of whistles was featured on national news, along with a brief interview with my co-owner.

7. Three hours later, two ICE agents came into our store and served us with a Notice of Inspection requiring the company turn over I-9 documents for all employees.

8. Our business only employs five employees and we cannot imagine any legitimate reason we would be selected for an I-9 audit but for retaliatory purposes. The notice my business received contained non-disclosure language purporting to prohibit me from speaking with others about the investigation. It is my understanding based on conversations with others that this is unusual and has not been typical on prior I-9 audit paperwork.

Dated: January 20, 2026



D̅ M̅