**DECLARATION OF L▓▓▓▓ J▓▓▓▓▓▓▓▓▓▓▓▓**

I, L▓▓▓▓ J▓▓▓▓▓▓▓▓▓▓▓▓, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because my family and I are concerned about retaliation, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. I am aware that the court injunction which had restricted certain conduct by ICE agents was stayed by an appellate court at approximately 1pm on Wednesday, January 21, 2026.

3. Approximately an hour and a half later (around 2:30 PM) I learned there was a caravan of ICE vehicles at the Speedway on W 25th Street and Hennepin Avenue.

4. As I was walking westbound along W 25th Street, I heard whistling and honking and looked straight ahead (to the west) and observed a slow caravan of SUVs moving eastward. I concluded that this was likely the ICE caravan I had just heard about leaving the Speedway and driving eastbound. I took out my phone to begin recording a video. I did this because I believe community presence and documentation (and ICE agents being aware that the community is watching and documenting them) is important so that there are witnesses to any misconduct committed by ICE agents. A true and correct copy of that video is being submitted herewith as Exhibit 1.

5. At the time I began filming, I was standing near the intersection of Dupont and 25th, and as I filmed, I slowly walked eastward along the southern sidewalk running down 25th Street along the edge of a residential park ("Mueller Park.") The map below accurately depicts the streets I am referring to and the general area shown in my video:



6.  I was struck with how slowly the caravan seemed to be moving, and how intentional that speed appeared. There were no other vehicles blocking or slowing the flow of traffic, and at the time they started driving past where I stood, the sidewalks were not congested with people (either bystanders, protestors, or otherwise.) Nothing appeared to me to be preventing the ICE vehicles from driving at the usual posted speed, but instead, they were inching forward as a group of pedestrian protestors and observers mostly trailed from behind.

7.  My interpretation of this abnormally slow driving behavior (along an empty street with relatively light pedestrian presence except for the group of people forming behind the vehicles) is that the ICE caravan was intentionally allowing observers and protestors to catch up to them to maximize their ability to engage.

8.  As the vehicles passed me, I saw that some ICE agents appeared to be filming or taking photos of the people on the sidewalk they passed, and some of the vehicles had open doors with agents poised. One ICE agent was waving at the pedestrians on the sidewalk.

9.  As the caravan of ICE vehicles pulled alongside Mueller Park, they all stopped their vehicles. From my vantage point, I did not see any vehicles or pedestrians blocking their

ability to either proceed further down 25th Street, or turn left or right onto Bryant Avenue. Instead, they appeared to stop intentionally to engage with the group of people catching up to their vehicles.

10. I continued to trail from a safe distance and remained on the sidewalk to keep documenting.

11. My video captures what I observed next: the crowd of people (mostly located on sidewalks) blew whistles and shouted at the ICE vehicles as the vehicles remained parked on the street. Then, cannisters were fired and clouds of green and white smoke filled the area. From where I stood, I did not hear any verbal commands to back up prior to the cannisters being fired in my direction.

12. I have reviewed a different video posted online that (based on my familiarity with the area, and the events I observed) I recognize as a different vantage point of the same general events. That video is being submitted herewith as Exhibit 2. That video depicts Commander Bovino and another agent preparing to throw cannisters, giving a verbal warning, and then throwing cannisters; however, it is clear from that video that the clouds of smoke near me, and other visible smoke, had already been deployed at that point.

13. At around the 5:00 mark of my video (Exhibit 1), a person with a slight build and a black hooded jacket can be seen walking westward on the sidewalk past the caravan, maintaining an even further distance than others on the sidewalk. He glances towards the activity in the street but does not appear to be engaging. Yet, beginning at 5:06, an ICE agent sprints from the roadway, passes other bystanders, and tackles the person. I did not observe anything to explain this behavior or why the ICE agent chose to rush the crowd and tackle a seemingly random bystander.

14. At the 5:18 mark of my video, at least one or more gas cannisters had just been fired again, and the foreground is filled with white smoke. At 5:36, a woman appears to be

struggling to walk forward through the smoke away from the scene. She is bent over and moving slowly down the sidewalk but showing signs of distress. By 5:50, several people took her arms to guide her further away, but an ICE agent pursues and begins kicking a gas cannister further down the sidewalk towards the woman who is already struggling to breathe and trying to clear herself from the area.

15. At that point, the caravan advanced forward and drove away from the scene. The entire interaction seemed to have been designed to position the ICE agents for a brief flash of aggression (with cameras ready) and then move on. I did not pursue the carvan, but I heard what sounded like a flash bang further down their path.

16. After my recorded video concludes, I continued walking through the edge of Mueller Park.

17. Although I did not take this photo and the sidewalks were less icy today than when this photo was taken, I am sufficiently familiar with the neighborhood to confirm that it accurately depicts the layout of the portion of the park that runs alongside 25th Street, nestled between residential blocks:



18. Mueller Park contains a playground and, past the playground, a small basketball court. I know from living in the area that even in winter, the playground, basketball court, and walking paths are still regularly enjoyed by children and families. I have also seen school buses pick up along the surrounding streets.

19. In the moments after the ICE caravan left and as I walked along the edge of the park along W 25th Street, I was disturbed to find a magazine full of live ammunition, laying in the snow where anyone, including children, could have picked it up. I took the photos below to document how we found it. It is my understanding that someone from the Minneapolis police department responded to the scene some time later to retrieve the live ammunition.



Dated: January 22, 2026