## DECLARATION OF J▮▮▮▮ J▮▮▮▮

I, J▮▮▮ J▮▮▮ declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I am over the age of 18 years old and I am a resident of the State of Minnesota. Because I am concerned about retaliation against myself or my family, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2.   On Wednesday morning, January 9, 2026, shortly before 1pm, I was parked in an order pickup spot at the Edina Target. I looked in my rearview mirror and observed what I recognized to be two ICE agents talking. Then, I looked to my right and saw three SUVs that appeared to be ICE vehicles in the main road where people would typically drive in and out of the parking lot.

3.   While I was parked and observing their activities, I observed agents going car to car knocking on windows of vehicles in the parking lot. Based on the position of ICE vehicles, both my vehicle, and the vehicle next to me, would have been unable to leave our spots until after the ICE vehicles left.

4.   One car immediately next to mine had a driver in it who was looking at her phone. I saw an ICE agent knock on her window when she was looking down at her phone, but when she looked up at them and they were able to see her face, they walked away and I did not see them require her to hand any documents over.

5.   Then, an ICE agent knocked on my window and asked me, "What is your citizenship?" I replied, American, USA, and they walked away without asking for any documentation. (For context, I am also white.)

6. I was distressed at the experience of having armed agents block my car in, approach my windows, and ask whether I was a citizen with no apparent reason or suspicion. The car-to-car questioning seemed like random harassment, and I was shaken up after the experience and late for work as a result.

Dated: January 21, 2026

