# DECLARATION OF ALAN CRENSHAW

I, Alan Crenshaw, declare as follows:

1. I am a 35-year-old resident of Uptown in Minneapolis, Minnesota. I'm a student in the Urban Studies department at the University of Minnesota.

2. On December 9, 2025, I learned that ICE was in the area of Cedar Riverside. I've heard that the Somali community was hoping to have people observe what the government has been doing to their community and I was happy to offer that. It also felt important for me to be able to make people aware of ICE's presence in the neighborhood.

3. I walked to the Cedar Riverside area from campus. One person told me that ICE had just gone inside Sagal Restaurant and Coffee at 326 Cedar Ave. I followed to document what they were doing.

4. I got inside just as two agents were violently slamming a young black man against the wall. He was yelling in pain and saying that he was a U.S. citizen. The agents didn't seem to care. They dragged him outside. He wasn't trying to get away from them or anything, he just kept screaming and telling them he was a citizen.

5. I and some other protesters and observers followed them outside. One agent slammed the door on us. It felt like they were frustrated with us being there and filming them and telling them that what they were doing was wrong and slamming the door was a way to get back at us.

6. Once we were outside the restaurant, I saw the agents violently push the young man into the snow for no apparent reason. They put him in handcuffs and put him in one of the cars, it had black windows and Florida plate number QFP1709.

7. As we were watching them kidnap a US citizen for no reason and with no warrant, people were shouting at the agents and blowing whistles. It was unbelievable that they were doing this right before our eyes. They repeatedly ignored requests for their badge numbers or any identifying information.

8. Some of who I imagine were the young man's friends or family came out with pictures of his ID and holding it up to the car to show the agents. There was no reaction.

9. Instead, the car pulled away. People followed, recording, blowing their whistles, and yelling. I went to make sure I got a shot of the license plate. No one was getting in the way of the agency cars, which were moving slowly. But as they were leaving, a window rolled down, an arm came out and pepper sprayed the crowd with no warning. I was about 10-15 feet away when they sprayed. You could see the bright orange against the white snow.

10. After those cars drove away, I headed over to a group of people observing other ICE activity and ended up on the sidewalk at 6th street, just west of Cedar Ave. When I got there, I saw about nine ICE vehicles with lights on attempting to leave the parking lot, causing a traffic jam. It took about 20 minutes for them to exit the area. In the meantime, observers were recording, chanting, blowing whistles, and telling ICE to leave. I saw multiple incidents of people being pepper sprayed with no warning. I did see some agents warn people to move before spraying them.

11. In one instance, a person in a brown coat and black hat was standing on the edge of the road and a black SUV of some kind drove past, slowed, and opened the door. The person in the brown coat held their arms out, and an agent got out and sprayed them directly. The person moved away from the car, but another agent on foot came from behind them and sprayed them directly in the face again. Then the agents sprayed into the small crowd. It was absolutely gratuitous to spray them like that. They could have just left instead of stopping and engaging like that.

12. The crowd was really shouting at this time—the agents seemed to deliberately want to provoke a reaction by spraying like that. Some people threw snowballs at the car wheels as it drove away, though I didn't.

13. Then, as I was standing in the muck on the side of the road in the crosswalk, another ICE car without it's lights on drove past and sprayed me right in the face. I was immediately overtaken by intense pain and could no longer keep my eyes open. I felt like I couldn't breathe and was coughing very hard. The word I'd use to describe it was "acrid." I had red swelling and spots on my eyes for about 24 hours and I had skin tingling for a few hours. When I took a shower, it ran back into my eyes and caused more pain and swelling.

14. It is important to me that the abuses that are occurring at the hands of ICE in my community are documented. I am ashamed to live in a country where violent and angry law enforcement agents can arrest people with such brutality and for obviously racially motivated reasons.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 15/12/2025 in Hennepin County, State of Minnesota.

Alan Crenshaw (Dec 15, 2025 18:43:21 CST)

ALAN CRENSHAW