## DECLARATION OF KATHERINE ROLLINS

I, Katherine Rollins, declare as follows:

1. I am resident of the Willard-Hay neighborhood, Minneapolis, Hennepin County, in the state of Minnesota. I am over the age of eighteen years old.

2. I am an attorney and have been admitted the Minnesota Bar since 2021.

3. On December 9, 2025, at approximately 6:00 a.m., I heard someone pounding on the door of a nearby house, shouting "Police!"

4. When I looked out my window, I saw multiple vehicles, including what appeared to be an armored personnel carrier, with blue and red lights flashing. The armored personnel carrier was parked partially on the sidewalk. I did not see any markings on any of the vehicles indicating what agency the individuals were from. A few of the vehicles were parked crossways—one in the middle of the block and one or two by the intersection—to prevent cars from driving through.

5. There were multiple agents in uniform in the street, some carrying long rifles and paintball guns ostensibly containing pepper balls. Many agents wore bulletproof vests, military style helmets, and tactical gear. Many of these agents did not have any identifying patches or insignia to identify their agency affiliation.

6. At approximately 6:05 a.m., I stepped outside onto my porch and observed two or three agents on the porch of the house immediately adjacent to mine. I assumed the agents were with Immigrations and Customs Enforcement (ICE) or an agency supporting ICE. I began to blow my whistle to alert neighbors to potential ICE activity.

7. One of the agents standing in front of my home wore a vest that said "Police" on the back. Other than the two or three agents I observed on my neighbor's porch and entering my neighbor's home, the remaining agents were milling around their vehicles.

8. Shortly after I began blowing my whistle, one agent mockingly stated, "You're too late." Another agent told me to "shut up." The agent with "Police" on his vest asked if I understood that a 6:00 a.m. raid meant that they were looking for "weapons or violence." I repeatedly asked if the agents had a judicial warrant. None of the agents ever responded.

9. I observed two individuals taken from the home by the agents and later learned three individuals were taken. At least one agent who escorted a resident from the home had "ERO" on the back of their vest.

10. The residents taken from the home were placed in the armored personnel carrier.

11. At approximately 6:20 a.m., I saw a woman walking west on 21st Ave. North, towards Oliver Ave. North, wearing a blue or turquoise colored beanie. I later learned that the woman was Susan Tincher.

12. Shortly after Ms. Tincher approached the intersection, around three agents approached her, forced her arms behind her back, and wrestled her to the ground. Ms. Tincher then laid face first on the snowy street with three agents on top of her. She was ultimately handcuffed.

13. I did not observe Ms. Tincher physically resist the agents in any way while she was being detained. Ms. Tincher did repeatedly yell "help" as she was detained.

14. I did not hear Ms. Tincher taunt or threaten the agents before, during, or after her detention. I did not observe Ms. Tincher make any threatening gestures toward agents or take any action to endanger or impede the agents before, during, or after her detention.

15. I then saw the uniformed agents place Ms. Tincher inside an unmarked, silver four-door pickup truck.

16. At most, there were seven observers at the scene. All observers, including myself, kept their distance from the agents and did not threaten or impede the agents.

17. Also present was an individual with a video camera with lighting, who was filming another individual speaking into a microphone. These individuals appeared to be media members. They appeared with the uniformed agents and got into a vehicle with the uniformed agents as they were leaving at approximately 6:30am.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 9, 2025 in Hennepin County, State of Minnesota.

*Katherine Rollins*
KATHERINE ROLLINS
MN Bar No. 0402808

3