# DECLARATION OF NIK (NICOLE) SORENSEN

I, Nik (Nicole) Sorensen, declare as follows:

1. I am a resident of the Folwell neighborhood in north Minneapolis, Minnesota. I've lived there since 2025.

2. I witnessed the arrest of Sue Tincher, which occurred on Tuesday, December 9, 2025.

3. Very early that morning (approximately 6 a.m.), I was in my car about to leave for the gym when I received an alert on my phone about ICE activity at 21st and North Oliver in Minneapolis.

4. I immediately drove to that location and was one of the first observers to arrive.

5. I approached Oliver from 22nd, saw a vehicle blocking the road. A man in a vest that said federal agent was standing near the car in the road. I turned around to find a different way and approached Oliver on 21st. I parked on the northeast corner of the intersection, across from where the arrest eventually happened.

6. When I got there, I saw several agency vehicles on the street, including some SUVS, a sedan, and at least one truck. Besides that, and particularly noticeable, there was one very large military-looking vehicle.

7. There were multiple agents on the block. Most were masked. Many had vests on. I noticed one vest in particular that said "Police Federal Agent."

CASE 0:25-cv-04369-KMM-DJF   Doc. 88-27   Filed 12/22/25   Page 1 of 3

8. From my parked vehicle, I saw federal agents bring two males out of a house on the block and put them into one of the agency vehicles.

9. While this was happening there were some additional federal agents on the street outside, including a line of agents looking out to the street with their backs to the house they took the men from. It looked like they were making a perimeter.

10. After the two males were put in the car, I saw a short white woman walk up to the scene and stand on the northwest corner, across from where I was parked. She stood on the public sidewalk outside what appeared to be the agency perimeter, at least several feet from the nearest agent. Her hands were down and she had neutral body language. She was not doing anything indicating she was a threat of any kind. I've seen other people get in officers' faces, and this was not that. She looked like someone trying to figure out who they were and why they were there.

11. Less than a minute after I saw Sue get there, the agent she was talking to left their spot in their perimeter and walked toward Sue very quickly. The agent reached out and grabbed her.

12. I got out of my car to go ask Sue her name and birthdate, but another observer did that so I turned and faced another agent who was part of the perimeter. The agent stopped me and told me to "get back" or "stay back." I took a step back and then asked "Is that a US citizen you have?" He didn't answer, just told me to stay back. I said "I am back" and I started recording what was happening.

13. I saw that the agents were walking Sue very slowly towards a vehicle. I heard Sue yell for help repeatedly and say that she was being kidnapped.

14. The agents brought Sue to an agency vehicle and said, "You are under arrest. This is what you get for interfering." Then they put her in the vehicle and left.

15. Once Sue was in custody, I noticed a professional looking film crew was filming in the area. They were using lighting and there was a person with a microphone looking like a reporter.

16. By the time the incident was over, about 6-10 other observers had arrived at the location, including a few neighbors on their porches. The observers on scene did not interfere with the arrest and complied with the agents' directions.

17. No chemical agents were deployed at the scene, but the agents had high pressure mace at the ready, along with what I believed were pepper ball rifles.

18. I continued to record the scene as the agents were leaving. No one else was taken into custody. I saw the film crew get into a federal vehicle with agents and one of the federal agents was recording us.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  15/12/2025  in Hennepin County, State of Minnesota.

_Nik Sorensen (Dec 15, 2025 14:48:28 CST)_

Nik (Nicole) Sorensen

3