# DECLARATION OF JOE MITCHELL

I, Joe Mitchell (Joseph Westhues Mitchell) declare as follows:

1. I am a resident of the Cedar Riverside neighborhood.
2. On December 9, 2025, I was working from my home.
3. My spouse was also working from home.
4. My spouse was included in some group messaging threads about local ICE activity and opportunities to protest ICE actions.
5. My spouse typically works in 53-minute blocks and has breaks between x:53 and the start of the next hour.
6. At 1:55, my spouse came downstairs and told me that there was ICE activity two blocks from our house. She told me that the group messaging conversation had called for as many people to come as possible.
7. I put down my computer, put on my shoes, and put on a facemask to walk the two blocks over to the scene.
8. On my walk over I saw several other people running to join the protest. I can't run well due to ankle problems so I walked.
9. I arrived at the intersection of Cedar Avenue and 6th Street from the sidewalk on the north side of 6th street.
10. At the time I arrived, the commotion was happening to the west of the intersection.
11. I walked west across the intersection and remained on the north sidewalk of 6th street.

12. I saw numerous vehicles with flashing police lights, dark tinted windows, and people wearing ICE POLICE uniforms and vests.

13. The crowd of protesters were blowing whistles and yelling at the ICE agents.

14. After I had been on the scene for a few minutes, I saw one of my neighbors and talked to her. This neighbor is Mary Hackman. She had a whistle and was whistling at the ICE agents.

15. While I was talking to Mary, the ICE vehicles and protesters slowly traveled East back into the intersection of Cedar Avenue and 6th St.

16. Once the ICE vehicles were within the intersection and blocking all traffic, I stepped off the sidewalk and walked in the street.

17. An ICE agent in the passenger seat of a vehicle had her window rolled down.

18. This ICE agent was a brown-skinned woman.

19. I heard the protesters yell at all of the ICE agents, including this woman.

20. This woman gathered particular attention from the protesters by displaying and shaking a can of what appeared to be a chemical irritant.

21. At the time she displayed the irritant, she was in a vehicle that did not have any protesters immediately surrounding it.

22. Her display of the irritant aggravated the protesters into being louder and focusing more specifically on her.

23. One protester walked towards her but did not get close enough to be in reach of her.

24. The car this ICE agent was in had plenty of space to pull out of the intersection and away from the scene. Nobody was blocking the car.

25. Eventually the ICE agent in the driver's seat pulled the car away from the crowd. As the car started to pull off, the passenger agent displayed the chemical irritant again.

26. The car pulled ahead maybe 20 feet and had a clear lane to continue driving.

27. Instead of continuing, the agents stopped the car, got out, and sprayed pepper spray behind them at the crowd of protesters that had followed the car.

28. At the time the pepper spray was deployed, the protesters were not in reach of the car.

29. The car had room to continue driving away.

30. I saw numerous protesters with orange caking their faces, suggesting to me that they had been hit very hard by the agent's pepper spray.

31. I saw orange caking a broad swath of snow in the area where the agents deployed the pepper spray.

32. I was several rows back and not particularly close to the deployment of the pepper spray.

33. The pepper spray exposure I had at my distance resulted in me doubling over coughing.

34. I also had tingling on my knuckles, fingertips, eyes, and lips for the rest of the day despite repeated washing with soap and water.

35. I experienced digestive trouble that I cannot attribute to any other cause besides the pepper spray.

36. I did not see anything that, in my judgment, exposed the ICE agents to any risk of harm.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 13, 2025 in Hennepin County, State of Minnesota.

*Joe Mitchell*

Joe Mitchell
MN Bar Lic. No. 0395539