UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF WESLEY BURDINE** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Wesley Burdine, declare as follows:

1. I am a 43-year-old resident of Saint Paul, Minnesota, where I have lived for about 10 years. I own and operate a bar.

2. On January 6, 2026, around 8:30 a.m., I heard from a neighborhood chat group that there were ICE vehicles at a grocery store near where I work. I decided to go observe. I chose to observe ICE because I live and work in the neighborhood where they were. I operate a queer community space, so I am particularly concerned about the marginalized people who are part of our community who do not feel safe. By observing, I hope to make community members feel safer.

3. I got in my vehicle and drove to the grocery store parking lot, where I encountered several other people observing ICE. I got out of my car and talked with two of the other observers, who I realized were neighbors, and then I got back in my car.

4. There were four to five unmarked vehicles with heavily tinted windows in the parking lot, all of which I believed to be ICE vehicles. I did not verbally or physically interact with ICE agents while in the grocery store parking lot. I was approximately 50 yards away from the ICE vehicles.

5. Soon after I arrived, the ICE vehicles began to leave the parking lot. A couple of cars left, and then I pulled out of the parking lot behind them. I drove behind them for about half of a block, up to the intersection of Pascal St. and University Ave. Suddenly, a large SUV in front of me pulled perpendicular to my car so that it was parked in the crosswalk in front of me, blocking me from driving forward. At least three other cars surrounded my car—one car immediately to my left, and at least two cars behind me. In total, there were at least four cars boxing in my car and preventing me from driving away.

6. Four to five agents came out of their cars and rushed at my car. They were wearing tactical gear and their vests said HSI and ICE. I did not see any badges, and they were all wearing masks. One agent came up to my front passenger-side window and was screaming at me through the window, asking things like "Why are you following us?" He was very aggressive. Another agent at my driver's side window seemed to get the other agent to calm down. The second agent then started trying to reason with me, asking if I had any questions for him. I told him I didn't have any questions for him and wanted him to leave. The other agents standing around him were saying things about how they were the good agents and their work was focused on the worst of the worst. One said something like "tell him about the guy we picked up yesterday." It seemed like they wanted to prove to me that they were the good guys.

7. I felt panicked and angry. I feel I was being intimidated into not exercising my constitutional rights, even though I was following the law and not doing anything dangerous or illegal.

8. The agents stood outside my car for several minutes, and for that whole time, traffic was blocked on Pascal St. After several minutes, the agents got back in their cars and drove away. After they left, I returned to work. Later that day, I went back out to observe ICE again.

9. In the moment, I didn't realize how serious the situation was. But looking back, I realize that that interaction could have gone very differently. I have had difficulty sleeping since. I have also been concerned about what would happen to my children if I get detained for exercising my constitutional rights because I am the one who picks them up from school. I have been checking in with my wife multiple times per day so that she knows I'm safe.

10. I have been more cautious about going into my house when unmarked or heavily tinted cars are driving down my street. I'm aware that ICE may have my plate number and may know where I live, and I'm worried they'll show up at my house.

11. I plan to continue observing ICE activities in my community.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 1-11-26 in ~~Hennepin~~ RAMSEY County, State of Minnesota.

NAME  WESLEY BORDINE