UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF TROY CARRILLO** |

I, Troy Carrillo, declare as follows:

1. I am a 40-year-old-resident of Richfield, where I've lived for about 15 years with my wife. I sell health insurance.

2. On Wednesday 7, 2026, my wife and I learned from our community group that there was ICE activity at the Target in Bloomington on American Blvd. and Penn Ave. We decided to go over to observe ICE and support our neighbors.

3. We got to the parking lot and saw four what we believed were ICE vehicles. There was one maroon Dodge Ram with Iowa plates, a white Chevy Impala, a Dodge Durango with Florida plates, and a white Jeep. I could see men with masks and vests through the windshields. A few of the car windows were rolled down, too. There weren't any agents outside the vehicles. There weren't any other observers there.

4. I got out of the car, getting ready to observe and record. As soon as I got out of the car, one of the agents rolled down the window of the white Impala and said, "What do you want?" Then they started driving around us in slow circles, occasionally pausing to exchange insults with me. They took pictures of me and our car.

5. At one point, the agent in the Impala told me to come over and pulled his mace out and pointed it at me through the open window. I stayed by my car. Then they just drove away.

6. Then, on January 9, 2026, we heard there was ICE activity at Sam's Club in Bloomington off American Blvd. so we decided to go there to observe and support our neighbors. We got there about 5:15 p.m. As we entered the parking lot, we saw agents talking to an elderly woman, so we parked in a spot nearby. She was trying to show them papers she had in her hand.

7. There were no other observers in the parking lot at that time, just multiple agents and the elderly woman.

8. I got out of the car to record. I was about ten feet away from the agents. Within seconds, what I believe was the same maroon Dodge Ram that I had seen on Wednesday, January 7 zoomed up next to me. An agent jumped out and said, "Back the fuck up, you're impeding" or something like that. I'm pretty sure I said something like, "No, you back the fuck up I'm walking away." Then he just sprayed me in the eyes with pepper spray or some other chemical irritant.

9. It felt cold when it hit my eyeballs and then it burned. My nose started running, my eyes watered. I hunched over, trying to wipe my eyes. When I looked up again, someone sprayed me again right in the eyes. I couldn't see who because I couldn't see anything. I walked away and asked someone for a bottle of water.

10. After I could see again, I talked to another couple inside Sam's Club who told me that the agents had threatened them with arrest for honking their horns. My wife then told me that they had threatened to arrest her for blowing a whistle. They told her to "stop making all that noise" or something.

11. The woman they took from the parking lot was later released because she had been unlawfully detained and had some sort of lawful status, according to her family.

12. I did absolutely nothing wrong. I would do the exact same thing again. My eyes are still swollen and my face is still irritated so I haven't been out again so far, but I will probably be out there soon.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  01/11/2026  in Hennepin County, State of Minnesota.

_____
Troy Carrillo (Jan 11, 2026 21:31:04 CST)

Troy Carrillo