UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF ALI DAHIR** |

## DECLARATION OF ALI DAHIR

I, Ali Dahir, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Ali Dahir. I am 44 years old. I have lived in the United States since 2001. I lived in Minnesota from 2001 to 2008 and returned here last year. I am a U.S. citizen. I am Somali, and I have been a citizen of the United States since 2006. I am a driver for Mas24transport, Inc., driving people from their home or school to hospitals and vice versa for medical reasons short of emergency. I work throughout the Twin Cities and in greater Minnesota. I currently live on Lake Street in Minneapolis.

2. On December 2, 2025, around 1:30 p.m., I was leaving my apartment on Lake Street with my friend to go get something to eat at Karmel Mall before heading to work. At 2:30 p.m., I was scheduled to do a pick-up for work.

3. As I left, I saw uniformed officers in my apartment building. They had vests on and masks over their faces. They were knocking on people's doors. I thought that they might be Immigration & Customs Enforcement (ICE) officers, because their vests said "Police" and "ICE" on the back.

4. My apartment is near Karmel Mall and is on Lake Street, both of which are major hubs for Somali people in Minneapolis. My apartment building is mostly Somali and Latino people.

5. As I headed out of my building, I took the elevator down to the main lobby. In the elevator with me were my friend and five or six officers. We did not speak to each other, and I did not engage them.

6. On the ground floor, I exited my apartment building. As I was leaving, one of the officers from the elevator—about my height, with a beard, wearing a North Face beanie, sunglasses—came up to me and said, "I need to talk to you." The other four officers were

1

standing with him and surrounded us. I could see on their vests that it said "ICE."

7. I asked what the officers needed from me. The officer who had stopped me said that they were looking for somebody who looked like me, but they did not give more details. I asked if they had a picture of who they were looking for. He said yes but did not show it to me.

8. I am an approximately 6-foot-tall Somali man. I do not have distinctive facial features.

9. I asked them what all of this has to do with me. He told me that they wanted to see my identification, so I gave them my Minnesota driver's license.

10. He asked me, "Are you a U.S. citizen?" I was surprised by this question. I had only ever heard this question when I was driving trucks and crossing the land border from Canada or Mexico to the United States. It felt different to hear this question outside my apartment building.

11. I said yes, I am a citizen. As I was speaking, another officer came up to me and took a picture of my face with their phone. He did not ask for my consent before taking the picture.

12. The officer who had initially stopped me asked me whether I could prove that I am a citizen. Because I had my passport card with me, I showed it to him as proof of my United States citizenship. He took my passport card and looked at it. But they did not let me leave. Instead, he took the license and passport card and went to their car in the parking lot.

13. The officers also took the license of my friend, took a photo of my friend with their phone without his consent, and made him show a picture of his passport on his phone.

14. I started not to feel safe, so I started recording the interaction. A true and accurate copy of the video I took is attached as Exhibit A. In the video, all five officers surrounding me and my friend are visible. One of the officers told me to stop recording and to put my phone away, but I told them I wanted to know who I was dealing with. They said that I was dealing

with ICE, and they would not provide any other information about their identities. I stopped recording once one of the officers said, "We could detain you, wait, put the phone down."

15. After five or so more minutes, I asked if we were free to go and if I could have my passport card and license back. One of the officers said no because they were waiting for more information from their headquarters.

16. The ICE officers kept me there for 25 to 30 minutes. It was a very cold day: the high was around 19 degrees Fahrenheit, and the wind was intense. I did not have a head covering or a beanie, and my ears were getting very cold and stiff. I asked them again if I could leave because I was uncomfortable and I needed to go to work, and they said that I could not.

17. The officers were big and armed and scary, and had threatened to detain me. I was not free to leave. I was scared of what would happen if I tried to leave because you never know what they are going to do.

18. I did not make any attempt to resist arrest or run away.

19. None of the officers at any point ever identified themselves, presented a warrant, explained in more detail why they stopped me, or indicated that they knew me or my name prior to stopping me. When they asked me how long I was in the United States, and I said I had lived here since 2001, they did not let me go. And even though I provided them definitive proof of my citizenship with my passport card, they still refused to believe it.

20. Eventually, after 25 or 30 minutes, a media person with a big camera and other people from the neighborhood started to gather where we were.

21. One of the ICE officers said to the others, "It's getting hot over here, let's go, let's go." They gave me back my passport card and my license and left quickly, but they never apologized, admitted any fault, or even acknowledged that they had stopped me, a U.S.

citizen.

22. I have not received any further explanation as to why I was stopped. Nor have I received any kind of representation that I will not be subject to arrest and/or detention by ICE or by law enforcement officials for immigration purposes in the future.

23. Since 2001, when I entered this country, this is the first and only time I was stopped by law enforcement. I have not had any other interactions with law enforcement. I have never been convicted of any crime or offense.

24. I am deeply concerned and scared by this incident. I missed the pickup that I had at 2:30 p.m., and the reason my employer understood was because I was on the local news. I try not to go outside unless it is necessary because I understand that ICE officers are all over the city, in restaurants, supermarkets, shopping malls, gas stations, and schools.

25. I believe I was stopped and seized solely because of the color of my skin and my appearance, as it was clear that the ICE officers did not know who I was, did not present any warrant, and did not say why I was stopped and seized. The officer said that they were looking for someone who looked like me, but he never gave me any specific description. I believe that he was just looking for a Somali person.

26. I have heard on the news that the President was saying cruel things about Somali people, about how they were "garbage" and "they need to go back." Those things made me feel like I do not belong here and I am not welcome. If the head of the state says that, I feel it more strongly, and I feel like I am not safe here.

27. I live near the place where I seized. I live in an area with a large population of Somali-Americans. I am scared that I may be seized again, arrested, and detained. I always thought that if something like this happened to me, showing my driver's license and my passport

4

card would be more than enough to show that I am a citizen. But this didn't seem to matter to them. They never acknowledged my citizenship. They stopped me without reason, purely because I looked Somali. I am afraid this could happen again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2026.

_____
Ali Dahir