# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF MUBASHIR KHALIF HUSSEN** |

## DECLARATION OF MUBASHIR KHALIF HUSSEN

I, Mubashir Khalif Hussen, pursuant to 28 U.S.C § 1746, declare as follows:

1. My name is Mubashir Khalif Hussen. I was born in Ethiopia in 2005, and I am currently 20 years old. My family is Somali, and when I was six or seven years old, I—along with my parents and siblings—arrived in the United States from Ethiopia as refugees. I have lived in the United States continuously since arriving as a refugee. When we first arrived in the United States, my family temporarily lived in Nashville, Tennessee, but moved to Minnesota after eight months and have lived in the Twin Cities metropolitan area ever since. Currently, we live in Minneapolis.

2. I became a naturalized United States citizen in 2019, along with the rest of my family. My parents and my ten siblings are all now United States citizens. I received my United States passport on January 18, 2021, and it does not expire until 2031. I also have a valid passport card that does not expire until January 18, 2026. There are no other countries where I hold citizenship aside from the United States.

3. I currently work as a manager at a mental health services provider in the Cedar-Riverside neighborhood. My workplace is on the second floor of the building; on the first floor are two restaurants that serve Somali and East African food.

4. On December 10, 2025, I was at my workplace. At approximately 1:00 p.m., I heard commotion outside of the clinic, including the sound of whistles and car horns. Because the clinic is on the second floor, I looked out the window and down onto the street. I saw what I assumed were ICE agents outside on the street below, and bystanders were honking and whistling. I believed them to be ICE agents because they were wearing

masks and law enforcement gear that we have seen them wearing on the street, and because people were honking at them and blowing whistles in protest. I did not want to get involved, so I waited 20 or 30 minutes until the sounds died down before taking my lunch break.

5. At approximately 1:30 p.m., I went downstairs to get lunch. As I exited the building, I paused outside one of the restaurants below my workplace to speak with a random person on the street about what had happened earlier outside. I was asking that person if they knew what had happened. At this point I noticed an unmarked, tan SUV approaching us.

6. A tall Black male wearing a ski mask that obscured his face and a police-style vest exited the vehicle and began quickly walking towards me. The person did not say "stop," did not say who he was, and did not say anything about a warrant. Because he did not say anything to me, I turned to walk away, hoping he would leave me alone. He quickened his pace, and came at me, grabbed me forcefully, pushed me into the restaurant, and asked, "Why are you running from me?" This was false, as I was not running. I was just walking away because I did not want to talk to him. I knew that ICE agents are bullies and are targeting people that look like me.

7. I assumed that the man was an ICE officer based on his police-style vest and the activity I had seen earlier on the street.

8. I immediately started repeating over and over again, "I'm a citizen, I'm a citizen," but the officer did not stop or ask to see my identification.

2

9. Another ICE officer wearing a police-style vest and a ski mask that obscured his face also entered the restaurant. This officer was white and much shorter than the initial officer.

10. Eventually, the people with the whistles must have realized what was going on. They started coming to the entrance of the restaurant. The ICE agents dragged me out of the restaurant and put me into a headlock on the ground. I repeated, "I'm a citizen, I have an ID." The officer kept saying, "That don't matter, that don't matter."

11. My jacket had fallen off when they pushed me to the ground, and it was very cold outside. I kept asking the agents to let me get my coat with my phone inside to show them a picture of my passport card.

12. The two officers put me into the back of the tan SUV driven by a third ICE officer.

13. The officers kept telling me that they had to "scan my face," but I was terrified of what they were going to do with a picture of me, and I did not trust them. I would not let them take a picture of me. The officers kept trying to force me to "scan my face." This did not make sense to me. Why did they need to scan me to confirm my status, when I had documents to prove it to them. I kept asking if I could show them a copy of my passport card on my phone or my driver's license—which was in my wallet just up the stairs in the clinic office—but they would not let me go get it.

14. After a couple of minutes, one of the officers did retrieve my coat, but when I asked to show them a photo of my passport card on my phone, they told me, "No, we are not going to do that."

3

15. At one point, while I was waiting in the back of the SUV, my boss came downstairs from the clinic office with a copy of my passport card. I believe he heard that I was being detained, and he grabbed the employee documents of mine that he had on file. He came up to the vehicle and showed the copy of my passport card through the windshield, but the ICE officers ignored him and refused to take the documents into account.

16. They drove me to a roundabout in front of one of the Cedar Riverside buildings, the next street over.

17. At this second location, the officers pulled over and continued insisting on taking my picture for a "face scan." I continued to refuse and repeated persistently that I was a citizen and have an ID and passport card that I could show them on my phone.

18. The officers also kept telling me that they were going to "take me in" if I did not let them "scan my face." One of the officers pulled up a group message on his phone on an application that I did not recognize; the group message was called "SPM Surge." The officer threatened to "push a button" and "call for transport."

19. At this point, there were three ICE agents with me in the car. In the back with me was the tall Black man who initially grabbed me on the street; I believe his name was "Barry" because I heard the other agents calling him that. I do not know the other agents' names. All of the agents were masked. I specifically asked them for their names and badge numbers, and they told me that I would get that information later. They never provided me with this information.

20. I was in a lot of discomfort with my back hurting from what they had done to me on the street, and the handcuffs were pressing extremely tightly against my wrist.

4

Each time that I asked the agents if they could loosen them, the officers squeezed them tighter.

21. I also asked for medical assistance to get my back checked out after Barry had forcefully grabbed me and pulled me to the ground. They told me that there would be medical assistance where we were going.

22. At no time did any officer ask me whether I was a citizen or if I had any immigration status. They did not ask for any identifying information, nor did they ask about my ties to the community, how long I had lived in the Twin Cities, my family in Minnesota, or anything else about my circumstances. In fact, prior to detaining me, they refused to hear from me about any of these facts about me, even though over and over I told them that I was a citizen.

23. After around 30 minutes, one of the officers (Barry) got a call from who I believe was his supervisor asking where the three officers were. The officer said that they had me in custody.

24. After this call, the officers took me to the ICE office, which I understand is located in Fort Snelling, Minnesota, near Bloomington.

25. When we arrived, they parked outside and instructed me to exit the car into the cold. They then forced me to take the "face scan."

26. They took me inside the building, took off the handcuffs, and put shackles on my ankles before searching me. I asked for water, and they said no. Although I asked for medical assistance, they did not provide it even though they had told me there would be medical assistance there. Then, an employee told me I was getting deported.

5

27. I again insisted that I was a citizen and that I could show proof of it on my phone. Finally, I was given my phone back, at which time I realized it had been turned off by the ICE officers. I turned on the phone and showed the picture of my passport card to a woman. The woman took a photo of my passport card. They also took my fingerprints. The woman told another officer to start taking off my handcuffs but to do so slowly so that she could still search my name through criminal databases. The woman searched my criminal history. Eventually she said, "Kick him out."

28. Prior to finally agreeing to review my passport card, at no time did anyone at Fort Snelling ask me whether I was a citizen or if I had any immigration status. They did not ask for any identifying information, nor did they ask about my ties to the community, how long I had lived in the Twin Cities, my family in Minnesota, or anything else about my circumstances. In fact, during my detention up until that moment when the woman let me show her my passport card photo, they refused to hear from me about any of these facts about me, even though over and over I tried to tell them that I was a citizen.

29. I did not have an opportunity to communicate with my family about anything that had gone on, and I was now over seven miles from where the ICE officers had arrested me. I asked if someone would give me a ride back to where the officers had arrested me. The officer and the other worker refused and told me to walk home. They instructed me to leave the building and followed me, and a few other people who were also being told to leave, as we exited the building. The temperature was less than 28 degrees Fahrenheit that day.

30. I believe I was in the ICE officers' custody for about an hour and a half.

6

31. Shortly after my arrest, I understand that my boss from the clinic called a friend of mine, who called my little brother, who notified my parents that I had been arrested. My parents quickly drove to the scene to see what had happened, but it was too late. The officers had already taken me into detention. My parents were not able to track my phone location, probably because the ICE agents had turned off my phone. I understand that my parents then drove to the Hennepin County Jail to look for me. After discovering I was not there, they drove to the St. Paul courthouse, to search there. Finally, they spoke to someone who told them that ICE agents were taking many detainees to the ICE office in Fort Snelling, near Bloomington. After receiving this information, my parents drove straight to the Fort Snelling ICE office.

32. By coincidence, they arrived at the Fort Snelling ICE office almost at the same time that I was released from detention. My parents and I quickly hurried to the car. When we looked back at the group of officers who were now standing outside the Fort Snelling building to watch us leave, an officer said to my father, "Go, you have your son, now go."

33. I discovered later that my sister had also been calling the ICE hotline to try to get information about where I was. She told them that I, a U.S. citizen, had been detained by ICE, and she gave the female hotline operator my name. The woman told her that they had no evidence of a U.S. citizen who was detained by ICE and hung up. My sister kept calling to get more information as to my whereabouts, but the same woman kept answering and hanging up the phone as soon as my sister began to spell my name.

34. Once I was in the car with them, my family told me how terrified they were, not knowing where ICE officers had taken me or how to help.

35. Since that day, it has been difficult for me to sleep at night because of my sore back and wrists due to the ICE officer pulling me down to the ground and the tight handcuffs they kept me in for the duration of my time in custody. I had marks on my wrist for days after the arrest.

36. It is difficult to believe that this happened to me. I knew that the President had made statements about Somali people and that there were going to be additional ICE officers in the Twin Cities area focused on Somali people. After they started threatening Somali people, my mother told me to carry my passport with me everywhere I went, so that I could prove my citizenship. But I did not think that this would happen to someone in my family – we are all United States citizens so we should not be at risk of being jailed or deported by ICE. Even if I had been carrying my passport with me instead of just a picture of my passport, nothing that the ICE officers did suggests that they would have looked at my passport any more closely than they did the photos of my identification documents provided by my boss.

37. I believe I was stopped and arrested solely because of the color of my skin and my appearance, as it was clear that the arresting agents did not know who I was, did not present any warrant, and did not say why I was stopped or why I was being arrested. They seemed to target me because they had come to the Cedar-Riverside neighborhood, which is known to be where Somali Americans live, looking to arrest Somali Americans. They did not ever express any interest in whether their arrest of me was legitimate.

8

38. Since Operation Metro Surge started, in the neighborhood in which I live, which is near Karmel Mall and Lake Street, I see federal immigration agents every day. They look like they are preparing for war. They wear military gear, carry big assault rifles, and drive around terrorizing people. It is impossible to go through a day without hearing or seeing them. I used to walk to Cub Foods and Aldi, but I avoid walking there, because I know people are hurt and arrested by federal immigration agents every day. These days, I see them traveling in groups of three or four cars, basically stopping anyone that doesn't look white. Two cars pull over to question the people, and two set up to try to block observers from watching them.

39. In the neighborhood in which I work, I hear screaming all the time, coming from encounters with federal immigration agents. I also hear whistles and honking all the time. When I hear these things, my heart starts beating fast and I can't breathe. It brings me back to what I went through, and it almost feels like is happening to me again. It is terrifying right now, wherever I go.

40. But even though I know that the federal agents are in my neighborhood and community, I continue to live my life, going to work every day, going to the gym, playing basketball twice a week, spending time with my friends and family, and going to the Friday prayers at the mosque. I can't lock myself inside because I need to work and I need to participate in my own community.

41. Weeks after I was arrested, on January 6, 2026, I was on my lunch break, and on my way to Raising Cane's, when I heard whistling and honking. I pulled my car over and got out at East Lake Street and 19th Avenue South. I saw federal immigration agents

9

and protestors. There was a lady standing there, crying, saying, "they took my coworker, they took my coworker." Although since they arrested me, I am terrified of being arrested by ICE agents, or worse, I felt that I had to observe and document what they were doing to my community. From a public sidewalk, I took out my phone to record them. As I stood there, a car carrying federal agents drove by me and a federal agent leaned out a window and sprayed pepper spray directly at my face. It felt like I was going blind. My eyes were burning, and it hurt so much. It dropped me to the ground for a minute. People came over to help me, pouring water in my eye. That helped a little bit, but then another ICE agent arrived, so I went into my car to be safe. I moved my car down the block to get away and stay safe, and then I had to sit there for 20-30 minutes before my eyes got better. I kept applying water to try to flush it out.

42. A true and correct copy of the video I took that day is attached hereto as Exhibit A.

43. My back still has not healed from what the ICE agents did to me on December 10, 2025. It hurts all the time, but especially when I am sitting upright. When my pain did not improve, I did visit a doctor, and they took X-rays and evaluated me. Luckily, I did not have any fractured bones, and the doctor prescribed a muscle relaxant for the pain, and told me to come back for physical therapy if the pain does not improve. I continue to have a hard time sleeping due to the pain.

44. Since this happened to me, I don't feel like the same person any more. I feel physically weaker, and I feel terrified when I think about what happened to me. Sometimes,

10

at night, I hear the whistles from that day, and I even have nightmares that I am being tackled and taken again.

45.     I am a Plaintiff in this proposed class action because what happened to me was wrong. The targeting, harassing, violence, and detention of Somali Americans is wrong, and I am worried for the safety of me, my family, and my neighbors and community. If the court does not act, we will continue to be harmed simply for living as citizens in the United States of America. We should get the same constitutional protections that all people in the United States get, regardless of the color of our skin. I don't want any more members of my community to be arrested and detained. And I am afraid that federal immigration agents will continue to cause great physical and emotional harm to me, my family, and my community. I feel that I have to stand up for all of us.

46.     I believe that the following organizations and law firms should be approved by the Court to serve as co-counsel for the class: the American Civil Liberties Union, Greene Espel PLLP, Robins Kaplan LLP, and Covington & Burling LLP. I believe that they will work to obtain the best result for the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 15, 2026         *MUBAshir*
                                     Mubashir Hussen (Jan 15, 2026 15:01:01 CST)