UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol,*<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF ALLISON SHARKEY** |

## DECLARATION OF ALLISON SHARKEY

I, Allison Sharkey, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Allison Sharkey. I have been the Executive Director of The Lake Street Council since 2014. As the Executive Director, I am authorized to make this declaration on behalf of The Lake Street Council. I make this declaration based on personal knowledge or knowledge that I have acquired during the normal course of my duties.

2. Lake Street in Minneapolis is a bustling and culturally diverse six-mile, east-west thoroughfare, running from the Lake Street/Marshall Avenue bridge over the Mississippi River (on the east) to the Bde Maka Ska and the Chain of Lakes (on the west). It is the most culturally diverse street in Minneapolis—home to everything from Somali and other East African restaurants and halal grocery stores to Mexican bakeries and Latino-owned supermercados to Black-owned retail and barber shops to churches and mosques to a 100-year-old Scandinavian marketplace. Lined with murals and other public art, Lake Street is both the backbone and heartbeat of this vibrant and diverse community of immigrants and non-immigrants alike.

3. Over 2,500 small businesses, at least 60 percent of which are owned by immigrants or persons of color, call the Lake Street corridor home. These restaurants, grocery stores, childcare centers, healthcare clinics, and retail shops are not just significant employers, they also provide indispensable goods and services to this diverse community, particularly those who rely on public transportation.

4. Lake Street is also home to several Latino and East African shopping malls/centers, including Karmel Mall (the first and largest Somali and East African shopping center in the country with over 300 vendors and businesses).

5. The Lake Street Council is a 501(c)(3) non-profit organization whose mission is to foster economic vitality and amplify Lake Street's vibrancy to create a thriving and livable commercial corridor in the heart of South Minneapolis. Since the late 1960s, The Lake Street Council has been a champion for businesses large and small along the Lake Street corridor.

6. Over the last several decades, The Lake Street Council has helped hundreds of businesses grow and thrive by providing direct and indirect support in Somali, Spanish, and English, helping the businesses find the answers and resources they need to start their businesses and keep them moving forward. With a staff of 12 fulltime employees and 1 part-time employee, The Lake Street Council also engages in promotional activities, launching and sustaining marketing initiatives such as "The Lake of 10,000 Lands" advertising campaign. Through hard work and dedication, my staff and I have earned the trust of business owners in the Lake Street corridor. They trust us, and they feel comfortable reporting to us about the issues and challenges that they face.

7. In late November and early December 2025, the President of the United States called Somali people "garbage" and began a forceful campaign against our Somali neighbors. Almost immediately after the President's remarks, the so-called "Operation Metro Surge" began in the Minneapolis metropolitan area.

2

8. From the earliest days of the operation, which began around December 1, 2025, Immigration and Customs Enforcement (ICE) officers were visible on Lake Street, with the frequency of their presence increasing through December and early January, driving up and down the thoroughfare in a show of force. But unfortunately, it was not just a show.

9. Multiple business owners have described to me and my staff specific incidents where ICE officers used their parking lots as staging grounds for operations. These business owners have also reported witnessing ICE officers demand identification from customers and would-be customers, often right in front of their premises. Some of those questioned by ICE officers were handcuffed and taken away when they could not produce the required documents. According to the reports from Lake Street business owners, ICE's efforts appeared to be random, in that ICE officers rarely targeted specific individuals. But ICE's detentions and arrests did not appear to be random in the sense that they appeared to target only persons of black and brown skin.

10. ICE's activities on Lake Street have been nothing short of devastating to the entire business community (not to mention the community at large). Lake Street restaurant and shop owners have reported to me and my staff that, since ICE's operations began in December, business has fallen by 70 to 80 percent, as their regular customers (many of whom are immigrants) are too scared to visit. Even non-immigrant customers stopped visiting, in order to avoid unwanted encounters with ICE. Business owners have also reported on the impact ICE has had on their employees, many of whom are also immigrants. Too afraid to leave their homes, many employees have stopped showing up

for work altogether. Several business owners have told me that, although they managed to survive the COVID-19 pandemic, they are unsure whether their business will survive Operation Metro Surge. For many business owners, they have invested everything they had into their restaurants and shops. And now, because of ICE's presence, we are told they cannot pay their rent; they cannot pay their suppliers; and they cannot pay their employees. It is heartbreaking.

11. These reports from Lake Street business owners are fully consistent with what my staff and I have personally witnessed. For example, as of early January, just one out of the seven restaurants at a Latino shopping center is still open, and even that restaurant is operating at reduced or irregular hours. Somali and other East African restaurants on Lake Street that used to stay open until 10 or 11 at night now close at 7 or 8 because of concerns about ICE. And at Karmel Mall, more than 200 of the 300 shops are now closed.

12. Unfortunately, the situation has become even more dire in recent weeks, as it is reported that over 2,000 ICE officers are now present in Minneapolis. Their presence is a constant source of fear for people in the City of Minneapolis and those who work and live in the Lake Street corridor. And it seems like every day, more Lake Street businesses are closing, due to the lack of customers or lack of employees, or both.

13. ICE's operations have also disrupted our normal operations at The Lake Street Council. For example, we have been planning to conduct outreach to Lake Street businesses to educate them about the State's new paid-leave law. We also have a contract with the City of Minneapolis to help revitalize the Uptown neighborhood. Both projects

4

have been temporarily put on hold, as neither we nor the businesses we serve have been able to focus on this work.

14. I know from news reports and other sources that ICE officers are operating in other areas of the Twin Cities. But ICE's presence seems particularly pronounced on Lake Street—a uniquely diverse corridor, home to a high concentration of Somali and Latino families and businesses. It is notable that ICE officers have decided to show up in large numbers, seemingly to terrify the community here.

15. I am deeply proud of how Lake Street was able to rebuild following severe commercial challenges, including the COVID-19 pandemic, the protests of 2020 following the murder of George Floyd, and the closing of major sections of the thoroughfare for construction. But like many business owners on Lake Street, I am deeply afraid of the long-lasting harm that ICE is inflicting every day on this community.

16. In my opinion, ICE activity has not made Lake Street safer. The terror that the ICE presence has inflicted on this community has been significant and will likely be long-lasting. I am hopeful that if the reported racial profiling and warrantless arrests can end, Lake Street can rebound and continue to be a thriving hub for all Minnesotans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026.

*Allison Sharkey*
Allison Sharkey