## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*,<br><br>Defendants. | Case No. 0:26-CV-00324-ECT-ECW<br><br>**DECLARATION OF A.A.** |

# DECLARATION OF A. A.

I, A. A., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is A. A. I am 39 years old, and I have lived in Minnesota and in the United States since 2023. I am Somali. I came to the United States from Ethiopia, and my wife is a United States citizen. We have three children. I have been a lawful permanent resident of the United States since February 2025. I previously worked in a warehouse in Chanhassen, Minnesota, and currently live in Burnsville, Minnesota.

2. On January 9, 2026, around noon or in the early afternoon, I was leaving the Burnsville Walmart, walking to my car which was parked in the Walmart parking lot. I pushed my shopping cart to my car to put in the groceries that I had just purchased. Before I could open the door of my car, two people that I recognized as immigration officers got out of a small black sedan parked nearby and approached me. The sedan did not have any markings that would identify it as a law enforcement vehicle. I recognized the individuals as Immigration & Customs Enforcement (ICE) officers because they were wearing masks and vests that said "ICE."

3. The officers grabbed both of my arms and reached into my pants pockets, asking me if I had a knife. I do not speak much English, but I recognized this question, and I said "no." The officers also searched my jacket pocket and took out a wallet that contained my driver's license and green card, which showed my identity and demonstrated that I was lawfully in the United States. I did not see the officers look at any of the contents of the wallet. This was particularly concerning to me. The officers could have confirmed my identity and legal status by looking at the documents in my wallet. The fact that they did not do so made me fear that they may not care that I am a lawful permanent resident may remove me from the

United States notwithstanding my legal status. The officers did not ask me for anything and did not ask my name or ask to see my documents. I did not resist, but the officers handcuffed me behind my back. The officers put the handcuffs on very tightly, leaving me with red marks on my wrists after the handcuffs were eventually removed.

4. After handcuffing me, the officers quickly put me in the back seat of their sedan. We drove about 25 to 30 minutes to a place that looked like a police station. During the drive, the officers did not speak to me. They spent the car ride talking to each other.

5. The building that they took me to said something like "County Police." When we arrived at the building that appeared to be a police station, there were many police vehicles in the parking lot.

6. The officers took me out of their car. While I was waiting outside the car and in the parking lot outside the police station building, two new individuals whom I recognized as ICE officers approached me from a car parked nearby, began searching my pockets, and asked me where my documents were. I recognized these individuals as ICE officers because they were also wearing vests that read "ICE." I replied that the first two officers, who were standing nearby, had my documents. One of the first two officers went back to the black sedan and returned with my wallet.

7. Before looking at any of the documents in my wallet, one of the two new officers asked me where I came from. I responded that I came from Ethiopia. The officer then asked me if I am Somali and I responded "yes." They asked me how long I have lived in the United States. I said three years. The officers then asked what my name is. I told them my name is A. A. Before this point, none of the officers had asked what my name was. The new officers then took my documents back to their car. The officers returned and asked me if I spoke

Arabic. I told them that my English is not perfect and that I needed a translator. The officers then called someone on their phone who said he was a translator. The person on the phone told me that I had the same first and last name as someone they were looking for and apologized to me.

8. The entire interaction in the parking lot at the police station building lasted around 20 minutes. I remained handcuffed and one of the officers kept his hand on my shoulder the whole time. It was very cold outside, and the officers had removed the hood of my jacket from my head. We never entered the police station building.

9. After the translator hung up the phone, the two new officers went back to their car and left. The first two officers asked if they should release me there at the police station building or return me to my car at the Burnsville Walmart. They said that if they took me back to my car they would have to keep me handcuffed until we got back to the Walmart parking lot. I told them that I wanted to be taken back to Walmart. I remained in handcuffs during the ride back. When we got back to the Burnsville Walmart the officers did not take me directly back to my car. Instead, they took me to a different corner of the parking lot. The officers took off my handcuffs and told me to take my things out of a clear plastic bag that they had put them in. After I removed my things from the bag, the officers got back into their car and drove away.

10. Altogether, the officers had me in handcuffs for about an hour and a half. At no point during the entire interaction did I resist the officers or attempt to run away.

11. After the officers released me, I went into Walmart to get my groceries. While I was there, I called my wife to tell her what had happened to me. She did not believe me at first because she knows I am a lawful permanent resident. She finally believed me after I returned home

and showed her the marks that the officers' handcuffs had left on my wrists.

12. None of the officers at any point ever identified themselves, presented a warrant, or indicated that they knew me or knew my name before they handcuffed me and took me in their car from the Burnsville Walmart to the police station building. Nor did any of them ask me any questions about my ties to the community, my family here, or anything about my circumstances other than the few questions described above.

13. I have not received any kind of promise that I will not be subject to arrest and/or detention by ICE or by law enforcement officials for immigration purposes in the future.

14. Since 2023 when I entered the United States, this is the first and only time I have been stopped by law enforcement. I have not had any other interactions with law enforcement. I have never been convicted of any crime or offense. And I have not had any issues meeting deadlines or appearing in court in relation to my immigration case.

15. I am deeply concerned and scared by this incident. I never expected this to happen to me. I did not dress for this occasion: I wasn't wearing heavy clothes or boots. I just was going to get groceries. Once ICE did detain me, I was worried about my wife and kids. I had left our house for a trip to Walmart and did not tell them I would be gone long. In fact, I was at Walmart specifically to buy diapers and milk for my infant child. I left our house at around 11:00 a.m. and my family expected me back soon with the things my child needed. When I was gone longer than my family expected, my wife had no idea where I was.

16. My biggest fear was that the ICE officers would deport me without even confirming my identity and legal status. I knew I was legal, but the officers did not even try to check or confirm my documents before taking me away from Walmart in their car. I was worried that the officers would take my documents, falsely claim that I did not have any documents

4

or legal status, and never check my identity before sending me back to Ethiopia.

17. My wife is terrified that this happened to me and worries about me going outside the house. She calls me every fifteen to thirty minutes while I am outside to make sure that I am okay. My eleven-year-old daughter is also scared that this happened to me and does not understand why ICE would detain me.

18. I live in Minnesota and go to this Walmart, which is my local grocery store. I know that officers are all over the Twin Cities area: in restaurants, supermarkets, shopping malls, and gas stations. I am scared that I may be arrested and detained again. The ICE officers do not know each other, and I might meet another set of ICE officers, also in an unmarked car, who may detain me just as the first two ICE officers did.

19. I cannot think of any reason besides the fact that I am Somali and because of the color of my skin and my appearance that these ICE officers would have stopped me. It was clear that the arresting officers did not know who I was. They did not present any warrant and did not say why I was stopped. The translator that the ICE officers connected me to by phone said they were looking for someone with my first and last name. But the ICE officers did not make any attempt to identify me before handcuffing me, putting me in their car, and driving me 25-30 minutes away to the police station building.

20. Due to my status as a noncitizen, I am afraid of retaliation that my family and I may face if my identity were to become public as a result of my participation in this lawsuit, and I am afraid of any future consequences that I might face related to my immigration status. I am afraid that my family members and I will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

21. This declaration was read to me in Somali translation on January 13, 2026, by Amran Farah and Mohamed Ibrahim. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2026.

_____
A. A.