## DECLARATION OF K▮ O▮

I, K▮ O▮, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because I am concerned about potential retaliation, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. I live in the general area of where the ICE-involved shooting happened on the night of January 14, 2026.

3. The day after that shooting incident, around 3:00 PM on January 15, 2026, I went to the area to help clean up materials and debris which had been left behind by ICE agents.

4. While cleaning up, I found a number of items I believe are related to the ICE use of chemical irritants, flash bangs, and less lethal munitions the night before. Specifically, I found approximately 25 pins for grenade-type devices, 12 safety levers from grenade-type devices, 10-15 rubber bullets and pepper balls intact, 4 tops of grenade type devices, one undetonated cs rubber ball, and one un-detonated cs gas cannister.

5. I was particularly concerned when I found the undetonated materials the because this is a residential neighborhood with many children, and children could have easily found these devices and hurt themselves or others in my community. As a result, I called the Minneapolis Police Department and provided the active devices to them to dispose of safely.

Dated: January 19, 2026

_/s/ K▮_



K▮ O▮