Subpoena # 2022R00519-D

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Custodian of Records for the Office of the Attorney General of Minnesota

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | Feb. 3, 2026<br>9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects:

ALL RECORDS REFERENCED IN ATTACHMENT A TO THIS SUBPOENA, INCORPORATED HEREIN

**Compliance with this subpoena may only be achieved by appearing before the Grand Jury on the date and time specified at the address listed below.**

*If you have administrative or logistical questions about your appearance before the grand jury, please contact Christina Busse at 612-664-5715.*

*For other issues, please contact the Attorney listed below or FBI Minneapolis Field Office, 763-569-8000.*

Date: _____

CLERK OF COURT

_Fogarty_
Kate M. Fogarty, Clerk of Court

---

The name, address, e-mail, and telephone number of the United States Attorney who requests this subpoena, are:
Daniel N. Rosen, United States Attorney
300 South 4th Street
daniel.rosen@usdoj.gov
(612) 664-5600

U.S. DEPARTMENT OF JUSTICE



**U.S. Attorney's Office
District of Minnesota
Minneapolis, MN**

INSTRUCTIONS FOR FACT WITNESSES
APPEARING ON
BEHALF OF THE UNITED STATES
GOVERNMENT
(Not Applicable to Federal Employees)

READ THE INFORMATION CONTAINED ON THIS FORM IMMEDIATELY. PLEASE CALL THE INDIVIDUAL LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUAL LISTED BELOW <u>AS SOON AS POSSIBLE.</u>

**CONTACT PERSON:** Christina Busse

**TELEPHONE NUMBER:** 612-664-5715

**E-MAIL ADDRESS:** Christina.Busse@usdoj.gov

- VERIFY YOUR ATTENDANCE -

On the last business day <u>BEFORE</u> you travel to court, call the above number to verify that your attendance is required. This may prevent a wasted trip in the event the date is changed.

- APPEARANCE OUTSIDE THE LOCAL AREA -

If you reside outside the local area, call the individual listed above for instructions.

- REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES -

A. **ATTENDANCE FEE:** You will be paid a fee of $40 per day, including travel days.

B. **TRANSPORTATION:** Call the individual listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses:

   1. **Local Travel:** The reimbursable methods of travel to court are bus, light rail, Uber or Lyft, taxi or shuttle, and privately owned vehicles (POV).

   2. **Privately Owned Vehicles (POV):** You will be reimbursed the following amounts:

      Motorcycle $ <u>.635</u> per mile          Automobile $ <u>.655</u> per mile

      In addition to the above mileage allowance, necessary tolls, parking and other fees may be reimbursed. All taxi/Uber/Lyft or parking expenses greater that $75 must be supported by a receipt to receive reimbursement. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made.

   3. **Common Carrier: IF YOU RESIDE OUTSIDE THE LOCAL AREA, CALL THE INDIVIDUAL LISTED ABOVE FOR INSTRUCTIONS.** It is preferable that the government make the travel/lodging arrangement for you. If you choose to purchase your own train, bus, or airline ticket you will be reimbursed at the Government rate. Reimbursement **WILL NOT** be made for First Class accommodations, "Frequent Flyer" tickets, or charter service. **DO NOT** purchase non-refundable tickets. If your appearance date changes or is canceled, you **WILL NOT** be reimbursed for non-refundable tickets. Car rentals are not reimbursable. If you have any questions concerning transportation arrangements, please contact the individual listed above. IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING AND OTHER ASSOCIATED COSTS ARE GREATER THAN THE GOVERNMENT AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.

C. **MEALS:** If it is necessary for you to remain away from home overnight, you will receive the following daily meal allowances:

   $ <u>39.50</u> for each travel day          $ <u>79.00</u> for each full day at court

D. **LODGING:** If it is necessary for you to remain away from home overnight, the Witness Coordinator listed above can arrange lodging for you. If you choose to book your own accommodations, you will be reimbursed for the ACTUAL COST of your hotel/motel room, which may not exceed $ <u>148.00</u> per night, including tax. All incidentals (phone calls, room service, Internet, etc.) must be paid by you.

- CONCLUSION OF TESTIMONY -

When your testimony concludes, you should request information from the person listed above regarding the payment of the fees and expenses detailed on this document. The person(s) requiring your attendance will provide you with a DOJ-3 Fact Witness Voucher. You will be required to list your expenses on this voucher. The voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the voucher and MAIL the payment directly to you. If you require funds to return home, notify the person listed above PRIOR to your appearance. If you receive a cash advance from your local U.S. Marshals Service, the cash advance will be deducted from your total reimbursement. The payment should arrive approximately 4-6 weeks after your appearance date.

Updated January 5, 2023                                                                 Form OBD-

## ADVICE OF RIGHTS

1. THE GRAND JURY IS CONDUCTING AN INVESTIGATION OF POSSIBLE VIOLATIONS OF FEDERAL CRIMINAL LAWS

2. YOU MAY REFUSE TO ANSWER ANY QUESTIONS IF A TRUTHFUL ANSWER TO THE QUESTIONS WOULD TEND TO INCRIMINATE YOU.

3. ANYTHING THAT YOU DO OR SAY MAY BE USED AGAINST YOU BY THE GRAND JURY OR IN A SUBSEQUENT LEGAL PROCEEDING.

4. IF YOU HAVE RETAINED COUNSEL, THE GRAND JURY WILL PERMIT YOU A REASONABLE OPPORTUNITY TO STEP OUTSIDE THE GRAND JURY ROOM TO CONSULT WITH COUNSEL IF YOU SO DESIRE.

**NOTE: THIS ADVICE OF RIGHTS IS ATTACHED TO ALL GRAND JURY SUBPOENAS ISSUED BY THE UNITED STATES ATTORNEY'S OFFICE.**



ATTACHMENT A

TO THE CUSTODIAN OF RECORDS:

You are commanded to bring the following items to the Grand Jury and testify regarding the following:

1. All written records, including but not limited to policies, manuals, procedures, directives, commands, instructions, guidance, reference guides, and suggestions, issued by the Office of the Attorney General of the State of Minnesota, since January 1, 2025, relating to federal immigration enforcement in the State of Minnesota.

2. All written records, including but not limited to policies, manuals, procedures, directives, commands, instructions, guidance, referenced guides, and suggestions, issued by the Office of the Attorney General of the State of Minnesota, since January 1, 2025, relating to cooperation or lack of cooperation with federal immigration authorities.

3. From January 1, 2025 to the present, all communications, including but not limited to emails, letters, memoranda, text messages, chats, IMs, and voice recordings, within the custody and control of the Office of the Attorney General of the State of Minnesota, relating to federal immigration enforcement in the State of Minnesota.

4. From January 1, 2025 to the present, all records and communications relating to compliance or lack of compliance with immigration detainers in the State of Minnesota.

5. From January 1, 2025 to the present, all written records, including but not limited to, guidance, correspondence, memoranda, emails, messages, or other communications received, sent, or circulated among the Attorney General's office and employees of the State of Minnesota, relating to Immigration and Customs Enforcement ("ICE") and Custom and Border Patrol's ("CBP") immigration enforcement efforts in Minnesota, including written records and reference guides providing instruction on interacting with federal immigration officers.

6. From January 1, 2025 to the present, all written records, including but not limited to, guidance, correspondence, memoranda, emails, messages, or other communications received, sent, or circulated among the Attorney General's office relating to (1) hotels in Minnesota prohibiting immigration officers from reserving hotel rooms, and (2) hotels in Minnesota canceling room reservations made by immigration officers.

7. From January 1, 2025 to the present, all guidance, presentations, directives, or training literature in the custody and control of the Office of the Attorney General of the State of Minnesota relating to hindering, doxxing, identifying, or surveilling immigration officers.