**DECLARATION OF R▓▓▓ M▓▓▓**

I, R▓▓▓ M▓▓▓, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years old and I am a resident of the State of Minnesota. Because my family and I are concerned about retaliation, I ask that this declaration be submitted with my name redacted, but if necessary, I would be available to testify to the facts described below.

2. On Wednesday, January 14, 2026, I took my five-year-old daughter to get ice cream. We previously avoided going out that week because of our fears about ICE targeting us. While we are both United States citizens, we are Hispanic and worried we would be targeted because of how we look. After a week being cooped up in the house, I finally decided to take my daughter out for a treat. As we returned home, we noticed ICE agents in the area and they appeared to be detaining someone.

3. After getting my daughter inside the house, I went back outside to see what was going on.

4. A crowd of roughly ten people had gathered to film and protest the agents. In the group outside my house, my girlfriend and I were the only Hispanic people we could see. I took out my phone and began filming, but stayed on my property. The video I recorded captures some of the sounds of other people within the area shouting at the agents that they should be ashamed of themselves. I have shared this video to be submitted electronically as "RM Exhibit 1," and it is a true and correct recording of my experience.

5. I thought the ICE agents were preparing to leave, when one agent turned around and started to approach my property.

6. As the ICE agent approached my garage, I told him that he was not allowed and that this was private property and he needed to leave. Instead of leaving, the agent asked me what country I was from.

7. I have been a United States citizen and a Minnesota resident for many years. I consider Minnesota my home, so I answered honestly that I am "from this country."

8. The ICE agent said, "You know what, sir? Now, talking to you, seeing you, hearing that you have an accent, I have reason to believe that you are not born of this country. What country are you from, do you have any documentation?"

9. The ICE agent demanded to know where I was born and to see my papers. I knew that being Hispanic and having an accent did not give the agent a reason to believe I was not a citizen, and I felt the agent's questions were illegal. I told the agent I was not required to show him anything and reiterated that he was on my property. The agent told me I was required to show him proof of my citizenship, and asked if I was "gonna do this the easy way" or if he was going to have to "take me in."

10. I repeatedly told the ICE agent that I did have documentation but asked why he was asking me for it. The agent told me again, "because of your accent." No other reason was given. I was shocked, and immediately felt singled out and discriminated against for being Hispanic. What made it even more outrageous to me is that the ICE agent had a similar accent to mine. After I pointed this out, and asked the agent where he was born, the agent told me to put my hands behind my back and arrested me.

11. While the first ICE agent asked for my papers, another scanned my face with his cell phone.

12. As the ICE agent held me in handcuffs outside his vehicle, his supervisor told him that my face scan showed I am a United States citizen. It was only after I was placed under arrest that an ICE agent checked my wallet for my passport card to further confirm that I was a citizen.

13. The arresting ICE agent's supervisor ordered him to let me go because I am a citizen. The arresting agent insisted that I had lied to him about being "from here" (presumably because my citizenship is the result of naturalization, rather than birth, he felt that I should have said I was "from" a different country) and resisted the order to release me two or three times. After being ordered multiple times, the arresting agent finally released my handcuffs.

14. Before letting me go, the arresting ICE agent leaned in close to me. He said something to me that I understood to be something like, "I don't care if you're a citizen, next time I'm going to take you. I don't care if I have to do extra paperwork." The agent told me this in Spanish so the other agents could not understand him.

15. After being released, I immediately ran inside my house. My daughter was crying inconsolably. She closed all our blinds and told me she wanted to run away from our house to hide.

16. My daughter and I are stressed about leaving the house. My daughter is completely traumatized by the ICE actions in our community—she is scared of loud noises, whistles, and knocks at the door. We tried online learning for my daughter, but have decided she needs to be learning in person. I am scared too. The ICE agent who arrested me said he would take me again and did not care that I was a citizen. Because of this threat, and other things I have heard about ICE, I worry about retaliation. This experience forced me to look into therapy for my daughter.

17. After this experience with ICE, I feel hopeless and terrified. This experience made me feel that ICE agents do not care about citizenship status, and only choose who to target based on the color of their skin. Although I am living in near-constant fear that ICE could take me away

at any moment, I have also tried to channel this experience into motivation to help my community and assist others who are even more afraid to leave their homes. I cannot believe that the United States of America, my country, allows masked government agents to target citizens like this.

Dated: January 21, 2026                                   /s/ R▮▮▮ M▮▮▮
                                                          R▮▮▮ M▮▮▮