# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | Case No. 26-cv-190 (KMM/DJF)<br><br><br><br>**SECOND DECLARATION OF DARCIE M. BOSCHEE RELATED TO MEDIA MATERIALS** |

I, Darcie M. Boschee, hereby declare under penalty of perjury pursuant to 28. U.S.C. §1746 that the following is true and correct:

1. I am a resident of the State of Minnesota. I am over 18 years of age, and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. For the Court's convenience, I am submitting two separate declarations dated January 22, 2026. This second declaration describes the manner in which publicly available media materials were preserved and provides an index to courtesy copies which are being provided to the Court herewith.

3. By way of background, I am employed as an investigator in the Minnesota Attorney General's Office, and prior to joining the Minnesota Attorney General's Office, I was employed at the United States Attorney's Office in the District of Minnesota. I have over fifteen years of experience in civil litigation including fraud investigations and have been a Certified Fraud Examiner for over 10 years. This certification requires adherence to the highest ethical standards.

4. In the course of investigating cases for civil litigation, it is typical for investigators to review and gather evidence including reports, videos, and articles published via print, digital, and broadcast media.

5. As part of my training and experience investigating matters within the State of Minnesota, I have become familiar with a number of media sources which provide local

and national reporting, many of which are provided with credentials in state and federal courts to better enable them to report on matters of high public concern.

6. Attached to this declaration as **Exhibit 1** is an index of the public reporting and other media materials which are available in the public record and have been identified as particularly relevant to Plaintiffs' motion for temporary restraining order.

7. Although all of these materials are currently publicly available, I know from my training and experience that links can degrade and websites can change how material is stored. For the Court's convenience and to preserve the record, Plaintiffs are therefore producing copies of the listed preserved material in digital format.

8. The preserved materials include contributions from the following sources: KSTP (an ABC Affiliate); Bring Me the News; WCCO (a CBS affiliate); FOX, FOX9, KARE 11; Minnesota Public Radio, MinnPost, MN Reformer, National Public Radio, NBC (KARE); Pioneer Press, Sahan Journal, and the Star Tribune, among others.

9. I have determined that many of the media sources referenced herein publish statements of policy and editorial standards online, which vary in their phrasing but which consistently emphasize truth and accuracy, source vetting, and independence. In addition to their written policies related to journalistic standards, according to Internet resources I rely on in the ordinary course of my work, many of the referenced sources have been recognized locally and nationally for the quality of their news coverage, including as follows:

    a. The following have been recipients of the SPJ Award by the Society of Professional Journalists: Minnesota Star Tribune; Minnesota Public Radio; Sahan Journal; Minnesota Reformer; Minneapolis/St. Paul

Business Journal; Pioneer Press; WCCO-TV; KARE 11; KSTP-TV.

b. The Minnesota Star Tribune has won seven Pulitzer prizes and in 2025 its journalists won several Page One Awards from the Minnesota Society of Professional Journalists (MNSPJ).

c. WCCO won five Edward R. Murrow awards in 2025 for its news/talk radio coverage in the Twin Cities.

d. Minnesota Public Radio has won hundreds of journalism awards including winning the Peabody Award multiple times and receiving the RTNDA Edward R. Murrow Award in 2025 in the News Documentary category.

e. Sahan Journal won the Rising Star Award from Reporters Committee for Freedom of the Press in 2022.

f. Bring Me The News has won Best Radio Newscast by the Minnesota Society of Professional Journalists in 2011 and 2018, and have been consistently honored with high rankings in the Best Radio Newscast category.

10. In addition, the following media outlets, represented by qualified counsel, have had amicus briefs accepted by the Court: American Public Media (parent organization for Minnesota Public Radio); Hubbard Broadcasting, Inc. (parent company of KSTP-TV; Star Tribune Media Company LLC d/b/a The Minnesota Star Tribune; and TEGNA, Inc. (parent company of KARE 11).

Executed on January 22, 2026 in St. Paul, MN

*/s Darcie M. Boschee*
Darcie M. Boschee