# Index of Preserved Media and Public Reporting

| Index Number | Media Source | Date | *Description or Title* | URL |
|---|---|---|---|---|
| 1. | White House | 1/9/2026 | *Video: Pres. Trump Participates in Meeting with Oil and Gas* | https://www.youtube.com/watch?v=iaE8lw8_x30&t=30s |
| 2. | Politico | 6/17/2025 | *Trump won't call 'whacked out' Walz after shooting* | https://www.politico.com/news/2025/06/17/trump-walz-phone-call-00410141 |
| 3. | MSN | 11/28/2025 | *Trump uses slur against Walz in Thanksgiving Truth Social Tirade; Walz Fires Back* | https://www.msn.com/en-us/news/politics/trump-uses-slur-against-gov-tim-walz-in-thanksgiving-truth-social-tirade-walz-fires-back/ar-AA1RllEY |
| 4. | Fox9 | 12/3/2025 | *Trump rails against Somalis* | https://www.fox9.com/news/pres-trump-rails-against-somalis-destroyed-minnesota-dec-2025 |
| 5. | MN DEED | 3/1/2025 | *Role of Undocumented Immigrants* | https://mn.gov/deed/newscenter/publications/trends/mar-2025/immigrants.jsp |
| 6. | Migration Policy Inst. | Undated | *State Immigration Data Profiles* | https://www.migrationpolicy.org/programs/data-hub/state-immigration-data-profiles |
| 7. | USAO | 9/20/2022 | *US Attorney announces federal charges in Feeding Our Futures* | https://www.justice.gov/archives/opa/pr/us-attorney-announces-federal-charges-against-47-defendants-250-million-feeding-our-future |
| 8. | Sahan Journal | 1/24/2025 | *Everyone who has been sentenced in Feeding Our Futures* | https://sahanjournal.com/public-safety/who-has-been-sentenced-feeding-our-future/ |
| 9. | The Hill | 11/22/2025 | *Trump ends legal protections for Somalis* | https://thehill.com/homenews/administration/5618582-donald-trump-legal-protections-somalia-minnesota/ |
| 10. | Fox News (national) | 12/6/2025 | *Stephen Miller scandal will "rock the core"* | https://www.youtube.com/watch?v=9tps5OvCkfw |
| 11. | The New York Times | 1/8/2026 | *After ICE Shooting, Trump deploys more Border Patrol agents* | https://www.nytimes.com/2026/01/08/us/politics/border-patrol-minnesota-trump.html |

| | | | | |
|---|---|---|---|---|
| 12. | USA Today | 12/6/2025 | *A 'volcano' of controversy has hit the Minnesota Somali community* | https://www.usatoday.com/story/news/nation/2025/12/06/minnesota-somali-community-trump-ice/87584995007/ |
| 13. | Fox News (national) | 12/19/2025 | *Jesse Waters Primetime, Stephen Miller decries 'pirate' Somalis* | https://www.youtube.com/watch?v=Eqs42DviZ3Q |
| 14. | Newsmax | 1/6/2026 | *Acting ICE director "We are being threatened by criminals"* | https://www.youtube.com/watch?v=EvaI4TfLq0w |
| 15. | Fox News (national) | 1/6/2026 | *Jesse Watters Primetime, Noem whistleblowers* | https://www.foxnews.com/video/6387328026112 |
| 16. | White House | 1/8/2026 | *Fact Sheet new DOJ Division for National Fraud Enforcement* | https://www.whitehouse.gov/fact-sheets/2026/01/fact-sheet-president-donald-j-trump-establishes-new-department-of-justice-division-for-national-fraud-enforcement/ |
| 17. | Sahan Journal | 12/9/2025 | *US citizen offered to show ID but was arrested Cedar-Riverside* | https://sahanjournal.com/immigration/ice-arrest-cedar-riverside-minneapolis-somali-man/ |
| 18. | NBC (KARE11) | 1/8/2026 | *Two individuals detained at Richfield target* | https://www.kare11.com/article/news/local/ice-in-minnesota/federal-agents-richfield-target/89-074f28c7-c04f-4392-9165-08ca304b0f39 |
| 19. | Freedom News TV | 1/7/2026 | *Bovino checks citizenship at MSP airport* | https://www.youtube.com/watch?v=5QM2hqcfOis |
| 20. | Star Tribune | 1/8/2026 | *US citizen swept up in ICE enforcement* | https://www.startribune.com/us-citizen-arrested-ice-day-after-fatal-shooting-renee-good-twin-cities-immigration-operation/601560460 |
| 21. | CBS | 1/9/2026 | *ICE detains 4 members of Oglala Sioux Tribe* | https://www.cbsnews.com/minnesota/news/oglala-sioux-tribe-members-detained-ice-minneapolis/ |
| 22. | Star Tribune | 12/13/2025 | *As ICE activity intensifies, Somali students lower profile* | https://www.startribune.com/as-ice-activity-intensifies-some-somali-students-lower-their-profile/601542204 |

| | | | | |
|---|---|---|---|---|
| 23. | NBC - KARE 11 | 12/4/2026 | *Hola Arepa entry without warrant* | https://www.kare11.com/article/news/local/south-minneapolis-restaurant-ice-entered-without-warrant-staff-push-back/89-7af99452-0ed8-4de5-9a27-6cb74cdc3e07 |
| 24. | Star Tribune | 11/29/2024 | *MN ranks 3rd in volunteerism* | https://www.startribune.com/minnesota-ranks-third-volunteering-report/601188453 |
| 25. | Inforum | 10/26/2024 | *MN leads in voter turnout* | https://www.inforum.com/news/minnesota/why-does-minnesota-lead-the-country-in-voter-turnout-and-which-areas-lead-minnesota |
| 26. | US Census | 11/19/2024 | *Census tracks virtual volunteering* | https://www.census.gov/library/stories/2024/11/civic-engagement-and-volunteerism.html |
| 27. | MPR | 12/5/2025 | *ICE watchers look out in neighborhood* | https://www.mprnews.org/story/2025/12/05/twin-cities-ice-watchers-keep-tabs-for-agents-in-their-neighborhoods |
| 28. | Star Tribune | 12/17/2025 | *ACLU sues ICE over mistreatment* | https://www.startribune.com/aclu-of-minnesota-sues-ice-over-alleged-mistreatment-of-observers/601548112 |
| 29. | NBC (KARE11) | 1/9/2026 | *Reverend says ICE didn't take him because he was white* | https://www.kare11.com/article/news/local/detained-pastor-says-ice-let-him-go-because-hes-white-mn/89-00df6b90-bae8-49b8-b980-941a4ba6ee8b |
| 30. | ABC (KSTP) | 1/7/2026 | *Mpls schools close for remainder of week* | https://kstp.com/kstp-news/top-news/apparent-ice-presence-at-roosevelt-high-school-causes-chaotic-scene/ |
| 31. | Fox9 | 1/7/2026 | *Noem calls Good actions 'domestic terrorism'* | https://www.youtube.com/watch?v=GPVpHDyOXCM |
| 32. | Newsmax | 1/7/2026 | *Acting ICE director calls actions 'domestic terrorism'* | https://www.youtube.com/watch?v=3wERJwNfTQA |

| 33. | Mpls schools | 1/7/2026 | *Mpls schools closed Jan 8-9* | https://www.mpschools.org/about-mps/news/news-details/~board/minneapolis-public-schools-news/post/no-school-jan-8-9-due-to-safety-concerns |
|---|---|---|---|---|
| 34. | Pioneer Press | 1/8/2026 | *SPPS shares procedures in case of federal activity* | https://www.twincities.com/2026/01/08/spps-district-shares-procedures-in-case-of-federal-activity/?clearUserState=true |
| 35. | Senate.gov | 12/8/2025 | *Blumenthal Senate Committee report on ICE* | https://www.hsgac.senate.gov/wp-content/uploads/2025.12.8_ICE-Report-revised-FINAL.pdf |
| 36. | Wired | 11/4/2025 | *FBI warns of criminals impersonating ICE* | https://www.wired.com/story/fbi-warns-of-criminals-posing-as-ice-urges-agents-to-id-themselves/ |
| 37. | Star Tribune | 1/11/2026 | *ICE tactics unravel trust with local LE* | https://www.startribune.com/ice-mpd-law-enforcement-minnesota/601560440 |
| 38. | MN DOR | undated | *Taxable sales* | https://www.revenue.state.mn.us/guide/taxable-sales |
| 39. | MN DEED | 4/23/2025 | *Recent population growth* | https://mn.gov/deed/data/locallook/metro/metro-blog.jsp?id=1045-680261 |
| 40. | MN DEED | 6/1/2025 | *Metro Area Industry Statistics* | https://mn.gov/deed/newscenter/publications/trends/june-2025/metro.jsp |
| 41. | MN DEED | 8/1/2019 | *Location Patterns of Restaurants* | https://mn.gov/deed/newscenter/publications/review/august-2019/locations-restaurants.jsp |
| 42. | MN Reformer | 12/4/2023 | *TC metro sends money to rural counties* | https://minnesotareformer.com/2023/12/04/twin-cities-metro-sends-money-to-rural-counties/ |
| 43. | CBS | 12/16/2025 | *ICE raids threaten TC small businesses* | https://www.cbsnews.com/minnesota/video/how-ice-raids-are-threatening-twin-cities-small-businesses/ |
| 44. | Star Tribune | 12/24/2025 | *ICE crackdown chills sales at immigrant-owned businesses* | https://www.startribune.com/garbage-somali-protest-spend-st-joan-of-arc-trinity-church-raids-ice-minneapolis-st/601546734 |

| | | | | |
|---|---|---|---|---|
| 45. | Bring Me The News | 1/8/2026 | *Business closures due to ICE presence* | https://bringmethenews.com/minnesota-lifestyle/twin-cities-businesses-close-in-response-to-ice-presence |
| 46. | Bring Me The News | 1/13/2026 | *List of business closures and event cancellations* | https://bringmethenews.com/minnesota-lifestyle/list-of-twin-cities-events-canceled-and-businesses-closed-in-response-to-ongoing-ice-presence |
| 47. | Bring Me The News | 1/8/2026 | *John Mulaney cancels three shows* | https://bringmethenews.com/minnesota-lifestyle/john-mulaney-cancels-three-night-stand-in-minneapolis |
| 48. | Star Tribune | 1/9/2026 | *Surge in harassment of Somali businesses* | https://www.startribune.com/harassment-toward-somali-businesses-surges-after-viral-video/601555420 |
| 49. | ABC - KAAL | 1/9/2026 | *Local immigrant businesses struggling amid ICE activity* | https://www.youtube.com/watch?v=_oB2Xp_uqig |
| 50. | MN DEED | 3/1/2025 | *Role of Undocumented Immigrants* | https://mn.gov/deed/newscenter/publications/trends/mar-2025/immigrants.jsp |
| 51. | WTTW | 11/6/2025 | *Chicago businesses report drop in sales* | https://news.wttw.com/2025/11/06/chicago-some-businesses-report-pandemic-era-drop-sales-amid-immigration-raids |
| 52. | GCI UIC | 10/16/2025 | *Trump deportation push crushing local economies* | https://greatcities.uic.edu/2025/10/16/its-killing-business-trumps-mass-deportation-push-is-crushing-local-economies/ |
| 53. | Brookings | 12/12/2025 | *Consumer spending in DC is dropping* | https://www.brookings.edu/articles/consumer-spending-and-visitor-demand-in-the-washington-dc-region-are-dropping/ |
| 54. | ICE | 1/10/2018 | *Civil Immigration Enforcement Actions Inside Courthouses* | https://www.ice.gov/sites/default/files/documents/Document/2018/ciEnforcementActionsCourthouses.pdf |
| 55. | ICE | 10/27/2021 | *Guidelines for Enforcement Actions in or Near Protected Areas* | https://www.ice.gov/doclib/news/guidelines-civilimmigrationlaw10272021.pdf |

| | | | | |
|---|---|---|---|---|
| 56. | White House | 1/20/2025 | *Protecting the Meaning and Value of American Citizenship* | https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-meaning-and-value-of-american-citizenship/ |
| 57. | White House | 1/20/2025 | *Guaranteeing the States Protection Against Invasion* | https://www.whitehouse.gov/presidential-actions/2025/01/guaranteeing-the-states-protection-against-invasion/ |
| 58. | White House | 1/20/2025 | *Protecting the United States from Foreign Terrorists and Other* | https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-united-states-from-foreign-terrorists-and-othernational-security-and-public-safety-threats/ |
| 59. | White House | 1/20/2025 | *Protecting the American People Against Invasion* | https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-american-people-against-invasion/ |
| 60. | The Guardian | 4/9/2025 | *ICE director wants deportations like Amazon Prime for Humans* | https://www.theguardian.com/us-news/2025/apr/09/ice-todd-lyons-deporation-amazon |
| 61. | DHS | 1/20/2025 | *Enforcement Actions in or Near Protected Areas* | https://www.dhs.gov/sites/default/files/2025-03/25_0120_S1_enforcement-actions-in-near-protected-areas.pdf |
| 62. | Axios | 4/9/2025 | *Noem: Detainees should be in El Salvador for rest of lives* | https://www.axios.com/2025/04/09/kristi-noem-migrants-trump-ice-prison |
| 63. | Fox News (national) | 5/29/2025 | *Stephen Miller reveals 'daily goals' for deportations* | https://www.youtube.com/watch?v=MJNXsOqFSZs |
| 64. | Forbes | 6/9/2025 | *Stephen Miller's order sparked arrests and protests* | https://www.forbes.com/sites/stuartanderson/2025/06/09/stephen-millers-order-likely-sparked-immigration-arrests-and-protests/ |

| 65. | Brookings | 4/29/2025 | *100 days of immigration under 2nd Trump admin* | https://www.brookings.edu/articles/100-days-of-immigration-under-the-second-trump-administration/ |
|---|---|---|---|---|
| 66. | NPR | 11/3/2025 | *Natl Guard deployments were planned years ago* | https://www.npr.org/2025/11/03/nx-s1-5593112/national-guard-mass-deportations-trump-2026 |
| 67. | Newsmax | 1/6/2026 | *ICE Todd Lyons Minn target of largest immigration operation ever* | https://www.newsmax.com/newsmax-tv/todd-lyons-ice-minnesota/2026/01/06/id/1240996/ |
| 68. | Reuters | 1/12/2026 | *DHS to send hundreds more officers to Minn* | https://www.reuters.com/world/us/homeland-security-send-hundreds-more-officers-minnesota-noem-says-2026-01-11/ |
| 69. | ABC KSTP | 12/3/2025 | *Most Somali immigrants are US citizens* | https://kstp.com/kstp-news/top-news/majority-of-somali-immigrants-in-minnesota-are-us-citizens/ |
| 70. | Star Tribune | 1/10/2026 | *What happened when BP showed up at Roosevelt HS* | https://www.startribune.com/what-happened-when-border-patrol-agents-showed-up-at-minneapolis-roosevelt-high-school/601561137 |
| 71. | CBS | 1/7/2026 | *ICE agents in HCMC for over 24 hours without warrant* | https://www.cbsnews.com/minnesota/news/hcmc-hennepin-healthcare-ice-patient-handcuffed/ |
| 72. | MPR | 12/18/2025 | *ICE presence affects child care* | https://www.mprnews.org/story/2025/12/18/ice-enforcement-affectingchild-care-5-questions-answered |
| 73. | NPR | 1/9/2026 | *ICE's truncated training because of enforcement blitz* | https://www.npr.org/2026/01/09/nx-s1-5671120/homeland-security-expert-talksabout-ices-truncated-training-after-hiring-blitz |
| 74. | NPR | 3/30/2025 | *Police say ICE tactics eroding public trust* | https://www.npr.org/2025/03/30/nx-s1-5304236/police-say-ice-tactics-are-eroding-public-trust-in-local-law-enforcement |

| | | | | |
|---|---|---|---|---|
| 75. | MN Governor's Office | 1/8/2026 | *Walz coordinates with NG* | https://mn.gov/governor/newsroom/press-releases/?id=1055-719092 |
| 76. | MN Governor's Office | 1/8/2026 | *Walz Executive Order to Provide Public Safety* | https://content.govdelivery.com/attachments/MNGOV/2026/01/08/file_attachments/3515363/Executive%20Order%2026-01.pdf |
| 77. | MPR | 1/9/2026 | *ICE Presence sparks fear for students and families* | https://www.mprnews.org/story/2026/01/09/ice-presence-sparks-fear-for-minnesota-familes-students-schools |
| 78. | ABC KSTP | 1/7/2026 | *ICE presence at Roosevelt chaotic* | https://kstp.com/kstp-news/top-news/apparent-ice-presence-at-roosevelt-high-school-causes-chaotic-scene/ |
| 79. | Minneapolis/St. Paul Business Journal | 1/8/2026 | *Mpls/STP schools and restaurants closed after shooting* | https://www.bizjournals.com/twincities/news/2026/01/08/restaurants-closing-ice-shooting-death.html |
| 80. | Bring Me The News | 1/9/2026 | *Worksite and racial profiling at MSP airport* | https://bringmethenews.com/minnesota-news/ice-at-msp-deportation-flights-and-employee-arrests-during-immigration-crackdown |
| 81. | Bring Me The News | 1/8/2026 | *Local artist Anna Brauch and Mar Navaro, detained and video available, one of whom suffered broken bones in her hand* | https://bringmethenews.com/minnesota-news/fundraiser-launched-for-local-artist-and-dj-who-were-apprehended-by-ice |
| 82. | Bring Me The News | 1/10/2026 | *ICE detaining Native Americans* | https://bringmethenews.com/minnesota-news/4-native-american-men-detained-by-ice-in-minneapolis-tribal-leadership-says |
| 83. | Bring Me The News | 1/11/2026 | *ICE targets Somali market* | https://bringmethenews.com/minnesota-news/immigration-agents-flee-somali-market-in-st-cloud-after-encounter-with-large-group |
| 84. | Bring Me The News | 1/14/2026 | *List of major ICE raids, updates* | https://bringmethenews.com/minnesota-news/list-of-major-ice-raids-updates-in-minnesota-on-wednesday-jan-14 |

| | | | | |
|---|---|---|---|---|
| 85. | Chicago Tribune | 1/14/2026 | *ICE in St. Paul: Man roughly detained at gas station, border patrol chief jeered in Midway Target* | https://www.chicagotribune.com/2026/01/12/st-paul-ice-activity/ |
| 86. | Star Tribune Facebook | 1/13/2026 | *Grenade left by federal agent.* | https://www.facebook.com/photo/?fbid=1272760768231295&set=pb.100064921502969.-2207520000 |
| 87. | Minnesota Reformer | 1/13/2026 | *In the car with Minneapolis community patrols working to disrupt ICE operations* | https://minnesotareformer.com/2026/01/13/in-the-car-with-minneapolis-community-patrols/ |
| 88. | MinnPost | 12/12/2025 | *Holy Land Grocer/restaurant, Yemeni Coffee shop, Oahwah House, Salem Barbershop owner, Cedar-Riverside area* | https://www.minnpost.com/economy/2025/12/amid-fears-of-ice-immigration-raids-minneapolis-businesses-some-customers-scared-staying-home/ |
| 89. | Sahan Journal | 1/12/2026 | Hundreds of Roosevelt High students walk out to protest immigration actions | https://sahanjournal.com/education/minneapolis-roosevelt-high-student-walk-out-ice-protest/ |
| 90. | Sahan Journal | 1/12/2026 | Because I was Latino, that's it': ICE rams car in south minneapolis while profiling driver | https://sahanjournal.com/public-safety/ice-rams-latino-man-car-south-minneapolis-immigration/ |
| 91. | Sahan Journal | 1/10/2026 | U.S. Reps. Omar, Morrison, and Craig denied access to immigration detention facility at Fort Snelling | https://sahanjournal.com/immigration/omar-morrison-craig-denied-access-detention-facility/ |
| 92. | Sahan Journal | 1/8/2026 | Minneapolis closes schools after border patrol detains special ed assistant outside roosevelt high | https://sahanjournal.com/education/border-patrol-detains-minneapolis-roosevelt-high-staffer/ |
| 93. | Sahan Journal | 1/9/2026 | Minneapolis to offer online learning through Feb 12 amid ICE actions near schools | https://sahanjournal.com/education/minneapolis-schools-online-learning-ice-actions-schools/#:~:text=Minneapolis%20Public%20Schools%20will%20offer,a%20staffer%20on%20school%20grounds. |
| 94. | Sahan Journal | 1/13/2026 | Crowd of 100 confronts immigration agents door-knocking in south Minneapolis | https://sahanjournal.com/public-safety/minneapolis-ice-confront-observers-door-knocking-powderhorn/ |

| 95. | Sahan Journal | 1/6/2026 | Advocates, health care workers demand change at HCMC after ICE guarded patient's bedside | https://sahanjournal.com/immigration/hcmc-patient-arrested-immigration-agents-ice-unidos-mn/ |
|---|---|---|---|---|
| 96. | Sahan Journal | 1/8/2026 | Feds bar Minnesota from investigating fatal ICE shooting, prohibit access to evidence | https://sahanjournal.com/immigration/ice-shooting-minneapolis-feds-bar-minnesota-bca-investigation/ |
| 97. | Sahan Journal | 1/7/2026 | Honking, then shots: Witnesses describe fatal shooting by ICE agent in Minneapolis | https://sahanjournal.com/immigration/ice-agent-fatal-shooting-south-minneapolis-witnesses/ |
| 98. | Star Tribune | 1/14/2026 | ICE Surge spreading across state rumors and anxiety grow in greater Minnesota | https://www.startribune.com/with-ice-surge-spreading-across-state-rumors-and-anxiety-grow-in-greater-minnesota/601562255 |
| 99. | Star Tribune | 12/18/2025 | Racial profiling concerns grow as ICE expands presence | https://www.startribune.com/racial-profiling-concerns-grow-as-ice-expands-presence-in-twin-cities/601545116 |
| 100. | Star Tribune | 1/13/2026 | Trump vows 'retribution' to Minnesota | https://www.startribune.com/ice-raids-minnesota/601546426 |
| 101. | Star Tribune | 1/12/2026 | ICE detaining Native Americans | https://www.startribune.com/ice-detaining-american-indians-minneapolis-leaders-say/601561760 |
| 102. | Star Tribune | 1/12/2026 | ICE presence grows as Minneapolis grapples with fallout of fatal shooting | https://www.startribune.com/ice-presence-grows-as-minneapolis-grapples-with-fallout-of-fatal-shooting/601562671 |
| 103. | Star Tribune | 1/15/2026 | Federal Officer Shoots man | https://www.startribune.com/ice-raids-minnesota/601546426 |
| 104. | Star Tribune | 1/15/2026 | Minnesota is under siege. This cannot stand. | https://www.startribune.com/editorial-minnesota-is-under-siege-and-it-cannot-stand/601564040 |
| 105. | Star Tribune | 1/15/2026 | Attendance drops in schools | https://www.startribune.com/attendance-drops-at-minnesota-schools-as-federal-immigration-enforcement-intensifies-anxieties/601560458 |
| 106. | Star Tribune | 1/15/2026 | Trump Threatens Insurrection Act | https://www.startribune.com/ice-raids-minnesota/601546426 |

| | | | | |
|---|---|---|---|---|
| 107. | Pioneer Press | 1/12/2026 | ICE holds special ed teacher for 12 hours | https://www.twincities.com/2026/01/12/inver-grove-heights-teacher-at-special-education-school-held-by-ice-for-nearly-12-hours/?clearUserState=true |
| 108. | Sahan Journal | 1/13/2026 | Security guards at McDonalds stand firm against ICE | https://sahanjournal.com/news-partners/mcdonalds-security-guard-stands-up-to-ice-10-toes-down/ |
| 109. | Pioneer Press | 1/15/2026 | St. Paul schools offer online learning | https://www.twincities.com/2026/01/14/st-paul-public-schools-to-offer-online-learning-at-all-schools/ |
| 110. | WCCO | 1/13/2026 | Where ICE takes people they detain in Minnesota St. Cloud/Detroit Lakes | https://www.cbsnews.com/minnesota/video/heres-where-ice-takes-people-they-detain-in-minnesota/ |
| 111. | CBS | 12/4/2025 | Hola Arepa closes due to ICE raid | https://www.cbsnews.com/minnesota/news/hola-arepa-minneapolis-ice-visit/ |
| 112. | WCCO | 1/12/2026 | Greg Bovino interview | https://www.cbsnews.com/minnesota/news/border-patrol-greg-bovino-interview-ice-end-immigration-crackdown-minneapolis/ |
| 113. | FOX | 1/13/2026 | Violent arrest at gas station | https://www.foxnews.com/video/6387609326112 |
| 114. | FOX9 | 1/11/2026 | Agents shove and arrest observer at Speedway in St. Paul | https://www.fox9.com/video/fmc-r1w3pxr1wtjo6212 |
| 115. | FOX9 | 1/12/2026 | Business loss of revenue | https://www.fox9.com/news/ice-surge-hits-twin-cities-businesses-revenue-loss-reported-jan-2026 |
| 116. | FOX9 | 1/13/2026 | Asking individual if they have learned anything | https://www.fox9.com/video/fmc-6wm2af9jx0lcu2hj |
| 117. | FOX9 | 1/14/2026 | ICE detains Woodbury man for filming agents | https://www.fox9.com/news/ice-detains-woodbury-man-filming-agents |

| 118. | NBC - KARE 11 | 1/14/2026 | Parents arrested by ICE agents waiting for school bus | https://www.kare11.com/article/news/local/ice-in-minnesota/parent-arrested-ice-agents-school-bus-crystal/89-6cd97be7-50b8-481a-b19d-ff94ccc9f818?tbref=hp |
|---|---|---|---|---|
| 119. | NBC - KARE 11 | 1/14/2026 | Willmar hit hard by ICE | https://www.kare11.com/article/news/local/breaking-the-news/willmar-hard-hit-by-ice-minnesota/89-71a3014b-3a37-4030-afe7-557dc0dedcf2?tbref=hp |
| 120. | NBC - KARE 11 | 1/12/2026 | What is it like inside ICE detention facility | https://www.kare11.com/video/features/kare-11-plus/btn-plus/breaking-the-news-plus-taken-by-ice-detained/89-8653f488-2856-4d6d-829d-2eb542bcb41c |
| 121. | NBC - KARE 11 | 1/12/2026 | During surge of federal agents - ICE needs judicial warrant | https://www.kare11.com/article/news/local/breaking-the-news/your-legal-rights-during-ice-enforcement/89-e91b3a82-2945-4896-b623-a55724412086 |
| 122. | NBC - KARE 11 | 1/13/2026 | State Rep says 2 were injured during Richfield Target arrest | https://www.kare11.com/article/news/local/breaking-the-news/richfield-target-ice-border-patrol-arrest-minnesota/89-6760d202-6460-4a4b-93b4-2dbc986262e6?tbref=hp |
| 123. | NBC - KARE 11 | 1/10/2025 | ICE makes 400 arrest in TC since December 1st. | https://www.kare11.com/article/news/local/nbc-ice-400-arrests-twin-cities-operation-metro-surge/89-808c1862-cfbd-4a25-94a0-e2f2b3201237 |
| 124. | ABC - KSTP | 1/13/2026 | ICE presence impacting businesses in St. Paul's west side | https://kstp.com/kstp-news/top-news/ice-presence-impacting-businesses-in-st-pauls-west-side/ |
| 125. | ABC - KSTP | 1/15/2026 | Trump threatens to use the insurrection Act | https://kstp.com/kstp-news/top-news/trump-threatens-to-use-the-insurrection-act-to-put-an-end-to-protests-in-minneapolis/ |

| | | | | |
|---|---|---|---|---|
| 126. | ABC - KSTP | 1/15/2026 | Federal Agent shoots man in the leg | https://kstp.com/kstp-news/top-news/officials-working-to-confirm-details-about-reported-minneapolis-shooting-involving-federal-law-enforcement/ |
| 127. | CBS - WCCO | 1/15/2026 | ICE Officer shoots man in the leg | https://www.cbsnews.com/minnesota/news/minneapolis-shooting-federal-law-enforcement-operation-metro-surge/ |
| 128. | NBC - KARE 11 | 1/13/2026 | Press conference with "One of ours, all of yours" message | https://www.youtube.com/watch?v=2z6u9gbxf0A |
| 129. | ABC - KSTP | 1/14/2026 | Metro schools offer online learning | https://kstp.com/kstp-news/local-news/more-metro-school-districts-offer-virtual-learning-amid-ice-takeover/ |
| 130. | MPR | 12/13/2025 | ICE agents corner Chanhassen contstruction workers amid frigid temperatures | https://www.mprnews.org/story/2025/12/13/ice-agents-corner-chanhassen-construction-workers-amid-frigid-temperatures |
| 131. | MPR | 1/13/2026 | Privacy advocates: ICE using private data to intimidate observersand activists | https://www.mprnews.org/story/2026/01/13/ice-using-private-data-to-intimidate-observers-and-activists-advocates-say |
| 132. | MPR | 1/13/2026 | ProPublica finds more than 40 cases of Immigration agents using banned chokehholds and other moves that can cut off breathing | https://www.mprnews.org/story/2026/01/13/propublica-finds-more-than-40-cases-of-immigration-agents-using-banned-chokeholds |
| 133. | MPR | 1/13/2026 | Twin Cities students walk out, decry ICE as surge continues | https://www.mprnews.org/story/2026/01/13/students-walk-out-decry-ice-as-surge-continues |
| 134. | MPR | 1/12/2026 | Twin Cities schools reopen with security measures tied to ICE operations | https://www.mprnews.org/story/2026/01/12/ice-operations-prompt-changes-at-minnesota-schools |

| | | | | |
|---|---|---|---|---|
| 135. | MPR | 1/9/2026 | Twin Cities families band together to support kids during ICE surge | https://www.mprnews.org/story/2026/01/09/ice-surge-in-twin-cities-has-families-banding-together-for-kids |
| 136. | MPR | 1/9/2026 | Schools close, fears rise among Minnesota families, students amid ICE operations | https://www.mprnews.org/story/2026/01/09/ice-surge-in-twin-cities-has-families-banding-together-for-kids |
| 137. | MPR | 1/12/2026 | Tribal Nations encourage citizens to carry tribal IDs while ICE operations surge | https://www.mprnews.org/story/2026/01/12/tribal-nations-encourage-citizens-to-carry-tribal-ids-while-ice-operations-surge |
| 138. | MPR | 1/8/2026 | Minneapolis schools cancel classes after Border Patrol clash disrupts dismissal at Roosevelt | https://www.mprnews.org/story/2026/01/08/after-border-patrol-clash-at-roosevelt-minneapolis-schools-cancel-classes |
| 139. | MPR | 1/14/2026 | ICE agents appear at Twin Cities hospitals, alarming health care workers | https://www.mprnews.org/story/2026/01/14/ice-agents-at-twin-cities-hospitals-alarm-medical-staff |
| 140. | MPR | 1/13/2026 | 'I was flooded with fear' - Minnesotans describe their encounters with ICE, being detained | https://www.mprnews.org/episode/2026/01/13/minnesotans-describe-their-encounters-with-ice-agents |
| 141. | NBC - KARE 11 | 1/16/2026 | ICE flash bangs family, 6 children | https://www.youtube.com/watch?v=N_fgwXHQeRU |
| 142. | Star Tribune | 1/16/2026 | Renee Good had four gunshot wounds | https://www.startribune.com/renee-nicole-good-ice-shooting-injuries-incident-report-details/601565066 |
| 143. | MPR | 1/16/2026 | Intimidation becomes a calling card for ICE | https://www.mprnews.org/story/2026/01/16/ice-tactics-in-twin-cities-turn-toward-intimidation |
| 144. | Star Tribune | 1/16/2026 | ICE agents eat at Mexican restaurant then arrest workers | https://www.startribune.com/ice-agents-eat-at-small-town-mexican-restaurant-then-detain-workers/601565580 |

| | | | | |
|---|---|---|---|---|
| 145. | Star Tribune | 1/16/2026 | Opinion: ICE is operating with a complete lack of transparency and accountability | https://www.startribune.com/tolkkinen-who-did-ice-take-from-a-perham-company-the-agency-wouldnt-tell-me/601564275 |
| 146. | Mpls Park & Rec | 1/16/2026 | MPRB cancels all youth activities Jan 15-18 | https://www.minneapolisparks.org/ |
| 147. | MPR | 1/16/2026 | ICE conducts illegal entry; judge orders man released | https://www.mprnews.org/story/2026/01/15/ice-shooting-minneapolis-minnesota-latest-updates |
| 148. | MPR | 1/16/2026 | DOJ probes Walz, Frey over immigration enforcement | https://www.mprnews.org/story/2026/01/16/ice-shooting-minneapolis-minnesota-latest-updates |
| 149. | MPR | 1/16/2026 | Health needs, insurance woes compound fears for Minnesota families amid ICE operations | https://www.mprnews.org/story/2026/01/16/ice-operations-add-to-health-concerns-for-some-minnesotans |
| 150. | News Nation | 1/12/2026 | Chris Cuomo interview with DHS spokesperson Tricia McLaughlin | https://www.youtube.com/watch?v=9Qf1wN_uV0s&list=PL6PrA6lo8rJLEZbJImrIyC2KemRwSF4pf&index=23 |
| 151. | Meet the Press (NBC) | 1/11/2026 | Interview with Tom Homan | https://www.youtube.com/watch?v=UYZr2ixkTQ0 |
| 152. | Star Tribune | 1/16/2026 | Walz, Frey reportedly under investigation by US DOJ | https://www.startribune.com/walz-frey-justice-department/601565751 |
| 153. | Star Tribune | 1/16/2026 | U of M offers online classes for students who feel unsafe | https://www.startribune.com/university-of-minnesota-offers-online-classes-for-students-who-feel-unsafe-amid-ice-surge/601565714 |
| 154. | MPR | 1/17/2026 | Some "worst of the worst" ICE takes credit for were already in prison | https://www.mprnews.org/story/2026/01/17/ice-takes-credit-for-some-criminals-that-were-already-in-minnesota-prisons |
| 155. | WCCO | 1/15/2026 | DHS names man who officer shot, had only minor priors | https://www.cbsnews.com/minnesota/news/dhs-says-man-shot-by-ice-officer-in-minneapolis-was-convicted-of-driving-without-license/ |

| 156. | FOX | 1/16/2026 | ICE raids St. Paul home w/o warrant, 12-year-old detained | https://www.fox9.com/news/federal-agents-raid-st-paul-home-without-warrant-neighbors-say-jan-2026 |
|---|---|---|---|---|
| 157. | FOX | 1/15/2026 | Border Patrol chief was lying outright about previous surge | https://www.fox9.com/news/border-patrol-chief-was-outright-lying-about-previous-ice-surge |
| 158. | FOX | 1/18/2026 | St. Paul Public Works says employee illegally abducted | https://www.fox9.com/news/st-paul-public-works-says-employee-illegally-detained-ice |
| 159. | NY Times | 1/18/2026 | In Minneapolis, a pattern of misconduct against protesters | https://www.nytimes.com/2026/01/18/us/minneapolis-federal-agents-misconduct-protesters.html |
| 160. | ABC | 1/18/2026 | DHS denying legal counsel to detainees | https://abcnews.go.com/US/lawyers-allege-dept-homeland-security-denying-legal-counsel/story?id=129335914 |
| 161. | Associated Press | 1/20/2026 | US citizen says ICE removed him after warrantless search | https://apnews.com/article/minnesota-immigration-us-citizen-detained-hmong-d009590a491c0c8243ef21ef24db7182 |
| 162. | Wall St. Journal | 1/17/2026 | ICE Surge, Protesters Turn Minneapolis Into a Tinderbox | Hackman, M., Maher, K. & Smith, B.T. 2026, ICE Surge, Protesters Turn Minneapolis Into a Tinderbox, Eastern edition edn, New York, N.Y. |
| 163. | 60 Minutes (CBS) | 1/18/2026 | Mpls police chief fears possible "moment where it all explodes" | https://www.youtube.com/watch?v=5O9QcbmG2mE |
| 164. | Mpls-St. Paul Mag | 1/12/2026 | Fundraisers and mutual aid to support immigrant communities | https://mspmag.com/arts-and-culture/general-interest/ice-minnesota-support-immigrant-communities-fundraisers-food-drives-trainings/ |
| 165. | NY Times | 1/12/2026 | Trump says disrespect played role in shooting of Renee Good | https://www.nytimes.com/2026/01/12/us/politics/trump-shooting-renee-good-ice.html |

| | | | | |
|---|---|---|---|---|
| 166. | Star Tribune | 1/19/2026 | How TC restaurants are changing due to ICE surge | https://www.startribune.com/how-twin-cities-restaurants-are-changing-amid-ice-surge-we-are-pretty-much-back-to-covid/601562651 |
| 167. | Washington Examiner | 1/15/2026 | Homan says he can make ICE leave 'real quick' with access to jails | https://www.washingtonexaminer.com/news/crime/4421303/tom-homan-offers-pull-ice-from-minneapolis-if-allowed-access-jails/ |
| 168. | MPR | 1/18/2026 | Minneapolis man says ICE agents took 'trophy' photos, locked him in overcrowded cell | https://www.mprnews.org/story/2026/01/18/garrison-gibson-says-ice-agents-took-trophy-photos-locked-in-overcrowded-cell |
| 169. | KARE11 | 1/19/2026 | Army veteran says ICE agents detained him for hours without access to phone or his attorney | https://www.kare11.com/article/news/local/ice-in-minnesota/army-veteran-ice-agents-detained-without-access-attorney/89-2c0a17b4-78da-452d-9b6e-47e2ebb6fd31 |
| 170. | Sahan Journal | 1/20/2026 | Article about police saying officers have been stopped and harassed | https://sahanjournal.com/public-safety/minnesota-police-concerns-federal-immigration-agents/ |
| 171. | Star Tribune | 1/21/2026 | Columbia Heights man says Border Patrol detained him over his accent | https://www.startribune.com/ice-raids-minnesota/601546426 |
| 172. | Star Tribune | 1/20/2026 | Minnesota doctors say ICE deters patients from seeking health care | https://www.startribune.com/ice-immigration-minnesota-prevent-patients-health-medical-care-hospital-hcmc-hennepin-fairview/601566885 |
| 173. | KARE11 | 1/20/2026 | Police chiefs say BIPOC officers are being stopped by ICE | https://www.youtube.com/watch?v=DRURdXNW3A4 |
| 174. | Yahoo! | 1/20/2026 | St. Paul police chief: Even off-duty cops are being stopped by ICE agents | https://www.yahoo.com/news/articles/st-paul-police-chief-even-190400806.html |
| 175. | Star Tribune Facebook | 1/20/2026 | VIDEO - Columbia Heights man says Border Patrol detained him over his accent | https://www.facebook.com/watch/?v=738135842701877 |

| | | | | |
|---|---|---|---|---|
| 176. | Star Tribune | 1/21/2026 | Worst of the worst' - few wanted by police | https://www.startribune.com/the-trump-administration-calls-them-the-worst-of-the-worst-heres-what-we-found/601555390 |
| 177. | MN Reformer | 1/20/2026 | ICE uses Medicaid data to find immigrants, causes delayed care and fear about getting medical care | https://minnesotareformer.com/2026/01/20/repub/ice-is-using-medicaid-data-to-find-out-where-immigrants-live/ |
| 178. | MN Reformer | 1/20/2026 | ICE terrorized a mall in St. Cloud | https://minnesotareformer.com/2026/01/20/ice-terrorized-a-mall-in-st-cloud-too/ |
| 179. | MN Senate Media Services | 1/20/2026 | MN Physicians press conference address ICE impacts on health care | Press Conference: Physicians Address ICE Presence in Hospitals and Clinics - 01/20/26 |
| 180. | University of Minnesota | 1/16/2026 | Minnesota residents delay medical care for fear of encountering ICE | https://www.cidrap.umn.edu/influenza-general/minnesota-residents-delay-medical-care-fear-encountering-ice |
| 181. | Scott Jennings Show | 1/21/2026 | Scott Jennings Show, The Truth About Ice Operations - Straight from the Director, YouTube | https://youtu.be/h3m0SeRHVIs |
| 182. | ABC7 (Chicago) | 1/21/2026 | Chicago ICE news latest updates | https://abc7chicago.com/live-updates/chicago-immigration-customs-enforcement-news-latest-trump-admin-ice-surge-national-guard-deployment-illinois-live/18087310/ |
| 183. | Star Tribune | 1/18/2026 | Allegations of racial profiling rise in ICE surge | https://www.startribune.com/allegations-of-racial-profiling-of-us-citizens-on-the-rise-as-ice-surge-expands-in-minnesota/601564653 |
| 184. | Pioneer Press | 1/21/2026 | St. Paul schools 6000 students to do online learning | https://www.twincities.com/2026/01/21/st-paul-schools-6000-students-to-do-online-learning-due-to-immigration-actions |
| 185. | Star Tribune | 1/20/2026 | Appeals court ends order barring ICE retaliation | https://www.startribune.com/judge-blocks-ice-agents-tactics-minnesota-federal-judge-operation-metro-surge/601565753 |

| 186. | C-Span | 1/15/2026 | Kristi Noem speaks to reporters at the White House | https://www.c-span.org/program/white-house-event/secretary-noem-speaks-to-reporters-at-the-white-house/671720 |
|---|---|---|---|---|
| 187. | NBC Kare11 | 1/20/2026 | Twin Cities law enforcement raises concerns about ICE agents racially profiling citizens | https://www.kare11.com/article/news/local/ice-in-minnesota/twin-cities-law-enforcement-raises-concerns-about-ice-agents-racially-profiling-citizens/89-80f7b210-df6f-4516-9c05-20cf8890c7bb |
| 188. | City of Minneapolis | 12/26/2026 | Updates and resources related to increased federal activity | https://www.minneapolismn.gov/news/2025/december/fed-activity-updates-resources/ |
| 189. | Dept. of Justice | 8/05/2025 | Justice Department Publishes List of Sanctuary Jurisdictions | https://www.minneapolismn.gov/news/2025/december/fed-activity-updates-resources/ |
| 190. | White House | 1/16/2026 | Minnesota's "Sanctuary" Defiance Has Consequences | https://www.whitehouse.gov/articles/2026/01/minnesotas-sanctuary-defiance-has-consequences/ |
| 191. | CBS | 1/7/2026 | Interview with Tom Homan | https://www.youtube.com/watch?v=FfNyXDupcDs&t=2s |
| 192. | PBS Newshour | 1/14/2026 | Tom Homan says "let us in your damn jail" | https://www.youtube.com/watch?v=VZPn1moAqNA |
| 193. | Star Tribune | 1/18/2026 | A state and city on edge faces 1500 troops | https://www.startribune.com/a-state-and-city-on-edge-faces-another-threat-from-trump-to-send-in-1500-troops/601566481 |
| 194. | Dept. of Homeland Security | 10/24/2025 | Secretary Noem to Hold Press Conference in Minneapolis | https://www.youtube.com/live/1jcQl3lyUFE?si=r2WVheeJupn8TQfr. |

| 195. | Dept. of Homeland Security | 1/19/2026 | ICE continues to remove the worst of the worst from Minneapolis streets as DHS law enforcement marks 3,000 arrests during operation metro surge | https://www.dhs.gov/news/2026/01/19/ice-continues-remove-worst-worst-minneapolis-streets-dhs-law-enforcement-marks-3000. |
| --- | --- | --- | --- | --- |
| 196. | Dept. of Homeland Security | 1/03/2026 | ICE announces historic 120% manpower increase, thanks to recruitment campaign that brought in 12,000 officers and agents | https://www.dhs.gov/news/2026/01/03/ice-announces-historic-120-manpower-increase-thanks-recruitment-campaign-brought |