# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>PLAINTIFFS,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>DEFENDANTS. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF** |

The States of California, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, New Jersey, New Mexico, New York, Nevada, Oregon, Vermont, Washington, Wisconsin, and the District of Columbia (Amici), by and through their Attorneys General, move for leave to submit a brief as *amici curiae* supporting Plaintiffs' motion for injunctive relief, ECF No. 5. Amici's proposed amicus brief attached to this motion as Exhibit 1.

This Motion is supported by the Memorandum of Law in Support of Amici's Motion For Leave to File *Amici Curiae* in Support of Plaintiff's Motion for Injunctive Relief, and all of the files, records, and proceedings herein.

Dated: January 22, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
MARISSA S. MALOUFF
ROBIN L. GOLDFADEN
JAMES E. STANLEY
Supervising Deputy Attorneys General
DENNIS OJOGHO
Deputy Attorney General

By: */s/ Theresa Zhen*
THERESA ZHEN*
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6063
Email: Theresa.Zhen@doj.ca.gov

*Counsel for Amici*
*Pro Hac Vice Application Pending

(Counsel listing continues on next page)

| | |
|---|---|
| KRISTIN K. MAYES<br>*Attorney General*<br>*State of Arizona*<br>2005 North Central Avenue<br>Phoenix, AZ 85004 | PHILIP J. WEISER<br>*Attorney General*<br>*State of Colorado*<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| WILLIAM TONG<br>*Attorney General*<br>*State of Connecticut*<br>165 Capitol Avenue<br>Hartford, CT 06106 | BRIAN L. SCHWALB<br>*Attorney General*<br>*District of Columbia*<br>400 6th Street NW<br>Washington, DC 20001 |
| KATHLEEN JENNINGS<br>*Attorney General*<br>*State of Delaware*<br>820 N. French Street<br>Wilmington, DE 19801 | ANNE E. LOPEZ<br>*Attorney General*<br>*State of Hawaiʻi*<br>425 Queen Street<br>Honolulu, HI 96813 |
| KWAME RAOUL<br>*Attorney General*<br>*State of Illinois*<br>115 S. LaSalle St.<br>Chicago, IL 60603 | AARON M. FREY<br>*Attorney General*<br>*State of Maine*<br>6 State House Station<br>Augusta, ME 04333-0006 |
| ANTHONY G. BROWN<br>*Attorney General*<br>*State of Maryland*<br>200 Saint Paul Place<br>Baltimore, MD 21202 | ANDREA JOY CAMPBELL<br>*Attorney General*<br>*Commonwealth of Massachusetts*<br>One Ashburton Place<br>Boston, MA  02108 |
| DANA NESSEL<br>*Attorney General*<br>*State of Michigan*<br>P.O. Box 30212<br>Lansing, MI 48909 | MATTHEW J. PLATKIN<br>*Attorney General*<br>*State of New Jersey*<br>25 Market Street<br>Trenton, NJ 08625 |

2

RAÚL TORREZ
*Attorney General*
*State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504-1508

LETITIA JAMES
*Attorney General*
*State of New York*
28 Liberty Street
New York, NY 10005

AARON D. FORD
*Attorney General*
*State of Nevada*
100 North Carson Street
Carson City, NV 89701

DAN RAYFIELD
*Attorney General*
*State of Oregon*
1162 Court Street NE
Salem, OR 97301

CHARITY R. CLARK
*Attorney General*
*State of Vermont*
109 State Street
Montpelier, VT 05609

NICHOLAS W. BROWN
*Attorney General*
*State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
*Attorney General*
*State of Wisconsin*
17 W. Main Street
Madison, WI 53703