# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>PLAINTIFFS,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>DEFENDANTS. | Court File No. 0:26-cv-00190-KMM-DJF<br><br>**MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF** |

1

The State of California, together with Arizona, Colorado, Connecticut, District Of Columbia, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, New Jersey, New Mexico, New York, Nevada, Oregon, Vermont, Washington, and Wisconsin ("Amici"), respectfully request leave to appear as amici curiae and file the proposed amici curiae brief, attached hereto as Exhibit 1, in support of Plaintiffs' Motion for Injunctive Relief [ECF 5]. Counsel for the Amici have conferred with counsel of record for the parties in this case and the Plaintiffs and Defendants do not oppose this motion.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE

District courts may consider amicus briefs from non-parties with information that is "timely [or] useful." *Murphy by Murphy v. Piper*, 2018 WL 2088302, at *11 (D. Minn., May 4, 2018). The decision to allow the filing of an amicus brief is based on whether a movant has "a unique perspective on this case and perhaps helpful information given their level of expertise." *North Dakota v. Heydinger,* 2013 WL 593898, at *7 (D. Minn., Feb. 15, 2013). While there are no strict prerequisites to qualify for amicus status, district courts have granted amicus status when "the brief[s] will assist the Court by presenting arguments, theories, and or facts that are not contained in the parties' briefs." *Id*.

## II. INTEREST AND IDENTITY OF AMICI CURIAE

Amici have a profound interest in safeguarding the rights that the Constitution reserves to the States and their localities. In particular, Amici have an interest in preserving the exercise of police power – that is, the general governing power over the vital functions of day-to-day government, including local law enforcement, public health and education, and the overall public safety and well-being of people within state and local jurisdictions – that is presently being disrupted in Minnesota.

Amici's interest in this litigation is particularly acute considering the Trump administration's stated intent to use "Operation Metro Surge" in Minnesota as a blueprint for federal action elsewhere. In recent days, a senior White House official has stated on

the record, that Minnesota is "a good place to start, but it's only the beginning. CA and NY next."[1] This approach indicates a broader strategy to use immigration enforcement as a pretext for federal overreach in our communities and States.

The proposed amicus brief addresses the principles of state sovereignty and federalism that are central to our nation's constitutional framework. It further provides a unique perspective to the Court regarding how Defendants' actions in Minnesota have harmed the State's sovereign interests and the public as a whole. Under "Operation Metro Surge," the Department of Homeland Security (DHS) has sent more than 3,000 federal agents into the Minneapolis area, a federal force that exceeds the combined police departments of the Twin Cities of Minneapolis and Saint Paul—Minnesota's two largest cities. These federal agents have implemented an extraordinary campaign of recklessness and disregard for norms of policing and the sanctity of life. They have fatally shot one resident, seriously wounded others, attacked peaceful protestors, and systematically conducted illegal unconstitutional stops and arrests. This has fundamentally disrupted the balance between federal and state government, and the federal government's unlawful conduct has undermined Minnesota's ability to effectuate core governmental functions. If left unchecked, the federal government will no doubt be emboldened to continue its unlawful conduct in Minnesota and to repeat it elsewhere.

Amici are uniquely positioned to present arguments to the Court regarding how Defendants' Operation Metro Surge has harmed Minnesota's sovereign interests, and why the public interest and balance of equities lies with the Plaintiffs. Thus, Amici respectfully request that this Court grant them leave to file the attached amicus brief in support of Plaintiffs' Motion for Injunctive Relief.

---

[1] Makena Kelly & Leah Feiger, *Minnesota Is Just the Beginning. California and New York Are 'Next'*, WIRED (Jan. 15, 2026), https://www.wired.com/story/california-and-new-york-are-next/.

## III. CONCLUSION

For the foregoing reasons, Amici respectfully request this Court's leave to appear as amici curiae and deem the proposed amicus brief filed.

Dated:  January 22, 2026                    Respectfully Submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
MARISSA S. MALOUFF
ROBIN L. GOLDFADEN
JAMES E. STANLEY
Supervising Deputy Attorneys General
DENNIS OJOGHO
Deputy Attorney General


*/s/ Theresa Zhen*
THERESA ZHEN*
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6063
Email: Theresa.Zhen@doj.ca.gov


*Counsel for Amici*
**Pro Hac Vice Application Pending*

*(Counsel listing continues on next page)*

| | |
|---|---|
| KRISTIN K. MAYES<br>*Attorney General*<br>*State of Arizona*<br>2005 North Central Avenue<br>Phoenix, AZ 85004 | PHILIP J. WEISER<br>*Attorney General*<br>*State of Colorado*<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| WILLIAM TONG<br>*Attorney General*<br>*State of Connecticut*<br>165 Capitol Avenue<br>Hartford, CT 06106 | BRIAN L. SCHWALB<br>*Attorney General*<br>*District of Columbia*<br>400 6th Street NW<br>Washington, DC 20001 |
| KATHLEEN JENNINGS<br>*Attorney General*<br>*State of Delaware*<br>820 N. French Street<br>Wilmington, DE 19801 | ANNE E. LOPEZ<br>*Attorney General*<br>*State of Hawaiʻi*<br>425 Queen Street<br>Honolulu, HI 96813 |
| KWAME RAOUL<br>*Attorney General*<br>*State of Illinois*<br>115 S. LaSalle St.<br>Chicago, IL 60603 | AARON M. FREY<br>*Attorney General*<br>*State of Maine*<br>6 State House Station<br>Augusta, ME 04333-0006 |
| ANTHONY G. BROWN<br>*Attorney General*<br>*State of Maryland*<br>200 Saint Paul Place<br>Baltimore, MD 21202 | ANDREA JOY CAMPBELL<br>*Attorney General*<br>*Commonwealth of Massachusetts*<br>One Ashburton Place<br>Boston, MA  02108 |
| DANA NESSEL<br>*Attorney General*<br>*State of Michigan*<br>P.O. Box 30212<br>Lansing, MI 48909 | MATTHEW J. PLATKIN<br>*Attorney General*<br>*State of New Jersey*<br>25 Market Street<br>Trenton, NJ 08625 |

RAÚL TORREZ
*Attorney General*
*State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504-1508

LETITIA JAMES
*Attorney General*
*State of New York*
28 Liberty Street
New York, NY 10005

AARON D. FORD
*Attorney General*
*State of Nevada*
100 North Carson Street
Carson City, NV 89701

DAN RAYFIELD
*Attorney General*
*State of Oregon*
1162 Court Street NE
Salem, OR 97301

CHARITY R. CLARK
*Attorney General*
*State of Vermont*
109 State Street
Montpelier, VT 05609

NICHOLAS W. BROWN
*Attorney General*
*State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
*Attorney General*
*State of Wisconsin*
17 W. Main Street
Madison, WI 53703