## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>                Plaintiffs,<br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>                Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br>**MEET AND CONFER STATEMENT** |

I, Theresa Zhen, representing the Amici States, hereby certify that I met and conferred with counsel for Plaintiffs and Defendants via email regarding the Amici's Motion for Leave to File Brief of *Amici Curiae* in Support of Plaintiffs' Motion for Injunctive Relief. The parties consented to Amici's request to file their proposed amicus brief.

Dated: January 22, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
MARISSA S. MALOUFF
ROBIN L. GOLDFADEN
JAMES E. STANLEY
Supervising Deputy Attorneys General
DENNIS OJOGHO
Deputy Attorney General

*/s/ Theresa Zhen*
THERESA ZHEN*
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6063
Email: Theresa.Zhen@doj.ca.gov

*Counsel for Amici*
**Pro Hac Vice Application Pending*