# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcemen*t; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>　　　　Defendants. | Court File No. 0:26-cv-00190-KMM-DJF<br><br><br>**CERTIFICATE OF COMPLIANCE** |

The Memorandum of Law in Support of Unopposed Motion for Leave to File Brief of *Amici Curiae* in Support of Plaintiffs' Motion for Injunctive Relief complies with the 12,000-word limit set forth in Local Rule 7.1(f), as the memorandum contains 664 words, excluding the caption, table of contents, table of authorities, and signature page. The undersigned utilized Microsoft® Office 365 to produce this memorandum and to calculate the word count. The undersigned adjusted Microsoft® Word 365's Word Count tool to include all text, including headings, footnotes, glossaries, and quotations. This memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as the memorandum utilizes Times New Roman font size 13.

Dated: January 22, 2026      Respectfully Submitted,

                                          ROB BONTA
                                        Attorney General of California
                                        MICHAEL L. NEWMAN
                                        Senior Assistant Attorney General
                                        MARISSA S. MALOUFF
                                        ROBIN L. GOLDFADEN
                                        JAMES E. STANLEY
                                        Supervising Deputy Attorneys General
                                        DENNIS OJOGHO
                                        Deputy Attorney General

                                        */s/ Theresa Zhen*
                                        THERESA ZHEN*
                                        *Deputy Attorney General*
                                        Office of the Attorney General
                                        300 South Spring Street, Suite 1702
                                        Los Angeles, CA  90013-1230
                                        Telephone: (213) 269-6063
                                        Email: Theresa.Zhen@doj.ca.gov

                                        *Counsel for Amici*
                                        *\*Pro Hac Vice Application Pending*