# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>PLAINTIFFS,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol*; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>DEFENDANTS. | Court File No. 0:26-cv-00190-KMM-DJF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF** |

# [PROPOSED] ORDER

The above-captioned matter came before the undersigned on January 22, 2026 pursuant to States of California, Arizona, Colorado, Connecticut, District of Columbia, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, New Jersey, New Mexico, New York, Nevada, Oregon, Vermont, Washington, and Wisconsin (Amici), Unopposed Motion for Leave to File Brief of *Amici Curiae* in Support of Plaintiffs' Motion for Injunctive Relief.  Based upon the submissions by the Amici on this Motion, the arguments of counsel and parties, and all of the files and records herein,

**IT IS HEREBY ORDERED:**

1. Amici States' Motion for Leave is **GRANTED.**

**IT IS SO ORDERED**.                                    _____

                                                                       Katherine M. Menendez

                                                                       United States District Judge

Dated: January __, 2026

1