UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br><br><br>**MOTION OF THE ADVOCATES FOR HUMAN RIGHTS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

    The Advocates for Human Rights, by and through undersigned counsel, respectfully moves this Court to submit an amicus curiae brief in support of Plaintiff's motion for preliminary injunction. The motion for leave is based upon the accompanying

Memorandum in Support of the Motion of The Advocates for Human Rights for Leave to File Amicus Curiae Brief in Support of Plaintiff's Motion for Preliminary Injunction.

Dated:  January 23, 2026         **NILAN JOHNSON LEWIS PA**

        By:  *s/Daniel J. Supalla*
           Daniel J. Supalla (#0387064)
           Allison M. Lange Garrison (#391433)
           Sara L. Lewenstein (#0400160)
        250 Marquette Avenue South, Suite 800
        Minneapolis, MN 55401
        Telephone: 612-305-7500
        Fax: 612-305-7501
        Email: dsupalla@nilanjohnson.com
              alangegarrisonnilanjohnson.com
              slewenstein@nilanjohnson.com

            and

**THE ADVOCATES FOR HUMAN RIGHTS**

Amy L. Bergquist (#0388728)
330 2nd Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-341-3302
Email: abergquist@advrights.org

**ATTORNEYS FOR THE ADVOCATES FOR HUMAN RIGHTS**

4915-6089-6393