UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br>**MEMORANDUM IN SUPPORT OF MOTION OF THE ADVOCATES FOR HUMAN RIGHTS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## **STATEMENT OF INTEREST**

The Advocates for Human Rights ("The Advocates"), based in Minneapolis, Minnesota, is an independent nonprofit organization dedicated to implementing international human rights standards to promote civil society and reinforce the rule of law. The Advocates investigates human rights violations; represents people seeking asylum or fleeing human trafficking, children facing deportation, and people detained by federal immigration authorities; trains and assists groups that protect human rights; engages the public and policymakers; pushes for legal reform; and advocates for sound immigration and human rights policies.

The Advocates submits this *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction. (ECF 5.)  The Advocates seeks to place the actions taken by federal immigration enforcement agents pursuant to Operation Metro Surge in the context of customary international human rights law and international human rights treaties to which the United States is a party. Federal, state, and local governments collectively have an obligation to respect, protect, and fulfill the United States's international human rights obligations. Because federal authorities are actively violating those obligations, they are simultaneously impeding state and local efforts to uphold those obligations. The Advocates respectfully submits that a preliminary injunction in this matter is necessary to prevent or mitigate federal authorities' ongoing violations of international human rights law.

## ARGUMENT

The Advocates respectfully requests leave of the Court to submit the attached *amicus curiae* brief in support of the Plaintiffs' Motion for Preliminary Injunction. The United States, a party to key international human rights treaties, has long affirmed its commitment to uphold the human rights of all individuals within its jurisdiction, regardless of race, nationality, or immigration status. These obligations bind the nation not only in principle, but in practice—requiring that government actions respect, protect, and fulfill international human rights to dignity, due process, and equality before the law. Yet the ongoing Operation Metro Surge in the Twin Cities—a sweeping and uncharacteristically aggressive immigration enforcement campaign—raises grave concerns about the United States' compliance with these obligations. The Operation has indiscriminately targeted immigrants, refugees, asylum seekers, and U.S. citizens, resulting in widespread human rights violations. Such conduct stands in direct tension with the human rights norms the United States has committed to respect and protect.

This *amicus curiae* brief seeks to situate the actions of federal authorities within the broader framework of international law, demonstrating how federal authorities' conduct not only constitutes an abuse of authority under domestic law but also violates the nation's international legal obligations.

## CONCLUSION

For the reasons stated herein, The Advocates respectfully requests the Court grant its motion to appear as *amicus curiae* and accept the attached memorandum addressing

the United States' international legal obligations and how federal authorities' conduct in Operation Metro Surge has violated those international obligations.

Dated:  January 23, 2026         **NILAN JOHNSON LEWIS PA**

By: *s/Daniel J. Supalla*
　　Daniel J. Supalla (#0387064)
　　Allison M. Lange Garrison (#391433)
　　Sara L. Lewenstein (#0400160)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7500
Fax: 612-305-7501
Email: dsupalla@nilanjohnson.com
　　　alangegarrisonnilanjohnson.com
　　　slewenstein@nilanjohnson.com

and

**THE ADVOCATES FOR HUMAN RIGHTS**

Amy L. Bergquist (#0388728)
330 2nd Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-341-3302
Email: abergquist@advrights.org

**ATTORNEYS FOR THE ADVOCATES FOR HUMAN RIGHTS**