UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br><br><br>**CERTIFICATE OF COMPLIANCE** |

2

1. I hereby certify that the **Memorandum in Support of Motion of The Advocates for Human Rights for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction** complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 456 words, including headings, footnotes and quotations.

2. I hereby certify that the *Amicus Curiae* **Brief by The Advocates for Human Rights** complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 6,837 words, including headings, footnotes and quotations.

3. I further certify that both documents were prepared using Microsoft Word for Microsoft 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. Any text in images not counted by the word processing program has been counted manually and added in to arrive at the above-stated total word count.

| | |
|---|---|
| Dated:  January 23, 2026 | **NILAN JOHNSON LEWIS PA** |

By: *s/Daniel J. Supalla*
    Daniel J. Supalla (#0387064)
    Allison M. Lange Garrison (#391433)
    Sara L. Lewenstein (#0400160)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7500
Fax: 612-305-7501
Email: dsupalla@nilanjohnson.com
      alangegarrisonnilanjohnson.com
      slewenstein@nilanjohnson.com

and

**THE ADVOCATES FOR HUMAN RIGHTS**

Amy L. Bergquist (#0388728)
330 2nd Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-341-3302
Email: abergquist@advrights.org

**ATTORNEYS FOR THE ADVOCATES FOR HUMAN RIGHTS**