UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br><br><br>**DECLARATION OF DANIEL J. SUPALLA IN SUPPORT OF** *AMICUS CURIAE* **BRIEF BY THE ADVOCATES FOR HUMAN RIGHTS** |

I, Daniel J. Supalla, declare as follows:

1. I am Senior Counsel at Nilan Johnson Lewis PA and am one of the attorneys representing The Advocates for Human Rights ("Advocates").

2. I make this declaration in support of The Advocates' *Amicus Curiae* Brief. I make this declaration of my own personal knowledge or, where stated, upon information and belief. I am fully familiar with the issues discussed below and, if called to testify, I could and would competently testify thereto under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of the UN Office of the High Commissioner, Human Rights Committee, General Comment No. 36 on Article 6: Right to Life, CCPR/C/GC/36, Sept. 3, 2019.

4. Attached hereto as Exhibit 2 is a true and correct copy of a news article, Sofia Barnett and Jeff Day, *How a 40-Second Encounter Led an ICE Agent To Shoot and Kill a Twin Cities Resident*, THE MINNESOTA STAR TRIBUNE (Jan. 10, 2026), *available at* https://www.startribune.com/how-a-40-second-encounter-led-an-ice-agent-to-shoot-and-kill-a-twin-cities-resident/601560223.

5. Attached hereto as Exhibit 3 is a true and correct copy of a news article, Michael Biesecker and Ryan J. Foley, *Autopsy Finds Cuban Immigrant in ICE Custody Died of Homicide Due to Asphyxia*, THE ASSOCIATED PRESS (Jan. 21, 2026), *available at* https://www.npr.org/2026/01/22/g-s1-106773/cuban-immigrant-ice-custody-died-homicide.

6. Attached hereto as Exhibit 4 is a true and correct copy of a news article, Maanvi Singh, Coral Murphy Marcos, and Charlotte Simmonds, *2025 Was ICE's Deadliest Year in Two Decades. Here Are the 32 People Who Died in Custody*, THE GUARDIAN (Jan. 4, 2026), *available at* https://www.theguardian.com/us-news/ng-interactive/2026/jan/04/ice-2025-deaths-timeline.

7. Attached hereto as Exhibit 5 is a true and correct copy of a news article, Sofia Barnett and Rohan Preston, *Allegations of Racial Profiling of U.S. Citizens on the Rise as ICE Surge Expands in Minnesota*, THE MINNESOTA STAR TRIBUNE, (Jan. 18, 2026), *available at* https://www.startribune.com/allegations-of-racial-profiling-of-us-citizens-on-the-rise-as-ice-surge-expands-in-minnesota/601564653.

8. Attached hereto as Exhibit 6 is a true and correct copy of an article, Hibah Ansari, *Inside an ICE Detention Center: Detained People Describe Severe Medical Neglect, Harrowing Conditions*, AMERICAN CIVIL LIBERTIES UNION (Dec. 17, 2025), *available at* https://www.aclu.org/news/immigrants-rights/inside-an-ice-detention-center-detained-people-describe-severe-medical-neglect-harrowing-conditions.

9. Attached hereto as Exhibit 7 is a true and correct copy of a news article, Katrina Pross, *Minnesota Man Hospitalized with Life-Threatening Injuries After ICE Arrest*, SAHAN JOURNAL (Jan. 20, 2026) *available at* https://sahanjournal.com/health/ice-detainee-hospitalized-head-injury-lawsuit/.

10. Attached hereto as Exhibit 8 is a true and correct copy of a news article, Feven Gerezgiher and Matt Sepic, *Minneapolis Man Says ICE Agents Took 'Trophy' Photos, Locked Him in Overcrowded Cell*, MPR NEWS (Jan. 18, 2026), *available at* https://www.mprnews.org/story/2026/01/18/garrison-gibson-says-ice-agents-took-trophy-photos-locked-in-overcrowded-cell.

11. Attached hereto as Exhibit 9 is a true and correct copy of a news article, Rebecca Santana, Mike Householder, and Mark Vancleave, *Video Captures Minneapolis Immigration Arrest in a City on Edge After Shooting of Renee Good*, AP NEWS, Jan. 11,

2026, *available at* https://apnews.com/article/ice-protests-shootings-minneapolis-portland-3f9db36657dda5bfebf9c240b6011ee5.

    12.    Attached hereto as Exhibit 10 is a true and correct copy of an Order, ECF No. 6 at 8, *Gibson v. Bondi et al.*, No. 26-CV-172 (JMB/DJF) (D. Minn. Jan. 15, 2026)

    13.    Attached hereto as Exhibit 11 is a true and correct copy of a news article, Jack Brook, *US Citizen Says ICE Took Him at Gunpoint in Only Underwear Despite Frigid Cold and No Warrant,* AP NEWS, Jan. 20, 2026, *available at* https://apnews.com/article/minnesota-immigration-us-citizen-detained-hmong-d009590a491c0c8243ef21ef24db7182.

    14.    Attached hereto as Exhibit 12 is a true and correct copy of a news article, Billal Rahman, *ICE Allowed To Enter Homes Without Warrant: Read Full Memo*, NEWSWEEK (Jan. 22, 2026), *available at* https://www.newsweek.com/ice-allowed-to-enter-homes-without-warrant-read-full-memo-11398706.

    15.    Attached hereto as Exhibit 13 is a true and correct copy of a Complaint, *Hussein et al. v. Noem*, No. 26:CV-00324 (ECF/ECW) (D. Minn. Jan. 15, 2026).

    16.    Attached hereto as Exhibit 14 is a true and correct copy of the UN Office of the High Commissioner, Human Rights Committee, General Comment No. 35 on Article 9, Liberty and Security of Person, CCPR/C/GC/35, Oct. 31, 2014.

    17.    Attached hereto as Exhibit 15 is a true and correct copy of a news article, Howard Thompson, Nick Longworth, and Mike Manzoni, *Judge Orders DHS, ICE To Release Detained Venezuelan Family After Failing To Produce Warrant,* FOX 9 KMSP

(Jan. 19, 2026), *available at* https://www.fox9.com/news/judge-orders-ice-produce-warrant-release-venezuelan-family-detained-st-paul-jan-2026.

18. Attached hereto as Exhibit 16 is a true and correct copy of a news article, Elizabeth Shockman, *ICE Detains 5-year old Minnesota Boy; Lawyer Says Agents Used Him as 'Bait,'* MPR NEWS (Jan. 21, 2026), *available at* https://www.mprnews.org/story/2026/01/21/ice-detains-5year-old-minnesota-boy-lawyer-says-agents-used-him-as-bait.

19. Attached hereto as Exhibit 17 is a true and correct copy of a news article, Brad Brooks, *Whistles and Walkie-Talkies: Minneapolis Keeps Guard Over Schools Amid ICE Arrests*, REUTERS (Jan. 17, 2026), *available at* https://www.reuters.com/world/us/whistles-walkie-talkies-minneapolis-keeps-guard-over-schools-amid-ice-arrests-2026-01-17/.

20. Attached hereto as Exhibit 18 is a true and correct copy of a news article, Elizabeth Shockman, *Minneapolis Schools Cancel Classes After Border Patrol Clash Disrupts Dismissal at Roosevelt*, MPR NEWS (Jan. 8, 2026), *available at* https://www.mprnews.org/story/2026/01/08/after-border-patrol-clash-at-roosevelt-minneapolis-schools-cancel-classes.

21. Attached hereto as Exhibit 19 is a true and correct copy of a news article, Lydia Morrell, *Minneapolis Student Detained by Federal Officers at Bus Stop*, KARE 11, Jan. 15, 2026, https://www.kare11.com/article/news/local/ice-in-minnesota/minneapolis-student-detained-by-federal-officers-at-bus-stop/89-29352662-cb85-4249-b69b-2e85aaae7a8a.

5

22. Attached hereto as Exhibit 20 is a true and correct copy of a press release, Dr. Teri Staloch, Superintendent, *Update: Federal ICE Activity Within the District*, ROBBINSDALE AREA SCHOOLS (Jan. 14, 2026), *available at* https://www.rdale.org/discover/news/article/~board/district-news/post/update-federal-ice-activity-within-the-district.

23. Attached hereto as Exhibit 21 is a true and correct copy of a news article, Nick Longworth, *St. Paul Schools Van Full of Teachers, Students Pulled Over by ICE Agents*, FOX 9 KMSP (Jan. 15, 2026), *available at* https://www.fox9.com/news/st-paul-schools-van-pulled-over-ice-agents-jan-2026.

24. Attached hereto as Exhibit 22 is a true and correct copy of a news article, David Griswold, *Little Canada Elementary Implements "Secure" Protocol While ICE Agents Were in Parking Lot During School Hours*, KARE 11 (Jan. 21, 2026), *available at* https://www.kare11.com/article/news/local/ice-in-minnesota/little-canada-elementary-secure-protocol-ice-agents-in-parking-lot-during-school-hours/89-92cdb60d-18f9-48b0-96df-6a75a839a477.

25. Attached hereto as Exhibit 23 is a true and correct copy of a news article, Susan Du, *ICE Operations Are Encroaching on Schools and Day Cares*, THE MINNESOTA STAR TRIBUNE (Jan. 16, 2026), *available at* https://www.startribune.com/minnesota-daycares-say-ice-is-targeting-its-workers/601560204.

26. Attached hereto as Exhibit 24 is a true and correct copy of a news article, Samie Solina, *Local Child Care Centers Report ICE Detentions, Federal Visits Amid*

6

*Rising Concerns*," KARE 11, (Jan. 13, 2026), *available at*

https://www.kare11.com/article/news/politics/immigration-news/local-child-care-centers-report-ice-detentions-federal-visits/89-2dc1ce9e-8b8a-4964-81c0-b52715e98b8e.

27. Attached hereto as Exhibit 25 is a true and correct copy of a news article, Jason Rantala, *ICE Entered Minneapolis Hospital Without Warrant, Handcuffed Patient to Bed, Community Organizers Say*, CBS NEWS (Jan. 7, 2026), *available at* https://www.cbsnews.com/minnesota/news/hcmc-hennepin-healthcare-ice-patient-handcuffed/.

28. Attached hereto as Exhibit 26 is a true and correct copy of a news article, Jeremy Olson, *ICE Detainee With Severe Skin Disorder Is Going Home*, THE MINNESOTA STAR TRIBUNE (Jan. 15, 2026), *available at* https://www.startribune.com/ice-detainee-with-severe-skin-disorder-going-home/601564192.

29. Attached hereto as Exhibit 27 is a true and correct copy of a news article, Erica Zurek, *Health Needs, Insurance Woes Compound Fears For Minnesota Families Amid ICE Operations*, MPR NEWS (Jan. 16, 2026), *available at* https://www.mprnews.org/story/2026/01/16/ice-operations-add-to-health-concerns-for-some-minnesotans.

30. Attached hereto as Exhibit 28 is a true and correct copy of the United Nations Office of the High Commissioner, *Basic Principles on the Use of Force and Firearms by Law Enforcement Officials*, ¶ 9 (Sept. 7, 1990), *available at*

https://www.ohchr.org/en/instruments-mechanisms/instruments/basic-principles-use-force-and-firearms-law-enforcement.

31.     Attached hereto as Exhibit 29 is a true and correct copy of a news article, Richard Luscombe, *Renee Good Was Shot Three Times, Autopsy into Minneapolis ICE Killing Finds*, THE GUARDIAN (Jan. 22, 2026), *available at* https://www.theguardian.com/us-news/2026/jan/22/renee-good-autopsy-ice-minneapolis.

32.     Attached hereto as Exhibit 30 is a true and correct copy of a news article, Cait Kelley, *ICE Agents Are Trained in CPR. They Didn't Use It on Renee Macklin Good*, MPR NEWS, (Jan 17, 2026), *available at* https://www.mprnews.org/story/2026/01/17/ice-agents-are-trained-in-cpr-they-didnt-use-it-on-renee-macklin-good.

33.     Attached hereto as Exhibit 31 is a true and correct copy of a news article, Jeremy Olson, *'I'm a Physician,' He Said. 'Don't Care' Was the Reply.*, MINNESOTA STAR TRIBUNE (Jan 12, 2026), *available at* https://www.startribune.com/should-ice-agents-have-refused-bystander-medical-help-at-shooting-scene/601560462.

34.     Attached hereto as Exhibit 32 is a true and correct copy of *The Minnesota Protocol on the Investigation of Potentially Unlawful Death* (2016), Office of the United Nations High Commissioner for Human Rights, New York / Geneva (2017).

35.     Attached hereto as Exhibit 33 is a true and correct copy of a news article, Sydney Kashiwagi, *Justice Department Says It Has No Plans To Investigate ICE Agent Who Killed Renee Good and Confirms Walz, Frey Probe*, THE MINNESOTA STAR TRIBUNE (Jan. 18, 2026), *available at* https://www.startribune.com/justice-department-

says-it-has-no-plans-to-investigate-ice-agent-who-killed-renee-good-and-confirms-walz-frey-probe/601566499.

36.     Attached hereto as Exhibit 34 is a true and correct copy of a news article, Ernesto Londoño, *Six Prosecutors Quit Over Push to Investigate ICE Shooting Victim's Widow*, N.Y. TIMES (Jan. 13, 2026), *available at* https://www.nytimes.com/2026/01/13/us/prosecutors-doj-resignation-ice-shooting.html

37.     Attached hereto as Exhibit 35 is a true and correct copy of a news article, Richard Luscombe, *Trump Administration Unleashes Torrent of Untruths After Woman Shot Dead by ICE*, THE GUARDIAN (Jan 9, 2026), *available at* https://www.theguardian.com/us-news/2026/jan/09/white-house-minneapolis-ice-killing.

38.     Attached hereto as Exhibit 36 is a true and correct copy of a news article, Luke Broadwater and Katie Rogers, *Trump Has Another Justification for the Shooting of Renee Good: Disrespect*, NEW YORK TIMES (Jan. 12, 2026), https://www.nytimes.com/2026/01/12/us/politics/trump-shooting-renee-good-ice.html

39.     Attached hereto as Exhibit 37 is a true and correct copy of an article, UN Women, *Five Essential Facts To Know About Femicide* (Nov. 25, 2025), *available at* https://www.unwomen.org/en/articles/explainer/five-essential-facts-to-know-about-femicide  (Supalla Decl. Exh. 37).

40.     Attached hereto as Exhibit 38 is a true and correct copy of Morris Tidball-Binz (Special Rapporteur on Extrajudicial, Summary or Arbitrary Executions), *Report of the Special Rapporteur on Extrajudicial, Summary or Arbitrary Executions*, U.N. Doc. A/78/254, at 6 (July 28, 2023).

41. Attached hereto as Exhibit 39 is a true and correct copy of a news article, Clyde McGrady, *After Renee Good Killing, Derisive Term for White Women Spreads on the Far Right*, NEW YORK TIMES (Jan. 17, 2026), *available at* https://www.nytimes.com/2026/01/17/us/politics/white-women-conservatives.html

42. Attached hereto as Exhibit 40 is a true and correct copy of a news article, Janelle Griffith, *ICE Agent Captured in Video Asking Woman Following Him 'Have Y'all Not Learned' Since Renee Good's Fatal Shooting*, PEOPLE (Jan. 14, 2026), *available at* https://people.com/ice-agent-captured-asking-have-yall-not-learned-after-renee-good-death-11885415.

43. Attached hereto as Exhibit 41 is a true and correct copy of a news article, Noah Hurowitz, *Federal Agents Keep Invoking Killing of Renee Good To Threaten Protesters in Minnesota*, THE INTERCEPT (Jan. 14, 2026), *available at* https://theintercept.com/2026/01/14/ice-minneapolis-protests-renee-good.

44. Attached hereto as Exhibit 42 is a true and correct copy of an article, Siena Iwasaki Milbauer, Gender Justice To Investigate Gender-Based & Sexual Violence by Federal Immigration Agents in Minnesota, GENDER JUSTICE (Jan. 16, 2026), *available at* https://www.genderjustice.us/gender-justice-to-investigate-ice-violence/.

45. Attached hereto as Exhibit 43 is a true and correct copy of an article, Immigrant & Refugee Law Center, *ICE Agent Charged with Sexual Abuse of Two Immigrants as Investigators Search for More Victims* (Dec. 9, 2022), *available at* https://www.irlawcenter.org/news-media/ice-agent-charged-with-sexual-abuse-of-two-immigrants-as-investigators-search-for-more-victims *see also* Brian Hamrick, *ICE agent*

*charged with sexual abuse of two immigrants as investigators search for more victims*, (Dec. 9, 2022), *available at* https://www.wlwt.com/article/ice-agent-charged-with-sexual-abuse-of-two-immigrants/42203418#.

I declare under penalty of perjury under the laws of the United States and the State of Minnesota that the foregoing is true and correct.

DATED: January 23, 2026

By: */s/ Daniel J. Supalla*
Daniel J. Supalla