*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 6**



# le an ICE Detention Center: Detained People Describe Severe Medical Neglect, owing Conditions

Seven people detail what it's like to be held in a California immigration detention center. One man who likely has prostate cancer has continuously been denied medication and urgent treatment.

**Hibah Ansari**, she/her/hers, Content Writer & Editor, ACLU

December 17, 2025

Seven people detail what it's like to be held in a California immigration detention center. One man who likely has prostate cancer has continuously been denied medication and urgent treatment.

When U.S. Immigration and Customs Enforcement (ICE) detained Fernando Viera Reyes, his first concern was deportation. His second: prostate cancer.

"It's one thing being healthy and going through that, but now there's no medical attention," Viera Reyes said. "I talked to guys who had been in detention. One guy said you're not going to make it. You're going to suffer."

Viera Reyes is among seven people detained by ICE who sued the Trump administration on November 12 over inhumane conditions at the privately owned California City Detention Facility. The plaintiffs filed their lawsuit with the support of the ACLU, California Collaborative for Immigrant Justice, Prison Law Office, and Keker Van Nest & Peters as a class action representing all people detained at California City. They cite punishing conditions, enforced isolation, neglect of people with disabilities, denial of access to counsel, and, as in Viera Reyes' case, the facility's terrifyingly inadequate medical care. ICE's neglect of Viera Reyes's medical condition is so severe that he filed an emergency motion.

## Medical Neglect at ICE Detention Center

While he was detained in a different California immigration detention center in 2024, Viera Reyes was in agonizing pain, and had blood in his urine and stool. He underwent

multiple tests that showed signs of prostate cancer. Viera Reyes has since been in an endless limbo of trying to get a final test: a biopsy to diagnose the cancer, so he can receive prompt treatment.

Detention administrators failed to get him that biopsy before he was transferred to California City Detention Facility, the largest immigration detention center in the state, in August 2025. Since his transfer, Viera Reyes' barriers to treatment and painful uncertainty regarding his health have worsened. Not only has ICE thwarted his attempts to get a biopsy, Viera Reyes also cannot access the medication he needs to manage symptoms. He has had difficulty seeing a doctor, let alone a specialist. ICE also did not send his health care records with him when he was transferred from another ICE facility to California City, further delaying his treatment. At this point, he has reason to believe his cancer has spread.

Since Viera Reyes arrived at California City, his health has gotten worse. He stays in bed more than he used to. It's difficult for him to use the bathroom without feeling pain and discomfort, especially without medication. Lately, a pulsating feeling has intensified.

"I was in prison for over 30 years," Viera Reyes said. "The conditions at California City are worse."

At least in prison there were fewer barriers to access medical care than he has faced in ICE detention. He was also able to work out, participate in classes and go to church. Now, all he can do to distract himself is watch television. "I always worry. My mind right now is racing," he said. "We're just stuck and the only thing that works a lot is our mind, the anxiety."

Because the levels in his blood work that indicate illness are escalating, Viera Reyes has advocated constantly for his own wellbeing by putting in multiple emergency requests to see a urologist, but his requests have been ignored. When he reported the pain he was experiencing and asked for medication, the doctor prescribed him Vitamin C. Others told him to buy Tylenol from the commissary.

## ICE Detention Center Violates Immigrants' Rights and Basic Needs

Despite the egregious medical neglect Viera Reyes is experiencing, his story is just one among the hundreds of people detained at California City. Led by the people detained, the lawsuit unveils the myriad ways that ICE and the Department of Homeland Security fail to accommodate basic human needs for the people in their care. Fernando Gomez Ruiz, another person who is suing ICE alongside Viera Reyes, was repeatedly denied insulin, leading to elevated blood sugar levels. He also has an ulcer on his foot that he was not getting proper treatment for. Another plaintiff, Yuri Alexander Roque Campos, could not get his heart medications, even though he had two emergency room visits as soon as he arrived at the facility. The emergency room doctor told the facility that he urgently needed to see a cardiac specialist within 72 hours. He is still waiting for that specialist appointment three months later.

Plaintiffs in the lawsuit also cite excessively restrictive and punitive conditions. For example, Gustavo Guevara Alarcon was placed in solitary confinement for asking to finish his shower.

"Sometimes it feels like they're treating us like prisoners, but we're not," Viera Reyes said. "It's like they want us to act like prisoners. They want us to be hostile, even for medical reasons, banging on the door and yelling."

In addition to the severely broken medical system at California City, people with disabilities are denied basic accommodations, such as sign language interpreters and wheelchairs. One plaintiff in the lawsuit who is Deaf and only speaks in American Sign Language, Jose Ruiz Canizales, has only interacted with a sign language interpreter by the facility once, via video. It's made him feel completely isolated. When he tried to communicate with staff, they would often shrug their shoulders, walk away, or laugh at him.

"So often what happens in a detention facility behind locked doors and barbed wire is invisible to the public," said Kyle Virgien, senior staff attorney at the ACLU National Prison Project. "It's really important that people know what's being done by our government in our name."

## Detained People Describe Punitive Treatment and Harsh Conditions

The facility holds people in small concrete cells the size of a parking space for hours on end without adequate clothing, food, or water. They deny people basic medical care, disability accommodations, and access to their lawyers and loved ones. Sewage bubbles up from the shower drains, and insects crawl up and down the walls of the cells in the decrepit facility. Officers threaten people who speak out against the abusive conditions with violence and solitary confinement, which they use excessively. Temperatures are frigid. Some wear socks on their arms as sleeves to stay warm.

California City previously operated as a state prison in the middle of the Mojave Desert managed by the California Department of Corrections and Rehabilitation. ICE contracted with the for-profit company CoreCivic to re-open the prison as an immigration detention center this year. It can hold up to 2,560 immigrants in the facility. Since its re-opening, it has come under intense criticism, with people detained at California City describing the facility as a "torture chamber," and community members expressing outrage over its deplorable conditions. Detained people also have engaged in numerous sit-ins and hunger strikes, including in mid-September, when over 100 people across several housing pods engaged in collective action to demand an end to many of the abuses the lawsuit challenges.

"It's important to remember we lawyers have the freedom to bring this lawsuit without facing many personal consequences," Virgien said. "But for the people on the inside, they are standing up against the government while they are under complete control of the government. So the fact that they're willing to stand up even though they might face

retaliation or harm is just truly impressive. I'm so honored to be able to fight alongside them."

## Immigrants Detained Struggle to Maintain Hope in the Face of Deportation and Mistreatment

While some have been empowered to fight back, pervasive fear and suffering have driven others to abandon their legal rights and agree to deportation.

One man at California City attempted suicide by hanging. He remains anonymous in the lawsuit. Another plaintiff, Sokhean Keo, who was friends with that man, saw his body hanging in the cell. The man survived and was transported to receive medical care. California City staff did not offer mental-health services to the people who had witnessed his suicide attempt. Instead, staff disciplined anyone who had not returned to their cells after the incident, people who remain haunted by the image of their friend's body hanging in his cell.

Viera Reyes had heard that the man left a note that said he would rather die in America than be deported. "It triggered something in my mind like, 'Wow, he has a point.' I put myself in his shoes, because I know what's going to happen to me if I get deported. But you start thinking about your family."

At least two other detained people have attempted suicide, and others believe the number is higher. The desolation and desperation has rattled Viera Reyes. He said he tells other detained people in the facility: "Faith is going to have to be your base. Stand on that and believe that something is going to change," he said. "I know I'm going through pain and I know they're not doing what they're supposed to do, but we have to have determination."

## Join the Fight for Immigrants' Rights 

Our fight for immigrants' rights depends on your support. By donating now, you'll help to fund strategic litigation, advocacy, and organizing needed to take on ICE and Border Patrol abuses and violations, help to pave a path to citizenship for millions, ensure our government fulfills its obligation to asylum seekers, and much more. Help us make lasting change.

Donate to the ACLU