*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)


Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 15**

1/22/26, 12:50 PM    Judge orders DHS, ICE to release detained Venezuelan family after failing to produce warrant | FOX 9 Minneapolis-St. Paul

CASE 0:26-cv-00190-KMM-DJF    Doc. 98-15    Filed 01/23/26    Page 2 of 3

# Judge orders DHS, ICE to release detained Venezuelan family after failing to produce warrant

By Howard Thompson , Nick Longworth and Mike Manzoni · Published January 19, 2026 7:56pm CST · Immigration · FOX 9

**12-year-old boy detained by ICE in St. Paul**

A family's home was raided by ICE in St. Paul, and it was caught on camera. FOX 9's Mike Manzoni has more.

## The Brief

- A family of six from Venezuela was detained during an armed raid at a home on Nevada Avenue in St. Paul last week.
- A neighbor told FOX 9 that the family was told the agents had a search warrant for the raid, but never presented the document.
- A U.S. District Court ruled on Monday that DHS had missed a deadline to produce the warrant, ordering their release within 72 hours.

**ST. PAUL, Minn. (FOX 9)** - A judge has ordered the Department of Homeland Security (DHS) and ICE to immediately release a group of six Venezuelan family members detained during an armed raid captured on video at a St. Paul home last week after federal agents failed to produce a warrant for the operation.

1/22/26, 12:50 PM    Judge orders DHS, ICE to release detained Venezuelan family after failing to produce warrant | FOX 9 Minneapolis-St. Paul

CASE 0:26-cv-00190-KMM-DJF    Doc. 98-15    Filed 01/23/26    Page 3 of 3

## Nevada Avenue ICE raid

**The backstory:** Video captured ICE officers armed with assault rifles pushing through the private home on Nevada Avenue in St. Paul last Thursday, Jan. 15.

A neighbor told FOX 9 that family members told the agents had a warrant for the raid but never presented the documentation.

In the aftermath of the raid, loved ones filed a habeas petition in U.S. District Court, demanding the release of all six extended family members, including a 12-year-old boy.

## Judge order Venezuelan family release

**What we know:** In response to the habeas filing, U.S. District Court Judge John Tunheim issued an order directing DHS to respond and produce a judicial warrant by 5 p.m. on Monday.

The court said that in the absence of a warrant, their release would be granted.

Once the deadline passed, Tunheim ruled that DHS and its attorneys failed to respond, and the court granted the habeas corpus petition. He gave the department 72 hours to release all six of the detainees, who are believed to have been transferred out of Minnesota following their arrest.

Tunheim's order states, they must be "immediately returned," prior to being set free.

The judge is also demanding that the government provide an update to the court on the family's status to ensure the order was fulfilled within five days.

Immigration    Politics    St. Paul