*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 19**

ICE IN MINNESOTA

# Minneapolis student detained by federal officers at bus stop

Hiawatha Academies stated the 12th-grade student was detained Wednesday off campus.

Credit: KARE

Author: **Lydia Morrell**
Published: **11:11 AM CST January 15, 2026**
Updated: **1:43 PM CST January 15, 2026**



MINNEAPOLIS — A student at a Minneapolis high school was detained by federal agents Wednesday while at a city bus stop.

Hiawatha Academies sent a message to families and students on Thursday, stating immigration agents detained a 12th-grade student off campus at a city bus stop around 1 p.m.

"We recognize that this news is concerning for families and that the disruption happening in our communities is alarming," the statement read. "We want you to know that we are here to support our students and our community, and we will continue to communicate in a transparent manner while respecting student privacy."

This news comes after Minneapolis and St. Paul public schools have offered e-learning for the month, as students and families have expressed concerns over ICE actions. ICE agents reportedly used tear gas on Minneapolis students on Jan. 7 after a pursuit led onto school grounds.

Hiawatha Academies stated its schools remain open and fully operational. The schools have security protocols at the buildings, including supervised entry and exit, visitor screening and emergency response procedures.