*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 20**

# Update: Federal ICE activity within the district

Jan 14 2026

Dear Robbinsdale Area Schools families and staff,

As we collectively and individually navigate the impacts of federal ICE and border patrol agents in our communities, I am again writing with an update. Please know that the safety and support of our students, staff and families, AND protecting the rights of our students to a free and appropriate education is our top priority.

Our communication protocol is typically to communicate about incidents to the staff and families at impacted schools and sites. As a school community, we know that we are all impacted when something happens in our schools. We are choosing to send this information to all district families and staff to provide clarity about an incident that occurred this morning and to ensure shared understanding of district protocols. Unfortunately, with the increase in ICE activity, there may not be district-wide communication regarding each incident that occurs. We will continue to communicate to impacted sites and we will share any changes to protocols or district action that affect the entire district.

This morning, ICE agents detained a parent at a bus stop. First and most importantly, all students, including the student involved, were able to safely board the school bus and arrive at school. Our bus driver, school and district administration followed district protocols. The school principal and support staff have been in contact with the family and have communicated with the families of students who were on the bus, as well as all families and staff of the impacted site.

We recognize this news can create fear, confusion, and anxiety for students and for adults across the district, not just at the school this incident involved. Robbinsdale Area Schools have clear, districtwide safety protocols in place, and staff are trained to follow them consistently.

Protocols include:

- Requiring all visitors, including law enforcement officials and other outside agencies, to check in, state the purpose of their visit and to scan a government-issued ID (In the case of Immigration and Customs Enforcement (ICE) or other non-local law enforcement, this requires having an active warrant signed by a judge.)
- If a person comes onto school property without "a legitimate purpose," or bypasses the process, district protocol requires staff to call 911 and engage the district/building safety plans.
- District school bus drivers are trained not to allow unauthorized individuals onto buses, and will return students to school property if they do not feel safe exiting the bus. They will call dispatch and begin safety protocols.
- If a student needs to be absent from in-person school for an extended period of time, the district is putting into place supports for remote/online learning. Families can access this option by contacting their student's principal.
- The district does not keep information about a family's immigration status and follows state and federal laws on sharing student and family data.
- Families who need additional support can reach out to their school's principal or visit our webpage, All Are Welcome: Immigration Resources (https://www.rdale.org/community/all-are-welcome-immigration-resources). There, members of our community can find more information, including our Resource Guide for Immigrant Families (https://resources.finalsite.net/images/v1739905655/rdaleorg/jltudbixqxauzxmqp8ib/ENGLISHLETTERAllAreWelcomeHere_ResourcesandSupportforRdaleFamilies.pdf) (Spanish (https://www.rdale.org/fs/resource-manager/view/30c8d524-67ec-4e62-adc0-9b4c35d77108), Somali (https://www.rdale.org/fs/resource-manager/view/fec3ea66-10c4-4ea7-84d3-4fd9e1bb11a4)).

Thank you for your partnership as we support our students, staff, and families through an incredibly difficult time.

Be well,

Teri

Dr. Teri Staloch
Superintendent
Robbinsdale Area Schools

Contact us

CASE 0:26-cv-00190-KMM-DJF　　Doc. 98-20　　Filed 01/22/26　　Page 3 of 3

Contact us