*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 21**

CASE 0:26-cv-00100-KMM-DJF    Doc. 98-21    Filed 01/23/26    Page 2 of 9

# St. Paul Schools van full of teachers, students pulled over by ICE agents

By Nick Longworth    Published  January 15, 2026 4:29pm CST    St. Paul Public Schools    FOX 9

**Students protest at Minnesota capitol [RAW]**

Students across the Twin Cities metro marched to the Minnesota capitol in Sr. Paul on Wednesday to protest ICE operations in Minnesota.

## The Brief

- St. Paul Public Schools officials say two of its transport vans were pulled over by ICE agents this week.

- Officials say that staff followed the district's protocols, and both vans were able to continue to school without further disruption.

- SPPS officials have previously said the district will begin offering temporary virtual learning on Thursday, Jan. 22, in response to the "safety concerns related to the increased presence of federal agents in the Twin Cities."

**ST. PAUL, Minn. (FOX 9)** - As school districts around Minnesota continue to craft plans to safely transport students and staff in the wake of increased immigration enforcement, St. Paul Public Schools (SPPS) says one of its contracted transport vans was pulled over by ICE agents with both on board.

# SPPS vans stopped by ICE

**What we know:** Information provided to FOX 9 by SPPS officials says that two district contract vans were pulled over by federal agents on their way to school this week, while students and staff were on board.

Officials say that "staff followed the district's protocols, and both vans were able to continue to school without further disruption."

"We applaud the staff members onboard for keeping everyone calm and safe," the district said in a statement.

SPPS officials say if a federal agent approaches a district vehicle and requests access, the driver will keep the door to the vehicle closed. They will open the window to notify the officer that they need to contact their manager. The driver will receive additional instruction on how to legally comply with the agent's request.

# SPPS virtual learning

**Dig deeper:** SPPS officials have previously said the district will begin offering temporary virtual learning on Thursday, Jan. 22, in response to the "safety concerns related to the increased presence of federal agents in the Twin Cities."

Classes are canceled on Jan. 20 and Jan. 21.

Registration for temporary virtual learning will begin on Thursday, Jan. 15.

Officials say the option is different from the SPPS Online School, and that students will learn remotely with teachers and students from their current school temporarily.