*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)


Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 22**

1/23/26, 12:16 PM  Little Canada Elementary implements 'secure' protocol while ICE agents were in parking lot during school hours | kare11.com

CASE 0:26-cv-00190-KMM-DJF    Doc. 99    Filed 01/23/26    Page 2 of 2

# Little Canada Elementary implements 'secure' protocol while ICE agents were in parking lot during school hours

The school district also confirmed that ICE agents used Aŋpétu Téča Education Center in Roseville as a staging area.

> Credit: AP
> Federal agents near the scene where Renee Good was fatally shot by an ICE officer last week, Tuesday, Jan. 13, 2026, in Minneapolis.

Author: **David Griswold**
Published: **4:44 PM CST January 21, 2026**
Updated: **4:45 PM CST January 21, 2026**



ROSEVILLE, Minn — An elementary school in Little Canada was forced to implement extra security measures Wednesday while federal agents in vehicles were in the parking lot during school hours, according to the school district.

Roseville Area Schools said Little Canada Elementary was placed under "secure" status Wednesday, which includes locking the entrances to protect students and faculty from an outside threat. The district said learning continued inside the building while under the "secure" status.

School officials also said that U.S. Immigration and Customs Enforcement (ICE) agents used the Aŋpétu Téča Education Center in Roseville as a staging area, starting at 4:30 a.m.

"It is deeply disturbing that district space was used—without our consent—as a launching point for actions taken against our friends and neighbors," said Roseville Area Schools Superintendent Dr. Jenny Loeck.

Dr. Loeck said the district has connected with the Roseville Police Department and has ordered signs to restrict parking to facility users only.

"As a district, we remain firm in our commitment to stand with our families. Immigrants are a valued and essential part of our community and our state," Dr. Loeck said. "Their contributions, their work, their care for one another, and their commitment to building meaningful lives for themselves and their families strengthen all of us. We are deeply concerned about recent ICE actions and the impact they are having on our school community."