*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 24**

# Local child care centers report ICE detentions, federal visits amid rising concerns

Several local child care centers say workers have been detained by immigration authorities and federal agents have visited facilities.

Author: **Samie Solina**
Published: **9:18 PM CST January 13, 2026**
Updated: **9:18 PM CST January 13, 2026**



MINNEAPOLIS — It has been a difficult month for local child care providers, with centers reporting fraud allegations, funding cuts and now visits from federal immigration authorities.

Three child care centers told KARE 11 they have recently encountered federal agents.

All three agreed to speak only on the condition of anonymity, citing fears they could be targeted again if Immigration and Customs Enforcement learned they spoke to the media.

A director at a Spanish immersion child care center said one of the program's workers was taken into custody by ICE in the center's parking lot last week. Another Spanish immersion program reported that multiple workers were detained by ICE in separate incidents away from their campuses. In both cases, the centers said the workers were legally authorized to work in the United States.

A separate metro-area day care owner said agents with Homeland Security Investigations visited her center and asked to come inside to investigate possible fraud.

She said the agents did not present a warrant and left after she told them she did not want to speak with them.

Advocates say the presence of federal agents at child care centers can have lasting effects on children and families.

"These raids are traumatic for children. They're traumatic for the staff in the building, and they're also traumatic for the communities," said Angie Clair with Kids Count on Us, an organization that advocates for child care. "Child care centers are spaces where children should be safe and well cared for, and when these types of activities happen, all of that breaks down, which results in trauma for children, trauma for parents, trauma for the community."

Saint Paul Child Care Leaders released a statement urging the City Council to address what the group called "escalating safety concerns" and "harassment" at local child care centers.

The Department of Homeland Security was contacted for comment but did not respond.