*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)


Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 25**

[Local News](#)

## ICE entered Minneapolis hospital without warrant, handcuffed patient to bed, community organizers say

By [Jason Rantala](#)

Updated on: January 7, 2026 / 8:58 AM CST / CBS Minnesota



Community organizers and health care workers are expressing outrage after they say U.S. Immigration and Customs Enforcement agents were allowed inside a Minneapolis hospital for more than 24 hours. They claim agents handcuffed a patient to their bed, all without a judicial warrant.

ICE was allowed to stay by that patient's bedside for more than 24 hours, according to a spokesperson for Unidos MN.

Over the holiday, ICE agents got into HCMC's emergency department without a judicial warrant, according to the organization. Agents were given access to staff-only areas, like break rooms and parking lots, they said.

ICE was confronted and removed from HCMC, but that was more than 24 hours later, according to Unidos MN.

"Our Hennepin County commissioners worked with leadership of the hospital, including the leadership of security, established that there was no judicial warrant, and told them that they had to leave and they left," said Rep. Aisha Gomez, DFL-Minneapolis.

"This is an individual with a high medical risk that that individual, if he was detained, he could have lost his life," said Rep. Mohamud Noor, DFL-Minneapolis.

In a written statement online, Hennepin Healthcare acknowledged the incident.

CASE 0:26-cv-00190-KMM-DJF    Doc. 99-3    Filed 01/23/26    Page 3 of 3

"We can confirm that any federal agents arriving with a patient presented appropriate identification, adhered to our established processes, and left after Security asked for documentation to support their continued presence. Our security, legal and leadership teams worked together throughout, with a focus on providing care and support for the patient and our team," the statement read.

Unidos MN is demanding hospitals like HCMC adopt clear protocols when it comes to ICE.

"Our current processes are largely aligned with the guidance proposed by Unidos, and like all our processes, we routinely review them in the interest of safety and care of our patients, employees and visitors," Hennepin Healthcare said.

The Department of Homeland Security has not responded to WCCO's request for comment on the incident.