*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)


Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 26**

BUSINESS

# ICE detainee with severe skin disorder is going home

Judge allows Libyan asylum-seeker to post bond and avoid further detention, but family said he suffered malnourishment and wounds related to restraints.

By Jeremy Olson
The Minnesota Star Tribune

JANUARY 15, 2026 AT 5:02PM



Hani Duglof, a Libyan placed in ICE custody, graduated from St. Paul College, which uses his likeness in marketing banners urging students to "Fit in. Stand out." (Courtesy of the Duglof family.)

An ICE detainee with a severe skin disease has posted bond and was released Jan. 15 from a federal holding facility at Fort Snelling, where he dealt with malnourishment and wounds caused by the restraints on his legs, his brother said.

Hani Duglof, 32, may eventually be deported to his native Libya, pending a decision on his asylum request that has dragged on for nearly a decade. But

1/22/26, 1:08 PM
CASE 0:26-cv-00190-KMM-DJF   Doc. 99-4   Filed 01/23/26   Page 3 of 4
ICE detainee with severe skin disorder going home

avoiding further detention is a small victory for the Woodbury resident because he has a rare condition known as epidermolysis bullosa (EB) that puts him at risk for severe skin trauma from even mild physical contact, his brother said.

"Hopefully he doesn't have to be afraid anymore," said the brother, Mohamed Duklef, who also has EB and traveled with Duglof in 2014 to Minnesota to be screened for a bone marrow transplant. "Now we need to work on his asylum."

Duglof, who entered the country legally on a visa, was the subject of a targeted enforcement action on Saturday when agents with Immigration and Customs Enforcement (ICE) stopped his vehicle. He was transferred under guard to M Health Fairview Southdale Hospital, even though he had no imminent need for treatment, after ICE agents realized that his medical needs were beyond their capability.

Relatives thought he remained hospitalized until midweek, but learned upon his release that he had been discharged on Monday and returned to federal detention, his brother said. He had been shackled during his hospitalization, irritating his legs, and confinement in the rough surfaces of the detention center worsened his wounds, his brother said. Duglof's throat has suffered so much damage as a result of his disease that he needs a special diet, but he continued in detention for three days to receive food that he couldn't swallow.

"We are furious" both at ICE agents who overlooked his medical needs and at the hospital for discharging him earlier than the family was told, his brother said.



Twelve DFL state lawmakers on Thursday highlighted Duglof's confinement at Southdale as proof that ICE agents are disrupting patient care and should stay out of hospitals. ICE agents have accompanied detainees in custody to Southdale, HCMC in Minneapolis and Regions Hospital in St. Paul.

"Patients in ICE detention are under civil arrest, not criminal arrest, they wrote, "and must be treated with dignity, not shackles."

Duglof's skin disorder can cause open sores and blisters. He developed wounds where metal restraints rubbed against his legs during his detention by Immigration and Customs Enforcement.

The Department of Homeland Security, which oversees ICE, didn't immediately reply to a request for comment. Fairview in a statement said privacy laws prevented the health system from discussing an individual's care, but that it maintains a commitment to "dignity, compassion and respect" for all patients.

Duglof applied for asylum due to civil war in Libya while Duklef became a U.S. citizen through marriage. Duglof earned two college degrees and works in IT at a Twin Cities health system. St. Paul College, where he got an associate degree, has featured Duglof's face on marketing banners on campus along with the slogan, "Fit in. Stand out."