*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 33**

✦ The Minnesota Star Tribune

**NEWS & POLITICS**

# Justice Department says it has no plans to investigate ICE agent who killed Renee Good and confirms Walz, Frey probe

Frey and the governor's office both said Sunday that the DOJ has not contacted them about the investigation.

By Sydney Kashiwagi
The Minnesota Star Tribune

JANUARY 18, 2026 AT 6:18PM



Deputy Attorney General Todd Blanche (John McDonnell/The Associated Press)

The U.S. Department of Justice is not investigating ICE agent Jonathan Ross for the fatal shooting of Renee Good, U.S. Deputy Attorney General Todd Blanche said Sunday.

But the top DOJ official confirmed that an investigation is underway into Gov. Tim Walz and Minneapolis Mayor Jacob Frey for "actively encouraging" protesters "to go out on the street and impede ICE."

"No matter who you are, whether you're a governor, a mayor or somebody out there on the streets assaulting ICE … under federal law, you cannot impede a federal officer doing their job, and that's what we're looking at," Blanche said on Fox News Sunday, marking the first time a department official has publicly confirmed the investigation into the Democrats.

Frey and the governor's office both said Sunday that the DOJ has not contacted them about the investigation.

"The only person not being investigated for the shooting of Renee Good is the federal agent who shot her," Walz said in a statement about the DOJ's investigation.



Gov. Tim Walz (Alex Kormann/The Minnesota Star Tribune)

In response to Walz's remarks about the lack of an inquiry into Ross' actions, Blanche said the department and its civil rights division does not conduct investigations "every time an officer is forced to defend himself against somebody or putting his life in danger."

"The Department of Justice doesn't just stand up and investigate because some congressman thinks we should, because some governor thinks that we should," Blanche said. "We investigate when it's appropriate to investigate."

Blanche said that "if circumstances change" and the department thinks there is something they need to investigate surrounding Good's shooting, or

others, "we will."

"But we are not going to bow to pressure from the media, bow to pressure from politicians, and do something that we never do," said Blanche, who was in Minneapolis on Jan. 16 with FBI Director Kash Patel.

Blanche's remarks come as Department of Homeland Security Secretary Kristi Noem confirmed Sunday that Ross is under some form of departmental review following Good's shooting. However, Noem provided few details about the review and would not say whether Ross is on administrative leave or is back at work.



Homeland Security Secretary Kristi Noem (Evan Vucci/The Associated Press)

"Every use of force incident and any discharge of an ICE firearm must be properly reported and reviewed by the agency in accordance with agency policy, procedure, and guidelines," assistant DHS Secretary Tricia McLaughlin said in a statement. "All shootings are initially reviewed by the appropriate federal, state, local, or tribal law enforcement agency principally charged with first response to the incident. Following a review of the incident by the appropriate investigative agency, ICE will conduct an independent review of the critical incident."

The Minnesota Bureau of Criminal Apprehension said Jan. 8 it would not be involved following a decision by federal officials to remove the state from what had been a joint investigation.

No charges have been filed against Ross. There also has been no civil litigation filed against him since he fatally shot Good on Jan. 7. He is being represented by Republican gubernatorial candidate Chris Madel. Anthony

Romanucci, the attorney representing the Good family, said no decision has been made regarding potential litigation.

Walz and Frey have both called for peaceful protests following Good's shooting. During a prime-time address last week, Walz told Minnesotans to "protest loudly, urgently, but also peacefully." He also said Minnesotans should "peacefully film ICE agents."
Frey has told violent protesters to "go home."

However, top Republicans have accused Walz and Frey of inciting violent protests following Good's fatal shooting.

"The mayor and the governor have allowed this kind of violence to be perpetuated across Minneapolis is why there's other innocent people that are impacted throughout the city, but throughout their state as well," Noem said Sunday on CBS' Meet the Press.

Also on Meet the Press Sunday, Frey said that although he has received no subpoena, "obviously it would be deeply concerning if the federal government is targeting someone for a product that is quite literally my job."

"It is my responsibility to speak on behalf of Minneapolis residents; it's my responsibility to do everything possible to keep our city safe."

*Jeff Day of the Minnesota Star Tribune contributed to this report.*



© 2026 StarTribune.All rights reserved.