*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 40**

# ICE Agent Captured in Video Asking Woman Following Him 'Have Y'all Not Learned' Since Renee Good's Fatal Shooting

A woman who was following ICE in Minneapolis detailed an alleged violent encounter she had with an agent after he saw she was filming a group of officers

By **Janelle Griffith**  Published on January 14, 2026 03:34PM EST

**72 COMMENTS**



**Federal agents during a raid in Minneapolis, Minn., on Jan. 13, 2026.**
Credit : Victor J. Blue/Bloomberg via Getty

## NEED TO KNOW

An ICE agent in Minnesota was captured on video after the death of Renee Good asking a woman who had been following him, "Have y'all not learned from the past couple of days?"

The woman, who spoke to WCCO radio in Minneapolis, said she had her head slammed onto the hood of her car and was handcuffed on Friday, Jan. 9, two days after Good's killing

The woman said she is part of a community chat group that notifies people of ICE activity in the area

An Immigration and Customs Enforcement agent in Minnesota was captured on video asking a woman who had been following him, "Have y'all not learned from the past couple of days?" The comment came two days after the death of Renee Good, who was fatally shot by an ICE agent.

The woman who recorded the video on her cellphone in St. Louis Park, Minn., on Friday, Jan. 9, spoke with WCCO radio in Minneapolis on Tuesday, Jan. 13. She did not provide her real name to the outlet.

The woman said she had been following ICE agents in her vehicle in St. Louis Park after learning they had been at Knollwood Mall. She said she'd hoped to use her cellphone to record any arrests they made and to get the names of anyone who was taken into custody.

**Our new app is here!** Free, fun and full of exclusives. Scan to download now!



She alleged that before her own encounter with an ICE agent, she witnessed an ICE vehicle two cars ahead of hers intentionally slam on its brakes, which resulted in a car in front of her rear ending the ICE vehicle. At that point, she said, she began filming the ICE agents from a safe distance, prompting one of them to approach her.

She said she told him, "Shame on you," to which he responded: "Listen. Have y'all not learned from the past couple of days?"

"Learned what?" she could be heard asking him in the video. "What's our lesson here? What do you want us to learn?"

"Following federal agents," the man said, before he grabbed her phone. The video then ends.

"I knew what he meant," the woman told WCCO, "but I wanted him to say it on my video."

## RELATED STORIES

**Renee Good's Family Share Their 'Unimaginable Loss' After Her Death in Fatal ICE Shooting, Remember Her as 'Full of Heart'**



**Renee Good's Last Moments Before ICE Agent Fatally Shoots Her Revealed in New Video Footage: 'F------ Bitch'**



She said she asked the agent for her phone back and he told her that she needed to leave, but she told him she wasn't going to leave without her phone. She alleged the agent then told her that if she didn't leave, she'd be arrested. She said she asked him what she would be arrested for and he told her for allegedly blocking traffic. (She told WCCO she was not blocking traffic, that the lane next to her was open and that she had only stopped to record ICE after having witnessed an accident.)

At that point, according to her account, things escalated. She said the agent then told her she was under arrest, grabbed her, slammed her head onto the hood of her car and handcuffed her. She alleged he then pushed her to an ICE truck parked nearby, forced her against it, and while standing behind her, said, "You don't look like you could be more than 18 years old. Is this how you want to die with a f--king bullet in your skull?"

She said she responded, "F--k you," and that the agent then grabbed the back of her neck and held a tight grip of her throat. "I felt like I was choking," she told WCCO. "I said, 'I can't breathe.' "



**People gather for a vigil in Minneapolis after the shooting of Renee Good on Jan. 7, 2026.**
David Berding/Getty

She said other people who were also observing ICE arrived at the scene and she told them to call the police. Agents then allegedly told her to get on the ground, and after she saw that one of the agents had a gun, she said she grew concerned she would be shot.

"At that point, I start to hyperventilate," she told WCCO. "I started panicking. I thought I was gonna get shot. I couldn't breathe." She said another agent approached her and said they would let her go, but first asked if she had "learned her lesson."

"I said, 'What lesson? That you're a domestic terrorist?' And then the agent replied, 'We were gonna let you go, but now we're not going to,' " she said, alleging that the agents were laughing.

**Want to keep up with the latest crime coverage? Sign up for [PEOPLE's free True Crime newsletter](#) for breaking crime news, ongoing trial coverage and details of intriguing unsolved cases.**

1/22/26, 1:29 PM    ICE Agent Captured in Video Asking Minn. Woman 'Have Y'all Not Learned' Since Renee Good's Death

CASE 0:26-cv-00190-KMM-DJF    Doc. 99-18    Filed 01/23/26    Page 5 of 5

The woman said she is uncertain how long they kept her on the ground, while she cried.

"An ICE agent comes back over and he pulls me up so forcefully that I faint," she said. "I pass out. When I come to, I'm laying on the pavement, flat down on the pavement, and I hear ICE agents when I come to, laughing and say, 'See, she's faking.'"

She alleged she fainted a second time and that when she awoke, she was laying on her side on the pavement and the handcuffs had been removed.

ICE did not immediately reply to PEOPLE's request for comment on Wednesday, Jan. 14.



**Homeland Security Secretary Kristi Noem in Chicago on Dec. 6, 2025.**
Jacek Boczarski/Anadolu via Getty

Homeland Security Secretary Kristi Noem said Sunday that she planned to send hundreds more agents to Minnesota to support the work of ICE agents amid President Donald Trump's immigration crackdown.

Good's killing in Minneapolis has spurred protests against ICE in cities and towns across the country. She and her wife had been participating in a protest in response to ICE agents who had been spotted in south Minneapolis on the morning she was fatally shot by Jonathan Ross. Good had only recently moved there with her wife and 6-year-old son.

The woman who spoke to WCCO told the station she is part of a community chat group that monitors ICE's activity in the area. She said that she did not believe she did anything illegal during the encounter, and that her goal was to call attention to what is happening in the state.

"We need to document it," she said. "We need to make sure that people that aren't living in our city can see the atrocities that are happening."