*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 42**

# Gender Justice to investigate gender-based & sexual violence by federal immigration agents in Minnesota

**FOR IMMEDIATE RELEASE**
January 16, 2026

**CONTACT**
Siena Iwasaki Milbauer, Communications Manager
siena.iwasaki.milbauer@genderjustice.us
651.705.0639

Minneapolis, Minn.—In response to growing reports of harassment, intimidation, and violence targeting women, transgender, gender-nonconforming, and LGBQ+ people during encounters with federal immigration agents, Gender Justice has launched a confidential reporting form to document and support investigation into unlawful conduct by ICE, CBP, and DHS in Minnesota.

**"History has long shown that gender-based violence is a feature, not a bug of oppressive systems,"** said Megan Peterson, Executive Director of Gender Justice. **"The flood of reports from Minnesotans — and the murder of Renee Nicole Good, a queer woman, by a federal immigration agent — show that gender-based violence is unfolding here now. By documenting what people have experienced and witnessed, we can demand accountability, and ensure this history is not rewritten by those in power."**

The reporting form is available at genderjustice.us/ice-report. It is intended for individuals who have personally experienced or directly witnessed federal immigration agents targeting people based on sex, sexual orientation, and/or gender identity and committing acts of gender-based or sexual violence and harassment.

To submit a report or learn more, visit: genderjustice.us/ice-report

Questions or requests for assistance with the form can be directed to: info@genderjustice.us.