*State of Minnesota et al. v. Noem et al.*
No. 26-CV-00190-KMM-DJF (D. Minn.)

Amicus Curiae Brief of the Advocates for Human Rights

**Exhibit No. 43**



Home    Know Your Rights    Our Team    Our Vision    Get Involved    Our Work

News & Media    Request a Consultation

DONATE

# ICE AGENT CHARGED WITH SEXUAL ABUSE OF TWO IMMIGRANTS AS INVESTIGATORS SEARCH FOR MORE VICTIMS

DEC 9

Andrew Golobic faces seven counts of sexual abuse involving two women. He pleaded not guilty in federal court Friday.

During the hearing, prosecutors said at least six women in the system had sex with Golobic and they are concerned there could be victims they have not discovered.

*"We've had at I.R.L.C.(Immigrant and Refugee Law Center) dozens, if not hundreds of clients who are in proceedings have been reporting to that office since 2018, since we were founded,"* said managing attorney for the Immigrant and Refugee Law Center Alexandria Lubans-Otto.

The organization is not part of the case, but their clients have been through the same system where Golobic worked in the time he has been there.

*"I believe there will be more victims. I think that's indicated, but I hope that it isn't just the tip of a very large iceberg,"* Lubans-Otto said.

CLICK TO CONTINUE READING

‹ ICE OFFICER'S INDICTMENT HIGHLIGHTS CHALLENGES MIGRANT WOMEN FACE

CINCINNATI PUBLIC SCHOOLS PROGRAM AIMS TO HELP IMMIGRANT, REFUGEE STUDENTS SUCCEED IN AND OUT OF CLASSROOM ›



OUR VISION

DONATE

CONTACT US

PRIVACY POLICY

TERMS OF USE

TRANSLATE WEBSITE

P.O. Box 5039
Cincinnati, OH 45205

513-828-0577



Advertisement

ICE agent charged with sexual abuse of two immigrants as investigators search for more victims

Updated: 6:49 PM EST Dec 9, 2022
Editorial Standards ⓘ

**Brian Hamrick**
Reporter

Andrew Golobic faces seven counts of sexual abuse involving two women. He pleaded not guilty in federal court Friday.

During the hearing, prosecutors said at least six women in the system had sex with Golobic and they are concerned there could be victims they have not discovered.

Advertisement

"We've had at I.R.L.C.(Immigrant and Refugee Law Center) dozens, if not hundreds of clients who are in proceedings have been reporting to that office since 2018, since we were founded," said managing attorney for the Immigrant and Refugee Law Center Alexandria Lubans-Otto.

The organization is not part of the case, but their clients have been through the same system where Golobic worked in the time he has been there.

"I believe there will be more victims. I think that's indicated, but I hope that it isn't just the tip of a very large iceberg," Lubans-Otto said.

"We take these cases seriously because he is in a position of authority as he was taking advantage of some very vulnerable individuals," said U.S. Attorney Kenneth Parker.

Federal court documents say Golobic was an ICE agent from 2015 to 2020.

He supervised immigrants. Golobic had discretion over monitoring, level of supervision and could even recommend if someone should be deported or detained.

"It would be possible for someone who has a position of authority, works for ICE in the same capacity that this officer did to abuse that power horribly," Lubans-Otto said.

Federal judge Karen Litkovitz ruled that Golobic should be allowed to be free without paying a bond until his trial. Prosecutors objected. A new hearing will be set to make the final determination.

Golobic stays in custody until the hearing settles the issue. The date of the new hearing has not been set.