UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 0:26-cv-00190-KMM-DJF<br><br><br><br>**[PROPOSED] ORDER GRANTING LEAVE TO THE ADVOCATES FOR HUMAN RIGHTS TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Based upon the files, record and proceedings herein, **IT IS HEREBY ORDERED**:

1.  That the motion of The Advocates for Human Rights for leave to file Amicus Curiae Brief in Support Plaintiffs' Motion for Preliminary Injunction is hereby **GRANTED**; and

2.  That the Amicus Curiae Brief of The Advocates for Human Rights in Support of Plaintiffs' Motion for Preliminary Injunction is hereby filed with this Court.

Dated:  January _____, 2026

                                              The Honorable Kate M. Menendez
United States District Judge
District of Minnesota