UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 0:26-cv-00190-KMM-DJF

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison,

CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,

       Plaintiff

vs.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border PATROL; U.S. BORDER PATROL; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

       Defendant

**NOTICE OF APPEARANCE**

1

The undersigned attorney hereby notifies the Court and counsel that Kurt B. Glaser shall appear as counsel of record as Amicus Curiae for Suburban Cities – City of Golden Valley.

Respectfully submitted this day, January 24, 2026,

By: _____
Kurt B. Glaser (MN 228886)
Prosecuting Attorney
City of Golden Valley
Prosecution services provided by
Berglund, Baumgartner & Glaser, LLC
333 Washington Avenue North
405 Union Plaza Building
Minneapolis, Minnesota 55401
612-333-6513

*Attorneys for the City of Golden Valley*