UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 0:26-cv-00190-KMM-DJF

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison,

CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,

    Plaintiff

vs.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border PATROL; U.S. BORDER PATROL; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

    Defendant

**MOTION FOR LEAVEL TO FILE AMICUS CURIE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM SUBURBAN CITES:
THE CITY OF GOLDEN VALLEY
THE CITY OF LAUDERDALE
THE CITY OF MOUNDS VIEW
THE CITY OF RICHFIELD
THE CITY OF SAINT LOUIS PARK**

1

MOTION

The Cities of Golden Valley, Lauderdale, Mounds View, Richfield, and Saint Louis Park ("Suburban Cities"), through undersigned counsel, respectfully move for leave of this Court to submit an amicus curiae brief in support of Plaintiffs' motion for preliminary injunction. The motion for leave is based upon the content of the accompanying, proposed, Amicus Brief and the Order of Judge Menendez governing consideration of amicus briefing in this matter. *See* Text Order No. 49, 1/20/2026.

Respectfully submitted this day, January 24, 2026,

By: _____
     Kurt B. Glaser (MN 228886)
     Prosecuting Attorney
     City of Golden Valley
     Prosecution services provided by
     Berglund, Baumgartner & Glaser, LLC
     333 Washington Avenue North
     405 Union Plaza Building
     Minneapolis, Minnesota 55401
     612-333-6513

     *Attorneys for the City of Golden Valley*


By:   /s/ Katrina E. Joseph_____
      Katrina E. Joseph (MN 328959)
      Prosecuting Attorney
      Cities of Mounds View, Lauderdale & Richfield
      Prosecution services provided by
      H|J Law
      1400 Van Buren Street Northeast
      Suite 200
      Minneapolis, Minnesota 55413
      612-787-7698

      *Attorneys for the Cities of Mounds View, Lauderdale & Richfield*

By: */s/ Jared Shepherd*
Jared Shepherd (MN 389521)
City Attorney
City of Saint Louis Park
Legal services provided by
Cambell Knutson
Grand Oak Office Center
860 Blue Gentian Road
Suite #290
Eagan, MN 55121
651-234-6218

*Attorneys for the City of Saint Louis Park*