UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 0:26-cv-00190-KMM-DJF

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison,<br><br>CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>        Plaintiff<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border PATROL; U.S. BORDER PATROL; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>        Defendant | **DECLARATION OF ISABELLA SMETANA** |

I, Isabella Smetana, declares as follows:

1. I am employed as a paralegal for BBG Law, working in criminal municipal prosecution. As a paralegal in this capacity, my duties include investigating and processing prosecution cases, working with victims, defendants, and defense attorneys, as well as appearing in court to assist the Prosecutors.

2. In my time as a paralegal, I have done my job both with, and without the looming presence of the Department of Homeland Security, and more specifically, Immigration and Customs Enforcement (ICE) in our communities.

3. Since December of 2025, when thousands of federal agents were deployed to Minnesota under Operation Metro Surge, in my professional capacity I have experienced a marked increase in the following scenarios:

(a). Defense attorneys ask if our office is amenable to utilize pleas-by-mail, or attempt to resolve cases administratively, as their client is afraid of being detained by ICE at the courthouse.

(b). Defense attorneys state that they are afraid of their client(s) being detained by ICE, solely based on the client(s)' physical appearance.

(c). Victims no longer feel safe to testify, due to fear of being detained by ICE at the courthouse.

(d). Witnesses no longer feel safe to testify, due to fear of being detained by ICE at the courthouse.

(e). Victims and Witnesses become effectively unreachable for case follow-up, subpoena service, and trial preparation.

(f). Defendants wanting to take accountability by showing up to court no longer feel like that is a viable option, due to fear of being detained by ICE at the courthouse.

(g). Defendants fail to appear for their scheduled court date, as ICE has detained them.

4. While each of these scenarios is unique in its context, they all share the same underlying theme, fear.

5. The following are three examples of cases under prosecution by our office where ICE detained a defendant before the conclusion of the municipal matter:

(a). *State of Minnesota V. Abdullahi Mohamed Abdi* (27-CR-25-27858) Abdi was charged with:

- Violating Domestic Abuse No Contact Order 629.75.2(b) Misdemeanor
- Giving a Peace Officer a False Name 609.506.1 Misdemeanor

Mr. Abdi was in local custody before being removed from the Hennepin County Jail by ICE. The case above remains open.

(b). *State of Minnesota V. Wilson Nduri Tindi* (27-CR-25-14474) Tindi was charged with:

- Third Degree Refusal to Submit a Breath Test 169A.26.1(b) Gross Misdemeanor
- Fouth Degree Driving While Impaired 169A.27.1 Misdemeanor
- Failure to Maintain a Single Lane 169.18.7(1) Petty Misdemeanor

Mr. Tindi has since been detained by ICE, and his case remains open.

(c). *State of Minnesota V. Edwin Omar Marin-Espana* (27-CR-23-4627) Marin Espana was charged with:

- Fifth Degree Drug Possession 152.025.2(1) Gross Misdemeanor
- Driving After Revocation 171.24.2 Misdemeanor

Mr. Marin-Espana has since been detained by ICE, and his case remains open.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 24, 2026, in Hennepin County, Minnesota.

*s/ Isabella Smetana*

Isabella Smetana
