UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>            Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>            Defendants. | Case No. 0:26-cv-00190 (KMM-DJF)<br><br>**DECLARATION OF MICHAEL BREY** |

I, MICHAEL BREY, declare as follows:

    1.    I am an Assistant City Attorney representing the City of Minneapolis in this matter. I

1

make this Declaration based on my review of social media posts, videos, news reports, and incident reports about an apparent shooting of a civilian by federal immigration agents in the City of Minneapolis on January 24, 2026.

2. Exhibit A is a video posted on the social media platform Threads by the account @az_intel_ on January 24, 2026, available at https://www.threads.com/@az_intel_/post/DT52ohCkYQ2?xmt=AQF02r3aMJZUQ1trJlRZ7HVJE2GGnmp1ywMhAv_GDhK6NUfU9EPeEW2gS-0kZQbX6_LBGFA&slof=1. A true and correct copy of Exhibit A will be filed with the Court on January 26, 2026. Exhibit A appears to show one angle of the shooting.

3. Exhibit B is a video posted on the social media platform X (formerly Twitter) by the account @MeidasTouch on January 24, 2026, available at https://x.com/MeidasTouch/status/2015117184377475103?s=20. A true and correct copy of Exhibit B will be filed with the Court on January 26, 2026. Exhibit B appears to show the moments before the shooting.

4. Exhibit C is a video posted on the social media platform X (formerly Twitter) by the account @bringmethenews on January 24, 2026, available at https://x.com/bringmethenews/status/2015098630877626397?s=46. A true and correct copy of Exhibit C will be filed with the Court on January 26, 2026. Exhibit C appears to show another angle of the shooting.

5. Exhibit D is a video posted on the social media platform X (formerly Twitter) by the account @BTnewsroom on January 24, 2026, available at https://x.com/btnewsroom/status/2015089230158999833?s=46. A true and correct copy of Exhibit D will be filed with the Court on January 26, 2026. Exhibit D appears to show another angle of the

shooting.

6. Exhibit E is a video posted on the social media platform X (formerly Twitter) by the account @MarioNawfal on January 24, 2026, available at https://x.com/MarioNawfal/status/2015145354489221290?s=20. A true and correct copy of Exhibit E will be filed with the Court on January 26, 2026. Exhibit E appears to show another angle of the shooting.

7. Attached as Exhibit F is a true and correct copy of the Minnesota Star Tribune article titled "Man fatally shot by federal immigration agents in south Minneapolis," as printed at approximately 4:15 pm on January 24, 2026.  The article is available at https://www.startribune.com/man-fatally-shot-by-federal-agents-in-south-minneapolis/601570050.

8. Exhibit G is a video of a January 24, 2026 press conference held by DHS Secretary Kristi Noem on the shooting of a Minneapolis man by federal agents in Minnesota, available at https://www.c-span.org/program/news-conference/dhs-secretary-noem-holds-news-conference-on-fatal-ice-shooting-in-minneapolis/672250. A true and correct copy of Exhibit G will be filed with the Court on January 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 26th day of January, 2026 in Hennepin County, Minnesota

                                                */s/ Michael Brey*
                                                Michael Brey