# EXHIBIT A

CASE 0:26-cv-00190-KMM-DJF   Doc. 106-1   Filed 01/24/26   Page 1 of 5

1/24/26, 5:34 PM City requests Minnesota National Guard to help with staffing after second fatal shooting by federal agents in less than a month - Cit…

CASE 0:26-cv-00190-KMM-DJF   Doc. 106-1   Filed 01/24/26   Page 2 of 5

# City requests MN National Guard to help with staffing after 3rd shooting by federal agents

January 24, 2026

**Community Safety (/government/departments/community-safety**

At the recommendation of the Minneapolis Police Chief and out of an abundance of caution, Minneapolis Mayor Jacob Frey formally made a request to Minnesota Governor Tim Walz for the Minnesota National Guard to help reinforce local law enforcement resources in Minneapolis. Local law enforcement resources are stretched thin because of the disruption to public safety caused by thousands of federal immigration agents in our neighborhoods. Minnesota Guard personnel will be available to help local police and emergency personnel protect community safety around the area near 26th Street and Nicollet Ave., the location of a fatal shooting of a Minneapolis resident by federal agents Saturday morning – and at other posts as needed.

Minnesota Guard members will wear neon reflective vests to help distinguish them from other agencies in similar uniforms and will always remain in close contact and proximity to Minneapolis Police officers whom they are supporting.

1/24/26, 5:34 PM  City requests Minnesota National Guard to help with staffing after second fatal shooting by federal agents in less than a month - Cit…

CASE 0:26-cv-00190-KMM-DJF   Doc. 106-1   Filed 01/24/26   Page 3 of 5

To be clear, the Minnesota Guard deployment comes at the request of local officials. The federal government has **no** involvement in their activities. The Hennepin County Sheriff's Office has also announced it is requesting the Guard to activate to the B.H. Whipple Federal Building where it needs additional officers to help fill shifts.

## Vehicle perimeter set up near shooting scene

In addition, in the interest of public safety, MPD will temporarily implement a vehicle perimeter near the scene of this morning's shooting. Except for residential traffic, vehicles will not be allowed to enter the area between Franklin Ave. and 28th Street from Pillsbury Ave. to 35W. The Minnesota National Guard will assist MPD in implementing this vehicle perimeter and will also assist at additional posts.

We are asking everyone who is currently gathering in the area to leave to ensure public safety. If City officials see materials being collected for barricades or fires, those materials will be removed, and any fires will be extinguished.

## City leaders respond to third shooting by federal agents

Earlier today, City leaders expressed outrage at the fear and degradation of public safety, and loss of life being created by thousands of federal agents in Minneapolis. They also urged

1/24/26, 5:34 PM  City requests Minnesota National Guard to help with staffing after second fatal shooting by federal agents in less than a month - Cit…

CASE 0:26-cv-00190-KMM-DJF   Doc. 106-1   Filed 01/24/26   Page 4 of 5

community members to continue to prioritize safety for all and engage in peaceful protest.

"We ask that the Trump administration and the invasion of federal agents get out of our City. How many more people have to die?" said Mayor Jacob Frey. "I hope they are reflecting right now. What are these actions accomplishing? Stand up for America because right now you're tearing us apart."

Minneapolis Police Chief Brian O'Hara said the department has been in touch with the U.S. Department of Homeland Security but has not received much information. MPD confirms the 37-year-old man was shot near 26th St. W and Nicollet Ave by federal agents. He was then transported to Hennepin County Medical Center where police say he died.

O'Hara said an MPD command post has been established, and the Minnesota State Patrol and other Twin Cities area law enforcement are on standby for any help needed. Twin Cities law enforcement is assisting the MPD to respond to 911 calls in the city.

"Our demand today is for federal agents in our City to act with the discipline and integrity we expect of our own officers every day," said O'Hara. "We know there's a lot of anger, but we also ask our community to be peaceful while we work through the details of this tragedy."

1/24/26, 5:34 PM City requests Minnesota National Guard to help with staffing after second fatal shooting by federal agents in less than a month - Cit…

CASE 0:26-cv-00190-KMM-DJF Doc. 106-1 Filed 01/24/26 Page 5 of 5

Minneapolis Emergency Management Director Rachel Sayre, with extensive experience in international emergency operations in countries like Syria and Yemen, said events like this have a "lasting, generational impact" on families in the community.

"In these times, we see the best and worst – the worst being the terror and fear in families all over Minneapolis who are scared to go to the grocery store or school," she said. "But the best by far is the community's peaceful response right now and care for their neighbors. In addition, our City staff is working around the clock to make sure we provide resources available."

The City's website has various resources for food and rental assistance, legal resources, and resources for health matters, among other critical needs.

## Share

Last updated on January 24, 2026

City of Minneapolis (c) www.minneapolismn.gov