UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General
Keith Ellison, City of Minneapolis, and City of
Saint Paul,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

Defendants.

Civ. No.: 26-cv-00190-KMM-DJF

**SUPPLEMENTAL DECLARATION OF BOB JACOBSON, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF PUBLIC SAFETY**

I, Bob Jacobson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of Minnesota, and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. As set forth in my initial declaration in this matter, I serve as the Commissioner of Public Safety for the State of Minnesota. I have served in that capacity since January 3, 2023. As Commissioner of Public Safety, I am the senior executive officer of the Minnesota Department of Public Safety ("DPS"). DPS's mission is to serve all communities to build a safer Minnesota. DPS accomplishes this by engaging with community and government partners to promote safety, service, and justice.

3. As set forth in my initial declaration in this matter, among DPS's numerous divisions is the Homeland Security and Emergency Management Division ("HSEM"). HSEM helps Minnesota prepare for, respond to, and recover from emergencies and disasters. As part of this mission, HSEM manages the State Emergency Operations Center ("SEOC"). The function of the SEOC is to provide statewide support and coordination for responses to major incidents and disasters. When the SEOC is activated, the governor, leadership of DPS, state director of HSEM, and other agencies coordinate and direct state resources and activities to respond to and recover from disasters or emergencies.

4. Since my initial declaration in this case on January 12, 2026, Operation Metro Surge has continued and there have been two additional officer-involved shootings ("OIS"), both involving federal immigration officials, in Minneapolis, Minnesota. On January 14, 2026, federal immigration officials shot and injured a man in the leg. Again, on January 24, 2026,

federal immigration officials were involved in an OIS that resulted in the death of Minnesota resident Alex Pretti.

5. Since my initial declaration on January 12, 2026, DPS has continued to expend considerable resources in response to Operation Metro Surge, which now includes two additional federal officer-involved shootings. The resources are largely needed for crowd and traffic control to respond to continued public outcry over the operation and the shootings.

6. This has included opening the SEOC and assembling numerous senior state officials, including those from DPS and the Department of Natural Resources, along with the governor's office staff at the SEOC on January 17, 2026, January 24, 2026, and January 25, 2026. Although precise figures are not yet available, HSEM estimates that the cost of standing up the SEOC since January 12, 2026, is approximately $15,000.00 to date.

7. The Minnesota State Patrol (MSP) is another division of DPS. In response to Operation Metro Surge and the two most recent federal officer-involved shootings, DPS has supported local law enforcement officials in Minneapolis by deploying MSP assets to manage crowds and protect property in response to public outcry over the shootings. DPS has deployed State Patrol assets on multiple dates since January 12, 2026, in response to the OISs connected with Operation Metro Surge and the resulting public demonstrations.

8. The MSP has a Mobile Response Team (MRT) that is specially trained and equipped to provide crowd control support to local law enforcement. From January 21-23, 2026, MSP had just under one-third of its MRT deployed to the Twin Cities metro area to assist. Following the third federal OIS on January 24, 2026, that number more than tripled to include all MSP MRT members. This deployment requires troopers from around the state to report to the Twin Cities. The deployed members are diverted from their regular trooper duties, which must be

backfilled—sometimes with payment of overtime. MRT members also require lodging and food during their deployment. MRT has deployed multiple times in response to the OISs connected with Operation Metro Surge and the resulting public demonstrations.

9. As set forth in my initial declaration, the Minnesota Bureau of Criminal Apprehension ("BCA") is a law enforcement agency and a division of DPS. The BCA provides investigative and specialized law enforcement services to prevent and solve crimes in partnership with other criminal justice agencies in Minnesota. As part of its mission, the BCA operates the Minnesota Fusion Center (MNFC). The MNFC works with law enforcement, first responders, government agencies and the private sector to share information related to terrorism, regional criminal activity, and major incidents to improve the ability to fight crime and terrorism locally, regionally, and nationally. The BCA also has a unit dedicated to the investigation of officer-involved shootings in Minnesota. In response to the most recent Operation Metro Surge OIS on January 24, 2026, the superintendent of the BCA was deployed to the SEOC for this activation to monitor the situation and to deploy state law enforcement resources where needed in response the OIS and ongoing federal DHS activities in Minnesota. The BCA has also deployed resources to attempt to investigate the OISs.

10. Operation Metro Surge is resulting in the expenditure of significant state public safety resources and is making Minnesota less safe.

Executed this 25th day of January, 2026, in Anoka, Minnesota.

Ia Melody Xiong
Notary Public
Minnesota
My Commission Expires January 31, 2030

Bob Jacobson
Commissioner
Minnesota Department of Public Safety