UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190-KMM-DJF

**DECLARATION OF
KATHERINE BIES**

**EXHIBIT 1**



# Office of the Attorney General
## Washington, D. C. 20530

January 24, 2026

Tim Walz
Governor of Minnesota
130 State Capitol
75 Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

Governor Walz,

The State of Minnesota has refused to enforce the law, and the consequences are heartbreaking. Americans are watching politicians ignore federal immigration law, criminals attack federal law enforcement, and rioters storm church services. I write to urge a change.

In December 2025, the Department of Homeland Security (DHS) launched Operation Metro Surge to protect Americans from the dangers presented by unchecked illegal immigration, including violent crime and drug trafficking. Since the beginning of this operation, law enforcement has put themselves in harm's way to arrest dangerous criminals, including members of notorious, violent gangs.[1] Criminal illegal aliens convicted of homicide, drug trafficking, sexual assault against a child, rape with a weapon, and other horrific crimes are now off the streets because of Operation Metro Surge.[2]

Unfortunately, you and other Minnesota officials have refused to support the men and women risking their lives to protect Americans and uphold the rule of law. Because Minnesota, Minneapolis, and St. Paul have chosen to ignore federal immigration law by enacting sanctuary laws and policies, the federal agents led by U.S. Immigration and Customs Enforcement (ICE) and U.S. Customs and Border Protection (CBP) have operated alone. And politicians in your state are not just refusing to help these agents, they are putting federal agents in danger. Minneapolis Mayor Jacob Frey said, "ICE: Get the f*** out of Minneapolis. We do not want you

---

[1] Under President Trump's leadership, ICE has arrested members of some of the world's most dangerous gangs in Sanctuary Minnesota (Jan. 14, 2026), https://www.ice.gov/news/releases/under-president-trumps-leadership-ice-has-arrested-members-some-worlds-most-dangerous

[2] *Id.*; ICE arrests dozens of criminal illegal aliens convicted of murder, child rape and more in sanctuary state Minnesota (Jan. 10, 2026), https://www.ice.gov/news/releases/ice-arrests-dozens-criminal-illegal-aliens-convicted-murder-child-rape-and-more

here."[3] You referred to our law enforcement as "Trump's modern-day Gestapo."[4] Minneapolis City Council Member Aisha Chughtai stated that the city "must be ready to act as the last line of defense for targeted communities."[5] Minnesota Attorney General Keith Ellison has previously compared ICE enforcement to being "under attack by the Nazis."[6]

The results of your state's policies and politicians' anti-law enforcement rhetoric are a national tragedy. Violence against ICE officers and agents has increased approximately 1,300 percent.[7] Vehicular attacks against ICE officers have increased 3,200%.[8] Perhaps most disappointing, the lawlessness caused by these policies has bled into sacred spaces of worship. Parishioners were met by an anti-ICE mob last weekend, as several dozen individuals stormed Cities Church in Minneapolis to interrupt worship services and scream in the faces of frightened Christians and their families.[9] The violence against our officers and the violations of religious liberties cannot be allowed to continue.

The lawlessness in the streets is matched by the unprecedented financial fraud occurring on your watch.[10] And the out of control fraud in your state also implicates election security.[11] It is a tragedy that Americans have lost faith in Minnesota's ability to keep its taxpayers' funds secure and its citizens' safe.

You and your office must restore the rule of law, support ICE officers, and bring an end to the chaos in Minnesota. Fortunately, there are common sense solutions to these problems that I hope we can accomplish together.

First, share all of Minnesota's records on Medicaid and Food and Nutrition Service programs, including the Supplemental Nutrition Assistance Program data, with the federal government. Allowing the federal government to efficiently investigate fraud will save Minnesota taxpayers' money and ensure that Minnesota's welfare funds are being used to help those in need, not enrich fraudsters.

---

[3] Mayor Frey to ICE: 'Get the f--- out of our city', YouTube (Jan. 7, 2026), 0:25-0:30, https://www.youtube.com/watch?v=8M3GtZ_sqYI
[4] Gov. Walz refers to ICE as 'Trump's modern-day Gestapo', YouTube (May 20, 2025), 0:01-0:03, https://www.youtube.com/shorts/PgY_koUpCRM
[5] https://x.com/aishaforward10/status/1873733878894199226
[6] https://x.com/RapidResponse47/status/2012187329692365264
[7] Radical Rhetoric by Sanctuary Politicians Leads to an Unprecedented 1,300% Increase in Assaults Against ICE Officers and a 3,200% Increase in Vehicular Attacks (Jan. 8, 2026), https://www.dhs.gov/news/2026/01/08/radical-rhetoric-sanctuary-politicians-leads-unprecedented-1300-increase-assaults
[8] *Id.*
[9] Anti-Ice agitators disrupt Minnesota church, shout down worshippers during Sunday service (Jan. 19, 2026), https://www.foxnews.com/us/anti-ice-agitators-disrupt-minnesota-church-shout-worshippers-sunday-service
[10] Congress opens 'industrial-scale fraud' probe in Minnesota, warns Walz demands are 'just the beginning' (Jan. 20, 2026), https://www.foxnews.com/politics/congress-opens-industrial-scale-fraud-probe-minnesota-warns-walz-demands-just-beginning
[11] Two Nevada Residents Charged for Conspiring to Engage in Voter Registration Fraud in Minnesota (June 13, 2025), https://www.justice.gov/usao-mn/pr/two-nevada-residents-charged-conspiring-engage-voter-registration-fraud-minnesota

Second, repeal the sanctuary policies that have led to so much crime and violence in your state. Removing criminal illegal aliens from Minnesota neighborhoods will save lives, and state and local officials should support this goal. All detention facilities in your state should cooperate fully with ICE, honor immigration detainers, and permit ICE to interview detainees in custody to determine immigration status. I urge you to reach an agreement with ICE that allows them to remove illegal aliens in custody of Minnesota's prisons and jails and avoids pushing these interactions into your streets.

Third, allow the Civil Rights Division of the Department of Justice to access voter rolls to confirm that Minnesota's voter registration practices comply with federal law as authorized by the Civil Rights Act of 1960. Fulfilling this common sense request will better guarantee free and fair elections and boost confidence in the rule of law.

I am confident that these simple steps will help bring back law and order to Minnesota and improve the lives of Americans.

The time has come for state and local officials in your state to change course. As the chief law enforcement officer of the United States, I am committed to enforcing federal immigration laws and keeping every American safe. Minnesota can and should be a partner with this administration. Do not obstruct federal immigration enforcement; do not allow rioters to take over the streets and houses of worship; do not hinder federal officials from investigating financial fraud and violations of election laws. Whether state and local politicians stand in the way or not, we will work every day to protect Americans and make Minnesota Safe Again. I request that you join us in that effort.

                                                Sincerely,

                                                Pamela Bondi
                                                Attorney General