UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190-KMM-DJF

# DECLARATION OF KATHERINE BIES

# EXHIBIT 3

1/25/26, 10:35 AM JD Vance on X: "When I visited Minnesota, what the ICE agents wanted more than anything was to work with local law enforceme…

CASE 0:26-cv-00190-KMM-DJF   Doc. 114-3   Filed 01/25/26   Page 2 of 3



1/25/26, 10:35 AM
CASE 0:26-cv-00190-KMM-DJF    Doc. 114-3    Filed 01/25/26    Page 3 of 3
JD Vance on X: "When I visited Minnesota, what the ICE agents wanted more than anything was to work with local law enforceme…

17K    15K    79K    2.1K

Read 17K replies

Don't miss what's happening
People on X are the first to know.

Log in    Sign up