UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190-KMM-DJF

**DECLARATION OF KATHERINE BIES**

**EXHIBIT 4**



Attorney General Pamela Bondi on X: "Federal law enforcement agents are doing hero work to remove the worst of the worst in …



Don't miss what's happening
People on X are the first to know.

Log in  Sign up