UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190-KMM-DJF

**DECLARATION OF
KATHERINE BIES**

**EXHIBIT 5**

1/25/26, 10:36 AM      Rapid Response 47 on X: ".@Sec_Noem: "The two things that we've asked @GovTimWalz and @MayorFrey for is that they woul…

← Post

Rapid Response 47
@RapidResponse47

.@Sec_Noem: "The two things that we've asked @GovTimWalz and @MayorFrey for is that they would partner with us and before they let somebody dangerous out of their jails, that they would let us know so we can deport them out of our country. I do not know why they continue to choose the side of lawbreakers, criminals, murderers, and rapists over the citizens of Minneapolis."



1:12

4:53 PM · Jan 24, 2026 · **189.4K** Views

💬 378        🔁 2K        ♡ 9.6K        🔖 154        ⬆️

💬 Read 378 replies

New to X?
Sign up now to get your

G  Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree
Privacy Policy, including

What's happening

Politics · Trending
**Cruz**

Sports · Trending
**Abhishek Sharma**

Trending in United States
**#HardRockBet**

Trending in United States
**Wes Moore**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

https://x.com/RapidResponse47/status/2015196395267895670                                     1/2



New to X?

Sign up now to get you

 Sign

Creat

By signing up, you agre
Privacy Policy, includir

What's happe

Politics · Trending
Cruz

Sports · Trending
Abhishek Sharma

Trending in United Sta
#HardRockBet

Trending in United Sta
Wes Moore

Show more

Terms of Service | Priva
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.

Log in