UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190-KMM-DJF

# DECLARATION OF KATHERINE BIES

# EXHIBIT 6

1/25/26, 10:37 AM                    Rapid Response 47 on X: "@CMDROpAtLargeCA: This is only the latest attack on law enforcement… We will not allow violence …

CASE 0:26-cv-00190-KMM-DJF    Doc. 114-6    Filed 01/25/26    Page 2 of 3

Post

**Rapid Response 47**
@RapidResponse47

.@CMDROpAtLargeCA: "This is only the latest attack on law enforcement… We will not allow violence against our law enforcement officers and we need state and local help — state and local law enforcement to help us coordinate to get violent criminals off the streets."



1:23 PM · Jan 24, 2026 · **102.8K** Views

351      875      4.2K      83

Read 351 replies

**New to X?**
Sign up now to get you

Sign
Sign
Creat

By signing up, you agre
Privacy Policy, includi

**What's happe**

Politics · Trending
**Cruz**

Sports · Trending
**Abhishek Sharma**

Trending in United Sta
**#HardRockBet**

Trending in United Sta
**Wes Moore**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in



New to X?

Sign up now to get your

 Sign

Create

By signing up, you agree
Privacy Policy, including

What's happening

Politics · Trending
Cruz

Sports · Trending
Abhishek Sharma

Trending in United States
#HardRockBet

Trending in United States
Wes Moore

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

Don't miss what's happening
People on X are the first to know.

Log in