UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, City of Minneapolis, and City of Saint Paul,<br><br>    Plaintiffs,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | Case No. 0:26-cv-00190 (KMM-DJF)<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on January 26, 2026, I served Defendants with the following:

1. Flash drive containing Exhibits A, B, C, D, E, and G to the Declaration of Michael Brey in Support of Plaintiffs' Motion for Temporary Restraining Order (ECF 105)

By personally delivering an envelope containing the flash drive to counsel for Defendants, Brantley Mayers, at the Motion Hearing (ECF 53) in Courtroom 14W at the Diana E. Murphy United States Courthouse in Minneapolis, Minnesota.

DATED: January 26, 2026

*/s/ Michael Brey*
Michael Brey
Counsel for Plaintiff City of Minneapolis