UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| STATE OF MINNESOTA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>      Defendants. | No. 26-cv-190 (KMM/DJF)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

---

      To ensure that the Court has provided all parties a full opportunity to be heard on the issues raised in connection with Plaintiffs' motion for temporary injunctive relief (Dkt. 5), the Court instructs Defendants to file a supplemental memorandum. In the supplemental memorandum, Defendants shall address Plaintiffs' assertion that the purpose of Operation Metro Surge is to punish Plaintiffs for adopting sanctuary laws and policies; coerce Plaintiffs into changing state and local law; compel Plaintiffs to direct state and local resources to facilitate information sharing to aid federal immigration enforcement; and cause Plaintiffs to direct more state and local resources towards holding immigration targets in detention for longer periods of time than otherwise allowed. (*See* Dkt. 60 at 9–13; *see also id.* at 16–19.) The Court finds that additional briefing on this issue is necessary because it was explored most clearly in the Reply, in light of recent factual developments.[1]

---

[1] Plaintiffs point to statements by some named Defendants and others within the Executive Branch that post-date the filing of the motion for preliminary injunctive relief. (*See* Dkt. 60 at 10–12 (citing statements dated Jan. 12, 2026 through Jan. 20, 2026).)

Defendants' supplemental memorandum shall address the factual basis for Plaintiffs' assertion and discuss their impact on the legal analysis relevant to Plaintiffs' claims.

Accordingly, **IT IS ORDERED THAT** Defendants shall file a supplemental brief not to exceed 3,000 words, **on or before Wednesday, January 28, 2026, at 6:00 p.m.**, addressing the issues identified.

Date: January 26, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge