UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*, in their official capacities,

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**RESPONSE TO COURT'S QUESTION REGARDING SIZE OF OPERATION METRO SURGE**

_____

In response to the Court's question during the argument held on January 26, 2026, the Department of Homeland Security has advised that there are currently approximately 3,000 officers and agents with ICE and CBP conducting immigration enforcement actions in the greater Minneapolis area.

| | |
|---|---|
| Dated: January 26, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | BRANTLEY T. MAYERS<br>Counsel to the Assistant Attorney<br>    General |
| | <u>/s/ Andrew I. Warden</u><br>ANDREW WARDEN (IN #23840-49)<br>Assistant Branch Director<br>LEE REEVES<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 616-5084<br>Fax: (202) 616-8470<br>Andrew.Warden@usdoj.gov |
| | *Counsel for Defendants* |