# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, <br><br> Defendants. | Civ. No.: 0:26-cv-00190-KMM-DJF <br><br> **DECLARATION OF ADAM E. SZYMANSKI** |

I, Adam E. Szymanski, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am an Assistant City Attorney representing the City of Minneapolis in this matter, and I submit this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order based on my review, conducted on January 28, 2026, of social media posts, City of Minneapolis public information releases, and Minnesota Department of Corrections' webpage and public information releases.

2. **Exhibit A** is a true and correct copy of a post on social media platform "Truth Social" by @realDonaldTrump, bearing a date and timestamp of January 25, 2026, at 4:35 PM, available at https://truthsocial.com/@realDonaldTrump/posts/115958123338296139

3. **Exhibit B** is a true and correct copy of a post on the social media platform X (formerly Twitter) by the account @WhiteHouse, bearing a date and timestamp of January 27, 2026, at 1:58 PM, available at https://x.com/WhiteHouse/status/20162392854316609 23?s=20.

4. **Exhibit C** is a true and correct copy of Mayor Jacob Frey's January 27, 2026, "Statement on Meeting with Border Czar Homan," available at https://content.govdelivery.com/bulletins/gd/MPLS-406598e?wgt_ref=MPLS_WIDGET_27. This statement was also released to media outlets on January 27, 2026. In addition, on January 27, 2026, Mayor Frey's social media pages on social media platforms, including Facebook and X (formerly Twitter), included essentially the same information about Mayor Frey's meeting with Mr. Homan. **Exhibit D** is true and correct copies of posts on the social media platform X (formerly Twitter) by the account @MayorFrey, available at

2

https://x.com/MayorFrey/status/2016241029217739171?s=20,

https://x.com/MayorFrey/status/2016241030811541701?s=20, and

https://x.com/MayorFrey/status/2016241048209518736?s=20.

5. **Exhibit E** is a true and correct copy of a post on the social media platform Truth Social by the account @realDonaldTrump, bearing a date and timestamp of January 28, 2026, at 7:23 AM, available at https://truthsocial.com/@realDonaldTrump/posts/115972940749866695.

6. **Exhibit F** is a true and correct copy of the current content from a webpage of the Minnesota Department of Corrections, entitled "Combatting DHS Misinformation, available at https://mn.gov/doc/about/news/combatting-dhs-misinformation/, last accessed on January 28, 2026.

7. **Exhibit G** is a true and correct copy of a media fact sheet provided by the Minnesota Department of Corrections, available at https://mn.gov/doc/assets/ICE%20Presser%20Fact%20Sheet%20Jan%2022%202026_tcm1089-720763.pdf.

8. **Exhibit H** is a true and correct copy of a news release on the Minnesota Department of Corrections website, available at https://mn.gov/doc/about/news/news-releases/?id=1089-720842.

**EXECUTED this 28th day of January 2026, in Hennepin County, Minnesota under the penalty of perjury.**

                                                */s/ Adam E. Szymanski*
                                                Adam E. Szymanski