

← **Truth Details**
4679 replies

**Donald J. Trump** ✓
@realDonaldTrump

That is why I am hereby calling on Governor Walz, Mayor Frey, and EVERY Democrat Governor and Mayor in the United States of America to formally cooperate with the Trump Administration to enforce our Nation's Laws, rather than resist and stoke the flames of Division, Chaos, and Violence:

1. Governor Walz and Mayor Frey should turn over all Criminal Illegal Aliens that are currently incarcerated in their State Prisons and Jails to Federal Authorities, along with all Illegal Criminals with an active warrant or known Criminal History, for Immediate Deportation.

2. State and Local Law Enforcement must agree to turn over all Illegal Aliens arrested by Local Police.

3. Local Police must assist Federal Law Enforcement in apprehending and detaining Illegal Aliens who are wanted for Crimes.

4. Democrat Politicians must partner with the Federal Government to protect American Citizens in the rapid removal of all Criminal Illegal Aliens in our Country. Some Democrats, in places like Memphis, Tennessee, or Washington, D.C., have done so, resulting in safer streets for ALL.

In addition, I am hereby calling on the United States Congress to immediately pass Legislation to END Sanctuary Cities, which is the root cause of all of these problems. American Cities should be Safe Sanctuaries for Law Abiding American Citizens ONLY, not Illegal Alien Criminals who broke our Nation's Laws.

All of these requests are rooted in COMMON SENSE, and will provide the best

**EXHIBIT A**

possible circumstances to, MAKE AMERICA GREAT AGAIN! The Trump Administration is standing by, and waiting for ANY Democrat to do the right thing, and work with us on these important matters of MAKING AMERICA SAFE like it is in all sections of our Country where we are, together with Local Leadership, participating and involved.

DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES OF AMERICA

**12.4k** ReTruths   **44.3k** Likes                              Jan 25, 2026, 4:35 PM



**EXHIBIT A**