1/28/26, 11:45 AM

CASE 0:26-cv-00190-KMM-DJF    Doc. 127-2    Filed 01/28/26    Page 1 of 1

The White House on X: "1. Turn over all incarcerated or active warrant criminal illegal aliens for immediate deportation. 2. Transfer …



**The White House** ✓
@WhiteHouse

1. Turn over all incarcerated or active warrant criminal illegal aliens for immediate deportation.

2. Transfer all criminal illegal aliens arrested by state and local police.

3. Assist federal authorities in detaining criminal illegal aliens wanted for crimes.

4. Democrats must work with the federal government in the rapid removal of all criminal illegal aliens.

It's that simple. End the chaos.

1:58 PM · Jan 27, 2026 · **1.2M** Views

5.6K    12K    47K    1.4K

Read 5.6K replies

**EXHIBIT B**