

**Subscribe to updates from City of Minneapolis**

Email Address [_____] e.g. name@exam
[Subscribe]

**Share Bulletin**

# Mayor Frey's Statement on Meeting with Border Czar Homan

City of Minneapolis sent this bulletin at 01/27/2026 01:53 PM CST



Update from Mayor Jacob Frey | January 27, 2026

### Frey's Statement on Meeting with Border Czar Homan

Mayor Frey and Minneapolis Police Chief O'Hara met with Border Czar Tom Homan this morning and had a productive conversation. Following the meeting, the mayor released the following statement:

> "I appreciated the conversation the Chief and I had with Border Czar Homan. During our meeting, I reiterated that my main ask is for Operation Metro Surge to come to an end as quickly as possible. Public safety works best when it's built on community trust – not tactics that create fear or division.
>
> I shared with Mr. Homan the serious negative impacts this operation has had on Minneapolis and surrounding communities, as well as the strain it has placed on our local police officers.
>
> I also made it clear that Minneapolis does not and will not enforce federal immigration laws, and that we will remain focused on keeping our neighbors and streets safe.
>
> City leaders will continue to stay in conversation with Mr. Homan and his team."

### minneapolismn.gov/mayor

For reasonable accommodations or alternative formats please call 311 at 612-673-3000.

People who are deaf or hard of hearing can use a relay service to call 311 at 612-673-3000. TTY users can call 612-673-2157 or 612-673-2626.

Para asistencia 612-673-2700, Yog xav tau kev pab, hu 612-673-2800, Hadii aad Caawimaad u baahantahay 612-673-3500.



City of Minneapolis · Update Preferences · Unsubscribe

Powered by


Privacy Policy | Cookie Statement | Help

**EXHIBIT C**