1/28/26, 2:39 PM   Mayor Jacob Frey on X: "Today, Chief O'Hara and I met with Border Czar Homan and had a productive conversation. I reiterated th…

CASE 0:26-cv-00190-KMM-DJF    Doc. 127-4    Filed 01/28/26    Page 1 of 3



EXHIBIT D

1/28/26, 2:43 PM    Mayor Jacob Frey on X: "I shared with Mr. Homan the serious negative impacts this operation has had on Minneapolis and surroun…

CASE 0:26-cv-00190-KMM-DJF    Doc. 127-4    Filed 01/28/26    Page 2 of 3

← Post

**Mayor Jacob Frey**
@MayorFrey

I shared with Mr. Homan the serious negative impacts this operation has had on Minneapolis and surrounding communities, as well as the strain it has placed on our local police officers.

2:04 PM · Jan 27, 2026 · **61.4K** Views

💬 169    🔁 30    ♡ 247    🔖 9    ↗

Read 169 replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Entertainment · Trending
**#YIAYdoom**

Trending in United States
**Nasra Ahmed**

Sports · Trending
**Asencio**

Sports · Trending
**Patrick Graham**

Show more

Terms of Service | Privacy Policy
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

1/28/26, 2:43 PM                                            Mayor Jacob Frey on X: "I also made it clear that Minneapolis does not and will not enforce federal immigration laws, and that we w…

Post

Mayor Jacob Frey
@MayorFrey

I also made it clear that Minneapolis does not and will not enforce federal immigration laws, and that we will remain focused on keeping our neighbors and streets safe.

City leaders will continue to stay in conversation with Mr. Homan and his team.

2:05 PM · Jan 27, 2026 · **1.6M** Views

3.1K          639          558          281

Read 3.1K replies

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

What's happening

Entertainment · Trending
#YIAYdoom

Trending in United States
Nasra Ahmed

Sports · Trending
Asencio

Sports · Trending
Patrick Graham

Show more

Terms of Service | Privacy
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.

Log in

https://x.com/MayorFrey/status/2016241048209518736?s=20                                                                                                                     1/1