

# ← Truth Details
8781 replies

**Donald J. Trump**
@realDonaldTrump

Surprisingly, Mayor Jacob Frey just stated that, "Minneapolis does not, and will not, enforce Federal Immigration Laws." This is after having had a very good conversation with him. Could somebody in his inner sanctum please explain that this statement is a very serious violation of the Law, and that he is PLAYING WITH FIRE!

**10.3k** ReTruths   **41.3k** Likes                                      Jan 28, 2026, 7:23 AM



EXHIBIT E