**DEPARTMENT OF CORRECTIONS**

# Combatting DHS Misinformation

This page exists to correct the Department of Homeland Security's (DHS) repeated false claims regarding the Minnesota Department of Corrections' (DOC) cooperation with Immigration and Customs Enforcement (ICE). Please see the below media fact sheet, press releases, and videos for more information.

> ## Media Fact Sheet (/doc/assets/ICE%20Presser%20Fact%20Sheet%20Jan%2022%202026_tcm108-720763.pdf)

## Press Releases:

- Minnesota Department of Corrections Releases New Evidence Showing DHS Is Publishing False Arrest Claims at Scale (https://mn.gov/doc/about/news/news-releases/#/detail/appId/1/id/720894)
- Minnesota Department of Corrections Statement on Minneapolis Shooting and Federal Claims (https://mn.gov/doc/about/news/news-releases/?id=1089-720842)
- Minnesota DOC Releases Video to Refute False Claims by the Department of Homeland Security (https://mn.gov/doc/about/news/news-releases/#/detail/appId/1/id/720600)
- Minnesota Pushes Back Against Continued False Department of Homeland Security Claims (https://mn.gov/doc/about/news/news-releases/#/detail/appId/1/id/720552)
- Minnesota Department of Corrections Addresses False Claims by the Department of Homeland Security (https://mn.gov/doc/about/news/news-releases/#/detail/appId/1/id/719911)

## Videos:



Minnesota Department of Corrections

**EXHIBIT F**



FOX 9 Minneapolis-St. Paul



Minnesota Department of Public Safety



