

# News Releases

Subscribe to news releases (https://public.govdelivery.com/accounts/MNCORR/signup/37100) from DOC via email or SMS alerts.

View entire list

# Minnesota Department of Corrections Statement on Minneapolis Shooting and Federal Claims

January 24, 2026

The Minnesota Department of Corrections (DOC) extends its condolences to the family and loved ones of Alex Pretti, who was shot and killed by federal agents this morning in Minneapolis. The loss of life is tragic, and Minnesotans deserve transparency, accountability, and facts.

In the hours following the shooting, U.S. Border Patrol Chief Gregory Bovino held a press conference asserting that the operation was targeting an individual named Jose Huerta-Chuma and characterized him as having a significant criminal history. Because federal statements have repeatedly included inaccurate information about Minnesota custody and criminal records, the DOC reviewed available records to determine whether the individual referenced had any connection to Minnesota state prison custody.

Based on DOC records and publicly available Minnesota court data:

- The individual identified by federal officials has never been in Minnesota DOC custody.
- DOC and court records show no felony commitments associated with this
- Public Minnesota court records reflect misdemeanor offenses.
- The individual is not currently under DOC supervision.

DOC records further indicate that an individual by this name was previously held in federal immigration custody in a local Minnesota jail in 2018, during President Trump's first administration. Any decisions regarding release from federal custody at that time would have been made by federal authorities. DOC has no information explaining why this individual was released.

EXHIBIT H

U.S. Department of Homeland Security (DHS) Secretary Kristi Noem publicly stated that the Minnesota Bureau of Criminal Apprehension (BCA) investigators would not be allowed to investigate the shooting because the state "refuses to cooperate with ICE." That statement is incorrect. Minnesota DOC does cooperate with ICE to facilitate custody transfers for individuals subject to federal detainers. That cooperation was publicly confirmed on January 22 by Marcos Charles, Acting Executive Associate Director of ICE, during a federal press conference, and again by Vice President J.D. Vance during his remarks the same day. The inaccurate assertions of these high-level ICE officials are untrue, reckless, and contrary to longstanding practice.

To address ongoing misinformation by DHS, Minnesota DOC has launched a dedicated web page to provide accurate, verified information regarding DOC's cooperation with ICE. This resource was created in response to repeated false or misleading claims by DHS about DOC custody, detainers, and cooperation.

The new web page serves as a central hub for information, including:

- **Facts** showing a verified point-in-time count of non-citizens in state custody.
- **Press Releases** providing accurate information about DHS's "worst of the worst" lists.
- **Videos** including Thursday's press conference and custody transfer footage that refutes DHS's assertions of a lack of coordination between DOC and ICE.

To access this new resource: Combatting DHS Misinformation (https://links-2.govdelivery.com/CL0/https:%2F%2Fmn.gov%2Fdoc%2Fabout%2Fnews%2Fcombatting-dhs-misinformation%2F/1/0101019bf2f27e17-e78d77be-6b6b-47f3-a84b-c22edc786f2b-000000/zPDpta0ZWf3VVzyH4ALnQyXmV8QUkTCtfjpH3znkSlY=441) or https://mn.gov/doc/about/news/combatting-dhs-misinformation/ (http://mn.gov/doc/about/news/combatting-dhs-misinformation/)

DOC will continue to review facts carefully, correct the record when necessary, and share accurate, verifiable information with the media and the public.

Permalink: https://mn.gov/doc/about/news/news-releases/index.jsp?id=1089-720842 (https://mn.gov/doc/about/news/news-releases/index.jsp?id=1089-720842)

View entire list

## Archives

RSS feed (/doc/rest/rss/News Releases?id=1089-35332&detailPage=/doc/about/news/news-releases/index.jsp)

# Minnesota Department of Corrections Statement on Minneapolis Shooting and Federal Claims

1/24/2026 8:24:53 PM

The Minnesota Department of Corrections (DOC) extends its condolences to the family and loved ones of Alex Pretti, who was shot and killed by federal agents this morning in Minneapolis. The loss of life is tragic, and Minnesotans deserve transparency, accountability, and facts.

In the hours following the shooting, U.S. Border Patrol Chief Gregory Bovino held a press conference asserting that the operation was targeting an individual named Jose Huerta-Chuma and characterized him as having a significant criminal history. Because federal statements have repeatedly included inaccurate information about Minnesota custody and criminal records, the DOC reviewed available records to determine whether the individual referenced had any connection to Minnesota state prison custody.

Based on DOC records and publicly available Minnesota court data:

- The individual identified by federal officials has never been in Minnesota DOC custody.
- DOC and court records show no felony commitments associated with this
- Public Minnesota court records reflect misdemeanor offenses.
- The individual is not currently under DOC supervision.

DOC records further indicate that an individual by this name was previously held in federal immigration custody in a local Minnesota jail in 2018, during President Trump's first administration. Any decisions regarding release from federal custody at that time would have been made by federal authorities. DOC has no information explaining why this individual was released.

U.S. Department of Homeland Security (DHS) Secretary Kristi Noem publicly stated that the Minnesota Bureau of Criminal Apprehension (BCA) investigators would not be allowed to investigate the shooting because the state "refuses to cooperate with ICE." That statement is incorrect. Minnesota DOC does cooperate with ICE to facilitate custody transfers for individuals subject to federal detainers. That cooperation was publicly confirmed on January 22 by Marcos Charles, Acting Executive Associate Director of ICE, during a federal press conference, and again by Vice President J.D. Vance during his remarks the same day. The inaccurate assertions of these high-level ICE officials are untrue, reckless, and contrary to longstanding practice.

To address ongoing misinformation by DHS, Minnesota DOC has launched a dedicated web page to provide accurate, verified information regarding DOC's cooperation with ICE. This resource was created in response to repeated false or misleading claims by DHS about DOC custody, detainers, and cooperation.

The new web page serves as a central hub for information, including:

- **Facts** showing a verified point-in-time count of non-citizens in state custody.
- **Press Releases** providing accurate information about DHS's "worst of the worst" lists.
- **Videos** including Thursday's press conference and custody transfer footage that refutes DHS's assertions of a lack of coordination between DOC and ICE.

To access this new resource: Combatting DHS Misinformation (https://links-2.govdelivery.com/CL0/https:%2F%2Fmn.gov%2Fdoc%2Fabout%2Fnews%2Fcombatting-dhs-misinformation%2F/1/0101019bf2f27e17-e78d77be-6b6b-47f3-a84b-c22edc786f2b-000000/zPDpta0ZWf3VVzyH4ALnQyXmV8QUkTCtfjpH3znkSlY=441) or https://mn.gov/doc/about/news/combatting-dhs-misinformation/ (http://mn.gov/doc/about/news/combatting-dhs-misinformation/)

DOC will continue to review facts carefully, correct the record when necessary, and share accurate, verifiable information with the media and the public.