UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; JOHN CONDON, *in his
official capacity as Acting Executive Associate
Director of Homeland Security Investigations*;
U.S. Department of Homeland Security;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his
official capacity as Acting Executive Associate
Director, Enforcement and Removal Operations;*
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection;* U.S. Customs and Border Protection;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(f), (h)**

_____

The undersigned attorney for Defendants certifies that the Supplemental Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order / Preliminary Injunction complies with the type-volume limitation of D. Minn. Local Rule 7.1(f), as amended by the Court's Order for Supplemental Briefing, Dkt. 118, and the type-size limitation of D. Minn. Local Rule 7.1(h). The Memorandum has a total of 2985 words in Times New Roman font size 13, which includes all text, headings, footnotes, and quotations in the Word Count. It was prepared using Microsoft Word for Microsoft Office 365.

Dated: January 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS(FL #1039996)
Counsel to the Assistant Attorney General

ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*