UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 0:26-cv-00190-KMM-DJF

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison,

CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,

       Plaintiff

vs.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border PATROL; U.S. BORDER PATROL; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,

       Defendant

**NOTICE OF APPEARANCE**

1

2

The undersigned attorney hereby notifies the Court and counsel that Amir Malik shall appear as counsel of record as Amicus Curiae for Suburban Cities – the City of Bloomington.

By: __/s/ Amir Malik_____
        Amir Malik (MN 327426)
        Compliance Manager
        Melissa Manderschied
        City Attorney
        City of Bloomington
        1800 West Old Shakopee Road
        Bloomington, MN 55431
        952-563-8753

        *Attorneys for the City of Bloomington*