# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| State of Minnesota, City of Minneapolis, City of St. Paul, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 26-cv-00190-KMM-DJF |
| Kristi Noem, John Condon, U.S. Department of Homeland Security, Todd Lyons, Marcos Charles, U.S. Immigration and Customs Enforcement, Rodney Scott, U.S. Customs and Border Protection, Gregory Bovino, U.S. Border Patrol, David Easterwood | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Plaintiffs' Motion for a Preliminary Injunction (Dkt. 5) is DENIED.

Date: 2/2/2026

KATE M. FOGARTY, CLERK