UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>     Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>     Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br><br><br>**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** |

TO:   Clerk of the U.S. District Court; and Defendants, by and through their Counsel:

Plaintiffs respectfully move, pursuant to Fed. R. Civ. P. 26(d), for an Order granting expedited discovery, requiring Defendants to respond to Plaintiffs' written discovery requests within seven days of service, and granting Plaintiffs' request to depose Defendants' declarants within fourteen days of the Court's order. Plaintiffs request expedited handling of this motion.

This motion is based on Fed. R. Civ. P. 26(d) and all the files, records, and proceedings herein including Plaintiffs' Memorandum of Law in Support of Their Motion for Expedited Discovery.

Plaintiffs request expedited handling because of the immediate and irreparable harm faced by Plaintiffs from "Operation Metro Surge." In December 2025, Defendants launched "Operation Metro Surge," an unprecedented deployment of thousands of heavily armed and masked immigration enforcement agents. Defendants' agents blatantly disregard the rule of law, including stopping or detaining Minnesotans because of the color of their skin or their access, and retaliating against protestors, observers, and journalists. The consequences have been deadly—Defendants' agents shot and killed observers Renee Good and Alex Pretti in January 2026. As a result, Plaintiffs have suffered and continue to suffer irreparable harm. Defendants are impeding Plaintiffs' ability to ensure the public health, safety, and welfare of their residents as well as support the local economy. Given these urgent and unprecedented circumstances, Plaintiffs ask the Court to grant expedited discovery, require Defendants to respond to Plaintiffs' written discovery requests within seven days of service, and allow Plaintiffs to depose Defendants' declarants within fourteen

days of the Court's order. As Plaintiffs have previewed to the Court, Plaintiffs anticipate filing a preliminary injunction motion promptly and limited expedited discovery will address open factual questions related to that motion.

Plaintiffs request that the Court issue an order on the motion no later than February 12, 2026, and set an appropriate response date for Defendants based off that date.

Dated: February 5, 2026

KEITH ELLISON
Attorney General
State of Minnesota

*By: s/Katherine Bies*
KATHERINE BIES (#0401675)
Special Counsel
LIZ KRAMER (#0325089)
Solicitor General
PETER J. FARRELL (#0393071)
Deputy Solicitor General
BRIAN S. CARTER (#0390613)
LINDSEY MIDDLECAMP (#0392589)
JOSEPH RICHIE (#0400615)
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
brian.carter@ag.state.mn.us
katherine.bies@ag.state.mn.us
joseph.richie@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*


Dated: February 5, 2026

KRISTYN ANDERSON

          City Attorney
          *s/ Kristyn Anderson*
          KRISTYN ANDERSON (0267752)

          HEATHER P. ROBERTSON (0390470)
          Assistant City Attorney
          SARA J. LATHROP (0310232)
          Assistant City Attorney
          KIRSTEN H. PAGEL (0399114)
          Assistant City Attorney
          350 South Fifth Street
          Minneapolis, Minnesota 55415
          Tel: 612-673-3000
          kristyn.anderson@minneapolismn.gov
          sara.lathrop@minneapolismn.gov
          heather.robertson@minneapolismn.gov
          kirsten.pagel@minneapolismn.gov

          *Attorneys for Plaintiff City of Minneapolis*

Dated: February 5, 2026      IRENE KAO
          City Attorney

          *By: s/ Kelsey McElveen*
          KELSEY MCELVEEN (0396744)
          Assistant City Attorney
          PORTIA HAMPTON-FLOWERS (0210869)
          Deputy City Attorney
          KELSEY MCELVEEN (0396744)
          Assistant City Attorney
          ALEXANDER HSU (0399275)
          Assistant City Attorney
          15 W. Kellogg Blvd., #400
          Saint Paul, Minnesota 55102
          Tel: 651-266-8710
          Portia.flowers@ci.stpaul.mn.us
          Kelsey.mcelveen@ci.stpaul.mn.us
          Alexander.hsu@ci.stpaul.mn.us

          *Attorneys for Plaintiff City of Saint Paul*

|#6288463-v1