# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

    Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

    Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

TO:   Clerk of the U.S. District Court; and Defendants, by and through their Counsel:

PLEASE TAKE NOTICE that Plaintiffs State of Minnesota, City of Minneapolis and City of St. Paul's Motion for Expedited Discovery will be heard on a date and time to be determined before the Honorable Dulce J. Foster, Magistrate Judge, U.S. District Court, District of Minnesota, at the United States District Courthouse, Courtroom 8E, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415. The parties agree that a hearing is not necessary.

| | |
|---|---|
| Dated: February 5, 2026 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>*By: s/ Katherine Bies*<br>KATHERINE BIES (#0401675)<br>Special Counsel<br>LIZ KRAMER (#0325089)<br>Solicitor General<br>PETER J. FARRELL (#0393071)<br>Deputy Solicitor General<br>BRIAN S. CARTER (#0390613)<br>LINDSEY MIDDLECAMP (#0392589)<br>JOSEPH RICHIE (#0400615)<br>Special Counsel<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2125<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br>peter.farrell@ag.state.mn.us<br>brian.carter@ag.state.mn.us<br>katherine.bies@ag.state.mn.us<br>joseph.richie@ag.state.mn.us<br>lindsey.middlecamp@ag.state.mn.us<br><br>*Attorneys for Plaintiff State of Minnesota* |

| | |
|---|---|
| Dated: February 5, 2026 | KRISTYN ANDERSON<br>City Attorney<br><br>*s/ Kristyn Anderson*<br>KRISTYN ANDERSON (0267752)<br>HEATHER P. ROBERTSON (0390470)<br>Assistant City Attorney<br>SARA J. LATHROP (0310232)<br>Assistant City Attorney<br>KIRSTEN H. PAGEL (0399114)<br>Assistant City Attorney<br>350 South Fifth Street<br>Minneapolis, Minnesota 55415<br>Tel: 612-673-3000<br>kristyn.anderson@minneapolismn.gov<br>sara.lathrop@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br>kirsten.pagel@minneapolismn.gov<br><br>*Attorneys for Plaintiff City of Minneapolis* |
| Dated: February 5, 2026 | IRENE KAO<br>City Attorney<br><br>*By: s/ Kelsey McElveen*<br>KELSEY MCELVEEN (0396744)<br>Assistant City Attorney<br>PORTIA HAMPTON-FLOWERS (0210869)<br>Deputy City Attorney<br>KELSEY MCELVEEN (0396744)<br>Assistant City Attorney<br>ALEXANDER HSU (0399275)<br>Assistant City Attorney<br>15 W. Kellogg Blvd., #400<br>Saint Paul, Minnesota 55102<br>Tel: 651-266-8710<br>Portia.flowers@ci.stpaul.mn.us<br>Kelsey.mcelveen@ci.stpaul.mn.us<br>Alexander.hsu@ci.stpaul.mn.us<br><br>*Attorneys for Plaintiff City of Saint Paul* |

|#6288515-v1