UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br><br>**DECLARATION OF**<br>**KATHERINE BIES** |

  I, Katherine Bies, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am one of the attorneys of record appearing on behalf of the State of Minnesota in this matter. I submit this declaration in support of Plaintiffs' Motion for Expedited Discovery.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' email to Defendants on January 21, 2026, attaching and serving Minnesota's first set of discovery requests.

3. Attached as Exhibit 1A is a true and correct copy of Minnesota's first set of discovery requests.

4. Attached as Exhibit 2 is a true and correct copy of Defendants' January 22, 2026, letter objecting to Minnesota's first set of discovery requests.

5. Attached as Exhibit 3 is a true and correct copy of Plaintiffs' and Defendants' January 29, 2026, email correspondence regarding Plaintiffs' proposed discovery.

6. Attached as Exhibit 4 is a true and correct copy of Plaintiffs' January 24, 2026, email memorializing the parties' meet and confer on January 23, 2026.

7. Attached as Exhibit 5 is a true and correct copy of Plaintiff State of Minnesota's Proposed Discovery Requests to Defendants.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed February 4, 2026, in Washington, D.C.

**s/ Katherine Bies**
Katherine Bies (Attorney No. 0401675)

2