UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190

DECLARATION OF KATHERINE BIES

# EXHIBIT 3

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **To:** | Brian Carter; Mayers, Brantley T (CIV) |
| **Cc:** | Lathrop, Sara J; Kelsey McElveen; Lindsey Middlecamp |
| **Subject:** | [EXTERNAL] RE: Discovery |
| **Date:** | Thursday, January 29, 2026 10:01:58 AM |

Brian:

The federal defendants oppose the proposed discovery set forth in your email below.

Best,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

**From:** Brian Carter Brian.Carter@ag.state.mn.us
**Sent:** Wednesday, January 28, 2026 7:45 PM
**To:** Warden, Andrew (CIV) Andrew.Warden@usdoj.gov; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>; Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>
**Subject:** [EXTERNAL] Discovery

Mr. Warden,

Based on our meet-and-confer last Friday, I suspect that the answer will be no, but would Defendants consent to the following: 1. limited expedited discovery relevant to all claims; 2. extra-record discovery regarding the APA claims; and 3. the immediate opening of ordinary discovery pursuant to Fed. R. Civ. Pro. 26(d)(1).

Please let me know if you require further discussion or have any questions.

Brian S. Carter

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by

contacting the sender. Thank you.

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.