UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*State of Minnesota, et al.*
*vs.*
*Kristi Noem, et al.*
U.S. Dist. Ct. No. 26-cv-190

DECLARATION OF KATHERINE BIES

# EXHIBIT 4

| | |
|---|---|
| **From:** | Szymanski, Adam |
| **To:** | Warden, Andrew (CIV); Lathrop, Sara J; Brian Carter; Liz Kramer; Joseph Richie; Katie Bies; Lindsey Middlecamp; Peter Farrell; Robertson, Heather (she/her/hers); Pagel, Kirsten (she/her/hers); Anderson, Kristyn; Brey, Michael A; alexander.hsu@ci.stpaul.mn.us; kelsey.mcelveen@ci.stpaul.mn.us; portia.flowers@ci.stpaul.mn.us; Mayers, Brantley T (CIV); Abelson, Dan (he/him/his); Anderson, Kristyn |
| **Subject:** | Meet and Confer | Minnesota v. Noem, Case No. 0:26-cv-00190 (D.Minn.) |
| **Date:** | Saturday, January 24, 2026 10:20:44 AM |
| **Attachments:** | image001.png |

Mr. Warden,

This email memorializes that the parties met and conferred yesterday concerning the need for an evidentiary hearing in accordance with the Court's order on January 22, 2026, ECF No. 54. Plaintiffs proposed an evidentiary hearing one week after a grant of their TRO. Defendants stated that an evidentiary hearing was not necessary to resolve the motion.

The parties also discussed the need for discovery. Plaintiffs asked about discovery relevant to the APA claims as well as those in the motion, and Defendants refused both.

If you disagree with this summary in any way, please let me know immediately.

**Adam E. Szymanski**
*Assistant City Attorney*

**City of Minneapolis – City Attorney's Office**
**Phone:** 612-673-2186 **Email:** adam.szymanski@minneapolismn.gov
**Address:** City Hall, 350 S. Fifth St. – Room 210, Minneapolis, MN 55415



**ATTENTION:** This message and any attachments are intended only for the named recipient(s), and may contain information that is government data and thereby subject to the Minnesota Government Data Practices Act, Minnesota Statutes, Chapter 13, and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine.

This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C §§ 2510-2521.