UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>        Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>        Defendants. | Case No. 0:26-cv-00190-KMM-DJF<br><br><br><br><br><br>**MEET-AND-CONFER STATEMENT** |

I, Katherine Bies, representing Plaintiff Keith Ellison, in his official capacity as Attorney General of Minnesota, hereby certify that Plaintiffs met and conferred with counsel for the United States by email on January 21, 2026, January 29, 2026, and February 4, 2026, by letter on January 22, 2026, and via Microsoft Teams on January 23, 2026 to discuss expedited discovery. The parties do not agree on the resolution of any part of the motion.

Dated: February 5, 2026

KEITH ELLISON
Attorney General
State of Minnesota

*By: s/ Katherine Bies*
KATHERINE BIES (#0401675)
Special Counsel
LIZ KRAMER (#0325089)
Solicitor General
PETER J. FARRELL (#0393071)
Deputy Solicitor General
BRIAN S. CARTER (#0390613)
LINDSEY MIDDLECAMP (#0392589)
JOSEPH RICHIE (#0400615)
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
brian.carter@ag.state.mn.us
katherine.bies@ag.state.mn.us
joseph.richie@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

| | |
|---|---|
| Dated: February 5, 2026 | KRISTYN ANDERSON<br>City Attorney<br><br>*s/ Krystyn Anderson*<br>KRISTYN ANDERSON (0267752)<br>HEATHER P. ROBERTSON (0390470)<br>Assistant City Attorney<br>SARA J. LATHROP (0310232)<br>Assistant City Attorney<br>KIRSTEN H. PAGEL (0399114)<br>Assistant City Attorney<br>350 South Fifth Street<br>Minneapolis, Minnesota 55415<br>Tel: 612-673-3000<br>kristyn.anderson@minneapolismn.gov<br>sara.lathrop@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br>kirsten.pagel@minneapolismn.gov<br><br>*Attorneys for Plaintiff City of Minneapolis* |
| Dated: February 5, 2026 | IRENE KAO<br>City Attorney<br><br>*By: s/ Kelsey McElveen*<br>KELSEY MCELVEEN (0396744)<br>Assistant City Attorney<br>PORTIA HAMPTON-FLOWERS (0210869)<br>Deputy City Attorney<br>KELSEY MCELVEEN (0396744)<br>Assistant City Attorney<br>ALEXANDER HSU (0399275)<br>Assistant City Attorney<br>15 W. Kellogg Blvd., #400<br>Saint Paul, Minnesota 55102<br>Tel: 651-266-8710<br>Portia.flowers@ci.stpaul.mn.us<br>Kelsey.mcelveen@ci.stpaul.mn.us<br>Alexander.hsu@ci.stpaul.mn.us<br><br>*Attorneys for Plaintiff City of Saint Paul* |

|#6288567-v1