UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

    Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

    Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**[PROPOSED] ORDER**

This matter comes before the Court on the Motion for Expedited Discovery by Plaintiffs State of Minnesota, City of Minneapolis, and City of Saint Paul. Having reviewed the Complaint, Motion, Memorandum of Law, and other evidence and argument submitted in support of the Motion, and in accordance with Federal Rule of Civil Procedure 26(d)(1), and for good cause shown, the Court grants Plaintiffs' Motion for Expedited Discovery.

It is hereby ORDERED that a Motion for Expedited Discovery is GRANTED in this case. It is further ORDERED that:

1. Defendants are required to respond to Plaintiffs' written discovery request within seven days of service. If Defendants are unable to meet the deadline for written discovery, the Parties should file a joint status report addressing what written discovery remains outstanding.

2. Plaintiffs are permitted to depose Defendants' declarants within fourteen days of the Court's order.

BY THE COURT:

Dated: _____   _____
THE HONORABLE DULCE J. FOSTER
U.S. Magistrate Judge, District of Minnesota