UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF SAINT PAUL,<br><br>PLAINTIFFS,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>DEFENDANTS. | Court File No. 0:26-cv-00190-KMM-DJF<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF WILLIAM MICHAEL CUNNINGHAM AND GRANTING ELECTRONIC FILING ACCESS<br><br>RECEIVED BY MAIL<br><br>FEB 0 6 2026<br><br>CLERK, U.S. DISTRICT COURT<br>MINNEAPOLIS, MINNESOTA |



SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

ORDER

Upon consideration of the Motion for Leave to File Brief of Amicus Curiae submitted by William Michael Cunningham, and for good cause shown,

IT IS HEREBY ORDERED that:

The Motion for Leave to File Brief of Amicus Curiae is GRANTED;

The Clerk of Court is directed to file the Brief of Amicus Curiae of William Michael Cunningham on the docket in this matter; and

William Michael Cunningham is granted permission to file documents electronically in this case for purposes of the amicus curiae submission.

Dated: _____, 2026

Hon. Katherine M. Menendez
United States District Judge