UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by and Through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in His official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in His official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; GREGORY BOVINO, In his official capacity as Commander of The U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his Official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | Case No. 0:26-cv-00190 (KMM/DJF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Portia Hampton-Flowers withdraws as counsel for the City of St. Paul in the above-captioned action. Assistant City Attorneys Kelsey McElveen and Alexander Hsu will continue to represent the City of Saint Paul in this matter.

|  |  |
|---|---|
|  | IRENE KAO<br>City Attorney |
| **Dated**: February 24, 2026 | *s/Portia Hampton-Flowers*<br>Portia Hampton-Flowers, #210869<br>Deputy City Attorney<br>750 City Hall and Court House<br>15 West Kellogg Boulevard<br>Saint Paul, MN 55102<br>651-266-8774<br>portia.flowers@ci.stpaul.mn.us<br><br>*Attorneys for Defendant City of Saint Paul* |