# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| STATE OF MINNESOTA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civ. No. 26-190 (KMM/DJF)<br><br>**JOINT STIPULATION TO EXTEND TIME TO AMEND THE COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15(A)(1)(B)** |

The Parties hereby stipulate to the following and request that the Court order an extension of Plaintiffs time to file an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Plaintiffs filed the Complaint in this matter on January 12, 2026. Defendants timely responded to the Complaint by filing a motion to dismiss on March 16, 2026. Plaintiffs intend to file an amended complaint as a matter of course in lieu of responding to the present motion. Pursuant to Rule 15(a)(1)(B), Plaintiffs' amended complaint is due on April 6, 2026.

The Parties agree that there is good cause for a two-week extension to the deadline, which would make Plaintiffs' amended complaint due on or before April 20, 2026. The lead attorney on this matter for Plaintiff City of Saint Paul is recovering from pneumonia, and the illness has substantially interfered with her ability to work on this matter. Further, the claims and issues presented in this lawsuit are numerous, complex, and require the coordination of three co-Plaintiffs that are government entities, often with cumbersome internal processes. There is therefore good cause for a two-week extension of Plaintiffs' time to file an amended complaint as a matter of course.

Respectfully submitted,

Dated: <u>April 3, 2026</u>

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Brian S. Carter*
BRIAN S. CARTER (#0390613)
LINDSEY MIDDLECAMP (#0392589)
Special Counsel

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)

brian.carter@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

Dated: <u>April 3, 2026</u>

KRISTYN ANDERSON
City Attorney
*/s/ Sara J. Lathrop*

KRISTYN ANDERSON (0267752)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorney
SARA J. LATHROP (0310232)
Assistant City Attorney
KIRSTEN H. PAGEL (0399114)
Assistant City Attorney
ADAM E. SZYMANSKI (0397704)
Assistant City Attorney
MICHAEL A. BREY (#0398620)
Assistant City Attorney
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
heather.robertson@minneapolismn.gov
kirsten.pagel@minneapolismn.gov
adam.szymanski@minneapolismn.gov
michael.brey@minneapolismn.gov

*Attorneys for Plaintiff City of Minneapolis*

Dated: <u>April 3, 2026</u>

IRENE KAO
City Attorney
<u>*By: /s/ Kelsey McElveen*</u>
KELSEY MCELVEEN (0396744)
Assistant City Attorney
ALEXANDER HSU (0399275)
Assistant City Attorney
15 W. Kellogg Blvd., #400
Saint Paul, MN 55102
Tel: 651-266-8710
Portia.flowers@ci.stpaul.mn.us
Kelsey.mcelveen@ci.stpaul.mn.us
Alexander.hsu@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*

Dated: <u>April 3, 2026</u>

BRETT A. SHUMATE
Assistant Attorney General

Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS(FL #1039996)
Counsel to the Assistant Attorney General

ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*