UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; JOHN CONDON, *in his
official capacity as Acting Executive Associate
Director of Homeland Security Investigations*;
U.S. Department of Homeland Security;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his
official capacity as Acting Executive Associate
Director, Enforcement and Removal Operations;*
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection;* U.S. Customs and Border Protection;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**MEET & CONFER STATEMENT
FOR DEFENDANTS' MOTION TO
ENLARGE WORD LIMIT FOR
MOTION TO DISMISS**

_____

Pursuant to Local Rule 7.1(a)(1), undersigned counsel hereby certifies that I met and conferred with Plaintiffs' counsel Brian Carter by email on May 15 & 18, 2026, regarding Defendants' Unopposed Motion to Enlarge Word Limitation in Support of Defendants' Motion to Dismiss. Plaintiffs do not oppose Defendants' requested word limit enlargement.

Dated: May 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney
   General

 /s/ Andrew I. Warden
ANDREW WARDEN (IN #23840-49)
Assistant Branch Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*