UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Special Envoy*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*;[1] STEPHEN MILLER, *in his official capacity as Homeland Security Advisor*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations*; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; TOM HOMAN, *in his official capacity as Border Czar*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

      Defendants

Case No. 0:26-cv-00190-KMM-DJF

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f), (h)**

_____

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin, the current Secretary of Homeland Security, is automatically substituted as a defendant for former Secretary Kristi Noem.

The undersigned attorney for Defendants certifies that the Memorandum of Law in Support of Defendants' Motion to Dismiss complies with the type-volume limitation of D. Minn. Local Rule 7.1(f), as amended by the Court's Order, ECF No. 173, and the type-size limitation of D. Minn. Local Rule 7.1(h).  The Memorandum has a total of 16,226 words in Times New Roman font size 13, which includes all text, headings, footnotes, and quotations in the Word Count.  It was prepared using Microsoft Word for Microsoft Office 365.

Dated: May 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS(FL #1039996)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 890-9874
brantley.t.mayers@usdoj.gov

ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*