UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL,

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Special Envoy*;
MARKWAYNE MULLIN, *in his official capacity
as Secretary of the U.S. Department of
Homeland Security*;[1] STEPHEN MILLER, *in his
official capacity as Homeland Security Advisor*;
JOHN CONDON, *in his official capacity as Acting
Executive Associate Director of Homeland Security
Investigations*; U.S. Department of Homeland
Security; TODD LYONS, *in his official capacity as
Acting Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his official
capacity as Acting Executive Associate Director,
Enforcement and Removal Operations*;
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. Customs and Border Protection;
TOM HOMAN, *in his official capacity as Border Czar*;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**EXHIBIT LIST IN SUPPORT OF
DEFENDANTS' MOTION TO
DISMISS AMENDED COMPLAINT**

_____

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin, the current Secretary of Homeland Security, is automatically substituted as a defendant for former Secretary Kristi Noem.

In accordance with D. Minn. Local Rule 7.1(l), Defendants submit the following list of exhibits in support of their Motion to Dismiss.  The exhibits listed below are attached hereto.

- Memorandum from Alejandro Mayorkas, Secretary of Homeland Security, "Guidelines for Enforcement Actions in or Near Protected Areas" (Exhibit A)

- Memorandum from Benjamine C. Huffman, Acting Secretary of Homeland Security, "Enforcement Actions in or Near Protected Areas" (Exhibit B)

- Memorandum from Todd M. Lyons, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, "Civil Immigration Arrest Authority: Administrative Arrest Warrants and Warrantless Arrests" (Exhibit C)

- "Privacy Threshold Analysis" (Exhibit D)

Dated: May 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ Brantley T. Mayers
BRANTLEY T. MAYERS(FL #1039996)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 890-9874
brantley.t.mayers@usdoj.gov

ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*

1