UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL,

      Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Special Envoy*;
MARKWAYNE MULLIN, *in his official capacity
as Secretary of the U.S. Department of
Homeland Security*;[1] STEPHEN MILLER, *in his
official capacity as Homeland Security Advisor*;
JOHN CONDON, *in his official capacity as Acting
Executive Associate Director of Homeland Security
Investigations*; U.S. Department of Homeland
Security; TODD LYONS, *in his official capacity as
Acting Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his official
capacity as Acting Executive Associate Director,
Enforcement and Removal Operations*;
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. Customs and Border Protection;
TOM HOMAN, *in his official capacity as Border Czar*;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,

      Defendants.

_____

Case No. 0:26-cv-00190-KMM-DJF

**PROPOSED ORDER GRANTING
DEFENDANTS' MOTION TO
DISMISS AMENDED COMPLAINT**

_____

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin, the current Secretary of Homeland Security, is automatically substituted as a defendant for former Secretary Kristi Noem.

Before the Court is Defendants' Motion to Dismiss the Amended Complaint. After reviewing Defendants' Motion and the entire record, the Court rules as follows:

1. Defendants' Motion is **GRANTED.**

2. This case is dismissed in its entirety with prejudice.

Dated:_____, 2026                   _____
                                            Katherine Menendez
                                            United States District Judge