UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL

      Plaintiffs,

v.                                                          Case No. 0:26-cv-00190-KMM-DJF

KRISTI NOEM *in her official capacity as Special
Envoy*; MARKWAYNE MULLIN, *in his official
capacity as Secretary of the U.S. Department of
Homeland Security*; JOHN CONDON, *in his
official capacity as Acting Executive Associate
Director of Homeland Security Investigations*;
U.S. Department of Homeland Security;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his
official capacity as Acting Executive Associate
Director, Enforcement and Removal Operations;*
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection;* U.S. Customs and Border Protection;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,
*in their official capacities,*

      Defendants.

**MEET & CONFER
STATEMENT FOR
DEFENDANTS' MOTION
TO DISMISS AMENDED
COMPLAINT**

_____

Pursuant to Local Rule 7.1(a)(1), undersigned counsel hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiffs by video conference and email regarding Defendants' Motion to Dismiss.  The parties were unable to agree on a resolution, as Plaintiffs oppose the relief sought in the Motion.

Dated:  May 20, 2026                              Respectfully submitted,


                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General
                                                  Civil Division

                                                  BRANTLEY T. MAYERS
                                                  Counsel to the Assistant Attorney General

                                                  /s/ *Andrew I. Warden*
                                                  ANDREW WARDEN (IN #23840-49)
                                                  Assistant Branch Director
                                                  LEE REEVES
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 616-5084
                                                  Fax: (202) 616-8470
                                                  Andrew.Warden@usdoj.gov

                                                  *Counsel for Defendants*

1