UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

Plaintiffs,

v.

Case No. 0:26-cv-00190-KMM-DJF

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; STEPHEN MILLER, *in his official capacity as Homeland Security Advisor*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations*; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; TOM HOMAN, *in his official capacity as Border Czar*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

Defendants.

**AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on September 9, 2026, at 9:00 AM, in Courtroom 14W, Minneapolis, The Honorable Katherine M. Mendendez, U.S. District Judge, will hear the Motion to Dismiss filed by Defendants pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS(FL #1039996)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 890-9874
brantley.t.mayers@usdoj.gov

ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*