UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA, *by and
through its Attorney General Keith Ellison*,
CITY OF MINNEAPOLIS, and
CITY OF ST. PAUL,

      Plaintiffs,

v.

MARKWAYNE MULLIN, *in his official capacity
as Secretary of the U.S. Department of
Homeland Security*; JOHN CONDON, *in his
official capacity as Acting Executive Associate
Director of Homeland Security Investigations*;
U.S. Department of Homeland Security;
TODD LYONS, *in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement*; MARCOS CHARLES, *in his
official capacity as Acting Executive Associate
Director, Enforcement and Removal Operations;*
U.S. Immigration and Customs Enforcement;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection;* U.S. Customs and Border Protection;
GREGORY BOVINO, *in his official capacity
as Commander of the U.S. Border Patrol*; U.S. Border
Patrol; DAVID EASTERWOOD, *in his official
capacity as Acting Director, Saint Paul Field Office,
U.S. Immigration and Customs Enforcement*,
*in their official capacities,*

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**[PROPOSED] ORDER**

_____

Before the Court is Defendants' Motion to Stay Discovery. After reviewing Defendants' Motion and the entire record, the Court rules as follows:

1. Defendants' Motion is GRANTED.

2. All discovery and case management obligations are STAYED pending further order of the Court.

Dated: _____                    _____
                                           Dulce J. Foster
                                           United States Magistrate Judge

1