UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

      Plaintiffs,

      v.

Markwayne Mullin, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STAY DISCOVERY**

    The Parties hereby stipulate to the following and request that the Court issue an order to extend Plaintiffs' time to respond to the motion to stay discovery.

Defendants filed a motion to stay discovery on May 27, 2026. Pursuant to District of Minnesota Local Rule 7.1(b)(2), Plaintiffs' response is due seven days later on June 3, 2026. The hearing on the motion to stay discovery is scheduled for June 22, 2026, at 2 p.m.

Plaintiffs anticipate filing a joint brief in response to Defendants' motion to stay discovery. Given that Plaintiffs are government entities, with each involving multiple layers of supervision, and given that a joint brief will require coordination and agreement between principals for all three Plaintiffs, there is good cause to extend the time to file Plaintiffs' response beyond the one-week allowed by the local rules. Further, Plaintiffs' counsel are also faced with heavy workloads from their other cases as well as the response to the motion to dismiss pending in this matter.

For the above reasons, the parties stipulate that there is good cause for a modest one-week extension to Plaintiffs' time to respond to Defendants' motion to stay discovery. And the Parties therefore respectfully request that the Court enter an order extending Plaintiffs' time to respond to the motion to stay discovery to by one-week to June 10, 2026.

Dated: June 1, 2026

KEITH ELLISON
Attorney General
State of Minnesota

By: /s/ Brian S. Carter
BRIAN S. CARTER (#0390613)
Special Counsel
LIZ KRAMER (#0325089)
Solicitor General
PETER J. FARRELL (#0393071)
Deputy Solicitor General
KATHERINE BIES (#0401675)
LINDSEY MIDDLECAMP (#0392589)
JOSEPH RICHIE (#0400615)
Special Counsel

2

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7403 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
brian.carter@ag.state.mn.us
katherine.bies@ag.state.mn.us
joseph.richie@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

MINNEAPOLIS CITY ATTORNEY'S
OFFICE
Kristyn Anderson, City Attorney

Dated: June 1, 2026

*/s/    Sara J. Lathrop*
KRISTYN ANDERSON (0267752)
SARA J. LATHROP (0310232)
Assistant City Attorney
HEATHER P. ROBERTSON (0390470)
Assistant City Attorney
KIRSTEN H. PAGEL (0399114)
Assistant City Attorney
ADAM E. SZYMANSKI (0397704)
Assistant City Attorney
MICHAEL A. BREY (#0398620)
Assistant City Attorney
350 South Fifth Street
Minneapolis, MN 55415
Tel: 612-673-3000
kristyn.anderson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
heather.robertson@minneapolismn.gov
kirsten.pagel@minneapolismn.gov
adam.szymanski@minneapolismn.gov
michael.brey@minneapolismn.gov

*Attorneys for Plaintiff City of Minneapolis*

3

ST. PAUL CITY ATTORNEY'S OFFICE

IRENE KAO
City Attorney

Dated: June 1, 2026

By: /s/ Kelsey McElveen
KELSEY MCELVEEN (0396744)
Assistant City Attorney
Deputy City Attorney
KELSEY MCELVEEN (0396744)
Assistant City Attorney
ALEXANDER HSU (0399275)
Assistant City Attorney
15 W. Kellogg Blvd., #400
Saint Paul, Minnesota 55102
Tel: 651-266-8710
Portia.flowers@ci.stpaul.mn.us
Kelsey.mcelveen@ci.stpaul.mn.us
Alexander.hsu@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*

4

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS (FL #1039996)
Counsel to the Assistant Attorney General

Dated: June 1, 2026

*By: s/ Andrew Warden*
ANDREW WARDEN (IN #23840-49)
Assistant Branch Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*