UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

      Plaintiffs,

      v.

Markwayne Mullin, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

      Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TME TO RESPOND TO THE MOTION TO STAY DISCOVERY**

    The above-captioned matter was submitted to this Court upon the Stipulation to Extend the Deadline to Respond to Defendants' Motion to Stay Discovery.

2

Based upon that Stipulation, and for good cause shown, IT IS HEREBY ORDERED

THAT:

1.      The deadline for Plaintiffs to file a response to Defendants' motion to stay

discovery is hereby extended to June 10, 2026.


IT IS SO ORDERED.

Dated:  June ___, 2026                              **s/**
                                                    The Honorable Dolce J. Foster
                                                    U.S. Magistrate Judge