UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

Plaintiffs,

v.

Markwayne Mullin, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

Defendants.

Civ. No. 26-190 (KMM/DJF)

**DECLARATION OF
BRIAN CARTER**

I, Brian Carter, declare and state as follows:

1.     I am an Assistant Attorney General and I represent Plaintiff State of Minnesota, by and through its Attorney General Keith Ellison, in the above-captioned

matter. I submit this declaration in good faith and in support of Plaintiffs' Response to Defendants' Motion to Stay Discovery.

2. On May 13, 2026, Minnesota conducted a Rule 26(f) conference via Microsoft Teams. All parties were provided with a link to attend the virtual meeting.

3. Exhibit 1 is a true and correct copy of correspondence between the undersigned and defense counsel.

4. Exhibit 2 is a true and correct copy of Plaintiffs' First Set of Document Requests.

5. Exhibit 3 is a true and correct copy of correspondence between the undersigned and defense counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026                           **s/ Brian Carter**
Minneapolis, Hennepin County                 BRIAN CARTER
State of Minnesota

2