State of Minnesota, et al.
vs.
Markwayne Mullin, et al.
Case No. 26-cv-190 (KMM/DJF)

# Exhibit 1 to Carter Decl.

**From:** Warden, Andrew (CIV)
**To:** Brian Carter; Mayers, Brantley T (CIV)
**Cc:** Lindsey Middlecamp; Jacob Harris; Lathrop, Sara J; Kelsey McElveen
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central
**Date:** Wednesday, May 27, 2026 4:10:37 PM
**Attachments:** image001.png

Brian:

Defendants object to the filing of your proposed 26(f) report.  We reserve our right to file a response with the court.

Best regards,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Wednesday, May 27, 2026 2:43 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

Attached is a draft Rule 26(f) report that came out of the Rule 26(f) conference that was held pursuant to LR 26.1 on May 13. We will file it this evening, but I wanted to give Defendants one last chance to weigh in before we did so. I will file no earlier than 5 pm Central.

Sincerely,

Brian S. Carter

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Tuesday, May 19, 2026 3:36 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>

1

**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Thanks.  We plan to note in our motion that Secretary Mullin has been substituted for Secretary Noem per Rule 25.

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Tuesday, May 19, 2026 4:02 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

That makes sense to me, with one minor point. You probably noticed that Ms. Noem remained a defendant in the amended complaint; at this point, Plaintiffs intend to drop her as a named defendant.



**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Tuesday, May 19, 2026 12:37 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

Based on our prior conferral, Defendants will represent in the meet and confer statement accompanying our motion to dismiss tomorrow that Plaintiffs oppose Defendants' motion.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Warden, Andrew (CIV)
**Sent:** Monday, May 18, 2026 11:49 AM
**To:** 'Brian Carter' <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Sounds good.  I'll convert the stip to an unopposed motion and represent that Plaintiff do not oppose.  If you need more words, we're happy to consent.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Monday, May 18, 2026 11:08 AM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

I'd prefer to punt on any extension that Plaintiffs may require—I hate to ask before I'm even sure I need to.

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Friday, May 15, 2026 10:31 AM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV)

3

<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

Thank very much.  Here's a proposed stipulation and order.  I left placeholders for your words and
signature block.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Friday, May 15, 2026 10:30 AM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

Apologies for the delay. The State doesn't have any issues with that. Do you want to send over
a stip and order for our consideration?

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Friday, May 15, 2026 9:21 AM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

I wanted to follow up on the word limit extension for both sides for the forthcoming motion to dismiss
briefs.  Please let me know 26K is ok for Defendants.  I'm happy to consent to your requested extension
and include it in our motion.  I'd like to file the motion today.

Thanks,

4

Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Warden, Andrew (CIV)
**Sent:** Tuesday, May 12, 2026 6:42 PM
**To:** 'Brian Carter' <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

1. Defendants' position remains that a Rule 26(f) conference is not required under Local Rule 26.2 and we will not be attending the meeting you noticed for May 13.  The earliest such a conference would be permitted is June 20th, which is 30 days after the Court has ordered Defendants to respond to your Amended Complaint.  Based on the instructions we received from Judge Foster's chambers, Defendants intend to move to stay discovery following the filing of our forthcoming motion to dismiss.  To the extent Plaintiffs proceed with a meeting on May 13 without counsel for defendants, our position is that any such meeting would not be a Rule 26(f) conference and would not satisfy the requirements of Rule 26(d)(1).

2. Defendants consent to service via email for non-ECF papers.

3. On another housekeeping note, we wanted to confer about a word limit extension for the motion to dismiss briefs.  Given the length of the amended complaint, Defendants request a total of 26,000 total words for the motion and reply.  We're happy to give plaintiffs the same or shorter length for your opposition and will include that request in our motion.  Please let me know your position.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Tuesday, May 12, 2026 4:10 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV)

5

<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

Counsel—

One additional housekeeping question: can we agree to accept service via email for papers
that are not served via ECF?

Best,

Brian S. Carter



**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Brian Carter
**Sent:** Monday, May 11, 2026 1:37 PM
**To:** 'Warden, Andrew (CIV)' <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Counsel:

I understand that Defendants have stated that they will not attend the Rule 26(f) conference
that I've noticed. As I said during our meet and confer last week, the State is not releasing
Defendants from their obligation to attend, and Plaintiffs will nevertheless attend the
conference on May 13, 2026, at 10 AM central time. To that end, I will circulate a calendar
invitation for a Teams meeting for that date and time.

I continue to encourage Defendants to change their position and attend the Rule 26(f) conference.

Yrs. Truly,

Brian S. Carter



**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Friday, May 8, 2026 2:03 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

I called Judge Foster's chambers to request a hearing date for defendants' motion to stay discovery.  I spoke with Lindsey, who then conferred with Judge Foster and called me back.  Lindsey said that Judge Foster does not want the motion to stay discovery filed until after Defendants' motion to dismiss is filed on May 20.  Lindsey directed that I call chambers again about the motion to stay after the motion to dismiss is filed.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Warden, Andrew (CIV)

7

**Sent:** Thursday, May 7, 2026 5:49 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

I called Judge Foster's chambers several times today to get a list of hearing dates, but no one answered.
I'll try again tomorrow and keep you posted.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Warden, Andrew (CIV)
**Sent:** Wednesday, May 6, 2026 4:55 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Sounds good.  I'll send an invite to this group.

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Wednesday, May 6, 2026 3:44 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV)
<Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris
<Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey
McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

How about 11-11:30 tomorrow?

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Wednesday, May 6, 2026 9:54 AM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

Today likely won't work for me given some new matters that have popped up, but I'm generally free after 10 am central tomorrow if that window works for your team.

Our position is that it is premature to begin any discovery before resolution of the motion to dismiss.  The 26(f) conference would trigger the start of discovery and impose various case management obligations on the parties under Local Rule 26.1 (e.g., submission 26(f) report and scheduling order, submission of proposed protective order, initial disclosures) that are unnecessary until the court resolves whether the amended complaint can proceed. The purpose of our motion is to avoid imposing these burdens and the likely collateral litigation that would result.  Our position remains that defendants are not required to appear for a 26(f) conference on the 13th.

Best regards,
Andrew


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Tuesday, May 5, 2026 12:36 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

I will confer with co-counsel on their availability for a meet and confer on Defendants motion to stay. I will highlight that I am particularly interested in hearing whether Defendants would agree to anything other than a complete stay.

I note, however, that the State is not releasing Defendants from their obligation to attend the noticed, mandatory Rule 26(f) conference on May 13. Given that Defendants are prepared to

9

move for a discovery stay promptly, it makes little sense to me why Defendants would not simply participate in the Rule 26(f) conference. This is especially so given that your argument as to LR 26.1 is contrary to its plain language. Please advise on whether Defendants will participate on the 13th.

Sincerely,



**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Monday, May 4, 2026 4:03 PM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

I think we're at an impasse regarding our interpretation of the rule and whether discovery should begin before resolution of the forthcoming motion to dismiss.  When I previously spoke with Judge Menendez's chambers about filing a motion to stay discovery in conjunction with Defendants' first motion to dismiss, I was advised that Magistrate Judge Foster would handle that motion.  I recommend the parties promptly tee up this dispute for Judge Foster's resolution.  To move things along, Defendants would be prepared to file a motion to stay discovery by next Monday, two weeks before our motion to dismiss deadline, and request a hearing date from Judge Foster's chambers as soon as one is available.  I'd recommend we have a short phone call this week to run through the meet & confer requirements in Judge Foster's practice pointers (e.g., IDR) and then we can jointly call her chambers to ask for a hearing date.  Would Wednesday afternoon or Thursday morning work for you?

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Friday, May 1, 2026 1:37 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] RE: Rule 26(f) Conference May 13, 10 am Central

Mr. Warden:

Unfortunately, the plain meaning of the text that immediately follows your quotation of LR 26.1(d)(2)(A)(ii) forecloses your position: demanding a mandatory Rule 26(f) conference is permitted once the defendant has otherwise responded "in the action"—not as you urge, when the defendant has "otherwise responded" to the "operative amended complaint." LR 26.1. Defendants answered the original Complaint and have therefore "otherwise responded in the action"; as such, their attendance at the Rule 26.1(f) conference is mandatory.

I understand that Defendants want to stay discovery pending resolution of the anticipated motion to dismiss. The State is happy to discuss that issue during the Rule 26(f) conference, and, in my experience, a Rule 26(f) conference is well-suited to such a discussion. As a practical matter, I'm sure the Court would prefer us to conduct the Rule 26(f) conference and then present it with whatever issues remain from Defendants' desire to stay discovery, rather than have us litigate Defendants' failure to attend a mandatory Rule 26(f) conference under LR 26.1(d)(3) in addition to litigating the discovery-stay issues.

I look forward to meeting with you on the 13th.

Yrs.,

Brian S. Carter

**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law
**Office of the Minnesota Attorney General**

11



445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Thursday, April 30, 2026 11:11 AM
**To:** Brian Carter <Brian.Carter@ag.state.mn.us>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** RE: Rule 26(f) Conference May 13, 10 am Central

Brian:

Defendants have not "answered, pleaded, or otherwise responded in the action" to Plaintiffs Amended Complaint, thus your request for an early 26(f) conference on May 13th is impermissibly premature under Local Rule 26.1(d)(2)(A)(ii).  Under that rule, the earliest such a conference would be permitted is June 20th, which is 30 days after the Court has ordered Defendants to respond to your Amended Complaint.

We intend to move to dismiss all claims by the May 20th deadline the Court has established.  We do not believe that it is efficient or appropriate for the parties to engage in discovery until it is clear what claims, if any, survive our forthcoming motion to dismiss.  Accordingly, we intend to seek a stay of discovery pending the Court's disposition of our forthcoming motion to dismiss and will file an appropriate motion when we respond to your Amended Complaint.

Best regards,
Andrew


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

**From:** Brian Carter <Brian.Carter@ag.state.mn.us>
**Sent:** Tuesday, April 28, 2026 7:48 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Jacob Harris <Jacob.Harris@ag.state.mn.us>; Lathrop, Sara J <sara.lathrop@minneapolismn.gov>; Kelsey McElveen <kelsey.mcelveen@ci.stpaul.mn.us>
**Subject:** [EXTERNAL] Rule 26(f) Conference May 13, 10 am Central

Counsel:

I write to notice a Rule 26(f) conference for Minnesota v. Noem, Civ. No. 26-190 on May 13, 2026, at 10 am Central via Teams. I note that Defendants attendance is mandatory pursuant to District of Minnesota Local Rule 26.1. If you are unavailable on this date and time please let me know.

Sincerely,

Brian S. Carter

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.