State of Minnesota, et al.
vs.
Markwayne Mullin, et al.
Case No. 26-cv-190 (KMM/DJF)

# Exhibit 3 to Carter Decl.

| | |
|---|---|
| **From:** | Brian Carter |
| **To:** | Warden, Andrew (CIV); Brantley.T.Mayers@usdoj.gov |
| **Cc:** | Kelsey McElveen; Lathrop, Sara J; Robertson, Heather (she/her/hers); Szymanski, Adam; Jacob Harris; Lindsey Middlecamp |
| **Subject:** | Minnesota v. Mullin, Civ. No. 26-190 (KMM/DJF)--Plaintiffs" First Set of Document Requests |
| **Date:** | Tuesday, May 19, 2026 8:48:12 PM |
| **Attachments:** | image001.png<br>Plaintiffs" 5.19.2026 Discovery Requests.pdf |

Counsel—

Please find attached Plaintiffs' First Set of Document Requests. I imagine that Defendants will contest that discovery has opened; whereas Plaintiffs assert that discovery is now open given that the mandatory Rule 26(f) conference has been held, albeit in Defendants' absence. On the off chance that Defendants are willing to reverse course and entertain some phased discovery at this time, the State would certainly invite a negotiation concerning that possibility. For example, given robust document and evidence perseveration assurances from Defendants, I could imagine supporting an agreement to accept an initial document production with a scope even more narrow than the metes and bounds of the five, targeted document requests attached hereto.

Sincerely,

Brian S. Carter



**Brian S. Carter** *(he/him/his)*
Special Counsel | Rule of Law

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7403 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*