UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Minnesota, et al.,

        Plaintiffs,

  vs.                                  Civ. No.: 26-290 (KMM/DJF)

Mullin, et al.,

        Defendants.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff State of Minnesota submits this Notice of Supplemental Authority to apprise the Court of a recent decision from the United States District Court for the District of Minnesota that is relevant to Defendants' Motion to Stay Discovery. Among other things, the decision discusses how the Tenth Amendment prohibits the Executive Branch of the federal government from coercing states or political subdivisions to enforce federal immigration laws. *See In re Grand Jury Subpoenas*, 26-mc-43-PJS (D. Minn June 17, 2026). A copy of the decision is attached as Exhibit 1. In particular, Minnesota directs the Court's attention to pages 14–15 and 18–19 of the attached decision.

Dated: June 22, 2026             Respectfully submitted,

                                  KEITH ELLISON
                                  Attorney General
                                  State of Minnesota

                                  ***/s/ Brian S. Carter***
                                  BRIAN S. CARTER
                                  Special Counsel
                                  Atty. Reg. No. 0390613

2

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7403 (Voice)
(651) 282-5832 (Fax)
Brian.Carter@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota and Minnesota Attorney General Keith Ellison*

|#6335918-v1

2