# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

State of Minnesota, et al.,

          Plaintiffs,

v.

Markwayne Mullin, et al.,

          Defendants.

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cv-190 (KMM/DJF) |
| Date: | June 22, 2026 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Leslie Ruiz |
| Recording: | Zoom Recording |
| Time Commenced: | 2:00 P.M. |
| Time Concluded: | 3:27 P.M. |
| Time in Court: | 1 Hour and 27 Minutes |

**APPEARANCES:**

    Plaintiffs:
        State of Minnesota – Brian Scott Carter
        City of Minneapolis – Sara J. Lathrop
        City of St. Paul – Kelsey McElveen
    Defendants: Brantley Mayers, Andrew Warden

**PROCEEDINGS:** The parties presented oral argument regarding Defendants' *Motion to Stay Discovery Pending Resolution of Motion to Dismiss* ("Motion to Stay") (ECF No. 186).

Based on the Motion to Stay and supporting documents, and for the reasons stated on the record, the Court **GRANTED IN PART** and **DENIED IN PART** the *Motion to Stay* (ECF No. 186) as follows:

1. The parties are ordered to meet and confer before **July 6, 2026** to develop a plan for limited discovery before the *Motion to Dismiss* (ECF No. 174) is resolved ("Early Discovery").
    a. Early Discovery requests must be tailored to:
        i. Issues that might inform the parties' positions in the Motion to Dismiss; and
        ii. Information with a high risk of dissipation over time.
    b. The Early Discovery plan should identify, as to each request, a reasonable time scope and a narrowly targeted range of custodians from whom such discovery is sought.
    c. The Early Discovery plan need not be submitted to the Court.
    d. If the parties are unable to reach agreement as to any portion of Plaintiffs' Early Discovery requests, the parties must file a joint report identifying

1

areas of agreement and disagreement by **July 13, 2026,** and Plaintiffs may file a motion to compel.

    e.    Failure by either party to negotiate Early Discovery in good faith will be construed as a waiver of arguments as to such discovery.

2.    Counsel for both parties are ordered to issue document preservation notices as to the allegations asserted in the *Amended Complaint* (ECF No. 167).

    a.    Such notices must be issued *as soon as practicable*.

    b.    The parties must provide written assurances to each other that the notices have been issued.

    c.    The parties must supplement their preservation notices as more information becomes available throughout discovery, including:

        i.    After the July 6, 2026 deadline to meet and confer regarding the scope of Early Discovery.

        ii.    Upon reasonable request from the opposing party when new custodians are identified in the discovery process.

☐ORDER TO BE ISSUED ☒**NO ORDER TO BE ISSUED** ☐R&R TO BE ISSUED ☒**NO R&R TO BE ISSUED**
☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

Date: June 22, 2026

/s *William Chorba*
Law Clerk