UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

Plaintiffs,

v.

Markwayne Mullin, *in his official capacity as Secretary of the U.S. Department of Homeland Security, et al.,*

Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**NOTICE OF WITHDRAWAL OF LIZ KRAMER**

TO:    The Administrator of the Above-Named Court and All Counsel of Record.

**PLEASE TAKE NOTICE** that pursuant to D. Minn. L.R. 83.7(a), Solicitor General Liz Kramer hereby withdraws as counsel for Plaintiff State of Minnesota in the above-captioned case. Plaintiff continues to be represented by Acting Solicitor General Peter J. Farrell, and Special Counsel Katherine Bies, Brian Carter, Lindsey Middlecamp, and Joseph Richie. All future notices, correspondence, and other materials concerning this matter should continue to be directed to the contact information on file.

Dated: July 24, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Liz Kramer
LIZ KRAMER (#0325089)
Solicitor General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
liz.kramer@ag.state.mn.us

*Withdrawing Attorney*