UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STATE OF MINNESOTA, by and Through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

      Plaintiffs,

  v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

      Defendants.

Case No. 0:26-cv-00190 (KMM/DJF)

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that she shall appear as counsel on behalf of Plaintiff City of St. Paul in this matter.

Dated: August 4, 2026

*s/ Anissa Mediger*
ANISSA MEDIGER
Deputy City Attorney
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN  55102
Telephone:  (651) 266-8728
anissa.mediger@ci.stpaul.mn.us

*Attorney for Plaintiff City of St. Paul*