# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, by and through its Attorney General Keith Ellison, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,
Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; JOHN CONDON, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; GREGORY BOVINO, in his official capacity as Commander of the U.S. Border Patrol; U.S. Border Patrol; DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement,
Defendants.

Case No. 0:26-cv-00190-KMM-DJF

**MOTION OF THE CITY OF MANKATO AND CITY OF ROCHESTER FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The City of Mankato and City of Rochester, by and through the undersigned counsel, respectfully move this Court for leave to submit a brief amicus curiae in support of Plaintiffs' opposition to Defendants' motion to dismiss, and to deem the accompanying proposed Amicus Brief and supporting declarations filed. The motion for leave is based upon the content of the accompanying, proposed, Amicus Brief, supporting declarations, and the Order of Judge Menendez governing consideration of amicus briefing in this matter. *See* Text Order No. 48 (January 20, 2026).

Dated: August 10, 2026                    KENNEDY & GRAVEN, CHARTERED


By */s/ Zachary T. Brennan DesAutels*
    Michelle E. Weinberg (#0388771)
    Zachary T. Brennan DesAutels (#0392151)
    700 Fifth Street Towers
    150 South Fifth Street
    Minneapolis, MN 55402
    Telephone: (612) 337-9300
    mweinberg@kennedy-graven.com
    zdesautels@kennedy-graven.com
    *Attorneys for City of Rochester and*
    *City of Mankato*