UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

Plaintiffs,

v.

Case No. 0:26-cv-00190-KMM-DJF

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; STEPHEN MILLER, *in his official capacity as Homeland Security Advisor*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; TOM HOMAN, *in his official capacity as Border Czar*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*, *in their official capacities,*

Defendants.

**CERTIFICATE OF COMPLIANCE WITH WORD LIMITATION ORDER**

---

The undersigned attorney for Defendants certifies that Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss complies with the 26,000 aggregate word limitation imposed by the Court's Order dated May 19, 2026, and the type-size limitation of D. Minn. Local Rule 7.1(h). The reply has a total of 9,713 words in Times New Roman font size 13, which includes all text, headings, footnotes, and quotations in the Word Count. It was prepared using Microsoft Word for Microsoft Office 365.

Dated: August 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS (FL#1039996)
Counsel to the Assistant Attorney General
ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: 202-353-8679
Fax: (202) 616-8470
Brantley.T.Mayers@usdoj.gov

*Counsel for Defendants*