UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, CITY OF MINNEAPOLIS, and CITY OF ST. PAUL,

Plaintiffs,

v.

Case No. 0:26-cv-00190-KMM-DJF

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; STEPHEN MILLER, *in his official capacity as Homeland Security Advisor*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; TOM HOMAN, *in his official capacity as Border Czar*; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*, *in their official capacities,*

Defendants.

**DEFENDANTS' EXHIBIT LIST RELATED TO REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

In accordance with D. Minn. Local Rule 7.1(l), Defendants submit the following list of exhibits related to their Reply in Support of the Motion to Dismiss the Amended Complaint. The exhibits listed below are attached hereto.

- Memorandum from Todd Lyons, Acting ICE Director, “Utilizing Form I-205, Warrant of Removal” (May 12, 2025) (Exhibit A)
- Letter from Secretary Markwayne Mullin to Senator Richard Blumenthal (May 8, 2026) (Exhibit B)

Dated: August 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS (FL#1039996)
Counsel to the Assistant Attorney General
ANDREW WARDEN
Assistant Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: 202-353-8679
Fax: (202) 616-8470
Brantley.T.Mayers@usdoj.gov

*Counsel for Defendants*